**ORIGINAL**

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email address:  terry@myrhawaii.com

LOVE & NARIKIYO
A Limited Liability Law Company

CHAD P. LOVE  1617-0
CHUCK T. NARIKIYO  4823-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  love@lava.net

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 8 2005

LODGED

JUN 27 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

at 2 o'clock and 45 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al., | CIVIL NO. CV03-00463DAE/LEK (Other Civil Action, Declaratory Judgment) |
| Plaintiffs, | APPLICATION FOR PRO HAC VICE ADMISSION; CONSENT |
| vs. | OF LOCAL COUNSEL; ORDER (continued on next page) |

**ORIGINAL**

|  |  |  |
|---|---|---|
| IRWIN FEDERMAN, et al., | ) ) ) ) ) ) ) ) | GRANTING APPLICATION FOR PRO HAC VICE ADMISSION; CERTIFICATE OF SERVICE |
| Defendants. | | [Trial Date:  08/23/05] |

## APPLICATION FOR PRO HAC VICE ADMISSION

Petitioner DENELLE M. DIXON-THAYER, ESQ., hereby requests the above-entitled court to permit him to appear pro hac vice in this case and states, under penalty of perjury, that:

1. She resides at 1691 Mountain Boulevard, Oakland, CA 94611 and that her office address is: Folger Levin & Kahn LLP, 275 Batter Street, 23rd Floor, San Francisco, CA 94111;

2. She was admitted to practice before the Bars of the following Courts and has been so admitted as of the dates listed herein:

   A.  State Bar, California              12/1997

   B.  US District Court
       Northern District of California    05/03/1999

   C.  US Court of Appeals, 9th Circuit   12/10/1999

3. She is in good standing and eligible to practice in these Courts;

4. She is not currently suspended or disbarred in any other Court;

5. She has neither currently nor in the year preceding this motion made application to appear pro hac vice in this Court;

6. She does not reside in the State of Hawaii, is not regularly employed in the State of Hawaii, nor is regularly engaged in business, professional or law-related activities in the State of Hawaii;

7. TERRANCE M. REVERE, ESQ., and one or more of the attorneys in his law firm, MOTOOKA YAMAMOTO & REVERE, LLLC, shall act as associate counsel; and

8. TERRANCE M. REVERE, ESQ.'s office address is 1000 Bishop Street Ste. 801, Honolulu, Hawaii 96813, Telephone Number (808) 532-7900, and he and the attorneys at his office are active members in good standing of the Bar of the State of Hawaii and the United States District Court for the District of Hawaii.

DATED: _May 11_____, 2005.

_____
DENELLE M. DIXON-THAYER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IRWIN FEDERMAN, et al., <br><br> Defendants. | CIVIL NO. CV03-00463DAE/LEK (Other Civil Action, Declaratory Judgment) <br><br> CONSENT OF DESIGNATED LOCAL COUNSEL |

**CONSENT OF DESIGNATED LOCAL COUNSEL**

TERRANCE M. REVERE, ESQ., designated local counsel for this case, agrees that he and his law firm MOTOOKA YAMAMOTO & REVERE, LLLC, through himself or one or more of its attorneys, shall at all times meaningfully participate in the preparation and trial of this case with authority and responsibility to act as attorney of record for all purposes, shall participate in all court proceedings unless otherwise ordered by the Court, and shall continue to be subject to service of all pleading and notices on behalf of Plaintiffs.

DATED: Honolulu, Hawaii, JUN 27 2005.

_____
TERRANCE M. REVERE

-4-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al., | ) ) ) | CIVIL NO. CV03-00463DAE/LEK (Other Civil Action, Declaratory Judgment) |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION |
| IRWIN FEDERMAN, et al., | ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION**

PLAINTIFFS, having filed an Application for Pro Hac Vice Admission, and good cause appearing therefor,

IT IS HEREBY ORDERED that said Application for Pro Hac Vice Admission is granted, and Denelle M. Dixon-Thayer, Esq., is permitted to appear pro hac vice in this case.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IRWIN FEDERMAN, et al., <br><br> Defendants. | CIVIL NO. CV03-00463DAE/LEK <br> (Other Civil Action, Declaratory Judgment) <br><br> CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following persons via the United States Postal Service, postage prepaid, at the addresses indicated on  JUN 27 2005  :

ANDREW V. BEAMAN, ESQ.
LEROY E. COLOMBE, ESQ.
745 Fort St., 9th Flr.
Honolulu, HI 96813
 and
MARK B. DESMARAIS, ESQ.
1164 Bishop St., Ste. 650
Honolulu, HI 96813
(Attorneys for Defendants Irwin Federman
 and Concepcion S. Federman)

J. DOUGLAS ING, ESQ.
BRIAN A. KANG, ESQ.
999 Bishop St., 23rd Flr.
Honolulu, HI 96813
(Attorneys for Defendants Mauna Kea
   Properties, Inc. and Mauna Kea Development Corp.)

SIDNEY K. AYABE, ESQ.
RONALD SHIGEKANE, ESQ.
2500 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
(Attorneys for Defendant The Bluffs at Mauna
   Kea Community Association)

JOSEPH K. KAMELAMELA, ESQ.
BOBBY JEAN LEITHEAD-TODD, ESQ.
Deputy Corporation Counsel
County of Hawaii
101 Aupuni St., Ste. 325
Hilo, HI 96720
(Attorneys for County of Hawaii)

DATED: Honolulu, Hawaii, _____JUN 2 7 2005_____.

_____
CHAD P. LOVE
CHUCK T. NARIKIYO
BARBARA J. KIRSCHENBAUM
    and
TERRANCE M. REVERE
JACQUELINE E. THURSTON
JASON P. HEALEY
Attorneys for Plaintiffs