# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/15/2005  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 03-00463JMS-LEK |
| CASE NAME: | Western Sunview Properties, LLC vs. Irwin Federman, et al., |
| ATTYS FOR PLA: | Danelle Dickson-Thayer - telephonically<br>Breann Ornellas |
| ATTYS FOR DEFT: | Brian Kang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 12/15/2005 | TIME: | 10:05 - 10:20 |

COURT ACTION:  Status Conference re: Defendants Mauna Kea Properties, Inc., and Mauna Kea Development Corp's Appeal From Amended Order Adopting Special Master's Discovery Order Filed October 24, 2005:

Arguments heard.

Mr. Kang to produce all documents relating to landscaping credits or confidentiality agreements on the privilege log or otherwise in the possession of lawyers that are believed to be privilege for in camera review one week from today.

Submitted by:  Dottie Miwa, Courtroom Manager