ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
JASON P. HEALEY  8068-1
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address:    terry@myrhawaii.com

FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, California 94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email Address: ddixonthayer@flk.com

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

LODGED

DEC 19 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA | Civil No. CV03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>ORDER GRANTING PLAINTIFF WESTERN SUNVIEW PROPERTIES, LLC'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT REGARDING DEFENDANTS IRWIN FEDERMAN & CONCEPCION S. FEDERMAN<br>*(caption continues)* |

| | |
|---|---|
| DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>                    Defendants. | Trail: March 14, 2006 |

Order Granting WSP Determination of Good Faith (648-1)

# ORDER GRANTING PLAINTIFF WESTERN SUNVIEW PROPERTIES, LLC'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT REGARDING DEFENDANTS IRWIN FEDERMAN & CONCEPTION S. FEDERMAN

Plaintiff WESTERN SUNVIEW PROPERTIES, LLC. (hereinafter referred to as ("Plaintiff"), by and through its attorneys, Motooka Yamamoto & Revere and Folger Levin & Kahn, hereby moves this Court to issue an Order Granting Plaintiff Western Sunview Properties, LLC's Motion For Determination of Good Faith Settlement Regarding Defendants Irwin Federman & Concepcion S. Federman, filed herein on October 26, 2005 ("Plaintiff's Motion"), and set for hearing before the Honorable Leslie E. Kobayashi on December 5, 2005 at 9:30 a.m. Pursuant to the Minute Order dated December 2, 2005, the December 5, 2005 hearing was vacated, as the Court had not received opposition from defendants. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion be and is hereby GRANTED.

2

DATED: Honolulu, Hawaii,    12/20/05

_____
Honorable Leslie E. Kobayashi

APPROVED AS TO FORM:

_____
Ronald Shigekane, Esq.

Attorneys for Defendant
The Bluffs at Mauna Kea Community Association

_____
Brian Kang, Esq.

Attorneys for Defendants
Mauna Kea Properties, Inc. and
Mauna Kea Development Corp.