ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

LODGED

DEC 2 2 2005  3:30pm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

LOVE & NARIKIYO
A Limited Liability Law Company

CHAD P. LOVE  1617-0
CHUCK T. NARIKIYO  4823-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address: love@lava.net

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email address: terry@myrhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IRWIN FEDERMAN, et al., <br><br> Defendants. | CIVIL NO. CV03-00463DAE/LEK <br> (Other Civil Action, Declaratory Judgment) <br><br> NOTICE OF WITHDRAWAL AS CO-COUNSEL FOR PLAINTIFFS; CERTIFICATE OF SERVICE <br><br> [Trial Set: 4/19/05] |

## NOTICE OF WITHDRAWAL AS CO-COUNSEL FOR PLAINTIFFS

NOTICE IS HEREBY GIVEN that Love & Narikiyo LLLC hereby withdraws as co-counsel for Plaintiffs in the above-entitled matter. Motooka Yamamoto & Revere will remain as counsel for Plaintiffs in the above-entitled matter. In addition, Samuel R. Miller and Denelle M. Dixon-Thayer were admitted pro hac vice as co-counsel for Plaintiffs.

DATED: Honolulu, Hawaii, _____DEC 22 2005_____.

LOVE & NARIKIYO LLLC

_____
CHAD P. LOVE
CHUCK T. NARIKIYO
BARBARA J. KIRSCHENBAUM

Co-Counsel for Plaintiffs

APPROVED AND SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IRWIN FEDERMAN, et al., <br><br> Defendants. | CIVIL NO. CV03-00463DAE/LEK (Other Civil Action, Declaratory Judgment) <br><br> CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following persons via the United States Postal Service, postage prepaid, at the addresses indicated on ___DEC 2 2 2005___:

ANDREW V. BEAMAN, ESQ.
LEROY E. COLOMBE, ESQ.
745 Fort St., 9th Flr.
Honolulu, HI 96813
   and
MARK B. DESMARAIS, ESQ.
1164 Bishop St., Ste. 650
Honolulu, HI 96813
(Attorneys for Defendants Irwin Federman
   and Concepcion S. Federman)

-2-

J. DOUGLAS ING, ESQ.
BRIAN A. KANG, ESQ.
999 Bishop St., 23rd Flr.
Honolulu, HI 96813
(Attorneys for Defendants Mauna Kea
  Properties, Inc. and Mauna Kea Development Corp.)

SIDNEY K. AYABE, ESQ.
RONALD SHIGEKANE, ESQ.
2500 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
(Attorneys for Defendant The Bluffs at Mauna
  Kea Community Association)

JOSEPH K. KAMELAMELA, ESQ.
BOBBY JEAN LEITHEAD-TODD, ESQ.
Deputy Corporation Counsel
County of Hawaii
101 Aupuni St., Ste. 325
Hilo, HI 96720
(Attorneys for County of Hawaii)

DATED: Honolulu, Hawaii, _____DEC 22 2005_____.

_____
CHAD P. LOVE
CHUCK T. NARIKIYO
BARBARA J. KIRSCHENBAUM
    and
TERRANCE M. REVERE
JACQUELINE E. THURSTON
JASON P. HEALEY
Attorneys for Plaintiffs