LOVE & NARIKIYO
A Limited Liability Law Company
CHAD P. LOVE  1617-0
CHUCK T. NARIKIYO  4823-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  love@lava.net

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation
TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
JASON P. HEALEY 8068-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email address:  terry@myrhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al., | ) ) ) | CIVIL NO. CV03-00463DAE/LEK (Other Civil Action, Declaratory Judgment) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | AMENDED CERTIFICATE OF SERVICE RE "NOTICE OF WITHDRAWAL AS CO-COUNSEL FOR PLAINTIFFS", FILED 1/3/06; CERTIFICATE OF SERVICE |
| IRWIN FEDERMAN, et al., | ) ) | |
| Defendants. | ) ) ) ) ) ) | |

## AMENDED CERTIFICATE OF SERVICE RE "NOTICE OF WITHDRAWAL AS CO-COUNSEL FOR PLAINTIFFS", FILED 1/3/06

The undersigned hereby certifies that a file-stamped copy of Love & Narikiyo's "Notice of Withdrawal as Co-Counsel for Plaintiffs", which was filed herein on January 3, 2006, was served upon the following persons via hand delivery, at the addresses indicated on ___JAN 0 4 2006___:

    ANDREW V. BEAMAN, ESQ.
    LEROY E. COLOMBE, ESQ.
    745 Fort St., 9th Flr.
    Honolulu, HI 96813
    and
    MARK B. DESMARAIS, ESQ.
    1164 Bishop Street, Ste. 650
    Honolulu, HI 96813
    (Attorneys for Defendants Irwin Federman
      and Concepcion S. Federman)

    J. DOUGLAS ING, ESQ.
    BRIAN A. KANG, ESQ.
    999 Bishop St., 23rd Flr.
    Honolulu, HI 96813
    (Attorneys for Defendants Mauna Kea
      Properties, Inc. and Mauna Kea Development Corp.)

    SIDNEY K. AYABE, ESQ.
    RONALD SHIGEKANE, ESQ.
    2500 Pauahi Tower
    1001 Bishop Street
    Honolulu, HI 96813
    (Attorneys for Defendant The Bluffs at Mauna
      Kea Community Association)

The undersigned hereby further certifies that a file-stamped copy of Love & Narikiyo's "Notice of Withdrawal as Co-Counsel for Plaintiffs", which was filed herein on January 3, 2006, was served upon the following person via the United States Postal Service, postage prepaid, at the address indicated on JAN 0 4 2006 :

>   JOSEPH K. KAMELAMELA, ESQ.
>   BOBBY JEAN LEITHEAD-TODD, ESQ.
>   Deputy Corporation Counsel
>   County of Hawaii
>   101 Aupuni St., Ste. 325
>   Hilo, HI 96720
>   (Attorneys for County of Hawaii)

DATED: Honolulu, Hawaii, JAN 0 4 2006 .

_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Withdrawing Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN, et al.,<br><br>Defendants. | CIVIL NO. CV03-00463DAE/LEK<br>(Other Civil Action, Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following persons via hand delivery at the addresses indicated on JAN 0 4 2006 :

    ANDREW V. BEAMAN, ESQ.
    LEROY E. COLOMBE, ESQ.
    745 Fort St., 9th Flr.
    Honolulu, HI 96813
        and
    MARK B. DESMARAIS, ESQ.
    1164 Bishop St., Ste. 650
    Honolulu, HI 96813
    (Attorneys for Defendants Irwin Federman
      and Concepcion S. Federman)

    J. DOUGLAS ING, ESQ.
    BRIAN A. KANG, ESQ.
    999 Bishop St., 23rd Flr.
    Honolulu, HI 96813
    (Attorneys for Defendants Mauna Kea
      Properties, Inc. and Mauna Kea Development Corp.)

SIDNEY K. AYABE, ESQ.
RONALD SHIGEKANE, ESQ.
2500 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
(Attorneys for Defendant The Bluffs at Mauna
 Kea Community Association)

The undersigned hereby further certifies that a copy of the foregoing was served upon the following person via the United States Postal Service, postage prepaid, at the address indicated on  JAN 04 2006  :

JOSEPH K. KAMELAMELA, ESQ.
BOBBY JEAN LEITHEAD-TODD, ESQ.
Deputy Corporation Counsel
County of Hawaii
101 Aupuni St., Ste. 325
Hilo, HI 96720
(Attorneys for County of Hawaii)

DATED: Honolulu, Hawaii,  JAN 04 2006  .

_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Withdrawing Attorneys for Plaintiffs