ORIGINAL

**FOLGER LEVIN & KAHN LLP**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 6 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email address: ddixon-thayer@flk.com

**MOTOOKA YAMAMOTO & REVERE**
A Limited Liability Law Company

TERRANCE M. REVERE 5857-0
JACQUELINE E. THURSTON 7217-0
BRIANNE L. ORNELLAS 8376-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax. No. (808) 532-7910
Email address: terry@myrhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY *(caption continues)* | Civil No. CV03-00463 JMS/LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>DECLARATION OF TERRANCE M. REVERE TO PLAINTIFFS' SEPARATE CONCISE STATEMENT OF FACTS IN OPPOSITION TO MAUNA KEA'S MOTION FOR SUMMARY JUDGMENT ON |

ASSOCIATION; MAUNA KEA
PROPERTIES, INC.; MAUNA KEA
DEVELOPMENT CORP.; COUNTY
OF HAWAII; JOHN DOES 1-100;
JANE DOES 1-100; DOE
PARTNERSHIPS 1-100 AND DOE
CORPORATIONS 1-100,

CLAIMS BY GUY AND JULIA
HANDS; CERTIFICATE OF
SERVICE

Defendants.

## DECLARATION OF TERRANCE M. REVERE

The undersigned hereby declares that:

1.      I am an attorney licensed to practice law in the State of Hawaii and the Federal District Court for the District of Hawaii. I represent Plaintiffs Western Sunview Properties, LLC, Guy Hands, and Julia Hands, in the above-captioned action.

2.      I have personal knowledge of the matters discussed herein and am competent to testify as to the matters stated herein and make this declaration upon personal knowledge except and unless stated to be upon information and belief.

3.      Attached hereto as **Exhibit 1** is a true and accurate copy of excerpts of the Amended Public Offering Statement, dated April 10, 1997. This document was produced by Defendants Irwin Federman and Conception S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003. In addition,

2

this document was included in the documents marked as Exhibit 2 to the deposition of Defendant Concepcion S. Federman taken on December 8, 2003, and was authenticated by the deponent, as indicated at 72:2-19 of the transcript (**Ex. 66** hereto).

4.    Attached here as **Exhibit 2** is a true and accurate copy of a fax transmittal, dated September 12, 1999 6:30 HST, and Price List from **Deborah Au** to Mr. Hands.  These documents were marked as Exhibits 4 & 5 to the deposition of Deborah Au taken herein on January 29, 2004, and was authenticated by the deponent, as indicated at 58:13-24; 59:19-25; 98:13-23 of the transcript (**Ex. 3** hereto).

5.    Attached hereto as **Exhibit 3** is a true and accurate copy of excerpts (cover page, pages 1-4, 57-60, 85-88, 93-100, 113-116, 121-140, 145-148, correction page, and court reporter certificate) of the condensed transcript of deposition upon oral examination of **Deborah Au** taken herein on January 29, 2004.

6.    Attached hereto as **Exhibit 4** is a true and accurate copy of a fax transmittal, dated September 15, 1998, from Kathrin "Chacha" Kohler to Irwin Federman.    This document was produced by Defendants Irwin Federman and Concepcion S. Federman to Plaintiffs on December 8, 2003.

7.      Attached hereto as **Exhibit 5** is a true and accurate copy of a handwritten note, dated December 21, 1998, to "Ceppie." This document was produced by Defendants Irwin Federman and Concepcion S. Federman to Plaintiffs on December 8, 2003.

8.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the Specimen Sales Contract that was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003. In addition, this document was included in the documents marked as Exhibit 2 to the deposition of Defendant **Concepcion S. Federman** taken on December 8, 2003, and was authenticated by the deponent, as indicated at 72:2-19 of the transcript (**Ex. 66** hereto).

9.      Attached hereto as **Exhibit 7** is a true and accurate copy of the Specimen Limited Warranty deed that was produced by Defendants Irwin Federman and Concepcion Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003. In addition, this document was included in the documents marked as Exhibit 2 to the deposition of Defendant **Concepcion S. Federman** taken on December 8, 2003, and was authenticated by the deponent, as indicated at 72:2-19 of the transcript (**Ex. 66** hereto).

10.    Attached hereto as **Exhibit 8** is a true and accurate copy of the Bluffs at Mauna Kea Sales Contract for Lot 6, signed by the Federmans and Mauna Kea Development Corp. This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

11.    Attached hereto as **Exhibit 9** is a true and accurate copy of Addendum I to Sales Contract for Lot 6, signed by the Federmans and Mauna Kea Development Corp. This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

12.    Attached hereto as **Exhibit 10** is a true and accurate copy of The Bluffs at Mauna Kea Sales Contract and Addendum I to Sales Contract for Lot 11 signed by Sanford Robertson and Mauna Kea. These documents were marked as Exhibits A-4 and A-6 to the deposition of Yoichi Asari taken in *Robertson v. Mauna Kea Development, Corp., et al.* on May 16, 2003, and was authenticated b the deponent, as indicated at 98:3-16, 105:5-11 of the transcript (**Ex. 23** hereto).

13.    Attached hereto as **Exhibit 11** is a true and accurate copy of (1) the transcript (cover pages, pages 2-5, and court reporter certificate) of the deposition upon written interrogatories of **Geraldo Scatena, Esq.,** custodian of records for Gerald Scatena, Esq., taken herein on behalf of Plaintiff Western Sunveiw on March 22, 2004, and (2) The Bluffs at Mauna Kea Sales Contract, Addendum A, Seller's Counter offer, Addendum B, and July 31, 1997, letter from Steve Hurwitz to Mauna Kea re Lots #1 & 2, signed by John Hoffee and Mauna Kea.  These documents were included among the records produced by Gerald Scatena, Esq. during the aforesaid deposition of March 22, 2004.

14.    Attached hereto as **Exhibit 12** is a true and accurate copy of the MLS and tax information e-mailed to Chap P. Love from Deborah Au on July 13, 2004.

15.    Attached hereto as **Exhibit 13** is a true and accurate copy of the Limited Warranty Deed for Lot 6 obtained from the State of Hawaii Bureau of Conveyances, dated January 24, 2999, signed by Mauna Kea and Irwin and Concepcion S. Federman and filed on February 1, 1999.  The original certified copy of this document was filed as Ex. I to Plaintiffs "Plaintiffs" Concise And Separate Statement of Facts in Support of

Plaintiff's Motion for Partial Summary Judgment Re Fraud" Filed on July 19, 2004.

