ORIGINAL

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Company

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
BRIANNE L. ORNELLAS  8376-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax. No. (808) 532-7910
Email address: terry@myrhawaii.com

FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email Address: ddixonthayer@flk.com

Attorneys for Plaintiffs.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 10 2006

at 3 o'clock and 48 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; ET AL.,<br><br>Defendants. | Civil No. CV03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br>[RE: PLAINTIFF JULIA HANDS' RESPONSES AND OBJECTIONS TO DEFENDANTS MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES]<br><br>Trial Date: March 14, 2006 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document in the above-entitled action was served upon the following at the address indicated on ____JAN 1 0 2006____:

    Sidney K. Ayabe, Esq.          Via Hand Delivery
    Ronald Shigekane, Esq.
    Ayabe Chong Nishimoto Sia & Nakamura
    1001 Bishop Street
    2500 Pauahi Tower
    Honolulu, Hawaii 96813

    Attorneys for Defendant
    The Bluffs at Mauna Kea Community Association

    Douglas Ing, Esq.              Via Hand Delivery
    Brian Kang, Esq.
    Watanabe Ing Kawashima & Komeiji LLP
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

    Attorneys for Defendants
    Mauna Kea Properties, Inc. and
    Mauna Kea Development Corp.

DATED: Honolulu, Hawaii, ____JAN 1 0 2006____.

                                      /s/ Brianne L. Ornellas
                                      TERRANCE M. REVERE
                                      JACQUELINE E. THURSTON
                                      BRIANNE L. ORNELLAS

                                      Attorneys for Plaintiffs