MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Company

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
BRIANNE L. ORNELLAS  8376-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax. No. (808) 532-7910
Email address: terry@myrhawaii.com

FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email Address: ddixonthayer@flk.com

Attorneys for Plaintiffs.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; ET AL.,<br><br>Defendants. | Civil No. CV03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br>[RE: PLAINTIFF JULIA HANDS' RESPONSES AND OBJECTIONS TO DEFENDANTS MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS]<br><br>Trial Date: March 14, 2006 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document in the above-entitled action was served upon the following at the address indicated on JAN 1 0 2006 :

Sidney K. Ayabe, Esq.                    Via Hand Delivery
Ronald Shigekane, Esq.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street
2500 Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendant
The Bluffs at Mauna Kea Community Association

Douglas Ing, Esq.                        Via Hand Delivery
Brian Kang, Esq.
Watanabe Ing Kawashima & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendants
Mauna Kea Properties, Inc. and
Mauna Kea Development Corp.

DATED: Honolulu, Hawaii,     JAN 1 0 2006     .

*/s/ Brianne L. Ornellas*
TERRANCE M. REVERE
JACQUELINE E. THURSTON
BRIANNE L. ORNELLAS

Attorneys for Plaintiffs

2