ORIGINAL

CHUN, KERR, DODD, BEAMAN & WONG,
a Limited Liability Law Partnership

ANDREW V. BEAMAN      #2914-0
LEROY E. COLOMBE      #3662-0
JOSHUA A. WISCH       #7816-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
E-mail: abeaman@ckdbw.com, lcolombe@ckdbw.com
        jwisch@ckdbw.com

Attorneys for Defendants
IRWIN FEDERMAN and
CONCEPCION S. FEDERMAN

LODGED
JAN 0 9 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 1 0 2006
at 3 o'clock and 21 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>       Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100, JANE DOES 1-100, DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>       Defendants. | Case No. CV03-00463 JMS/LEK<br><br>**ORDER GRANTING** PLAINTIFF WESTERN SUNVIEW PROPERTIES, LLC'S **MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** REGARDING DEFENDANTS IRWIN FEDERMAN AND CONCEPCION S. FEDERMAN FILED OCTOBER 26, 2005 |

ORDER GRANTING PLAINTIFF WESTERN SUNVIEW PROPERTIES, LLC'S
MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT
REGARDING DEFENDANTS IRWIN FEDERMAN AND
CONCEPCION S. FEDERMAN FILED OCTOBER 26, 2005

Plaintiff Western Sunview Properties, LLC's Motion for

Determination of Good Faith Settlement Regarding Defendants Irwin

99949.1

Federman and Concepcion S. Federman was filed herein on October 26, 2005; Defendants Irwin Federman and Concepcion S. Federman's Non-Substantive Joinder in the motion was filed on November 2, 2005. No opposition thereto having been filed, and good cause appearing therefor, it is hereby ORDERED, ADJUDGED AND DECREED that the hearing on the motion, set for December 5, 2005 at 9:30 a.m. before the Hon. Leslie E. Kobayashi, is vacated, and Plaintiff Western Sunview Properties, LLC's Motion for Determination of Good Faith Settlement Regarding Defendants Irwin Federman and Concepcion S. Federman filed herein on October 26, 2005 is GRANTED.

DATED: Honolulu, Hawaii, 1/10/06.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

_____
TERRANCE M. REVERE
BRIAN A. BILBERRY
JACQUELINE E. THURSTON

Attorneys for Plaintiff
WESTERN SUNVIEW PROPERTIES, LLC

_____
RONALD N. SHIGEKANE, ESQ.
SIDNEY K. AYABE, ESQ.

Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

_____
J. DOUGLAS ING., ESQ.
BRIAN A. KANG, ESQ.

Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.

_____
JOSEPH K. KAMELAMELA, ESQ.
BOBBY JEAN LEITHEAD-TODD, ESQ.

Attorneys for Defendant
COUNTY OF HAWAII

= = = = = = = = = =
Western Sunview Properties, LLC v. Irwin Federman, et al.;
Case No. CV03-00463 DAE/LEK; **ORDER GRANTING** PLAINTIFF WESTERN SUNVIEW PROPERTIES, LLC'S **MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT** REGARDING DEFENDANTS IRWIN FEDERMAN AND CONCEPCION S. FEDERMAN FILED OCTOBER 26, 2005