# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS, | Civil No. CV03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action) |
| Plaintiffs, | |
| vs. | CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.5 |
| IRWIN FEDERMAN; ET AL., | |
| Defendants. | |

Opps to Bluff's MSJ.doc

## CERTIFICATE OF COMPLIANCE

## PURSUANT TO LOCAL RULE 7.5

I certify that pursuant to Local Rule 7.5(e), the attached PLAINTIFFS' Memorandum In Opposition To Defendant The Bluffs At Mauna Kea Community Association's Motion For Summary Judgment, filed November 1, 2005, is proportionately spaced, has a typeface of 14 points or more and contains 7422 words.

DATED: Honolulu, Hawaii, _____JAN 5 2006_____.

_____

TERRANCE M. REVERE

Attorney for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS