IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS, <br><br> Plaintiffs, <br><br> vs. <br><br> IRWIN FEDERMAN; ET AL., <br><br> Defendants. | Civil No. CV03-00463 JMS LEK <br> (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action) <br><br> CERTIFICATE OF COMPLIANCE <br> PURSUANT TO LOCAL RULE 7.5 |

Opps to MSJ re Damages.doc

## CERTIFICATE OF COMPLIANCE

## PURSUANT TO LOCAL RULE 7.5

I certify that pursuant to Local Rule 7.5(e), the attached PLAINTIFFS' Memorandum In Opposition To Defendants Mauna Kea Properties, Inc.'s and Mauna Kea Development, Corp.'s Motion For Summary Judgment Based On Plaintiff's Failure To Prove Damages, filed November 3, 2005, is proportionately spaced, has a typeface of 14 points or more and contains 8948 words.

DATED: Honolulu, Hawaii, _____JAN 5 2006_____.

_____
TERRANCE M. REVERE

Attorney for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS