ORIGINAL

AYABE, CHONG, NISHIMOTO,
SIA & NAKAMURA
A Limited Liability Law Partnership

SIDNEY K. AYABE 968-0
RONALD SHIGEKANE 1945-0
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawaii 96813
Telephone: 808-537-6119
Facsimile: 808-526-3491
E-mail: Ronald.Shigekane@hawadvocate.com

Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 12 2006

at 11 o'clock and 10 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>Defendants. | CIVIL NO. CV 03-00463 DAE LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>CERTIFICATE OF SERVICE [Re: **1)** Defendant The Bluffs at Mauna Kea Community Association's Response to Plaintiff Western Sunview Properties, LLC's First Request for Admission to Defendant The Bluffs at Mauna Kea Community Association; and **2)** Defendant The Bluffs at Mauna Kea Community Association's Response to Plaintiffs' Third Request for Production of Documents and Other Things to Defendant The Bluffs at Mauna Kea Community Association] |

2004-069/290981

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 11, 2006, an original of **1)** Defendant The Bluffs at Mauna Kea Community Association's Response to Plaintiff Western Sunview Properties, LLC's First Request for Admission to Defendant The Bluffs at Mauna Kea Community Association; and **2)** Defendant The Bluffs at Mauna Kea Community Association's Response to Plaintiffs' Third Request for Production of Documents and Other Things were duly served upon the following parties listed below, at their last-known addresses, as described below:

TO: TERRANCE M. REVERE ESQ. — ***Via Hand-Delivery***
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813

*And*

SAMUEL R. MILLER, ESQ. — ***Via U.S. Mail***
DENELLE DIXON-THAYER, ESQ.
275 Battery Street, 23rd Floor
San Francisco, California 94111

Attorneys for Plaintiffs

And The undersigned hereby certifies that on January 11, 2006, a true and correct copy of the above-mentioned documents were duly served upon the following listed below, at their last-known address, as described below:

WRAY KONDO, ESQ. — ***Via U.S. Mail***
BRIAN KANG ESQ.
First Hawaiian Center
999 Bishop Street, Floor 23
Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, JAN 12 2006.

SIDNEY K. AYABE
RONALD SHIGEKANE
Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION