AYABE, CHONG, NISHIMOTO,
   SIA & NAKAMURA
A Limited Liability Law Partnership

SIDNEY K. AYABE      968-0
RONALD SHIGEKANE   1945-0
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawaii 96813
Telephone: 808-537-6119
Facsimile: 808-526-3491
E-mail: Ronald.Shigekane@hawadvocate.com

Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 2 2006

at 11 o'clock and 10 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>            Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>            Defendants. | CIVIL NO. CV 03-00463 DAE LEK<br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT] |

2004-069/292052

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>January 12, 2006</u>, a true and correct copy of Defendant The Bluffs at Mauna Kea Community Association's Reply Memorandum in Support of Motion for Summary Judgment was duly served upon the following parties listed below, at their last-known addresses, as described below:

| | |
|---|---|
| TO:  TERRANCE M. REVERE ESQ.<br>1000 Bishop Street, Suite 801<br>Honolulu, Hawaii 96813<br>    *And* | *Via Hand-Delivery* |
| SAMUEL R. MILLER, ESQ.<br>DENELLE DIXON-THAYER, ESQ.<br>275 Battery Street, 23rd Floor<br>San Francisco, California 94111<br>    Attorneys for Plaintiffs | *Via U.S. Mail* |
| WRAY KONDO, ESQ.<br>BRIAN KANG ESQ.<br>First Hawaiian Center<br>999 Bishop Street, Floor 23<br>Honolulu, Hawaii 96813 | *Via U.S. Mail* |

DATED: Honolulu, Hawaii, JAN 1 2 2006

_____
SIDNEY K. AYABE
RONALD SHIGEKANE
Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION