367440.2

**WATANABE ING & KOMEIJI LLP**
A Limited Liability Law Partnership

| | |
|---|---|
| J. DOUGLAS ING | # 1538-0 |
| BRIAN A. KANG | # 6495-0 |
| EMI L. M. KAIMULOA | # 7794-0 |
| LISA S. HIRAHARA | # 8150-0 |
| CHRISTOPHER J. BENNETT | # 8214-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
email: cbennett@wik.com



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 11 2006

at 4 o'clock and 29 min. P M
SUE BEITIA, CLERK

ORIGINAL

Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE | CIVIL NO. CV03-00463 JMS (LEK)<br><br>CERTIFICATE OF SERVICE REGARDING DEFENDANTS MAUNA KEA PROPERTIES, INC. and MAUNA KEA DEVELOPMENT CORP.'S RESPONSE TO PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS MAUNA KEA PROPERTIES, INC. and MAUNA KEA DEVELOPMENT CORP.<br><br>Trial: March 14, 2006 |

```
PARTNERSHIPS                            )
1-100; DOE CORPORATIONS 1-100,          )
                                        )
```

                Defendants.

---

### CERTIFICATE OF SERVICE REGARDING DEFENDANTS MAUNA KEA PROPERTIES, INC. and MAUNA KEA DEVELOPMENT CORP.'S RESPONSE TO PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS MAUNA KEA PROPERTIES, INC. and MAUNA KEA DEVELOPMENT CORP.

The undersigned hereby certifies that on this date two copies of Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp.'s Response to Plaintiff's Fourth Request for Production of Documents to Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp. were duly served upon the following parties at their last-known addresses:

    TERRANCE MATTHEW REVERE, ESQ.    (HAND DELIVERY)
    BRIAN A. BILBERRY, ESQ.
    JACQUELINE E. THURSTON, ESQ.
    Motooka Yamamoto & Revere LLLC
    1000 Bishop Street, Suite 801
    Honolulu, Hawai'i 96813

    Attorneys for Plaintiffs
    WESTERN SUNVIEW PROPERTIES, LLC,
    GUY HANDS, and JULIA HANDS

SIDNEY K. AYABE, ESQ.                    (HAND DELIVERY)
RONALD SHIGEKANE, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawai'i 96813

Attorneys for Defendants
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION


DATED: Honolulu, Hawai'i, January 11, 2006.

                    /s/ Chris Bennett
                    _____
                    J. DOUGLAS ING
                    BRIAN A. KANG
                    EMI L. M. KAIMULOA
                    LISA S. HIRAHARA
                    CHRISTOPHER J. BENNETT

                    Attorneys for Defendants
                    MAUNA KEA PROPERTIES, INC. and
                    MAUNA KEA DEVELOPMENT CORP.