IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100,<br><br>Defendants. | CIVIL NO. CV03-00463 JMS (LEK)<br><br>DECLARATION OF BETTINA W. J. LUM |

## DECLARATION OF BETTINA W. J. LUM

I, BETTINA W. J. LUM, hereby declare as follows:

1. I make this declaration based upon personal knowledge.

2. This declaration is made in lieu of an affidavit pursuant to LR 7.6.

3. Attached hereto as Exhibit 34 is a true and correct copy of a

memorandum sent from Lisa Reinke to me and William Mielcke which I received on or about July 11 or 12, 2001.

4. Attached hereto as Exhibit 35 is a true and correct copy of an email sent from Lisa Reinke to me and other recipients, which I received on or about July 11 or 12, 2001.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: Honolulu, Hawai'i, January 11, 2006.

_____
Bettina W. J. Lum