# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>               Plaintiffs,<br><br>    vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100,<br><br>               Defendants. | CIVIL NO. CV03-00463 JMS (LEK)<br><br>DECLARATION OF BRIAN A. KANG |

## DECLARATION OF BRIAN A. KANG

I, BRIAN A. KANG, hereby declare as follows:

1.     I am an attorney licensed to practice law before all of the state and federal courts in the State of Hawai'i and am one of the attorneys for MAUNA KEA PROPERTIES, INC. and MAUNA KEA DEVELOPMENT CORP. (collectively, "Mauna Kea") in the above-entitled action.

2.     I make this declaration based upon personal knowledge, and based upon my review of the files and pleadings in this matter.

3.     This declaration is made in lieu of an affidavit pursuant to LR 7.6.

4.     Attached hereto as Exhibit 36 is a true and correct copy of the excerpts from the deposition of Guy Hands, taken on February 5, 2005.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  Honolulu, Hawaiʻi, January 12, 2006.

BRIAN A. KANG