Gladys Kaneshiro - correction Federman tech review [459.01]                               Page 1

Lot 6

**From:** Lisa Reinke
**To:** "blum@pohlhawaii.com"@HAWAII.INTERNET , "mashie@a...
**Date:** Thu, Jul 12, 2001  3:51 PM
**Subject:** correction Federman tech review [459.01]

Bluffs at Mauna Kea
Lot 6 Federman Residence

Please note a correction and clarification to the memo send earlier today:

Page 4, Item 4.17 Special Setback Area
paragraph 3, second to last sentence.

Correction:
On Lot 5 (Western Sunview Properties), the proposed rear yard pool terrace elevation is +50.0. Views from Lot 5 would not be obstructed.

CC:    "blum@pohlhawaii.com"@HAWAII.INTERNET , "mashie@a...

# EXHIBIT 35