IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100,<br><br>    Defendants. | CIVIL NO. CV03-00463 JMS (LEK)<br><br>CERTIFICATE OF COMPLIANCE |

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies, pursuant to LR 7.5(c) and (e), that the foregoing reply memorandum contains 3,337 words and thus complies with the 4,500 word count limitation in LR 7.5(c).

/

/

1

Dated: Honolulu, Hawai'i, January 12, 2006.

_____
J. DOUGLAS ING
BRIAN A. KANG
EMI L. M. KAIMULOA
LISA S. HIRAHARA
Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.

---

<u>Western Sunview Properties, et al. v. Irwin Federman et al.</u>, Civil No. CV03-00463 JMS (LEK); Mauna Kea Properties, Inc. and Mauna Kea Development Corp.'s Reply Memorandum in Support of Motion for Summary Judgment as to All Special Setback and Punitive Damages Claims; Certificate of Compliance.

2