IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>           Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100,<br><br>           Defendants. | CIVIL NO. CV03-00463 JMS (LEK)<br><br>DECLARATION OF BRIAN A. KANG |

## DECLARATION OF BRIAN A. KANG

I, BRIAN A. KANG, hereby declare as follows:

1. I am an attorney licensed to practice law before all of the state and federal courts in the State of Hawai'i and am one of the attorneys for MAUNA KEA PROPERTIES, INC. and MAUNA KEA DEVELOPMENT CORP. (collectively, "Mauna Kea") in the above-entitled action.

2. I make this declaration based upon personal knowledge, and based upon my review of the files and pleadings in this matter.

3. This declaration is made in lieu of an affidavit pursuant to LR 7.6.

4. Attached hereto as Exhibit UU is a true and correct copy of excerpts from the deposition of Ronda Kent, Esq., Vol. III, taken on May 9, 2005.

5. Attached hereto as Exhibit VV is a true and correct copy of excerpts from the deposition of Barry B. Crivello, taken on November 16, 2005.

4. Attached hereto as Exhibit WW is a true and correct copy of excerpts from the deposition of Julia Hands, taken on February 4, 2005.

6. Attached hereto as Exhibit XX is a true and correct copy of an email sent from Ronda Kent to Barry Crivello and other recipients, sent on October 24, 2003. This document was produced by Plaintiffs to Defendant Federman on December 10, 2004.

7. Attached hereto as Exhibit YY is a true and correct copy of an email sent from Barry Crivello to Paul Huddlestone, sent on September 7, 2002. This document was produced by Plaintiffs to Defendant Federman in or about October, 2003.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: Honolulu, Hawai'i, January 12, 2006.

_____
BRIAN A. KANG

---

Western Sunview Properties, LLC et al. v. Irwin Federman et al., Civil No. CV03-00463; Mauna Kea Properties, Inc. and Mauna Kea Development Corp.'s Reply Memorandum in Support of Motion for Summary Judgment as to All Claims Asserted by Guy and Julia Hands; Declaration of Brian Kang.

1