Message
Page 1 of 2

## Ronda K. Kent

**From:** Guy Hands [Guy.Hands@terrafirma.com]
**Sent:** Monday, October 27, 2003 3:54 AM
**To:** Ronda K. Kent
**Cc:** Julia Hands; Barry B. Crivello, MBA, CPA; Huddlestone, Paul (RBC Jersey)
**Subject:** RE: Invoice Detail
**Outclass:** allowed

Dear Ronda

I do now understand why it is that you can't provide Barry with full information on your costs to date. However, the trustees as ultimate shareholders are most concerned at the substantial level of fees that are being charged to Western Sunview Properties by Ashford & Wriston. Please could you provide Julia and me with a full breakdown of the fees for this year to date. I realise you have provided this in the past, however at this point in time we need to go through it in detail.

Many thanks
Guy

*Dictated but not checked*

-----Original Message-----
**From:** Ronda K. Kent [mailto:rkent@awlaw.com]
**Sent:** 24 October 2003 02:49
**To:** 'Barry B. Crivello, MBA, CPA'
**Cc:** Julia Hands; Guy Hands; terry@myrhawaii.com
**Subject:** RE: Invoice Detail

> Barry,
>
> We have responded to this same request from your office on at least two prior occasions. As we have previously stated, we cannot provide you with the detail of the monthly invoices of Ashford & Wriston or those of Mootoka Yamamoto and Revere. To do so could jeopardize the attorney-client privilege. Guy and Julia see the full detail of each invoice before approving them. There is no reason for us to produce the detail to your office and every reason not to do so. I will call you to discuss this matter as I am somewhat concerned about the repeated requests notwithstanding our past explanations.
>
> Ronda
>
>> -----Original Message-----
>> **From:** Barry B. Crivello, MBA, CPA [mailto:crivello@verizon.net]
>> **Sent:** Thursday, October 23, 2003 3:41 PM
>> **To:** Ronda K. Kent
>> **Cc:** Julia Hands; Guy Hands
>> **Subject:** Invoice Detail
>>
>> Dear Ronda,
>> We would like to request that the detail of Western Sunview Properties, LLC monthly invoices be included in the invoice information that is sent to our office for payment. With all of the other vendors we are able to

**EXHIBIT XX**

10/27/2003

OH 007797

keep a complete file, allowing our office to do a final review of the bill prior to mailing payment. Please include the detail portion of Ashford & Wriston's future billings.

If you have any further questions or comments, please do not hesitate to call.

Sincerely,


The Offices of Barry B. Crivello, MBA, CPA
75-5751 Kuakini Hwy, #206
Kailua-Kona, HI  96740
Phone: (808) 331-8222
Fax: (808) 331-8444
crivello@verizon.net

This email has been scanned for all viruses by the MessageLabs Email Security System. For more information on a proactive email security service working around the clock, around the globe, visit
http://www.messagelabs.com

**PLEASE READ:** The information contained in this email is confidential and intended for the named recipient(s) only. If you are not an intended recipient of this email you must not copy, distribute or take any further action in reliance on it and you should delete it and notify the sender immediately. Email is not a secure method of communication and Terra Firma Capital Partners Ltd cannot accept responsibility for the accuracy or completeness of this message or any attachment(s). Please examine this email for virus infection, for which Terra Firma Capital Partners Ltd accepts no responsibility. If verification of this email is sought then please request a hard copy. Unless otherwise stated any views or opinions presented are solely those of the author and do not represent those of Terra Firma Capital Partners Ltd. This email is intended for informational purposes only and is not a solicitation or offer to buy or sell securities or related financial instruments.

This email has been scanned for all viruses by the MessageLabs Email Security System. For more information on a proactive email security service working around the clock, around the globe, visit
http://www.messagelabs.com

10/27/2003

AW 007296