# Ronda K. Kent

**From:** Huddlestone, Paul (RBC Jersey) [paul.huddlestone@rbc.com]
**Sent:** Friday, September 27, 2002 6:30 AM
**To:** 'Barry B. Crivello, MBA, CPA'; 'Ronda Kent (E-mail)'
**Cc:** 'Guy Hands (E-mail)'; Pugsley, John
**Subject:** RE: Western Sunview Bank Statements for Tax Year 2002

Dear Barry/Ronda,
I understand my e-mail may have created a bit of confusion for which I apologise. I hope it did not disturb you too much!
I have since spoken to the Managers of the property and been informed that they will gather together the supporting documentation to the transactions and probably forward this to you and request you to prepare a summary accounting for the transactions. We were aware that the monies sent were in respect of the purchase and development of the property but so far had received no specific detailed analysis on the transactions and the bank statements were the first pieces in the 'jigsaw puzzle'!
If you require to discuss this or any other matters in connection with the development please do not hesitate to contact either John Pugsley or myself. We therefore look forward to hearing from you in due course.
Kind Regards
Paul

-----Original Message-----
**From:** Huddlestone, Paul (RBC Jersey)
**Sent:** 24 September 2002 12:59
**To:** 'Barry B. Crivello, MBA, CPA'; Ronda Kent (E-mail)
**Cc:** Guy Hands (E-mail); Pugsley, John
**Subject:** RE: Western Sunview Bank Statements for Tax Year 2002

Dear Barry,
Thank you for sending the copy bank statements from January 1 2002.
We were quite surprised to see the level of activity for this account, as until we began our correspondence with Ronda on this company's bank account, we were not fully aware of the existence of the account. In order to fully understand the nature of what has happened I think we need a simple accounting for the activity in summary form from the time the original monies were forwarded from Jersey to pay for the property now owned by the company. At the moment this total amount is recorded in our books as the cost of the property, which is obviously not correct.
The cost of the property must have been an amount less than that sent by this office and the balance then put in a bank account. This balance has presumably then been used for expenses and other matters for which we need to be aware. As raised by you the account has also attracted interest. We therefore need this simple summary to know how we should reflect this activity in our books. I don't know if this will be a task for Ronda or yourself but I would have thought it quite simple to do.
I therefore thank you in advance for this and look forward to receiving this accounting shortly.
Kind regards
Paul
-----Original Message-----
**From:** Barry B. Crivello, MBA, CPA [mailto:crivello@verizon.net]
**Sent:** 07 September 2002 03:14
**To:** paul.huddlestone@rbc.com
**Subject:** Western Sunview Bank Statements for Tax Year 2002

Dear Paul,

Begining January 1, 2002, our offices began receiving checking account
bank statements for Western Sunview Properties, LLC. Prior to this time
the bank statements were being sent directly to Ronda Kent.

**EXHIBIT YY**

9/27/02

AK 001712

If you would like copies of the bank statements from 1/1/02 through 8/31/02, please email us with your mailing address.

I do have check signing authority on this account, but do not pay any bills without prior approval from Guy & Ronda.

Should you have any other questions, please do not hesitate to call.

Sincerely,

Barry B. Crivello
Certified Public Accountant
1-800-331-8222

---

This e-mail may be privileged and/or confidential, and the sender does not waive any related rights and obligations. Any distribution, use or copying of this e-mail or the information it contains by other than an intended recipient is unauthorized. If you received this e-mail in error, please advise me (by return e-mail or otherwise) immediately.

Ce courriel est confidentiel et protégé. L'expéditeur ne renonce pas aux droits et obligations qui s'y rapportent. Toute diffusion, utilisation ou copie de ce message ou des renseignements qu'il contient par une personne autre que le (les) destinataire(s) désigné(s) est interdite. Si vous recevez ce courriel par erreur, veuillez m'en aviser immédiatement, par retour de courriel ou par un autre moyen.

9/27/02