IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100,<br><br>Defendants. | CIVIL NO. CV03-00463 JMS (LEK)<br><br>CERTIFICATE OF COMPLIANCE |

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies, pursuant to LR 7.5(c) and (e), that the foregoing reply memorandum contains 3,351 words and thus complies with the 4,500 word count limitation in LR 7.5(c).

/

/

Dated: Honolulu, Hawai'i, January 12, 2006.

*[signature]*

J. DOUGLAS ING
BRIAN A. KANG
EMI L. M. KAIMULOA
LISA S. HIRAHARA
CHRISTOPHER J. BENNETT

Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.

---

Western Sunview Properties, LLC et al. v. Irwin Federman et al., Civil No. CV03-00463; Mauna Kea Properties, Inc. and Mauna Kea Development Corp.'s Reply Memorandum in Support of Motion for Summary Judgment as to All Claims Asserted by Guy and Julia Hands; Certificate of Compliance.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100,<br><br>　　　　　　Defendants. | CIVIL NO. CV03-00463 JMS (LEK)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a copy of the foregoing reply memorandum was duly served upon the following attorneys to their last known addresses:

/

/

TERRANCE MATTHEW REVERE, ESQ.   (HAND-DELIVERY)
BRIAN A. BILBERRY, ESQ.
JACQUELINE E. THURSTON, ESQ.
Motooka Yamamoto & Revere LLLC
1000 Bishop Street, Suite 801
Honolulu, Hawai'i 96813

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, and JULIA HANDS

SIDNEY K. AYABE, ESQ.   (HAND DELIVERY)
RONALD SHIGEKANE, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawai'i 96813

Attorneys for Defendants
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

Dated: Honolulu, Hawai'i, January 12, 2006.

_____
J. DOUGLAS ING
BRIAN A. KANG
EMI L. M. KAIMULOA
LISA S. HIRAHARA
CHRISTOPHER J. BENNETT

Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.

3