IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100,<br><br>Defendants. | CIVIL NO. CV03-00463 JMS (LEK)<br><br>DECLARATION OF COUNSEL |

## **DECLARATION OF COUNSEL**

I, BRIAN A. KANG, hereby declare as follows:

1. I am an attorney licensed to practice law before all of the state and federal courts in the State of Hawai'i and am one of the attorneys for MAUNA KEA PROPERTIES, INC. and MAUNA KEA DEVELOPMENT CORP. (collectively, "Mauna Kea") in the above-entitled action.

2. I make this declaration based upon personal knowledge in support of Mauna Kea's Reply Memorandum in Support of Motion for Summary Judgment Based on Plaintiffs' Failure to Prove Damages, and based upon my review of the files and pleadings in this matter.

3. This declaration is made in lieu of an affidavit pursuant to LR 7.6.

4. Attached hereto as Exhibit 48 is a true and correct copy of the Complete Summary Appraisal Report Regarding Residential Lot 5, The Bluffs at Mauna Kea, prepared by Jan Medusky, dated March 2005.

5. Attached hereto as Exhibit 49 is a true and correct copy of excerpts from the deposition of Dodie MacArthur, taken on November 22, 2004.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: Honolulu, Hawai'i, January 12, 2006.

BRIAN A. KANG