COMPLETE SUMMARY APPRAISAL REPORT

REGARDING

RESIDENTIAL LOT 5
THE BLUFFS AT MAUNA KEA
SOUTH KOHALA, ISLAND OF HAWAII, HAWAII
TAX MAP KEY 6-2-14-5, THIRD DIVISION

PREPARED FOR

DOUGLAS ING, ESQ.

MARCH 2005
(EFFECTIVE JANUARY 2000)

EXHIBIT  48

MAR 23 2005

# Medusky&Co., Inc.

### R E A L   E S T A T E   C O N S U L T A N T S

Jan R. Medusky, MAI, CRE

QUEEN'S COURT, SUITE 404 • 800 BETHEL STREET
HONOLULU, HAWAII 96813
PHONE (808) 531-2765 • FAX (808) 599-3736
EMAIL - medusky@meduskyandco.com

March 8, 2005

Douglas Ing, Esq.
Watanabe Ing Kawashima & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Dear Mr. Ing:

Subject:     Complete Summary Appraisal Report Regarding Residential Lot 5, The Bluffs
At Mauna Kea, South Kohala, Island of Hawaii, Hawaii, TMK 6-2-14-5, Third
Division

In response to your request, we have prepared this Complete Summary Appraisal Report regarding the above referenced property.

Western Sunview Properties, LLC owns the fee simple interest in a residential lot located at The Bluffs at Mauna Kea, South Kohala, Island of Hawaii, Hawaii. The property is identified by Hawaii State Tax Maps as TMK 6-2-14-5, Third Division and contains 38,262 square feet currently under development with a residence. The owner acquired the vacant land in January 2000. Subsequently, litigation has evolved regarding the purchase. You represent the seller, Mauna Kea Development Corp., regarding the pending litigation. In this regard, you have retained Medusky & Co., Inc. to complete appraisal services.

## ASSIGNMENT

Our assignment has been to prepare a Complete Summary Appraisal Report estimating, retrospectively, Market Value of the unencumbered fee simple interest in the subject property. The function of the appraisal is to provide factual real property information and real estate market data, in addition to providing an estimate of market value upon which decisions regarding litigation involving the property may be based. Intended users of this report are the client and others involved in the litigation process. The effective date of value for this report is January 12, 2000, the date of the conveyance document when the current owners acquired the property.

This report is subject to the Limiting Conditions and Assumptions contained in Exhibit 1 in the Addenda of this report. The reader's attention is particularly directed to the Special Limiting Condition and Assumption regarding Summary Appraisal Report.

Real Estate Research • Counseling • Valuation • Feasibility • Investments

Douglas Ing, Esq.
March 8, 2005
Page 2

## DEFINITION OF MARKET VALUE[1]

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated;

- Both parties are well informed or well advised, and acting in what they consider their best interests;

- A reasonable time is allowed for exposure in the open market;

- Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

- The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

## HAWAII STATE ECONOMIC BACKGROUND DATA

Hawaii's economy is supported primarily by tourism, federal government spending and agriculture, in that order.

Tourism provides the greatest opportunity for growth. After decline in the tourist industry in the mid and late 1990s, tourism showed signs of improvement in 2000/early 2001 prior to the terrorist attacks in September 2001 in New York and Washington D.C. Subsequently, tourism declined, but has rebounded from initial setbacks associated with the terrorist attacks. The mainland U.S. tourism market has rebounded significantly while the Japanese/Asian market is just beginning to recover fully.

Hawaii's economy in 2003 and 2004 showed improvement with job growth and significant activity in the construction industry. Continued improvement in 2005 is reflected by high hotel occupancy rates, low unemployment and a very strong real estate market with increasing prices and many commercial, industrial and residential projects under construction.

## COUNTY OF HAWAII ECONOMY

The Island of Hawaii (Hawaii County) economy, which is heavily dependent on tourism, led the recent economic rebound in the State along with Maui and Kauai. Hotel occupancy rates, average room rates, employment and other economic indicators have been relatively strong.

Hawaii County is segregated, geographically and economically, into the East and West sides.

---

[1] The Dictionary of Real Estate Appraisal, Fourth Ed. (Chicago, Illinois: Appraisal Institute, 2002).



MAP LOCATING SUBJECT PROPERTY



# MAP LOCATING SUBJECT PROPERTY

Douglas Ing, Esq.
March 8, 2005
Page 3

The West side is dominated by tourism and includes Kailua-Kona Town and several quality resorts. Real estate activity, including construction and sales, has been strong. Prices have increased in recent years, driven by sales to affluent non-residents in the resorts and the local population elsewhere.

Hilo is the focus of commercial activity for the East side of the island which is heavily dependant on agriculture and less so on tourism. Sugar cane production was phased out years ago. The dominant crop is floral products. Other agricultural crops include nursery products, bananas, macadamia nuts, coffee, tropical fruits, forestry, dairy products and cattle. The real estate market on the East side of the island has also demonstrated increased sales volume and appreciating prices.

In summary, the Hawaii County economy is showing strength with continued improvement anticipated in 2005. As of January 2000, the effective appraisal date, the economy was in transition from a declining trend and stabilization, poised for future strong growth.

## HAWAII REAL ESTATE MARKET

The State of Hawaii real estate market was in a general decline in the early 1990s through the late 1990s. Different sectors of the market hit bottom in the late 1990s/early 2000± time frame. Virtually all market sectors have demonstrated significant price appreciation and sales volume since.

The market for residential estate properties at resorts on the west coast of the Island of Hawaii followed the general trend of other resorts throughout the State. Prices began to stabilize in the late 1990s with significant appreciation and sales activity since. Appreciation was particularly strong in early 2000. Such appreciation is demonstrated by initial developer sales of oceanfront lots at The Bluffs in the 1999 time frame in the $2.8± to $3.0 million range relative to subsequent sale/offers in the $4.5 to $6.5 million range in early 2000.

## ENVIRONS

The subject property is located at Mauna Kea Resort on the northwest coast of the island in the South Kohala District.

Agricultural lands, Kawaihae Harbor and the small town of Hawi are to the north. Waimea and the Hamakua District are to the east. Other destination resorts, Kailua Town and the North Kona District are to the south. The Pacific Ocean is to the west.

Primary access to the vicinity is via Queen Kaahumanu Highway, part of the island belt roadway system. Kawaihae Road intersects with Queen Kaahumanu Highway 2.5 miles north of the subject and is the major cross island roadway.

The west coast of Hawaii Island in the general vicinity of the subject property involves wide open agricultural/conservation lands (much of which includes lava land) with pockets of urban development oriented toward the tourist/resort economic base for the area.

Kailua-Kona Town (35± miles south of subject) is the primary urban center in the area. It is a popular destination for tourists visiting the island. It includes Kailua Bay and a small harbor facility. Keahole Airport is located nearby.



# MAP LOCATING SUBJECT PROPERTY

MAP LOCATING SUBJECT PROPERTY

