Waimea Town, 13 miles driving distance east of the subject, is another small urban area that developed as a result of agricultural/ranch activities in the area. Parker Ranch owns much of the agricultural/grazing land in the area with headquarters at Waimea. The town includes a small commercial core surrounded by residential development.

West Hawaii's Kohala Coast and vicinity are famous for master-planned resort developments including Waikoloa, Mauna Lani, Hualalai, Kukio and Mauna Kea.

Development at Mauna Kea Resort began in the 1960s by Laurance Rockefeller. Over the years, resort development has extended from the oceanfront to mauka of the highway. The resort features two hotels, Mauna Kea Beach Hotel (310 rooms) and Hapuna Beach Hotel (351 rooms). There are two quality golf courses. There are two bays with sandy beaches, Kaunaoa Bay and Hapuna Bay. Older single family residential developments makai of the highway include Fairways North, Fairways South, High Bluffs and The Bluffs (subject location). Kaunaoa, consisting of 28 estate parcels and 20 duplex units, is now under development on land near The Bluffs. The project is substantially sold out, but not yet completed. There are a variety of existing and planned residential projects mauka of the highway.

In summary, the subject property is located in an oceanfront residential subdivision at the established Mauna Kea Resort in West Hawaii.

PROPERTY DATA

Property Identification – The subject property is identified by Hawaii State Tax Maps as TMK 6-2-14-5, Third Division containing 38,262 square feet (see Tax Map on a following page). The street address of the property is 62-3682 Kewai Street. A Legal Description is included in Exhibit 2 in the Addenda of this report.

Property History – Prior to January 2000, Mauna Kea Development Corp. owned the fee simple interest in the subject property.

By deed recorded January 24, 2000 (dated January 12, 2000), Western Sunview Properties, LLC purchased the property for $3,250,000.

We understand that on January 27, 2000, an offer to purchase the property was submitted at a price of $4,500,000. The owner indicated that they were not interested in selling the property at that time.

In February 2000, the owner indicated that they would sell the property for $7,000,000.

On March 19, 2000, an offer to purchase the property was submitted at a price of $6,500,000. Reportedly, the offer was verbally agreed to. However, the transaction did not close.

On April 10, 2000, an offer to purchase the property for $6,250,000 was made but, apparently, not accepted.

Currently, Western Sunview Properties, LLC owns the fee simple interest in the property.

Land Use Ordinances – The State of Hawaii has classified the property for Urban use (see State Land Use Map on a following page).

SUBJECT PROPERTY DATA
TMK 6-2-14-05 (Third Division)
The Bluffs at Mauna Kea, Hawaii, Hawaii

| | |
|---|---|
| Tax Map Parcel: | 6-2-14-05 (Third Division) |
| Gross Land Area: | 38,262 sq. ft. (0.878 acre) |
| Location: | 62-3682 Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, Kawaiahae, Waimea, South Kohala, Island of Hawaii, Hawaii |
| Improvements: | Vacant |
| Fee Simple Property Owner: | Western Sunview Properties, LLC |

Ordinances Affecting Land Use and Development:

| | |
|---|---|
| State Land Use: | Urban |
| County General Plan: | Medium Density |
| County Zoning: | RM-1.5, Multiple-Family Residential District |
| Federal Flood Insurance Rate Map (FIRM) Panel No. 155166 0139 C, dated 09/16/88: | Zone X (unshaded): Areas determined to be outside 500-year flood plain. |
| Special Management Area (SMA): | Located in Special Management Area. |
| Census Tract: | 217.01 |

Real Property Tax Assessed Values and Estimated Taxes

| | Assessed Values @ 100% | | | | Tax Rate/$1,000 | | Approximate |
|---|---|---|---|---|---|---|---|
| | Land | | | | | | |
| Year | $ | $/sq. ft. | Building | Total | Land | Bldg. | R.P. Taxes |
| 2002 | $2,487,000 | $65.00 | $0 | $2,487,000 | $9.85 | $9.85 | $24,497 |
| 2001 | $2,487,000 | $65.00 | $0 | $2,487,000 | $10.00 | $8.50 | $24,870 |
| 2000 | $2,487,000 | $65.00 | $0 | $2,487,000 | $10.00 | $8.50 | $24,870 |
| 1999 | $2,487,000 | $65.00 | $0 | $2,487,000 | $10.00 | $8.50 | $24,870 |
| 1998 | $1,913,100 | $50.00 | $0 | $1,913,100 | $10.00 | $8.50 | $19,131 |



TAX MAP LOCATING SUBJECT PROPERTY



STATE LAND USE MAP LOCATING SUBJECT PROPERTY



GENERAL PLAN MAP LOCATING SUBJECT PROPERTY

Douglas Ing, Esq.
March 8, 2005
Page 5

The County General Plan designation is Medium Density (see General Plan Map on a following page).

County Zoning is RM-1.5, Multiple-Family Residential District.

The property is located in Flood Zone X (unshaded), indicating areas determined to be outside the 500-year flood plain.

The property is located in the Special Management Area (SMA). Properties within the SMA are subject to an additional level of approval for development purposes that is handled by the County.

Assessed Values/Real Property Taxes are summarized on the Subject Property Data table on a previous page. The 2000 land assessed value was $2,487,000. Year 2000 real property taxes were $24,870.

Utilities – The property is served by water, power, telephone and sewer lines.

Reservations/Restrictions affecting the property are included in the Legal Description. There are a variety of items including a reservation in favor of the State of Hawaii of all mineral and metallic mines, Declaration of Protective Covenants, etc.

PROPERTY DESCRIPTION

The subject property contains 38,262 square feet in a near quadrangular shaped site.

Kewai Street is to the east. In front of the subject, this is a two-lane paved roadway without curbs, gutters or sidewalks. Power/telephone lines are underground.

House lots are to the south and north.

A strip of vacant land is located between the subject and the rocky oceanfront to the west. The land is identified on the Tax Map as Archeological Site & Buffer Easement "4."

Topography is fairly level to gently sloping in a makai (westerly) direction.

The property has good ocean views.

At the date of inspection by the appraisers in October 2004, the property was under construction with a residence. As of the effective value date of this appraisal, the property was vacant.

RIGHTS APPRAISED

The Rights Appraised involve the unencumbered fee simple interest in the land.

HIGHEST AND BEST USE

Highest and best use is the reasonably probable and legal use of vacant land or improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value.



**TAX MAP LOCATING SUBJECT PROPERTY**