SUBJECT PROPERTY
The Bluffs at Mauna Kea
Mauna Kea, Island of Hawaii, Hawaii



PHOTO NO. 1: Northwesterly view across Kewai Street. Note the quality residence under construction.



PHOTO NO. 2: Southerly view along Kewai Street. The Subject Property is to the right. Note the vacant land to the left.

SUBJECT PROPERTY
The Bluffs at Mauna Kea
Mauna Kea, Island of Hawaii, Hawaii



PHOTO NO. 3: Southerly view along the makai boundary of the Subject Property. The Subject Property is to the left. Note the land to the right which involves the archaeological site and buffer easement.



PHOTO NO. 4: Westerly view from the Subject Property.

Douglas Ing, Esq.
March 8, 2005
Page 6

The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

Legally Permissible – Legally permissible uses for land are typically set forth by the zoning code. Residential zoning of the subject property allows residential use.

Physically Possible – The physical characteristics of the land are well suited for residential use.

Financially Feasible – In order to be financially feasible, a use must provide a positive return to the land. Residential use is financially feasible as demonstrated by such use in the neighborhood.

Maximally Productive – Of the financially feasible uses, the use that produces the highest return to the land is concluded to be the highest and best use. Residential estate use is concluded to represent the highest and best of the subject property, as vacant.

APPRAISAL METHODOLOGY/SCOPE OF WORK

The Direct Market Comparison Approach was employed.

Scope of Work included the following:

- Researched and analyzed economic/demographic factors affecting the subject property.

- Researched subject property data including assessments, zoning, etc.

- Inspected the subject property.

- Researched, analyzed, inspected and verified transactions with recorded documents and market participants involving fee simple lots having characteristics similar to the subject.

- Completed Direct Market Comparison Analyses as described herein.

- Prepared this Complete Summary Appraisal Report.

MARKET DATA

Employing the Direct Market Comparison Approach, we researched and analyzed transactions involving land having characteristics similar to the subject. Geographically, our research focused on The Bluffs subdivision. Timewise, our research focused on January 1999 through March 2000.

A table summarizing the most pertinent transactions disclosed by our research is included on a following page. Details to each transaction are included in Exhibit 3 in the Addenda of this report. The transactions are briefly described as follows.

Transaction No. 1 involves 33,903 square feet six lots north of the subject that sold in February 2000 for $5,000,000.