

**LAND TRANSACTIONS**

LAND TRANSACTIONS
The Bluffs at Mauna Kea
Mauna Kea Resort, Hawaii, Hawaii

| Trans. No. | Location (Tax Map Key) | Land Area sq. ft. | Land Area acres | Zoning | Transaction Type | Transaction Date | Indicated Consideration $ | Indicated Consideration $/sf | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Kewai Street (6-2-14-10) | 33,903 | 0.778 | RM-1.5 | Deed | 02/00 | $5,000,000 | $147.48 | Previously sold in August 1998 for indicated consideration of $3,250,000 ($96/sf) less landscape/grading credit of $500,000 for a net price of $2,750,000 ($81/sf). |
| 2 | Kewai Street (6-2-14-05) | 38,262 | 0.878 | RM-1.5 | Deed | 01/00 | $3,250,000 | $84.94 | Subject property. Abuts Archeological Site and Buffer Easement. Contract indicates purchase price of $3,250,000. An offer to purchase the property was submitted on 1/27/00 for $4.5 million ($170/sf), dated 3/19/00, was reportedly verbally agreed to but did not close. Another offer dated April 10, 2000 for $6,250,000 was made and apparently not accepted. |
| 3 | Kewai Street (6-2-14-07) | 48,521 | 1.114 | RM-1.5 | Deed | 10/99 | $2,750,000 | $56.68 | Buyer received landscaping/grading credit of $212,500 for a net price of $2,537,500 ($52/sf). |
| 4 | Kewai Street (6-2-14-08) | 48,940 | 1.124 | RM-1.5 | Deed | 10/99 | $2,750,000 | $56.19 | Buyer received landscaping/grading credit of $250,000 for a net price of $2,500,000 ($51/sf). |
| 5 | Kewai Street (6-2-14-11) | 36,087 | 0.828 | RM-1.5 | Deed | 03/99 | $3,500,000 | $96.99 | Buyer received landscaping/grading credit of $500,000 for a net price of $3,000,000 ($83/sf). |
| 6 | Kewai Street (6-2-14-06) | 48,020 | 1.102 | RM-1.5 | Deed | 01/99 | $3,000,000 | $62.47 | Buyer received landscaping/grading credit of $450,000 for a net price of $2,550,000 ($53/sf). |

Douglas Ing, Esq.
March 8, 2005
Page 7

<u>Transaction No. 2</u> involves the January 2000 sale of the subject property for $3,250,000.

<u>Transaction No. 3</u> involves 48,521 square feet two lots north of the subject that sold in October 1999 for $2,750,000.

<u>Transaction No. 4</u> involves 48,940 square feet three lots north of the subject that sold in October 1999 for $2,750,000.

<u>Transaction No. 5</u> involves 36,087 square feet seven lots north of the subject that sold in March 1999 for $3,500,000.

<u>Transaction No. 6</u> involves 48,020 square feet that abuts the subject to the north that sold in January 1999 for $3,000,000.

## DIRECT MARKET COMPARISON ANALYSIS

Direct Market Comparison Analysis is summarized on the table on a following page. Before adjustment, the six transactions reflect a range of price from $2,750,000 to $5,000,000. Adjustments made are discussed as follows.

<u>Property Rights Conveyed</u> – The subject and all comparables involve fee simple ownership and no adjustments were made.

<u>Conditions of Sale</u> – Transaction Nos. 3 through 6 involved special conditions whereby the buyers were given a landscape credit against the sales price ranging from $212,500 to $500,000. Deductions equal to the amount of the credit were made.

<u>Time</u> – Adjustments for time were made taking into consideration changes in market conditions from the transaction date to the effective appraisal date. The transactions are dated in the January 1999 through February 2000 time frame during an active market with appreciating prices. Such rapid appreciation is demonstrated by original developer sales at The Bluffs from January 1999 to January 2000 in the range of $2,750,000 to $3,500,000 (before landscape credit) to the February 2000 sale of Comparable No. 1 (most recent comparable) at $5,000,000. Comparable No. 1 had previously sold in august 1998 for $3,250,000 (before landscape credit of $500,000). Other evidence of the rapidly appreciating market involves three offers for the subject property in the range of $4.5 to $6.5 million in the January and April 2000 time frame. Time adjustments were made employing a compounded annual appreciation rate of +50 percent per year. Time adjustments range from -3 percent for Transaction No. 1 which occurred after the effective appraisal date to +47 percent for Transaction No. 6 which occurred in January 1999.

<u>Physical Characteristics</u> – Adjustments for physical characteristics were made taking into consideration the relative view planes, proximity to shoreline trail and other site characteristics and range from -10 to +20 percent.

<u>Size</u> – No additional adjustments for size are necessary as size was considered in the adjustment for physical characteristics.

<u>Indicated Value</u> – Weighted average analysis was completed. Greatest weight was placed on Transaction No. 1 which occurred approximately one month after the effective appraisal date and Transaction No. 2,

