A D D E N D A

EXHIBIT 1 (Page 1)

## LIMITING CONDITIONS AND ASSUMPTIONS

The conduct of any study is necessarily guided by, and its results influenced by, the terms of the assignment and the assumptions forming the basis of the study. The following conditions and assumptions, together with other assumptions embodied in the study, constitute the framework of our analysis and conclusions.

## STANDARD LIMITING CONDITIONS AND ASSUMPTIONS

1.  The conclusions and opinions are based upon the purchasing power of the dollar and economic conditions as of the effective appraisal date. This study expresses the opinion of the appraiser as of March 8, 2005 with an effective date of January 12, 2000 and in no way was contingent upon the reporting of specified conclusions.

2.  It is assumed that the subject property is free and clear of any and all encumbrances, except for those noted herein; no responsibility is assumed for matters of a legal nature; nor is the report to be construed as rendering any opinion of title, which is assumed to be good and salable.

3.  Soil Conditions and Land Areas - A soils report was not furnished to the appraisers. We assume soil conditions to be satisfactory for existing and potential development of the subject and assume no responsibility in this respect. Land areas are based on information provided by Tax Office records and other sources and are assumed to be correct.

4.  Relied Upon Information- Information provided by informed local sources, such as governmental agencies, financial institutions, Realtors, buyers, sellers, property owners and others, was weighed in the light in which it was supplied and checked by secondary means when appropriate. It is believed that the information obtained from these and other sources is true and correct.

5.  Maps - Any maps or plans reproduced and included in this report are intended only for the purpose of showing spatial relationships. They are not necessarily measured surveys or measured maps and we are not responsible for cartographic or surveying errors.

6.  Possession of this report, or a copy thereof, does not carry with it the right of publication, and the report may not be used by any person or organization except the client without the previous written consent of the appraisers and then only in its entirety.

7.  The report does not imply the right of court testimony on the part of the appraisers, without additional arrangements.

8.  Disclosure of the contents of this study is governed by the By-Laws and Regulations of the Appraisal Institute. Neither all nor any part of the contents of this study (especially any conclusions as to value, the identity of the appraisers or the firm with which they are connected, or any reference to the Appraisal Institute or to the MAI designation) shall be disseminated to the public through advertising media, public relations media, news media, sales media or any other public means of communication, without the prior consent and approval of the appraisers.

9.    <u>Disclosure to Institute</u> - The contents of this report are subject to the review, upon request of the Appraisal Institute, by duly constituted committees of the Institute or individual members thereof when such committees or members are acting within the scope of their authority under the By-Laws and Regulations of the Institute. This requirement was adopted by the Institute to facilitate the Institute's efforts to maintain the high standards of professional practice and ethical conduct that have been the hallmark of the Institute since its creation.

10.   <u>Toxic Wastes and Hazardous Materials</u> - The existence of toxic wastes and/or other hazardous materials, which may or may not be present on the property, was not observed by the appraisers. The appraisers have no knowledge of the existence of such materials on or in the property. The appraisers, however, are not qualified to detect such substances. The presence of substances such as toxic wastes, asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials may affect the value of the property. The value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them. The client is urged to retain an expert in this field, if desired. The value conclusion shown in this report assumes that there are no toxic wastes and/or hazardous materials affecting the subject property.

### SPECIAL LIMITING CONDITION AND ASSUMPTION

11.   <u>Summary Appraisal Report</u> - This is a Summary Appraisal Report that summarizes our research, analyses and conclusions regarding the subject property. Further details are retained in the appraisers' files and are available for review upon request.

LEGAL DESCRIPTION OF SUBJECT PROPERTY
Taken from Deed Dated January 12, 2000

EXHIBIT A

All of that certain parcel of land situate at Ouli, Waimea, South Kohala, Island, County and State of Hawaii, described as follows:

Lot No. 5, consisting of approximately 38,262 square feet, more or less of "The Bluffs at Mauna Kea" subdivision, as shown on File Plan 2196, filed in the Bureau of Conveyances of the State of Hawaii.

