ORIGINAL

FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email address: ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address:  terry@myrhawaii.com

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 7 2006
at 3 o'clock and 35 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>            Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; ET AL.,<br><br>            Defendants. | Civil No. CV03-00463 JMS LEK<br><br>CERTIFICATE OF SERVICE<br><br>[RE: RESPONSES OF PLAINTIFFS WESTERN SUNVIEW PROPERTIES, LLC, GUY HANDS, AND JULIA HANDS TO MAUNA KEA'S SECOND REQUEST FOR ADMISSIONS] |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that RESPONSES OF PLAINTIFFS WESTERN SUNVIEW PROPERTIES, LLC, GUY HANDS, AND JULIA HANDS TO DEFENDANTS MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.'S SECOND REQUEST FOR ADMISSIONS in the above-entitled action was served upon the following at the address indicated on January 12, 2006:

VIA FEDERAL EXPRESS

Douglas Ing, Esq.
Brian Kang, Esq.
Watanabe Ing Kawashima & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendants
MAUNA KEA PROPERTIES, INC.
and MAUNA KEA DEVELOPMENT CORP.

VIA FEDERAL EXPRESS

Sidney K. Ayabe, Esq.
Ronald Shigekane, Esq.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street
2500 Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendant
THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION

DATED: San Francisco, California, January 12, 2006.

_____
for DENELLE M. DIXON-THAYER
TERRANCE M. REVERE

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

42046\3001\476946.1