AYABE, CHONG, NISHIMOTO,
    SIA & NAKAMURA
A Limited Liability Law Partnership

SIDNEY K. AYABE          968-0
RONALD SHIGEKANE      1945-0
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawaii 96813
Telephone: 808-537-6119
Facsimile:  808-526-3491
E-mail:     Ronald.Shigekane@hawadvocate.com

Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>        Plaintiffs,<br><br>     vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; ET AL.,<br><br>        Defendants. | ) CIVIL NO. CV 03-00463 JMS LEK<br>) (Contract, Injunction; Other Non-<br>) Vehicle Tort; Declaratory Judgment,<br>) Other Civil Action)<br>)<br>) DEFENDANT THE BLUFFS AT<br>) MAUNA KEA COMMUNITY<br>) ASSOCIATION'S FINAL<br>) PRETRIAL STATEMENT;<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Trial Date: March 14, 2006<br>) |

2004-069/247803

DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY
ASSOCIATION'S FINAL PRETRIAL STATEMENT

Defendant, THE BLUFFS AT MAUNA KEA COMMUNITY

ASSOCIATION, (The Association) by and through its attorneys above-named,

hereby submits its Final Pretrial Statement pursuant to this Court's Amended Rule

16 Scheduling Order (filed 10/20/05) and in accordance with LR 16.6.

## A.    PARTY

Defendant The Association is a duly organized non-profit corporation

authorized to do business in the State of Hawaii.

## B.    JURISDICTION AND VENUE

Jurisdiction is based upon diversity of citizenship between the parties and

Defendant is not disputing jurisdiction or venue.

## C.    SUBSTANCE OF ACTION

This lawsuit arises out of Plaintiffs WESTERN SUNVIEW PROPERTIES,

LLC., GUY HANDS AND JULIA HANDS' purchase of Lot 5 at a luxury

subdivision on the island of Hawaii.    Plaintiffs claim that the Defendant THE

BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION, wrongfully

approved the owners of Lot 6's request to build a swimming pool and other

improvements in the special setback area of their lot.    Plaintiffs claim that such

improvements interfere with their view plane and are in violation of the association's Covenants, Conditions and Restrictions (CCRs).

Plaintiffs also claim that the developers of the subdivision, Defendants MAUNA KEA PROPERTIES, INC. and MAUNA KEA DEVELOPMENT CORP engaged in unfair, deceptive and fraudulent practices by failing to disclose that "landscape credits" had been given to other purchasers of lots in the subdivision. These claims have no relationship to the claims made against The Association.

## D.    UNDISPUTED FACTS

It is undisputed that The Association gave the owners of Lot 6 approval to build a swimming pool and other improvements in the special setback area of Lot 6.

## E.    DISPUTED FACTUAL ISSUES

The disputed facts involve all actions which are relevant to the following issue:

Whether The Association's approval of Lot 6's improvements was done in bad faith and with malice.

## F.    RELIEF PRAYED

Plaintiff asks for monetary damages against The Association resulting from a claimed diminution in value of Lot 5.

## G.    POINTS OF LAW

Plaintiffs complain that The Association's Design and Construction Requirements for Homes (DCRs) absolutely prohibits buildings or structures in the Special Setback areas:

> 4.17   Special Setbacks.   Special setbacks have been placed on the Individual Homesites to protect views and to preserve hillsides.  No building or structure shall be placed within the special setback areas as shown in Exhibit A.

Plaintiffs further complain that The Association's actions in approving a deviation from the foregoing prohibition did not comply with the following provision of the same DCRs:

> Individual solutions at variance with the general design requirements will be considered on their architectural merit and their contribution to the overall purposes set forth in Article I and the specific objectives stated in Article IV above.  The Design Committee through the Design Review Procedure as authorized in Article V above, shall be the sole judge of the suitability of such variations in relation to the established objectives.

Defendant The Association's CCRs provide that it has limited liability for actions performed pursuant to its obligations thereunder:

> 12.10 Limited Liability.  Neither Declarant, the Association, the Board, nor any member…shall be liable to any party for any action or for any failure to act with respect to any matter if the action taken or failure to act was in good faith and without malice.

