368249.1

WATANABE ING & KOMEIJI LLP
A Limited Liability Partnership

| | |
|---|---|
| J. DOUGLAS ING | # 1538-0 |
| BRIAN A. KANG | # 6495-0 |
| EMI L. M. KAIMULOA | # 7794-0 |
| LISA S. HIRAHARA | # 8150-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawai'i 96813
Telephone No. (808) 544-8300
Facsimile No. (808) 544-8399
E-mail: lhirahara@wik.com

Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,

        Plaintiffs,

vs.

IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE

CIVIL NO. CV03-00463 JMS (LEK)

CERTIFICATE OF SERVICE RE: DEFENDANTS MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.'S OBJECTIONS AND RESPONSES TO PLAINTIFF WESTERN SUNVIEW PROPERTIES, LLC'S FIRST [sic] REQUEST FOR ADMISSIONS TO DEFENDANTS MAUNA KEA DEVELOPMENT CORP. AND MAUNA KEA PROPERTIES, INC., DATED DECEMBER 12, 2005

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 2 3 2006
at __ o'clock and 40 min. __ M
SUE BEITIA, CLERK

ORIGINAL

```
PARTNERSHIPS                          )
1-100; DOE CORPORATIONS 1-100,        )
                                      )
         Defendants.                  )
_____)
```

### CERTIFICATE OF SERVICE RE: DEFENDANTS MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.'S OBJECTIONS AND RESPONSES TO PLAINTIFF WESTERN SUNVIEW PROPERTIES, LLC'S FIRST [sic] REQUEST FOR ADMISSIONS TO DEFENDANTS MAUNA KEA DEVELOPMENT CORP. AND MAUNA KEA PROPERTIES, INC., DATED DECEMBER 12, 2005

The undersigned hereby certifies that on January 23, 2006, Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp.'s Objections and Responses to Plaintiff Western Sunview Properties, LLC's First [sic] Request for Admissions to Defendants Mauna Kea Development Corp. and Mauna Kea Properties, Inc., dated December 12, 2005, were delivered to the following attorneys at their last known addresses:

> TERRANCE MATTHEW REVERE, ESQ.  (HAND-DELIVERY)
> BRIAN A. BILBERRY, ESQ.
> JACQUELINE E. THURSTON, ESQ.
> Motooka Yamamoto & Revere LLLC
> 1000 Bishop Street, Suite 801
> Honolulu, Hawai'i 96813

SIDNEY K. AYABE, ESQ.        (HAND DELIVERY)
RONALD SHIGEKANE, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawai'i 96813

Attorneys for Defendants
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

Dated: Honolulu, Hawai'i, January 23, 2005.

_____
J. DOUGLAS ING
BRIAN A. KANG
EMI L. M. KAIMULOA
LISA S. HIRAHARA
Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.