IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>        Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100,<br><br>        Defendants. | CIVIL NO. CV03-00463 JMS (LEK)<br><br>CERTIFICATION OF COUNSEL |

## CERTIFICATION OF COUNSEL

I, BRIAN A. KANG, hereby declare as follows:

1. I am an attorney licensed to practice law before all of the state and federal courts in the State of Hawai'i and am one of the attorneys for MAUNA KEA PROPERTIES, INC. and MAUNA KEA DEVELOPMENT CORP. (collectively, "Mauna Kea") in the above-entitled action.

2. I make this declaration based upon personal knowledge in support of Mauna Kea's Supplemental Memorandum in Support of Motion for Summary Judgment Based on Plaintiffs' Failure to Prove Damages, and based upon my review of the files and pleadings in this matter.

3. This certification is made pursuant to this Court's order at the January 24, 2006 hearing.

4. I hereby certify that I have reviewed the citations to the facts used to support the foregoing motion and that they are accurate to the best of my knowledge and belief.

Dated: Honolulu, Hawai'i, January 31, 2006.

_____
BRIAN A. KANG