IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>Defendants. | Civil No. CV03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>AMENDED DECLARATION OF TERRANCE M. REVERE<br><br>Trial: March 14, 2006 |

## AMENDED DECLARATION OF TERRANCE M. REVERE

The undersigned hereby declares that:

1. I am an attorney licensed to practice law before all the courts of the state of Hawaii and am attorney for Plaintiff WESTERN SUNVIEW PROPERTIES, LLC. ("Western Sunview") in the above captioned matter.

2. I have personal knowledge of the matters set forth herein, am competent to testify thereto, and make this Declaration in Support of this Motion.

3. Attached hereto as **Exhibit 1** and made a part hereof is a true and correct copy of the Report of Expert Appraiser Richard Stellmacher dated February 14, 2005.

4. Attached hereto as **Exhibit 2** and made a part hereof is a true and correct copy of the Report of Real Estate Expert Kenneth Chong dated February 22, 2005.

5. Attached hereto as **Exhibit 3** and made a part hereof is a true and correct copy of the Transcript of Proceedings for the August 23, 2004 Hearing in the above captioned action before the Honorable David Alan Ezra.

6. Attached hereto as **Exhibit 4** and made a part hereof is a true and correct copy of the Deposition Transcript of William Mielcke, which was taken on May 29, 2003 in the case entitled *Robertson v. Mauna Kea Development Corp. et. al.*, Civ. No. 02-00207 HG LEK.

7. Attached hereto as **Exhibit 5** and made a part hereof is a true and correct copy of the Deposition Transcript of Yoichi Asari, which was taken on May 16, 2003 in the case entitled *Robertson v. Mauna Kea Development Corp. et. al.*, Civ. No. 02-00207 HG LEK.

8. Attached hereto as **Exhibit 6** and made a part hereof is a true and correct copy of the Deposition Transcript of Kathrin Kohler, which was taken on May 29, 2003 *Robertson v. Mauna Kea Development Corp. et. al.*, Civ. No. 02-00207 HG LEK.

9. Attached hereto as **Exhibit 7** and made a part hereof is a true and correct copy of the Jeanne Buboltz, which was taken January 27, 2005 in the above-caption action.

10. Attached hereto as **Exhibit 8** and made a part hereof is a true and correct copy of the Kathrin Kohler taken on January 27, 2005 in the above-captioned action.

11. Attached hereto as **Exhibit 9** and made a part hereof is a true and correct copy of the William Mieckle taken on April 29, 2005 in the above-captioned action.

12.    Attached hereto as **Exhibit 9A** and made a part hereof is a true and correct copy of Deposition Transcript of Byron Gangnes taken on October 24, 2005 in the above-captioned action.

13.    Attached hereto as **Exhibit 10** and made a part hereof is a true and correct copy of the Federman Sales Contract reference date December 28, 1998.

14.    Attached hereto as **Exhibit 11** and made a part hereof is a true and correct copy of Mauna Kea's Privilege Log dated September 17, 2004.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATED: Honolulu, Hawaii,    FEB 1 3 2006    .

_____
TERRANCE M. REVERE