IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS, <br><br> Plaintiffs, <br><br> vs. <br><br> IRWIN FEDERMAN; ET AL., <br><br> Defendants. | Civil No. CV03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action) <br><br> ATTORNEY CERTIFICATION |

0 - attorney certification.doc

## ATTORNEY CERTIFICATION

The undersigned hereby declares that:

1.     I am an attorney licensed to practice law before all the courts of the state of Hawaii and am attorney for Plaintiff WESTERN SUNVIEW PROPERTIES, LLC. ("Western Sunview") in the above captioned matter.

2.     This certification is made pursuant to this Court's order at the January 24, 2006 hearing.

3.     I hereby certify that I have reviewed the citations to the facts used to support the foregoing memorandum and that they are accurate to the best of my knowledge and belief.

DATED: Honolulu, Hawaii,    February 13, 2006.

_Brianne J. Ornellas_
BRIANNE L. ORNELLAS

Attorney for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS