```
                                                                          1

 1                  IN THE UNITED STATES DISTRICT COURT

 2                       FOR THE DISTRICT OF HAWAII

 3

 4   WESTERN SUNVIEW PROPERTIES, LLC  ) CIVIL NO. 03-00463DAE
                                      )
 5              Plaintiff,            )
                                      )
 6        vs.                         )
                                      )
 7   IRWIN FEDERMAN, et al.,          )
                                      )
 8              Defendants.           )
                                      )
 9

10                       TRANSCRIPT OF PROCEEDINGS

11         The above-entitled matter came on for hearing on

12   Monday, August 23, 2004, at 10:38 a.m., at Honolulu, Hawaii,

13   BEFORE:        THE HONORABLE DAVID ALAN EZRA
                    Chief United States District Judge
14
     REPORTED BY:   STEPHEN B. PLATT, RMR, CRR
15                  Official U.S. District Court Reporter

16   APPEARANCES:   TERRANCE M. REVERE, ESQ.
                    Motooka Yamamoto & Revere
17                  1001 Bishop Street, Suite 801
                    Honolulu, Hawaii  96813
18
                    CHAD P. LOVE, ESQ.
19                  BARBARA JEAN KIRSCHENBAUM, ESQ.
                    Love & Narikiyo
20                  1164 Bishop Street
                    Finance Factors Center, Suite 1105
21                  Honolulu, Hawaii  96813

22
                                    Attorneys for the Plaintiff
23

24

25
```

EXHIBIT 3

2

```
 1   APPEARANCES (Continued):

 2

 3

 4                    ANDREW V. BEAMAN, ESQ.
                      LEROY E. COLOMBE, ESQ.
 5                    Chun Kerr Dodd Beaman & Wong
                      745 Fort Street, 9th Floor
 6                    Honolulu, Hawaii   96813

 7                              Attorneys on behalf
                                   Mr. and Mrs. Federman
 8

 9                    MARK B. DESMARAIS, ESQ.
                      Tom Petrus & Miller
10                    1164 Bishop Street
                      Finance Factors Center, Suite 650
11                    Honolulu, Hawaii   96813

12                              Attorney on behalf
                                   Mr. and Mrs. Federman
13

14                    RONALD M. SHIGEKANE, ESQ.
                      Ayabe Chong Nishimoto Sia & Nakamura
15                    1001 Bishop Street
                      Pauahi Tower, Suite 2500
16                    Honolulu, Hawaii   96813

17                              Attorney on behalf of The
                                   Bluffs at Maunakea Association
18

19                    J. DOUGLAS ING, ESQ.
                      EMI M. KAIMULOA, ESQ.
20                    Watanabe Ing Kawashima & Komeiji
                      999 Bishop Street
21                    First Hawaiian Center, 23rd Floor
                      Honolulu, Hawaii   96813
22
                                Attorneys on behalf of Defts
23                                 Maunakea Properties and
                                   Maunakea Development Corp.
24

25
```

1   there is nothing they point to as to how that is an overt act
2   in furtherance of the conspiracy. Maunakea has said in its
3   papers it reported the price of $3 million. The Federmans,
4   certainly by merely signing the confidential agreement, cannot
5   be deemed to have done anything that was going to affect the
6   transaction between those other two parties for lot five. If
7   they hadn't signed an agreement, nothing would have been any
8   different than the way it actually played out.
9            There are a number of other issues, Your Honor,
10  regarding this so-called fraud scheme, and really, I am going
11  to leave it mostly to Mr. Ing to address --
12           THE COURT: Mr. Ing isn't going to address anything.
13           MR. COLOMBE: He is not? Oh, then I had better
14  address it, then. Okay, I will then briefly --
15           THE COURT: Mr. Ing has addressed it in his papers.
16  They just simply filed a position paper because the motion
17  wasn't filed against them. I am sure at some point we will
18  hear from Mr. Ing in this court.
19           MR. COLOMBE: That raises an interesting point. The
20  motion was filed against us -- who didn't sell Western Sunview
21  Properties anything, and yet they did not file against
22  Maunakea, who actually sold them the property. Again, I think
23  this is starting to take on a whiff of a vendetta.
24           But, in any event, the notion that somehow the
25  purchasers of lot five were damaged by the landscaping credit

83

 1  best of my ability my unbiased judgment as to where the thing
 2  should be, in terms of the law and the facts in this case.
 3  You shouldn't take anything from any of the questions that I
 4  asked -- most of you who have been before me before know that
 5  if I have a question, sometimes I may fully agree with a party
 6  and ask them the toughest questions.  I don't know.  I want to
 7  be sure that I'm right if I make a decision.  It doesn't do me
 8  any good to make an improper decision and have to do it again.
 9  Sometimes I'm right and I get reversed anyway, but who knows.
10  And then the Ninth Circuit gets reversed.  That just happened
11  the other day.  But I try to be careful.  And so it will take
12  me a little bit to get through this.  I am not going to rush a
13  decision out tomorrow.  I think that's very unfair to both
14  sides.  I'll look at this carefully.  It won't be the last
15  time we visit this because we still have another party in this
16  case.  Even were I to grant summary judgment for one side or
17  the other, we still have other parties that aren't a party
18  here, so this case isn't going away one way or the other.
19          So I will try to get this out -- probably within the
20  next couple of weeks, I would hope.  That would still be
21  pretty fast by federal court standards.  And -- maybe three
22  weeks at the outside.  Okay?
23          And, if I need any supplemental briefing on
24  anything, I will make sure that Ms. Weinberger, who is --
25  well, when are you leaving?

```
 1
 2
 3
 4
 5
 6
 7                         -ooOoo-
 8        I, Stephen B. Platt, Official Court Reporter,
 9   United States District Court, District of Hawaii, do hereby
10   certify that the foregoing is a true and correct transcript of
11   proceedings before the Honorable David Alan Ezra, Chief United
12   States District Judge.
13
14
15
16
17
18
19
20   ------------/s/ Stephen B. Platt------------
21   WEDNESDAY, SEPTEMBER 8, 2004   STEPHEN B. PLATT, CSR NO. 248
22
23
24
25
```