# DEPOSITION OF JEANNE BUBOLTZ TAKEN ON 01-27-05

*Page 1 to Page 50*



CONDENSED TRANSCRIPT AND CONCORDANCE
PREPARED BY:

# RALPH ROSENBERG COURT REPORTERS, INC.
## 1001 Bishop Street
## 2460 Pacific Tower
## Honolulu, HI 96813
## Phone: (808) 524-2090
## FAX: (808) 524-2596



EXHIBIT 1

BSA                    DEPOSITION OF JEANNE BUBOLTZ TAKEN ON 01-27-05                    XMAX(1/1)

### Page 1

```
 (1)     IN THE UNITED STATES DISTRICT CIRCUIT
 (2)         FOR THE DISTRICT OF HAWAII
 (3)  WESTERN SUNVIEW    )CASE NO. CV03-00463 DAE/LEK
 (4)  PROPERTIES, LLC, et al., )
 (5)       Plaintiffs,   )
 (6)       vs.           )
 (7)                     )
 (8)  IRWIN FEDERMAN, et al., )
 (9)       Defendants.   )
(10)  _____)
(11)
(12)       DEPOSITION OF JEANNE BUBOLTZ
(13)
(14)  Taken on behalf of Plaintiffs at the offices of Ralph
(15)  Rosenberg Court Reporters, Incorporated, Suite D212,
(16)  75-170 Hualalai Road, Kailua-Kona, Hawaii, commencing
(17)  at 9:00 a.m. on January 27, 2005, pursuant to Notice.
(18)
(19)  REPORTED BY:
(20)     DEBORAH A. NG, CSR 336
(21)     Registered Professional Reporter
(22)     Notary Public, State of Hawaii
```

### Page 2

```
 (1)              APPEARANCES
 (2)
 (3)  For Plaintiffs      TERRANCE M. REVERE, ESQ.
 (4)  Western Sunview     Suite 801
 (5)  Properties, LLC:    1000 Bishop Street
 (6)                      Honolulu, Hawaii 96813
 (7)
 (8)  For Defendants      LEROY E. COLOMBE, ESQ.
 (9)  Irwin Federman,     JOSHUA WISH, ESQ.
(10)  et al.:             Chun, Kerr, Dodd, Beaman
(11)                        & Wong
(12)                      9th Floor
(13)                      745 Fort Street
(14)                      Honolulu, Hawaii 96813
(15)
(16)  For Defendants      J. DOUGLAS ING, ESQ.
(17)  Mauna Kea Properties, First Hawaiian Center
(18)  et al.:             23rd Floor
(19)                      999 Bishop Street
(20)                      Honolulu, Hawaii 96813
(21)
(22)  For Defendant       JOSEPH P. KAMELAMELA, ESQ.
(23)  County of Hawaii    Department of Corporation
(24)  (By phone):         Counsel
(25)                      Suite 325
```

### Page 3

```
 (1)                Hilo Lagoon Centre
 (2)                101 Aupuni Street
 (3)                Hilo, Hawaii 96720
 (4)
 (5)  Also present:    Kathrin Kohler
```

### Page 4

```
 (1)               I N D E X
 (2)
 (3)  EXAMINATION BY:                       PAGE
 (4)
 (5)    Mr. Revere                           5
 (6)
 (7)       EXHIBITS FOR IDENTIFICATION
 (8)
 (9)  Deposition Exhibit 1
(10)  Letter, 9/16/99.                      33
(11)
(12)  Deposition Exhibit 2
(13)  Price list.                           34
(14)
(15)  Deposition Exhibit 3
(16)  Questions/Answers.                    38
(17)
(18)  Deposition Exhibit 4
(19)  Letter, 10/19/99.                     40
```

RALPH ROSENBERG COURT REPORTERS, INC.    (808) 524-2090                    Page 1 to Page 4

BSA                    DEPOSITION OF JEANNE BUBOLTZ TAKEN ON 01-27-05                    XMAX(2/2)

