Privilege and Redaction Log (updated 9/17/04)
Western Sunview Properties, LLC, et al. v. Irwin Federman et al.
Civil No. CV03-00463

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 00373 | 1/7/2000 | Terence Yamamoto, Esq. | William F. Mielcke | Fax transmittal re: Addendum E for lot 5 | Attorney-client privileged |
| MKR 00377 | 1/6/2000 | Donna Goya, asst. to Terence Yamamoto, Esq. | Tom Stifler | Fax transmittal re: Title guarantee documents | Attorney-client privileged |
| MKR 00407 | 12/8/1999 | Gail Watson | Tom Stifler | Fax transmittal re: review of assignment by Bettina Lum, Esq. | Attorney-client privileged |
| MKR 00408 | 12/7/1999 | Bettina Lum, Esq. | Gail Watson | Fax transmittal re: Assignment | Attorney-client privileged |
| MKR 00409 | 12/7/1999 | Bettina Lum, Esq. | Gail Watson | Fax of Assignment | Attorney-client privileged |
| MKR 00410 | 12/7/1999 | Bettina Lum, Esq. | Gail Watson | Fax of Assignment | Attorney-client privileged |
| MKR 00411 | 12/7/1999 | Bettina Lum, Esq. | Gail Watson | Fax of Assignment | Attorney-client privileged |
| MKR 00412 | 12/2/1999 | Gail Watson | Bettina Lum, Esq. | Fax transmittal for attorney review | Attorney-client privileged |
| MKR 00413 | 12/2/1999 | William F. Mielcke | Tom Stifler | Fax transmittal re: attorney review of assignment | Attorney-client privileged |
| MKR 00439 | 1/24/2000 | n/a | n/a | Deposit receipt | Redacted confidential: personal bank account number |
| MKR 00455 | 1/24/2000 | n/a | n/a | Deposit receipt | Redacted confidential: personal bank account number |
| MKR 00458 | 1/24/2000 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 00460 | 1/24/2000 | n/a | n/a | Deposit receipt | Redacted confidential: personal bank account number |
| MKR 00475 | 1/7/2000 | Terence Yamamoto, Esq. | Tom Stifler; Yoichi Asari | Fax transmittal re: Addendum E | Attorney-client privileged |
| MKR 00482 | 1/6/2000 | Terence Yamamoto, Esq. | William F. Mielcke | Fax transmittal re: Addendum E | Attorney-client privileged |
| MKR 00486 | 1/6/2000 | Donna Goya, asst. to Terence Yamamoto, Esq. | Tom Stifler; William F. Mielcke | Fax transmittal re: Title guarantee documents | Attorney-client privileged |
| MKR 00550 | 10/19/1999 | Ronda Kent, Esq. | Jeanne Bubolz | Fax transmittal re: rules & regulations of Mauna Kea Resort Property; comments redacted from Bettina Lum, Esq. | Redacted confidential: Attorney-client privileged |
| MKR 00552 | 10/21/1999 | Bettina Lum, Esq. | Tom Stifler; William F. Mielcke | E-mail re: club membership | Attorney-client privileged |
| MKR 00553 | 10/21/1999 | Bettina Lum, Esq. | Tom Stifler; William F. Mielcke | Fax transmittal re: Club rules | Attorney-client privileged |
| MKR 00554 | 10/21/1999 | Bettina Lum, Esq. | Tom Stifler; William F. Mielcke | Fax transmittal: re: Club rules | Attorney-client privileged |

EXHIBIT 11

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 00555 | 10/21/1999 | Bettina Lum, Esq. | Tom Stifler, William F. Mielcke | Fax transmittal re: Club rules | Attorney-client privileged |
| MKR 00556 | 10/21/1999 | Bettina Lum, Esq. | Tom Stifler, William F. Mielcke | Fax transmittal re: Club rules | Attorney-client privileged |
| MKR 00725 | 7/20/1999 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 01168 | 10/3/1997 | Bettina Lum, Esq. | Anne Mapes (Belt Collins Hawaii) | Fax Transmittal re: list of legal issues | Attorney-client privileged |
| MKR 01194 | 7/15/1997 | n/a | William F. Mielcke | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 01232 | 12/16/1997 | Judy Kitsu (office of Bettina Lum, Esq.) | William F. Mielcke | Fax transmittal re: sales documents | Attorney-client privileged |
| MKR 01265 | 11/26/1997 | Judy Kitsu (office of Bettina Lum, Esq.) | William F. Mielcke | Letter of transmittal re: sales contract | Attorney-client privileged |
| MKR 01277 | 10/15/1997 | Judy Kitsu (office of Bettina Lum, Esq.) | Donna (Mauna Kea Realty) | Fax transmittal re: letter to Mr. Hoffee | Attorney-client privileged |
| MKR 01287 | 10/6/1997 | Tom Stifler | Bettina Lum, Esq. | Fax transmittal re: sales documents Page 1 of 4 | Attorney-client privileged |
| MKR 01288 | 10/6/1997 | Tom Stifler | Bettina Lum, Esq. | Fax transmittal re: sales documents Page 2 of 4 | Attorney-client privileged |
| MKR 01289 | 10/6/1997 | Tom Stifler | Bettina Lum, Esq. | Fax transmittal re: sales documents Page 3 of 4 | Attorney-client privileged |
| MKR 01290 | 10/6/1997 | Tom Stifler | Bettina Lum, Esq. | Fax transmittal re: sales documents Page 4 of 4 | Attorney-client privileged |
| MKR 01291 | 10/3/1997 | Anne Mapes | William F. Mielcke | Fax transmittal re: legal issues | Attorney-client privileged |
| MKR 01292 | 10/1/1997 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: sales | Attorney-client privileged |
| MKR 01379 | 11/13/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sale of lot | Attorney-client privileged |
