ORIGINAL

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
BRIANNE L. ORNELLAS  8376-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address:    terry@myrhawaii.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email address: ddixon-thayer@flk.com

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA | Civil No. CV03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>NOTICE OF WITHDRAWAL OF ATTORNEYS BRIAN BILBERRY AND JASON HEALEY FOR PLAINTIFFS WESTERN SUNVIEW PROPERTIES, LLC, GUY HANDS, AND JULIA HANDS; CERTIFICATE OF SERVICE |

ORIGINAL

PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,

          Defendants.

0 - USDC Caption TNR.doc (648-1)

### NOTICE OF WITHDRAWAL OF ATTORNEYS BRIAN BILBERRY AND JASON HEALEY FOR PLAINTIFFS WESTERN SUNVIEW PROPERTIES, LLC, GUY HANDS, AND JULIA HANDS

Motooka Yamamoto & Revere hereby notifies the Court and parties involved in Civil No. CV03-00463, *Western Sunview Properties, LLC v. Federman, et al.* that Brian Bilberry, Esq. and Jason Healey, Esq. are no longer practicing with the Motooka Yamamoto & Revere law firm. Brian Bilberry, Esq. and Jason Healey, Esq. are therefore withdrawing as attorneys for Plaintiffs.

DATED: Honolulu, Hawaii,     MAR 0 8 2006

                                      TERRANCE M. REVERE
                                      BRIANNE L. ORNELLAS

                                      Attorneys for Plaintiffs

BRIAN A. BILBERRY

JASON P. HEALEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; ET AL.,<br><br>　　　　　Defendants. | Civil No. CV03-00463 DAE LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document in the above-entitled action was served upon the following at the address indicated on MAR 0 8 2006 :

Sidney K. Ayabe, Esq.　　　　　　　　　Via Hand Delivery
Ronald Shigekane, Esq.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street
2500 Pauahi Tower
Honolulu, Hawaii 96813

Attorneys for Defendant
The Bluffs at Mauna Kea Community Association

Douglas Ing, Esq.  	Via Hand Delivery
Brian Kang, Esq.
Watanabe Ing Kawashima & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendants
Mauna Kea Properties, Inc. and
Mauna Kea Development Corp.

DATED: Honolulu, Hawaii,   MAR 0 8 2006   _____.

_____
TERRANCE M. REVERE
BRIANNE L. ORNELLAS

Attorney for Plaintiffs

2