**EXHIBIT 155**

COPY

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

WESTERN SUNVIEW PROPERTIES, LLC, )
)
Plaintiff, )
)
vs. ) CIVIL NO. 04-1-0212
)
LEONE-PERKINS FAMILY TRUST; BLUFFS )
AT MAUNA KEA COMMUNITY ASSOCIATION;)
DOUGLAS LEONE AND PATRICIA LEONE, )
INDIVIDUALLY AND AS TRUTEES OF )
THE LEONE-PERKINS FAMILY TRUST )
JOHN DOES 1-100; JANE DOES 1-100; )
DOE PARTNERSHIPS 1-100 AND DOE )
CORPORATIONS 1-100, )
)
Defendants. )
_____)

TRANSCRIPT OF PROCEEDINGS

before the HONORABLE GREG K. NAKAMURA, Judge presiding,

First Division, on Monday, February 6, 2006.

JURY TRIAL

APPEARANCES:

    For the Plaintiff:    TERRANCE M. REVERE, ESQ.
                             BRIANNE ORNELLAS ESQ.
                             1000 Bishop Street, Suite 801
                             Honolulu, Hawaii 96813

    For the Defendants:    RONALD SHIGEKANE, ESQ.
                             1001 Bishop Street
                             Suite 2500, Pauahi Tower
                             Honolulu, Hawaii 96813


Reported by:   JENNIFER WHETSTONE, CSR 421, RMR
               Official Court Reporter
               Third Circuit Court, State of Hawaii

THIRD CIRCUIT COURT, STATE OF HAWAII

MAR 31 2006

2

1
2                                     INDEX

   Monday, February 6, 2006
3

4       WITNESSES                                          PAGE NO.
            By the Defense:
5
   DENNIS KRUEGER
6       Cross-Examination by Mr. Revere                       20
        Redirect Examination by Mr. Shigekane                 39
7
   USON EWART
8       Direct Examination by Mr. Shigekane                   41
        Cross-Examination by Mr. Revere                       62
9       Redirect Examination by Mr. Shigekane                 90

10 DAVID AYER
        Direct Examination by Mr. Shigekane                   91
11      Examination by Mr. Revere
           (Outside the Presence of the Jury)                119
12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1  will usually leave the meeting.  Do you recall that
 2  testimony?
 3  A    Yes, I do.
 4  Q    Okay, but the committee has a policy of allowing
 5  owners who are on the committee to make oral
 6  presentations to the committee, correct?
 7  A    No.
 8  Q    They don't have that policy?
 9  A    Not to the best of my knowledge, no.
10  Q    Okay.  Now, you also testified -- I just wanna
11  make sure we're clear on this, you also testified that
12  neighboring owners are not allowed to participate in the
13  meetings, correct?
14  A    That's correct.
15  Q    But if a neighboring owner happens to be on the
16  committee, they're allowed to participate and express
17  their concerns about what their next-door neighbor is
18  doing, correct?
19  A    If the neighboring owner is a committee member,
20  they're expected to voice their opinions, because they
21  are a committee member.
22  Q    Okay, so the answer to my question is "yes"?
23  A    Yes.
24  Q    Okay.  Now, you also talked about -- you said
25  while the Hands weren't allowed to participate, but they
```

THIRD CIRCUIT COURT, STATE OF HAWAII

```
 1              THE WITNESS:  I can't answer that.
 2              MR. SHIGEKANE:  Hang on.
 3              THE COURT:  He was about to answer the
 4    question so --
 5              MR. SHIGEKANE:  Q    Okay.  Go ahead.
 6    A    I can't speak to the specific date.  I just know
 7    that that was one of the first homes constructed within
 8    the Bluffs.
 9    Q    Okay, when -- when was the first homes
10    constructed?  The time frame generally?
11    A    Uh, I believe they started in the late 1990s, but
12    the specific date, I don't know that.
13    Q    Okay.  The next lot, lot number three, the Mar
14    (phonetic) residence?
15    A    Marche (phonetic) residence.
16    Q    Does that have any special setback approvals?
17    A    That was one of the -- the duplexes that was built
18    as one of the model homes of the association.  It's the
19    only duplex structure that exists on-site.  It has a
20    large yard extension into the special setback area,
21    which is primarily lawn but has some other hedge
22    planting around it, and there happens to be a water
23    sculpture in that lawn area.
24    Q    Okay.  How about lot four, the Leone residence.
25    What has been allowed?
```

