IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; ET AL.,<br><br>            Defendants. | Civil No. CV03-00463 DAE LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

Revised Certificate of Service.doc (648-1)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copies of:

**(1) PLAINTIFFS' SUPPLEMENTAL BRIEF IN OPPOSITION TO THE ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**;

**(2) PLAINTIFFS' SUPPLEMENTAL BRIEF IN OPPOSITION TO THE MAUNA KEA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO ALL SPECIAL SETBACK AND PUNITIVE DAMAGES CLAIMS; AND**

**(3) DECLARATION OF DENELLE M. DIXON-THAYER;**

was served on the following at their last known addresses on April 7, 2006.

Served Electronically through CM/ECF:

Sidney K. Ayabe, Esq.
Ronald Shigekane, Esq.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street
2500 Pauahi Tower
Honolulu, Hawaii 96813
VIA EMAIL ronald.shigekane@hawadvocate.com

Attorneys for Defendant
THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION

Douglas Ing, Esq.
Brian Kang, Esq.
Watanabe Ing Kawashima & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
VIA EMAIL bkang@wik.com

Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.

DATED: Honolulu, Hawaii, April 7, 2006.


                         /s/ Terrance M. Revere
                         TERRANCE M. REVERE

                         Attorneys for Plaintiffs
                         WESTERN SUNVIEW PROPERTIES, LLC,
                         GUY HANDS, AND JULIA HANDS