FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email address: ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
BRIANNE L. ORNELLAS 8376-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address: terry@myrhawaii.com

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS, | Civil No. 03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action) |
|---|---|
| Plaintiffs, | |
| vs. | |
| IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT | (*caption continued*) |

| | |
|---|---|
| MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>            Defendants. | DECLARATION OF DENELLE M. DIXON-THAYER |

## DECLARATION OF DENELLE M. DIXON-THAYER

I, Denelle M. Dixon-Thayer, declare as follows:

1.      I am a partner at Folger Levin & Kahn LLP, counsel for Plaintiffs Western Sunview Properties, LLC, Guy Hands, and Julia Hands in the above-captioned action. I have been admitted *pro hac vice* to appear before this Court in the above-captioned action.

2.      I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

3.      Attached hereto as **Exhibit 153** is a true and correct copy of excerpts from the January 30, 2006 Transcript of Proceedings in *Western Sunview Properties, LLC v. Leone-Perkins Family Trust, et al.*, Civ. No. 04-1-212, Circuit Court of the Third Circuit, State of Hawaii ("*Leone*").

4.      Attached here as **Exhibit 154** is a true and correct copy of excerpts from the January 31, 2006 Transcript of Proceedings in *Leone*.

2

5. Attached here as **Exhibit 155** is a true and correct copy of excerpts from the February 6, 2006 Transcript of Proceedings in *Leone*.

6. Attached here as **Exhibit 156** is a true and correct copy of excerpts from the February 8, 2006 Transcript of Proceedings in *Leone*.

7. Attached here as **Exhibit 157** is a true and correct copy of excerpts from the February 8, 2006 Transcript of Proceedings in *Leone*.

8. Attached here as **Exhibit 158** is a true and correct copy of excerpts from the February 10, 2006 Transcript of Proceedings in *Leone*.

9. Attached here as **Exhibit 159** is a true and correct copy of the Special Verdict Form in *Leone*.

I, DENELLE M. DIXON-THAYER, do declare under penalty of law that the foregoing is true and correct.

DATED: San Francisco, California, April 7, 2006,

_____
DENELLE M. DIXON-THAYER

42046\3001\490486.1