**EXHIBIT 155**



IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

WESTERN SUNVIEW PROPERTIES, LLC, )
)
      Plaintiff, )
)
  vs. ) CIVIL NO. 04-1-0212
)
LEONE-PERKINS FAMILY TRUST; BLUFFS )
AT MAUNA KEA COMMUNITY ASSOCIATION; )
DOUGLAS LEONE AND PATRICIA LEONE, )
INDIVIDUALLY AND AS TRUTEES OF )
THE LEONE-PERKINS FAMILY TRUST )
JOHN DOES 1-100; JANE DOES 1-100; )
DOE PARTNERSHIPS 1-100 AND DOE )
CORPORATIONS 1-100, )
)
      Defendants. )
)

TRANSCRIPT OF PROCEEDINGS

before the HONORABLE GREG K. NAKAMURA, Judge presiding,

First Division, on Monday, February 6, 2006.

JURY TRIAL

APPEARANCES:

 For the Plaintiff:  TERRANCE M. REVERE, ESQ.
          BRIANNE ORNELLAS ESQ.
          1000 Bishop Street, Suite 801
          Honolulu, Hawaii 96813

 For the Defendants: RONALD SHIGEKANE, ESQ.
          1001 Bishop Street
          Suite 2500, Pauahi Tower
          Honolulu, Hawaii 96813

Reported by: JENNIFER WHETSTONE, CSR 421, RMR
       Official Court Reporter
       Third Circuit Court, State of Hawaii

THIRD CIRCUIT COURT, STATE OF HAWAII  MAR 31 2006

2

INDEX

Monday, February 6, 2006

| WITNESSES | PAGE NO. |
|---|---|
| By the Defense: | |
| **DENNIS KRUEGER** | |
| Cross-Examination by Mr. Revere | 20 |
| Redirect Examination by Mr. Shigekane | 39 |
| **USON EWART** | |
| Direct Examination by Mr. Shigekane | 41 |
| Cross-Examination by Mr. Revere | 62 |
| Redirect Examination by Mr. Shigekane | 90 |
| **DAVID AYER** | |
| Direct Examination by Mr. Shigekane | 91 |
| Examination by Mr. Revere | |
| (Outside the Presence of the Jury) | 119 |

THIRD CIRCUIT COURT, STATE OF HAWAII

```
 1   will usually leave the meeting.  Do you recall that
 2   testimony?
 3   A    Yes, I do.
 4   Q    Okay, but the committee has a policy of allowing
 5   owners who are on the committee to make oral
 6   presentations to the committee, correct?
 7   A    No.
 8   Q    They don't have that policy?
 9   A    Not to the best of my knowledge, no.
10   Q    Okay.  Now, you also testified -- I just wanna
11   make sure we're clear on this, you also testified that
12   neighboring owners are not allowed to participate in the
13   meetings, correct?
14   A    That's correct.
15   Q    But if a neighboring owner happens to be on the
16   committee, they're allowed to participate and express
17   their concerns about what their next-door neighbor is
18   doing, correct?
19   A    If the neighboring owner is a committee member,
20   they're expected to voice their opinions, because they
21   are a committee member.
22   Q    Okay, so the answer to my question is "yes"?
23   A    Yes.
24   Q    Okay.  Now, you also talked about -- you said
25   while the Hands weren't allowed to participate, but they
```

```
 1            THE WITNESS:  I can't answer that.
 2            MR. SHIGEKANE:  Hang on.
 3            THE COURT:  He was about to answer the
 4   question so --
 5            MR. SHIGEKANE:  Q    Okay.  Go ahead.
 6   A    I can't speak to the specific date.  I just know
 7   that that was one of the first homes constructed within
 8   the Bluffs.
 9   Q    Okay, when -- when was the first homes
10   constructed?  The time frame generally?
11   A    Uh, I believe they started in the late 1990s, but
12   the specific date, I don't know that.
13   Q    Okay.  The next lot, lot number three, the Mar
14   (phonetic) residence?
15   A    Marche (phonetic) residence.
16   Q    Does that have any special setback approvals?
17   A    That was one of the -- the duplexes that was built
18   as one of the model homes of the association.  It's the
19   only duplex structure that exists on-site.  It has a
20   large yard extension into the special setback area,
21   which is primarily lawn but has some other hedge
22   planting around it, and there happens to be a water
23   sculpture in that lawn area.
24   Q    Okay.  How about lot four, the Leone residence.
25   What has been allowed?
```

```
1    A    Again this was the second half of that duplex.
2    What was permitted in this was a lanai and pool
3    structure within the special setback area, as well as
4    some landscaping.
5    Q    Lot five?
6    A    Is the Hands residence.  They, subsequent to their
7    initial approval, did request and were granted a -- a
8    wall and landscape variance in the special setback.
9    Q    Okay.  How about lot six, the Federman property?
10   A    Federman was -- has a swimming pool, uh, a terrace
11   adjoining the swimming pool, a spa, planters, and
12   landscape, all within the special setback.
13   Q    By the way, this document, which is exhibit five
14   zero four, this is something that you prepared?
15   A    It was initially prepared by others in David
16   Stringer's office.  I have updated it since that time
17   for other homes that were submitted and approved.
18   Q    Okay, so this is updated as of when?
19   A    Um, earlier this year.  I think January, probably.
20   Q    Okay.  And the special setback areas are indicated
21   by the red dots?
22   A    Yes.
23   Q    So --
24   A    Special setback both along the ocean front lots as
25   well as the upper tier lots.  And on the far left there
```

