# EXHIBIT 156

1

1    IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

2    STATE OF HAWAII

3    _____

4    WESTERN SUNVIEW PROPERTIES,      )
     LLC.,                            )  CIVIL NO.
5                     Plaintiff,      )  04-1-0212
                                      )
6           vs.                       )
                                      )  TRANSCRIPT OF
7    LEONE-PERKINS FAMILY TRUST;      )  PROCEEDINGS
     BLUFFS AT MAUNA KEA COMMUNITY    )
8    ASSOCIATION; JOHN DOES 1-100;    )
     JANE DOES 1-100; DOE             )
9    PARTNERSHIPS 1-100 AND DOE       )  **ORIGINAL**
     CORPORATIONS 1-100,              )
10                                    )
                      Defendant.      )
11   _____ )

12

13                TRANSCRIPT OF PROCEEDINGS

14   before the Honorable GREG K. NAKAMURA, Judge, First
     Division, presiding, on Wednesday, February 8, 2006.

15   JURY TRIAL (TESTIMONY OF DAVID AYER)

16

17   APPEARANCES:

18   For the Plaintiff        TERRANCE M. REVERE
                              BRIANNE L. ORNELLAS

19   For the Defendant        RONALD SHIGEKANE
                              GAIL M. KANG
20

21

22

23

24   REPORTED BY
     Audrey Tanouye, CSR 225
     Official Court Reporter
25   State of Hawaii

                    Audrey S. Tanouye, CSR 225
                      Official Court Reporter
                         State of Hawaii

2

1                            I N D E X

2

3

4    DEFENDANT'S WITNESS                    EXAMINATION

5

6

7    DAVID AYER

8

9    Direct Examination by Shigekane (continued).....5

10   Voir Dire Examination by Mr. Revere............7

11   Direct by Mr. Shigekane (resumed)..............7

12   Cross Examination by Mr. Revere...............34

13   Redirect by Mr. Shigekane....................112

14

15

16   EXHIBIT NUMBER                        RECEIVED

17

18      501 - T104, T105, T138 ....................9

19      502.......................................6

20      503.......................................8

21

22

23

24

25

Audrey S. Tanouye, CSR 225
Official Court Reporter
State of Hawaii

51

1      A.      Nobody's complained about it to me.

2      Q.      Okay.  And we have Mr. Leone who we'll talk

3  more about.  But he's got the 18 foot thing from the

4  bottom of the gully; right?

5      A.      I -- like again, I don't know the height.

6  But it's in the --

7      Q.      Mid to high teens?

8      A.      Yes.

9      Q.      Then we got Lot 5 where we already talked

10  about the ha'ha.  And Mr. Krueger testified the

11  Committee wants people to use ha'has; correct?  Is that

12  your understanding that's what the Committee's position

13  is?

14      A.      Well in an attempt to address the pool

15  enclosure, yes.  I don't think it's a requirement other

16  than that.

17      Q.      By the way, Leone, on committee, pool

18  completely within Special Setback Area; right?

19      A.      I'm sorry?

20      Q.      Leones on the committee, he has his pool

21  completely within the Special Setback Area?

22      A.      Yes to both.

23      Q.      Okay.  And when you were talking about the

24  aerial photo, you said just the pool is out there.  But

25  there's a whole entire lanai complex and hot tub out

Audrey S. Tanouye, CSR 225
Official Court Reporter
State of Hawaii

52

1   here too; right?

2       A.      There is lanai paving and a spa in the

3   Special Setback.

4       Q.      You've had conversations with Mr. Leone?

5       A.      Have I?  Yes.

6       Q.      Okay.  Has Mr. Leone ever discussed with you

7   what he was planning on doing in the hot tub and the

8   pool?

9       A.      No.

10      Q.      Did he ever discuss clothing or lack thereof

11  with you?

12      A.      No.

13      Q.      Okay.  Federman, entire pool complex in the

14  Special Setback Area.  And he's on the Board; correct?

15      A.      He is on the -- yes, the pool, lanai, and

16  spa is in the Special Setback.  He is on the Board now.

17      Q.      Okay.  And his lawyer, Mr. Gunderson, who

18  also his pool out here, he's also on the Board; correct?

19              MR. SHIGEKANE:  Object to the form the

20  question.

21              THE COURT:  Sustained.

22              MR. REVERE:  Q.  Mr. Gunderson, you've

23  learned, is Mr. Leo -- ah, Mr. Federman's firm's

24  attorney; correct?

25              MR. SHIGEKANE:  Objection.  Over broad and

Audrey S. Tanouye, CSR 225
Official Court Reporter
State of Hawaii

54

1        A.      I don't recall that.  I know that there was

2    some sort of statement read into the minutes in regard

3    to that relationship.

4        Q.      Okay.  And what was that statement?

5        A.      Just can't recall.  Just basically dictated

6    some relationship between their companies.

7        Q.      Okay.  This person here is Reddy?  Bob

8    Reddy?

9        A.      Yes.  Last name.

10       Q.      They have a smidge of a lanai into the

11   Special Setback Area?

12       A.      Yes.

13       Q.      Okay.  Gunderson, on the committee, has

14   entire pool in the Special Setback Area?

15       A.      Gunderson is on the committee and, yes, his

16   pool is in the Special Setback Area.

17       Q.      Okay.  Elder and -- Elder has part of his

18   pool in the Special Setback Area; correct?

19       A.      Correct.

20       Q.      Do you recall Mr. Gunderson getting very

21   upset that a portion of his neighbor's pool would be in

22   the Special Setback Area?

23       A.      There was discourse between the Parties

24   regarding each other's pools.

25       Q.      Right.  Both of them were on the Committee

86

1    complaint from Mrs. Robertson; right?

2        A.      Whether they were responding to her

3    complaint or another one, it doesn't say.

4        Q.      Well she's the only one that's mentioned;

5    right?

6        A.      Yes, she is mentioned.

7        Q.      Okay.  And going to page T98.

8        A.      Okay.

9        Q.      Page T98, this was an August 21st, 2003,

10   meeting minutes?

11       A.      Correct.

12       Q.      Okay.  And this mentions that Doug Leone was

13   given a few minutes to explain his position to the

14   Committee.  See that?

15       A.      Yes.

16       Q.      Okay.  Non-committee members aren't given

17   that same right to explain their position to the

18   Committee during meetings; right?

19       A.      It hasn't been.  No.

20       Q.      They haven't allowed that; right?

21       A.      They haven't allowed that.

22       Q.      Do you recall that meeting where Mrs. Wayman

23   calls in and was complaining about the Committee.  And

24   they told her to get off the phone?

25       A.      Mrs. Wayman, to my knowledge, never called

                    Audrey S. Tanouye, CSR 225
                      Official Court Reporter
                          State of Hawaii

120

1

2    STATE OF HAWAII                    )

3    COUNTY OF HAWAII                   )

4    _____    )

5

6

7          I, AUDREY TANOUYE, CSR 225, an Official

8    Court reporter for the Third Circuit Court, State of

9    Hawaii, hereby certify that the foregoing comprises a

10   full, true and correct transcription of my stenographic

11   notes taken in the above-entitled cause.

12

13

14          Dated this 20th day of February, 2006.

15

16                           OFFICIAL COURT REPORTER

17

18

19          _____

20              AUDREY S. TANOUYE, CSR 225

21

22

23

24

25


                    Audrey S. Tanouye, CSR 225
                       Official Court Reporter
                          State of Hawaii