**EXHIBIT 159**

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, | ) ) ) | CIV. 04-1-212 |
| | ) | SPECIAL VERDICT FORM |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LEONE-PERKINS FAMILY TRUST, et al., | ) ) ) | |
| Defendants. | ) ) | |

THIRD CIRCUIT COURT
STATE OF HAWAII
HILO, HAWAII
FILED IN OPEN COURT
AT____4:00____O'CLOCK____P____M.
FEB 1 0 2006
_____
Clerk

SPECIAL VERDICT FORM

The jury must answer all of the questions, unless otherwise indicated. To understand what issues are being submitted to you, you may wish to read over the entire Special Verdict Form before proceeding to answer. Answer the questions in numerical order. Follow all directions carefully. Each answer requires the agreement of at least ten (10) jurors, however, the same ten (10) jurors need not agree on each answer. If you do not understand any question or if you wish to communicate with the Court on any other subject, you must do so in writing through the Bailiff.

1

Question No. 1.

Do you find by a preponderance of the evidence that the decision made by the Design Committee of Defendant The Bluffs of Mauna Kea was unreasonable or made in bad faith?

Yes ✓          No ____

If you answered "No" to Question No. 1, do not answer any other questions. Have the Foreperson sign the Special Verdict Form and call the Bailiff.

If you answered "Yes" to Question No. 1, go on and answer Question No. 2.

Question No. 2.

Do you find by a preponderance of the evidence that the decision made by the Design Committee of Defendant The Bluffs of Mauna Kea was a legal cause of harm or damages to Plaintiff Western Sunview Properties, LLC.

Yes ✓          No ____

If you answered "No" to Question No. 2, do not answer any other questions. Have the Foreperson sign the Special Verdict Form and call the Bailiff.

If you answered "Yes" to Question No. 2, go on and answer Question No. 3.

2

Question No. 3.

State the amount of damages you find by a preponderance of the evidence that was suffered by Plaintiff Western Sunview Properties, LLC as a result of the decision of the Design Committee of Defendant The Bluffs at Mauna Kea.

$ 700,000

Have the Foreperson sign the Special Verdict Form and call the Bailiff.

DATED: Hilo, Hawaii   2-10-06

_____Carrie Lapinig_____
                          Foreperson