# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00463JMS-LEK |
| CASE NAME: | Western Sunview Properties, LLC vs. Irwin Federman, et al. |
| ATTYS FOR PLA: | Terrance Matthew Revere |
| ATTYS FOR DEFT: | J. Douglas Ing<br>Ronald Shigekane |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 4/10/2006 | TIME: | 1:30-2:50 |

COURT ACTION:  EP: Further Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager