IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>     Plaintiffs,<br><br>    vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br>     Defendants. | ) CIVIL NO. CV 03-00463 JMS-LEK<br>) (Contract, Injunction; Other Non-<br>) Vehicle Tort; Declaratory Judgment,<br>) Other Civil Action)<br>)<br>) DECLARATION OF RONALD<br>) SHIGEKANE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2004-069/298956

## DECLARATION OF RONALD SHIGEKANE

  I, RONALD SHIGEKANE, do declare under penalty of perjury that the following is true and correct:

  1. That I am an attorney licensed to practice law in the courts of the State of Hawaii.

  2. That I am one of the attorneys retained to represent Defendant The Bluffs at Mauna Kea Community Association.

3. That the following are true and correct copies of the documents as indicated:

**Exh. A**   Excerpt, Face page and page 18 of Plaintiff Western Sunview Properties, LLC's Memorandum in Opposition to Defendant Bluffs at Mauna Kea Community Association's Motion for Summary Judgment, Filed November 23, 2005[filed December 7, 2005, in the Third Circuit Court, Civil No. 04-1-0212];

**Exh. B**   Excerpt, 09:31 a.m. – 09:35 a.m., Transcript of hearing on Motions in Limine held 1/12/06, <u>Western Sunview Properties, LLC v. Leone-Perkins Family Trust, et al.</u>, Third Circuit Court, Civil No. 04-1-0212

**Exh. C**   Defendant The Bluffs at Mauna Kea Community Association's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, for New Trial; Notice of Hearing and Certificate of Service [filed March 1, 2006, in the Third Circuit Court, Civil No. 04-1-0212].

DATED: Honolulu, Hawaii, April 20, 2006.

_____
RONALD SHIGEKANE