IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>         Plaintiffs,<br><br>     vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100,<br><br>         Defendants. | CIVIL NO. CV03-00463 JMS (LEK)<br><br>DECLARATION OF BRIAN A. KANG |

## DECLARATION OF BRIAN A. KANG

I, BRIAN A. KANG, hereby declare as follows:

1. I am an attorney licensed to practice law before all of the state and federal courts in the State of Hawaiʻi and am one of the attorneys for MAUNA KEA PROPERTIES, INC. and MAUNA KEA DEVELOPMENT CORP. (collectively, "Mauna Kea") in the above-entitled action.

2. I make this declaration based upon personal knowledge, and based upon my review of the files and pleadings in this matter.

3. This declaration is made in lieu of an affidavit pursuant to LR 7.6.

4. Attached hereto as Exhibit 37 is a true and correct copy of Western Sunview Properties, LLC's Memorandum in Opposition to Defendants Douglas Leone and Patricia Perkins-Leone's Motion for Summary Judgment, filed in the Circuit Court of the Third Circuit, State of Hawaii, on November 4, 2004, without exhibits.

5. Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the February 2, 2006 Transcript of Proceedings in *Western Sunview Properties, LLC v. Leone-Perkins Family Trust, et al.*, Civ. No. 04-1-0212, Circuit Court of the Third Circuit, State of Hawaii ("*Leone*").

6. Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the August 23, 2004 hearing in *Western Sunview Properties, LLC v. Irwin Federman, et al.*, Civ. No. 03-00463, United States District Court, District of Hawaii ("this case").

7. Attached hereto as Exhibit 40 is a true and correct copy of excerpts from the January 24, 2006 hearing in this case.

8. Attached hereto as Exhibit 42 is a true and correct copy of excerpts from the November 12, 2004 hearing in the *Leone* case.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: Honolulu, Hawai'i, April 21, 2006.

_____
BRIAN A. KANG