IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS, <br><br> Plaintiffs, <br><br> vs. <br><br> IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100, <br><br> Defendants. | CIVIL NO. CV03-00463 JMS (LEK) <br><br> DECLARATION OF KATHRIN "CHACHA" KOHLER" |

## DECLARATION OF KATHRIN "CHACHA" KOHLER

I, KATHRIN "CHACHA" KOHLER, hereby declare as follows:

1.     I am the principal broker at Mauna Kea Properties, Inc. dba Mauna Kea Realty.

2.     I was the broker who represented Douglas and Patricia Perkins Leone (the "Leones"), trustees of the Leone-Perkins Family Trust dated August

26, 1999, in their purchase of Lot 4 at The Bluffs at Mauna Kea from Robert and Anne Gunderson (the "Gundersons").

3.     I make this declaration based upon personal knowledge, and based upon my review of the files and pleadings in this matter.

4.     This declaration is made in lieu of an affidavit pursuant to LR 7.6.

5.     Attached hereto as Exhibit 41 is a true and correct copy of certain sales documents between the Gundersons and the Leones regarding Lot 4 of The Bluffs at Mauna Kea.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: Kamuela, Hawai'i, April 21, 2006

KATHRIN "CHACHA" KOHLER

-2-