```
                                                                    1

           IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

                        STATE OF HAWAII


WESTERN SUNVIEW PROPERTIES,   )
LLC.,                         )  CIVIL NO.
              Plaintiff,      )  04-1-0212
                              )
         vs.                  )
                              )  TRANSCRIPT OF
LEONE-PERKINS FAMILY TRUST;   )  PROCEEDINGS
BLUFFS AT MAUNA KEA COMMUNITY )
ASSOCIATION; JOHN DOES 1-100; )
JANE DOES 1-100; DOE          )
PARTNERSHIPS 1-100 AND DOE    )
CORPORATIONS 1-100,           )
                              )
              Defendant.      )
                              )
```

                    TRANSCRIPT OF PROCEEDINGS

before the Honorable GREG K. NAKAMURA, Judge, First
Division, presiding, on Thursday, February 2, 2006.

**JURY TRIAL (TESTIMONY OF GUY HANDS ONLY)**

APPEARANCES:

For the Plaintiff          TERRANCE M. REVERE

For the Defendant          RONALD SHIGEKANE




REPORTED BY
Audrey Tanouye, CSR 225
Official Court Reporter
State of Hawaii

                    Audrey S. Tanouye, CSR 225
                      Official Court Reporter
                        State of Hawaii

EXHIBIT 38

2

# INDEX

**PLAINTIFF'S WITNESS**                        **EXAMINATION**

**GUY HANDS**

Direct Examination by Mr. Revere........ 3

Cross-Examination by Mr. Shigekane......24

Redirect Examination by Mr. Revere......80

Recross Examination by Mr. Shigekane....95

**EXHIBIT NUMBER**                          **RECEIVED**

Exhibit 520.............................82

Audrey S. Tanouye, CSR 225
Official Court Reporter
State of Hawaii

```
 1   want to waste your time trying to stop me, I've got
 2   plenty of money, we'll just go to litigation."
 3        Q.    Okay.  Did he ever mention to you anything
 4   about his privacy concerns and your privacy concerns?
 5        A.    Yes.  Because one of the suggestions I said
 6   to him, I said, "By putting your pool out there, even if
 7   you're right and it's not --"
 8        Q.    I'm sorry, Mr. Hands, I'm sorry to
 9   interrupt.  You have to speak up a little bit louder for
10   the court reporter.
11        A.    Alright.  Yes.  What he said was -- I said
12   to him, "Look, if you put your pool all the way out
13   there we're going to be able to see you, you're going to
14   be able to see us.  And, you know, it's going to be
15   ridiculous."  He says, "Well you're absolutely right, I
16   don't want you seeing me because, you know, sometimes"
17   -- he might have been joking, but he said, "sometimes I
18   like to run around naked.  I don't think neither one of
19   you wants to watch me running around naked.  So, you
20   know, we're going to have to put some landscaping in as
21   well.  But, you know, I'm going to do it in a way which
22   really -- Mr. Hands, it isn't going to affect you."
23              And I don't see how he can do that.
24        Q.    What is your understanding as to what this
25   Committee's position is with regard to putting
```

Audrey S. Tanouye, CSR 225
Official Court Reporter
State of Hawaii

```
 1  Hawaiian law to be able to get the pool taken out is
 2  pretty well zero.
 3      Q.      Right.
 4      A.      It's built.  I mean, it's right there.
 5      Q.      But you actually filed a lawsuit to prevent
 6  Mr. Leone from putting the pool in; didn't you?
 7      A.      That's absolutely correct.
 8      Q.      You filed the lawsuit against Mr. Leone;
 9  isn't that right?
10      A.      That is correct.
11      Q.      And he is no longer a party in this lawsuit;
12  is that correct?
13              MR. REVERE:  Your Honor, Rule forty --
14              THE COURT:  Overruled.
15              THE WITNESS:  A.  Mr. Leone and me reached a
16  settlement last summer.
17      Q.      He also filed a law against the Federman's.
18  People on the right side of you; right?
19      A.      That's correct.
20      Q.      You tried to stop their pool?
21      A.      That's correct.
22      Q.      You went to court and you asked the court to
23  stop that pool; right?
24      A.      That's correct.
25      Q.      You lost; isn't that true?
```

Audrey S. Tanouye, CSR 225
Official Court Reporter
State of Hawaii

```
 1            MR. REVERE:  Objection, Your Honor.
 2   Argumentative, irrelevant.  Different case.
 3            MR. SHIGEKANE:  He's opened the door, Your
 4   Honor.
 5            THE COURT:  Why don't you rephrase the
 6   question.
 7            MR. SHIGEKANE:  Q.  You indicated that
 8   you're not asking that pools be taken out.  That's
 9   because you just can't do it right now; right?
10       A.   I think that's what I just said.
11       Q.   If you could do it, you would want the pools
12   taken out; isn't that right?
13       A.   Yes, absolutely.
14       Q.   Now how often do you come to Hawaii?
15       A.   We come for about seven to eight weeks in
16   the summer.  And when the school -- when the school
17   breaks up in the UK, we have a long summer break.  And
18   at this point in time we try to come a couple of times
19   but we're finding it's not that easy.  It's a long way.
20   Takes about 26 hours to get here.
21       Q.   How often have you come to Hawaii and spent
22   seven to eight weeks per year?
23       A.   Last summer.
24       Q.   How about the summer before that?
25       A.   We didn't have a house there.  We spent I
```

Audrey S. Tanouye, CSR 225
Official Court Reporter
State of Hawaii

97

```
 1
 2   STATE OF HAWAII              )
 3   COUNTY OF HAWAII             )
 4   _____)
 5
 6
 7        I, AUDREY TANOUYE, CSR 225, an Official
 8   Court reporter for the Third Circuit Court, State of
 9   Hawaii, hereby certify that the foregoing comprises a
10   full, true and correct transcription of my stenographic
11   notes taken in the above-entitled cause.
12
13
14             Dated this 17th day of April, 2006.
15
16                            OFFICIAL COURT REPORTER
17
18
19                         _____
20                            AUDREY S. TANOUYE, CSR 225
21
22
23
24
25
```

Audrey S. Tanouye, CSR 225
Official Court Reporter
State of Hawaii