```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF HAWAII

 3
     WESTERN SUNVIEW PROPERTIES,  )  CV 03-00463 JMS-LEK
 4   LLC, ET AL.,                 )
                                  )  Honolulu, Hawaii
 5            Plaintiff,          )  January 24, 2006
                                  )  11:00 a.m.
 6       vs.                      )
                                  )  Various Motions
 7   IRWIN FEDERMAN, ET AL.,      )
                                  )
 8            Defendant.          )
                                  )
 9   _____)

                    TRANSCRIPT OF PROCEEDINGS
10           BEFORE THE HONORABLE J. MICHAEL SEABRIGHT
                  UNITED STATES DISTRICT JUDGE
11
     APPEARANCES:
12   For the Plaintiffs,     DENELLE M. DIXON-THAYER, ESQ.
     Western Sunview         Folger Levin & Kahn LLP
13   Properties, Guy Hands   275 Battery Street, 23rd Floor
     and Julia Hands:        San Francisco, California  94111
14
                                  - and -
15
                             TERRANCE MATTHEW REVERE, ESQ.
16                           Motooka Yamamoto & Revere LLLC
                             1000 Bishop Street, Suite 801
17                           Honolulu, Hawaii  96813

18   For the Defendant,      J. DOUGLAS ING, ESQ.
     Mauna Kea Development   BRIAN A. KANG, ESQ.
19   Corp.:                  Watanabe, Ing & Komeiji LLP
                             First Hawaiian Center
20                           999 Bishop Street, 23rd Floor
                             Honolulu, Hawaii  96813
21
     For the Defendant,      RONALD SHIGEKANE, ESQ.
22   The Bluffs at Mauna     Ayabe Chong Nishimoto Sia & Nakamura
     Kea Community Assoc.:   Pauahi Tower
23                           1001 Bishop Street, Suite 2500
                             Honolulu, Hawaii  96813
24

25   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).
```

**EXHIBIT 40**

2

1   APPEARANCES, (Continued):

2

3   Official Court Reporter:   Sharon Ross, CSR, RPR, CRR
                               United States District Court
4                              300 Ala Moana Blvd., Room C-283
                               Honolulu, Hawaii   96850
5                              (808) 535-9200

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
              1    covenants were not abandoned.
              2            But looking again at Judge Ezra's findings, I think
              3    it's clear that Judge Ezra also concluded that the design
              4    committee, even while Mauna Kea was in control of the design
   02:09PM    5    committee, acted reasonably with respect to the approval of the
              6    variances in the Federmans' lot.
              7            THE COURT:  Well, does that even matter?  I mean, I'm
              8    not even sure why that matters because it wasn't the design
              9    committee under the control of Mauna Kea that ultimately
   02:09PM   10    approved what was done is my understanding.  It was --
             11            MR. KANG:  Well, Your Honor --
             12            THE COURT:  -- the design committee under the control
             13    of the association that ultimately made the decision.
             14            MR. KANG:  We disagree to the extent that, Your Honor,
   02:09PM   15    in terms of the control of the design committee while Mauna Kea
             16    was in control of it, at one point, as you know, Mr. Mielcke,
             17    who was the sole member of the design committee at one point,
             18    resigned from the design committee.  Prior to his resignation,
             19    he had indicated that the plaintiffs needed to -- or, I'm
   02:10PM   20    sorry, the Federmans needed to submit final plans to the design
             21    committee.  And so, the design committee under Mr. Mielcke's
             22    control did not give the final approval for the variances.  And
             23    it was ultimately up to the design committee under the
             24    homeowners' control to give that last final approval for these
   02:10PM   25    variances.
```

```
 1                COURT REPORTER'S CERTIFICATE
 2         I, Sharon Ross, Official Court Reporter, United
 3    States District Court, District of Hawaii, do herby certify
 4    that the foregoing is a correct transcript from the record of
 5    proceedings in the above-entitled matter.
 6         DATED at Honolulu, Hawaii, January 30, 2006.
 7
 8                            /s/Sharon Ross
 9                            SHARON ROSS
10                            CSR 432, RPR, CRR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```