# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/06/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL 03-00463JMS-LEK
CASE NAME:       Western Sunview Properties, LLC vs. Irwin Federman, et al.,

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   J. Michael Seabright           REPORTER:

DATE:    07/06/2006                     TIME:

COURT ACTION: EO: New dates given.

1.   Jury trial on December 5, 2006 at 9:00 a.m. before JMS
2.   Final Pretrial Conference on October 24, 2006 at 9:00 a.m. before LEK
3.   Final Pretrial Conference before Judge J. Michael Seabright, 11/30/2006 at 9:00 a.m.
4.   Final Pretrial Statement by October 17, 2006
5.   File motions to Join/Add Parties/Amend Pleadings N/A
6.   File other Non-Dispositive Motions: N/A
7.   File Dispositive Motions N/A
8a.  File Motions in Limine by November 7, 2006
8b.  File opposition memo to a Motion in Limine by November 14, 2006
11a. Plaintiff's Expert Witness Disclosures by August 24, 2006
11b. Defendant's Expert Witness Disclosures by August 25, 2006
12.  Discovery deadline N/A
13.  Settlement Conference: to be set
14.  Settlement Conference statements: to be set
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by November 14, 2006
21.  File Final witness list by November 14, 2006
24.  Exchange Exhibit and Demonstrative aids by November 7, 2006

25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 14, 2006
26. File objections to the Exhibits by November 21, 2006
28a. File Deposition Excerpt Designations by November 7, 2006
28b. File Deposition Counter Designations and Objections by November 14, 2006
29. File Trial Brief by November 21, 2006
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters:

CIVIL 03-00463JMS-LEK;
Western Sunview Properties, LLC vs. Irwin Federman, et al.,;
Rule 16 Scheduling Conference Minutes
07/06/2006