FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email address:  ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
BRIANNE L. ORNELLAS 8376-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address:  terry@myrhawaii.com

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>                    Plaintiffs,<br><br>     vs.<br><br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT | Civil No. 03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br><br><br><br><br>(*caption continued*) |

| | |
|---|---|
| MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>           Defendants. | DECLARATION OF TERRANCE M. REVERE |

## DECLARATION OF TERRANCE M. REVERE

I, Terrance M. Revere, declare as follows:

1.      I am an attorney licensed to practice law in the State of Hawaii and the Federal District Court for the District of Hawaii. I represent Plaintiffs Western Sunview Properties, LLC, Guy Hands, and Julia Hands, in the above-captioned action.

2.      I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

3.      Attached hereto as **Exhibit 1** is a true and accurate copy of excerpts from the Design and Construction Requirements for Homes for The Bluffs at Mauna Kea dated February 19, 1997, and duly adopted by Mauna Kea Properties, Inc. This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003.

In addition, this document was included in the documents marked as Exhibit 2 to the deposition of Defendant Concepcion S. Federman taken herein on December 8, 2003, and was authenticated by the deponent, as indicated at 72:2-19 of the transcript (attached as Exhibit 66 to the Declaration of Terrance M. Revere filed herein on January 5, 2006).

    4.    Attached hereto as **Exhibit 2** is a true and accurate copy of excerpts from the Declaration of Protective Covenants, Conditions and Restrictions for The Bluffs at Mauna Kea dated February 19, 1997, and recorded at the Bureau of Conveyances, State of Hawaii, on March 17, 1997, under Doc. No. 97-034153.  This document was produced by Defendants Irwin Federman and Concepcion S. Federman in response to Plaintiff's First Request for Production of Documents served herein on September 18, 2003. In addition, this document was included in the documents marked as Exhibit 2 to the deposition of Defendant Concepion S. Federman taken herein on December 8, 2003, and was authenticated by the deponent, as indicated at 72:2-19 of the transcript (attached as Exhibit 66 to the Declaration of Terrance M. Revere filed herein on January 5, 2006).

    5.    Attached hereto as **Exhibit 3** is a true and accurate copy of excerpts from the condensed transcript of the deposition of David Stringer taken herein on August 3, 2004.

6. Attached here as **Exhibit 4** is a true and accurate copy of The Bluffs at Mauna Kea Homeowners Association Design Review Committee's July 1, 2003 Teleconference Meeting Minutes, identified as document numbers S 466 through S 468, which was produced by Defendant The Bluffs at Mauna Kea Community Association on or about October 20, 2005.

7. Attached hereto as **Exhibit 5** is true and correct copy of excepts from the transcript of the deposition of Robert V. Gunderson, Jr. taken on November 9, 2005.

8. Attached hereto as **Exhibit 6** is a true and accurate copy of a letter dated October 16, 1997, from Tom Stifler to Diane Paulson, identified as document numbers. MKR 05508 through MKR 05510, which was produced by Mauna Kea on or about July 3, 2006.

9. Attached hereto as **Exhibit 7** is a true and accurate copy of a letter dated April 9, 2004, from David Ayer to the Federmans. This document was included among the records produced by Stringer Architects at the deposition upon written interrogatories of Blanche Allen, custodian of records for Stringer Architects, taken herein on behalf of Defendants Irwin Federman and Concepcion S. Federman on April 26, 2004, as described in

the transcript (attached as Exhibit 67 to the Declaration of Terrance M. Revere filed herein on January 5, 2006).

10.     Attached hereto as **Exhibit 8** is a true and accurate copy of an email dated April 5, 2004, from David Ayer to Jerry Elder, Bob Acree, Mike Hartley, Robert Gunderson and Doug Leone, with a copy to Dennis Krueger, identified as document number S 338, which was produced by Defendant The Bluffs at Mauna Kea Community Association on or about October 20, 2005.

11.     Attached hereto as **Exhibit 9** is a true and accurate copy of a letter dated April 20, 2001, from William F. Mielcke to Loriann Gordon, identified as documents numbers MK002206 through MK002207, which was produced by Andy Beaman, Esq. on or about December 1, 2003.

12.     Attached hereto as **Exhibit 10** is a true and accurate copy of a document obtained from the Internet by Plaintiffs' counsel.  As of July 17, 2006, the document is available at http://hort.ufl.edu/trees/CONEREB.pdf and fairly and accurately reflects what was on that site.

13.     Attached hereto as **Exhibit 11** is a true and accurate copy of a fax transmittal dated March 23, 2004, from David Ayer to Terry Revere, with attached reconstructed meeting minutes of The Bluffs Design Review Committee for January 29, 2002, with a copy to Bob Acree, Jerry Elder, Bob

Gunderson, Dennis Krueger, Mike Hartley, and Doug Leone.  This document was included among the records produced by Stringer Architects at the deposition upon written interrogatories of Blance Allen, custodian of records for Stringer Architects, taken herein on behalf of Defendants Irwin Federman and Concepcion S. Federman on April 26, 2004, as described in the transcript (attached as Exhibit 67 to the Declaration of Terrance M. Revere filed herein on January 5, 2006)

      14. Attached hereto as **Exhibit 12** is a true and accurate copy of a letter dated July 7, 2004, from Chad P. Love to Ronald Shigekane.

      15. Attached hereto as **Exhibit 13** is a true and accurate copy of a letter dated February 7, 2002, from Dennis Krueger to the Federmans, which was authenticated by Irwin Federman in paragraph 9 of his Declaration attached to Federmans' CSOF in support of Federmans' Motion for Summary Judgment filed July 20, 2004.

      16. Attached hereto as **Exhibit 14** is a true and accurate copy of project review comments on the Federmans' submittal, which was sent by David Ayer to Bob Acree, Jerry Elder, Bob Gunderson, Mike Hartley and Doug Leone, with a copy to Dennis Krueger, which was produced by Defendant The Bluffs at Mauna Kea Community Association on or about October 20, 2005.

17. Attached hereto as **Exhibit 15** is a true and accurate copy of The Bluffs at Mauna Kea Homeowners Association Design Review Committee's June 22, 2004 Teleconference Meeting Minutes, identified as document numbers 060 through 061, which was produced by Ronald Shigekane on or about November 7, 2005.

18. Attached hereto as **Exhibit 16** is a true and accurate copy of the Declaration of Irwin Federman, dated July 15, 2004.

19. Attached hereto as **Exhibit 17** is a true and accurate copy of the Declaration of James Reinhardt, dated January 4, 2006.

20. Attached hereto as **Exhibit 18** is a true and accurate copy of a photograph of landscaping on the Federmans' property that is dated May 6, 2003.

21. Attached hereto as **Exhibit 19** are true and correct copies of photographs of the Federmans' landscaping that were taken on or about June 26, 2006.

22. Attached hereto as **Exhibit 20** is a true and accurate copy of a photograph of the Federman's landscaping that was previously filed with the Court on July 20, 2004 as Exhibit 59 in Support of the Federmans' Motion for Summary Judgment.

23. Attached hereto as **Exhibit 21** is the Declaration of James Reinhardt, dated July 17, 2006.

24. Attached hereto as **Exhibit 22** of the Declaration of Loriann Gordon, dated July 17, 2006.

I, Terrance M. Revere, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, July 17, 2006,

/s/
_____
TERRANCE M. REVERE

42046\3001\505001.1