**EXHIBIT 1**

DESIGN AND CONSTRUCTION REQUIREMENTS FOR HOMES
DATED: February 19, 1997

The Bluffs at Mauna Kea
Hapuna Resort, Island of Hawaii

ARTICLE I

PURPOSE

These Design and Construction Requirements for Homes for The Bluffs at Mauna Kea (the "Design Requirements") are adopted as the Design Requirements which shall govern the construction of all buildings and improvements within The Bluffs pursuant to Section 8.12 of the Declaration of Protective Covenants, Conditions and Restrictions for The Bluffs at Mauna Kea dated February 19, 1997, recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 97-034153 (the "Declaration"). The capitalized terms used in these Design Requirements shall have the same meaning as those terms have in the Declaration.

Recognizing the inherent natural beauty of the Hapuna Resort and The Bluffs area, and the sensitive approach that has been used in the development of the Hapuna Beach Prince Hotel and the Hapuna Golf Course the following design requirements and review procedures have as their purpose the development of resort residential homes to harmonize with the existing environment.

The design concept that shall be used to provide this harmony is the sensitive arrangement of individually selected homesites set within the natural landscape. Each homesite shall have a single family home, driveway, parking, outdoor areas and planting, all developed under a series of protective design requirements.

The homesites are located where they can take maximum advantage of ocean views and breezes.

The slopes around the homesites will retain the natural character and color of the area. The lower existing drainage areas, with greater soil depth and water, have some native vegetation.

Roadways are constructed to a rural standard. These roadways will accommodate automobiles and service vehicles.

/021997/MKP/BLUFFS2/DESIGN.CRS/

(b) BOA NO. 96-12 Findings of Fact, Conclusions of Law, Decision and Order dated September 20, 1996, issued by the Board of Appeals, County of Hawaii, granting a variance from compliance with Sections 505(f) and 504(b) and related sections of the Building Code of the Hawaii County Code relating to the fire resistance rating of the common wall between the subject duplex units.

Upon any partial or total destruction thereof, such improvements may be reconstructed in accordance with the original plans and specifications therefor (if permitted by the applicable County agencies), or in accordance with the County minimum side yard set back requirements and the provisions of the Building Code of the Hawaii County Code then in effect, and all other design requirements set forth herein.

2.4 <u>Road Lots</u>. All road lots will be improved only with roadway improvements, underground utilities, signs, landscaping and similar improvements in accordance with standards determined by the Design Committee.

ARTICLE III

GENERAL REQUIREMENTS--INDIVIDUAL HOMESITES

3.1 <u>Design Committee</u>

The Bluffs Design Committee ("Design Committee") which is established or will be established pursuant to the Declaration, is charged with enforcing compliance with these Design Requirements.

3.2 <u>Single Family Use</u>

Each Individual Homesite shall be used exclusively for residential purposes with one single-family residence and its related uses on each homesite.

3.3 <u>Architect Required</u>

All plans from preliminary through final drawings and specifications shall be prepared by or under the direct and responsible supervision of an Architect licensed to practice architecture in the State of Hawaii, and must comply with these Design Requirements and other restrictions contained in the Declaration.

3.4 <u>Approvals Required</u>

No improvement, excavation or other site or building improvements shall commence on an Individual Homesite until such

3

4.8  **Building Walls**

4.8.1  To avoid glare, all exposed glass areas oriented to the south or west or in view of the golf course shall have a roof or floor overhang covering their entire length. The standard minimum overhang measured horizontally from the top of the glass area to the edge of the overhang shall be four (4) feet, unless otherwise approved by the Design Committee.

4.8.2  Building walls shall be of minimum reflectivity and natural earth colors are encouraged. The use of vines and other plant materials to soften exposed walls is also encouraged. Color and treatment of all exterior building walls are subject to design review and approval.

4.9  **Height Limits**

4.9.1  To protect views and to ensure a blending of buildings with the natural environment, each Individual Homesite is designated with a maximum elevation for buildings and all other improvements, as shown in Exhibit A attached hereto. No building or other improvement, including solar systems, vents, chimneys and similar improvements on an Individual Homesite shall protrude above the maximum building elevation for that Individual Homesite.

4.9.2  In addition to the maximum building elevation indicated above in Section 4.9.1, which is applicable to all improvements, the highest point on the building or structure (exclusive of solar systems, vents, chimneys and similar improvements) to the average level of the finished grade adjacent to the building shall not exceed 35 feet for Lots 14 through 22, and 25 feet for Lots 1 through 13. This additional limitation is intended to avoid a large extent of building seen from below.

