# EXHIBIT 2



R-85

LAND COURT SYSTEM | REGULAR SYSTEM

BY MAIL ( )  PICK-UP (✗)

Title Guaranty Of Hawaii
235 Queen Street
Honolulu, Hawaii 96813

TG: P342322  ②

Document contains 61 pages

TMK No.: (3) 6-2-02:13 (por)

## DECLARATION OF PROTECTIVE COVENANTS, CONDITIONS AND RESTRICTIONS FOR THE BLUFFS AT MAUNA KEA

### TABLE OF CONTENTS

|  |  |  | Page |
|---|---|---|---|
| ARTICLE I. | DEFINITIONS. | | 2 |
| | 1.1 | Affiliate | 2 |
| | 1.2 | Amending Declaration | 2 |
| | 1.3 | Annexing Declaration | 2 |
| | 1.4 | Architect | 2 |
| | 1.5 | Articles | 2 |
| | 1.6 | Association | 2 |
| | 1.7 | Association Property | 2 |
| | 1.8 | Board | 2 |
| | 1.9 | By-Laws | 3 |
| | 1.10 | Common Area | 3 |
| | 1.11 | Control | 3 |

/021897/MKP/BLUFFS2/CCR.DR5/

2.3 <u>Single Family Residential Lots</u>. All Lots classified as Single Family Residential Lots shall be used only for single family residential purposes and accessory uses. No Single Family Residential Lot shall be improved except with a residence structure or complex designed to accommodate no more than one single family and its servants and occasional guests, plus such other improvements and structures as are necessary or customarily incident to a single family structure.

2.4 <u>Special Rights Applicable to Lots 3 and 4</u>. Notwithstanding anything contained in Section 2.3 or elsewhere in this Declaration to the contrary, the Fee Owner, Developer and their Affiliates shall have the right to use Lots 3 and 4 as shown on File Plan No. 2196, and any improvements thereon for hotel or transient accommodation purposes, or to permit such use by their licensees, lessees or other permittees.

2.5 <u>Service Lots</u>. All Lots classified as Service Lots shall be used only for roadway, utility and related purposes and accessory uses.

2.6 <u>Open Space Lots</u>. All Lots classified as Open Space Lots shall be reserved for open area conservation, landscaping, utility and signage purposes. No buildings shall be permitted to be constructed, erected, placed or maintained on Open Space Lots, except for landscape features and necessary utility facilities and equipment, including common mailbox facilities.

2.7 <u>Recreational Lots</u>. All Lots classified as Recreational Lots shall be used only for recreational purposes and accessory uses.

2.8 <u>Approval by Design Committee</u>. No new improvements, or material alterations in existing improvements shall be constructed, placed or made on any Lot of any classification, except in accordance with plans, specifications, and other materials approved by the Design Committee, and in accordance with the applicable Design Requirements. The Design Committee shall not approve any work or improvements for a Lot or portion of a Lot for use which is inconsistent with the provisions of this Declaration.

2.9 <u>Construction Requirements</u>. The Owner of each Single Family Residential Lot (other than the Fee Owner or any of its Affiliates) (a) shall submit to the Design Committee, in accordance with the provisions of Article VIII hereof and the Design Requirements, all plans, specifications and other materials required by the Design

6

F 019180

Committee, for the construction of a single family residential dwelling and related improvements on the Lot, within forty-eight (48) months after the initial conveyance of such Lot from the Fee Owner to any other Person; and (b) shall complete the construction of the single family residential dwelling and related improvements on such Lot in accordance with the approved plans and specifications and other requirements of the Design Committee, within sixty (60) months after the initial conveyance of such Lot from the Fee Owner to any other Person.

2.10  _Extension of Time and Delay Fees_. In the event that an Owner of a Single Family Residential Lot shall fail to commence or complete construction of a single family residential dwelling and related improvements as required pursuant to Section 2.9 hereof, the Declarant shall have the right (but in no event shall Declarant be required) to grant extensions of time to such Owner to commence or complete such construction, and upon the written request of such Owner the Declarant may grant extensions of time each for a period of not more than twelve (12) consecutive months. The Declarant shall also have the right to assess and charge reasonable delay fees not to exceed five percent (5%) of the total purchase price paid by such Owner for such Owner's Single Family Residential Lot, for each twelve-month period or portion thereof, in which such Owner is in default of its obligation to commence or complete construction of the single family residential dwelling and related improvements as provided in Section 2.9 hereof. Any and all delay fees assessed and charged to any Owner pursuant to this Section 2.10 shall be payable directly to Declarant, and the payment thereof shall be secured by a lien as provided in Section 5.11.2 hereof. The Declarant shall have the right to charge interest and reasonable late fees in amounts established by Declarant for any delay fees which are not paid when due. All delay fees, interest and late fees assessed against any Owner shall be the separate, distinct and personal debt and obligation of such Owner, and in the case of multiple Owners, such debt shall be the joint and several obligation of such multiple Owners.

