**EXHIBIT 5**

IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

STATE OF HAWAII

---oOo---



WESTERN SUNVIEW PROPERTIES, LLC,

               Plaintiff,

vs.                          Civil No. 04-1-0212

LEONE-PERKINS FAMILY TRUST; BLUFFS
AT MAUNA KEA COMMUNITY ASSOCIATION;
DOUGLAS LEONE AND PATRICIA LEONE,
INDIVIDUALLY AND AS TRUSTEES OF THE
LEONE-PERKINS FAMILY TRUST; JOHN DOES
1-100; JANE DOES 1-100; DOE PARTNERSHIPS
1-100, AND DOE CORPORATIONS 1-100,

               Defendants.
_____/

DEPOSITION OF

**ROBERT V. GUNDERSON, JR.**

Wednesday, November 9, 2005

Reported by:
Peggy Tsujimoto
CSR No. 5229

                                         1

NOV 25 2005

1    sits up like 48 inches or 52 inches or something.  If

2    you think of the special setback area as a flat plane

3    and then there is a ceiling over that of 30 inches, then

4    Elder's pool -- a portion of Elder's pool sticks through

5    that 30-inch ceiling, and that was to my knowledge the

6    only time we have allowed that.

7         So if I am in sort of the oceanside yard, what

8    we call the backyard or the front yard, if I look over,

9    it steps up and it impedes my view from my lot.  There

10   is language, I believe, in one of the documents about

11   preserving view planes, and in popping up more than 30

12   inches doesn't preserve that view plane.

13        Q.   The structure itself is --

14        A.   Higher than 30 inches.

15        Q.   I understand.  Thank you.  With regard to

16   landscaping, what is your understanding as to what the

17   current rule is with regard to landscaping in the

18   special setback area?

19        A.   The 30-inch rule.

20        Q.   With regard to the Federman lot, is there

21   landscaping that has been approved for the Federman lot

22   that exceeds 30 inches?

23        A.   Let me say a couple of things about that.  One,

24   I don't have a clear recollection of what was and wasn't

25   approved by the current committee.  There was a lot of

31

1    confusion about -- I believe all of the house plans were

2    approved by the prior committee and then they made some

3    changes which I believe the current committee looked at,

4    and most of those changes, I think, were inside and

5    therefore approved.

6         My recollection, although it is not terribly

7    clear, is that the landscaping -- I don't know if it was

8    ever determined whether the prior committee had approved

9    their landscaping plan or not.  To my recollection, the

10   current committee did not approve landscaping in the

11   Federman special setback area above 30 inches, but that

12   is -- I don't have a clear -- I can't state that with

13   certainty.

14       Q.   With regard to the Leone improvements on Lot 4,

15   what is your understanding as to what landscaping has

16   been approved for the special setback area of Lot 4, if

17   any?

18       A.   Again, I don't have a clear recollection.  The

19   Leone process went on for well over a year and there

20   were a variety of plans submitted and withdrawn and

21   resubmitted and so forth.  I would be very surprised to

22   learn that there has been approval of landscaping above

23   the 30 inches of the plane that extends out from the

24   existing grade in the special setback, but I can't say

25   that I know that for certainty.

1  STATE OF CALIFORNIA          )
                                )      ss.
2  COUNTY OF ALAMEDA            )

3

4       I hereby certify that the witness in the foregoing

5  deposition was by me duly sworn to testify the truth,

6  the whole truth and nothing but the truth in the

7  within-entitled cause; that said deposition was taken at

8  the time and place therein stated; that the testimony of

9  said witness was reported by me, Peggy Tsujimoto, a

10  Certified Shorthand Reporter, and a disinterested

11  person, and was thereafter transcribed into typewriting.

12       And I further certify that I am not of counsel or

13  attorney for either or any of the parties to said

14  deposition, nor in any way interested in the outcome of

15  the cause named in said caption.

16       In witness whereof, I have hereunto set my hand of

17  office this 14th day of November, 2005.

18

19

20

21

22  *Peggy Tsujimoto*

23       PEGGY TSUJIMOTO, CSR #5229

24

25

170

TSUJIMOTO & ASSOCIATES
(510) 887-6889