# EXHIBIT 7

**DAVID STRINGER ARCHITECTS LLC AIA**

April 9, 2004

Suite 200 • 1100 Alakea Street • Honolulu, Hawaii 96813
tel. (808)531-5967 • fax. (808)526-1857 • email. dsarch@att.net

Mr. and Mrs. Irwin Federman
c/o Chun, Kerr, Dodd, Beaman & Wong, LLP.
745 Fort Street, 9th Floor
Honolulu, Hawaii 96813-3815

Attn.:  Mr. Andrew Beaman

Re:   The Bluffs at Mauna Kea
      Federman Residence - Lot 6
      Construction Modification Submission

Dear Mr. and Mrs. Federman:

The Design Review Committee for the Bluffs at Mauna Kea Homeowners Association met 6 April 2004 to review the construction modification submission dated 30 January 2004 for the modifications to the previously approved residence and the landscape planting within the Special Setback area. The Committee has approved the following portions of your submittal:

   1. All modification items to the existing residence delineated in bulletins 2D, 17A, 18 through 21, 21A, 22 through 37, 37A and 38 through 44.

   2. The Committee took no exception to the landscape planting plan as proposed with the exception of the planting within the Special Setback area.

The Committee allows planting in the Special Setback area, but restricts the type of planting to coco palms that are not clustered or planted such that they create a major view plane, hindrance, and ground covers that are limited in vertical height.

The Committee appreciates your cooperation in seeking approval for the modifications made during construction, and your continued review of the work within the Special Setback. If you have any questions regarding this review, please do not hesitate to contact me or David Stringer at David Stringer Architects. We are willing to meet to discuss the resolution of the landscaping at your convenience.

Very truly yours,

Stringer Architects, AIA, LLC.

David C. Ayer

*Western Sunview Properties, LLC vs Federman;* Case No. CV03-00463 DAE LEK
Records from David Stringer Architects, LLC, AIA taken 04/26/04

123