# EXHIBIT 8

## David Ayer

| | |
|---|---|
| **From:** | "David Ayer" <stringerarchitects@hawaii.rr.com> |
| **To:** | <jlelder@earthlink.net (Jerry Elder)>; <bobacree@attglobal.net (Bob Acree)>; <mike@hartleyhawaii.com (Mike Hartley)>; <rvg9@attbi.com (Robert Gunderson)>; <leone@sequoiacap.com (Doug Leone)> |
| **Cc:** | <dkrueger@awlaw.com (Dennis Krueger)> |
| **Sent:** | Monday, April 05, 2004 8:21 PM |
| **Attach:** | agenda 0406.doc |
| **Subject:** | Design Committe Agenda |

Gentlemen,

Attached is the suggested agenda for Tuesday's meeting. We will try to hold it to no more than an hour, given the doubling-up of meetings.

In response to Jerry comments regarding the landscaping in the Special Setback, yes, the Committee did establish the 30" height for landscape with the exception of coco palms. However, the landscape plan for Federman as originally submitted, had landscaping that exceeded this stipulation. Several items as previously noted were commented on by Belt Collins and later by Miyabara. However, there is apparently belief by the Owner and his design team, that the elements not commented on were approved without further modification to those elements. And they have received approval for drawing packages of which some landscape was included, although the landscape was not directly referenced in the approvals.

The latest effort was an attempt to achieve view protection for the adjoining owners by limiting the height of the landscape elements within an arc from the two adjoining building lots. We have curtailed the use of taller landscape elements, but have not eliminated them. We can discuss this more in detail Tuesday.

David Ayer
Stringer Architects

4/9/2004

Bluffs-Comm

S   338