**EXHIBIT 9**

Design Committee
The Bluffs at Mauna Kea
c/o Mauna Kea Properties, Inc.
62-100 Kauna'oa Drive
Kamuela, Hawaii 96743

**April 20, 2001**

VIA FACSIMILE NO. (808) 324-1129 and (808) 322-2664

Ms. Loriann Gordon
737 Bishop Street
Suite 1530
Honolulu, Hawaii 96813

Dear Loriann:

### Western Sunview Properties Residence – Lot 5
### The Bluffs at Mauna Kea

    The Design Committee of the Bluffs at Mauna Kea has reviewed the Conceptual Landscape Plan, Sheet L-1 (dated January 24, 2001 and received on February 8, 2001) for the Western Sunview Properties Residence on Lot 5. The Committee offers the following predesign comments to assist you in your preparation of the preliminary landscape architectural submittal. For the Preliminary Plan submittal, provide detailed landscape plans, including specification of specific plant materials, species, expected maturity heights, irrigation plans, and an exterior light fixture schedule.

    Kewai Street: The area east of the front yard property line is a part of the roadway right-of-way. The roadway right-of-way is a grass shoulder for traffic safety and is to be maintained by the Bluffs at Mauna Kea Community Association. No accent landscaping, groundcovers, or boulders are allowed in the roadway right-of-way in front of Lot 5.

    Front yard property wall: As noted to Mr. Bennett in the Committee's February _, 2001 letter, the Committee requests that the garden wall be relocated from the front yard setback area to within the buildable area. Please coordinate with Mr. Bennett to adjust landscaping at the garden walls.

    Coconut palms: As stated in Section 4.10.2 <u>Landscaping</u> of *The Design and Construction Requirements for Homes* (February 19, 1997), "shrubs or trees, such as palm trees, which grow to significant height are not encouraged." Care should be taken so that the landscape does not obstruct views from surrounding properties (to each side of Lot 5 and the mauka properties).

    Special setback area: A special setback area exists in the rear yard to protect views and to preserve the existing hillside. At the northwest corner of the property, the Committee requests

MK 002206

that you consider a redesign of the ornamental landscape at the lot's corner and remove vertical plantings. Grassing and low plant materials are preferred to transition with the neighboring lot (Lot 7). The Committee has not received landscape plans from the Federmans on Lot 7; however, their architectural plans do not indicate a perimeter wall in this special setback area.

Potable water is a scarce resource on the Kohala Coast. We ask that serious consideration be given to the use of drought-tolerant plant materials or for the use of brackish water for irrigation. Each lot is allocated no more than 2,000 gallons per day as a year-round average water use for the house, pools, and landscaping. As a precaution, we recommend that the Landscape Architect and Civil Engineer calculate a worst-case pressure loss scenario for water use.

Sincerely yours,

William F. Mielcke
Member of the Design Committee
The Bluffs at Mauna Kea

cc: Western Sunview Properties c/o: Lucky Bennett (808) 324-1129

Attachment:
Forms: Preliminary Landscape Architects Certification

MK 002207