# EXHIBIT 11

Mar 24 04 01:52p                                                                p.1


# DAVID
# STRINGER
## LLC AIA

tel. (808)531-5967 · fax. (808)526-1857 · email. dsarch@att.net

March 23, 2004

To:     Mr. Terry Revere
        Motooka Yamamoto & Revere
        Fax: (808) 532-7910

From:   Mr. David Ayer

Re:     The Bluffs at Mauna Kea
        Meeting Minutes

Pages: 3 pages, including cover sheet

*Facsimile Transmittal*

_____

We transmit the following response letters for your record:

1 copy        Design Review Committee Meeting Minutes of 29 January 2002

_____

Mr. Revere:

We could not locate the original issued version of the minutes of this meeting. These are reconstructed minutes developed from the notes taken in the meeting. To the best of our knowledge, these represent the items discussed and decisions made, but most likely differ in the narrative explanation from the original minutes.

If you have any questions, please call.


Sincerely,

David Stringer Architects, AIA, LLC.



David Ayer


cc:     The Bluffs at Mauna Kea Homeowners Association
        Design Review Committee

        Mr. Bob Acree        (907) 277-1849  Mr. Mike Hartley      (808) 735-1305
        Mr. Jerry Elder      (858) 459-8268  Mr. Doug Leone        (650) 854-2977
        Mr. Bob Gunderson    (650) 327-0244

        Mr. Dennis Krueger   (308) 329-7528

Bluffs - TD revere

Mar 24 04 01:53p

### The Bluffs at Mauna Kea Homeowners Association
### Design Review Committee
### Teleconference Meeting Minutes
### January 29, 2002

Members Present:    Bob Acree, Jerry Elder and Bob Gunderson

Members Excused/Absent:    John Reid

By Invitation:    Dennis Krueger of Ashford & Wriston; David Stringer of Stringer Tusher Architects; Terry Tusher of Stringer Tusher Architects; and May Hiraoka-Tomita of Stringer Tusher Architects

| Item | Description | Action |
|---|---|---|
| 0129.01 | Meeting was called to order at 9:20 a.m. Hawaii time to review submittals for the Federman, Ludwick, Western Sunview, Fogelsong, Wayman and Robertson Residences. | |
| 0129.02 | Approval of the last meeting minutes will be carried over to the next meeting. | |
| 0129.03 | **Federman Residence Request for Variance Submittal:** The area in variance with current committee guidelines is the height of some of the walls. Questioned was the stonewall height with railing as well as the stairs to the pool equipment. <br> A discussion was held regarding rock wall in setback area. A motion to approve was made, but decision deferred pending further information. | |
| 0129.04 | **Ludwick Residence Modification Submittal:** Since Jerry Elder did not receive the package containing the drawings, TT explained the changes on the driveway. DGS questioned the change in material. A motion to accept the modification was made, seconded and approved. According to the Guidelines, "various materials may be used subject to review". Since there is no final sign-off from SKWC, STA recommended allowing grading, and if not accepted, then they need to stop and modify the plans. Motion made, seconded and approved to allow the Ludwicks to proceed pending approval from SKWC. | |
| 0129.05 | **Western Sunview Design Modifications Submittal:** In response to previous comments this submission addressed the front yard setback encroachments. Current plan has encroachment of gates tied to natural rock landscaping within the setback area. Proposed landscaping is not necessarily inconsistent with streetscape. DGS emphasized that he had recommended that a treescape study be done, as monkey pods are proposed as part of the landscape plan. Previous submission was returned for incompleteness and non-conformity to guidelines. The gate | |

Mar 24 04 01:53p

needs to be moved approximately 10' makai to comply. Therefore, the conceptual design is not approved regarding the gates. It was noted that Ronda Kent, Hands' attorney, is working with the owner, owner's architect and STA. Gates cannot be mauka of the setback line. The possibility exists to move house back from street and pull everything back out of setback and sewer area.
A motion to let monkey pods be allowed subject to "containment/ maintenance" issue to be resolved with the landscape architects was moved, seconded and approved.
A question was raised regarding guidelines for driveways and round-abouts in the setback area. This to be studied by Committee/STA in the future.

0129.06    **Fogelsong Residence Submittal:** Review was deferred pending receipt of additional information requested.

0129.07    **Wayman Residence Review Submittal:** Waymans will re-submit.

0129.08    **Robertson Residence Preliminary Review:** Although color was an issue, the color was approved by previous Review Committee.


Meeting adjourned at 10:30 a.m.

The meeting minutes generated for this meeting is reconstructed based on handwritten minutes. Please contact the undersigned should you have any corrections or additions.

Submitted by:

May Hiraoka-Tomita
Recording Secretary, Pro-Tem

cc:    file