# EXHIBIT 12

# LOVE & NARIKIYO
A LIMITED LIABILITY LAW COMPANY
ATTORNEYS AT LAW

CHAD P. LOVE
CHUCK T. NARIKIYO
BARBARA J. KIRSCHENBAUM

1164 BISHOP STREET, STE. 1105
HONOLULU, HAWAII 96813

TELEPHONE (808) 546-7575
FAX (808) 546-7070

July 7, 2004

Ronald Shigekane Esq.
2500 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813

Re: Western Sunview Properties, LLC, et al. vs. Irwin Federman, et al.
Civil No. CV03-00463 DAE/LEK

Dear Mr. Shigekane:

This is to confirm our conversation of July 7, 2004, in which I asked you to please provide to us (or tell us where we could find) a copy of The Bluffs at Mauna Kea Community (or Homeowners) Association Design Review Committee meeting minutes for January 29, 2002. As discussed, those minutes were missing from the minutes subpoenaed from David Stringer Architects.

However, you said that you do *not* have a copy of those minutes and you do *not* think that those minutes exist.

You did say however, that you do have a copy of the "reconstructed minutes" developed by Stringer's office from notes.

If I have misstated anything, please let me know immediately.

Very truly yours

Chad P. Love

CPL:slh
shigekane070704.ltr