# EXHIBIT 15



# The Bluffs at Mauna Kea Homeowners Association
## Design Review Committee
### Teleconference Meeting Minutes
### June 22, 2004

Members Present:   Bob Acree, Jerry Elder, Bob Gunderson and Michael Hartley

Members Excused/Absent:   Douglas Leone

By Invitation:   Dennis Krueger of Ashford & Wriston; Sidney Ayabe of Ayabe, Chong, Nishimoto, Sia & Nakamura; David Stringer of David Stringer Architects; David Ayer of David Stringer Architects; and May Hiraoka-Tomita of David Stringer Architects

| Item | Description | Action |
|---|---|---|
| 0622.1 | Meeting was called to order at 11:00 a.m. Hawaii time to review submittals for the Federman Residence. | |
| 0622.2 | Mr. and Mrs. Federman were present and wanted to address the Committee. BA asked DK re legal considerations. It was suggested that the Federmans call back in 10 minutes after Committee had an opportunity to discuss. Since the Committee was party to a present litigations and on the advise of legal counsel it was agreed upon not to have the Federmans address the Committee at the present time. | |
| 0622.3 | **Federman Residence Landscape Modification Review:** DSA was asked if there was a previous approval for the landscape plan to which DSA stated that based on research of information available to DSA there was no overall approval but there was "piece meal" approvals. The Committee felt that since the Federmans received a prior approval from the previous Committee, then they would like to see a copy of the approval but if no approval was received then they feel that the Federmans needs to abide by the rules that this Committee has been following for all approvals. After a discussion on the recommendation of DSA the Committee agreed that to be consistent with other individual Homeowners approvals that only planting of six cocos and ground covers would be allowed in the Special Setback area. The Committee also approved the planting of shrubs adjacent to walls on the down hill side provided the shrubs do not exceed the adjacent wall height. Naupaka was the preferred choice by the Committee. | |
| 0622.4 | **Reddy Residence Construction Drawing Submission:** DSA informed the Committee that the grading has started and that they have been talking to the Reddy's architect and revisions are being made to comply. On the recommendation of DSA, the Committee decided to table the | |

approval until the drawings are resubmitted with revisions.

0622.5 **Woodvale/Kauna'oa:** A brief discussion ensue regarding the entry feature with the Committee requested that the graphics, etc. be provided at the next meeting.

0622.6 **Robertson Residence Drainage Conflict:** The drainage problem was summarized by DK. The Robertsons wants the Homeowners Association to share in the cost of a topo survey which will cost approximately $12,000. A discussion was held with the Committee feeling that there maybe some of individual homeowners who might also be individually responsible. The Committee also felt that the developer is responsible if the Association did not approve of any alterations. DK to notify the Robertsons that the Committee will not share in the cost but wants to be kept abreast.    DK

0622.7 **Gifford Residence:** DK reiterated the arbitration ruling.

0622.8 Minutes of the April 6, 2004 meeting was approved.

Meeting adjourned at 1:20 p.m.

The meeting minutes generated for this meeting are believed to be an accurate representation of discussions held at this morning. Please contact the undersigned should you have any corrections or additions.

Submitted by:

May Hiraoka-Tomita
Recording Secretary, Pro-Tem

cc:    file

061