**EXHIBIT 18**



May 6, 2003