**EXHIBIT 19**





June 26, 2006



June 26, 2006