**EXHIBIT 20**



View north from lot #5
3/6/03

F 01958