# EXHIBIT 22

FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email address: ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
BRIANNE L. ORNELLAS 8376-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address: terry@myrhawaii.com

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS, | Civil No. 03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action) |
|---|---|
| Plaintiffs, | |
| vs. | |
| IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT | (*caption continued*) |

| | |
|---|---|
| MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>            Defendants. | DECLARATION OF LORIANN GORDON |

### DECLARATION OF LORIANN GORDON

I, Loriann Gordon, declare as follows:

1.    I am a landscape architect licensed to practice in Hawai'i.

2.    I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

3.    Some time after February 2002, silver buttonwoods were planted on the Federman's property at The Bluffs at Mauna Kea. Based on my experience as a landscape architect, silver buttonwoods that are planted in Hawai'i can grow from 15 to 20 feet tall.

I, Loriann Gordon, do declare under penalty of law that the foregoing is true and correct.

DATED: 7/17/06 , Hawai'i, _____, 2006,

                                              */s/ Loriann Gordon*
                                              Loriann Gordon