IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>    Defendants. | CIVIL NO. CV 03-00463 DAE LEK<br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br><br><br><br>DECLARATION OF DAVID AYER |

2004-069/307246

## DECLARATION OF DAVID AYER

  I, DAVID AYER, do declare under penalty of perjury that the following is true and correct:

  1. That at all relevant times herein mentioned, I served as an architectural consultant to the Design Committee of the Bluffs at Mauna Kea Community Association and in such capacity, I have personal knowledge of the matters stated herein;

2. At the request of Mr. Ronald Shigekane, counsel for the Bluffs at Mauna Kea Community Association, I provided him with documents which he produced in connection with discovery requests made by the Plaintiffs in this lawsuit. Among those documents were the following, which are true and correct copies of documents which were kept in the ordinary, regular and usual course of business for the Design Committee:

| **Exh. A** | 8/29/2001 memorandum from Lisa Reinke to David Stringer |
|---|---|
| **Exh. B** | 12/17/01 transmittal memorandum from Mike Miyabara to Terry Tusher |
| **Exh. C** | 1/7/02 memorandum from Elke Popp to Terry Tusher |
| **Exh. D** | 2/7/02 letter from Dennis Krueger, Esq. to Federmans |
| **Exh. E** | 1/30/04 letter, Andrew Beaman, Esq. to David Stringer |
| **Exh. F** | architectural consultant comments to the Design Committee re: Federman drawings 1/15/04 and 12/2/03 |
| **Exh. G** | 4/9/04 letter approval of landscape plans (David Ayer) |
| **Exh. H** | 6/21/04 e-mail of architectural consultant's comments to Design Committee of landscape plans |
| **Exh. I** | 6/22/04 letter approval of landscape plans (David Ayer), specific reference to "six coco palms situated in the Special Setback Area". |

3. That at the request of Ronald Shigekane, Esq., I have marked, on the landscape plans submitted by the Federmans to the Design Committee on January 30, 2004, the approximate location of the boundary for the special setback area so as to show the relative location of the coconut trees and buttonwood plants in the Federman property. For ease of reference, I have also marked the location of the coconut trees with red "X"s and circled the buttonwood plants in red. This is submitted as **Exh. J.**

4.     That also attached hereto are **Exhibits K and L**, which are aerial views of Lots 4, 5 and 6 (Leone, Western Sunview and Federman, respectively). Exhibit K, which is labeled "December, 2004", is a true and accurate depiction of the properties as of said date.  Exhibit L, which has no date label, shows the beginning of construction for the Lot 4 swimming pool (Leone).  To the best of my knowledge and belief, the photograph was therefore taken during the latter part of 2005 – it is a true and accurate depiction of the properties as of that time.

Date: July  25 , 2006

_____
David Ayer