IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>    Plaintiffs,<br><br>  vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>    Defendants. | CIVIL NO. CV 03-00463 DAE LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br><br><br><br><br>DECLARATION OF RONALD SHIGEKANE |

2004-069/307245

## DECLARATION OF RONALD SHIGEKANE

I, RONALD SHIGEKANE, do declare under penalty of perjury that the following is true and correct:

1. That I am an attorney licensed to practice law in the courts of the State of Hawaii.

2. That I am one of the attorneys retained to represent Defendant The Bluffs at Mauna Kea Community Association.

3. That the following is a true and correct copy of the document as indicated:

**Exh. M**  Exhibit 69 to Plaintiff's Memorandum in Opposition to Defendant Federmans Motion for Summary Judgment, filed on 8/5/04. The same photo was submitted in connection with Plaintiffs' opposition to Defendant Bluffs' motion for summary judgment in their filing dated 1/5/06 – it was also designated as Exh. 69.

4. That on December 8, 2005, I prepared a Fourth Supplemental Response to Plaintiffs' First Request for Production of Documents, and although not specifically requested by Plaintiffs, I provided the entire Federman file maintained by the Design Committee's consultant, identified as doc. #s F0001 – F0593 (with the exception of doc. nos. F0350 – 0356 and F0359-0360). Included in the documents provided was the Committee's approval letter dated June 22, 2004 (doc. no. F0361, Exh. I herein).

Dated:    July 25, 2006

_____
Ronald Shigekane