

**BeltCollins**

MEMORANDUM

| TO: | FROM: |
|---|---|
| Mr. David Stringer | Lisa Reinke, Alan Kutsunai |
| COMPANY: | DATE: |
| Stringer Tusher Architects | August 29, 2001 |
| SUBJECT: | JOB NUMBER/REFERENCE NUMBER: |
| The Bluffs Lot 6, Federman Residence | 2001.33.3700 |

As requested by the Bluffs at Mauna Kea Design Committee, the following is our technical review of the Preliminary Landscape Plan package. The package consists of sheets L1 to L13, prepared by Todd R. Cole Landscape Architecture, Joel R. Laber, and Greg Boyer (titled Construction Documents, July 17, 2001 and received by Stringer Tusher on August 8, 2001).

Comments are based on *the Design and Construction Requirements for Homes* dated February 19, 1997 for the Bluffs at Mauna Kea.

Comments
4.1 Connection to Common Facilities

- A variance will be required for the acid-finish, sawcut concrete driveway apron connecting the Federman Residence to the common roadway, North Kewai Place.

4.10 Landscaping

- The location of the special setback area should be indicated on the Landscape plans.

- **An excessive number of tall coconut palm clusters are proposed, which may block views from *mauka* Bluffs' lots. A total of 27 coconut palms are proposed. We recommend a dramatic reduction in the number of coconut palms and a staggering of trunk heights to maintain ocean views from other Bluffs' lots.**

- Four Monkeypod trees are proposed in the front yard, which will mature quickly. Their large size - expected maturity height ("can be kept at 50 feet") is not appropriate to the residential scale and character of the Bluffs. They may block ocean views from the *mauka* lots. When mature, their root system may cause future problems with underground utilities, paving, and building foundation. We reiterate our recommendation that a different species be chosen that would not exceed the maximum roof elevation for Lot 6.

Honolulu
Australia
Guam
Hong Kong
Malaysia
Philippines
Seattle
Singapore
Thailand

Belt Collins Hawaii Ltd.
680 Ala Moana Boulevard, First Floor ▪ Honolulu, Hawaii 96813 USA
T/808 521 5361 ▪ F/808 538 7819 ▪ honolulu@beltcollins.com ▪ www.beltcollins.com

F 0043

EXHIBIT A



**BeltCollins**

MEMORANDUM

Mr. David Stringer
August 29, 2001
Page 2

- In general, trees located in the side yards should be moved away from the property lines to prevent the tree canopies from overhanging the neighboring lots.

- Although not a deviation to the Design Requirements, we offer the following comment: The Royal Poincianas proposed adjacent to the swimming pool are deciduous trees and tend to drop flowers, leaves and seed pods which can create maintenance problems for pool cleaning.

- Indicate the proposed size of plant materials when planted.

- "Expected Height at Maturity" for plant materials is listed as "can be kept to 20 feet," etc... Revised to state "will be maintained at"...

- The irrigated landscape area needs to be dramatically reduced. The irrigation plans (sheets L12, L13) indicate a total irrigation use rate of about 600 gallons per minute which will exceed the restricted rate of 1,500 gallons per day, maximum, in less than 3 minutes. Usage in excess of this allocation is not permitted.

  Total irrigation demand should be listed on the final submittal. As stated in the *Declaration of Protective Covenants, Conditions and Restrictions for the Bluffs at Mauna Kea, Article 6.4*, water use and conservation measures are required because of the arid climate and limitations on the supply of fresh water to the Bluffs. All landscaping and irrigation systems shall be designed so as to minimize water consumption. Each lot is allocated not more than 2,000 gallons per day as a year-round average water use within and outside of the residence. Assuming 500 gallons per day used within the residence, that leaves 1,500 gallons per day for landscape irrigation.

- The landscape irrigation system requires a separate submeter, and the Preliminary Plans should show the location of the submeter.

- A sewer easement exits in the rear yard. South Kohala Wastewater Corp. has rights over the easement, and no planting or construction within the easement is permitted without its approval. Written permission for construction of any structures, paving, or planting of trees in the sewer easement on Lot 6 should thus be obtained directly from South Kohala Wastewater Corp.

F 0044



**BeltCollins**

MEMORANDUM

Mr. David Stringer
August 29, 2001
Page 3

In addition to the comments made in our letter to Mr. Mielcke and Ms. Lum on July 11, 2001, for items 4.4 Minimum Grading, 4.11 Reflection from Water Areas, 4.13 Fences, 4.14 Exterior Lighting, and 4.17 Special Setback Area, we offer the following additional comments for structures proposed in the special setback area:

- The swimming pool heater is shown in the rear yard, clearly visible from Lot 7. The equipment should be moved to a less intrusive location near the pool equipment room.

- The steel picket fence material and layout, serving as the pool surround, are not in character with the Bluffs development. We recommend that the fence be redesigned.

F 0045