# **Miyabara**Associates
LANDSCAPE ARCHITECTS & PLANNERS



RECEIVED

DEC 17 2001

STRINGER TUSHER & ASSOC.

December 17, 2001

► **TRANSMITTAL**

TO:      Terry Tusher, STA

FROM:  Mike Miyabara

SUBJ:   **THE BLUFFS @ MAUNA KEA – DESIGN REVIEW**
LOT 6 - FEDERMAN RESIDENCE

Enclosed are my Landscape Design Review comments for the Federman Residence (Lot 6). Also enclosed are:

1.  Landscape Plans dated June 14, 2001 (Received STA June 19, 2001)
2.  Landscape Plans dated July 17, 2001 (Received STA August 8, 2001)
3.  Landscape Plans dated October 19, 2001 (Received STA October 19, 2001)

Please call me at (808) 531-1306 if you have any questions.

| Route to: | |
|---|---|
| TT | |
| | |
| | |
| ce | Chm |
| | |
| | |
| File: | |
| File #: | |
| Return to: | |

TEL. (808) 531-1306
FAX. (808) 533-6049
928 NUUANU AVE., SUITE 401
HONOLULU, HAWAII 96817

EXHIBIT B    F 0196

**Miyabara**Associates

LANDSCAPE ARCHITECTS & PLANNERS

December 15, 2001

**MEMORANDUM**

TO:         Terry Tusher, Stringer Tusher Architects (STA)

FROM:     Mike Miyabara

SUBJ:     **THE BLUFFS @ MAUNA KEA – DESIGN COMMITTEE REVIEW**

LOT:       Lot No. 6 – FEDERMAN RESIDENCE
             (Arch: Joel Laber, HGA, Landsc. Arch: Todd Cole/Greg Boyer)

In general, it appears that many of the previous review comments and concerns (Memo by BCA dated August 29, 2001) have not been satisfactorily addressed. The following are my review comments based on plans prepared by Laber, Cole and Boyer dated October 19, 2001 and received by STA on that same date.

SITE CONSTRUCTION
1. Variance is required for the driveway connection, per previous review.
2. Privacy wall exceeds 10' at the northeast corner and along the north boundary.
3. Variance required for proposed walls and improvements within the Special Setback Area.
4. Pool enclosure fence, if required, not indicated on plans.

LANDSCAPE
1. While the number of Coconuts has been reduced (primarily from the side yards), there is still an abundant number of specimens that may block views from mauka properties. The locations of the Coconuts represent a continuous mass of palms rather than clusters that would allow for view channels and planes. Suggest further reduction and clustering of Coconuts.
2. The 4 Monkeypod Trees are indicated to be maintained at 50' in height and exceeds the maximum building height. This species is considered a large canopy tree that has a normal mature height of 40-60' and a spread (canopy) of 60-100'. Suggest a different species be specified in place of the Monkeypod.
3. There are plantings proposed in the side yards that exceed the allowable 6' height. Included are:
   a. Hau (10-15')
   b. Pride of Barbados (8')
   c. Candle Stick Senna (to 12')
   d. Plumeria (15-18')
   e. Coconut

TEL. (808) 531-1306
FAX. (808) 533-6049
928 NUUANU AVE., SUITE 401
HONOLULU, HAWAII 96817

F 0197

IRRIGATION
1. Based on calculation provided on the plans, the water usage exceeds the allowable 1,500 gallons per day (gpd). As proposed, the water usage is approximately 1,628 gpd.
2. Further, these calculations do not appear to include an additional 10 stations of supplemental bubblers for trees and palms shown on sheet L-13.
3. There is no irrigation sub-meter indicated on the plan. Such a meter is required per the CC&R's and Design Requirements.

LANDSCAPE LIGHTING
1. There is a pathway light proposed within the project road R.O.W.

We recommend that the Landscape Plans be revised to address the above comments and re-submitted for review.

Please call me at (808) 531-1306 of fax at (808) 533-6049 if you have any questions.

F 0198