Bluffs - Federman
1.3 Cole



RECEIVED
JAN - 8 2002
STRINGER TUSHER & ASSOC.



T·O D D  R.  C O L E
LANDSCAPE ARCHITECTURE

## JOB MEMORANDUM

DATE:     January 7, 2002
TO:       Terry Tusher, Stringer Tusher Architects
FROM:     Elke Popp, Project Manager
PROJECT:  Federman, HI
RE:       Landscape Revisions

---

In response to your concerns regarding the Federman HI Landscape Plans, Todd R Cole Landscape Architecture took the following steps:

LANDSCAPE:
- On L-2, 3, 9, 11, 12 the stepping stones in the Right Of Way have been removed. The path now begins at the property line.
- The lawn areas between street and property line, as well as between terrace and pool terrace have been marked with a label "lawn".
- On the grading plan L-3 we revised the grading on the south side of the pool. By lowering the grade the pool wall and pool terrace walls can now function as 4' high barriers.

PLANTING:
- The number of Coconut Palm Trees has been reduced to 14 by taking out all Cocnuts in the terrace planters and moving clusters in the side yard to further open up view gaps.
- The Monkey Pod Trees will be maintained at 25' height per variance letter and the spread is indicated at 50'.
- We took out some of the Hau Trees and consolidated groupings of larger shrubs in the side yard plantings to avoid a wall-like effect.

**EXHIBIT C**

1715 POLK STREET · SAN FRANCISCO, CALIFORNIA 94109
WWW.TODDRCOLELA.COM · FAX (415) 885-3901 · TEL (415) 885-3900
CA LICENSE 3350

F 0181

**IRRIGATION:**
- For the irrigation we eliminated the tree bubblers and took out sheet L-13.
- Irrigation stations 1, 3, 5, 24, 25, 30, 31, 32, 34 have been adjusted to run 6.5 minutes twice a week reducing the total to 1484.5 GPD.
- Once the renaturalized area of Buffel Grass is established, stations 24, 25, 31 and 34 will be taken off the regular cycle and will only be used in extreme conditions.
- The Irrigation submeter will be located by Belt Collins, Civil Engineer.

**LIGHTING:**
- The path light within the Right Of Way has been removed. Path lights now start right at the property line.

I hope these revisions and comments sufficiently address your concerns and will help to get us favorable recommendations.

Sincerely,

*[signature]*

Elke Popp, Project Manager
Todd R Cole Landscape Architecture

F 0182