# Ashford & Wriston
A LIMITED LIABILITY LAW PARTNERSHIP LLP

RECEIVED
FEB - 8 2002
STRINGER TUSHER & ASSOC.

**DENNIS A. KRUEGER**
Tel: (808) 329-7706
Fax: (808) 329-7528
dkrueger@awlaw.com

February 7, 2002

Mr. and Mrs. Irwin Federman
360 Walsh Road
Atherton, California 94027

Re: The Bluffs at Mauna Kea Design Committee – Federman Residence, Lot 6

Dear Mr. and Mrs. Federman:

After a review of your submittal for final approval, the Design Committee of The Bluffs at Mauna Kea has granted its approval for commencement of construction.

Additionally, your request for variance was approved for the front yard driveway paving, special setback construction and monkey pod tree installation.

This tree approval is granted on the condition and understanding that all aggressive growth trees (monkey pods) will be installed with root barriers and that an annual tree maintenance/trimming agreement will be submitted to the Committee within 30 days.

If you should have any questions, please contact our design review consultants, David Stringer or Terry Tusher at Stringer Tusher Architects, Honolulu, Hawaii, (808) 531-5967.

Very truly yours,

ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

Dennis A. Krueger

cc: The Bluffs at Mauna Kea Design Committee
    Stringer Tusher Architects
    Joel Laber

| HONOLULU OFFICE | Street Address: | Tel: (808) 539-0400 | KAILUA-KONA OFFICE | Tel: (808) 329-7706 |
|---|---|---|---|---|
| Mailing Address: | Alii Place, Suite 1400 | Fax: (808) 533-4945 | Kuakini Tower, Suite 208 | Fax: (808) 329-7528 |
| Post Office Box 131 | 1099 Alakea Street | Email: atty@awlaw.com | 75-5722 Kuakini Hwy. | Email: konamail@awlaw.com |
| Honolulu, HI 96810 | Honolulu, HI 96813 | www.ashfordwriston.com | Kailua-Kona, HI 96740 | www.ashfordwriston.com |

EXHIBIT D    F 0569