## David Ayer

**From:** "David Ayer" <stringerarchitects@hawaii.rr.com>
**To:** "Bob Acree" <bobacree@attglobal.net>; "Mike Hartley" <mike@hartleyhawaii.com>; "JLElder" <jlelder@earthlink.net>; "Doug Leone" <Leone@sequoiacap.com>; "Anne/Bob Gunderson" <rvg9@comcast.net>
"Dennis A. Krueger" <dkrueger@awlaw.com>
**Sent:** Monday, June 21, 2004 8:45 PM
**Attach:** federman lndscp review 0620.doc; reddy cd review 0620.doc
**Subject:** Bluffs Desing Committee Meeting

Gentlemen:

Attached are the review comments for the Federman landscape construction modification submittal and the Reddy construction drawing submittal for your review. Mr. Irwin Federman had requested time to address the committee prior to its deliberations regarding this submittal. As we have allowed others to do so, I would recommend that he be allowed. However, without the Committee's acceptance, we have not yet notified him of tomorrow's meeting.

The agenda will be as follows:

1. Approval of last meeting minutes.
2. Federman Landscape Construction Modification Submittal.
3. Reddy Construction Drawing Submittal
4. Discussion of Kauna'oa Entry Feature Submission.
5. Discussion of Robertson - Mauna Kea drainage conflict.

Best Regards,

David Ayer
Stringer Architects

EXHIBIT H

7/1/2004
Bluffs-Federman/Reddy
1.1
F 0364

The Bluffs at Mauna Kea
Lot 6 - Federman Residence
Landscape Modifications
Submission Document: Boyer/Cole Drawings dated May 6, 2004

General Submission:

> The design submission is the same plan as submitted previously with additional sections and perspective for explanatory purposes with the exception of one coco palm that was already planted in the southwest corner of the property, and had been included in previous landscape drawings.
>
> The only items in question is the shrub and tree planting in the Special Setback Area, as the other landscape is in conformance with the design requirements. The Special Setback mauka boundary aligns with the mauka line of the sewer easement.

Comment:

> The current plan has reduced the number of coco palms on the Western Sunview side of the property within the Special Setback by two, has eliminated three Hau trees on the Reddy side of the property, has eliminated a number of spider Buttonwoods tree/shrubs along the Western Sunview property line, and reduced a number of shrub type materials on the Western Sunview side of the Special Setback Area.
>
> However, there remain plants that are not coco palms nor ground covers in the technical sense within the setback area. In many instances, the topography creates a situation that shrubs will not be visible or will act essentially as a ground cover, since the shrub will be in a lower recess with the shrub head coming up to the surrounding grade if at all. This is true for the shrubs that exist to the southwest and west of the pool area. These exist within lower areas below boulder retaining walls.
>
> The naupaka and natal plum in the vicinity of the Reddy property would not obstruct the view of the ocean from the Western Sunview property, and not be an obstruction if maintained at an acceptable height. The three Coccoloba Uvifera (sea grape), one Kentia Palm and the one Dwarf Variegated Hau tree are essentially in Western Sunview's view plane to the Gunderson yard, and would not obstruct a view to the ocean. The Spider lilies in this same area will be sufficiently low to not block any view plane.
>
> One Kentia Palm on the uphill side of the spa wall and the multi-trunk Hau tree on the Western Sunview side of the property may obstruct the ocean view from the Western Sunview property and should be eliminated. Likewise, the two Plumeria at the planters on the mauka side of the pool could obstruct the ocean view from Western Sunview, and an alternate planting should be considered. The Gardenia and Hibiscus shrubs on this side of the property will be sufficiently below the deck elevation of Western Sunview's home to not affect their view plane (WSV's deck elevation is 57 versus the ground elevation at the property line of 51).
>
> Some higher planting (shrubs vice ground cover) around the pool terrace would actually be beneficial to Western Sunview, as it would conceal the view of the pool area from the lanai, while not affecting the view to the ocean.

F 0365

Recommendation

Given the topography of the site and the relative elevation of the developed properties adjoining the Federman residence, we recommend an allowed variance in the Special Setback planting with the following exceptions:

- Delete the Kentia Palm and multi-trunk Hau tree on the uphill side of the spa wall surround. Allow in-fill of the Gardenia against the spa guardrail.
- The Hau, Kentia Palm and Sea Grape be replaced with a shrub of smaller stature to minimize the view plane hindrance into Reddy's yard from Western Sunview's lanai.
- The two Plumeria be removed and a lower shrub be proposed that would aid in concealing the pool area while not obstructing the ocean view from Western Sunview.