

DAVID
STRINGER
ARCHITECTS
LLC AIA

Suite 200 · 1100 Alakea Street · Honolulu, Hawaii 96813
tel. (808)531-5967 · fax. (808)526-1857 · email. dsarch@att.net

June 22, 2004

Mr. and Mrs. Irwin Federman
c/o Chun, Kerr, Dodd, Beaman & Wong, LLP.
745 Fort Street, 9th Floor
Honolulu, Hawaii 96813-3815

Attn.:  Mr. Andrew Beaman

Re:     The Bluffs at Mauna Kea
        Federman Residence - Lot 6
        Landscape Modification Submission

Dear Mr. and Mrs. Federman:

The Design Review Committee for the Bluffs at Mauna Kea Homeowners Association met 22 June 2004 to review the landscape modification submission dated 30 May 2004 for the landscape planting within the Special Setback area.

As stated previously in our 9 April 2004 letter, the Committee takes no exception to the landscape planting plan as proposed with the exception of the planting within the Special Setback area.

The current Committee has consistently only allowed the planting of coco palms and ground covers in the Special Setback area, as well as shrubs adjacent to walls on the down hill side provided the shrubs do not exceed the adjacent wall height. This would relate to the walls on the west and north west sides of your Pool Terrace. Naupaka has been the preferred choice of planting in this case. The six coco palms situated in the Special Setback Area are acceptable, as is the grass and other ground covers (approximately 12" or less in height).

The Committee appreciates your cooperation in seeking approval for the modifications made during construction, and your continued revision of the proposed work within the Special Setback. If you have any questions regarding this review, please do not hesitate to contact me or David Stringer at David Stringer Architects, the reviewing architect.

Very truly yours,

Stringer Architects, AIA, LLC.

David C. Ayer

EXHIBIT I

F 0361