

BLUFFS – DECEMBER 2004

EXHIBIT 3a

EXHIBIT K