

EXHIBIT L