

EXHIBIT M
EXHIBIT 69