CHUN, KERR, DODD, BEAMAN & WONG,
a Limited Liability Law Partnership

ANDREW V. BEAMAN    #2914-0
LEROY E. COLOMBE    #3662-0
JOSHUA A. WISCH     #7816-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: (808) 528-8200
Facsimile: (808) 536-5869
E-mail: abeaman@ckdbw.com
        lcolombe@ckdbw.com
        jwisch@ckdbw.com

Attorneys for Defendants
IRWIN FEDERMAN and
CONCEPCION S. FEDERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100, JANE DOES 1-100, DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>    Defendants. | Case No. CV03-00463 JMS/LEK<br><br>IRWIN FEDERMAN AND CONCEPCION S. FEDERMAN'S MOTION TO ENFORCE SETTLEMENT AGREEMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF ANDREW V. BEAMAN; DECLARATION OF IRWIN FEDERMAN; DECLARATION OF ROBERT FROST; INDEX OF EXHIBITS; EXHIBITS A-X<br><br>**HEARING:**<br>**Date:**<br>**Time:**<br>**Judge:**<br><br>Trial Date: **December 5, 2006** |

DEFENDANTS IRWIN FEDERMAN AND CONCEPCION S. FEDERMAN'S
MOTION TO ENFORCE SETTLEMENT AGREEMENT

Come now Defendants Irwin Federman and Concepcion S. Federman (the "Federmans"), by their attorneys, Chun, Kerr, Dodd, Beaman & Wong, and move this Court for an order:

104839.5

(1) finding that Plaintiffs WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS breached that certain Settlement and Release Agreement entered into by the Federmans and Plaintiffs dated October 7, 2005 (the "Settlement Agreement") which was confirmed and approved by this Court in its Order entered herein on January 10, 2006;

(2) striking from the record the Declarations of James Reinhardt dated January 4, 2006 and July 17, 2006, as having been filed in violation of the Settlement Agreement;

(3) enjoining Plaintiffs from filing any document which makes any claim that the Federmans' improvements, including but not limited to their landscaping in the condition it existed as of October 7, 2005, do not conform to the recorded Declaration of Protective Covenants, Conditions and Restrictions for the Bluffs at Mauna Kea and the unrecorded Design and Construction Requirements for Homes promulgated thereunder; and

(4) for an award of sanctions against Plaintiffs, including without limitation an award of the Federmans' attorneys fees and costs incurred to prosecute this motion.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and LR 7.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is supported by the attached memorandum of law, declaration of counsel and exhibits, and the records and files herein.

DATED: Honolulu, Hawaii, July 26, 2006.

/S/ANDREW V. BEAMAN
ANDREW V. BEAMAN
LEROY E. COLOMBE
JOSHUA A. WISCH
Chun, Kerr, Dodd, Beaman & Wong,
a Limited Liability Law Partnership

Attorneys for Defendants
IRWIN FEDERMAN and
CONCEPCION S. FEDERMAN