CHUN, KERR, DODD, BEAMAN & WONG,
 a Limited Liability Law Partnership

ANDREW V. BEAMAN     #2914-0
LEROY E. COLOMBE     #3662-0
JOSHUA A. WISCH      #7816-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
E-mail: abeaman@ckdbw.com
        lcolombe@ckdbw.com
        jwisch@ckdbw.com

TOM PETRUS & MILLER
 a Limited Liability Law Company
MARK B. DESMARAIS    #3286-0
1164 Bishop Street, Suite 650
Honolulu, Hawaii 96813
Telephone: (808) 792-5800
Facsimile: (808) 792-5809
E-mail: mdesmarais@tpm-hawaii.com

Attorneys for Defendants
IRWIN FEDERMAN and CONCEPCION S. FEDERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IRWIN FEDERMAN, et al., <br><br> Defendants. | Case No. CV03-00463 DAE/LEK <br><br> DECLARATION OF ROBERT FROST; EXHIBIT A |

DECLARATION OF ROBERT FROST

1.  I am ROBERT FROST. I am a landscape contractor duly licensed in the State of Hawaii. I am the owner of Robert Frost Landscaping, Inc., which was the landscape contractor of

104968.3

record for the home owned by Irwin and Concepcion Federman on Lot 6 of the Bluffs at Mauna Kea. I was personally responsible for and oversaw the installation of the landscaping at the Federmans' property. I have personal knowledge of the following facts.

2. I am familiar with the Federmans' landscaping plans. The Federmans' landscaping as it exists today was installed in conformity to the revised planting plan dated May 6, 2004 prepared by the Federmans' landscape architect, Greg Boyer Hawaiian Landscapes, Inc., which I understand to be the final planting plan approved by the Design Committee for the Bluffs at Mauna Kea. A true and exact copy of that revised planting plan is attached as *Exhibit A*.

3. The landscaping on the Federmans' property was installed in stages. My company planted three coconut palms in the Southwest portion of the property in or about early 2003. There was then a delay in planting additional landscaping which I understood to have been caused by the Federmans' efforts to modify their landscaping in order to please Mr. and Mrs. Hands, their neighbors to the South. We were then directed to complete the installation of the landscaping, and our work was finished by the end of 2004, except for some understory plantings which do not affect views from other properties.

4. I live in Waikoloa and I am familiar with the condition of the Federmans' property as it exists today. I last visited the Federmans' property on Friday, July 21, 2006. Except for the understory plantings referred to above, and except for the fact that the trees and plants we planted have grown and

filled in naturally over the past 18 months, the Federmans' landscaping, including the coconut palm trees and the silver buttonwood trees along the south side of the Federmans' property, are in the same condition today as they were in approximately December, 2004.

5. I have reviewed the Declaration of James Reinhardt dated July 17, 2006. Mr. Reinhardt's statement in paragraph 6 that he believes that at least 6 new coco palms and a new cluster of silver buttonwoods are in the special setback area of the Federmans' property is not correct. As shown by comparing the location of the Special Setback line in Exhibit C to the Reinhardt declaration to the attached landscaping plan, none of the silver buttonwoods, and none of the four coconut palm trees in the foreground, marked with numbers 1, 2, 6 and 8 in Exhibit D to Mr. Reinhardt's declaration, are planted in the special setback area. We have not planted any new trees on the Federmans' property since we completed the project in approximately December, 2004.

I, ROBERT FROST, do declare under penalty of law that the foregoing is true and correct.

DATED: Waikoloa, Hawaii, July 26, 2006

_____
ROBERT FROST