IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100, JANE DOES 1-100, DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>　　　　　Defendants. | Case No. CV03-00463 JMS/LEK<br><br>INDEX TO EXHIBITS |
|---|---|

**INDEX TO EXHIBITS**

| EX. NO. | DESCRIPTION | AUTHENTICATION |
|---|---|---|
| Ex.A | Federmans' approved landscaping plan (sheet L-13, revised planting plan as of 5/6/04) | Beaman Decl. ¶8<br>Federman Decl. ¶13<br>Frost Decl. ¶2 |
| Ex.B | Settlement and Release Agreement dated October 7, 2005, between Irwin and Concepcion Federman, on the one hand, and Guy and Julia Hands and Western Sunview Properties, LLC, on the other | Beaman Decl. ¶4 |
| Ex.C | e-mail exchange between counsel | Beaman Decl. ¶7 |
| Ex.D | Aerial photographs of the property taken by Plaintiffs in December, 2004 | Beaman Decl. ¶10 |

105049.1

| EX. NO. | DESCRIPTION | AUTHENTICATION |
|---|---|---|
| Ex.E | Photographs taken by Michael Stewart of Molten Images Photograph on March 8, 2005 | Beaman Decl. ¶11 |
| Ex.F | First Amended Complaint; Demand for Jury Trial; Certificate filed herein on April 27, 2004 | Beaman Decl. ¶12 |
| Ex.G | Plaintiff Western Sunview Properties, LLC's Second Amended Response to Defendants Irwin Federman and Concepcion S. Federman's First Request for Answers to Interrogatories to Plaintiff Western Sunview Properties, LLC dated September 5, 2003 | Beaman Decl. ¶13 |
| Ex.H | Plaintiffs' Rule 26 Supplementation filed herein on September 15, 2004 | Beaman Decl. ¶14 |
| Ex.I | Declaration of James Reinhardt dated January 4, 2006, filed as Ex. 152 by Plaintiffs herein on January 5, 2006 as part of Plaintiffs' Exhibits 1 to 152 to their Four Separate Concise Statements of Fact in Opposition to Mauna Kea and Mauna Kea Community Association's Motion for Summary Judgment; Declaration of Terrance M. Revere, along with the cover page thereto | Beaman Decl. ¶15 |
| Ex.J | Declaration of James Reinhardt dated July 17, 2006, which was attached as Exhibit 21 to the Declaration of Terrance M. Revere filed herein on July 17, 2006 | Beaman Decl. ¶16 |
| Ex.K | Landscaping plans (planting plan sheet L-9) dated October 19, 2001 | Federman Decl. ¶4 |
| Ex.L | Letter dated June 16, 2003 to Dennis A. Krueger, Esq. from Andrew V. Beaman | Beaman Decl. ¶17 |
| Ex.M | Landscape plan (sheet L-13) dated January 15, 2004 | Beaman Decl. ¶18 |
| Ex.N | Letter dated January 30, 2004, to Mr. Stringer from Andrew V. Beaman regarding the landscape planting plans | Beaman Decl. ¶19 |
| Ex.O | Letter dated March 23, 2004, to Ms. Renee Catian from Laura E. Warfield regarding additional documents available for production | Beaman Decl. ¶20 |

105049.1

| EX. NO. | DESCRIPTION | AUTHENTICATION |
|---|---|---|
| Ex.P | Letter dated May 18, 2004, to Mr. David Stringer from Andy Beaman regarding approval by the committee of the Federmans' final Landscaping Plan, sheet L-13 of the landscaping plans prepared by Greg Boyer Landscaping, Inc. dated May 6, 2004 (F027475-76) | Beaman Decl. ¶21 |
| Ex.Q | Letter dated May 24, 2004, to Ms. Renee Catian from Laura E. Warfield regarding additional documents available for production | Beaman Decl. ¶22 |
| Ex.R | Memorandum dated May 25, 2004, to New Tech from Laura E. Warfield regarding copying of documents (F 027416-F027484) and delivery of same to Rene Catian of Motooka, Yamamoto & Revere | Beaman Decl. ¶23 |
| Ex.S | Letter dated June 22, 2004, to Mr. and Mrs. Irwin Federman from the Design Committee giving its unqualified approval of the final landscaping plans | Beaman Decl. ¶24 |
| Ex.T | May, 2004 photograph filed herein on August 5, 2004 as Exhibit 69 to Plaintiffs' CSOF | Beaman Decl. ¶25 |
| Ex.U | Rendering showing view from WSP property under approved landscaping plan. (Submitted to the Court as Exhibit 48 to Defendants Irwin Federman and Concepcion S. Federman's Concise Statement of Facts in Support of Motion for Summary Judgment filed herein on July 20, 2004) | Beaman Decl. ¶26 |
| Ex.V | Declaration of Robert Glazier dated July 16, 2004, (attached to Defendants Irwin Federman and Concepcion S. Federman's Concise Statement of Facts in Support of Motion for Summary Judgment filed herein on July 20, 2004) | Beaman Decl. ¶27 |
| Ex.W | Declaration of Raymond Neal dated July 14, 2004 (attached to Defendants Irwin Federman and Concepcion S. Federman's Concise Statement of Facts in Support of Motion for Summary Judgment filed herein on July 20, 2004) | Beaman Decl. ¶28 |

| EX. NO. | DESCRIPTION | AUTHENTICATION |
|---------|-------------|----------------|
| Ex.X | Transcript of deposition upon oral examination of Loriann Gordon taken herein on December 12, 2003 (excerpts) | Beaman Decl. ¶9 |

105049.1