# EXHIBIT C

From:     Andy Beaman
To:       Denelle Dixon-Thayer
Date:     10/7/2005 1:12:29 AM
Subject:  Re: agreement

Denelle,

As you can guess from the fact that I'm responding to you at this hour, neither of us has a life.

Subject to approval by my client, you have a deal.

Best regards,

Andy

>>> "Denelle Dixon-Thayer" <ddixon-thayer@flk.com> 10/06/05 11:30 PM >>>
Andy:

I was in meetings all day today - which is why I have been here all
night tonight! - my apologies for not getting this to you earlier.

As to the County, the County agreed to dismiss without prejudice and
the stipulation has already been signed by the County. Given the
language below, neither WSP nor the Hands can make any claim concerning
the improvements to Lot 6, so I don't see why it would matter.

I have a few other comments on the draft agreement that you sent me but
they are minor. If we get this paragraph worked out, then I think we
can get the deal signed by next week. I am supposed to be out of the
office tomorrow on vacation - even if that happens, I will be checking
email.

How about this:

In further consideration of this Agreement, WSP, the
Hands and the Federmans hereby covenant and agree that they shall make
no claim in any legal or administrative action that the improvements
(including the landscaping in the condition that it exists on on either
property as of the date of this Agreement) constructed by the Federmans
on Lot 6 or by WSP on Lot 5
(as of the date of this Agreement) do not conform to any
laws, codes, ordinances and regulations, or to the recorded
Declaration
of Protective Covenants, Conditions and Restrictions for the Bluffs at
Mauna Kea (the "Declaration") and the unrecorded Design and
Construction
Requirements for Homes promulgated thereunder, and that they shall
take
no action seeking to change, modify, remove, alter, or reconstruct any
such improvements (including the landscaping in the condition that it
exists on
either property as of the date of this Agreement); provided that WSP
and the
Hands shall be free to pursue a claim for damages only against the
Bluffs Community Association, Mauna Kea Properties, Inc., and Mauna
Kea

**EXHIBIT C**

Development Corp. as pled in the Lawsuit.

Denelle Dixon-Thayer
ddixon-thayer@flk.com
Folger Levin & Kahn LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
(415) 986-2800

The confidential message above is
intended for the designated recipient(s)
only and may contain privileged attorney-client
communications

**CC:** Joshua Wisch;  Leroy Colombe;  Terry@myrhawaii.com