# EXHIBIT D

LOVE & NARIKIYO
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
CHUCK T. NARIKIYO  4823-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. (808) 546-7575
Fax No. (808) 546-7070

MOTOOKA YAMAMOTO & REVERE
A LIMITED LIABILITY LAW CORPORATION

TERRANCE M. REVERE 5857-0
JACQUELINE E. THURSTON 7217-0
JASON P. HEALEY 8068-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910

Attorneys for Appellant

BOARD OF APPEALS

COUNTY OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, )<br><br>          Appellant, )<br><br>    vs. )<br><br>COUNTY OF HAWAII DIRECTOR OF PUBLIC WORKS, )<br><br>          Appellee, )<br>_____ ) | CASE NO. BOA 04-025<br><br>APPELLANT WESTERN SUNVIEW PROPERTIES, LLC'S AMENDED EXHIBIT LIST; EXHIBITS 33 THRU 35; CERTIFICATE OF SERVICE<br><br>**HEARING SET:**<br>**DATE:**     **Fri., 01/14/05**<br>**TIME:**     **10:00 a.m.** |

**EXHIBIT D**

## APPELLANT WESTERN SUNVIEW PROPERTIES, LLC'S
## AMENDED EXHIBIT LIST

Appellant Western Sunview Properties, LLC, hereby submits the following amended exhibit list. The list is identical to that submitted to the Board on September 5, 2005, with the addition of Exs. 33, 34, and 35, which are attached hereto. This amendment is made pursuant to BOA Rule 2-4(e).

1.    Subdivision Plan for the Bluffs at Mauna Kea, dated October 10, 1996 half size).

2.    Photographs taken of the Bluffs at Mauna Kea in 2001.

3.    Photographs taken of the Bluffs at Mauna Kea in 2004.

4.    Statement of Paul Rosendahl, Ph.D., Statement 2495-010305, dated January 3, 2005.

5.    Report 1405-091597 of Paul Rosendahl Ph.D., dated September 1997, entitled *"Phase III — Site Preservation Plan Archaeological Mitigation Program, The Bluffs at Mauna Kea"* describing, e.g., the importance of historical site 5630, and amendments.

6.    Information re County of Hawaii, Department of Public Works: 2004 Building Permits issued during the week of 10/17/2004 - 10/23/2004, including those issued to Lot 5.

7.    Plans for construction for Lot 4 at the Bluffs at Mauna Kea (half size).

8.    Excerpts of deposition of Guy Hands, Manager of Western Sunview Properties, owner of Lot 5.

9.    Excerpts of deposition of Julia Hands, Manager of Western Sunview Properties, owner of Lot 5.

10.   Rendering of a view from the makai side of the Leone property from the viewpoint of someone positioned on the nature trail along the coast, assuming that the pool, retaining wall, and related construction on Lot 4 is completed in accordance with the plans on file with the County of Hawaii Building Department. (In addition to the ones that may be submitted on January 7, 2004, we may have an enlargement of this rendering for the hearing.)

# BLUFFS - DECEMBER 2004

EXHIBIT 3a



BLUFFS — DECEMBER _004



