# EXHIBIT H

LOVE & NARIKIYO
A Limited Liability Law Company
CHAD P. LOVE  1617-0
CHUCK T. NARIKIYO  4823-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  love@lava.net

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation
TERRANCE M. REVERE  5857-0
BRIAN A. BILBERRY  7260-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email address:  terry@myrhawaii.com

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 15 2004

at 7 o'clock and 14 min __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al.,<br><br>       Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN, et al.,<br><br>       Defendants. | CIVIL NO. CV03-00463DAE/LEK<br>(Other Civil Action, Declaratory Judgment)<br><br>PLAINTIFFS' RULE 26(e) SUPPLEMENTATION OF DISCLOSURES AND RESPONSES; CERTIFICATE OF SERVICE<br><br>[Trial Set: 04/19/05] |

**EXHIBIT H**

## PLAINTIFFS' RULE 26(E) SUPPLEMENTATION
## OF DISCLOSURES AND RESPONSES

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, and the Parties' Planning Meeting held on July 8, 2004, Plaintiffs hereby submit their Supplementation of Disclosures and Responses. Plaintiffs reserve the right to amend or to supplement their disclosures and discovery as needed under the applicable rules or orders of the Court.

### A. Witnesses

The following witnesses:

(1)   Custodian of Records or other representative of
      Title Guaranty Escrow & Title Services
      235 Queen Street
      Honolulu, HI 96814

      Records, sales prices, and other information re purchases of property at The Bluffs at Mauna Kea.

(2)   Custodian of Records or other representative of
      State of Hawaii Bureau of Conveyances
      1151 Punchbowl Street
      Honolulu, HI 96814

      Records, files, sales prices, and other information re purchases of property at The Bluffs at Mauna Kea; tax information and reporting requirements.

(3)  Custodian of Records or other representative of
State of Hawaii Department of Taxation
1151 Punchbowl Street
Honolulu, HI 96814

Records, files, sales prices, and other information re purchases of property at The Bluffs at Mauna Kea; tax information and reporting requirements.

(4)  Custodian of Records, Jane Grishan, or other representative of
County of Hawaii
1151 Punchbowl Street
Honolulu, HI 96814

Records, files, sales prices, and other information re purchases of property at The Bluffs at Mauna Kea; tax information and reporting requirements; records relating to and any tax appeals relating to Lot 6 at The Bluffs at Mauna Kea.

### B. Exhibits

(1)  Handwritten letter from Irwin Federman to County of Hawaii, Real Property Assessment Division (Exhibit 98 to Plaintiffs' Concise and Separate Statement of Facts in Opposition to Federmans' Motion for Summary Judgment/in support of Plaintiffs' Counter-Motion for Summary Judgment, filed August 5, 2004).

(2)  Handwritten letter from Irwin Federman to Ms. Jane Grishan, Real Property Department, Director of Finance (Exhibit 98 to Plaintiffs' Concise and Separate Statement of Facts in Opposition to Federmans' Motion for Summary

-3-

Judgment/in support of Plaintiffs' Counter-Motion for Summary Judgment, filed August 5, 2004).

(3) Conveyance Tax Certificate for TMK 6-2-014-006 (Lot #6 at The Bluffs at Mauna Kea, owned by Irwin and Concepcion Federman), dated January 27, 1999 (Exhibit 99 to Plaintiffs' Concise and Separate Statement of Facts in Opposition to Federmans' Motion for Summary Judgment/in support of Plaintiffs' Counter-Motion for Summary Judgment, filed August 5, 2004).

(4) Sales contracts and addenda for sales of all lots at The Bluffs at Mauna Kea.

(5) All documents produced by Defendant County of Hawaii in this case.

DATED: Honolulu, Hawaii, SEP 1 5 2004.

CHAD P. LOVE
CHUCK T. NARIKIYO
BARBARA J. KIRSCHENBAUM
and
TERRANCE M. REVERE
BRIAN A. BILBERRY
JACQUELINE E. THURSTON

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IRWIN FEDERMAN, et al., <br><br> Defendants. | CIVIL NO. CV03-00463DAE/LEK <br> (Other Civil Action, Declaratory Judgment) <br><br> CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following persons via the United States Postal Service, postage prepaid, at the addresses indicated on ___SEP 1 5 2004___:

      ANDREW V. BEAMAN, ESQ.
      LEROY E. COLOMBE, ESQ.
      IVER N. LARSON, ESQ.
      745 Fort St., 9th Flr.
      Honolulu, HI 96813
          and
      MARK B. DESMARAIS, ESQ.
      1164 Bishop St., Ste. 650
      Honolulu, HI 96813
      (Attorneys for Defendants Irwin Federman
        and Concepcion S. Federman)

J. DOUGLAS ING, ESQ.
BRIAN A. KANG, ESQ.
EMI L.M. KAIMULOA, ESQ.
999 Bishop St., 23rd Flr.
Honolulu, HI 96813
(Attorneys for Defendants Mauna Kea
  Properties, Inc. and Mauna Kea Development Corp.)

SIDNEY K. AYABE, ESQ.
RONALD SHIGEKANE, ESQ.
2500 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
(Attorneys for Defendant The Bluffs at Mauna
  Kea Community Association)

JOSEPH K. KAMELAMELA, ESQ.
BOBBY JEAN LEITHEAD-TODD, ESQ.
Deputy Corporation Counsel
County of Hawaii
101 Aupuni St., Ste. 325
Hilo, HI 96720
(Attorneys for County of Hawaii)

DATED: Honolulu, Hawaii, SEP 1 5 2004 _____.

_____
CHAD P. LOVE
CHUCK T. NARIKIYO
BARBARA J. KIRSCHENBAUM
    and
TERRANCE M. REVERE
BRIAN A. BILBERRY
JACQUELINE E. THURSTON
Attorneys for Plaintiffs