# EXHIBIT I

FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (pro hac vice)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email address: ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Company

TERRANCE M. REVERE 5857-0
JACQUELINE E. THURSTON 7217-0
BRIANNE L. ORNELLAS 8376-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax. No. (808) 532-7910
Email address: terry@myrhawaii.com

Attorneys for Plaintiffs.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 5 2006

at 7 o'clock and 14 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>                    Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br>                    Defendants. | CIVIL NO. CV03-00463 JMS/LEK (Other Civil Action, Declaratory Judgment)<br><br>PLAINTIFFS' EXHIBITS 1 TO 152 TO THEIR FOUR SEPARATE CONCISE STATEMENTS OF FACTS IN OPPOSITION TO MAUNA KEA AND MAUNA KEA COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF TERRANCE M. REVERE<br><br>**HEARING:**<br>Date:        January 23, 2006<br>Time:              9:45 a.m.<br>Judge:    Hon. J. Michael Seabright |

**VOLUME V OF V**
**EXHIBITS 126 TO 152**

**EXHIBIT I**

## DECLARATION OF JAMES REINHARDT

I make the following declaration on the basis of personal knowledge and under penalty of perjury.

1. At the time of the initial summary judgment ruling in this case there were only three palm trees at issue in the Federman Special Setback Area.

2. There are now many more palm and other trees in the Federman Special Setback Area even though the Committee claims that it has a rule prohibiting landscaping in excess of 30 inches in the Special Setback Area.

3. In my opinion the added trees clearly obstruct the view of the ocean from Lot 5 and that the recently constructed hardscape structures on Lot 6 (the pool, pool terrace and accessory structures) in the foreground of the view from Lot 5 significantly impact the view in what was supposed to be a structure free zone.

James Reinhardt _[signature]_

Dated _4 Jan '06_

**EXHIBIT 152**