# EXHIBIT J

FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email address: ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE 5857-0
BRIANNE L. ORNELLAS 8376-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address: terry@myrhawaii.com

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS, <br><br> Plaintiffs, <br><br> vs. <br><br> IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT | Civil No. 03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action) <br><br> (*caption continued*) |

**EXHIBIT J**

| MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100, | **DECLARATION OF JAMES REINHARDT** |
|---|---|
| Defendants. | |

## DECLARATION OF JAMES REINHARDT

I, James Reinhardt, declare as follows:

1.      I am an architect, registered in the State of Hawaii since 1970.

2.      I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

3.      I have been to the Western Sunview Properties residence, located on Lot 5 at The Bluffs at Mauna Kea, on several occasions.  Of particular interest are my visits of April 5, 2004 and January 6, 2006.  On those occasions, I took photographs from Lot 5 looking northward over Lot 6, the Federman's property.  I took the photographs from the same location and the photographs cover the same area.

4.      Because of the wide angle of the scene, the area of interest requires two photographs, side by side.  I have pieced the two photographs

2

together with a computer program, Nikon View-Panorama, to form a single panorama view. The photographs are otherwise unaltered. Attached hereto as **Exhibit A** is a true and accurate copy of the panorama view formed from my photographs of April 5, 2004. Attached hereto as **Exhibit B** is a true and accurate copy of the panorama view formed from my photographs of January 6, 2006.

5.    The special setback area line on the Federman property is between the house and the swimming pool. This line is shown in the document attached hereto as **Exhibit C**.

6.    By viewing the two panorama views, it is clear that several new trees have been planted in the special setback area of the Federmans' property. In order to determine the exact number of new trees in the special setback area, I would have to visit the site, lay out the special setback line and the property lines, and examine the location of the new trees. I believe, however, that at least 6 new coco palms and a new cluster of what I understand are silver buttonwoods are in the special setback area of the Federmans' property. Even more new trees or shrubs may have been installed.

7.    Attached hereto as **Exhibit D** is a true and accurate copy of an annotated version of the panorama view formed from my photographs of

3

January 6, 2006. This version has been annotated to mark as "NEW" those trees that are not in the photographs taken on April 5, 2004. What I understand to be the new silver buttonwood is marked with the number 3. What I believe are the six new palm trees located in the special setback area are marked with the numbers 4 through 9.

    I, James Reinhardt, do declare under penalty of law that the foregoing is true and correct.

DATED: ___JULY 17___, Hawai'i, July 17 , 2006,

___James Reinhardt___
James Reinhardt

4204630001\505135.1

# EXHIBIT A



# EXHIBIT B

53-Lot 6 from Lot 5.jpg



# EXHIBIT C



# EXHIBIT D

53- Lot 6 from Lot 5.jpg