# EXHIBIT K

# FEDERMAN RESIDENCE

KAMUELA, HAWAII



**TODD R. COLE**
LANDSCAPE ARCHITECTURE
1715 POLK STREET
SAN FRANCISCO CA 94109
WWW.TODDRCOLELA.COM
FAX (415) 885-3901
TEL (415) 885-3900

## CONSULTANTS

| | |
|---|---|
| ARCHITECT: | HILL GLAZIER ARCHITECTS<br>925 ALMA STREET<br>PALO ALTO, CA 94301<br>PH: 650/617-0366 |
| INTERIOR DESIGNER | THE WISEMAN GROUP<br>636 SAN BRUNO AVENUE<br>SAN FRANCISCO, CA 94107<br>PH: 415/282-2880 |
| STRUCTURAL ENGINEER | WILLIAM BLAKENEY, INC.<br>315 ULUNIU STREET, SUITE 202<br>KAILUA, HI 96734-2523<br>PH: 808/261-4900 |
| CIVIL ENGINEER | BELT COLLINS<br>680 ALA MOANA BLVD., FIRST FLOOR<br>HONOLULU, HI 96813-5406<br>PH: 808/521-5361 |
| GEOTECHNICAL ENGINEER | SOUTH PACIFIC GEOTECHNICAL INC.<br>5869 SOUTH KYRENE RD., SUITE 5<br>TEMPE, AZ 85283<br>PH: 480/752-1074 |
| LIGHTING CONSULTANT | ROBERT TRUAX LIGHTING DESIGN<br>418 PETALUMA AVE.<br>SEBASTOPOL, CA 95472<br>PH: 707/829-8188 |
| LANDSCAPE CONTRACTOR | GREG BOYER-HAWAIIAN LANDSCAPES, INC.<br>47-410 PULAMA RD.<br>KANEOHE, HI 96744<br>PH: 808/239-8264 |

CONSTRUCTION DOCUMENTS
JULY 17, 2001

SUBMITTAL SET
OCTOBER 19, 2001

## SHEET TITLE

| | |
|---|---|
| L-0 | COVER SHEET |
| L-1 | NOTES AND ABBREVIATIONS |
| L-2 | LAYOUT PLAN |
| L-3 | GRADING PLAN |
| L-4 | CONSTRUCTION DETAILS |
| L-5 | CONSTRUCTION DETAILS |
| L-6 | CONSTRUCTION DETAILS |
| L-7 | CONSTRUCTION DETAILS |
| L-8 | CONSTRUCTION DETAILS |
| L-9 | PLANTING PLAN |
| L-10 | PLANTING DETAILS |
| L-11 | LANDSCAPE LIGHTING PLAN |
| L-12 | IRRIGATION PLAN |
| L-13 | IRRIGATION PLAN |

**EXHIBIT K**



L-0

