# EXHIBIT M



LANDSCAPE MASTER PLAN — FEDERMAN RESIDENCE, THE BLUFFS AT MAUNA KEA - LOT 6, SOUTH KOHALA, HAWAII. REVISED PLANTING PLAN. Current Date: January 15, 2004. Design by: Todd R. Cole. CAD Drawing by: Anna S. Yorba. Scale: 1/8" = 1'-0". Sheet L-13. EXHIBIT M.