# EXHIBIT N

ANDREW V. BEAMAN
ANDREW R. BUNN
LEROY E. COLOMBE
RAY K. KAMIKAWA
DANTON S. WONG

GEORGINA W. Y. KWAN
IVER N. LARSON
KALEEN S. H. MIYASATO
KARA B. MORAN
ADRIENNE S. YOSHIHARA

# CHUN, KERR, DODD, BEAMAN & WONG
A LIMITED LIABILITY LAW PARTNERSHIP
FORT STREET TOWER, TOPA FINANCIAL CENTER
745 FORT STREET, 9TH FLOOR
HONOLULU, HAWAII 96813-3815
TELEPHONE (808) 528-8200
FACSIMILE (808) 536-5869
www.ckdbw.com

SENIOR COUNSEL:
EDWARD Y. C. CHUN
WILLIAM H. DODD

OF COUNSEL:
ANDREW W. CHAR
BURNHAM H. GREELEY
ALLEN H. SAKAI

GEORGE L. T. KERR
1933-1998
GREGORY P. CONLAN
1945-1991

January 30, 2004

Mr. David Stringer
Stringer Architects
1100 Alakea Street, Suite 200
Honolulu, HI 96813

Re:    Federman Residence, Lot 6, Bluffs at Mauna Kea

Dear Mr. Stringer:

As you know, this firm represents Irwin and Concepcion Federman, owners of Lot 6 at the Bluffs at Mauna Kea. On their behalf, we request that the design committee for the Bluffs at Mauna Kea approve certain changes to their architectural and landscaping plans, as set forth in greater detail in this letter and in the attached plans.

At the outset, we should address the suggestion that the Federmans did not receive approval from the design committee for their landscaping plans.

By letter dated May 23, 2001, the design committee gave preliminary approval of the Federmans' plans, including landscaping plans. Several months later, landscape architects Todd Cole and Greg Boyer submitted to the committee revised plans dated October 17, 2001, which were received by your firm on October 19, 2001. The index to the cover sheet of those plans, which was produced to us by your office, is marked "approved Final Construction." That notation was made by Mr. Tusher at the time the design committee approved the plans.

In December 2001, the design committee's consultants expressed certain concerns about the landscaping plans. In response to those concerns, a revised planting plan (sheet L-9) was submitted to your firm. That plan is also dated October 17, 2001 but it is marked with an STA "received" stamp dated January 8, 2002.

By letter dated February 7, 2002, Mr. Krueger advised the Federmans that the design committee had approved their submittal.

Your firm has repeatedly acknowledged that the landscape planting plan was in fact approved. In April 2003, Mr. Laber asked Mr. Tusher to send him copies of the approved landscaping plans. In response to that request, Mr. Tusher sent him sheet L-9 with the January 8, 2002 STA "received" stamp. Also, in an e-mail dated September 2, 2003, Mr. Ayer acknowledged that the October 19, 2001, planting plan was the approved landscaping plan.

## EXHIBIT N

F 027211

CHUN, KERR, DODD, BEAMAN & WONG
A LIMITED LIABILITY LAW PARTNERSHIP

Mr. David Stringer
January 30, 2004
Page 2

In reliance on the design committee's approval, the Federmans' landscape contractor has begun work. Three coconut trees were planted in the special setback area, almost a year ago, in conformity to the approved plan.

At our January 7 meeting, Don Vita indicated that he would be willing to recommend certain changes to the Federmans' landscaping plans and you agreed to recommend approval of those changes to the design committee. You advised us that you could not guarantee the committee's approval of those changes, since you act only as consultant to the committee. Obviously, we hope that the approval of the landscaping changes that you and Don discussed will render moot the issue of whether plans had been approved in the past.

At the January 7 meeting, we also informed you that we had been instructed to present certain architectural changes to the design committee for its approval. These architectural changes are minor in nature and consist largely of changes to the interior of the residence which may be of little or no interest to the committee. However, out of an abundance of caution, we have advised the Federmans to submit the changes to the committee with the expectation that they should not be controversial.

