# EXHIBIT P

| | | |
|---|---|---|
| ANDREW V. BEAMAN<br>ANDREW R. BUNN<br>LEROY E. COLOMBE<br>RAY K. KAMIKAWA<br>DANTON S. WONG<br><br>GEORGINA W. Y. KWAN<br>IVER N. LARSON<br>KALEEN S. H. MIYASATO<br>KARA B. MORAN<br>ADRIENNE S. YOSHIHARA | **CHUN, KERR, DODD, BEAMAN & WONG**<br>A LIMITED LIABILITY LAW PARTNERSHIP<br>FORT STREET TOWER, TOPA FINANCIAL CENTER<br>745 FORT STREET, 9TH FLOOR<br>HONOLULU, HAWAII 96813-3815<br>TELEPHONE (808) 528-8200<br>FACSIMILE (808) 536-5869<br>www.ckdbw.com | SENIOR COUNSEL:<br>EDWARD Y. C. CHUN<br>WILLIAM H. DODD<br><br>OF COUNSEL:<br>ANDREW W. CHAR<br>BURNHAM H. GREELEY<br>ALLEN H. SAKAI<br><br>GEORGE L. T. KERR<br>1933-1998<br>GREGORY P. CONLAN<br>1945-1991 |

May 18, 2004

Hand Delivery

Mr. David Stringer
Stringer Architects
1100 Alakea Street, Suite 200
Honolulu, HI 96813

        Re:    Federman Residence, Lot 6, Bluffs at Mauna Kea

Dear Mr. Stringer:

        Enclosed are seven copies of a Revised Planting Plan, sheet L-13 (dated May 6, 2004), with changes indicated with color coding. This drawing is an update of the Revised Planting Plan, sheet L-13 (dated January 15, 2004) which was submitted to the design committee on January 30, 2004. The only difference between the two drawings is that the May 6, 2004 plan includes an additional palm tree, which was previously approved by the committee and installed by the Federmans, but which was inadvertently omitted from the earlier drawing.

        Also enclosed are seven copies of a drawing, dated May 10, 2004, of view sections from the Hands' terrace across the Federmans' lot. This drawing does not represent any change to the landscaping shown on the Revised Planting Plan, but merely offers an alternate way to visualize the plans previously submitted.

        This submittal is without prejudice to the Federmans' right to proceed with the landscaping approved by the committee.

**EXHIBIT P**

F 027475

**CHUN, KERR, DODD, BEAMAN & WONG**
A LIMITED LIABILITY LAW PARTNERSHIP

Mr. David Stringer
May 18, 2004
Page 2

      If you need any further information, please do not hesitate either to call me or to contact Mr. Glazier or Mr. Vita directly.

      Very truly yours,

      CHUN, KERR, DODD, BEAMAN & WONG,
      a Limited Liability Law Partnership

      Andrew V. Beaman

LEW:ms
Enclosures
cc w/o encl.:  Mr. and Mrs. Irwin Federman
               Robert Glazier
               Don Vita
               Ron Shigekane, Esq.
84353.1

F 027476