# EXHIBIT Q

| | | |
|---|---|---|
| ANDREW V. BEAMAN<br>ANDREW R. BUNN<br>LEROY E. COLOMBE<br>RAY K. KAMIKAWA<br>DANTON S. WONG<br><br>GEORGINA W. Y. KWAN<br>IVER N. LARSON<br>KALEEN S. H. MIYASATO<br>KARA B. MORAN<br>ADRIENNE S. YOSHIHARA | **CHUN, KERR, DODD, BEAMAN & WONG**<br>A LIMITED LIABILITY LAW PARTNERSHIP<br>FORT STREET TOWER, TOPA FINANCIAL CENTER<br>745 FORT STREET, 9TH FLOOR<br>HONOLULU, HAWAII 96813-3815<br>TELEPHONE (808) 528-8200<br>FACSIMILE (808) 536-5869<br>www.ckdbw.com | SENIOR COUNSEL:<br>EDWARD Y. C. CHUN<br>WILLIAM H. DODD<br><br>OF COUNSEL:<br>ANDREW W. CHAR<br>BURNHAM H. GREELEY<br>ALLEN H. SAKAI<br><br>GEORGE L. T. KERR<br>1933-1998<br>GREGORY P. CONLAN<br>1945-1991 |

May 24, 2004

<u>Via Facsimile</u>

Ms. Renee Catian
Motooka Yamamoto & Revere
1000 Bishop Street, Suite 801
Honolulu, HI 96813

Re: <u>Western Sunview Properties, LLC v. Irwin Federman, et al.</u>,
Civil No. CV03-00463 DAE/LEK
United States District Court for the District of Hawaii

Dear Renee:

We have some additional documents (F 027416 - F 027484, including a few oversized drawings) available for production in this case. Please give me a call to arrange for review or copying of the documents.

Very truly yours,

*Laura E. Warfield*

Laura E. Warfield
Paralegal

cc: Mark Desmarais, Esq.
LEW:ms
82822.2

# EXHIBIT Q