# EXHIBIT R

CHUN, KERR, DODD, BEAMAN & WONG
A LIMITED LIABILITY LAW PARTNERSHIP
FORT STREET TOWER, TOPA FINANCIAL CENTER
745 FORT STREET, 9TH FLOOR
HONOLULU, HAWAII 96813-3815
TELEPHONE (808) 528-8200
FACSIMILE (808) 536-5869
www.ckdbw.com

# MEMORANDUM

TO:       New Tech

FROM:     Laura Warfield
          528-8218

DATE:     May 25, 2004

RE:       WSP v. Federman

---

Please make one copy of the enclosed documents (F 027416 - F 027484), deliver the copies and the bill to Rene Catian at Motooka Yamamoto & Revere, and return the originals to me.

Thank you.

**EXHIBIT R**