# EXHIBIT T



EXHIBIT T

