# EXHIBIT U



**EXHIBIT U**