# EXHIBIT W

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al., | Case No. CV03-00463 DAE/LEK |
| Plaintiffs, | DECLARATION OF RAYMOND NEAL |
| vs. | |
| IRWIN FEDERMAN, et al., | |
| Defendants. | |

## DECLARATION OF RAYMOND NEAL

1.  I am RAYMOND NEAL. I have personal knowledge of the following facts.

2.  I am an architect with the firm of Hill Glazier Architects ("HGA") of Palo Alto, California. I am duly licensed as an architect in the State of California. I am a member of the American Institute of Architects. A true copy of my curriculum vitae listing my professional qualifications is attached hereto as **Exhibit 60**.

3.  Some years ago, Irwin and Concepcion Federman retained Hill Glazier to design their home on Lot 6 at the Bluffs at Mauna Kea. I have been involved with that project and am familiar with the Bluffs and with the construction plans for the Federman residence as well as the landscaping plans for Lot 6. In addition, I am familiar with the plans for the Western Sunview Properties, LLC ("WSP") residence on Lot 5, which HGA obtained from Hamlet C. "Lucky" Bennett, the architect for WSP.

85882.1                          **EXHIBIT W**

4. Attached hereto as **Exhibit 49** is a true copy of a drawing showing the plans of the Federman and WSP residences as situated on Bluffs Lots 5 and 6. Under my direction, supervision and control, HGA prepared this drawing by combining the plan for the Federman residence on Bluffs Lot 6, taken from HGA's electronic computer-aided design ("CAD") files for the Federman project, with the plan for the WSP residence on Lot 5, taken from CAD files provided to us by the Federmans' attorneys which conform to the paper plans for Lot 5 which HGA had received from Mr. Bennett.

5. **Ex. 49** also includes a sun path diagram that indicates the locations of sunrise and sunset, as they relate to the Federman and WSP residences, at various times of the year. This information was taken directly from Mr. Bennett's CAD files for the WSP residence.

6. In my professional opinion, **Ex. 49** is a true and accurate depiction of the planned residences on Lots 5 and 6, in relation to each other and in relation to the direction of sunrise and sunset as it occurs at various times of year.

7. Attached hereto as **Exhibit 48** is a true copy of a rendering of the view from the northwest corner of Lot 5, looking toward the sunset, at summer solstice. The viewpoint from which **Ex. 48** was rendered is shown on **Ex. 49**.

8. The rendering is based on the CAD files of the architectural plans for the Federman residence, the landscaping plans for Lot 6, and photographs of the site. The procedure by which **Ex. 48** was prepared is described below.

85882.1                                2

9. **Ex. 48** was prepared by a professional renderer, Barney Davidge Associates, under my direction, supervision and control. HGA has worked with Barney Davidge Associates on other projects.

10. Using a computer program, the CAD files of HGA's architectural plans for the Federman residence, and the CAD files of the architectural plans for Lot 5, I prepared a framework image outlining the various surfaces (terraces, walls, pillars, roof) of the planned construction, as situated in their proper locations.

11. To that framework image, using the computer program and CAD files from Don Vita, one of the Federmans' landscape architects, I added indicators showing the location of the palm trees and the lawn and pool surfaces. I then reviewed the image with Don Vita for accuracy, and revised the framework accordingly.

12. I then provided the computer-generated framework image showing the surfaces of the Federman home and the palm trees to Barney Davidge Associates, along with photographs taken from the viewpoint shown in **Ex. 48**, and the architectural and landscaping plans for Lot 6.

13. The illustrator, Barney Davidge Associates, then rendered the image by hand, essentially by adding textures and colors to the computer-generated framework. The texture of the building elements was taken from the architectural plans for the Federman residence, or in the case of the wall on Lot 5 shown in the foreground of **Ex. 48**, from photographs showing the actual

wall. The texture of the landscape elements on Lot 6 was taken from landscaping plans prepared by landscape architect Greg Boyer; the texture of the remaining vegetation in the rendering was taken from photographs of the site.

14. I worked closely with the Barney Davidge Associates to ensure that **Ex. 48** would be an accurate depiction of the improvements and landscaping visible from the indicated location on Lot 5 after the Federmans' construction and landscaping is finished.

15. The process by which **Ex. 48** was prepared is typically and customarily used by architects to obtain reasonably accurate images of what future improvements will look like when construction is completed.

16. In my professional opinion, **Ex. 48** is a true and accurate depiction of how the improvements and landscaping shown therein will look after construction is finished.

I, RAYMOND NEAL, do declare under penalty of law that the foregoing is true and correct.

Dated: Palo Alto, California, July 14, 2004.

RAYMOND NEAL