# EXHIBIT X

```
 1              IN THE UNITED STATES DISTRICT CIRCUIT

 2                     FOR THE DISTRICT OF HAWAII

 3    ----------------------------------------

 4   WESTERN SUNVIEW PROPERTIES,
     LLC.,
 5
                 Plaintiff,
 6
         vs.                        CASE NO. CV03-00463 DAE LEK
 7
     IRWIN FEDERMAN; CONCEPCION S.
 8   FEDERMAN; JOHN DOES 1-100,
     JANE DOES 1-100, DOE
 9   PARTNERSHIPS 1-100, AND DOE
     CORPORATIONS 1-100,
10
                 Defendants.
11   ----------------------------------------

12

13                 DEPOSITION OF LORIANN GORDON

14

15        Taken on behalf of the Defendants IRWIN FEDERMAN

16   and CONCEPCION S. FEDERMAN, at the offices of Chun,

17   Kerr, Dodd, Beaman & Wong, 745 Fort Street, 9th Floor,

18   Honolulu, Hawaii, commencing at 9:03 a.m., Friday,

19   December 12, 2003, pursuant to Notice.

20

21

22

23

24   BEFORE:  ELSIE TERADA, CSR NO. 437

25             Certified Shorthand Reporter
```

RALPH ROSENBERG COURT REPORTERS
(808)524-2090

**EXHIBIT X**

```
 1        Q    Did you propose the planting of trees within
 2   Lot 6?
 3        A    Yes.
 4        Q    And what kinds of trees did you propose
 5   should be planted on Lot 6 at the May 6 meeting?
 6        A    I don't recall making any species
 7   recommendations.
 8        Q    Do you recall whether you talked about a
 9   general location where these trees might be planted?
10        A    Yes.
11        Q    And what was that general location?
12        A    In the pool deck area.
13        Q    And the purpose -- what would the purpose for
14   planting those trees be?
15        MR. REVERE:  I just want to object.  It calls for
16   speculation --
17        THE WITNESS:  Right.
18        MR. REVERE:  -- but you can answer.
19        THE WITNESS:  We speculated that the canopies,
20   that trees would provide canopies that would obscure
21   the view of a vast expanse of concrete and its glare.
22        Q    (BY MR. BEAMAN):  Okay.  When you're talking
23   about a vast expanse of concrete, do you know what
24   surface is intended to be installed within the terrace
25   on the Federmans' property at Lot 6?
```

```
 1   Architect for Lot 5, who suggested planting Coco
 2   Palms"?
 3        A    Yes.
 4        Q    Is that consistent with your memory?
 5        A    I don't even understand that sentence. Who
 6   suggested planting Coco Palms?
 7        Q    Well, the sentence seems to say that you
 8   suggested planting Coco Palms. Did you ever suggest to
 9   Mr. Laber that Coco Palms be planted?
10        MR. REVERE: I just object to the preface of the
11   question. The document says what it says. But you can
12   answer the second question.
13        THE WITNESS: I have no recollection of that.
14        Q    (BY MR. BEAMAN): Your memory is that you
15   said you didn't like the three Coco Palms that had been
16   planted because they blocked the view from Lot 5. His
17   notes say that you suggested planting Coco Palms.
18   Those seem like very different things to me. Do you
19   have any way of explaining that seeming discrepancy?
20        MR. REVERE: I just want to object that it calls
21   for speculation. Object to the form of the question.
22   Also argumentative, and Mr. Laber's, whatever these
23   notes -- anyway, the document, the meeting minutes,
24   speak for themselves.
25        THE WITNESS: I remember telling Joe that the
```

```
 1           W I T N E S S   C E R T I F I C A T E
 2    I, LORIANN GORDON, hereby certify that I have read the
 3    foregoing typewritten pages 1 through 168, inclusive,
 4    and corrections, if any, were noted by me, and the same
 5    is a true and correct transcript of my testimony.
 6
 7
 8    Dated this  5th  day of  January, 2004.
 9
10    _____[signature]_____
11    LORIANN GORDON
12
13
14
15    Signed before me this  5  day of  January, 2004,
16    2003.
17
18    _____[signature]_____
19
20
21
22
23    Western Sunview Properties v. Federman, et al.,
24    CV03-00463 DAE LEK
25    Taken on December 12, 2003, by E. Terada, CSR 437
```

