SIDNEY K. AYABE         968-0
RONALD SHIGEKANE        1945-0
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawaii  96813
Telephone: 808-537-6119
Facsimile: 808-526-3491
E-mail: Ronald.Shigekane@hawadvocate.com

Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>              Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>              Defendants. | CIVIL NO. CV 03-00463 DAE LEK<br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S **MOTION TO STRIKE PLAINTIFFS' SUPPLEMENTAL BRIEF** (FILED JULY 17, 2006); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF RONALD SHIGEKANE; EXHIBITS A - F; CERTIFICATE OF SERVICE<br><br>**Judge:  Hon. J. Michael Seabright**<br><br>Trial Date:  December 5, 2006 |

2004-069/307247

DEFENDANT THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION'S **MOTION TO STRIKE
PLAINTIFFS' SUPPLEMENTAL BRIEF** ( FILED JULY 17, 2006)

Defendant THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION (hereinafter, "Association") by and through its attorneys, Ayabe, Chong, Nishimoto, Sia & Nakamura, hereby moves to strike Plaintiffs' Supplemental Brief (filed 7/17/06) on the basis that its counsel's certification as to the factual assertions does not substantially comply with the Court's previous order.

This motion is made pursuant to Rules 7 and 56(g) of the Federal Rules of Evidence and the inherent powers of this court.

DATED: Honolulu, Hawaii; July 26, 2006.

_____
SIDNEY K. AYABE
RONALD SHIGEKANE
Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION