IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>    Plaintiffs,<br><br>  vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>    Defendants. | CIVIL NO. CV 03-00463 DAE LEK<br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br><br><br><br>DECLARATION OF RONALD SHIGEKANE |

2004-069/307245

## DECLARATION OF RONALD SHIGEKANE

I, RONALD SHIGEKANE, do declare under penalty of perjury that the following is true and correct:

1. That I am an attorney licensed to practice law in the courts of the State of Hawaii.

2. That I am one of the attorneys retained to represent Defendant The Bluffs at Mauna Kea Community Association.

3. That the following are true and correct copies of the documents as indicated:

| | | |
|---|---|---|
| Exh. A | - | Excerpts of Transcript of proceedings, previously included in Exhibit C to Plaintiffs' Motion for Clarification (filed 9/29/04) |
| Exh. B | - | Plaintiffs' Exhibit 69 submitted in opposition to the Federmans' motion (filed 8/5/04) - it is also Exhibit 69 submitted in their opposition to Defendant's motion (filed 1/5/06) |
| Exh. C1- C3 - | | Plaintiffs Exhs. 18, 20 and 21A, submitted in support of their Supplemental Brief (filed 7/17/06) |
| Exh. D1-D2 - | | Approved landscape plans and approval letter of June 22, 2004, submitted in Defendant's Reply to Plaintiffs' Supplemental Brief as Exhs. J and I, respectively] |
| Exh. E | - | Mr. Reinhardt's declarations of January 4, 2006 (Plaintiffs' Exh. 152) |
| Exh. F | - | Excerpts of David Stringer's deposition of 8/3/04, including referenced page 123 of records deposition |

Dated:   July 26, 2006

_____
Ronald Shigekane