

**EXHIBIT** B
EXHIBIT 69