

May 6, 2003

EXHIBIT C (Exh. 18)



View north from lot #5
3/6/03

(Exh 20)

F 01958

2



(Exh 21 A)

3