## DECLARATION OF JAMES REINHARDT

I make the following declaration on the basis of personal knowledge and under penalty of perjury.

1. At the time of the initial summary judgment ruling in this case there were only three palm trees at issue in the Federman Special Setback Area.

2. There are now many more palm and other trees in the Federman Special Setback Area even though the Committee claims that it has a rule prohibiting landscaping in excess of 30 inches in the Special Setback Area.

3. In my opinion the added trees clearly obstruct the view of the ocean from Lot 5 and that the recently constructed hardscape structures on Lot 6 (the pool, pool terrace and accessory structures) in the foreground of the view from Lot 5 significantly impact the view in what was supposed to be a structure free zone.

James Reinhardt _/s/ James Reinhardt_

Dated _4 Jan '06_

EXHIBIT 152

EXHIBIT E