CHUN, KERR, DODD, BEAMAN & WONG,
 a Limited Liability Law Partnership

ANDREW V. BEAMAN    #2914-0
LEROY E. COLOMBE    #3662-0
JOSHUA A. WISCH     #7816-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: (808) 528-8200
Facsimile: (808) 536-5869
E-mail: abeaman@ckdbw.com
        lcolombe@ckdbw.com
        jwisch@ckdbw.com

Attorneys for Defendants
IRWIN FEDERMAN and
CONCEPCION S. FEDERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100, JANE DOES 1-100, DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>            Defendants. | Case No. CV03-00463 JMS/LEK<br><br>CERTIFICATE OF SERVICE RE: IRWIN FEDERMAN AND CONCEPCION S. FEDERMAN'S MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br><br>Trial Date: **December 5, 2006** |

105119.1

CERTIFICATE OF SERVICE RE:
IRWIN FEDERMAN AND CONCEPCION S. FEDERMAN'S
<u>MOTION TO ENFORCE SETTLEMENT AGREEMENT</u>

I hereby certify that, on July 26, 2006, a true and correct copy of IRWIN FEDERMAN AND CONCEPCION S. FEDERMAN'S MOTION TO ENFORCE SETTLEMENT AGREEMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF ANDREW V. BEAMAN; DECLARATION OF IRWIN FEDERMAN; DECLARATION OF ROBERT FROST; INDEX OF EXHIBITS; EXHIBITS A-X, was duly served upon the following parties, electronically through CM/ECF, to their last known e-mail address(es):

| | |
|---|---|
| Terrence M. Revere | terry@myrhawaii.com<br>pono@myrhawaii.com<br>shelley@myrhawaii.com<br>analyn@myrhawaii.com<br>rahim@myrhawaii.com |
| Jacqueline E. Thurston | jackie@myrhawii.com |
| Denelle M. Dixon-Thayer | ddixon-thayer@flk.com |
| Ronald Shigekane | ronald.shigekane@hawadvocate.com |
| Sidney K. Ayabe | sidney.ayabe@hawadvocate.com |
| J. Douglas Ing | douging@wik.com |
| Brian A. Kang | bkang@wik.com<br>tlane@wik.com |
| Lisa S. Hirahara | lhirahara@wik.com |
| Emi L.M. Kaimuloa | ekaimuloa@wik.com<br>tlane@wik.com |

105119.1

2

```
Bobby Leithead-Todd        bjtodd@co.hawaii.hi.us
                           corporationcounsel@co.hawaii.hi.us
                           mcrosson@co.hawaii.hi.us

Mark B. Desmarais          mdesmarais@tpm-hawaii.com
                           gtachibana@tpm-hawaii.com
                           jkamai@tpm-hawaii.com
```

DATED: Honolulu, Hawaii, July 27, 2006.

/S/ANDREW V. BEAMAN
ANDREW V. BEAMAN
LEROY E. COLOMBE
JOSHUA A. WISCH
Chun, Kerr, Dodd, Beaman & Wong,
a Limited Liability Law Partnership

Attorneys for Defendants
IRWIN FEDERMAN and
CONCEPCION S. FEDERMAN