# AYABE, CHONG, NISHIMOTO, SIA & NAKAMURA

ANN H. ARATANI
SIDNEY K. AYABE*
ROBERT A. CHONG
STEPHEN G. DYER
PATRICIA T. FUJII
STEVEN L. GOTO
KENNETH T. GOYA
GAIL M. KANG
RONALD T. MICHIOKA
GARY S. MIYAMOTO
FRANCIS M. NAKAMOTO
RICHARD F. NAKAMURA
LAWRENCE H. NAKANO
JOHN S. NISHIMOTO

A LAW CORPORATION*

A LIMITED LIABILITY LAW PARTNERSHIP

PAUAHI TOWER, SUITE 2500
1001 BISHOP STREET
HONOLULU, HAWAII 96813-3429
TELEPHONE (808) 537-6119
FAX (808) 526-3491

E-mail: Ronald.Shigekane@hawadvocate.com

ZALE T. OKAZAKI
RONALD M. SHIGEKANE
JEFFREY H. K. SIA
PHILIP S. UESATO
MICHAEL J. VAN DYKE
J. THOMAS WEBER
DIANE W. WONG
JODI L.K. YI
CALVIN E. YOUNG

Of Counsel:
DAVID A. GRUEBNER
EDMUND K.U. YEE

RODNEY S. NISHIDA
(1949 – 2004)

July 27, 2006

Honorable J. Michael Seabright
Judge, United States District Court
300 Ala Moana Blvd.,
Honolulu, Hawaii 96813

Dear Judge Seabright:

    Re:   Western Sunview Properties, LLC. et al, v. Irwin Federman, et al.
U.S.D.C. No. CV03-00463 JMS/LEK
(A2834   2004-069)

On July 26, 2006, I filed Defendant The Bluffs at Mauna Kea Community Association's Response to Plaintiff's Supplemental Brief ( filed July 17, 2006.)   Exhibit J to the electronically filed document and the courtesy hard copy is a reduced-size copy of Landscaping plans.   Please find enclosed a full-sized copy of Exhibit J.

Thank you for your attention.

Very truly yours,

Ronald Shigekane

Enclosure

cc: Terrance M. Revere, Esq.  w/ enc.
    Denelle M. Dixon-Thayer  w/o enc.
    Douglas Ing, Esq.  w/ enc.