IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>　　　　　　Defendants.<br>_____ | ) CIVIL NO. CV 03-00463 DAE LEK<br>) (Contract, Injunction; Other Non-<br>) Vehicle Tort; Declaratory Judgment,<br>) Other Civil Action)<br>)<br>)<br>)<br>)<br>)<br>) DECLARATION OF RONALD<br>) SHIGEKANE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2004-069/307875

DECLARATION OF RONALD SHIGEKANE

　　　　I, RONALD SHIGEKANE, do declare under penalty of perjury that the following is true and correct:

　　　　1.　　That I am an attorney licensed to practice law in the courts of the State of Hawaii.

　　　　2.　　That I am one of the attorneys retained to represent Defendant The Bluffs at Mauna Kea Community Association.

3. That the following are true and correct copies of the documents as indicated:

| | |
|---|---|
| **Exh. G** | Declaration of Irwin Federman of 7/25/06, attached to Defendants Irwin Federman and Concepcion S. Federman's Motion to Enforce Settlement Agreement (filed 7/26/06). |
| **Exh. H** | Declaration of Andrew Beaman of 7/26/06, attached to Defendants Irwin Federman and Concepcion S. Federman's Motion to Enforce Settlement Agreement (filed 7/26/06), together with his designated Exhibits P, Q and R. |
| **Exh. I** | Plaintiffs' First Response to Federmans' Interrogatories (undated) |
| **Exh. J** | Plaintiffs' First Amended Response to Federmans' Interrogatories (12/29/03) |
| **Exh. K** | Plaintiffs' Second Amended Response to Federmans' Interrogatories (7/30/04): |

Dated:    July 31, 2006

_____
Ronald Shigekane