MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
BRIAN A. BILBERRY  7260-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address:  terry@myrhawaii.com

Attorneys for Plaintiff
WESTERN SUNVIEW PROPERTIES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WESTERN SUNVIEW PROPERTIES, LLC, <br><br>Plaintiff,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; JOHN DOES 1-100, JANE DOES 1-100, DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>Defendants. | Civil No.: CV03-00463 DAE LEK<br><br>PLAINTIFF WESTERN SUNVIEW PROPERTIES, LLC'S RESPONSE TO DEFENDANTS IRWIN FEDERMAN AND CONCEPCION S. FEDERMAN'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF WESTERN SUNVIEW PROPERTIES, LLC |
|---|---|

Response to 1st RANS.doc

EXHIBIT I

**PLAINTIFF WESTERN SUNVIEW PROPERTIES, LLC'S RESPONSE TO DEFENDANTS IRWIN FEDERMAN AND CONCEPCION S. FEDERMAN'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF <u>WESTERN SUNVIEW PROPERTIES, LLC</u>**

1. Identify each and every "requirements required by law" that you allege, in paragraph 7 of the Complaint, were not observed by the Federmans.

<u>ANSWER</u>:

Objection: This interrogatory calls for information protected by the attorney-client and work product privileges, including the disclosure of attorney thought process work product. Additionally, discovery is continuing.

_____
TERRANCE M. REVERE

Without waiving the above objections, please see the claims alleged in the complaint, and the answers set forth below. Additionally discovery is continuing.

2. Specify all facts which support the allegation in paragraph 7 of your Complaint that "[defendants have breached their restrictions, obligations and duties owed to Plaintiff by failing to observe requirements required by law," and identify all persons with knowledge pertaining thereto and all documents which relate or refer in any way thereto.

ANSWER:

Objection: This interrogatory calls for information protected by the attorney-client and work product privileges, including the disclosure of attorney thought processes and work product. Additionally, discovery is continuing.

_____
TERRANCE M. REVERE

Without waiving the above objections, please see the claims alleged in the complaint and the documents produced. Additionally, discovery is continuing.


3.      Identify each and every "requirements required by the governing documents of The Bluffs at Mauna Kea" that you allege, in paragraph 7 of the Complaint, were not observed by the Federmans.

ANSWER:

Objection: This interrogatory calls for information protected by the attorney-client and work product privileges, including the disclosure of attorney thought processes and work product. Additionally, discovery is continuing.

_____
TERRANCE M. REVERE

Without waiving the above objection, Defendants have violated the Declaration and Design and Construction Requirements of The Bluffs at Mauna Kea by placing structures and tall trees within the "Special Setback Area" on their Lot.

3

4. Specify all facts which support the allegation in paragraph 7 of the Complaint that "defendants have breached their restrictions, obligations and duties owed to Plaintiff by failing to observe requirements required by the governing documents of The Bluffs at Mauna Kea," and identify all persons with knowledge pertaining thereto and all documents which relate or refer in any way thereto.

ANSWER:

Please see previous responses and objections. Additionally, pursuant to FRCP 33(f) please see also the Declaration and Design and Construction Requirements for Homes and the files produced to the parties by Mr. Stringer's office. Additionally Western is in possession of photos that depict the objects and area in question, and the fact that the objects in question are within the Special Setback Area does not appear to be in dispute.

_____
TERRANCE M. REVERE

5. Identify each and every "illegal objects" that you allege, in paragraph 7 of the Complaint, were placed "within the 'special setback' area of Lot 6."

ANSWER:

The objects include: a pool, spa, bar, mechanical room, palm trees on the south side of the Federman's lot that are within the setback area, a large expanse of a concrete deck and other structures appurtenant to the objects listed above.

_____
TERRANCE M. REVERE

4

6.  Specify all facts which support the allegation in paragraph 7 of the Complaint that the Federmans have "placed illegal objects within the 'special setback' area of Lot 6," and identify all persons with knowledge pertaining thereto and all documents which relate or refer in any way thereto.

ANSWER:

Please see previous responses and objections.

_____
TERRANCE M. REVERE

7.  Identify each and every actions that you allege, in paragraph 7 of the Complaint, "will cause glare onto Lot 5."

ANSWER:

The placement of the Federman's pool within the special setback, in an area that is roughly north and makai of the Western's Lot will cause glare into Lot 5.

