# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/01/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CIVIL 03-00463JMS-LEK

CASE NAME:        Western Sunview Properties, LLC vs. Irwin Federman, et al.,

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    J. Michael Seabright          REPORTER:

DATE:     08/01/2006                    TIME:

## **MINUTE ORDER**

The Court has received the Motion to Enforce Settlement Agreement filed by Defendants Irwin Federman and Conception Federman.  The Plaintiffs are ordered to file their response to this motion on or before August 7, 2006.   The response should address the jurisdictional issues raised by this motion and may address the merits if the Plaintiffs choose.  If the defendants wish to file a reply, they must do so on or before August 10, 2006.  The Court will decide the motion on the briefs without a hearing.

Submitted by:   Dottie Miwa, Courtroom Manager