FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email address: ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE 5857-0
JACQUELINE E. THURSTON 7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address: terry@myrhawaii.com

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT | Civil No. 03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>(*caption continued*) |
|---|---|

| | |
|---|---|
| MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>       Defendants. | **DECLARATION OF JANELLE SUYEMURA** |

## DECLARATION OF JANELLE SUYEMURA

I, JANELLE SUYEMURA, declare as follows:

1. I received an Architectural Degree from The University of Hawaii at Manoa in 1998. I am employed as a Project Manager with the Architectural Firm of Architectural Diagnostics Ltd.

2. My Supervisor at Architectural Diagnostics is Jim Reinhardt. Mr. Reinhardt is out of the office and on vacation outside of Hawaii from July 27 to August 11, 2006, and therefore was not able to visit the lot in early August.

3. Pursuant to the request of Mr. Reinhardt and because he was unable to visit the lot between July 27 and August 11, 2006, I visited Western Sunview's Lot (Lot 5) at the Bluffs at Mauna Kea. I also visited the Archeological site bordering Lot 5 and the Federmans Lot (Lot 6), I also

2

walked along the shoreline trail that is between the Federmans' lot and the Ocean.

4. Based upon observation of plans, drawings, existing conditions and reference points including walls, a property line pin and other structures, it is my opinion and belief that there are eight palm trees in the Federman Special Setback Area, including the two trees that are depicted in the center and foreground of a photograph labeled as exhibit "T" that was filed on July 26, 2006.

5. I also observed several other plants that clearly exceed thirty inches that are in the Federmans' Special Setback Area including a fan palm on the South end of the Federman pool complex, Ti plants and two plumeria trees. The silver buttonwoods that I observed near the property line between lots 5 and 6 clearly exceed thirty inches and one of the trees is growing into the Special Setback Area.

6. I believe that when one looks from Western Sunview's lot in a northerly direction up the coast, there is a significant impact on the ocean/coastal view due to the palm trees planted on Lots 6, 7 and 8. I believe that if the trees in the Federman SSA are not checked through trimming, the view from Lot 5 will continue to be negatively impacted.

3

I, Janelle Suyemura, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, August 1, 2006,

_____
JANELLE SUYEMURA