FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email address:  ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address:  terry@myrhawaii.com

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>    Plaintiffs,<br><br> vs.<br><br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT | Civil No. 03-00463 JMS LEK<br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br><br><br><br><br>(*caption continued*) |

| | |
|---|---|
| MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>Defendants. | **SUPPLEMENTAL DECLARATION OF TERRANCE M. REVERE** |

## SUPPLEMENTAL DECLARATION OF TERRANCE M. REVERE

I, Terrance M. Revere, declare as follows:

1. I am an attorney licensed to practice law in the State of Hawaii and the Federal District Court for the District of Hawaii. I represent Plaintiffs Western Sunview Properties, LLC, Guy Hands, and Julia Hands, in the above-captioned action.

2. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

3. On or about July 3, 2006, the Mauna Kea Defendants produced the letter dated October 16, 1997, from Tom Stifler to Diane Paulson, identified as document numbers MKR 05508 through MKR 05510 and attached as Exhibit 6 to my Declaration dated July 17, 2006. A review of my firm's records gave no indication that any party produced a copy of this document prior to July 2006.

2

4.	On or about October 20, 2005, Defendant The Bluffs at Mauna Kea Communication Association (the "Association") produced an email dated April 5, 2004, from David Ayer to Jerry Elder, Bob Acree, Mike Hartley, Robert Gunderson and Doug Leone, with a copy to Dennis Krueger, identified as document number S 338 and attached as Exhibit 8 to my Declaration dated July 17, 2006.  A review of my firm's records gave no indication that any party produced a copy of this document prior to October 2005.

5.	On or about October 20, 2005, the Association produced project review comments on the Federmans' submittal, which was sent by David Ayer to Bob Acree, Jerry Elder, Bob Gunderson, Mike Hartley and Doug Leone, with a copy to Dennis Krueger, and identified as document numbers S 343 through S 345, and which was attached as Exhibit 14 to my Declaration dated July 17, 2006.  A review of my firm's records gave no indication that any party produced a copy of this document prior to October 2005.

6.	On or about November 7, 2005, the Association produced The Bluffs at Mauna Kea Homeowners Association Design Review Committee's June 22, 2004 Teleconference Meeting Minutes, identified as document numbers 060 through 061 and attached as Exhibit 15 to my

3

Declaration dated July 17, 2006.  A review of my firm's records gave no indication that any party produced a copy of this document prior to November 2005.

      7.      Attached hereto as **Exhibit 23** is facsimile dated July 12, 2004 from David Stringer to Bob Acree, Jerry Elder, Bob Gunderson, Mike Hartley, and Doug Leone, with copies to Dennis Krueger and Ron Shigekane, is identified as document number S 315, which was produced by the Association on or about October 20, 2005.  A review of my firm's records gave no indication that any party produced a copy of this document prior to October 2005.

      I, Terrance M. Revere, do declare under penalty of law that the foregoing is true and correct.

      DATED: Honolulu, Hawaii, August 1, 2006,



                        //s// Terrance M. Revere
                        _____
                        TERRANCE M. REVERE

42046\3001\507018.1