# EXHIBIT 23



Suite 200 • 1100 Alakea Street • Honolulu, Hawaii 96813
tel. (808)531-5967 • fax. (808)526-1857 • email. dsarch@att.net



Date: 12 July 2004

To: The Bluffs At Mauna Kea Design Review Committee
    Bob Acree             Fax: (907) 277-1849
    Jerry Elder            Fax: (858) 459-8268
    Bob Gunderson     Fax: (650) 327-0244
    Mike Hartley         Fax: (808) 735-1305
    Doug Leone         Fax: (650) 854-2977

From: David Stringer Architects
       David Stringer        Fax: (808) 526-1857

Re: Federman (Lot #06) Landscaping

Number of pages including this page: 4

**Facsimile**

## Message:

Gentlemen:

During my recent site inspection I noticed that landscaping is in progress in the Federman special set back area. I believe that this is contrary to the Board's current position that an understanding between the Federman and the Board be reached before the landscape elements were finally installed.

As of July 11, 2004, two plumeria trees and three coco's had been installed and appeared to be part of work in progress. The coconut trees were approved, but the heights may not be sufficient to give the adjoining properties a clear view of the horizon (see photographs). The plumeria trees have not been approved.

The above represents my observations on July 11, 2004, if you have any further questions or directions please contact me.

David Stringer

cc: Dennis Krueger    Fax: (808) 329-7528
     Ron Shigekane   Fax: (808) 526-3491

S 315