FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email address: ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE 5857-0
JACQUELINE E. THURSTON 7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address: terry@myrhawaii.com

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT | Civil No. 03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br><br><br>(*caption continued*) |

| | |
|---|---|
| MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>             Defendants. | **DECLARATION OF DENELLE M. DIXON-THAYER** |

## DECLARATION OF DENELLE M. DIXON-THAYER

I, Denelle M. Dixon-Thayer, declare as follows:

1. I am a partner at Folger Levin & Kahn LLP, counsel for Plaintiffs Western Sunview Properties, LLC, Guy Hands, and Julia Hands in the above-captioned action. I have been admitted *pro hac vice* to appear before this Court in the above-captioned action.

2. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of Stipulation for Dismissal with Prejudice as to All Claims Against Federman Defendants, entered by this Court in this action on February 14, 2006.

4. Attached here as **Exhibit B** is a true and correct copy of a letter that I sent to Andrew V. Beaman, by facsimile and mail, on August 1, 2006.

2

5.   During the negotiation of the October 7, 2005 Settlement Agreement between Plaintiffs and the Federmans, Mr. Beaman never communicated to me, among other things, any understanding that the Settlement Agreement would bar any claims for damages that Plaintiffs may have against The Bluffs at Mauna Kea Community Association.

I, DENELLE M. DIXON-THAYER, declare under penalty of law that the foregoing is true and correct.

DATED: April 7, 2006,

/s/
DENELLE M. DIXON-THAYER

42046\3001\507728.1