# EXHIBIT A

CHUN, KERR, DODD, BEAMAN & WONG,
 a Limited Liability Law Partnership

ANDREW V. BEAMAN      #2914-0
LEROY E. COLOMBE      #3662-0
JOSHUA A. WISCH       #7816-0
745 Fort Street, 9th Floor
Honolulu, HI 96813
Telephone: 528-8200
Facsimile: 536-5869
E-mail: abeaman@ckdbw.com, lcolombe@ckdbw.com
        jwisch@ckdbw.com

Attorneys for Defendants
IRWIN FEDERMAN and
CONCEPCION S. FEDERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100, JANE DOES 1-100, DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>　　　　　　　Defendants. | Case No. CV03-00463 JMS/LEK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** AS TO ALL CLAIMS AGAINST FEDERMAN DEFENDANTS |

STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO ALL CLAIMS AGAINST FEDERMAN DEFENDANTS

Comes now Plaintiffs above-named, by their attorneys, and Defendants Irwin Federman and Conception S. Federman (hereinafter "the Federmans") and stipulate to dismissal with

Federman Stipulation for Dismissal.wpd

prejudice of all claims against the Federmans. This Stipulation is entered into pursuant to Rule 41(a)(1)(ii). Plaintiff and the Federmans shall bear their own attorneys' fees. All other claims and parties remain in this action. This Stipulation has been signed by all parties appearing herein.

DATED: Honolulu, Hawaii, February 9, 2006.

| /s/ | /s/ |
|---|---|
| TERRANCE M. REVERE | RONALD N. SHIGEKANE, ESQ. |
| BRIAN A. BILBERRY | SIDNEY K. AYABE, ESQ. |
| JACQUELINE E. THURSTON | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | THE BLUFFS AT MAUNA KEA |
| WESTERN SUNVIEW PROPERTIES, LLC | COMMUNITY ASSOCIATION |

| /s/ | /s/ |
|---|---|
| J. DOUGLAS ING., ESQ. | JOSEPH K. KAMELAMELA, ESQ. |
| BRIAN A. KANG, ESQ. | BOBBY JEAN LEITHEAD-TODD, ESQ. |
| | |
| Attorneys for Defendants | Attorneys for Defendant |
| MAUNA KEA PROPERTIES, INC. and | COUNTY OF HAWAII |
| MAUNA KEA DEVELOPMENT CORP. | |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 14, 2006.



J. Michael Seabright
United States District Judge

Western Sunview Properties, LLC v. Irwin Federman, et al.; CV03-00463 DAE/LEK; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST FEDERMAN DEFENDANTS