FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Tel. No.: (415) 986-2800
Fax No.: (415) 986-2827
Email address:  ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email:  terry@myrhawaii.com

Attorneys for Plaintiffs WESTERN SUNVIEW PROPERTIES LLC, GUY HANDS, and JULIA HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>v.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; | Civil No. 03-00463 JMS LEK<br><br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>PLAINTIFFS' MOTION TO TAKE ADDITIONAL DEPOSITIONS<br><br>*(caption continued)* |

| | |
|---|---|
| THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; AND DOE CORPORATIONS 1-100, Defendants. | TRIAL: December 5, 2006 |

## PLAINTIFFS' MOTION TO TAKE ADDITIONAL DEPOSITIONS

Plaintiffs Western Sunview Properties, LLC, Guy Hands, and Julia Hands ("Plaintiffs"), by an through their attorneys Motooka Yamamoto & Revere and Folger Levin & Kahn LLP, hereby move this Court for an order allowing Plaintiffs to take the depositions of Bettina Lum, Terrance Yamamoto, and Thomas Stifler.

This motion is made pursuant to Federal Rule of Civil Procedure Rule 16(b), pursuant to Judge Seabright's Orders of March 6, 2006 and July 6, 2006, and pursuant to the inherent powers of the Court.

DATED:   Honolulu, Hawaii, August 14, 2006.

                                           /s/ Terrance M. Revere
                                    TERRANCE M. REVERE
                                    DENELLE DIXON-THAYER

                                  Attorneys for Plaintiffs
                                  WESTERN SUNVIEW PROPERTIES
                                  LLC, GUY HANDS, and JULIA HANDS

42046\3001\508128.1