## ATTORNEY CERTIFICATION

I have reviewed Plaintiffs' Memorandum in Support of Motion to Take Additional Depositions (the "Memorandum").  I hereby certify that each factual assertion made in the Memorandum has evidentiary support.

DATED: Honolulu, Hawaii, August 14, 2006.

/s/ Terrance M. Revere
TERRANCE M. REVERE
DENELLE DIXON-THAYER

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; and JULIA HANDS