IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES LLC; GUY HANDS; AND JULIA HANDS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; AND DOE CORPORATIONS 1-100,<br>　　　　　Defendants. | Civil No. 03-00463 JMS LEK<br><br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>DECLARATION OF TERRANCE M. REVERE<br><br><br><br><br><br><br><br><br><br><br><br>TRIAL:  December 5, 2006 |

## **DECLARATION OF TERRANCE M. REVERE**

I, Terrance M. Revere, declare as follows:

　　1.　　I am an attorney licensed to practice law in the State of Hawaii and the Federal District Court for the District of Hawaii.  I represent Plaintiffs Western Sunview Properties, LLC, Guy Hands, and Julia Hands, in the above-captioned action.

　　2.　　I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

-1-

3. Attached hereto as **Exhibit 1** is a true and accurate copy of Order Denying Appeal From Amended Order Adopting Special Master's Discovery Order Filed October 24, 2005, which was entered by the Court in this action on March 6, 2006.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of an email that I sent to Douglas Ing and Brian Kang on July 18, 2006.

5. Attached hereto as **Exhibit 3** is a true and accurate copy of excerpts from the transcript of the deposition of William Mielke, taken in this action on April 29, 2005.

6. Attached hereto as **Exhibit 4** is a true and accurate copy of a memorandum from Terence S. Yamamoto, Esq. to Charles G. Rigg, Esq., which is dated November 12, 1997 and identified as document number MKR 05416, and which was produced by the Mauna Kea Defendants in this action on July 3, 2006.

7. Attached hereto as **Exhibit 5** is a true and accurate copy of a letter from Roger V. Meeker to Tom Stifler, with copies to Dodie MacArthur and Diane Paulson, which is dated December 18, 1997 and identified as document number MKR 05369 to MKR 05370, and which was produced by the Mauna Kea Defendants in this action on July 3, 2006.

8. Attached hereto as **Exhibit 6** is a true and accurate copy of a letter from Diane Paulson to Tom Stifler, which is dated November 14, 1997 and

identified as document number MKR 0573, and which was produced by the Mauna Kea Defendants in this action on July 3, 2006.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Order Regarding Defendant Mauna Kea Properties, Inc. and Mauna Kea Development Corp.'s Privilege Log, entered by the Honorable E. John McConnell in this action on October 14, 2005.

10. Attached hereto as **Exhibit 8** is a true and accurate copy of a letter from Kathrin "Chacha" Kohler R to Diane Paulson, which is dated November 19, 1997 and identified as document number MKR 05384, and which was produced by the Mauna Kea Defendants in this action on July 3, 2006.

11. Attached hereto as **Exhibit 9** is a true and accurate copy of a memorandum from Terence S. Yamamoto, Esq. to Charles G. Rigg, Esq., which is dated November 12, 1997 and identified as document number MKR 04102, and which was produced by the Mauna Kea Defendants in this action on January 20, 2006.

12. Attached hereto as **Exhibit 10** is a true and accurate copy of a memorandum from Diane Paulson to Tom Stifler, which is dated November 13, 1997 and identified as document number MKR 04257, and which was produced by the Mauna Kea Defendants in this action on January 20, 2006.

13. Attached hereto as **Exhibit 11** is a true and accurate copy of a

letter from Tom Stifler to Diane Paulson, which is dated October 16, 1997 and identified as document number MKR 05508 to MKR 05510, and which was produced by the Mauna Kea Defendants in this action on July 3, 2006.

14.  Attached hereto as **Exhibit 12** is a true and accurate copy of an email from the Honorable E. John McConnell to Renee Catian, with copies to Andy Beaman, Brian Kang, Kelly Bryant and me, which is dated May 16, 2005.

I, TERRANCE M. REVERE, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, August 14 2006.

                          /s/ Terrance M. Revere
                          TERRANCE M. REVERE

42046\3001\508142.1