# EXHIBIT 4

MEMORANDUM

TO: Charles G. Rigg, Esq.
FROM: Terence S. Yamamoto, Esq.
DATE: November 10, 1997
RE: The Bluffs at Mauna Kea - Gifford Investments, L.P.

---

    Per our client's request, I called you to inquire if you had reviewed the draft Confidentiality Agreements that had been prepared. It was our understanding that you were going to provide us with suggested changes. It is my understanding that you have not reviewed the drafts, and still assumed we were discussing the standard NDA that was previously provided.

    The standard NDA is *not* acceptable. Please review the enclosed draft Confidentiality Agreements and advise us as soon as possible if these draft Agreements are acceptable to your client, or if any changes are necessary. These Confidentiality Agreements would be attached as Exhibits A and B to the Addendum "A" To Sales Contract, and must be executed before escrow is opened.

    In addition, I have also enclosed the revised Addendum "A", which incorporates most of the changes requested. Please note, however, that in paragraph 3 thereof, we have not changed the word "completed" to "started" as requested. If the revised Addendum is acceptable, we will need to have the Addendum "A" re-executed once the Confidentiality Agreements (Exhibits A and B thereto) have been agreed to.

    As I mentioned to you, unless we can agree to the final form of the Addendum "A" and the Confidentiality Agreements, and receive executed copies thereof by facsimile (originals to follow) by Wednesday, 5:00 p.m. Hawaii time, our client will pursue another buyer. Closing of this sale has been delayed for a substantial period of time, and a further delay will not be acceptable.

    Please advise.

MKR 05416