# EXHIBIT 5

## Law Offices of ROGER V. MEEKER

Location: Mamalahoa Highway
across from Canada-France-Hawaii
Telescope Corporation, Kamuela

Address: Post Office Box 596
Kamuela, Hawaii 96743
Phone: (808) 885-9696
Fax: (808) 885-1771

18 December 1997

Tom Stifler, Broker-in-Charge
Mauna Kea Realty
62-100 Kaunaoa Drive
Kamuela, Hawaii 96743

Re: Mauna Kea Bluffs, Lot 12 transaction
<u>Mauna Kea Properties / Gifford Investments transaction</u>

Dear Mr. Stifler:

I represent MacArthur & Company (formerly known as MacArthur, Worrall & McCarter) in connection with their representation of Jack Gifford in his purchase of the Mauna Kea Bluffs Lot 12 property. As you know, the transaction closed earlier this month. However, no commissions have yet been paid as you have instructed Title Guaranty Escrow to withhold all commissions pending resolution of the alleged dispute as to the amount owed MacArthur & Company.

A simple reading of the applicable agreements shows that there should not be any dispute as to the amount of the commission owed to my client. The fully-executed Sales Contract indicates dated October 30, 1997 quite clearly that the "Total Purchase Price" is "$2,500,000". Equally straight-forward is the fully-executed Cooperating Broker's Separate Agreement dated October 30, 1997 between Mauna Kea Properties and MacArthur, Worrall & McCarter, which states that *"Listing Broker agrees to pay a commission at closing to Cooperating Broker in the following amount: 3% of sales price."* Finally, your own fax transmission to Diane Paulson dated November 14, 1997 states specifically that *"The sale is at $2,500,000."* In other words, <u>all</u> of applicable documentation signed by you indicates that a cooperating broker's commission in the amount of $75,000 is due MacArthur & Company (3% of $2,500,000).

As you know, there were extensive negotiations between the parties, and the parties' counsels (myself included), regarding the Closing Credit and the Confidentiality Agreement. Mauna Kea Properties was insisting that my client not only sign the Confidentiality Agreement, but also agree to significant financial exposure in the event that the Confidentiality Agreement were ever breached. At no time during these negotiations was it ever discussed that the agreed-upon cooperating broker's commission would be reduced because of the Closing Credit. Only <u>after</u> my client executed the Confidentiality Agreement -- agreeing to potential liability -- were they informed by you of your desire to lower the cooperating broker's commission to $60,000. My client never would have agreed to sign the Confidentiality Agreement if the sales commission were to be reduced.

**MKR 05369**

Tom Stifler
Mauna Kea Properties
Page 2
18 December 1997

Based upon the fact chronology and the controlling documentation connected with this transaction, your instructions to Escrow that the sales commission not be paid to MacArthur & Company have clearly not been made in good faith. I hereby request that you immediately instruct Title Guaranty Escrow to pay my client the $75,000 cooperating broker's commission due them. If you do not do so immediately, my client will be forced to seek all legal remedies available to them, including the filing of a grievance with the Hawaii Real Estate Commission.

Thank you very much.

Sincerely,

Roger V. Meeker

cc:   Dodie MacArthur
      Diane Paulson

MKR 05370