# EXHIBIT 6

TO: Tom Stifler                                         November 14, 1997 (7:45 am)
Mauna Kea Realty  **CONFIDENTIAL**

FROM: Diane Paulson
MacArthur Worrall & McCarter

Dear Tom:

Please see copies of Page 2 of the Contract with Jack and Rhodine's signatures dated October 31, 1997, as well as the Receipt for Project Document Book and the Waiver of Right to Cancel forms. Jack's office informed me that the revised Confidentiality Agreement, signed by Jack, was faxed back directly to Terry Yamamoto's office by Chuck Rigg's office. If you have this Confidentiality Agreement fully executed, please transmit a copy to me at your earliest convenience. Please also call me with the escrow number as soon as possible so that I may give Jack the green light to wire the initial deposit into the escrow account.

I have several questions and concerns, two of which I asked of you yesterday, that I would very much appreciate your written response.
Edie Waters, Jack's accountant, left messages for Janet Lum Won yesterday and has not had the courtesy of a return call. She is poised, and has been for over a week now, to expedite the exchange. Obviously she has to pull off a minor miracle and must have escrow's full cooperation. Because Jack anticipated that this property would go into escrow the week of November 3rd, a November 26th closing was ambitious, but realistic. In my conversations with Janet Lum Won in mid-October, she would need a minimum of 21 days to facilitate a closing. Now that we have lost 11 days with the final negotiations on account of resolving the Confidentiality Agreement issue, what is your recommendation as far as adjusting the closing date?

With regards to the Broker Confidentiality Agreement, What protection do I have if a leak comes from your side? What if a MacArthur agent hears from another party, is unaware that the information is confidential, and it is revealed? Who, from "your" side beyond you, Cha Cha, Bill, and Mr. Asari are privy to this information? Is it possible for you to prepare and provide me with a statement from all of you that says you will keep this strictly confidential? (I firmly believe that my being liable for $45,000 certainly gives me a right to have *some* sort of assurance!)

I briefly touched on the following issues subjects your and my October 31st conversation, in which you put me on 'speaker phone' so that Mr. Mielcke and Mr. Asari could hear...With regards to your office submitting the sales price to the Bureau of Conveyances; Do you expect Jack to pay property taxes on $2.5 in the event that the tax assessors assess the value at $2.5? In the event that the government sees the closing credit as income to Jack, do you expect Jack to be responsible to pay income tax on the credit?

I look forward to your response to these seven queestions.

Sincerely,

Diane

MKR 05373