**EXHIBIT 7**

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation
TERRANCE M. REVERE  5857-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address:    terry@myrhawaii.com

LOVE & NARIKIYO
A Limited Liability Law Company
CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Suite 1105
Honolulu, Hawaii 96813
Tel. No. (808) 546-7575
Fax No. (808) 546-7070
Email Address:    love@lava.net

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; ET AL.,<br><br>Defendants. | Civil No. CV03-00463 DAE LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>ORDER REGARDING DEFENDANT MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.'S PRIVILEGE LOG<br><br>**HEARING:**<br>Date:      May 16, 2005<br>Time:      12:00 p.m.<br>Judge:    Hon. E. John McConnell |

Order re 050516 Discovery Conf wMcConnell.doc (648-1)

OCT 17 2005

10/11/05

## ORDER REGARDING DEFENDANT MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.'S PRIVILEGE LOG

Plaintiffs moved for an order to deal with three issues regarding Mauna Kea's privilege log: (1) that Mauna Kea specify what the undisclosed "problems" were with its privilege log; (2) that Mauna Kea produce documents marked as "redacted" on its privilege log; and (3) a request for an order that Mauna Kea produce documents being withheld as privileged based on the waiver doctrine or the crime/fraud exception to the attorney-client privilege.

The hearing was held before the Honorable E. John McConnell on May 16, 2005 at 12:00 p.m. via telephone. Brian Kang appeared on behalf of Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp.; Andrew Beaman appeared on behalf of Defendants Irwin and Concepcion Federman; and Terrance Revere appeared on behalf of Plaintiffs Western Sunview Properties, and Guy and Julia Hands. Ronald Shigekane, attorney for Defendant The Bluffs at Mauna Kea Community Association and Joseph Kamelamela, attorney for the Defendant County of Hawaii were not in attendance.

After hearing the arguments of counsel, the Discovery Master rules as follows:

1. During the hearing Mauna Kea's counsel represented that the problem regarding its privilege log was that it was overly inclusive as it included materials

Western Sunview Properties, LLC v. Federmans; Civil No. CV03-00463 DAE LEK
ORDER REGARDING DEFENDANT MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.'S PRIVILEGE LOG

2

from individual sales files, and the Magistrate previously ordered that only the actual sales contracts needed to be produced. Mauna Kea explained that the Magistrate's prior ruling is the reason why it did not produce documents listed as being redacted in its privilege log, and that all the items marked as "redacted" came from individual sales files. In light of the Magistrate's previous order regarding individual sales files and Mauna Kea's representations during the hearing it appears that no further action need be taken on the first two issues.

2.  After review of Judge Ezra's decisions, it plainly appears that the confidentiality and landscape credit agreements are at issue with respect to Plaintiff's fraud and misrepresentation claims and that the crime/fraud exception to the privilege is applicable. Accordingly, at this time the Discovery Master orders that documents between Mauna Kea and its attorneys related to confidentiality agreements and landscape credits be produced. However, no request was made for the depositions of attorneys and the Discovery Master is not ordering that depositions of attorneys may be taken.

DATED: Honolulu, Hawaii, _14 October 2005_

_____
Honorable E. John McConnell

---

Western Sunview Properties, LLC v. Federmans; Civil No. CV03-00463 DAE LEK
ORDER REGARDING DEFENDANT MAUNA KEA PROPERTIES, INC. AND MAUNA KEA
DEVELOPMENT CORP.'S PRIVILEGE LOG

3

APPROVED AS TO FORM:

_____
Andrew Beaman, Esq.

Attorneys for Defendants
Irwin Federman and Concepcion S. Federman

*[signature]*
_____
Brian Kang, Esq.

Attorneys for Defendants
Mauna Kea Properties, Inc. and
Mauna Kea Development Corp.

Western Sunview Properties, LLC v. Federmans; Civil No. CV03-00463 DAE LEK
ORDER REGARDING DEFENDANT MAUNA KEA PROPERTIES, INC. AND MAUNA KEA
DEVELOPMENT CORP.'S PRIVILEGE LOG

4