**EXHIBIT 8**



MAUNA KEA REALTY
Mauna Kea Properties, Inc. dba Mauna Kea Realty

November 19, 1997

To:        Diane Paulson

From:      Kathrin "Chacha" Kohler R

Re:        Commission on Lot #12

Dear Diane,

Thank you for your fax regarding the commission.

The Cooperating Broker's Agreement signed October 30, 1997 states clearly that the commission is 3% of the purchase price, and we know what the purchase price is. All commissions are being paid on the actual amounts received by the company.

Also, at the time we opened escrow, Tom sent you a copy of the Cooperating agreement with the escrow instructions. That agreement clearly stated that your commission was $60,000 i.e. 3% of the purchase price.

I am glad we got to clarify this matter right now so we will not have any surprises later on.

Diane, this is to address the commission issue only.

Sincerely,

*[signature]*

Kathrin "Chacha" Kohler R

MKR 05384