# EXHIBIT 9

## MEMORANDUM

TO: Charles G. Rigg, Esq.
FROM: Terence S. Yamamoto, Esq.
DATE: November 12, 1997
RE: The Bluffs at Mauna Kea - Gifford Investments, L.P.

---

In accordance with your letter dated October 12, 1997, and pursuant to our client's consent, enclosed for your review and client's signature are (1) a red-lined, revised draft Confidentiality Agreement, and (2) a revised Confidentiality Agreement, incorporating the changes contained in your letter of October 10, 1997 or discussed with you by telephone.

We have incorporated the revisions specified in your letter to paragraph 1 (excluding the Broker as an agent); paragraph 2 (new termination date of 12/31/2000); paragraph 3 (payment of a fixed sum of $200,000.00 - per our telephone conversation, and providing for injunctive relief); and deleting paragraphs 4 and 5 from the prior draft.

If acceptable, please have your client execute the enclosed copy and provide a signed copy by facsimile. Please mail an executed original for our files.

EXECUTION OF THE CONFIDENTIALITY AGREEMENT BY GIFFORD INVESTMENTS, LTD. AND OPENING OF ESCROW IS STILL, HOWEVER, <u>SUBJECT</u> TO AND CONTINGENT UPON OBTAINING A CONFIDENTIALITY AGREEMENT ACCEPTABLE TO MAUNA KEA DEVELOPMENT CORP. FROM BUYER'S BROKER, MACARTHUR & COMPANY. As I mentioned to you by telephone, MacArthur & Company still has some concerns about the terms and conditions of the Confidentiality Agreement, although we are willing to incorporate similar revisions to the Broker's Confidentiality Agreement.

Please call if you have any questions.

*[Handwritten note:]* Doty/Dianne — Please Note — In order to finalize this Deal & open Escrow we need closure on MacArthur & Co's Confidentiality Agreement. We should do ASAP.

MKR 04102