# EXHIBIT 10

Fax to: Terrence Yamamoto
From: Tom Stifler

November 13, 1997 (9:00am)

TO: Tom Stifler
Mauna Kea Realty

FROM: Diane Paulson
MacArthur Worrall & McCarter

    Dodie has just shared with me the memo from Terry Yamamoto to Chuck Rigg (I believe he erroneously used "October" rather than "November" throughout the memo) I am clear that the Confidentiality Agreement between the Seller and Buyer's Broker needs to be agreed upon before we proceed to open escrow. My concern is, what protection do I have if the leak comes from your side? This is such a small town, as we all know; what if a MacArthur agent hears from another party, unaware that it is confidential information, and it is revealed? How do I know that a similar situation did not happen with the Bluffs Lot #1 and #2? What if that broker reveals something to someone? I'd love to hear your responses to these questions.

    As of 5pm yesterday, I understand that it was left that Terry Yamamoto would "sleep on" the issue of having me 'on line' for $45,000 and MacArthur Worrall & McCarter 'on line' for $5000. Dodie is understandably unwilling to be liable for more than this, a stance which I think any principal broker would take if they were even willing to sign it at all. As far as my being willing to, I am completely certain that the only MacArthur agents who know are myself and Dodie. I am completely confident that there will not be a leak from me or Dodie. I have always kept this file with me; it was with me in Europe, remains secure with me and is not even at the office. I only just shared this deal with Dodie on Monday, November 10th; I have not even given my own broker copies! It will continue to remain with me, not at the office, until such time that all your lots are sold or the two years is up. Tom, Perhaps you can assist here. Put yourself in Dodie's shoes and convince Terry Yamamoto to be satisfied with the $50,000 regardless of where it is coming from and let's get this transaction closed.

    Per Dodie, Roger is awaiting a call from Terry Yamamoto for his approval of how the $50,000 is "split".

Sincerely,

Diane

CONFIDENTIAL     MKR 04257