# EXHIBIT 12

**Litigation Copy**

| | |
|---|---|
| **From:** | E. John McConnell [judgemcconnell@msn.com] |
| **Sent:** | Monday, May 16, 2005 3:59 PM |
| **To:** | renee@myrhawaii.com |
| **Cc:** | abeaman@ckdbw.com; bkang@wik.com; Terry Revere (E-mail); Kelly Bryant |
| **Subject:** | Re: Western Sunview - Copies of Judge Ezra's Orders |

Dear Counsel:

After review of Judge Ezra's decisions, it appears plain to me that the confidentiality and landscape credit agreements are at issue with respect to Plaintiff's fraud and misrepresentation claims and that the crime/fraud exception to the privilege is applicable. Accordingly, at this time I am ordering that documents between MK and its attorneys related to those two agreements be produced. I am not ordering that depositions of attorneys may be taken. I ask that Mr. Revere prepare an order which in addition should recite the representations made at today's discovery conference regarding undisclosed problems and redacted documents. Hopefully the form of the order can be resolved by email.
Thanks to all of you.

John McConnell----- Original Message -----

   **From:** Renee <mailto:renee@myrhawaii.com>
   **To:** judgemcconnell@msn.com <mailto:judgemcconnell@msn.com>
   **Cc:** abeaman@ckdbw.com <mailto:abeaman@ckdbw.com> ; bkang@wik.com <mailto:bkang@wik.com> ; Terry Revere (E-mail) <mailto:terry@myrhawaii.com>
   **Sent:** Monday, May 16, 2005 1:09 PM
   **Subject:** Western Sunview - Copies of Judge Ezra's Orders

Dear Judge McConnell:

Please find attached Judge Ezra's orders filed September 15, 2004 and February 22, 2005.



Sincerely,

Renee Catian, Legal Assistant to Terrance Revere



Motooka Yamamoto & Revere

1000 Bishop Street, Suite 801

Honolulu, Hawaii 96813

Telephone: (808) 532-7900, Ext. 521

Facsimile: (808) 532-7910

1

This message and attached file(s), if any, is intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, employee or agent responsible for delivering the message to the intended recipient you are hereby notified that any dissemination, distribution, reading attached file(s), if any, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by return email and permanently delete this email and any copy you may have. No representation is made that this email or any attachments are free of viruses. Virus scanning is recommended and is the responsibility of the recipient. Thank you.