IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; ET AL.,<br><br>　　　　　Defendants. | Civil No. CV03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

　　Sidney K. Ayabe, Esq.　　　　　　　　　　　Date: August 14, 2006
　　Ronald Shigekane, Esq.
　　Ayabe Chong Nishimoto Sia & Nakamura
　　Email

　　Attorneys for Defendant
　　THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION

Douglas Ing, Esq.  Date: August 14, 2006
Brian Kang, Esq.
Watanabe Ing Kawashima & Komeiji LLP
Email

Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.

DATED: Honolulu, Hawaii, <u>August 14 2006</u>.

   /s/ Terrance M. Revere
TERRANCE M. REVERE
DENELLE M. DIXON-THAYER

Attorneys for Plaintiffs

WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

42046\3001\508194.1

2