FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Tel. No.: (415) 986-2800
Fax No.: (415) 986-2827
Email address:  ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email address:  Terry@myrhawaii.com

Attorneys for Plaintiffs WESTERN SUNVIEW
PROPERTIES LLC, GUY HANDS, and JULIA
HANDS

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES LLC; GUY HANDS; AND JULIA HANDS, | Civil No. 03-00463 JMS LEK |
| Plaintiffs, | (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action) |
| v. | |
| IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; | *(caption continued)* |

THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION;
MAUNA KEA PROPERTIES, INC.;
MAUNA KEA DEVELOPMENT
CORP.; COUNTY OF HAWAII;
JOHN DOES 1-100; JANE DOES 1-
100; JANE DOES 1-100; DOE
PARTNERSHIPS 1-100; AND DOE
CORPORATIONS 1-100,

                    Defendants.

**PLAINTIFFS WESTERN SUNVIEW PROPERTIES LLC, GUY HANDS,
AND JULIA HANDS' DISCLOSURE OF EXPERT WITNESSES**

Plaintiffs Western Sunview Properties LLC, Guy Hands, and Julia Hands

(collectively, "Plaintiffs"), by and through their attorneys, hereby submit their

disclosure of expert witnesses in accordance with Rule 26(a)(2) of the Federal

Rules of Civil Procedure and the Court's Order of July 6, 2006.

Plaintiffs may call the following expert witnesses at trial in this matter:

| | |
|---|---|
| David L. Callies, Esq.<br>c/o Motooka Yamamoto & Revere<br>1000 Bishop Street, Suite 801<br>Honolulu, Hawaii  96813 | Mr. Callies is the Benjamin A. Kudo Professor of Law at the William S. Richardson School of Law, University of Hawaii at Manoa.  He may testify as to liability and/or damages.  His report dated June 4, 2004 is attached hereto as Exhibit 1.  His statement dated April 18, 2005 is attached hereto as Exhibit 2. |

| | |
|---|---|
| Kenneth D. H. Chong<br>c/o Pacific Realty Consultants<br>1021 Smith Street, Suite 225<br>Honolulu, HI  96817 | Mr. Chong is a licensed real estate broker.  He may testify as to liability and/or damages.  His report dated February 22, 2005 is attached hereto as Exhibit 3.  His rebuttal report dated April 21, 2005 is attached hereto as Exhibit 4. |
| Leonard M. Kacher<br>c/o Motooka Yamamoto & Revere<br>1000 Bishop Street, Suite 801<br>Honolulu, Hawaii  96813 | Mr. Kacher is a Professional Community Association Manager, Certified Manager of Community Associations, and licensed real estate broker.  He may testify as to liability and/or damages.  His report dated February 22, 2005 is attached hereto as Exhibit 5.  His rebuttal report dated April 6, 2005 is attached hereto as Exhibit 6. |
| James N. Reinhardt<br>c/o Architectural Diagnostics, Ltd.<br>800 Bethel Street<br>Honolulu, HI  96813 | Mr. Reinhardt is a licensed architect.  He may testify as to liability and/or damages.  His report dated June 14, 2004 is attached hereto as Exhibit 7.  His report dated April 5, 2005 is attached hereto as Exhibit 8.  His rebuttal report dated April 5, 2005 is attached hereto as Exhibit 9. |
| Richard A. Stellmacher<br>Stellmacher & Sadoyama, Ltd.<br>1042 Fort Street Mall, Ste. 300<br>Honolulu, HI 96817 | Mr. Stellmacher is a Certified General Appraiser.  He may testify as to liability and/or damages.  His report dated February 14, 2005 is attached hereto as Exhibit 10.  His report dated April 21, 2005 is attached hereto as Exhibit 11 |

DATED:    August 24, 2006


_____/s/_____
DENELLE DIXON-THAYER
TERRANCE M. REVERE

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES LLC,
GUY HANDS, and JULIA HANDS

42046\3001\509885.2