16.     Attached hereto as **Exhibit 14** is a true and accurate copy of a facsimile message, dated September 16, 1999, from Rita Andrews to Deborah Au.  This document was marked as Exhibit 10 to the deposition of **Deborah Au** taken herein on January 29, 2004, and was authenticated by the deponent, as indicated at 93:11 to 94:16 of the transcript (**Ex. 3** hereto).

17.     Attached hereto as **Exhibit 15** is a true and accurate copy of a fax transmittal, dated September 16, 1999, from Jeanne E. Bulboltz of Mauna Kea Realty to Deborah Au.  This document was marked as Exhibit 11 to the deposition of **Deborah Au** taken herein on January 29, 2004, and was authenticated by the deponent, as indicated at 95:1-4 of the transcript (**Ex. 3** hereto).

18.     Attached hereto as **Exhibit 16** is a true and accurate copy of a Declaration of Guy Hands dated July 16, 2004, the original of which was filed with the Court on July 20, 2004.

19.     Attached hereto as **Exhibit 17** is a true and accurate copy of a fax transmittal, dated September 20, 19999, 10:45 p.m. Hawaiian Standard Time, from Debi Au to Guy and Julia Hands and handwritten notes regarding sale prices of lots 3, 4, 6, 9-12, and 20.  These documents were

marked as Exhibits 22 & 23 to the deposition of **Deborah Au** taken herein on January 29, 2004, and was authenticated by the deponent, as indicated at 131:18-25 and 134:14 to 135:19 of the transcript (Ex. 3 hereto).

20.    Attached hereto as **Exhibit 18** is a true and accurate copy of the Limited Warranty Deed for Lot 11 obtained from the State of Hawaii Bureau of Conveyances, dated March 15, 1999, signed by Mauna Kea and Sanford and Jeanne Robertson and filed on March 18, 1999.  The original certified copy of this document was filed as Ex. P to Plaintiffs "Plaintiffs' Concise And Separate Statement of Facts in Support of Plaintiffs' Motion for Partial Summary Judgment Re Fraud" filed on July 19, 2004.

21.    Attached hereto as **Exhibit 19** is a true and accurate copy of The Bluffs at Mauna Kea Sales Contract #1, Addenda A thru E to Sales Contract #1 for Lot 5 signed by Plaintiffs and Mauna Kea.  This document was marked as Exhibit 1 to the deposition of Guy Hands taken herein on November 29, 2003, and was authenticated by the deponent, as indicated at 33:10 to 34:3 of the transcript (**Ex. 29** hereto).

22.    Attached hereto as **Exhibit 20** is a true and accurate copy of correspondence, dated September 21, 1999, from Deborah Au to Tom Stifler.  This document was marked as Exhibit 24 to the deposition of

Deborah Au taken herein on January 29, 2004, and was authenticated by the deponent, as indicated at 137:22 to 138:3 of the transcript (**Ex. 3** hereto).

23.     Attached hereto as **Exhibit 21** is a true and accurate copy of excerpts (cover page, pages 2-9, 54-57, 70-77, 166-169, 214-217, correction pages and court reporter certificate) of the condensed transcript of deposition upon oral examination of **Irwin Federman** taken herein on December 9, 2003.

24.     Attached hereto as **Exhibit 22** is a true and accurate copy of excerpts (cover page, pages 1-12, 77-84, and court reporter certificate) of the condensed transcript of deposition upon oral examination of **William Mielcke** taken in *Robertson v. Mauna Kea Development, Corp., et al.* on May 29, 2003.

25.     Attached here as **Exhibit 23** is a true and accurate copy of excerpts (cover pages, pages 1-4, 13-16, 81-84, 97-100, 105-108, and court reporter certificates) of the condensed transcript of deposition upon oral examination of **Yoichi Asari** taken in *Robertson v. Mauna Kea Development Corp., et al.* on May 2, 2003 and May 16, 2003.

26.     Attached hereto as **Exhibit 24** is a true and accurate copy of excerpts (cover page, pages 1-4, 9-12, 37-40, and court reporter certificate) of the condensed transcript of deposition upon oral examination of **Kathrin**

**Kohler** taken in *Robertson v. Mauna Kea Development Corp., et al.* on May 2, 2003 and May 16, 2003.

27.　　　Attached hereto as **Exhibit 25** is a true copy of the Dual Agency Consent Agreement for Lot 6, signed by the Federmans and Mauna Kea Development Corp/Mauna Kea Properties, Inc.　This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

28.　　　Attached hereto as **Exhibit 26** is a true and accurate copy of a fax transmittal, dated September 19, 1999, 3:40 p.m. Hawaiian Standard Time, from Debi Au to Guy and Julia Hands.　This document was marked as Exhibit 20 to the deposition of **Deborah Au** taken herein on January 29, 2004, and was authenticated by the deponent, as indicated at 124:23 to 125:4 of the transcript (**Ex. 3** hereto).

29.　　　Attached hereto as **Exhibit 27** is a true and accurate copy of a Final Buyer Statement for Item A dated January 24, 2000.　This document was marked as Exhibit 29 to the deposition of **Deborah Au** taken herein on January 29, 2004, and was authenticated by the deponent, as indicated at 145:6-14 of the transcript (**Ex. 3** hereto).

30.    Attached hereto as Exhibit 28 is a true and accurate copy of documents obtained from the Internet by Plaintiffs' counsel.  The documents were obtained from http://finance.lycos.com/qc/research/insider.aspx?datatype=Planned&symbols=NASDQQ:SNDK and http://www.addirectors.com/index.htm and fairly and accurately reflect what was on those sites.

31.    Attached hereto as **Exhibit 29** is a true and accurate copy of excerpts (cover page, pages 1-8, 29-36, 45-58, 61-68, 73-76, 117-124, 197-204, 229-236, correction pages, and court reporter certificate) of the condensed transcript of deposition upon oral examination of **Guy Hands** taken herein on November 29, 2003.

32.    Attached hereto as **Exhibit 30** is a true and accurate copy of excerpts (cover page, page 1-4, 25-28, 53-64, 73-80, 101-104, 117-120, 145-148, 201-204, correction page, and court reporter certificate) of the condensed transcript of deposition upon oral examination of Julia Hands taken herein on December 2, 2003.