LAND VALUE ANALYSIS [1]
TMK 6-2-14-05 (Third Division)
Mauna Kea Resort, Hawaii, Hawaii

| DESCRIPTION | Subject | Trans No 1 | Trans No 2 | Trans No 3 | Trans No 4 | Trans No 5 | Trans No 6 |
|---|---|---|---|---|---|---|---|
| **PROPERTY DATA** | | | | | | | |
| Tax Map Key | 6-2-14-05 | 6-2-14-10 | 6-2-14-05 | 6-2-14-07 | 6-2-14-08 | 6-2-14-11 | 6-2-14-06 |
| Location | Kewai Street, The Bluffs at Mauna Kea | Kewai Street, The Bluffs at Mauna Kea | Kewai Street, The Bluffs at Mauna Kea | Kewai Street, The Bluffs at Mauna Kea | Kewai Street, The Bluffs at Mauna Kea | Kewai Street, The Bluffs at Mauna Kea | Kewai Street, The Bluffs at Mauna Kea |
| Transaction Date | | 02/17/00 | 01/12/00 | 10/05/99 | 10/02/99 | 03/15/99 | 01/27/99 |
| Transaction Type | | Deed | Deed | Deed | Deed | Deed | Deed |
| Zoning | RM-1.5 | RM-1.5 | RM-1.5 | RM-1.5 | RM-1.5 | RM-1.5 | RM-1.5 |
| Land Area (acs) | 0.878 | 0.778 | 0.878 | 1.114 | 1.124 | 0.828 | 1.102 |
| Land Area (sf) | 38,262 | 33,903 | 38,262 | 48,521 | 48,940 | 36,087 | 48,020 |
| **TRANSACTION ANALYSIS** | | | | | | | |
| Transaction Price/Indicated Land Value | | $5,000,000 | $3,250,000 | $2,750,000 | $2,750,000 | $3,500,000 | $3,000,000 |
| Price per Sq. Ft. of Land Area | | $147.48 | $84.94 | $56.68 | $56.19 | $96.99 | $62.47 |
| **ADJUSTMENT FOR PROPERTY RIGHTS CONVEYED** | | | | | | | |
| Property Rights Adjustment | | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| Adjusted Price | | x $5,000,000 | x $3,250,000 | x $2,750,000 | x $2,750,000 | x $3,500,000 | x $3,000,000 |
| **ADJUSTMENT FOR CONDITIONS OF SALE** | | | | | | | |
| Conditions of Sale Adjustment | | $0 | $0 | ($212,500) | ($250,000) | ($500,000) | ($450,000) |
| Adjusted Price | | $5,000,000 | $3,250,000 | $2,537,500 | $2,500,000 | $3,000,000 | $2,550,000 |
| **ADJUSTMENT FOR TIME** | | | | | | | |
| Time Adjustment | | 0.97 | 1.00 | 1.13 | 1.13 | 1.40 | 1.47 |
| Adjusted Price | | x $4,850,000 | x $3,250,000 | x $2,867,375 | x $2,825,000 | x $4,200,000 | x $3,748,500 |
| **OTHER ADJUSTMENTS** | | | | | | | |
| Physical Characteristics | | | | | | | |
| Net Adjustments | | 0% | 0% | 20% | 20% | -10% | 10% |
| Subtotal | | $4,850,000 | $0 | $573,475 | $565,000 | ($420,000) | $374,850 |
| Size Adjustment | | $4,850,000 | $3,250,000 | $3,440,850 | $3,390,000 | $3,780,000 | $4,123,350 |
| Adjusted Price | | x 1.00 | x 1.00 | x 1.00 | x 1.00 | x 1.00 | x 1.00 |
| | | $4,850,000 | $3,250,000 | $3,440,850 | $3,390,000 | $3,780,000 | $4,123,350 |
| **INDICATED SUBJECT VALUE** | | $4,850,000 | $3,250,000 | $3,440,850 | $3,390,000 | $3,780,000 | $4,123,350 |
| **WEIGHTED AVERAGE** | | | | | | | |
| Weighting Factor: | | x 0.20 | x 0.20 | x 0.15 | x 0.15 | x 0.15 | x 0.15 |
| | | $970,000 | $650,000 | $516,128 | $508,500 | $567,000 | $618,503 |
| Weighted Average: | | $3,830,130 | | | | | |

Say,                                          $3,800,000       or       $99.32   per sq. ft.

**UNWEIGHTED SUMMARY**

| | Total | | |
|---|---|---|---|
| Range: | $3,250,000 | to | $4,850,000 |
| Median: | | | $3,610,425 |
| Average: | | | $3,805,700 |

[1] The effective date of this analysis is:    01/12/00

Douglas Ing, Esq.
March 8, 2005
Page 8

the sale of the subject property. Less weight was placed on Transaction Nos. 3 through 6 as they involve older transactions. Weighted average analysis indicates a market value of $3,800,000.

## MARKET VALUE CONCLUSION

**Based upon the research and analyses completed, subject to the Limiting Conditions and Assumptions stated in this report, we estimate, retrospectively, that the Market Value of the fee simple interest in the subject property, as described herein, as of January 12, 2000, was:**

**THREE MILLION EIGHT HUNDRED THOUSAND DOLLARS
($3,800,000)**

<u>Exposure/Marketing Times</u> – As of January 12, 2000, there was very strong demand for quality oceanfront estate lots at Mauna Kea Resort and at other resorts in the vicinity, indicating the property would not have likely required an extended exposure time to conclude a sale at a price approximating the market value estimated herein. We estimate the exposure time at 3± months. The projected marketing time is also estimated at 3± months.

## CERTIFICATION

I certify that, to the best of my knowledge and belief:

- the statements of fact contained in this report are true and correct.
- the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- my engagement in this assignment was not contingent upon developing or reporting predetermined results.
- my compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- the undersigned has made a personal inspection of the property that is the subject of this report.
- my analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.
- the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
- as of the date of this report, Jan R. Medusky, MAI has completed the requirements of the continuing education program of the Appraisal Institute.

Douglas Ing, Esq.
March 8, 2005
Page 9

-        Edward W. Becker, Appraiser, provided significant professional assistance to the undersigned in completing this report.

         We appreciate the opportunity of completing this assignment for you.

                            Sincerely,

                            MEDUSKY & CO., INC.

                            Jan R. Medusky, MAI, CRE
                            President

                            Hawaii State Certified General Appraiser
                            CGA-17
                            Certificate Expires 12/31/05