TOGETHER with the right in the nature of a perpetual non-exclusive easement with others thereunto entitled for roadway, utility and other reasonably related purposes over, under, through and across the "Entry Road", as more particularly described in, and to be used in accordance with that certain Grant of Easement dated October 15, 1993, by and between South Kohala Resort Corp., a Hawaii corporation, as the "Grantor", and Mauna Kea Development Corp., a Hawaii corporation, as the "Grantee", recorded in said Bureau of Conveyances as Document No. 94-032235; provided, however, that said easement shall be automatically cancelled and terminated with respect to any portion of said Entry Road, upon the recordation of a dedication deed covering such portion of said Entry Road in favor of the County of Hawaii, the State of Hawaii, or any other appropriate governmental entity.

TOGETHER ALSO with all rights and privileges conferred upon owners of lots within The Bluffs at Mauna Kea subdivision by that certain Declaration of Protective Covenants, Conditions and Restrictions for The Bluffs at Mauna Kea dated February 19, 1997, recorded in said Bureau of Conveyances as Document No. 97-034153, as the same has been or may hereafter be amended or supplemented from time to time.

TOGETHER ALSO with all rights and privileges conferred upon owners of lots within Hapuna Resort by that certain Declaration of Protective Covenants, Conditions and Restrictions for Hapuna Resort dated October 15, 1993, recorded in said Bureau of Conveyances as Document No. 94-032238, as the same has been or may hereafter be amended or supplemented from time to time, including the appurtenant right and non-exclusive easement of access and enjoyment in and to any common areas described therein, including a perpetual non-exclusive easement and access rights under the Kawaihae-Puako Road (also known as the Queen Kaahumanu Highway) and over and across "Easement C", together with

Exhibit "A"
Page 1 of 4

limited access rights over and across Boundaries "J" and "K", all as more particularly described in and in accordance with the provisions of that certain Grant of Easement (Underpass Easement) dated October 22, 1993, made by said South Kohala Resort Corp. in favor of the Hapuna Community Association, a Hawaii non-profit corporation, for the benefit and use of its members, recorded in said Bureau of Conveyances as Document No. 94-032237.

EXCEPTING AND RESERVING, HOWEVER, UNTO Grantor, its successors and assigns, as owner/developer of the "Other Resort Properties" described in said Declaration of Protective Covenants, Conditions and Restrictions for The Bluffs at Mauna Kea recorded as Document No. 97-034153, perpetual non-exclusive easements for access and drainage purposes over and across the granted premises, in accordance with the terms and conditions set forth in said Declaration, including the right to use the Drainage Facilities described therein, said rights to be held together with and appurtenant to said "Other Resort Properties", forever.

EXCEPTING AND RESERVING ALSO HOWEVER, UNTO Grantor, its successors and assigns, as owner/developer of said "Other Resort Properties", the right to designate easements for utility purposes (including drainage, drainlines, flowage, waterlines, electrical, and sanitary sewers), and other reasonably related purposes over, under and across the granted premises, and the right to grant easements for such purposes, together with rights of reasonable access thereto, to the State of Hawaii, County of Hawaii, any public or private utility company or other appropriate governmental or private entity, so long as such easements do not materially interfere with the Grantees' use of the granted premises.

Being a portion of the land conveyed to Mauna Kea Development Corp., a Hawaii corporation, by Warranty Deed dated September 17, 1990, but effective September 30, 1990, recorded in said Bureau of Conveyances as Document No. 90-143585.

SUBJECT, HOWEVER, TO THE FOLLOWING:

1.  Reservation in favor of the State of Hawaii of all mineral and metallic mines.

2.  Terms and provisions, including the failure to comply with any covenants, conditions and reservations contained in Land Patent Grant No. 12,546, including but not limited to matters relating to water reservation.

Exhibit "A"
Page 2 of 4

3.   Covenants, conditions, and restrictions set forth in Declaration of Protective Covenants, Conditions and Restrictions for The Bluffs at Mauna Kea dated February 19, 1997, recorded in said Bureau of Conveyances as Document No. 97-034153, as amended by instrument dated December 23, 1997, recorded as Document No. 97-182826, as the same has been or may hereafter be further amended and supplemented.