## H.    PREVIOUS MOTIONS

Plaintiffs entered into a settlement with Defendants Irwin Federman and

Concepcion Federman (owners of Lot 6), which settlement was approved by the

Court on December 2, 2005.    There are no claims or cross-claims outstanding by

or against the Federmans in this lawsuit.

Motions relevant to the present parties and issues for trial which are

presently pending before the Court include the following:

November 1, 2005 -    Defendant The Association's Motion for Summary
Judgment (on all claims)

November 3, 2005 -    Defendant Mauna Kea Properties, Inc. and Mauna
Kea Development Corp.'s Motions for Summary
Judgment Re:
-    Plaintiffs' Failure to Prove Damages
-    All Claims
-    All Special Setback and Punitive Damages
Claims

The foregoing motions are scheduled for hearing on Januare 24, 2006 at

11:00 a.m.

## I.    WITNESSES TO BE CALLED

### Lay Witnesses

1.    Bob Acree
c/o Ayabe, Chong, Nishimoto, Sia &
Nakamura
Pauahi Tower 2500
1001 Bishop Street
Honolulu, Hawaii  96813

Member of Board of Directors and
Design Committee of the
Association, regarding the actions
of the Committee, including the
basis for granting variances.  Design
Committee policies and procedures.

2.    Katherine Augustine                   Process by which plans for
      Randy Stingel                         Federman residence were approved
      Jane Mireles                          by Design Committee.
      Augustine Realty
      c/o Ayabe, Chong, Nishimoto, Sia &    Association and Design Committee
      Nakamura                              policies and procedures.
      Pauahi Tower 2500
      1001 Bishop Street
      Honolulu, Hawaii  96813

3.    James Bell                            Process by which plans for
      Lisa Reinke                           Federman residence were approved
      Belt Collins                          by Design Committee.
      2153 North King Street
      Suite 200                             Design Committee policies and
      Honolulu, HI 96819                    procedures.
      (808)329-0173

4.    Hamlet Charles ("Lucky") Bennett      Engagement of H.C. Lucky Bennett
      78-6697 A Mamalahoa Hwy               as Architect for Western Sunview,
      Holualoa, HI 96725                    LLC.
      (808)322-3375
                                            Western Sunview Properties, LLC's
                                            requests to Design Committee for
                                            variances for roof design, roofing
                                            materials, paving materials which
                                            did not conform to the design
                                            requirements, and for a rock wall,
                                            gate, boulders and a ditch with
                                            thorny plans within special setback
                                            area of Lot 5.

                                            Knowledge of construction on Lot 5
                                            and on other Bluffs lots.

                                            Variances and approvals granted for
                                            Lot 5 and for other Bluffs lots.

                                            Planned or completed construction
                                            within special setback areas of Lot 5
                                            or other Bluffs lots, including Lots
                                            3, 4, 10, 11 and 12.

5.  Greg Boyer
    Hawaiian Landscapes
    47-410 Pulama Road
    Kaneohe, HI 96744
    (808)239-8264

Landscaping plans for Federman residence, including modifications thereto.

6.  Chris Clever
    Clever Construction Inc.
    73-5577 Kauhola Street
    Suite #9
    Kailua-Kona, HI 96740
    (808)329-5196

Construction on improvements on Lot 5 and other Bluffs lots, including within special setback areas.

7.  Todd R. Cole
    Elke Popp
    Todd R. Cole Landscape
    Architecture
    1715 Polk Street
    San Francisco, CA 94109
    (415)885-3900

Landscaping plans for Federman residence, including modifications thereto.

8.  Jerry Elder
    c/o Ayabe, Chong, Nishimoto, Sia &
    Nakamura
    Pauahi Tower 2500
    1001 Bishop Street
    Honolulu, Hawaii  96813

Member of Board of Directors and Design Committee of the Association, regarding the actions of the Committee, including the basis for granting variances.  Design Committee policies and procedures.