### Page 5

(1) JEANNE BUBOLTZ
(2) called as a witness at the instance of the Plaintiffs,
(3) being first duly sworn to tell the truth, the whole
(4) truth and nothing but the truth, was examined and
(5) testified as follows:
(6) EXAMINATION
(7) BY MR. REVERE:
(8) Q. Can you state your name for the record, please?
(9) A. Jeanne Buboltz, B-u-b-o-l-t-z. It was
(10) misspelled in the cover sheets throughout.
(11) Q. And it's Buboltz?
(12) A. Yes, B-u-b-o-l-t-z.
(13) Q. I was just wondering more about the phonetics.
(14) A. Actually, Cha Cha would be able to pronounce it
(15) more correctly than I do.
(16) Q. Is it a German name?
(17) A. Uh-huh, yes.
(18) Q. Do you mind if any of us call you Jeanne here?
(19) A. Jeanne is fine, Jeanne.
(20) Q. That's just easier. Jeanne, where are you
(21) employed?
(22) A. Mauna Kea Realty.
(23) Q. And how long have you been employed there?
(24) A. Nine years this January.
(25) Q. And are you a realtor?

### Page 6

(1) A. Yes.
(2) Q. So you hold a realtor's license?
(3) A. Realtor, broker, uh-huh.
(4) Q. And what's the difference between a realtor and
(5) a broker?
(6) A. More education.
(7) Q. They make brokers go through more?
(8) A. Oh, yes.
(9) Q. And how long have you been a broker?
(10) A. Well, 9, 10, 11 -- about 11 years.
(11) Q. And how long have you been a realtor?
(12) A. About 17 years.
(13) Q. Did you work before that time?
(14) A. Yes, at Mauna Lani Realty.
(15) Q. In what capacity?
(16) A. Realtor.
(17) Q. What about before you were a realtor?
(18) A. I was an appraiser.
(19) Q. Oh, you were. And were you an appraiser on the
(20) Big Island or somewhere else?
(21) A. No, in Seattle.
(22) Q. And when did you come to Hawaii?
(23) A. I have to stop and think. It was our 7th
(24) wedding anniversary, 1987.
(25) Q. Other than as a realtor or broker and an

### Page 7

(1) appraiser, did you work in any other capacity in the
(2) real estate business?
(3) A. No.
(4) Q. I understand that you're a realtor.
(5) Realtor/broker, is that the term of art they use to
(6) describe your title?
(7) A. Uh-huh, yes.
(8) Q. Have you held any other titles or certificates
(9) in the real estate field?
(10) A. CRS, GRI, whatever; CRS is Certified
(11) Residential Specialist and GRI -- it's just further
(12) education, is Graduate of Real Estate Institute.
(13) Q. What is your position at Mauna Kea?
(14) A. Sales.
(15) Q. Is it just sales associate?
(16) A. No. Associate is when you don't have your
(17) broker's license. So I'm just selling the real estate
(18) there.
(19) Q. There is no title that comes with it like vice
(20) president of sales or something like that?
(21) A. No, no.
(22) Q. And how many people currently work in the sales
(23) department for Mauna Kea Realty?
(24) A. There is three, four, five. There is five
(25) agents with Cha Cha as principal broker. That would

### Page 8

(1) make six total.
(2) Q. And Cha Cha is the principal broker?
(3) A. Yes.
(4) Q. Who was the principal broker before Cha Cha?
(5) A. Tom Stifler.
(6) Q. And when did Cha Cha take over for Mr. Stifler?
(7) A. I don't remember four, five years ago, I guess,
(8) four years ago maybe.
(9) Q. I can check with her. What we're doing is a
(10) deposition and I'm not entitled to know anything that
(11) you may have discussed with Mr. Ing. So throughout
(12) the course of this, don't tell me anything you
(13) discussed with Mr. Ing.
(14)     But generally, did you have a chance to discuss
(15) the deposition process before we started today?
(16) A. Yes.
(17) Q. Have you ever been deposed before?
(18) A. Yes.
(19) Q. On how many occasions?
(20) A. Two times, one case.
(21) Q. Twice in one case?
(22) A. Well, two different locations.
(23) Q. And what case was that?
(24) A. Mauna Kea with Fogelsong and I don't
(25) remember -- it wasn't the Federman.