| MKR 01397 | 4/29/1998 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 01471 | 4/1/1998 | Bettina Lum, Esq. | Mark Pecheck, Esq., Tom Stifler | Fax transmittal re: sales documents Page 1 of 5 | Attorney-client privileged |
| MKR 01472 | 4/1/1998 | Bettina Lum, Esq. | Mark Pecheck, Esq., Tom Stifler | Fax transmittal re: sales documents Page 2 of 5 | Attorney-client privileged |
| MKR 01473 | 4/1/1998 | Bettina Lum, Esq. | Mark Pecheck, Esq., Tom Stifler | Fax transmittal re: sales documents Page 3 of 5 | Attorney-client privileged |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 01474 | 4/1/1998 | Bettina Lum, Esq. | Mark Pecheck, Esq.; Tom Stifler | Fax transmittal re: sales documents Page 4 of 5 | Attorney-client privileged |
| MKR 01475 | 4/1/1998 | Bettina Lum, Esq. | Mark Pecheck, Esq.; Tom Stifler | Fax transmittal re: sales documents Page 5 of 5 | Attorney-client privileged |
| MKR 01496 | 3/20/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | William F. Mielcke | Fax transmittal re: memo Page 1 of 5 | Attorney-client privileged |
| MKR 01497 | 3/20/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | William F. Mielcke | Fax transmittal re: memo Page 2 of 5 | Attorney-client privileged |
| MKR 01498 | 3/20/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | William F. Mielcke | Fax transmittal re: memo Page 3 of 5 | Attorney-client privileged |
| MKR 01499 | 3/20/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | William F. Mielcke | Fax transmittal re: memo Page 4 of 5 | Attorney-client privileged |
| MKR 01500 | 3/20/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | William F. Mielcke | Fax transmittal re: memo Page 5 of 5 | Attorney-client privileged |
| MKR 01653 | 5/19/1998 | n/a | n/a | Deposit receipt | Redacted confidential: personal bank account number |
| MKR 01679 | 4/8/1998 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 01729 | 1/4/1999 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 01817 | 5/4/1998 | Bettina Lum, Esq. | Tom Stifler | Letter re: sales documents Page 1 of 7 | Attorney-client privileged |
| MKR 01818 | 5/4/1998 | Bettina Lum, Esq. | Tom Stifler | Letter re: sales documents Page 2 of 7 | Attorney-client privileged |
| MKR 01819 | 5/4/1998 | Bettina Lum, Esq. | Tom Stifler | Letter re: sales documents Page 3 of 7 | Attorney-client privileged |
| MKR 01820 | 5/4/1998 | Bettina Lum, Esq. | Tom Stifler | Letter re: sales documents Page 4 of 7 | Attorney-client privileged |
| MKR 01821 | 5/4/1998 | Bettina Lum, Esq. | Tom Stifler | Letter re: sales documents Page 5 of 7 | Attorney-client privileged |
| MKR 01822 | 5/4/1998 | Bettina Lum, Esq. | Tom Stifler | Letter re: sales documents Page 6 of 7 | Attorney-client privileged |
| MKR 01823 | 5/4/1998 | Bettina Lum, Esq. | Tom Stifler | Letter re: sales documents Page 7 of 7 | Attorney-client privileged |
| MKR 01861 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 1 of 21 | Attorney-client privileged |
| MKR 01862 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 2 of 21 | Attorney-client privileged |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 01863 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 3 of 21 | Attorney-client privileged |
| MKR 01864 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 4 of 21 | Attorney-client privileged |
| MKR 01865 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 5 of 21 | Attorney-client privileged |
| MKR 01866 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 6 of 21 | Attorney-client privileged |
| MKR 01867 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 7 of 21 | Attorney-client privileged |
| MKR 01868 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 8 of 21 | Attorney-client privileged |
| MKR 01869 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 9 of 21 | Attorney-client privileged |
| MKR 01870 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 10 of 21 | Attorney-client privileged |
| MKR 01871 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 11 of 21 | Attorney-client privileged |
| MKR 01872 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 12 of 21 | Attorney-client privileged |
| MKR 01873 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 13 of 21 | Attorney-client privileged |
| MKR 01874 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 14 of 21 | Attorney-client privileged |
| MKR 01875 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 15 of 21 | Attorney-client privileged |
| MKR 01876 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 16 of 21 | Attorney-client privileged |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 01877 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 17 of 21 | Attorney-client privileged |
| MKR 01878 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 18 of 21 | Attorney-client privileged |