```
 1   A     Again this was the second half of that duplex.
 2   What was permitted in this was a lanai and pool
 3   structure within the special setback area, as well as
 4   some landscaping.
 5   Q     Lot five?
 6   A     Is the Hands residence.  They, subsequent to their
 7   initial approval, did request and were granted a -- a
 8   wall and landscape variance in the special setback.
 9   Q     Okay.  How about lot six, the Federman property?
10   A     Federman was -- has a swimming pool, uh, a terrace
11   adjoining the swimming pool, a spa, planters, and
12   landscape, all within the special setback.
13   Q     By the way, this document, which is exhibit five
14   zero four, this is something that you prepared?
15   A     It was initially prepared by others in David
16   Stringer's office.  I have updated it since that time
17   for other homes that were submitted and approved.
18   Q     Okay, so this is updated as of when?
19   A     Um, earlier this year.  I think January, probably.
20   Q     Okay.  And the special setback areas are indicated
21   by the red dots?
22   A     Yes.
23   Q     So --
24   A     Special setback both along the ocean front lots as
25   well as the upper tier lots.  And on the far left there
```

103

```
 1  is a special setback that comes back alongside the golf
 2  course.
 3  Q      Okay.  Um, lot seven?
 4  A      Tha's the Gunderson residence.  There is a pool,
 5  some lanai, and landscaping within the special setback.
 6  Q      It's -- I am -- I'm sorry, that's the Reddy
 7  residence.
 8  A      Oh, I'm sorry, Reddy residence.
 9  Q      Number seven?
10  A      Reddy residence has landscape and a lanai in the
11  special setback.
12  Q      And number eight is the Gunderson residence?
13  A      The Gunderson is the swimming pool, lanai,
14  landscape, and some garden walls within the special
15  setback.
16  Q      And that has been approved by the committee?
17  A      Yes.
18  Q      And lot nine?
19  A      That's the Elder residence.  There is a portion of
20  the pool, a garden wall, and some landscaping that are
21  -- that is in the special setback.
22  Q      Number ten, the Fogelsongs'?
23  A      Fogelsongs recently resubmitted theirs.  Their
24  initial submittal had a lanai and garden walls and
25  swimming pool in the special setback, but they downsized
```

THIRD CIRCUIT COURT, STATE OF HAWAII

```
 1   the home, and currently this design is all within the
 2   buildable envelope.
 3   Q    Their prior design, was that actually approved?
 4   A    Uh, it had received conceptual approval.
 5   Q    And the conceptual approval was of partial --
 6   A    Partial swimming pool, garden walls, and lanai.
 7   Q    In the special setback?
 8   A    In the special setback.
 9   Q    Lot eleven, the Robertsons'?
10   A    They have an elevated lanai and wall within the
11   special setback.
12   Q    And lot twelve?
13   A    The Gifford residence is swimming pool and
14   landscape within the special setback.
15   Q    So basically, presently everything, lots one
16   through twelve, except for lot ten and lot three, do
17   have approved structures within the special setback
18   area, is that correct?
19   A    Yes, that's correct.
20   Q    Let's talk about the Leone approval.  When did you
21   get involved with the Leone application?
22   A    It was in approximately April or May of 2003.
23   Q    And again the reason that you got involved was
24   because of -- Mr. Tusher was leaving?
25   A    Yes.
```

THIRD CIRCUIT COURT, STATE OF HAWAII

```
 1                  C E R T I F I C A T E
 2
 3   STATE OF HAWAII    )
                        )
 4   COUNTY OF HAWAII   )
                        )
 5   _____
                I, JENNIFER WHETSTONE, CSR 421, RMR, and an
 6
     Official Court Reporter for the Third Circuit Court,
 7
     State of Hawaii, do hereby certify that the foregoing
 8
     comprises a full, true, and correct transcription, to
 9
     the best of my ability, of my stenographic notes taken
10
     in the above-entitled cause.
11
                Dated this 29th day of March, 2006.
12
13
                                    OFFICIAL COURT REPORTER
14
15
16                                  _____
                                    JENNIFER WHETSTONE
17
18
19
20
21
22
23
24
25
```

THIRD CIRCUIT COURT, STATE OF HAWAII