THIRD CIRCUIT COURT, STATE OF HAWAII

```
 1  is a special setback that comes back alongside the golf
 2  course.
 3  Q    Okay.  Um, lot seven?
 4  A    Tha's the Gunderson residence.  There is a pool,
 5  some lanai, and landscaping within the special setback.
 6  Q    It's -- I am -- I'm sorry, that's the Reddy
 7  residence.
 8  A    Oh, I'm sorry, Reddy residence.
 9  Q    Number seven?
10  A    Reddy residence has landscape and a lanai in the
11  special setback.
12  Q    And number eight is the Gunderson residence?
13  A    The Gunderson is the swimming pool, lanai,
14  landscape, and some garden walls within the special
15  setback.
16  Q    And that has been approved by the committee?
17  A    Yes.
18  Q    And lot nine?
19  A    That's the Elder residence.  There is a portion of
20  the pool, a garden wall, and some landscaping that are
21  -- that is in the special setback.
22  Q    Number ten, the Fogelsongs'?
23  A    Fogelsongs recently resubmitted theirs.  Their
24  initial submittal had a lanai and garden walls and
25  swimming pool in the special setback, but they downsized
```

```
 1   the home, and currently this design is all within the
 2   buildable envelope.
 3   Q    Their prior design, was that actually approved?
 4   A    Uh, it had received conceptual approval.
 5   Q    And the conceptual approval was of partial --
 6   A    Partial swimming pool, garden walls, and lanai.
 7   Q    In the special setback?
 8   A    In the special setback.
 9   Q    Lot eleven, the Robertsons'?
10   A    They have an elevated lanai and wall within the
11   special setback.
12   Q    And lot twelve?
13   A    The Gifford residence is swimming pool and
14   landscape within the special setback.
15   Q    So basically, presently everything, lots one
16   through twelve, except for lot ten and lot three, do
17   have approved structures within the special setback
18   area, is that correct?
19   A    Yes, that's correct.
20   Q    Let's talk about the Leone approval.  When did you
21   get involved with the Leone application?
22   A    It was in approximately April or May of 2003.
23   Q    And again the reason that you got involved was
24   because of -- Mr. Tusher was leaving?
25   A    Yes.
```

```
 1                    C E R T I F I C A T E
 2
 3   STATE OF HAWAII    )
                        )
 4   COUNTY OF HAWAII   )
                        )
 5   _____
 6              I, JENNIFER WHETSTONE, CSR 421, RMR, and an
 7   Official Court Reporter for the Third Circuit Court,
 8   State of Hawaii, do hereby certify that the foregoing
 9   comprises a full, true, and correct transcription, to
10   the best of my ability, of my stenographic notes taken
11   in the above-entitled cause.
12              Dated this 29th day of March, 2006.
13
14                                 OFFICIAL COURT REPORTER
15
16                                 _____
17                                 JENNIFER WHETSTONE
```