4.10  **Landscaping**

4.10.1  A variety of plant material, lawn areas and other outdoor uses are encouraged within the confines of the Individual Homesite. The planted area may be irrigated and such irrigation shall be designed to confine the fall and flow of any water to only the Individual Homesite. Because of the desert-like climate of The Bluffs area, restrictions on future water use may be imposed. The landscape design and irrigation plan for each Individual Homesite shall take this factor into account, and shall attempt to minimize water usage. The Bluffs Declaration also imposes limitations on water usage, and these limitations should be taken into consideration at the design stage). A separate water sub-meter for landscaping irrigation shall also be required.

4.10.2  Shrubs or trees, such as palm trees, which grow to significant heights are not encouraged. All principal plant materials shall be subject to review and approval by the Design Committee.

4.10.3  The landscape plan shall indicate the expected height of trees when mature, and shall be subject to design review and approval.

4.11 Reflection from Water Areas

Swimming pools or other large water areas, ponds, etc., shall be designed so that the reflection of sunlight off such water surfaces shall be screened from the direct view of homesites above the Individual Homesite through the use of architectural or natural materials. Water features (other than one swimming pool of reasonable size) may be disallowed if the Design Committee determines that resulting water usage will be excessive.

4.12 Protection of Historic Artifacts

Siting of buildings shall protect any features of historic or aboriginal significance which may occur in the vicinity of the Individual Homesite. All movable artifacts found on any site shall be surrendered to the Design Committee for appropriate handling by Mauna Kea Properties, Inc. If during construction, historic or aboriginal features are uncovered, construction shall immediately stop, and Mauna Kea Properties, Inc. shall be notified.

4.13 Fences

All fences or garden walls shall be designed as an integral part of the architecture and shall be subject to approval as to materials, color and height.

4.14 Exterior Lighting

The light source of any exterior lighting shall not be directly visible from the common roadways, neighboring properties, the golf courses, the Hapuna Beach Prince Hotel or the Mauna Kea Beach Hotel. An exterior lighting plan shall be submitted for review with the Preliminary Drawings.

4.15 Sewage

Provisions for sewage disposal shall be made by connection to the sewer system located within the Subdivision.

7

4.16 <u>Fill Material</u>

Any fill material imported to the site shall be free of organic matter or plant material. The edges of any exposed fill material shall be treated in such manner that it is indistinguishable from adjacent common areas.

4.17 <u>Special Setbacks</u>

Special setbacks have been placed on the Individual Homesites to protect views and to preserve hillsides. No building or structure shall be placed within the special setback areas as shown in Exhibit A.

4.18 <u>No Access</u>

As shown in Exhibit A, no vehicular access is permitted in some locations to Individual Homesites.

ARTICLE V

DESIGN REVIEW PROCEDURE

5.1 <u>Required Review</u>

5.1.1 <u>Applicability</u>. In the interest of preserving the natural character and beauty of the area and in accomplishing the purposes set forth under the Declaration and Article I of these Design Requirements, all development including major repair or renovation of buildings, structures, landscape, and other sitework or improvements, including the installation of solar systems, shall be subject to review and approval by the Design Committee.

5.1.2 <u>Initiation of Design Review Procedure</u>. To initiate the design review procedure, the Owner of an Individual Homesite shall submit the following to the Design Committee:

    a.    Design Review Application Fee of $1,000.00 (as the same may be increased by the Design Committee).

    b.    Design Review Application in the form prescribed by the Design Committee, stating the Owner's name, Lot number, Architect, Contractor and other consultants, and such other information as may be required by the Design Committee.

5.1.3 <u>Design Review Fees</u>. The Design Review Application Fee is intended to cover all costs and expenses of the Design Committee incurred in connection with the normal design review procedure. In the event that any of the following occur in

8

connection with an Owner's design review, the Owner shall be billed for and shall be required to pay additional design review fees, on an hourly basis for Design Committee time, and all fees of any consultants engaged by the Design Committee:

- a. Any variances are requested;

- b. More than one (1) review of any preliminary drawings is required;

- c. More than one (1) stakeout is required;

- d. Any meetings or inspections with the Owner or Architect (other than the Predesign Conference) are necessary;

- e. The Design Committee determines that it is necessary or appropriate to engage the services of any outside consultant in connection with its review; or

- f. Any other unusual circumstances require additional design review time.