2.11  _Maintenance_. All Lots and improvements thereon shall be maintained by the Owner thereof in good and clean condition and repair, clear of all trash, rubbish and other debris. After the construction of any improvements and landscaping on any Lot in accordance with plans and specifications approved by the Design Committee, such improvements and landscaping shall be maintained in good and clean condition and repair in accordance with such approved plans and specifications, and to the extent reasonably practicable, in accordance with the First-Class Resort Standard as provided in Section 4.2 hereof. Any

7

F 019181

improvements which are damaged are destroyed shall be repaired, rebuilt or restored, in accordance with the original approved plans and specifications therefor, or such other plans and specifications approved by the Design Committee, within a reasonable period of time after such damage or destruction, as determined by the Design Committee. All trees, shrubbery and other plants on any Lot shall be kept at reasonable heights as contemplated by the original landscaping plans therefor, so as not to unreasonably obstruct views from other Lots.

2.12   Construction of Subdivision Improvements. Notwithstanding any provisions to the contrary contained in Section 2.8 hereof, or elsewhere in this Declaration, any work performed on any Lot by Declarant, its representatives, agents, employees, or contractors in connection with the construction of subdivision improvements required by the County of Hawaii pursuant to the grant of subdivision approval for The Bluffs or any portion thereof, or with the construction of any roadways, signage or landscaping or any electrical, communication, water or other utilities, shall be permitted without the prior written approval of the Design Committee. Declarant, its representatives, agents, employees or contractors may proceed with work on any such improvements without complying with the provisions of Article VIII hereof.

2.13   Existing Improvements. The existing improvements within Lots 3 and 4 as shown on File Plan No. 2196 share a common wall located on the boundary between the two Lots, and the following variances have been granted with respect thereto (the "Variances"):

(a)   Variance No. 735, dated May 17, 1996, from the County of Hawaii Planning Department, granting a variance from minimum side yard requirements of the Zoning Code, Chapter 25, Article 6, Section 25-140(a)(2); and

(b)   BOA NO. 96-12 Findings of Fact, Conclusions of Law, Decision and Order dated September 20, 1996, issued by the Board of Appeals, County of Hawaii, granting a variance from compliance with Sections 505(f) and 504(b) and related sections of the Building Code of the Hawaii County Code relating to the fire resistance rating of the common wall between the subject duplex units.

Notwithstanding any provisions to the contrary contained in Section 2.8 hereof, or elsewhere in this Declaration, the existing structures, landscaping, and all other improvements located on said Lots 3 and 4, as of the date of Recordation hereof, shall be deemed to have been approved by the Design

8

any interest in the Owner's Lot, shall notify the Association of such sale, transfer or conveyance.

ARTICLE IV.   CERTAIN RIGHTS AND OBLIGATIONS OF THE ASSOCIATION.

4.1   Association's Rights in Lots. The Association shall have the right, upon not less than 24 hours prior written notice, to enter upon any Lot for the purpose of enforcing this Declaration.

4.2   Maintenance of Association Property. The Association shall be obligated to provide for the care, operation, management, maintenance, repair and replacement of Association Property in accordance with a First-Class Resort Standard. For purposes of this Section 4.2, the term "First-Class Resort Standard" means as of any given time, the standard adhered to by owners and operators of first-class destination resorts. As of the date of this Declaration, the Mauna Kea Beach Hotel, the Mauna Lani Bay Hotel, the Hapuna Beach Prince Hotel and the Maui Prince Hotel constitute first-class destination resorts within the purview of this definition. Without limiting the generality of the foregoing, said obligations shall include keeping Association Property in good, clean, attractive and sanitary condition, order and repair; repairing wind and other damage caused by the elements; and making necessary or desirable alterations, additions, betterments or improvements to or on Association Property.