Accordingly, we now submit the enclosed proposed changes to the design committee for its approval, pursuant to section 7.2.1(d) of the Design Requirements. This request is made without waiver of any of the Federmans' rights, including their right to complete construction of the project in conformity to the plans that were previously approved by the committee. All rights of the Federmans are expressly reserved.

A detailed description of the requested landscaping and architectural changes follows.

## ARCHITECTURAL CHANGES

Enclosed herewith are seven copies of a bulletin log with Bulletins 2D and 17A through 43, along with separate copies of Bulletin 44. These bulletins include all changes made since the Federmans' last submission to the design committee.

Also enclosed are seven copies of a roll of drawings: the first three sheets (A-1.2, A-1.3 and A-1.4) show the locations of all of the changes (indicated by clouding); the remaining drawings are for specific bulletins. (For some bulletins, full-size drawings were not necessary, but small sketches were included in the bulletin log.) The roll of drawings consists of the following sheets:

F 027212

CHUN, KERR, DODD, BEAMAN & WONG
A LIMITED LIABILITY LAW PARTNERSHIP

Mr. David Stringer
January 30, 2004
Page 3

A-1.2, A-1.3 and A-1.4 (Issued for Construction Set, 3/22/02);

A-0.6 (Issued for Bulletin #31, 2/18/03);

LD-4.0, LD-4.1, LD-4.2, LD-4.3, LD-4.4, LD-4.5, LD-4.6, LD-4.7 and LD-4.8 (Issued for Revisions, 6/17/03, Bulletin #38);

I-6.0, I-6.1, I-6.3, I-6.5, I-6.6, I-6.7, I-6.14, I-9.1 and I-9.2 (Issued for Construction, 1/22/03, Bulletin #29);

I-6.0 (Issued for Bulletin #30, 2/12/03);

I-6.1, I-6.2, I-6.3, I-6.8, I-6.10, I-6.11, I-6.12, I-6-14, I-9.3.1, I-9.7, I-9.9 and I-9.10 (Issued for Construction, 2/7/03);

I-2.1, I-2.2, I-2.3, I-2.4, LD-4.0, LD-4.1, LD-4.2, LD-4.3, LD-4.4, LD-4.6, LD-4.5, LD-4.7 and LD-4.8 (Issued for Revisions, 11/7/02, Bulletin #23); and

I-6.0, I-6.1, I-6.2, I-6.3, I-6.4, I-6.5, I-6.6, I-6.7, I-6.8, I-6.9, I-6.10, I-6.11, I-6.12, I-6.13, I-6.14, I-9.1, I-9.2, I-9.3, I-9.3.1, I-9.4, I-9.5, I-9.7, I-9.8, I-9.9 and I-9.10 (Issued for Construction, 2/24/03, Bulletin #32).

As you will see from the bulletins, drawings and sketches, the following changes have been made:

| No. | Date | Description |
|---|---|---|
| 2D | 01-08-03 | Adjusted layout of the air-cooled condenser units within the mechanical yard, based on the new model requirements. |
| 17A | 02-10-03 | Made revisions to bi-fold doors in the dining and family room. The bi-fold doors now stack to one side instead of both sides. Replaced sliding doors at the living room with bi-fold doors. The opening off the living room is larger and the door styles at the dining, living and family rooms are now identical. |
| 18 | 01-08-03 | Revised the design of the water feature to improve circulation; revised exterior furniture layout at the upper terrace. |
| 19 | 01-17-03 | *[not used]* |

**F 027213**

CHUN, KERR, DODD, BEAMAN & WONG
A LIMITED LIABILITY LAW PARTNERSHIP

Mr. David Stringer
January 30, 2004
Page 4

| No. | Date | Description |
|-----|------|-------------|
| 20 | 01-17-03 | Relocated outdoor shower to be closer to the pathway per owner's request. Original location required steps and was hidden from the pathway view. |
| 21 | 01-17-03 | Reduced scale of main entrance gate into property. Heights of adjacent lava walls were also lowered to relate better to the streetscape. |