RALPH ROSENBERG COURT REPORTERS
(808) 524-2090

DEC 30 2003
RECEIVED JAN 06 2004

```
 1                C E R T I F I C A T E

 2   STATE OF HAWAII             )
                                 ) SS.
 3   CITY AND COUNTY OF HONOLULU )

 4

 5          I, ELSIE TERADA, do hereby certify;

 6          That on December 12, 2003, at 9:03 a.m.

 7   appeared before me LORIANN GORDON, the witness whose

 8   deposition is contained herein; that prior to being

 9   examined she was by me duly sworn;

10          That the deposition was taken down by me in

11   machine shorthand and was thereafter reduced to

12   typewritten form under my supervision; that the

13   foregoing represents, to the best of my ability, a true

14   and correct transcript of the proceedings had in the

15   foregoing matter.

16          I further certify that I am not attorney

17   for any of the parties hereto, nor in any way concerned

18   with the cause.

19          DATED this 23rd day of December, 2003, in

20   Honolulu, Hawaii.

21

22

23   _____
24   ELSIE TERADA, CSR NO. 437
     Notary Public, State of Hawaii
25   My Commission Expires: 4-07-2006
```

RALPH ROSENBERG COURT REPORTERS
(808)524-2090

**CASE:** WESTERN SUNVIEW PROPERTIES VS. FEDERMAN    **NO:** CV03-00463 DAE/LEK

**DEPOSITION OF:** Loriann Gordon    **DATE TAKEN:** Dec. 12, 2003

## CORRECTION SHEET

| PAGE | LINE | CORRECTION | REASON |
|---|---|---|---|
| 58 | 21 | "only as required to drive safely." | As stated in depo. |
| 59 | 4 | "I paid no attention to construction" | As stated in depo. |
| 77 | 15 | "I can only say who was in our room" | As stated in depo. |
| 98 | 20 | "with hedge rows. . . . ." | Spelling correction |
| 100 | 1 | "No there are not." | Spelling correction |
| 109 | 16 | "We came up with concepts that were our." | As stated in depo. |
| 110 | 16 | "Covered with vines." | As stated in depo. |
| 110 | 17 | "On the west, northwesterly" | As stated in depo. |
| 116 | 17 | "stairs are" | As stated in depo. |
| 129 | 7 | "Islands?" | As stated in depo. |

(If additional space is needed, attach a blank sheet)

**Signature of Deponent:** _Loriann Gordon_    **Date:** 1/05/04

============================================================

## CERTIFICATE

__X__ Please be advised that the deponent signed and/or made corrections to the deposition within 30 days of notification.

_____ Please be advised that 30 days have expired and the deponent has failed to read and sign the deposition.

_____ Please be advised that signature and/or corrections received are _not_ being filed with the deposition because they were received and/or signed after 30 days of notification.

_____ Please be advised that the above-named case is going to trial and/or hearing and the deponent has not read and signed the deposition before the filing of this transcript with the Court.

Dated: _Jan. 5, 2004_, Honolulu, Hawaii.

01/09/2004       ar

RALPH ROSENBERG COURT REPORTERS

RECEIVED JAN 0 6 2004

CSR NO. 179

1001 Bishop St., 2460 Pacific Tower, Honolulu, HI 96813  Ph: 808-524-2090/Fax: 808-524-2596    (3/96)

DEC 3 0 2003



FEDERMAN PARTIAL PLAN 'B'
SCALE: 1"=10'-0"   LOLA   7/19/03

EXHIBIT GORDON
13
12-12-03  E. Terada

AW 02578




AW 02576