_____
TERRANCE M. REVERE

8. Specify all facts which support the allegation in paragraph 7 of the Complaint that the Federmans have "engag[ed] in actions that will cause glare onto Lot 5," and identify all persons with knowledge pertaining thereto and all documents which relate or refer in any way thereto.

ANSWER:

Please see previous responses and objections.

_____
TERRANCE M. REVERE

9. Identify each and every actions that you allege, in paragraph 7 of the Complaint, "will cause a destruction of views from Lot 5."

ANSWER:

Please see previous objections and responses. The trees are blocking views. The other objects are blocking and spoiling views over what is supposed to be a setback area designed to preserve views. Additionally the view will be further harmed by glare from the pool.

_____
TERRANCE M. REVERE

10. Specify all facts which support the allegation in paragraph 7 of the Complaint that the Federmans have "engaged in actions that will cause . . . a destruction of views from Lot 5," and identify all persons with knowledge pertaining thereto and all documents which relate or refer in any way thereto.

ANSWER:

Please see previous objections and responses.

_____
TERRANCE M. REVERE


11. Identify all of the past and present members of Western Sunview Properties, LLC.

ANSWER:

Objection: This request is neither relevant nor likely to lead to the discovery of relevant evidence.

_____
TERRANCE M. REVERE

Without waiving the above objections, Western Responds as follows:

Sunbury Properties Limited

12. Identify all of the past and present managers of Western Sunview Properties, LLC.

ANSWER:

Objection: This request is neither relevant nor likely to lead to the discovery of relevant evidence.

_____
TERRANCE M. REVERE

Without waiving the above objections, Western Responds as follows:

Guy Hands
Julia Hands

13. If your answer to any of the requests for admission contained in Defendants Irwin Federman and Concepcion Federman's First Request for Admissions to Plaintiff Western Sunview Properties, LLC served concurrently herewith is anything other than an unqualified admission, explain in detail your reasons for such a response, specify all facts relating to the matter as to which admission was requested, and identify all persons with knowledge pertaining thereto and all documents which relate or refer in any way thereto.

ANSWER:

Objection, this request is overbroad, vague and ambiguous, compound and exceeds both the twenty five interrogatories allowed under the Federal Rules of Civil Procedure as well as the sixty interrogatories the parties agreed to. In addition, Western incorporates herein by reference the objections set forth in its responses to the requests for admissions as well as those set forth above.

_____
TERRANCE M. REVERE

Without waiving the above see previous responses and objections and the Declaration, Design Requirements, photos and documents produced to both parties by Mr. Stringer's office.

14. Identify each and every "other obligations owed under law" that you allege in paragraph 9 of the Complaint, the violation of which entitle Plaintiff to remedy.

ANSWER:

Please see previous responses and objections, in particular to number 1.

_____
TERRANCE M. REVERE

15. Identify each and every fact which supports the allegation in paragraph 9 of the Complaint that "Defendants' actions constitute. . . a violation of other obligations owed under law which entitle Plaintiff" to remedy, and identify all persons with knowledge pertaining thereto and all documents which relate or refer in any way thereto.

ANSWER:

Please see previous objections and responses.

_____
TERRANCE M. REVERE

16. Identify each and every action that you allege, in paragraph 9 of the Complaint, "constitute[s] a nuisance."

ANSWER:

Please see objections and responses set forth above, particularly responses 7-9. The Federman's unreasonable use of their property described above is a substantial interference with Western's use and enjoyment of its property and will impact the marketability of its property.

_____
TERRANCE M. REVERE

17.  Identify each and every fact which supports the allegation in paragraph 9 of the Complaint that the "Defendants' actions constitute a nuisance," and identify all persons with knowledge pertaining thereto an all documents which relate or refer in any way thereto.

ANSWER:

Please see previous responses and objections.

_____
TERRANCE M. REVERE

## ACKNOWLEDGMENT

COUNTRY OF _Great Britain_ )
                                     ) SS.
COUNTY OF _KENT_ )
                                     )

_GUY HANDS_, declares under penalty of law that he or she is the manager of WESTERN SUNVIEW PROPERTIES, LLC, that he or she has read the foregoing answers to interrogatories, and they are true to the best of his/her information and belief, and that he or she is authorized to execute these presents.

_____
(Signature)

_GUY HANDS_____
(Print Name)