33.    Attached hereto as **Exhibit 31** is a true and accurate copy of a Declaration of Guy Hands dated June 9, 2004, the original of which was filed on June 18, 2004 with Plaintiffs' "Separate And Concise Statement of

Facts In Opposition To Defendants Irwin and Concepcion Federman's Motion for Summary Judgment, Filed April 9, 2004."

34.       Attached hereto as **Exhibit 32** is a true and accurate copy of the Declaration of Protective Covenants, Conditions and Restrictions for The Bluffs at Mauna Kea dated February 19, 1997, and recorded at the Bureau of Conveyances, State of Hawaii, on March 17, 1997, under Doc. No. 97-034153. This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003. In addition, this document was included in the documents marked as Exhibit 2 to the deposition of Defendant Concepcion S. Federman taken herein on December 8, 2003, and was authenticated by the deponent, as indicated at 72:2-19 of the transcript (**Ex. 66** hereto).

35.       Attached hereto as **Exhibit 33** is a true and accurate copy of the Design and Construction Requirements for Homes for The Bluffs at Mauna Kea dated February 19, 1997, and duly adopted by Mauna Kea Properties, Inc.   This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003. In addition, this document was included in the documents marked as Exhibit

2 to the deposition of Defendant Concepcion S. Federman taken herein on December 8, 2003, and was authenticated by the deponent, as indicated at 72:2-19 of the transcript (**Ex. 66** hereto).

36.     Attached hereto as **Exhibit 34** is a true and accurate copy of The Bluffs at Mauna Kea Homeowners' Rules dated February 19, 1997, and duly adopted by Mauna Kea Properties, Inc.  A true copy of this document was included in the documents marked as Exhibit 2 to the deposition of Defendant Concepcion S. Federman taken herein on December 8, 2003, and was authenticated by the deponent, as indicated at 72:2 of the transcript (Ex. 66 hereto).

37.     Attached hereto as **Exhibit 35** is a true and accurate coy of e-mail messages dated March 9 and March 10, 2004 from Jerry Elder to David Stringer, with a copy to Bob Acree, Bob Gunderson, Mike Hartley, and Doug Leone; e-mail message dated March 9, 2004, from Bob Gunderson to Jerry Elder.  This document was included among the records produced by Stringer Architects at the deposition upon written interrogatories of **Blanche Allen**, custodian of records for Stringer Architects, taken herein on behalf of Defendants Irwin Federman and Concepcion S. Federman on April 26, 2004, as described in the transcript (**Ex. 67** hereto).

38.    Attached hereto as **Exhibit 36** is a true and accurate copy of a report by **David L. Callies** dated June 4, 2004, and David L. Callies Biographical (February 2004) that were attached as Exs. 2 and 59 to Plaintiffs' "Separate And Concise Statement Of Facts in Opposition To Defendants Irwin And Concepcion Federman's Motion for Summary Judgment, Filed April 9, 2004," filed on June 18, 2004, and which are authenticated by the Declaration of David L. Callies attached hereto as **Ex. 68.**

39.    Attached hereto as **Exhibit 37** is a true and accurate copy of the condensed transcript (cover page, pages 1-282, court reporter certificate) of deposition upon oral examination of **David Stringer** taken herein on August 3, 2004.

40.    Attached hereto as **Exhibit 38** is a true and accurate copy of a fax transmittal dated March 23, 2004, from David Ayer to Terry Revere, with attached reconstructed meeting minutes of The Bluffs Design Review Committee for January 29, 2002, with a copy to Bob Acree, Jerry Elder, Bob Gunderson, Dennis Krueger, Mike Hartley, and Doug Leone.    This document was included among the records produced by Stringer Architects at the deposition upon written interrogatories of Blance Allen, custodian of records for Stringer Architects, taken herein on behalf of Defendants Irwin

Federman and Concepcion S. Federman on April 26, 2004, as described in the transcript (**Ex. 67** hereto).

41.     Attached hereto as **Exhibit 39** is a true and accurate copy of a letter dated July 7, 2004, from Chad P. Love to Ronald Shigekane.

42.     Attached hereto as **Exhibit 40** is a true and accurate copy of a transcript (cover page, pages 2-6, court reporter certificate, and records 0001-0050) of deposition upon written interrogatories of **Blanche Allen**, custodian of records of Stringer Architects, taken herein on behalf of Defendants Irwin Federman and Concepcion S. Federman on March 10, 2004.

43.     Attached hereto as **Exhibit 41** is a true and accurate copy of a letter dated February 7, 2002 from Dennis Krueger to the Federmans which was authenticated by I. Federman in ¶9 of his Declaration attached to Federmans' CSOF in support of Federmans' Motion for Summary Judgment filed July 20, 2004.

44.     Attached hereto as **Exhibit 42** is a true and accurate coy of the Declaration of **William F. Mielcke** dated December 5, 2003 received by Plaintiffs' counsel from Watanabe Ing Kawashima & Komeiji, LLP, on or about December 5, 2003. A true and accurate copy of the Ex. A referenced therein (the memo dated April 23, 2001) is attached hereto as Ex. 43 hereto.

45.       Attached hereto as **Exhibit 43** is a true and accurate copy of fax transmittal dated April 23, 2001, from Joel Laber to Vladimir Illic, with copies to Bill Mielcke and Lisa Reinke.  This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.   In addition, this document was included in the documents marked as Exhibit 8 to the deposition of Joel Laber taken on October 24, 2003, and was authenticated by the deponent, as indicated at 77:10 to 85:22 of the transcript (**Ex. 44** hereto).

46.       Attached hereto as **Exhibit 44** is a true and accurate coy of excerpts (cover page, pages 2-5, 18-33, 66-85, 106-109, correction pages, and court reporter certificate of the condensed transcript of deposition upon oral examination of **Joel Laber** taken herein on October 24, 2003.

47.       Attached hereto as **Exhibit 45** is a true and accurate copy of a fax transmittal dated March 8, 2001, from Bob Gunderson to Bettina Lum. This document was marked as Exhibit A-84 to the deposition of Bettina W. J. Lum, Esq., taken in *Robertson v. Mauna Kea Development, Corp, et al.* on October 17, 2003, and was authenticated by the deponent, as indicated at 67:5-14 of the transcript (**Ex. 71** hereto).