4.   Covenants, conditions, and restrictions set forth in the Declaration of Protective covenants, Conditions and Restrictions for Hapuna Resort dated October 15, 1993, recorded in said Bureau of Conveyances as Document No. 94-032238, as amended by instrument dated February 19, 1997, recorded as Document No. 97-034152, as the same has been or may hereafter be further amended and supplemented.

5.   Terms, covenants and conditions set forth in that certain Grant of Easement dated October 15, 1993, made by and between South Kohala Resort Corp. and Mauna Kea Development Corp., recorded in said Bureau of Conveyances as Document No. 94-032235.

6.   Terms, covenants and conditions set forth in that certain Grant of Easement (Underpass Easement) dated October 22, 1993, made by and between South Kohala Resort Corp. and the Hapuna Community Association, a Hawaii non-profit corporation, recorded in said Bureau of Conveyances as Document No. 94-032237.

7.   Terms, covenants and conditions set forth in that certain Grant of Easement dated June 28, 1996, made by and between Mauna Kea Development Corp., as "Grantor" and Hawaii Electric Light Company, Inc. and GTE Hawaiian Telephone Company Incorporated, as "Grantees", recorded in said Bureau of Conveyances as Document No. 96-110800.

8.   Existing Easement "28" (10 feet wide, area 27,489 square feet) for sanitary sewer purpose as shown on survey map prepared by Robert W. Cunningham, Registered Professional Land Surveyor, with Belt Collins Hawaii, dated March 11, 1996.

9.   Terms, covenants and conditions set forth in that certain Grant of Easement (Sewer) dated December 18, 1996, made by and between Mauna Kea Development Corp., as "Grantor", and South Kohala Wastewater Corp., as "Grantee", recorded in said Bureau of Conveyances as Document No. 96-179333, granting certain easement rights, including easement over Easement 28.

Exhibit "A"
Page 3 of 4

EXHIBIT 2 (Page 4)

10.   Designation of Easement "5" (area 2,026 square feet) for Archeological Site and Buffer Purposes as shown on File Plan No. 2196, and rights and obligations with respect thereto, as described in Archeological Preservation Plan dated September 1996, prepared by Paul H. Rosendahl, Ph.D., Inc.

11.   Terms, covenants, conditions, and provisions set forth in the Limited Warranty Deed to which this Exhibit A is attached.

Exhibit "A"
Page 4 of 4



PLAT 02

COUNTY OF HAWAII

DEPARTMENT OF FINANCE
PROPERTY ASSESSMENT DIVISION
MAPPING BRANCH
STATE OF HAWAII
TAX MAP

| ZONE | SECTION | PLAT |
|------|---------|------|
| 6 | 2 | 14 |

SCALE: 1 IN = 80 FT.

EXHIBIT 3 (Page 1)

## LAND TRANSACTIONS

Transaction No. 1

Property Data:

| | |
|---|---|
| Location: | Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, South Kohala, Island of Hawaii, Hawaii |
| Tax Map Key: | 6-2-14-10 (Third Division) |
| Land Area: | 33,903 sq. ft. (0.778 acre) |
| Improvements: | Vacant at time of transaction |
| County Zoning: | RM-1.5, Multiple-Family Residential District |

Transaction Data:

| | |
|---|---|
| Transaction Type: | Warranty Deed |
| Effective Date: | February 17, 2000 |
| Recorded: | Document No. 2000-024502 |
| Grantor: | Gregg L. Engles and Cynthia K. Engles |
| Grantee: | Norman A. Fogelsong and Jill M. Fogelsong, Trustees |
| Consideration: | $5,000,000 (cash to seller) |
| Indicated Unit Rate: | $147.48 per square foot |
| | ( $5,000,000 ÷ 33,903 sq. ft.) |

Comments:

Details of this transaction were verified with Kathrin Kohler, an agent knowledgable of the transaction. According to Ms. Kohler, this was an arm's length transaction involving cash to the seller. The sale contracted on January 22, 2000.