9.  Concepcion S. Federman
    c/o Ayabe, Chong, Nishimoto, Sia &
    Nakamura
    Pauahi Tower 2500
    1001 Bishop Street
    Honolulu, Hawaii  96813

Citizenship and residence of Irwin and Concepcion S. Federman. Ownership of Lot 6. Engagement of Hill Glazier Architects as the architects for Lot 6.

10.    Irwin Federman
c/o Ayabe, Chong, Nishimoto, Sia &
Nakamura
Pauahi Tower 2500
1001 Bishop Street
Honolulu, Hawaii  96813

Citizenship and residence of Irwin and Concepcion S. Federman.

Ownership of Lot 6.

Design Committee's Preliminary approval for a terrace and swimming pool situated within the special setback area of Lot 6, by August 8, 2000 letter from James Bell.

Submission of revised plans including revised plans for the improvements within the special setback area.

Design Committee's Approval of the revised plans, by May 23, 2001 letter from William Mielcke. Revision of plans for Federmans' residence to accommodate changes suggested by the Design Committee, including deletion of the trellis pavilions next to the swimming pool.

Submission of revised plans to the newly reconstituted Design Committee for final approval.

Design Committee's final approval, including approval of variance to permit construction of a terrace and a swimming pool in special setback area, by February 7, 2002 letter from Dennis Krueger.

Access of Design Committee and its consultants to the construction on

8

Lot 6 for inspection.

Communications between Irwin
Federman, Rhonda Kent, and Guy
Hands.
Federmans' attempts to address
concerns raised by Guy Hands.

Hardships to Federmans if
injunction against further
construction of Federmans' home
were to be issued

11.   Robert Frost                    Landscaping plans for Federman
      Robert Frost Lanscaping'        residence, including modifications
      P.O. Box 385648                 thereto.
      Waikaloa, HI 96738
      (808)883-0806

12.   Michael W. Gibson, Esq.         Process by which plans for
      Ashford & Wriston               Federman residence were approved
      1099 Alakea Street              by Design Committee.
      Suite 1400
      Honolulu, Hawaii 96813          Design Committee policies and
      (808)539-0400                   procedures.

13.   John Gifford                    Construction, planned or completed,
      Maxim Integrated Products       within special setback areas of any
      120 San Gabriel                 Bluffs lot.
      Sunnyvale, CA                   Variances approved by Design
      (408)530-6001                   Committee for construction on any
                                      Bluffs lot.

14.     Robert Glazier
        Hill Glazier Architects
        925 Alma Street
        Palo Alto, CA 94301-2405
        (650)617-0366

Plans for Federman residence.

Process by which plans for Federman residence were approved by Design Committee.

Cost of Removal/relocation of Federmans' pool, including demolition, reconstruction and redesign.

Conformance of Hill Glazier's actions with CCRs and Design Requirements.

Composition of Design Committee (William Mielcke and James Bell) when Hill Glazier began working on the Federman project.

Preliminary approval of plans for Federman residence, by August 18, 2000 letter from James Bell.

Resignation of James Bell from Design Committee in December 2000.

Continuation of William Mielcke as sole remaining member of Design Committee.

Submission of revised plans, including improvements within special setback area, to Design Committee.

Design Committee approval of revised plans, by May 23, 2001 letter from William Mielcke.

Resignation of William Mielcke from the Design Committee.

Appointment of Board of Directors of the owners' association as the new Design Committee.

Submission of revised plans for Federman home, without pavilions within setback area, to newly reconstituted Design Committee.

Design Committee approval, by February 7, 2002 letter from Dennis Krueger, for commencement of construction on Lot 6.

Further revisions to Federmans' plans.

Design Committee approval of all revisions except those withdrawn by Federmans.

15.   Loriann Gordon
      Landscape Architect
      737 Bishop Street
      Suite 1530
      Honolulu, HI 96813
      (808)524-3900

Landscaping plans for Lot 5.

May 6, 2003 meeting between Loriann Gordon, Don Vita and Ronda Kent.

16.   Robert Gunderson
      c/o Ayabe, Chong, Nishimoto, Sia & Nakamura
      Pauahi Tower 2500
      1001 Bishop Street
      Honolulu, Hawaii  96813

Member of Board of Directors and Design Committee of the Association, regarding the actions of the Committee, including the basis for granting variances.  Design Committee policies and procedures.