Page 9

(1) Q. Giffords?
(2) A. It wasn't Gifford either. It was Fogelsong and
(3) the next door neighbor.
(4) Q. Robertson?
(5) A. Robertson, that's it.
(6) Q. You haven't been deposed on any other
(7) occasions?
(8) A. No.
(9) Q. Do you understand that this is a recorded
(10) interview and you're under oath?
(11) A. Yes.
(12) Q. And are you aware of any reason that would
(13) prevent you from giving honest, straightforward
(14) testimony, like you're on medication that has you
(15) mentally goofed up or anything like that?
(16) A. No.
(17) Q. If you have any questions as we go along, if my
(18) question is not clear, could you please let me know or
(19) let Mr. Ing know?
(20) A. Yes.
(21) Q. Have you ever heard of the phrase landscape
(22) credit before?
(23) A. Yes.
(24) Q. When did you first hear that term?
(25) A. I don't remember. Precisely --

Page 10

(1) Q. Not precisely like January 3rd, 1994 on a
(2) Thursday, but just generally, if you can recall.
(3) A. Four, five years ago, I guess.
(4) Q. Was it in connection with The Bluffs at Mauna
(5) Kea that you first heard this term?
(6) A. That particular term landscape -- what did you
(7) say.
(8) Q. Credit.
(9) A. Credit, I suppose that would be spelled out in
(10) such a way about then, yes.
(11) Q. And it was in connection with The Bluffs or
(12) another project?
(13) A. With The Bluffs.
(14) Q. Is it your understanding that a landscape
(15) credit is, basically, a confidential discount?
(16) A. Oh, yes.
(17) Q. And do you know whose idea it was to first
(18) employ landscape credits?
(19) A. I have no idea, probably the principal broker.
(20) Q. Mr. Stifler?
(21) A. Stifler, yes.
(22) Q. Do you know why Mr. Stifler left Mauna Kea?
(23) A. No. I'm not privy to things like that.
(24) Q. Were you involved in any sales of properties at
(25) The Bluffs at Mauna Kea?

Page 11

(1) A. Yes.
(2) Q. Do you recall what properties you were involved
(3) in the sale for?
(4) A. 4, 8, 9, 10 as a resale; 13 two times, first
(5) time in a resale; 14 and a resale of 14; then it was
(6) 22 and a resale. I don't think there were any other
(7) ones.
(8) Q. And the numbers you've given are lot numbers?
(9) A. Yes, I'm sorry.
(10) Q. Not Mr. 4 or Mr. 8?
(11) A. No, no. I have to go down by lot number.
(12) Q. That's fine. These landscape credits, do you
(13) recall Mr. Stifler or anybody else explaining to you
(14) why they were being used?
(15) A. Not particularly, sometimes it was a case of
(16) Lot 22 is close to the hotel and there was an
(17) allowance, the credit made for shielding it from the
(18) hotel, additional screening perhaps or -- in other
(19) words, working with additional landscaping for getting
(20) more privacy. There are usually particular reasons.
(21) Q. Do you know, as you sit here today, if there is
(22) any paperwork documenting what the particular reasons
(23) were for any credit that was given?
(24) A. Not that I'm aware of.
(25) Q. The buyers were not required to use the amount