| MKR 01879 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 19 of 21 | Attorney-client privileged |
| MKR 01880 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 20 of 21 | Attorney-client privileged |
| MKR 01881 | 4/22/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Letter re: amendment of sales contract Page 21 of 21 | Attorney-client privileged |
| MKR 01882 | 4/22/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: amendment of sales contract Page 1 of 6 | Attorney-client privileged |
| MKR 01883 | 4/22/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: amendment of sales contract Page 2 of 6 | Attorney-client privileged |
| MKR 01884 | 4/22/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: amendment of sales contract Page 3 of 6 | Attorney-client privileged |
| MKR 01885 | 4/22/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: amendment of sales contract Page 4 of 6 | Attorney-client privileged |
| MKR 01886 | 4/22/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: amendment of sales contract Page 5 of 6 | Attorney-client privileged |
| MKR 01887 | 4/22/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: amendment of sales contract Page 6 of 6 | Attorney-client privileged |
| MKR 01888 | 4/22/1998 | Tom Stifler | Bettina Lum, Esq. | Fax transmittal re: sales documents Page 1 of 2 | Attorney-client privileged |
| MKR 01889 | 4/22/1998 | Tom Stifler | Bettina Lum, Esq. | Fax transmittal re: sales documents Page 2 of 2 | Attorney-client privileged |
| MKR 01906 | 3/23/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: sales documents Page 1 of 2 | Attorney-client privileged |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 01907 | 3/23/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: sales documents Page 2 of 2 | Attorney-client privileged |
| MKR 01931 | 3/3/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Fax transmittal re: American Home Shield Page 1 of 2 | Attorney-client privileged |
| MKR 01932 | 3/3/1998 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Fax transmittal re: American Home Shield Page 2 of 2 | Attorney-client privileged |
| MKR 01937 | 3/2/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: Addendum Page 1 of 11 | Attorney-client privileged |
| MKR 01938 | 3/2/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: Addendum Page 2 of 11 | Attorney-client privileged |
| MKR 01939 | 3/2/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: Addendum Page 3 of 11 | Attorney-client privileged |
| MKR 01940 | 3/2/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: Addendum Page 4 of 11 | Attorney-client privileged |
| MKR 01941 | 3/2/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: Addendum Page 5 of 11 | Attorney-client privileged |
| MKR 01942 | 3/2/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: Addendum Page 6 of 11 | Attorney-client privileged |
| MKR 01943 | 3/2/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: Addendum Page 7 of 11 | Attorney-client privileged |
| MKR 01944 | 3/2/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: Addendum Page 8 of 11 | Attorney-client privileged |
| MKR 01945 | 3/2/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: Addendum Page 9 of 11 | Attorney-client privileged |
| MKR 01946 | 3/2/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: Addendum Page 10 of 11 | Attorney-client privileged |
| MKR 01947 | 3/2/1998 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: Addendum Page 11 of 11 | Attorney-client privileged |
| MKR 02005 | 1/29/2002 | n/a | n/a | FIRPTA Non-Foreign Seller Certification | Redacted confidential: personal information and social security number |
| MKR 02006 | 1/29/2002 | n/a | n/a | FIRPTA Non-Foreign Seller Certification | Redacted confidential: personal information and social security number |
| MKR 02029 | 1/18/2002 | n/a | n/a | E-mail and notes | Redacted confidential: personal phone numbers |
| MKR 02031 | 2/8/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler Douglas Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02033 | 2/6/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler | E-mail | Redacted confidential: personal e-mail address |
| MKR 02034 | 2/5/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler | E-mail | Redacted confidential: personal e-mail address |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 02035 | 2/5/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler | E-mail | Redacted confidential: personal e-mail address |
| MKR 02036 | 2/5/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02037 | 2/5/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02038 | 2/5/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02041 | 2/5/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02048 | n/a | Kathrin "Chacha" Kohler | Katherine Augustine | E-mail | Redacted confidential: personal e-mail address |