5.2  Required Meetings, Drawings and Stakeouts

Following the submission of the Design Review Application and Design Review Application Fee, the Owner of an Individual Homesite and such Owner's Architect, or the Architect acting as an agent of the Owner, shall be required to have the following meetings, submit the following required drawings and cause the following building stakeouts for any Bluffs Individual Homesite.

5.2.1 Predesign Conference. Before the preparation of preliminary plans, the Owner and/or such Owner's Architect shall meet with the Design Committee's appointed representative to review the design criteria as they would apply to the particular Individual Homesite.

5.2.2 Preliminary Drawings. The following preliminary drawings, prepared by or under the direct and responsible supervision of an Architect, shall be submitted to the Design Committee for approval:

- a. Site Plan at 1/16" = 1'-0" showing existing and proposed site topography, building, garage, driveway, retaining and garden walls, site utilities, landscaped areas, pools and other site improvements.

- b. House Plan at 1/4" = 1'-0" showing floor plans for each floor.

9

    c.    Elevations at 1/4" = 1'-0" showing each exposed side of the proposed structure indicating proposed material and colors for roofs, house walls, garden walls and fences.

    d.    Sections at 1/16" = 1'-0" through the structure and property commencing at one boundary and extending to the opposite end of the property, and at least one other section running in a transverse direction. Such sections shall show the structure's relationship to the maximum building height permitted for such lot.

    e.    Sections at 1/4" = 1'0" or at appropriate scales showing outdoor landscaped areas, garden walls, and fences, and any exterior appurtenant structures.

    f.    Landscape Plans at 1/16" = 1' 0" and specifications, including irrigation plan, lighting plan, plant materials and expected heights at maturity.

    g.    Exterior Lighting Plan showing the type, location and wattage of all exterior lights.

    5.2.3  <u>Required Stakeout</u>. At the time of submission of the Preliminary Drawings, the proposed house must be staked out on the Individual Homesite with stakes at least two feet (2') tall marking the corners. A string shall connect all stakes outlining the shape of the house. The lot line nearest the house shall also be defined with string.

    5.2.4  <u>Final Construction Documents</u>. After approval of the Preliminary Drawings has been obtained, the Owner shall submit the following Construction Documents to the Design Committee prior to commencement of any work:

    a.    Final construction plans and specifications for all buildings and sitework, including final Site Plan, House Plan, Elevations, and Sections at the scale required pursuant to Section 5.2.2 above, prepared by or under the direct and responsible supervision of an Architect and so certified by such Architect.

    b.    Final landscape plans and specifications, including irrigation plans, lighting plans and all plant materials, at the scale required by Section 5.2.2.f above, prepared by or under the direct and responsible supervision of a Landscape Architect licensed to practice landscape

10

      architecture in the State of Hawaii and so certified by such Landscape Architect.

c. Certification from the Architect and Landscape Architect that all final plans and specifications are in accordance with the approved Preliminary Drawings, any approved variances, and all other requirements set forth herein.

d. All required Hawaii County Building Permits.

e. Executed copy of the Construction Contracts for all approved work.

f. Performance and Payment Bonds covering the entire construction cost for all work.

    5.2.5 <u>Final Architect's Certification</u>. Within thirty (30) days after substantial completion of the improvements on any Individual Homesite, the Owner shall submit to the Design Committee, a certification from the Architect that the improvements as constructed are in compliance with (a) these Design Requirements (subject to any variances which have been granted), (b) all applicable setback requirements, (c) the approved Preliminary Drawings, (d) the building permit and (e) the final plans and specifications on file with the County of Hawaii Building Department.

5.3 <u>Approval</u>

    5.3.1 <u>Preliminary Drawings</u>. The Design Committee will review and approve or disapprove the Preliminary Drawings within thirty (30) days after all documents required by Section 5.2.2 above have been delivered to the Committee and the Required Stakeout has been completed; provided that such approval or disapproval may be delayed for up to thirty (30) additional days if the Design Committee notifies the Owner or Architect of the delay and the reasons for such delay within the original 30-day period. Preliminary Drawings will not be approved unless the Design Committee determines that they comply with the intent of the Declaration and these Design Requirements and are aesthetically compatible with the site, the Resort and the long range development plans for the Resort. Approval may also be dependent upon certain special conditions which are found by the Design Committee, in its sole discretion, to be appropriate in each particular case. Approval will not be unreasonably withheld. If the Preliminary Drawings are disapproved in any respect, the Design Committee shall provide the Owner with written notice of the reasons for such disapproval, and the Owner shall submit revised Preliminary Drawings within thirty (30) days thereafter, for re-review by the Design Committee in accordance with this Section.

11