4.3   Managing Agent. From and after the Assessment Date (as defined in Section 5.3 hereof), the Association shall at all times employ a responsible managing agent (the "Managing Agent") which is licensed as a real estate broker in compliance with Chapter 467 of the Hawaii Revised Statutes, as amended, and is registered as a managing agent pursuant to Section 514A-95 of the Hawaii Revised Statutes, as amended, and complies with all requirements of such registration, to manage all affairs of the Association. Without limiting the generality of the foregoing, the Managing Agent shall prepare the Operating Budgets of the Association as required by Article V hereof; shall determine the amount of Assessments payable by each Owner; shall collect such Assessments and pay such amounts collected to the appropriate parties in satisfaction of Association obligations; shall arrange for all legal and/or accounting services required by the Association; shall provide for the upkeep, maintenance and repair of all Association Property; and shall perform such other duties from time to time assigned to it by the Association.

F 019185

maintain the master water meter for the Project and/or to read and otherwise inspect the master water meter and all water facilities within the Project.

### ARTICLE VIII. DESIGN COMMITTEE.

8.1 **Creation**. The Bluffs Design Committee (the "Design Committee") is hereby created with all of the rights, powers, privileges and duties herein set forth. The Design Committee shall consist of such number of members as the Declarant or the Board, whichever then has the right to appoint and remove members of the Design Committee, shall from time to time determine.

8.2 **Term**. The initial Design Committee shall be appointed by Declarant for such term as determined by Declarant. Members of the Design Committee appointed by the Board shall serve for such terms as determined by the Board.

8.3 **Appointment**. Declarant shall have the sole right to appoint and remove the members of the Design Committee until the twentieth (20th) anniversary date hereof, or until Declarant shall assign said right to appoint and remove to the Board of Directors, whichever shall first occur. Thereafter, the Board shall have the sole right, and the obligation to appoint and remove the members of the Design Committee. Declarant may, at any time and from time to time, assign such right to appoint and remove members of the Design Committee to the Board, and the Board shall accept such obligation.

8.4 **Removal; Resignation**. Any Design Committee member appointed by Declarant may be removed by Declarant with or without cause. Any Design Committee member appointed by the Board may be removed by the Board with or without cause. Any Design Committee member may resign by submitting a written notice to the Declarant or the Board, whichever then has the right to appoint and remove members of the Design Committee, stating the effective date of such resignation, and acceptance of the resignation shall not be necessary to make the resignation effective.

8.5 **Design Committee Functions**. The functions of the Design Committee, in addition to any functions set forth elsewhere in this Declaration, shall be to consider and approve or disapprove any plans, specifications or other materials submitted to it, as required by Section 2.8 hereof, for the erection, construction, installation, alteration, placement or maintenance of any buildings, landscaping or other improvements within The Bluffs, or for the alteration or remodeling of, or construction of

29

F 019203

additions to, any then existing structures within The Bluffs; to require that any such building, landscaping or other improvements to be constructed within The Bluffs comply with this Declaration and applicable Design Requirements; to adopt and amend Design Requirements as provided in this Article VIII; to make all determinations regarding compliance with the provisions of this Article VIII and the Design Requirements; and to perform such other duties as may, from time to time, be delegated to it by the Declarant or the Board. The Design Committee shall meet from time to time as necessary to adequately perform its duties hereunder, and the Design Committee's action on matters shall be by an affirmative vote of the majority vote of the Committee. Any action required to be taken by the Design Committee may be taken without a meeting if a consent in writing, setting forth the action so taken or to be taken, shall be signed by all of the Design Committee members. The Design Committee shall keep and maintain a record of all actions taken by it.

    8.6    <u>Review of Plans</u>. The Design Committee shall approve or disapprove said plans, specifications and other materials in accordance with the procedures set forth in its Design Requirements; provided, however, that the Design Committee's approval or disapproval of any such plans, specifications and other materials shall be given in writing within sixty (60) days after its receipt of all of the required plans, specifications and other materials. If the Design Committee shall disapprove of any such plans, specifications, or other materials, it shall, within said sixty (60) day period, send notice of its disapproval to the Person or Persons applying for said approval at the address set forth in the application therefor. If notice of disapproval is not so sent within said sixty (60) day period, and the Design Committee thereafter fails to respond within thirty (30) days after the Person applying for approval delivers written notice to the Committee that it has failed to respond within the required time, then the plans, specifications and other materials submitted shall be deemed to have been approved by the Design Committee.

    8.7    <u>Requirements for Plans</u>. All plans and specifications for any new building or other improvement within The Bluffs shall be prepared by an Architect, shall be submitted to the Design Committee for its approval, and shall include, without limitation, floor, elevation, plot and grading plans; specifications for the principal exterior materials; description of color schemes; provisions to be made for automobile parking; outside lighting plans, if any; and a detailed description of the location, character and method of utilization of all utilities. In addition, such plans and specifications shall include landscaping plans

F 019204