> Item #1      East Elevation - Reduced width of entry gate from 14'-0" to 12'-0".
> Item #2      Reduced auto court entrance height from 11'-6" to 10'-0".
> Item #3      Replaced (4) down lights at entry with (2) wall sconces.
> Item #4      Added transom grills to perimeter of entry gate.
> Item #5      Reduced height of the low lava wall from 7'-0" to 6'-0".
> Item #6      Height of covered walkways reduced by 2'-0". Deleted transom grills and simplified roof.
> Item #7      Deleted planter @ entry towers.

| No. | Date | Description |
|-----|------|-------------|
| 21A | 01-23-03 | In order to simplify the main roof, the connector roofs between the main house and adjacent structures (guesthouse and garage) were reduced in size. |
| 22 | 01-17-03 | Added a bench along the inside of the swimming pool so people could have a place to relax in the water. |
| 23 | 01-17-03 | Revised lighting plan per interior design changes. |
| 24 | 01-17-03 | Revised the shower layout in the pool bathroom. |
| 25 | 01-17-03 | Replaced exterior cement plaster with lava stone veneer on South and North sides of the property, near the street, to give a more unified look to the exterior site walls. |
| 26 | 01-17-03 | Deleted closet and shelving at storage room #139 to provide additional room for the exercise equipment. |
| 27 | | [not used] |
| 28 | | [not used] |
| 29 | 01-27-03 | Millwork revisions to the kitchen, kitchen pantry and storage room #139 |

F 027214

CHUN, KERR, DODD, BEAMAN & WONG
A LIMITED LIABILITY LAW PARTNERSHIP

Mr. David Stringer
January 30, 2004
Page 5

| No. | Date | Description |
|-----|------|-------------|
| 30 | 02-12-03 | Millwork revisions to the master bathroom, bath #105, Bath #125, W.C. #126, Bath 147 and guest bedroom closets #128 & #129. |
| 31 | 02-18-03 | Revised door schedule. Some doors were deleted; others switched from sliding to swing, etc. Some door types and dimensions changed. |
| 32 | 02-26-03 | Issued revised interior design set, this package supersedes bulletins 29, 30. Additional millwork revisions were made. To reduce confusion on site the complete interior package was issued again. |
| 33 | 03-13-03 | Deleted transom at entry door #101A. |
| 34 | 04-02-03 | Stone base at free-standing columns was replaced with a wood base, to be more consistent with the exterior of the house. |
| 35 | 04-02-03 | Replaced the fixed glass wood frame panels at office with a pair of French doors. |
| 36 | 04-02-03 | The low lava walls round the entry porch were deleted because they enclosed the porch too much. |
| 37 | 04-02-03 | Added doors at the entry to his-and-her closets in the master bedroom for privacy. |
| 37A | 04-15-03 | Revised door swing on both his-and-her closets in the master bedroom. |
| 38 | 06-24-03 | Revised lighting layout based on interior design changes. |
| 39 | | [not used] |
| 40 | | [not used] |
| 41 | 08-22-03 | Replaced pre-cast concrete railing at upper porch and steel pipe railing at pavilions with wood railings. |