48.     Attached hereto as **Exhibit 46** is a true and accurate coy of a letter dated September 7, 2001, from Joel Laber to The Bluffs at Mauna Kea Design Committee. This document was included among the records produced by Stringer Architects at the deposition upon written interrogatories of Blanche Allen, custodian of records for Stringer Architects, taken herein on behalf of Defendants Irwin Federman and Conception S. Federman on April 26, 2004, as described in the transcript (**Ex. 67** hereto).

49.     Attached hereto as **Exhibit 47** is a true and accurate copy of a letter dated December 27, 2001, from Joel Laber to The Bluffs at Mauna Kea Design Committee. This document was included among the records produced by Stringer Architects at the deposition upon written interrogatories of Blance Allen, custodian of records for Stringer Architects, taken herein on behalf of Defendants Irwin Federman and Concepcion S. Federman on April 26, 204, as described in the transcript (**Ex. 67** hereto).

50.     Attached hereto as **Exhibit 48** is a true and accurate copy of an e-mail dated February 26, 2004, from Bob Gunderson to Doug Leone, Mike Hartley, and Jerry Elder; and an e-mail dated February 25, 2004 from May to Doug Leone, Mike Hartley, Robert Gunderson, Jerry Elder and Bob Acree. This document was included among the records produced by

Stringer Architects at the deposition upon written interrogatories of Blanche

Allen, custodian of records for Stringer Architects, taken herein on behalf of

Defendants Irwin Federman and Concepcion S. Federman on April 26, 2004,

as described in the transcript (**Ex. 67** hereto).

51.    Attached hereto as **Exhibit 49** is a true and accurate copy of

a letter dated April 9, 2004, from David Ayer to the Federmans.  This

document was included among the records produced by Stringer Architects

at the deposition upon written interrogatories of Blanche Allen, custodian of

records for Stringer Architects, taken herein on behalf of Defendants Irwin

Federman and Concepcion S. Federman on April 26, 2004, as described in

the transcript (**Ex. 67** hereto)

52.    Attached hereto as **Exhibit 50** is a true and accurate coy of a

letter dated October 1, 2003 from Paul H. Rosendahl, Ph.D., to P. Holland

McEldowney that was attached as Ex. 34 to Plaintiffs' "Separate And

Concise Statement Of Facts In Opposition to Defendants Irwin And

Concepcion Federman's Motion For Summary Judgment Filed April 9,

2004," filed on June 18, 2004.  This document is authenticated by the

Declaration of Paul H. Rosendahl, Ph.D. attached hereto as **Ex. 72**.

53.    Attached hereto as **Exhibit 51** is a true and accurate copy of

a letter dated October 16, 2003, from P. Holland McEldowney to Paul H.

Rosendahl, Ph.D., that was attached as Ex. 25 to Plaintiffs' "Separate and Concise Statement Of Facts In Opposition to Defendants Irwin And Concepcion Federman's Motion For Summary Judgment, Filed April 9, 2004," filed on June 18, 2004. This document is authenticated by the Declaration of Alvin Tamashiro attached hereto as **Ex. 73.**

54.     Attached hereto as Exhibit 52 is a true and accurate copy of a Declaration of Loriann Gordon dated June 14, 2004, the original which was filed on June 18, 2004 with Plaintiffs' "Separate and Concise Statement Of Facts In Opposition to Defendants Irwin And Concepcion Federman's Motion for Summary Judgment, Filed April 9, 2004."

55.     Attached hereto as **Exhibit 53** is a true and accurate copy of a report by Jim Reinhardt dated June 14, 2004 and Jim Reinhardt's curriculum vitae that were attached as Exs. 1 and 58 to Plaintiffs' "Separate And Concise Statement Of Facts in Opposition to Defendants Irwin And Concepcion Federman's Motion for Summary Judgment, Filed April 9, 2004," filed on June 18, 2004. These documents are authenticated by the Declaration of James N. Reinhardt attached hereto as **Ex. 74.**

56.     Attached hereto as **Exhibit 54** is a true and accurate copy of the Declaration of **Sandey Gorondinsky** and Ex. A to the Declaration. The original Declaration was attached to, and filed with Plaintiffs' "Separate And

Concise Statement Of Facts in Opposition to Defendants Irwin And Concepcion Federman's Motion for Summary Judgment, Filed April 9, 2004," on June 18, 2004.

57.    Attached hereto as **Exhibit 55** is a true and accurate copy of the Minutes of Meeting dated April 10, 1991 for The Bluffs at Mauna Kea that was attached as Ex. 7 to Plaintiffs' "Separate And Concise Statement Of Facts in Opposition to Defendants Irwin And Concepcion Federman's Motion for Summary Judgment, Filed April 9, 2004," filed on June 18, 2004.  This document was authenticated by the Declaration of Christopher Yuen attached hereto as **Ex. 75**.

58.    Attached hereto as **Exhibit 56** is a true and accurate copy of a letter dated November 19, 2001 from Norman Hayashi to William Mielcke that was attached as Ex. 8 to Plaintiffs' "Separate And Concise Statement Of Facts in Opposition to Defendants Irwin And Concepcion Federman's Motion for Summary Judgment, Filed April 9, 2004," filed on June 18, 2004.  This document is authenticated by the Declaration of Christopher Yuen attached hereto as **Ex. 75**.

59.    Attached hereto as **Exhibit 57** is a true and accurate copy of an e-mail message dated September 11, 2000, from Jim Bell to Alan Kato. This document was included among the records produced by Belt Collins

Hawaii at the deposition upon written interrogatories of **Edean Hayashida** taken herein on September 30 and October 1, 2003, as described in the transcript attached hereto as **Ex. 76.**

60.    Attached hereto as **Exhibit 58** is a true and accurate copy of an e-mail message dated May 12 and 13 2003, between Irwin Federman, Bob Glazier, Joel Laber, and Don Vita.  This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

61.    Attached hereto as **Exhibit 59** is a true and accurate copy of an e-mail dated January 16, 2003, from Irwin Federman to Don Vita, with a copy to Joel Laber and John Stratton.  This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

62.    Attached hereto as **Exhibit 60** is a true and accurate copy of the responses to Irwin Federman's e-mail dated April 28, 2003, prepared by Hill Glazier Architects.  This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