The land is fairly level, at grade of Kewai Street. There a very good ocean views. There is a 207 sq. ft. pedestrian access easement along the southerly boundary of the property. The property to the south is encumbered by a burial site and buffer easement.

The property previously sold in February 1998. According to conveyance tax records, indicated consideration was $3,250,000 ($96/sq. ft.). The sales contract indicates the price was $3,250,000 less a landscape/grading credit of $500,000 for a net price of $2,750,000 ($81/sq. ft.).



Transaction No. 2

Property Data:

| | |
|---|---|
| Location: | Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, South Kohala, Island of Hawaii, Hawaii |
| Tax Map Key: | 6-2-14-05 (Third Division) |
| Land Area: | 38,262 sq. ft. (0.878 acre) |
| Improvements: | Vacant at time of transaction |
| County Zoning: | RM-1.5, Multiple-Family Residential District |

Transaction Data:

| | |
|---|---|
| Transaction Type: | Limited Warranty Deed |
| Effective Date: | January 12, 2000 |
| Recorded: | Document No. 2000-009911 |
| Grantor: | Mauna Kea Development Corp. |
| Grantee: | Western Sunview Properties LLC |
| Consideration: | $3,250,000 (cash to seller) |
| Indicated Unit Rate: | $84.94 per square foot |
| | (   $3,250,000  ÷    38,262  sq. ft.) |

Comments:

Details of this transaction were verified with Kathrin Kohler, an agent knowledgable of the transaction. According to Ms. Kohler, this was an arm's length transaction involving cash to the seller. The sale contracted on September 20, 1999.

The property was offered for sale at $3,250,000. This offer price was higher than those for adjacent properties as the developer believed the lot had greater privacy due its distance from the nature trail (pedestrian easement) that borders the makai boundary of the subdivision and the elevation of the property .

The land is fairly level, at grade of Kewai Street. There a very good ocean views. There is a sewer easement that runs along the westerly boundary of the property. There is an archeological site and buffer easement that encumber the westerly portion of the property and the land to the west of the property.

The Deed recorded on January 24, 2000. On January 27, 2000 an offer to purchase the property was submitted at a price of $4,500,000 ($118/sq. ft.). The owner indicated that they were not interested in selling the property at that time. In February 2004, the owner indicated that they would part with the property for $7 million ($183/sq. ft.) which would allow them to find a replacement property.

On March 19, 2000, an offer to purchase the property was submitted at a price of $6,500,000 ($170/sq. ft.). The offer was reportedly verbally agreed to. However, the transaction did not close.

On April 10, 2000, an offer to purchase the property was submitted at a price of $6,250,000 ($163/sq. ft.). Apparently, the offer was not accepted.



EXHIBIT 3 (Page 3)

<u>Transaction No. 3</u>

Property Data:

| | |
|---|---|
| Location: | Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, South Kohala, Island of Hawaii, Hawaii |
| Tax Map Key: | 6-2-14-07 (Third Division) |
| Land Area: | 48,521 sq. ft. (1.114 acre) |
| Improvements: | Vacant at time of transaction |
| County Zoning: | RM-1.5, Multiple-Family Residential District |

Transaction Data:

| | |
|---|---|
| Transaction Type: | Limited Warranty Deed |
| Effective Date: | October 5, 1999 |
| Recorded: | Document No. 99-164567 |
| Grantor: | Mauna Kea Development Corp. |
| Grantee: | Chitranjan N. Reddy and Elsa Reddy |
| Consideration: | $2,750,000 |
| Landscape/Grading Credit: | $212,500 |
| Net Transaction Price: | $2,537,500 (cash to seller) |
| Indicated Unit Rate: | $52.30 per square foot |
| | ( $2,537,500 ÷ 48,521 sq. ft.) |

Comments:

Details of this transaction were verified with Kathrin Kohler, an agent knowledgable of the transaction. According to Ms. Kohler, this was an arm's length transaction involving cash to the seller. The sale contracted on August 18, 1999.