17.   Guy Hands
      89 Kippington Road
      Sevenoaks, Ken TN13 2LW
      England

Purchase and ownership of Lot 5.

Citizenship of Western Sunview Properties, LLC.

(telephone number unknown)

Sophistication of Guy and Julia Hands.

Claims made herein by Plaintiff Western Sunview Properties, LLC.

Knowledge of construction on Lot 5 and on other Bluffs lots.

Western Sunview Properties, LLC's request to Design Committee for variance for roof design, roofing materials paving materials which did not conform to the design requirements, and for a rock wall, gate, boulders and a ditch with thorny plans within special setback area of Lot 5.

18.    Julia Hands
       89 Kippington Road
       Sevenoaks, Ken TN13 2LW
       England
       (telephone number unknown)

Purchase and ownership of Lot 5.

Citizenship of Western Sunview Properties, LLC.

Sophistication of Guy and Julia Hands.

Claims made herein by Plaintiff Western Sunview Properties, LLC.

Knowledge of construction on Lot 5 and on other Bluffs lots.

Western Sunview Properties, LLC's request to Design Committee for variance for roof design, roofing materials paving materials which did not conform to the design requirements, and for a rock wall, gate, boulders and a ditch with thorny plans within special setback

|  | | area of Lot 5. |
|---|---|---|
| 19. | Michael J. Hartley<br>c/o Ayabe, Chong, Nishimoto, Sia &<br>Nakamura<br>Pauahi Tower 2500<br>1001 Bishop Street<br>Honolulu, Hawaii  96813 | Member of Board of Directors and<br>Design Committee of the<br>Association, regarding the actions<br>of the Committee, including the<br>basis for granting variances.  Design<br>Committee policies and procedures. |
| 20. | John W. Hoffee, II<br>22412 Streamside Court<br>Murrieta, CA 92562<br>(telephone number unknown) | Construction, planned or completed,<br>within special setback areas of any<br>Bluffs lot.<br><br>Variances approved by Design<br>Committee for construction on any<br>Bluffs lot. |
| 21. | Ronda K. Kent, Esq.<br>Ashford & Wriston<br>1099 Alakea Street<br>Suite 1400<br>Honolulu, Hawaii 96813<br>(808)539-0400 | Planned or existing improvements<br>to Lot 5.<br><br>Ownership, membership,<br>management and control of Western<br>Sunview Properties, LLC.<br><br>Knowledge of construction on Lot 5<br>and on other lots at the Bluffs.<br><br>Western Sunview Properties, LLC's<br>requests to Design Committee for<br>variances fro roof design, roofing<br>materials, paving materials which<br>did not conform to the design<br>requirements, and for a rock wall,<br>gate, boulders and a ditch with<br>thorny plants within special setback<br>area of Lot 5.<br><br>May 6, 2003 meeting between<br>Loriann Gordon, Don Vita and<br>Ronda Kent. |

22.  Dennis Krueger, Esq.
     Ashford & Wriston
     c/o Ayabe, Chong, Nishimoto, Sia &
     Nakamura
     Pauahi Tower 2500
     1001 Bishop Street
     Honolulu, Hawaii  96813

Process by which plans for
Federman residence were approved
by Design Committee.

Design Committee policies and
procedures.

23.  Joel Laber
     Laber Architects
     P.O. Box 3932
     Waikaloa, HI 96738
     (808)883-9020

Plans for the Federman residence.

Process by which plans for
Federman residence were approved
by Design Committee.

24.  Douglas Leone
     c/o Ayabe, Chong, Nishimoto, Sia &
     Nakamura
     Pauahi Tower 2500
     1001 Bishop Street
     Honolulu, Hawaii  96813

Member of Board of Directors and
Design Committee of the
Association, regarding the actions
of the Committee, including the
basis for granting variances.  Design
Committee policies and procedures.

Attempts by Douglas Leone to
obtain Western Sunview Properties,
LLC's approval for construction in
the special setback area on Lot 4.