Page 12

(1) of the discount for landscaping, correct?
(2) A. I have no idea what they were going to be
(3) doing. I don't know, no.
(4) Q. It's, basically, just money that they're
(5) saving, they can do whatever they want to with it,
(6) correct?
(7)    MR. COLOMBE: Objection, asked and answered.
(8) She said she didn't know.
(9) A. They had to be for landscaping because there
(10) were mounds in the front, some of them, and I just
(11) assumed they would be taking care of the landscaping,
(12) additional.
(13) BY MR. REVERE:
(14) Q. Are you aware of any documentation that would
(15) require a buyer to use the amount of a discount for
(16) landscaping?
(17) A. No.
(18) Q. Did you ever hear of the phrase home office
(19) being used around the office at Mauna Kea Realty?
(20) A. Home office?
(21) Q. Yes.
(22) A. Well, we are the main office and there is a
(23) site. At times when we're working with a developer,
(24) we have our little trailer, something or other. So I
(25) would suppose somebody would say this is the home

```
                                                            50

 1   STATE OF HAWAII        )
                            ) SS.
 2   COUNTY OF HAWAII       )

 3          I, DEBORAH A. NG, RPR, CSR 336 Notary Public,

 4   State of Hawaii, hereby certify:

 5          That on January 27, 2005, at 9:00 a.m. appeared

 6   before me JEANNE BUBOLTZ, the witness whose deposition

 7   is contained herein;

 8          That prior to being examined, the witness was

 9   by me duly sworn;

10          That the deposition was taken by me in machine

11   shorthand and was thereafter reduced to typewriting by

12   me;

13          That the foregoing represents, to the best of

14   my ability, a full, true and correct transcript of

15   said deposition.

16          I further certify that I am not attorney for

17   any of the parties hereto, nor in any way concerned

18   with the cause.

19          Dated:  Kailua-Kona, Hawaii, January 27, 2005.

20
                    [signature]
21          DEBORAH A. NG, CSR 336
            Registered Professional Reporter
22          Notary Public, State of Hawaii
            My commission expires 6/20/2006
23

24

25
```

CASE: WESTERN SUNVIEW PROPERTIES V. FEDERMAN       NO: Case No. CV03-00463 DAE/LEK

DEPOSITION OF: JEANNE BUBOLTZ       DATE TAKEN: 1-27-05

## CORRECTION SHEET

| PAGE | LINE | CORRECTION | REASON |
|---|---|---|---|
| 6 | 12 | Delete 17 add 20 years. | Forgot years in Oregon |
| 6 | 14 | Delete - "at Mauna Lani Realty" | Prior work #13 Q - Oregon |
| 6 & 7 | 24 | Delete "is" add "are" (two times) | Incorrect English |
| 38 | 4 | Correct KUMULANI spelling | Should be u not A |
| 12 | 12 | Delete ADDITIONAL | not needed. |
| 12 | 11 | change comma to period. | End of sentence |
| 27 | 6 | K-A-U-N-A'O-A | correct spelling |
| 32 | 7 | change 'were' to 'was' | correct the english |

(If additional space is needed, attach a blank sheet)

Signature of Deponent: _Jeanne E. Buboltz_       Date: Feb. 9 2005

=================================================
### CERTIFICATE

_xxx_ Please be advised that the deponent signed and/or made corrections to the deposition within 30 days of notification.

____ Please be advised that 30 days have expired and the deponent has failed to read and sign the deposition.

____ Please be advised that signature and/or corrections received are _not_ being filed with the deposition because they were received and/or signed after 30 days of notification.

____ Please be advised that the above-named case is going to trial and/or hearing and the deponent has not read and signed the deposition before the filing of this transcript with the Court.

Dated: 3/2/2005     nt     , Honolulu, Hawaii.

RALPH ROSENBERG COURT REPORTERS

CSR NO. 179       RECEIVED FEB 2 8 2005

1001 Bishop Street, Suite 2460 American Savings Bank Tower, Honolulu, HI 96813 Ph: (808) 524-2090/Fax: 524-2596

JAN 3 1 2005       (12/03)

49

1    I, JEANNE BUBOLTZ, hereby certify that I have
2    read the foregoing typewritten pages 1 through 48,
3    inclusive, and corrections, if any, were noted by me,
4    and the same is now a true and correct transcript of
5    my testimony.
6    DATED: Kailua-Kona, Hawaii  2-11-05
7
8
9    _____
10
11            JEANNE BUBOLTZ
12
13
14
15
16   Signed before me this _____
17   day of February 11,  2005.
18
19   _____
20
21
22
23   Western Sunview Properties vs. Federman, et al.; Civil
24   No. CV03-00463; Deposition taken on 1/27/05 by Deborah
25   A. Ng, RPR, CSR 336.

JAN 3 1 2005          RECEIVED FEB 2 8 2005