| MKR 02057 | 2/5/2002 | Patti Perkins-Leone Douglaslas Leone | Kathrin "Chacha" Kohler | Fax transmittal | Redacted confidential: personal phone numbers and e-mail address |
| MKR 02058 | 1/10/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02059 | 1/10/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler | E-mail | Redacted confidential: personal e-mail address |
| MKR 02060 | 1/11/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02061 | 2/5/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler Douglas Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02062 | 1/16/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02069 | 2/5/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02070 | 2/5/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler Douglas Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02073 | 2/1/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02081 | 2/1/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02116 | 1/16/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler | E-mail | Redacted confidential: personal e-mail address |
| MKR 02117 | 1/18/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler Douglas Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02127 | 1/15/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02128 | 1/10/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler | E-mail | Redacted confidential: personal e-mail address |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 02130 | 1/14/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02134 | 1/14/2002 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | Fax transmittal | Redacted confidential: personal fax number |
| MKR 02140 | 1/13/2004 | Patti Perkins-Leone | Kathrin "Chacha" Kohler | E-mail | Redacted confidential: personal e-mail address |
| MKR 02180 | 1/11/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler | E-mail | Redacted confidential: personal e-mail address |
| MKR 02181 | 1/10/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler | E-mail | Redacted confidential: personal e-mail address |
| MKR 02183 | 1/10/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler | E-mail | Redacted confidential: personal e-mail address |
| MKR 02193 | 1/9/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler | E-mail | Redacted confidential: personal e-mail address and physical address |
| MKR 02203 | 1/7/2002 | Patti Perkins-Leone | Kathrin "Chacha" Kohler | Kathrin "Chacha" Kohler | Redacted confidential: personal social security number |
| MKR 02235 | n/a | Kathrin "Chacha" Kohler | Edna Shaffer (Title Guaranty) | E-mail | Redacted confidential: personal phone numbers |
| MKR 02308 | 12/31/1999 | n/a | n/a | Phone messages | Redacted confidential: personal address, phone numbers and social security numbers |
| MKR 02383 | 3/18/2001 | n/a | n/a | Offer and acceptance form | Redacted confidential: personal e-mail address |
| MKR 02384 | 8/23/2001 | Douglas Leone | Kathrin "Chacha" Kohler | E-mail | Redacted confidential: personal address |
| MKR 02385 | 8/21/2001 | Kathrin "Chacha" Kohler | Douglas Leone | Letter | Redacted confidential: personal address, phone numbers and social security numbers |
| MKR 02421 | 9/5/2000 | n/a | n/a | Offer and acceptance form | Redacted confidential: personal address, phone numbers and e-mail address |
| MKR 02435 | 9/5/2000 | Patti Perkins-Leone | n/a | Offer and acceptance form | Redacted confidential: personal address, phone numbers and social security numbers |
| MKR 02437 | 9/5/2000 | Douglaslas Leone | Kathrin "Chacha" Kohler | Fax transmittal | Redacted confidential: personal phone numbers and e-mail address |
| MKR 02471 | 3/21/2000 | Kathrin "Chacha" Kohler | Douglas Leone | E-mail | Redacted confidential: personal e-mail address |
| MKR 02516 | 1/12/2000 | n/a | n/a | Offer and acceptance form | Redacted confidential: personal address, phone numbers and social security numbers |
| MKR 02528 | 1/12/2000 | n/a | n/a | Offer and acceptance form | Redacted confidential: personal address, phone numbers and social security numbers |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 02529 | n/a | n/a | Kathrin "Chacha" Kohler | Phone message | Redacted confidential: personal phone number |
| MKR 02549 | 1/12/2000 | n/a | n/a | Offer and acceptance form | Redacted confidential: personal address, phone numbers and social security numbers |
| MKR 02550 | 1/27/2000 | Kathrin "Chacha" Kohler | Patti Perkins-Leone | Faxed letter | Redacted confidential: personal phone number |
| MKR 02591 | 1/12/2000 | n/a | n/a | Offer and acceptance form | Redacted confidential: personal address, phone numbers and social security numbers |
| MKR 02617 | 12/20/1999 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 02618 | 12/30/1999 | n/a | n/a | Sales contract | Redacted confidential: personal address, phone numbers and social security numbers |