F 027215

**CHUN, KERR, DODD, BEAMAN & WONG**
A LIMITED LIABILITY LAW PARTNERSHIP

Mr. David Stringer
January 30, 2004
Page 6

| No. | Date | Description | |
|-----|------|-------------|---|
| 42 | 06-12-03 | Item #1 | Reduced trellis width to provide a smoother approach into the garage. The trellis width at the guesthouse was also reduced to maintain symmetry along the auto court. |
| | | Item #2 | Added exterior wood sliding shutters at the guesthouse to match the shutters at the main house. |
| | | Item #3 | Replaced storage closet in garage with base cabinets. Added connecting door between storage room #135 and garage #136. |
| | | Item #4 | Located satellite dish on the flat roof adjacent to the internal garden and behind the monkey pod tree. The tree should adequately hide the satellite dish from neighboring lots looking down onto the Federmans' roof. |
| | | Item #5 | Deleted the roof vent dormers per the mechanical engineer's recommendations. |
| 43 | 07-24-03 | Upper Terrace Changes - Freestanding L-shaped bench adjacent to the planter is now a built-in. Fireplace was deleted to improve circulation and exterior furniture layout. | |
| 44 | 01-22-04 | Lowered a ten-foot section of the garden wall to match the adjacent wall. | |

## LANDSCAPING CHANGES

Also enclosed herewith are seven copies of the following drawings:

> Revised Planting Plan, sheet L-13 (current date 1/15/04), with changes indicated with color coding; and

> Grading Plan, sheet L-3 (Revision 8, 11/14/03), with changes indicated with clouding.

The following planting revisions are shown on the Revised Planting Plan (sheet L-13):

*Streetscape and Autocourt:*

1.1    Add 11 Areca Palms at the southeast corner to help screen service area and service path.

F 027216

CHUN, KERR, DODD, BEAMAN & WONG
A LIMITED LIABILITY LAW PARTNERSHIP

Mr. David Stringer
January 30, 2004
Page 7

1.2    Add Sago Palms, Tiare Gardenias and Areca Palms at various locations along the streetscape to soften wall and create a denser, more informal landscape.

1.3    Add various shrubs and groundcovers (Gingers, Dwarf Philodendron, Red and Green Ti and Bougainvillea) within autocourt in response to client plant preferences.

1.4    Delete various shrubs and/or groundcovers and, due to possibility of sun and/or wind burn, substitute more sun tolerant species.

*Interior Atriums*:

2.1    Substitute Queen Sago and Dwarf Sago Palms for Sealing Wax Palms. Substitute Kupu Fern for Dwarf Bamboo in response to client plant preferences.

*Rear Terraces*:

3.1    Upsize Plumerias in planters to field stock.

3.2    Substitute Bougainvillea Thai Delight for various plants to simplify plant palette.

*Lawn Terrace*:

4.1    Add Spider Lily and Blue Liriope to planter at mauka side of lawn in response to client preferences.

4.2    Use Z-3 sod for lawn areas.

*Pool Area and Shoreline*:

5.1    Upsize Plumerias in planters to field stock.

5.2    Substitute Dwarf Philodendron, Tiare Gardenia and Kentia Palms for Naio Papa, Akoko and Bromelaids for spa privacy reasons and client plant preferences.

5.3    Substitute Beach Vitex for Beach Ilima as it is a better choice to help soften view of pool walls.

5.4    Substitute Naupaka for Naio Papa to simplify plant palette and provide screening from lot 7.

F 027217

CHUN, KERR, DODD, BEAMAN & WONG
A LIMITED LIABILITY LAW PARTNERSHIP

Mr. David Stringer
January 30, 2004
Page 8

5.5     Add 4 Sea Grape to increase privacy for lawn area from lot 7.

5.6     Remove Kiawes along beach access path.

5.7     Substitute Beach Vitex for Blue Liriope to simplify plant palette with native shoreline material.

5.8     Add 5 Spider Lily as feature planting at entrance to lawn terrace.

5.9     Increase density of Naupaka at northwest corner of property to create more "instant" landscape.

5.10    Substitute Beach Vitex for Naupaka to decrease plant height in area.

*Master Bath and Guest Cottage Gardens, Side Yard:*

6.1     Add 1 Samoan Coconut to soften wall and building when viewed from lot 7.  Substitute 2 approved standard Coconuts with 2 Samoan Coconuts.