63.    Attached hereto as **Exhibit 61** is a true and accurate copy of memorandum dated December 27, 2002, from Don Vita to the Federmans, with a copy to Bob Glazier, Camilo Carillo, John Stratton, and Roland Crighton.  This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

64.    Attached hereto as **Exhibit 62** is a true and accurate copy of an e-mail message dated December 20, 2002, from Irwin Federman to Bob Glazier, with a copy to Justine Bellows; e-mail message dated December 30, 2002, from Robert Glazier to Camilo Carillo.  This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

65.    Attached hereto as **Exhibit 63** is a true and accurate copy of a fax transmittal dated February 5, 2002, from Joel Label to Camilo Carrillo, with attached excerpts from the UB (1991) section 104(e) and the Hawaii County Building Code sections 5-1.0.8 and 5-1.0.9; copy was sent to Irwin Federman.  This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

66.      Attached hereto as **Exhibit 64** is a true and accurate copy of a letter dated December 22, 2000, from William F. Mielcke to the Federmans, with a blind carbon copy to Bettina Lum and Lisa Reinke.  This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

67.      Attached hereto as **Exhibit 65** is a true and accurate copy of a letter dated January 19, 2001, from William F. Mielcke to the Federmans, with attached letter dated December 22, 2000, from William F. Mielcke to the Federmans.  This document was produced by Defendants Irwin and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

68.      Attached hereto as **Exhibit 66** is a true and accurate copy of excerpts (cover page, pages 2-5, 70-73, Ex. 1, correction page, and court reporter certificate) of the condensed transcript of deposition upon oral examination of **Concepcion S. Federman** taken herein on December 8, 2003.

69.      Attached hereto as **Exhibit 67** is a true and accurate copy of the transcript (cover page, pages 2-7, and court reporter certificate) of deposition upon written interrogatories of **Blanche Allen**, custodian of

records for Stringer Architects, taken herein on behalf of Defendants Irwin Federman and Concepcion S. Federman on April 26, 2004 (records omitted).

70.     Attached hereto as **Exhibit 68** is a true and accurate copy of a Declaration of David L. Callies dated June 9, 2004, the original which was filed on June 18, 2004 with Plaintiffs' "Separate And Concise Statement Of Facts in Opposition to Defendants Irwin And Concepcion Federman's Motion for Summary Judgment, Filed April 9, 2004,"

71.     Attached hereto as **Exhibit 69** is a true and accurate copy of a photo that was attached as Ex. 36 to Plaintiff's "Separate And Concise Statement Of Facts in Opposition to Defendants Irwin And Concepcion Federman's Motion for Summary Judgment, Filed April 9, 2004," which is authenticated by **Ex. 31** hereto.

72.     Attached hereto as **Exhibit 70** is a true and accurate coy of a photo that was attached as Ex. 37 to Plaintiff's "Separate And Concise Statement Of Facts in Opposition to Defendants Irwin and Concepcion Federman's Motion For Summary Judgment, Filed April 9, 2004," which is authenticated by **Ex. 72** hereto.

73.     Attached hereto as **Exhibit 71** is a true and accurate copy of excerpts (cover page, pages 2, 67, correction pages, and court reporter certificate) of the transcript of the deposition upon oral examination of

**Bettina W. J. Lum, Esq.,** taken in *Robertson v. Mauna Kea Development, Corp., et al.* on October 17,2003.

74.     Attached hereto as **Exhibit 72** is a true and accurate copy of the Declaration of Paul H. Rosendahl, Ph.D. dated June 7, 2004, the original which was filed on June 18,2004 with Plaintiff's "Separate And Concise Statement Of Facts in Opposition to Defendants Irwin and Concepcion Federman's Motion For Summary Judgment, Filed April 9, 2004."

75.     Attached hereto as **Exhibit 73** is a true and accurate copy of the Declaration of Alvin Tamashiro dated June 4, 2004, the original which was filed on June 18, 2004 with Plaintiffs' "Separate And Concise Statement Of Facts in Opposition to Defendants Irwin and Concepcion Federman's Motion For Summary Judgment, Filed April 9, 2004,"

76.     Attached hereto as **Exhibit 74** is a true and accurate copy of the Declaration of James N. Reinhardt dated June 14, 2004, the original which was filed on June 18, 2004 with Plaintiffs' "Separate And Concise Statement Of Facts in Opposition to Defendants Irwin and Concepcion Federman's Motion For Summary Judgment, Filed April 9, 2004."

77.     Attached hereto as **Exhibit 75** is a true and accurate copy of the Declaration of Christopher J. Yuen dated June 8, 2004, the original which was filed on June 18, 2004 with Plaintiffs' "Separate And Concise

Statement Of Facts in Opposition to Defendants Irwin and Concepcion

Federman's Motion For Summary Judgment, Filed April 9, 2004."

78.    Attached hereto as **Exhibit 76** is a true and accurate copy of

the September 30, 2003 transcript (cover page, pages 2-7, and court reporter

certificate) of deposition and October 1, 2003 transcript (cover page, pages

2-5 and court reporter certificate) of deposition upon written interrogatories

of **Edean Hayashida,** custodian of records of Belt Collins Hawaii, taken

herein on behalf of Defendants Irwin Federman and Concepcion S.

Federman (records omitted).

79.    Attached hereto as **Exhibit 77** is a true and accurate copy of

excerpts (cover page, pages 2-5, 10-13, 46-57, and court reporter certificate)

of the condensed transcript of deposition upon oral examination of **Lisa

Reinke** taken herein on October 28, 2003.

80.    Attached hereto as **Exhibit 78** and made a part thereof is a

true copy of excerpts (cover page, pages 2, 28-30) of the transcript of

deposition upon oral examination of **Lisa Reinke** taken *in Fogelsong, et al.

v. Mauna Kea Properties, Inc., et al.* on August 27, 2001.  This was

produced to Plaintiffs' counsel by Watanabe Ing and Kawashima, one of the

firms that attended the deposition.  Plaintiffs' counsel attempted to obtain

the court reporter certificate from Ralph Rosenberg Court Reporters, Inc.,

Brian Kang, Esq., Jerry M. Hiatt, Esq., and Andrew Beaman, Esq., but they all advised that they did not have one.

81.     Attached hereto as **Exhibit 79** is a true and accurate copy of excerpts (cover page, pages 2-5, 30-37, 66-69, correction page, and court reporter certificate) of the condensed transcript of videoconference deposition upon oral examination of **John Reid** taken herein on February 23, 2004.