The land is fairly level, at grade of Kewai Street. There a very good ocean views. There is a sewer easement that runs along the northerly boundary and through the westerly portion of the property.

According to conveyance tax records, the transaction price was $2,750,000 ($57/sq. ft.). The sales contract indicates the price was $2,750,000 less a landscape/grading credit of $212,500 for a net price of $2,537,500 ($52/sf).



PLAT    02

DEPARTMENT OF FINANCE
PROPERTY ASSESSMENT DIVISION
**MAPPING BRANCH**
STATE OF HAWAII
TAX MAP

| COUNTY OF HAWAII | | |
|---|---|---|
| ZONE | SECTION | PLAT |
| 6 | 2 | 14 |

SCALE: 1 IN = 80 FT.

Transaction No. 4

Property Data:
  Location:              Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, South Kohala,
                         Island of Hawaii, Hawaii
  Tax Map Key:           6-2-14-08 (Third Division)
  Land Area:             48,940 sq. ft. (1.124 acre)
  Improvements:          Vacant at time of transaction

  County Zoning:         RM-1.5, Multiple-Family Residential District


Transaction Data:
  Transaction Type:      Limited Warranty Deed
  Effective Date:        October 2, 1999
  Recorded:              Document No. 99-174087
  Grantor:               Mauna Kea Development Corp.
  Grantee:               Robert V. Gunderson, Jr. and Anne D. Gunderson

  Consideration:         $2,750,000
  Landscape Credit:      $250,000
  Net Transaction Price: $2,500,000 (cash to seller)

  Indicated Unit Rate:        $51.08 per square foot
                         (  $2,500,000  ÷      48,940 sq. ft.)


Comments:

Details of this transaction were verified with Kathrin Kohler, an agent knowledgable of the transaction.
According to Ms. Kohler, this was an arm's length transaction involving cash to the seller. The sale contracted
on July 21, 1999.

The land is fairly level, at grade of Kewai Street. There a very good ocean views.

According to conveyance tax records, the transaction price was $2,750,000 ($56/sq. ft.). The sales contract
indicates the price was $2,750,000 less a landscape/grading credit of $250,000 for a net price of $2,500,000
($51/sf).



PLAT O2

DEPARTMENT OF FINANCE
PROPERTY ASSESSMENT DIVISION
MAPPING BRANCH
STATE OF HAWAII
TAX MAP

COUNTY OF HAWAII

| ZONE | SECTION | PLAT |
|------|---------|------|
| 6 | 2 | 14 |

SCALE: 1 IN = 80 FT.

<u>Transaction No. 5</u>
Property Data:

| | |
|---|---|
| Location: | Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, South Kohala, Island of Hawaii, Hawaii |
| Tax Map Key: | 6-2-14-11 (Third Division) |
| Land Area: | 36,087 sq. ft. (0.828 acre) |
| Improvements: | Vacant at time of transaction |
| County Zoning: | RM-1.5, Multiple-Family Residential District |

Transaction Data:

| | |
|---|---|
| Transaction Type: | Limited Warranty Deed |
| Effective Date: | March 15, 1999 |
| Recorded: | Document No. 99-040987 |
| Grantor: | Mauna Kea Development Corp. |
| Grantee: | Sanford R. Robertson & Jeanne Robertson |
| Consideration: | $3,500,000 |
| Landscape Credit: | <u>$500,000</u> |
| Net Transaction Price: | $3,000,000 (cash to seller) |
| Indicated Unit Rate: | $83.13 per square foot |
| | ( $3,000,000 ÷ 36,087 sq. ft.) |

Comments:

Details of this transaction were verified with Kathrin Kohler, an agent knowledgable of the transaction. According to Ms. Kohler, this was an arm's length transaction involving cash to the seller. The sale contracted on February 1, 1999.

The land is fairly level, at grade of Kewai Street. There a very good ocean views. There is a drainage easement that runs along the northerly boundary of the property.

According to conveyance tax records, the transaction price was $3,500,000 ($97/sq. ft.). According to the sales contract, the price was $3,000,000. We understand that the price difference involved a $500,000 credit to the buyer for landscaping.