25.  Bettina Lum, Esq.
     Price Okamoto Himeno & Lum
     707 Richards Street
     Suite 728
     Honolulu, HI 96813
     (808)538-1113

Process by which plans for
Federman residence were approved
by Design Committee.

Design Committee policies and
procedures.

26.    William Mielcke
     77-6485 Kala Iki Street
     Kailua-Kona, HI 96740

Process by which plans for Federman residence were approved by Design Committee.

Design Committee policies and procedures.

27.    Michael Miyabara
     Miyabara & Associates
     928 Nuuanu Avenue
     Suite 401
     Honolulu, HI 96817
     (808)531-1306

Process by which plans for Federman residence were approved by Design Committee.

Design Committee policies and procedures.

28.    Chitranjan Reddy
     Elsa Rddy
     12788 La Cresta Drive
     Los Altos Hills, CA 94022
     (telephone number unknown)

Construction, planned or completed, within special setback areas of any Bluffs lot.

Variances approved by Design Committee for construction on any Bluffs lot.

29.    John Reid
     c/o Ayabe, Chong, Nishimoto, Sia & Nakamura
     Pauahi Tower 2500
     1001 Bishop Street
     Honolulu, Hawaii  96813

Member of Board of Directors and Design Committee of the Association, regarding the actions of the Committee, including the basis for granting variances.  Design Committee policies and procedures.

30.    Sanford Robertson
     c/o Andrew V. Beaman
     Chun, Kerr, Dodd, Beaman & Wong, a Limited Liability Law Partnership
     745 Fort Street, 9th Floor
     Honolulu, HI 96813
     (808)528-8200

Construction, planned or completed, within special setback areas of any Bluffs lot.

Variances approved by Design Committee for construction on any Bluffs lot.

31.  John Santos
     Ryan Associates
     333 12th Street
     San Francisco, CA 94103
     (415)861-3085

Construction of Federman
residence, including but not limited
to, when construction began, when
excavation for the pool began, when
concrete was first poured within the
special setback area.

General characteristics of Lot 6 at
the Bluffs, including but not limited
to, existence of white stakes that
designate the setback are on Lot 6.

32.  David Stringer
     David Ayer
     Terry Tusher
     David Stringer Architects
     c/o Ayabe, Chong, Nishimoto, Sia &
     Nakamura
     Pauahi Tower 2500
     1001 Bishop Street
     Honolulu, Hawaii  96813

Design Committee policies,
procedures and actions.

Process by which plans for
Federman residence were approved
by Design Committee.

33.  Mark Thomas
     Dan Gilles
     Ryan Associates
     333 12th Street
     San Francisco, CA 94103
     (415)861-3085

Construction of Federman
residence, including but not limited
to, when construction began, when
excavation for the pool began, when
concrete was first poured within the
special setback area.

Cost of removal/relocation of
Federmans' pool, including
demolition, reconstruction and
redesign.

16

| | | |
|---|---|---|
| 34. | Don Vita<br>Vita Planning and Landscape<br>Architecture<br>155 Andersen Drive<br>Suite 1105<br>San Rafael, CA 94901<br>(415)259-0190 | Landscaping plans for Federman<br>residence, including modifications<br>thereto.<br><br>May 6, 2003 meeting between<br>Loriann Gordon, Don Vita and<br>Ronda Kent. |
| 35. | Representative of<br>Western Sunview Properties, LLC<br>1099 Alakea Street<br>Suite 1400<br>Honolulu, Hawaii 96813<br>(808)539-0400 | Purchase and ownership of Lot 5.<br><br>Citizenship of Western Sunview<br>Properties, LLC. |

**Expert Witnesses**

| | | |
|---|---|---|
| 1. | David Knox<br>850 Mililani St.<br>Honolulu, Hawaii 96814 | Architect, will testify regarding his<br>assessment of the actions of the<br>Design Review Committee |
| 2. | David Stringer<br>David Ayer<br>Terry Tusher<br>David Stringer Architects<br>c/o Ayabe, Chong, Nishimoto, Sia &<br>Nakamura<br>Pauahi Tower 2500<br>1001 Bishop Street<br>Honolulu, Hawaii  96813 | Design Committee policies,<br>procedures and actions.<br><br>Process by which plans for<br>Federman residence were approved<br>by Design Committee. |

**J.     EXHIBITS, SCHEDULES AND SUMMARIES**

1.     Photographs of the various lots at the subdivision, including those of Lots 4, 5 and 6 showing view planes;

2.     Poster of the subdivision showing the lots, buildings and improvements, including those in the special setback areas.