| MKR 02636 | 8/18/1998 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 02721 | 8/18/1998 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 02946 | 10/29/1999 | n/a | n/a | Deposit receipt | Redacted confidential: personal bank account number |
| MKR 03329 | 8/13/1999 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 03336 | 8/12/1998 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 03374 | 8/12/1998 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 03432 | 7/11/1998 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 03504 | 7/31/2001 | Jeanne Buboltz | Beth K. Fujimoto, Esq. | Fax transmittal re: Declaration | Attorney-client privileged |
| MKR 03523 | 6/14/2001 | Jeanne Buboltz | Bettina Lum, Esq. | Mailing request re: sales documents | Attorney-client privileged |
| MKR 03758 | 11/28/2001 | Tammy Ventura- assistant to Kathrin :Chacha Kohler | J. Douglas Ing, Esq. | Faxed letter re: sales documents Page 1 of 2 | Attorney-client privileged |
| MKR 03759 | 11/28/2001 | Tammy Ventura- assistant to Kathrin :Chacha Kohler | J. Douglas Ing, Esq. | Faxed letter re: sales documents Page 2 of 2 | Attorney-client privileged |
| MKR 03935 | 2/5/1998 | Terence Yamamoto, Esq. | Tom Stifler | Fax transmittal re: sales documents Page 1 of 2 | Attorney-client privileged |
| MKR 03936 | 2/5/1998 | Terence Yamamoto, Esq. | Tom Stifler | Fax transmittal re: sales documents Page 2 of 2 | Attorney-client privileged |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 03939 | 1/19/1998 | Tom Stifler | Terence Yamamoto, Esq. | Letter re: sales documents | Attorney-client privileged |
| MKR 03940 | 1/15/1998 | Terence Yamamoto, Esq. | Tom Stifler | Fax transmittal re: memo on sale of lot 12 Page 1 of 2 | Attorney-client privileged |
| MKR 03941 | 1/15/1998 | Terence Yamamoto, Esq. | Tom Stifler | Fax transmittal re: memo on sale of lot 12 Page 2 of 2 | Attorney-client privileged |
| MKR 03942 | 12/23/1997 | Tom Stifler | Bettina Lum, Esq. | Letter re: sales documents Page 1 of 2 | Attorney-client privileged |
| MKR 03943 | 12/23/1997 | Tom Stifler | Bettina Lum, Esq. | Letter re: sales documents Page 2 of 2 | Attorney-client privileged |
| MKR 03952 | 11/18/1997 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Transmittal re: sales documents | Attorney-client privileged |
| MKR 04011 | 12/2/1997 | Terence Yamamoto, Esq. | Tom Stifler William F. Mielcke | Fax transmittal re: sales documents Page 1 of 3 | Attorney-client privileged |
| MKR 04012 | 12/2/1997 | Charles Rigg, Esq. | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 2 of 3 | Attorney-client privileged |
| MKR 04013 | 12/2/1997 | Charles Rigg, Esq. | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 3 of 3 | Attorney-client privileged |
| MKR 04014 | 12/1/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 1 of 12 | Attorney-client privileged |
| MKR 04015 | 12/1/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 2 of 12 | Attorney-client privileged |
| MKR 04016 | 12/1/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 3 of 12 | Attorney-client privileged |
| MKR 04017 | 12/1/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 4 of 12 | Attorney-client privileged |
| MKR 04018 | 12/1/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 5 of 12 | Attorney-client privileged |
| MKR 04019 | 12/1/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 6 of 12 | Attorney-client privileged |
| MKR 04020 | 12/1/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 7 of 12 | Attorney-client privileged |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 04021 | 12/1/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 8 of 12 | Attorney-client privileged |
| MKR 04022 | 12/1/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 9 of 12 | Attorney-client privileged |
| MKR 04023 | 12/1/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 10 of 12 | Attorney-client privileged |
| MKR 04024 | 12/1/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 11 of 12 | Attorney-client privileged |
| MKR 04025 | 12/1/1997 | Tom Stifler | Terence Yamamoto, Esq. | Fax transmittal re: sales documents Page 12 of 12 | Attorney-client privileged |
| MKR 04026 | 11/28/1997 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Fax transmittal re: Addendum to sales contract Page 1 of 4 | Attorney-client privileged |
| MKR 04027 | 11/28/1997 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Fax transmittal re: Addendum to sales contract Page 1 of 4 | Attorney-client privileged |
| MKR 04028 | 11/28/1997 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Fax transmittal re: Addendum to sales contract Page 1 of 4 | Attorney-client privileged |
| MKR 04029 | 11/28/1997 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler | Fax transmittal re: Addendum to sales contract Page 1 of 4 | Attorney-client privileged |
| MKR 04089 | 11/12/1997 | Terence Yamamoto, Esq. | Charles Rigg, Esq. | Memorandum re: confidentiality agreement | Attorney-client privileged |