6.2     Substitute Silver Buttonwood for Cassia Alata in response to client plant preferences.

6.3     Substitute Golden Duranta for Mondo Grass along lot 7 lava rock wall to soften wall and provide color contrast.

6.4     Add 4 Hong Kong Orchid trees to provide privacy for Guest Cottage Garden and soften lava rock wall when viewed from lot 7.

6.5     Upsize Plumerias in Master Bath garden.

6.6     Substitute Caladium, Dwarf Aglaonema and Forbidden Scent of India for various shrubs and groundcovers in Guest Cottage Garden to provide additional color and fragrance.

6.7     Substitute Dwarf Philodendron, Ferns and Thunbergia for various shrubs and groundcovers in Master Bath Garden to provide additional color and simplify plant palette.

6.8     Add 1 Dwarf Mango tree in response to client plant preferences.

F 027218

CHUN, KERR, DODD, BEAMAN & WONG
A LIMITED LIABILITY LAW PARTNERSHIP

Mr. David Stringer
January 30, 2004
Page 9


*Side Yard at Lot 5:*

7.1     Substitute Dwarf Brassaia at top of rock wall along property line for Spider Lily, Natal Plum and Allamanda for privacy screening and to simplify plant palette.

7.2     Substitute 12 Silver Buttonwood, Beach Vitex and Walking Iris for Allamanda, Cassia Alata, Mondo Grass and various Bromelaids to create privacy screening from lot 5.

7.3     Add 5 Gardenias and 1 Kentia Palm behind spa to create privacy screening from lot 5.

7.4     Add 2 Hau, 1 Blue Latan Palm, 3 Coconuts (12', 16', and 16') trunk heights) and 6 Cassia Alata next to bedroom wing to create privacy screening between lot 5 and help soften building wall.  One Coconut replaces the mauka Kiawe shown on the approved plan and remove the other two Kiawes.

7.5     Substitute Bougainvillea for Beach Vitex on boulder slope to help soften slope and provide color accent.

7.6     Remove one Coconut (25') to decrease plant height in area.

7.7     Substitute Beach Vitex for Beach Ilima to simplify plant palette.

7.8     Re-align service path to create larger planting area for privacy screening along property line.

7.9     Revise fruit tree garden to accommodate expanded service area.


The following grading revisions are shown on the revised Grading Plan (sheet L-3):

8.1     Revised grading at manhole near southwest corner of building to maintain the 4'-0" vertical separation at the pool enclosure fence.  Lowered manhole 10".  Rock walls to south of pool area redrawn to reflect their layout in the field

8.2     Re-aligned fences at lawn with center of balustrade between lawn terrace and pool terrace. Drew in railing on the south lanai to match architectural drawings.  Lowered balustrade on north lanai adjacent to the lawn terrace.

8.3     Revised paving pattern at driveway.  Revised paving pattern in mechanical yard.


**F 027219**

CHUN, KERR, DODD, BEAMAN & WONG
A LIMITED LIABILITY LAW PARTNERSHIP

Mr. David Stringer
January 30, 2004
Page 10

        To the extent that you or any of the committee members have any questions with respect to the conformity of the Federmans' construction to the approved plans, we again renew our invitation to you and any other consultants or members of the design committee to visit Lot 6 and to review the status of construction with Ryan Associates' project manager, John Santos.

        We look forward to the design committee's favorable consideration of the requested changes. If you need any further information, or if you think it might be helpful to arrange a meeting with Mr. Glazier or Mr. Vita, please do not hesitate either to call me or to contact Mr. Glazier or Mr. Vita directly.

                                Very truly yours,

                                CHUN, KERR, DODD, BEAMAN & WONG,
                                a Limited Liability Law Partnership

                                Andrew V. Beaman

Enclosures
cc w/o encl.:    Mr. and Mrs. Irwin Federman
                 Robert Glazier
                 Don Vita
AVB:lew
81158.2

F 027220