82.     Attached hereto as **Exhibit 80** is a true and accurate copy of excerpts (cover page, pages 1-4, 73-76, correction pages, and court reporter certificate) of the condensed transcript of deposition oral examination of **Loriann Gordon** taken herein on December 12, 2003.

83.     Attached hereto as **Exhibit 81** is a true and accurate copy of excerpts (cover page, pages 1-4, 105-108, correction pages, and court reporter certificate) of the condensed transcript of deposition upon oral examination of **Hamlet C. "Lucky" Bennett** taken herein on December 5, 2003.

84.     Attached hereto as **Exhibit 82** is a true and accurate copy of excerpts (cover page, pages 52-55, and 80-83) of the transcript of deposition upon oral examination of **Fritz Johnson** taken in *Fogelsong, et al. v. Mauna Kea Properties, Inc., et al.* on October 5, 2001.  This document was marked

as Exhibit A-99 of the deposition upon oral examination of **Frederick Johnson** in *Robertson v. Mauna Kea Development, Corp., et al.* on November 3, 2003, and was authenticated by the deponent, as indicated at 22:7-25 of the transcript (**Ex. 86** hereto).

85.    Attached hereto as **Exhibit 83** and made a part hereof is a true copy of excerpts (cover page, pages 2-3, 6, 60, 89, court reporter certificate) of the transcript of deposition of **James R. Bell** taken in *Fogelsong, et al. v. Mauna Kea Properties, Inc., et al.,* DPR No. 01-0266-A (Dispute Prevention and Resolution, Inc.) on October 31, 2002.   This document was attached as Exhibit 16 to the Robertsons' Separate Concise Statement of Facts in Opposition to Defendants Mauna Kea Development Corp. and Mauna Kea Properties, Inc.'s Motion for Summary Judgment as to Counts I, II, IV, and V of Complaint filed April 12, 2002.

86.    Attached hereto as **Exhibit 84** is a true and accurate copy of a letter dated October 17, 2000, from James R. Bell to J. Lynn Reda, with a copy to William Mielcke.  This document was included among the records produced by Mauna Kea Properties at the deposition upon written interrogatories of **Rhonda Willis**, custodian of records for Mauna Kea Properties, taken herein on behalf of Plaintiff Western Sunview on October 16, 2003, as described in the transcript.  True and accurate copies of excerpts

from this transcript (cover page, pages 2-5, and court reporter certificate) are also attached as Exhibit 84.

87.    Attached hereto as **Exhibit 85** is a true and accurate copy of excerpts (cover page, pages 2-5; court reporter certificate) of the transcript of deposition upon written interrogatories of **Alice Kawaha** taken on June 9, 2004 (records omitted).

88.    Attached hereto as **Exhibit 86** is a true and accurate copy of excerpts (cover page, pages 2, 22, and court reporter certificate) of the transcript of deposition upon oral examination of **Frederick Johnson** in *Robertson v. Mauna Kea Development, Corp., et al.* on November 3, 2003.

89.    Attached hereto as **Exhibit 87** is a true and accurate copy of excerpts of (cover page, pages 2-5, 30-37, 74-81, and court reporter certificate) of the condensed transcript of deposition upon oral examination of **Terry Tusher** taken herein on February 24, 2004.

90.    Attached hereto as **Exhibit 88** is a true copy of the declaration of **Terry Tusher** dated November 6, 2003 that Plaintiffs' counsel received on or about November 7, 2003.

91.    Attached hereto as **Exhibit 89** is a true and accurate copy of excerpts (cover page, pages 2, 10-11, 18-19, 29-30, 39-41, and court reporter

certificate) of the transcript of proceedings before Judge Helen Gillmor on December 1, 2003, in *Robertson v. Mauna Kea Development, Corp, et al.*

92.    Attached hereto as **Exhibit 90** is a true and accurate copy of the transcript of proceedings before Judge Greg Nakamura of the Circuit Court of Third Circuit, State of Hawaii on July 27, 2004, in *Western Sunview Properties, LLC v. Leone-Perkins Family, et al.* The court reporter certificate is also attached.

93.    Attached hereto as **Exhibit 91** is a true and accurate copy of the transcript of proceedings before Judge Riki May Amano on July 13, 2001, in *Fogelsong, et al. v. Mauna Kea Properties, Inc., et al.* This document was attached as Exhibit 11 to the Robertsons' Separate Concise Statement of Facts in Opposition to Defendants Mauna Kea Development Corp. and Mauna Kea Properties, Inc.'s Motion for Summary Judgment as to Counts I, II, IV, and V of Complaint filed April 12, 2002.

94.    Attached hereto as **Exhibit 92** is a true and accurate copy of e-mail messages dated December 26 and 27, 2000, between Vladimir Ilic, Alan Kato, and Joel Laber, with copies to Lynn Reda and Robert Glazier. This document was produced by Defendants Irwin Federman and Conception S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

95.     Attached hereto as **Exhibit 93** is a true and accurate copy of a memorandum dated January 13, 2001, from The Bluffs Community Association to The Bluffs Community Homeowners. This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

96.     Attached hereto as **Exhibit 94** is a true and accurate copy of the declaration of **Kathrin G. Kohler** dated December 8, 2003 (with Exhibit A), that Plaintiff's counsel received from Watanabe Ing Kawashima & Komeiji, LLP, on or about December 8, 2003.

97.     Attached hereto as **Exhibit 95** is a true and accurate copy of a letter dated November 10, 2003, from David Stringer to the Federmans. This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

98.     Attached hereto as **Exhibit 96** is a true and correct copy of a letter dated July 11, 2001, from William F. Mielcke to Joel Laber, Greg Boyer-Hawaiian Landscapes, Inc., Hill Glazier Architects, and Todd R. Cole Landscape Architect, with a copy to the Federmans. This document was produced by Defendants Irwin Federman and Concepcion S. Federman in

response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

99.    Attached hereto as **Exhibit 97** is a true and accurate copy of meeting minutes of The Bluffs Design Review Committee on December 2, 2003. This document was included among the records produced by Stringer Architects at the deposition upon written interrogatories of **Blanche Allen**, custodian of records for Stringer Architects, taken herein on behalf of Defendants Irwin Federman and Concepcion S. Federman on April 26, 2004, as described in the transcript (**Ex. 67** hereto).