According to conveyance tax records, the transaction price was $3,500,000 ($97/sq. ft.). The sales contract indicates the price was $3,500,000 less a landscape/grading credit of $500,000 for a net price of $3,000,000 ($83/sf).



Transaction No. 6
Property Data:
    Location:                    Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, South Kohala,
                                     Island of Hawaii, Hawaii

    Tax Map Key:            6-2-14-06 (Third Division)
    Land Area:               48,020 sq. ft.  (1.102 acre)
    Improvements:        Vacant at time of transaction

    County Zoning:        RM-1.5, Multiple-Family Residential District


Transaction Data:
    Transaction Type:       Limited Warranty Deed
    Effective Date:          January 27, 1999
    Recorded:             Document No. 99-015113
    Grantor:               Mauna Kea Development Corp.
    Grantee:               Irwin Federman and Concepcion S. Federman

    Transaction Price:       $3,000,000
    Landscape Credit:      $450,000
    Net Transaction Price:   $2,550,000 (cash to seller)

    Indicated Unit Rate:      $53.10 per square foot
                    (     $2,550,000 ÷     48,020 sq. ft.)


Comments:
    Details of this transaction were verified with Kathrin Kohler, an agent knowledgable of the transaction.
    According to Ms. Kohler, this was an arm's length transaction involving cash to the seller.  The sale contracted
    on December 28, 1998.

    The land is fairly level, at grade of Kewai Street.  There a very good ocean views.

    According to conveyance tax records, the price was $3,000,000 ($62/sq. ft.). According to the sales contract, the
    price was $2,550,000.  We understand that the price difference involved a $450,000 credit to the buyer for
    landscaping.

    According to conveyance tax records, the transaction price was $3,000,000 ($62/sq. ft.).  The sales contract
    indicates the price was $3,000,000 less a landscape/grading credit of $450,000 for a net price of $2,550,000
    ($53/sf).

QUALIFICATIONS OF JAN R. MEDUSKY, MAI, CRE

President, Medusky & Co., Inc., Real Estate Consultants
Queen's Court, Suite 404, 800 Bethel Street, Honolulu, Hawaii

President (1990-1994), Cowell & Co., Inc.

Licensed Real Estate Broker, State of Hawaii
(License No. RB-16915)

Member, Appraisal Institute (MAI), Hawaii Chapter
(Certificate No. 7313)

Past President, American Institute of Real Estate Appraisers
Honolulu Chapter No. 15

Member, The Counselors of Real Estate (CRE)
(Certificate No. 2560)

Past Chapter Chair, The Counselors of Real Estate Hawaii Chapter

Hawaii State Certified General Appraiser (CGA-17)

## EDUCATION

Culver Military Academy, Culver, Indiana. Graduated with honors, 1964-1968.

Bachelor of Science Degree, U.S. Military Academy, West Point, New York, 1968-1972.

University of Hawaii, Graduate courses in Business and Economics, 1975-1976.

Master of Business Administration Degree, Chaminade University of Honolulu, 1980.

## SPECIAL COURSES

Graduate Real Estate Institute, Courses I and II, Honolulu, 1979.

Stapleton School of Real Estate, Sales Licensing Course, Honolulu, 1979.

Credit for various American Institute of Real Estate Appraisal Courses.

Instructor for various seminars/classes regarding real estate valuation.

## MILITARY

Captain, U.S. Army, 1972-1978. Held various positions including Commander, Air Defense Artillery Battery and Special Staff Officer, 25th Infantry Division General Staff, Schofield Barracks, Hawaii.

## EXPERIENCE

Engaged in real estate consultation and valuation throughout the Pacific Basin since 1979. Geographical areas covered include the four counties of the State of Hawaii, the Territory of Guam, the Federated States of Micronesia, Republic of the Marshall Islands, Republic of Palau, Saipan, American Samoa and selected locations on the West Cost of the United States Mainland.

Specializes in valuation for litigation purposes, tax appeals, leased fee conversions, arbitrations and rent renegotiations.