3.     All correspondence, memos, meeting minutes and documents relating to the actions of the Design Committee of The Association.

**K.     FURTHER DISCOVERY OR MOTIONS**

Defendant The Association does not anticipate any further formal discovery or motions (except motions in limine).

**L.     STIPULATIONS**

No stipulations are anticipated.

**M.     AMENDMENTS, DISMISSALS**

As noted above, all claims and cross-claims made by and against Defendants Irwin and Concepcion Federman have been settled and dismissed.

**N.     SETTLEMENT DISCUSSIONS**

Although settlement discussions have been held with the Honorable Leslie Kobayashi, mediators Keith Hunter and Judge Eugene Lynch, the parties have not been able to reach an agreement. The parties are too far apart. Although a final

18

mediation session between Plaintiff Western Sunview Properties, LLC and The Association is scheduled with Keith Hunter for January 27, 2006 it does not appear that this case will be settled.   A trial between Plaintiff and Defendant is set to begin in the Third Circuit Court before the Honorable Greg Nakamura on January 30, 2006.   The trial involves Plaintiff's allegation that Defendant The Association wrongfully approved a swimming pool and other improvements in the special setback area of Lot 4, Plaintiff's other next-door neighbor.

## O.   **AGREED STATEMENT**

Defendant believed that an agreed statement of facts is feasible in this action.

## P.   **BIFURCATION, SEPARATE TRIAL OF ISSUES**

A bifurcation of issues/parties is not being requested by Defendant The Association.

## Q.   **REFERENCE TO MASTER OR MAGISTRATE JUDGE**

The parties have not agreed to submit this action to a master or Magistrate Judge.

## R.   **APPOINTMENT AND LIMITATION OF EXPERTS**

The Court's appointment of experts is neither feasible nor desired in this action.

S.    **TRIAL**

A jury trial in this matter is scheduled to begin on Tuesday, March 14, 2006.

T.    **ESTIMATE OF TRIAL TIME**

Defendant The Association estimates that the trial may be concluded in three weeks.

U.    **CLAIMS OF PRIVILEGE OR WORK PRODUCT**

None of the matters required to be stated by this rule appear to involve the

work-product or other privileges.

V.    **MISCELLANEOUS**

None.

DATED:  Honolulu, Hawaii;  _January 23, 2006._

_____
SIDNEY K. AYABE
RONALD SHIGEKANE
Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>_____ Defendants. _____ | ) CIVIL NO. CV 03-00463 DAE LEK<br>) (Contract, Injunction; Other Non-<br>) Vehicle Tort; Declaratory Judgment,<br>) Other Civil Action)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2004-069/291872

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 23, 2006, a true and

correct copy of Defendant The Bluffs at Mauna Kea Community Association's

Final Pretrial Statement was duly served upon the following parties listed below, at

their last-known addresses, as described below:

TO:   TERRANCE M. REVERE ESQ.          *Via U.S. Mail*
      1000 Bishop Street, Suite 801
      Honolulu, Hawaii 96813
            *And*

SAMUEL R. MILLER, ESQ.                *Via U.S. Mail*
DENELLE DIXON-THAYER, ESQ.
275 Battery Street, 23rd Floor
San Francisco, California 94111
     Attorneys for Plaintiffs


WRAY KONDO, ESQ.                      *Via U.S. Mail*
BRIAN KANG ESQ.
First Hawaiian Center
999 Bishop Street, Floor 23
Honolulu, Hawaii 96813

     DATED:  Honolulu, Hawaii, _____1/23/06_____.


                _____
                SIDNEY K. AYABE
                RONALD SHIGEKANE
                Attorneys for Defendant
                THE BLUFFS AT MAUNA KEA
                COMMUNITY ASSOCIATION