| MKR 04102 | 11/12/1997 | Terence Yamamoto, Esq. | Charles Rigg, Esq. | Memorandum re: confidentiality agreement | Attorney-client privileged |
| MKR 04112 | 10/30/1997 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: sales documents Page 1 of 2 | Attorney-client privileged |
| MKR 04113 | 10/30/1997 | Bettina Lum, Esq. | Tom Stifler | Fax transmittal re: sales documents Page 2 of 2 | Attorney-client privileged |
| MKR 04118 | 10/28/1997 | Bettina Lum, Esq. | Tom Stifler | Faxed letter re: sales contract | Attorney-client privileged |
| MKR 04119 | 10/27/1997 | Kobayashi, Sugita, & Goda, LLP | Yoichi Asari | Memorandum re: golf/club privileges Page 1 of 3 | Attorney-client privileged |
| MKR 04120 | 10/27/1997 | Kobayashi, Sugita, & Goda, LLP | Yoichi Asari | Memorandum re: golf/club privileges Page 2 of 3 | Attorney-client privileged |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 04121 | 10/27/1997 | Kobayashi, Sugita, & Goda, LLP | Yoichi Asari | Memorandum re: golf/club privileges Page 3 of 3 | Attorney-client privileged |
| MKR 04122 | 10/30/1997 | n/a | Bettina Lum, Esq. | Note re: purchase offer | Attorney-client privileged |
| MKR 04124 | n/a | n/a | Alan Goda, Esq. | Note re: resort | Attorney-client privileged |
| MKR 04126 | 10/20/1997 | Tom Stifler | Bettina Lum, Esq. | Letter re: purchase of Lot 12 Page 1 of 2 | Attorney-client privileged |
| MKR 04127 | 10/20/1997 | Tom Stifler | Bettina Lum, Esq. | Letter re: purchase of Lot 12 Page 1 of 2 | Attorney-client privileged |
| MKR 04152 | 1997 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 04170 | 10/14/1997 | Tom Stifler | William F. Mielcke | Letter re: legal advice | Attorney-client privileged |
| MKR 04179 | 10/13/1997 | William F. Mielcke | Bettina Lum, Esq. | Fax transmittal re: sales documents | Attorney-client privileged |
| MKR 04180 | 10/13/1997 | Tom Stifler | William F. Mielcke | Message re: call and legal advice | Attorney-client privileged |
| MKR 04211 | 11/28/1997 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler William F. Mielcke | Fax transmittal re: Addendum Page 1 of 4 | Attorney-client privileged |
| MKR 04212 | 11/28/1997 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler William F. Mielcke | Fax transmittal re: Addendum Page 2 of 4 | Attorney-client privileged |
| MKR 04213 | 11/28/1997 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler William F. Mielcke | Fax transmittal re: Addendum Page 3 of 4 | Attorney-client privileged |
| MKR 04214 | 11/28/1997 | Judy Kitsu (office of Bettina Lum, Esq.) | Tom Stifler William F. Mielcke | Fax transmittal re: Addendum Page 4 of 4 | Attorney-client privileged |
| MKR 04239 | 1997 | n/a | n/a | Personal check | Redacted confidential: personal bank account number & check number |
| MKR 04257 | 11/13/1997 | Tom Stifler | Terence Yamamoto, Esq. | Faxed letter re: letter to Tom Stifler from Diane Paulson | Attorney-client privileged |
| MKR 04277 | 11/10/1997 | Terence Yamamoto, Esq. | Kathrin "Chacha" Kohler | Fax transmittal re: memorandum Page 1 of 3 | Attorney-client privileged |
| MKR 04278 | 11/10/1997 | Terence Yamamoto, Esq. | Kathrin "Chacha" Kohler | Fax transmittal re: memorandum Page 2 of 3 | Attorney-client privileged |
| MKR 04279 | 11/10/1997 | Terence Yamamoto, Esq. | Kathrin "Chacha" Kohler | Fax transmittal re: memorandum Page 3 of 3 | Attorney-client privileged |
| MKR 04299 | 11/10/1997 | n/a | n/a | Hand written note re: attorney - client communication | Attorney-client privileged |
| MKR 04300 | 11/7/1997 | Kathrin "Chacha" Kohler | n/a | Memorandum re: telephone conversation w/ Bettina Lum, Esq. | Attorney-client privileged |
| MKR 04317 | 11/7/1997 | Kathrin "Chacha" Kohler | Tom Stifler | Faxed letter re: legal advice | Attorney-client privileged |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 04320 | 11/6/1997 | Kathrin "Chacha" Kohler | Bettina Lum, Esq. | Faxed letter re: sales documents | Attorney-client privileged |
| MKR 04324 | 11/5/1997 | Kathrin "Chacha" Kohler | Bettina Lum, Esq. | Faxed letter re: sales documents | Attorney-client privileged |
| MKR 04327 | 11/5/1997 | Bettina Lum, Esq. | Kathrin "Chacha" Kohler | Fax transmittal re: memorandum of sales documents Page 1 of 5 | Attorney-client privileged |
| MKR 04328 | 11/5/1997 | Bettina Lum, Esq. | Kathrin "Chacha" Kohler | Fax transmittal re: memorandum of sales documents Page 2 of 5 | Attorney-client privileged |
| MKR 04329 | 11/5/1997 | Bettina Lum, Esq. | Kathrin "Chacha" Kohler | Fax transmittal re: memorandum of sales documents Page 3 of 5 | Attorney-client privileged |
| MKR 04330 | 11/5/1997 | Bettina Lum, Esq. | Kathrin "Chacha" Kohler | Fax transmittal re: memorandum of sales documents Page 4 of 5 | Attorney-client privileged |
| MKR 04331 | 11/5/1997 | Bettina Lum, Esq. | Kathrin "Chacha" Kohler | Fax transmittal re: memorandum of sales documents Page 5 of 5 | Attorney-client privileged |