100.    Attached hereto as **Exhibit 98** are true and accurate copies of two documents (00003 and 00006) that were produced from Defendant County of Hawaii on August 17, 2004 in response to Plaintiffs' First Request for Production of Document and Other Things.

100.    Attached hereto as **Exhibit 99** is a true and accurate copy of the Tax Conveyance Certificate for Irwin and Concepcion Federman, Lot 6 obtained from the State of Hawaii Tax Office.

101.    Attached hereto as **Exhibit 100** is a true and accurate copy of **Kenneth D. H. Chong's** February 22, 2005 report.

102.   Attached hereto as **Exhibit 101** is a true and accurate copy of the deposition transcript of **Jeanne Buboltz** taken on January 27, 2005.

103.   Attached as **Exhibit 102** is a true and accurate copy of the Declaration of **Kathrin Kohler** dated August 12, 2004.

104.   Attached as **Exhibit 103** is a true and accurate copy of the deposition transcript of **Kathrin Kohler** taken on January 27, 2005.

105.   Attached hereto as **Exhibit 104** is a true and accurate copy of **Wendelin L. Campbell's** January 13, 2003 letter report which is identified as exhibit A-106 of Mr. Campbell's November 6, 2003 deposition transcript.

106.   Attached hereto as **Exhibit 105** is a true and accurate copy of the deposition transcript of **Wendelin Campbell** dated November 6, 2003.

107.   Attached hereto as **Exhibit 106** is a true and accurate copy of Robert Gunderson's November 28, 2001 e-mail to Dennis Krueger which were produced by Stringer Architects on September 10, 2003.

108.   Attached hereto as **Exhibit 107** is a true and accurate copy of William F. Mielcke's April 20, 2001 letter to Loriann Gordon identified as documents nos. MK002206 through MK002207 and which were produced by Andy Beaman, Esq. on December 1, 2003.

109.   Attached hereto as **Exhibit 108** is a true and accurate copy of The Bluffs at Mauna Kea sales contract for lot 7 dated August 17, 1999

which are identified as document nos. MKR00730 through MKR 00747 and produced by Brian Kang, Esq. On September 20, 2004.

110.   Attached as **Exhibit 109** is a true and accurate copy of Mrs. C. N. Reddy's letter to William Mielcke dated May 15, 2001 identified as document number MK002248 and produced by Andy Beaman, Esq. on December 1, 2003.

111.   Attached hereto as **Exhibit 110** is a true and accurate copy of Joel Laber's May 16, 2001 fax to Vladimir Illic identified as document number F013765 which was produced by Andy Beaman, Esq. on December 1, 2003.

112.   Attached hereto as **Exhibit 111** is a true and accurate copy of Joel Laber's September 7, 2001 letter to The Bluffs at Mauna Kea Design Committee identified s document F00180 and which was produced by Andy Beaman, Esq. on October 27, 2003.

113.   Attached hereto as **Exhibit 112** is a true and accurate copy of Joel Laber's August 29, 2001 letter to David Stringer identified as document number F018913 and produced by Andy Beaman, Esq. on December 1, 2003.

114.    Attached hereto as **Exhibit 113** is a true and accurate copy of Joel Laber's October 23, 2001 fax to David Stringer identified as document number F00191 and produced by Andy Beaman, Esq. on October 27, 2003.

115.    Attached hereto as **Exhibit 114** is a true and accurate copy of Lisa Reinke's Jul 11, 2001 Memorandum to Bettina Lum and William Mielcke identified as document numbers F018925 through F018927 by Andy Beaman, Esq. on December 1, 2003.

116.    Attached hereto as **Exhibit 115** is a true and accurate copy of **Richard Stellmacher's** 2/14/05 letter report.

117.    Attached hereto as **Exhibit 116** is a true and accurate copy of the transcript of proceedings dated August 23, 2004 before the Honorable David Alan Ezra.

118.    Attached hereto as **Exhibit 117** is a true and accurate copy of various articles retrieved from the Internet dated January 28, 2005, March 3, 2005, and March 25, 2005, pertaining to Seibu Railway.

119.    Attached hereto as **Exhibit 118** is a true and accurate copy of November 18, 2004 Amended Rule 16 Scheduling Order in Western Sunview Properties, LLC vs. Irwin Federman, et al., Civil No. 03-00463 DAE-LEK.

120.   Attached hereto as **Exhibit 119** is a true and accurate copy of the deposition transcript of **James R. Bell** taken on October 31, 2001.

121.   Attached hereto as **Exhibit 120** is a true and accurate copy of Jim Reinhardt's April 5, 2005 letter report.

122.   Attached hereto as **Exhibit 121** is a true and accurate copy of the September 15, 2004 Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment and Denying Plaintiff's Counter Motion for Summary Judgment in *Western Sunview Properties, LLC, et al. v. Federman, et al.*, Civil No. 03-00463 DAE/LEK.

123.   Attached hereto as **Exhibit 122** is a true and accurate copy of the Declaration of **Irwin Federman** dated July 15, 2004.

124.   Attached hereto as **Exhibit 123** is a true and accurate copy of Leonard M. Kacher's letter report dated February 22, 2005.

125.   Attached hereto as **Exhibit 124** is a true and accurate copy of the Transcript of Proceedings dated November 12, 2004 in *Western Sunview Properties, LLC v. Leone-Perkins Family Trust, et al.* (Civil No. 04-1-0212).

126.   Attached as **Exhibit 125** is a true and accurate copy of the deposition transcript of **William Mielcke** taken on May 29, 2003 in *Robertson, et al. v. Mauna Kea Development, et al.*, Civil No. 02000207 HG LEK.

127.   Attached as **Exhibit 126** is a true and accurate copy of the deposition transcript of **Deborah Au** taken on January 29, 2004 in *Western Sunview Properties, LLC v. Federman, et al.*, Civil No. 03-00463 DAE LEK.

128.   Attached hereto as **Exhibit 127** is a true and accurate copy of the deposition transcript of **Terry Tusher** dated February 24, 2004 in *Western Sunview, LLC v. Federman, et al.*, Civil No. 03-00463 DAE/LEK.