| MKR 04337 | 10/31/1997 | Bettina Lum, Esq. | Kathrin "Chacha" Kohler | Fax re: sales documents | Attorney-client privileged |
| MKR 04342 | 10/28/1997 | Bettina Lum, Esq. | Tom Stifler | Faxed letter re: sales contract | Attorney-client privileged |
| MKR 04359 | 12/23/1999 | n/a | n/a | Sale contract - Lot 15 Page 1 of 11 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04360 | 12/23/1999 | n/a | n/a | Sale contract - Lot 15 Page 2 of 11 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04361 | 12/23/1999 | n/a | n/a | Sale contract - Lot 15 Page 3 of 11 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04362 | 12/23/1999 | n/a | n/a | Sale contract - Lot 15 Page 4 of 11 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04363 | 12/23/1999 | n/a | n/a | Sale contract - Lot 15 Page 5 of 11 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04364 | 12/23/1999 | n/a | n/a | Sale contract - Lot 15 Page 6 of 11 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04365 | 12/23/1999 | n/a | n/a | Sale contract - Lot 15 Page 7 of 11 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04366 | 12/23/1999 | n/a | n/a | Sale contract - Lot 15 Page 8 of 11 | Redacted: pursuant to Judge Kobayashi's Discovery Order |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 04367 | 12/23/1999 | n/a | n/a | Sale contract - Lot 15 Page 9 of 11 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04368 | 12/23/1999 | n/a | n/a | Sale contract - Lot 15 Page 10 of 11 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04369 | 12/23/1999 | n/a | n/a | Sale contract - Lot 15 Page 11 of 11 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04370 | 11/3/1999 | n/a | n/a | Sales contract - Lot 16 Page 1 of 7 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04371 | 11/3/1999 | n/a | n/a | Sales contract - Lot 16 Page 2 of 7 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04372 | 11/3/1999 | n/a | n/a | Sales contract - Lot 16 Page 3 of 7 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04373 | 11/3/1999 | n/a | n/a | Sales contract - Lot 16 Page 4 of 7 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04374 | 11/3/1999 | n/a | n/a | Sales contract - Lot 16 Page 5 of 7 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04375 | 11/3/1999 | n/a | n/a | Sales contract - Lot 16 Page 6 of 7 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04376 | 11/3/1999 | n/a | n/a | Sales contract - Lot 16 Page 7 of 7 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04377 | 12/28/1999 | n/a | n/a | Sales contract - Lot 17 Page 1 of 6 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04378 | 12/28/1999 | n/a | n/a | Sales contract - Lot 17 Page 2 of 6 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04379 | 12/28/1999 | n/a | n/a | Sales contract - Lot 17 Page 3 of 6 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04380 | 12/28/1999 | n/a | n/a | Sales contract - Lot 17 Page 4 of 6 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04381 | 12/28/1999 | n/a | n/a | Sales contract - Lot 17 Page 5 of 6 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04382 | 12/28/1999 | n/a | n/a | Sales contract - Lot 17 Page 6 of 6 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04383 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 1 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04384 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 2 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04385 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 3 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04386 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 4 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04387 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 5 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04388 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 6 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |

| Doc. No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 04389 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 7 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04390 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 8 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04391 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 9 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04392 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 10 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04393 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 11 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04394 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 12 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04395 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 13 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04396 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 14 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04397 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 15 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04398 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 16 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04399 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 17 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04400 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 18 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04401 | 12/30/1999 | n/a | n/a | Sales contract - Lots 18 & 19 Page 19 of 19 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04402 | 12/21/1999 | n/a | n/a | Sales contract - Lot 20 Page 1 of 3 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04403 | 12/2/1999 | n/a | n/a | Sales contract - Lot 20 Page 2 of 3 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04404 | 12/2/1999 | n/a | n/a | Sales contract - Lot 20 Page 3 of 3 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04405 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 1 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04406 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 2 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04407 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 3 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04408 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 4 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04409 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 5 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04410 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 6 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 04411 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 7 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04412 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 8 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04413 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 9 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04414 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 10 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04415 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 11 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04416 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 12 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04417 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 13 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04418 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 14 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04419 | 8/3/1999 | n/a | n/a | Sales contract - Lot 21 Page 15 of 15 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04420 | 5/14/1999 | n/a | n/a | Sales contract - Lot 22 Page 1 of 6 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04421 | 5/14/1999 | n/a | n/a | Sales contract - Lot 22 Page 2 of 6 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04422 | 5/14/1999 | n/a | n/a | Sales contract - Lot 22 Page 3 of 6 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04423 | 5/14/1999 | n/a | n/a | Sales contract - Lot 22 Page 4 of 6 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04424 | 5/14/1999 | n/a | n/a | Sales contract - Lot 22 Page 5 of 6 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04425 | 5/14/1999 | n/a | n/a | Sales contract - Lot 22 Page 6 of 6 | Redacted: pursuant to Judge Kobayashi's Discovery Order |
| MKR 04426 | 2/9/2004 | Steven N. Joseph Claims Consultant | Gerald Kimura & Brian Kang, Esq. | Ltr re claim and policy Page 1 of 4 | Attorney-client privileged |
| MKR 04427 | 2/9/2004 | Steven N. Joseph Claims Consultant | Gerald Kimura & Brian Kang, Esq. | Ltr re claim and policy Page 2 of 4 | Attorney-client privileged |
| MKR 04428 | 2/9/2004 | Steven N. Joseph Claims Consultant | Gerald Kimura & Brian Kang, Esq. | Ltr re claim and policy Page 3 of 4 | Attorney-client privileged |
| MKR 04429 | 2/9/2004 | Steven N. Joseph Claims Consultant | Gerald Kimura & Brian Kang, Esq. | Ltr re claim and policy Page 4 of 4 | Attorney-client privileged |
| MKR 04430 | 5/24/2004 | Steven N. Joseph Claims Consultant | Gerald Kimura | Ltr re claim and policy Page 1 of 5 | Attorney-client privileged |
| MKR 04431 | 5/24/2004 | Steven N. Joseph Claims Consultant | Gerald Kimura | Ltr re claim and policy Page 2 of 5 | Attorney-client privileged |
| MKR 04432 | 5/24/2004 | Steven N. Joseph Claims Consultant | Gerald Kimura | Ltr re claim and policy Page 3 of 5 | Attorney-client privileged |

| Doc No. | Date | Sender | Recipient | Description | Basis |
|---|---|---|---|---|---|
| MKR 04433 | 5/24/2004 | Steven N. Joseph Claims Consultant | Gerald Kimura | Ltr re claim and policy Page 4 of 5 | Attorney-client privileged |
| MKR 04434 | 5/24/2004 | Steven N. Joseph Claims Consultant | Gerald Kimura | Ltr re claim and policy Page 5 of 5 | Attorney-client privileged |