129.   Attached hereto as **Exhibit 128** is a true and accurate copy of the deposition transcript of **Dodie MacArthur** taken on November 22, 2004 *Western Sunview, LLC v. Federman, et al.*, Civil No. 03-00463 DAE/LEK.

130.   Attached hereto as **Exhibit 129** is a true and accurate copy of the deposition transcript of **Guy Hands** taken on February 5, 2005 in *Western Sunview, LLC v. Federman, et al.*, Civil No. 03-00463 DAE/LEK.

131.   Attached hereto as **Exhibit 130** is a true and accurate copy of the deposition transcript of **Julia Hands** taken on February 4, 2005 in *Western Sunview, LLC v. Federman, et al.*, Civil No. 03-00463 DAE/LEK.

132.   Attached as **Exhibit 131** is a true and accurate copy of pages 1733, 1758, 1759, and 1762 from the June 9, 2004 records deposition transcript of the County of Hawaii, Planning Department.

133.   Attached hereto as **Exhibit 132** is a true and accurate copy of pages 6 and 7 from the June 9, 2004 records deposition of the County of Hawaii, Planning Department.

134.   Attached hereto as **Exhibit 133** is a true and copy of pages 1497 and 1499 from the June 9, 2004 records deposition of the County of Hawaii, Planning Department.

135.   Attached hereto as **Exhibit 134** is a true and accurate copy of the letter from the Hawaii County Planning Department to Terrance Revere dated August 29, 2003.

136.   Attached hereto as **Exhibit 135** is a true and accurate copy of **Jim Reinhardt's** rebuttal  report dated April 5, 2005.

137.   Attached hereto as **Exhibit 136** is a true and accurate copy of **David L. Callies** statement dated April 18, 2005 of additions to his June 2, 2004 report.

138.   Attached hereto as **Exhibit 137** is a true and accurate copy of **Kenneth Chong's** rebuttal report dated April 21, 2005.

139.   Attached hereto as **Exhibit 138** is a true and accurate copy of **Richard A. Stellmacher's** report dated April 21, 2005.

140.   Attached hereto as **Exhibit 139** is a true and accurate copy of **Leonard M. Kacher's** rebuttal report dated April 6, 2005.

141.  Attached hereto as **Exhibit 140** is a true and accurate copy of the Sales Contract with the reference date of October 30, 1997 for lot no. 12 for Gifford Investments, L.P. identified as document nos. MKR01106 through MKR01117 and MKR00952 through MKR00998, which was produced by Douglas Ing, Esq. on October 20, 2004.

142.  Attached hereto as **Exhibit 141** is a true and accurate copy of the Sales Contract with reference date of May 8, 1998 for lot 10 for Gregg L. Engles identified as document nos. MKR01081 through MKR01092, which was produced by Douglas Ing, Esq. on October 20, 2004.

143.  Attached hereto as **Exhibit 142** is a true and accurate copy of the Sales Contract with reference date of February 9, 1999 for lot 14 for John Reid identified as document nos. MKR00688 through MKR00702, which was produced by Brian Kang, Esq. on September 20, 2004.

144.  Attached hereto as **Exhibit 143** is a true and accurate copy of the Sales Contract with reference date of July 20, 1999 for lot 8 for Robert V. Gunderson, Jr. identified as document nos. MKR00703 through MKR 00729, which was produced by Brian Kang, Esq. on September 20, 2004.

145.  Attached hereto as **Exhibit 144** is a true and accurate copy of the Sales Contract with reference date of November 3, 1999 for lot 16 identified as document nos. MKR04370 through MKR04376, which is

Exhibit 2 of Kathrin Kohler's deposition dated January 27, 2005.

146.   Attached hereto as **Exhibit 145** are true and accurate copies of conveyance tax certificates for the real property shown on the documents. The conveyance tax certificates were received from the State of Hawaii Department of Taxation on August 23, 2004.

147.   Attached hereto as **Exhibit 146** are true and accurate copies of printouts from the Hawaii State Bureau of Conveyance website.

148.   Attached hereto as **Exhibit 147** are true and accurate copies of printouts from the Hawaii County Real Property Tax Office website for information on various lots at The Bluffs at Mauna Kea.

149.   Attached hereto as **Exhibit 148** are true and accurate copies of excerpts (cover pages, pages 18-19 and 24, court reporter's certification) of the transcript of deposition upon oral examination of **Janet Lum Won** taken herein on December 1, 2005.

150.   Attached hereto as **Exhibit 149** are true and accurate copies of excerpts (cover pages, pages 51-52, 64-65, 67-68, 81, and 100, and court reporter's certification) of the transcript of deposition upon oral examination of **Byron S. Gangnes, Ph.D.** taken herein on October 24, 2005.

151.   Attached hereto as **Exhibit 150** is a true and accurate copy of the Declaration of Guy Hands dated April 26, 2005 which is attached to

Plaintiffs' "Concise and Separate Statement of Facts in Opposition to Defendants Mauna Kea Properties, Inc and Mauna Kea Development Corp.'s Motion for Summary Judgment As To All Special Setback and Punitive Damages Claims," dated April 28, 2005.

152.   Attached hereto as **Exhibit 151** is a true and accurate copy of the Declaration of William Mielcke dated August 2, 2004 which was attached to   Mauna Kea's Separate and Concise Statement in Support of Motion for Summary Judgment As To Special Setback and Punitive Damages, filed on November 3, 2005.

153.   Attached hereto as **Exhibit 152** is a true and accurate copy of the Declaration of James Reinhardt dated January 4, 2006.

I, TERRANCE M. REVERE, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, _____JAN  6 2006_____.

_____
TERRANCE M. REVERE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS and JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; and DOE CORPORATIONS 1-100,<br><br>Defendants. | CIVIL NO.  CV03-00463 JMS/LEK (Other Civil Action, Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE<br><br><br><br><br>Trail: March 14, 2006 |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing documents will be served on the above-identified parties at their respective addresses via hand delivery.

Sidney K. Ayabe, Esq.
Ronald Shigekane, Esq.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street
2500 Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendant
THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION

Douglas Ing, Esq.
Brian Kang, Esq.
Watanabe Ing Kawashima & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP

DATED: Honolulu, Hawaii,_____ JAN  6 2006 _____ .


_____
TERRANCE REVERE
JACQUELINE E. THURSTON
BRIANNE L. ORNELLAS

Attorney for Plaintiffs
WESTERN SUNVIEW
PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS