# EXHIBIT 1

# REPORT OF DAVID L. CALLIES

I currently hold the position of Benjamin A. Kudo Professor of Law at the William S. Richardson School of Law, University of Hawaii at Manoa, where I teach the first year course in property, and advanced courses in land use and state and local government law. I regularly teach the law of covenants and servitudes, as well as the law associated with variances. I hold law degrees from the University of Michigan (J.D.) and Nottingham University (LL.M., planning law) and am a life member of Clare Hall, Cambridge University. I am the coauthor of two casebooks, one on land use (fourth edition) and one on real property (second edition). I am an elected member of the American Law Institute (ALI) in which capacity I served on the consultative committee which reviewed, commented upon and amended the Restatement of Property, Third, Servitudes, which deals with covenants and common interest communities such as homeowners' associations. I am also an elected member of the American Institute of Certified Planners (AICP) and of its College of Fellows (FAICP), an elected member of the College of American Real Estate Lawyers, past chair of the Hawaii State Bar Association Section on Real Property and Financial Services, past chair of the American Bar Association Section on State and Local Government Law, and present chair of the American Association of Law Schools Section on State and Local Government Law. My most recent book (with Curtin and Tappendorf) is Bargaining for Development: A Handbook, published in 2003 by the Environmental Law Institute in Washington, D.C., now in its second printing. I am also the coeditor of the annual Land Use and Environmental Law Review which publishes the best law review articles on land use and environmental law, based on a 2-level review board process, and my article Gated Communities, Covenants and Concerns (with Guth and Franzese) was chosen by those review boards as one of the five best land use articles published in the past year.

I have reviewed certain documents and other materials in connection with Western Sunview Properties, LLC v. Federmans. Based on the above, I conclude as follows:

1. The Special Setbacks requirement at section 4.17 of the Design and Construction Requirements for Homes, dated February 19, 1997, (which govern the construction of all buildings and improvements within The Bluffs at Mauna Kea) and which

prohibits buildings and structures in the special setbacks area
located in the Makai portion of Lot 5, is a construction
requirement, akin to the sections regulating driveways (4.1)
parking (4.2) and height limits (4.9) rather than a design
requirement such as color of walls (4.8.2).

2. A swimming pool is a structure, and therefore is a prohibited use
of land in a required setback area. *Scott v. Board of Appeal of
Wellesley*, 248 N.E.2d 281 (Mass. 1969); *Corter v. Zoning Board
of Appeals*, 361 N.Y.S. 2d 444 (N.Y. App. 1974).

3. As a construction requirement, it is not subject to variation under
Article VI of the aforementioned Design and Construction
Requirements, which Article VI provides for variations only of
"the general design requirements" to be considered by a design
committee "on their architectural merit and contribution to the
overall purposes" set out in certain sections of the aforementioned
requirements. This emphasis on "architectural merit" further
supports the conclusion that such variations are authorized by the
aforesaid Requirements only for design requirements and not for
construction requirements.

4. Absent express authority to vary the construction requirements for
The Bluffs at Mauna Kea as expressed in the aforementioned
Construction and Design Requirements, the Design Committee is
without authority to permit construction in the aforementioned
Special Setback Area on Lot 6, and the owner of Lot 6 is therefore
in violation of the said Requirements, which are by its terms in the
opening paragraph of the Requirements made a part of the
Declaration of Protective Covenants, Conditions and Restrictions
for The Bluffs at Mauna Kea dated February 19, 1997.

5. Even if it were somehow appropriate or legal for the Design
Committee to grant a variation to construct or build in the Special
Setback Area, there does not appear to be any evidence of a
variance granted to the Federmans for the purpose of construction
in the Special Setback Area in the rear or makai area of Lot 6. To
the extent a letter dated October 17, 2000, from Mielcke and Bell
(apparently the Design Committee for The Bluffs subdivision at

2

that time) can be interpreted to grant such a variance, that variance appears to be revoked by later letters dated December 22, 2000 and January 19, 2001. The minutes from a later meeting by a group of residents who appear to then be the duly-constituted design committee for The Bluffs at which Federmans claim a variance was granted, appear to be missing.

6.  Even if no construction in the Special Setback Area on Lot 6 could be construed to be a design requirement rather than a construction requirement, and even if there were sufficient evidence of a variation by a design committee from the requirement forbidding construction in the aforesaid Special Setback Area under Article VI of the aforesaid Requirements, such a variation can only be granted in good faith, *Leonard v. Stoebling*, 728 P.2d 1358 (Nev. 1986), and in accordance with the fiduciary duty of the Design Committee to enforce the covenants, conditions and restrictions for The Bluffs at Mauna Kea, owed to the owners and residents of The Bluffs. *Cohen v. Kite Hill Community Association*, 191 Cal. Rptr. 209 (1983) and *Colorado Homes, Ltd. V. Loerch-Wilson*, 43 P.3d 718 (Col. App. 2001).

7.  Such good faith is lacking when a design committee grants a variation for construction in the Special Setback Area on Lot 6 without consulting with neighboring lot owners and visiting neighboring lots for the purpose of gauging the effect of such construction on the views from such lots over and through the Special Setback Area, given one of the purposes for the Special Setback Area is "to protect views." (Section 4-17). *Leonard v. Stoebling*, 728 P.2d 1358 (Nev. 1986)

8.  Finally, the rules and standards with respect to the granting of variances from existing land use rules and regulations in the public context increasingly apply in the private association context, and should do so particularly in Hawaii. This is so because common interest associations like community associations and their design committees, including the one in the current litigation, increasingly assume the functions of local governments. See Restatment of Property, Third, Servitudes, at Chapter 6, Introductory Note. As early as 1976, Uriel Reichman described common interest

3

communities as "residential private governments" possessing
"much of the power and trappings of local municipal government"
. "Residential Private Governments: An Introductory Survey" 43
U.Chi. L. Rev. 253 (1976). See also, Mark Weiss and John Watts,
in **Residential Community Associations: Private Governments
in the Intergovernmental System**, at 95 and 100-102 (1989) as
cited in Winokur, "Critical Assessment: The Financial role of
Community Associations" "in which the authors describe a shift in
the basic purpose of common interest communities beginning in
the 1960's from enforcing deed restrictions to maintaining
common property." (38 Santa Clara L. Rev. 1135, 1139 (1998).
Winokur continues: "There is substantial evidence to suggest that
the 'loadshedding' of local government fiscal responsibilities onto
common interest communities has been a conscious governmental
strategy for relieving strain on shrinking resources." (at 1141).
See also Hyatt and Rhoads, "Concepts of Liability in the
Development and Adminstration of Condominium and
Homeowners Associations, 12 Wake Forest Law Rev. 915, 918
(1976) in which the authors state that "Upon analysis of the
association's functions, one clearly sees the association as a quasi-
government entity paralleling in almost every case the powers,
duties and responsibilities of a municipal government."   Although
no court has suggested applying constitutional standards to such
governments, "In their rulemaking and enforcement roles,
combined with their financial role of financing and maintaining
quasi-public services and facilities, community associations are
truly becoming powerful residential private governments." 38
Santa Clara L.Rev. 1174.

9.  Particularly in Hawaii, with no local governments of any kind
    except the four regional, island-wide county governments to which
    its citizens can look for local services, the homeowners association
    assumes the critical role of, and fills the vacuum left by the
    absence of, smaller units of local government.

10. Variances are customarily granted at the local government level
    by a locally-appointed zoning board of appeals.  Such a board is
    subject to the same general standards as any other board with
    respect to the need for avoiding conflicts of interest.  Moreover,
    the standards for granting such variances generally require that a

4

landowner show: (a) that the land cannot yield a reasonable return as restricted; (b) that the plight of the landowner is due to unique or unusual circumstances and not conditions generally prevailing through the neighborhood; (c) that the variance requested will not alter the essential character of the neighborhood, and (d) that the variance is not contrary to the public interest.  See Juergensmeyer and Roberts,  Land Use Planning and Control Law (1998) at s. 5.16.  Examples are the need to encroach. into a required side yard to accommodate an overhanging roof or a carport on an unusually narrow lot, or the need for a variance  in order to construct a dwelling on a lot which is just shy of the required square footage required by the relevant zoning classification.

There is no such demonstrable hardship present in the instant case, nor is the situation unique to the lot or lot owner.  Therefore, it would be improper to grant any variations to the existing standards pertaining to construction in the Special Setback Area on Lot 6, whether interpreted as construction or design standards. Any declaration to the contrary should be against public policy and beyond the powers of the design committee.

I reserve the right to modify and amend the opinions contained herein if:

    a.  further discovery documents or
    b.  opinions of any other experts

are provided to me in the course of and before the final resolution of this dispute, which in my opinion warrant such modification or amendment.

David L. Callies, 6/4/04

5

(February 2004)

## DAVID L. CALLIES

## BIOGRAPHICAL DATA

David L. Callies is Benjamin A. Kudo professor of law at the University of Hawaii's William S. Richardson School of Law where he teaches land use, state and local government and real property. He is a graduate of DePauw University, the University of Michigan Law School (J.D.) and the University of Nottingham (LL.M.), and a life member of Clare Hall, Cambridge University. He is past chair of the Real Property and Financial Services Section of the Hawaii State Bar Association; past chair of the American Bar Association Section of State and Local Government Law; past chair, Academics Forum, and member of Council, Asia Pacific Forum, of the International Bar Association; a member of the American Law Institute (ALI); and a Fellow of the American Institute of Certified Planners (FAICP).

Twice the recipient of the law school's best professor award (1990 and 1991), Callies is past president of the Aloha Chapter of Lambda Alpha International (an international land economics honorary) and 1994 recipient of its national member of the year award. In 1993, the local chapter of the American Planning Association honored him for his distinguished service to the planning profession. He is co-editor of the annual Land Use and Environmental Law Review (with Dan Tarlock).

Among his books are Bargaining for Development: A Handbook (with Curtin and Tappendorf) (ELI 2003), Taking Land: Compulsory Purchase and Land Use Regulation in the Asia-Pacific (with Kotaka) (U.H. Press, 2002), Property and the Public Interest ("with Hylton, Mandelker and Franzese) (Lexis Law Publishing, 2d edition, 2003); Preserving Paradise: Why Regulation Won't Work (Univ. of Hawaii Press, 1994); Regulating Paradise: Land Use Controls In Hawaii (Univ. of Hawaii Press, 1984), and (with Robert Freilich and Tom Roberts), Cases and Materials on Land Use (West, 4th edition, 2004). His book, Land Use Controls in the United States was recently published in Kyoto and Shanghai. He is editor of and contributor to Takings: Land Development Conditions and Regulations After Dolan and Lucas (ABA Press, 1995); After Lucas: Land Use Regulation and The Taking of Property Without Compensation (ABA Press, 1993), and a contributor to Cullingworth, British Planning (1999); Karan and Stapleton, The Japanese City (1998); Shapiro, Masser and Edgington, Planning for Cities and Regions in Japan (1994); Smith and Pratt, Politics and Public Policy in Hawaii (1992), and Porter and Marsh (eds.), Development Agreements: Practice, Policy and Prospects (ULI, 1989). He is the author of more than 75 articles on property, land use and local government, including Regulatory Takings and the Supreme Court, 28 Stetson L. Rev. 523 (1999) (lead article, Local Gov't Law Symposium) and Custom and Public Trust: Background Principles of State Property Law?, 30 ELR 10003 (2000), (with Breemer) The Right to Exclude, and (with Breemer), "Background Principles: Custom, Public Trust and Pre-existing Statutes." 36 Valparaiso L. Rev. 339 (2002).

He is presently participating on a multinational study team headquartered at Japan's Meijo University investigating methods of compulsory purchase and compensation in the Asia-Pacific Region. a multi-national research group writing a book on customary law and sustainability, and writing about customary property rights following a week-long seminar at The Rockefeller International Conference Center, Bellagio, Italy, and a semester on sabbatical leave as visiting fellow, Clare Hall, Cambridge University (Spring 1999). He was elected a Life Member of Clare Hall in 2000.

<u>February 2004</u>

## BIOGRAPHICAL BACKGROUND

| | |
|---|---|
| Name: | DAVID L. CALLIES |
| Home Address: | 1532 Kamole Street<br>Honolulu, Hawaii 96821 |
| Campus Address: | School of Law<br>University of Hawaii<br>2515 Dole Street<br>Honolulu, Hawaii 96822<br>Tel: (808) 956-6550<br>Fax: (808) 956-5569<br>E-mail: dcallies@haw.edu |
| Graduate of: | University of Nottingham, Nottingham, England, LL.M. 1969;<br>Thesis: <u>Positive Planning Law in England</u>, 1947-1968<br><br>University of Michigan Law School, Ann Arbor, Michigan,<br>J.D. 1968<br><br>DePauw University, Greencastle, Indiana, A.B. 1965 |
| Life Member: | Clare Hall, Cambridge University |
| Elected: | American Law Institute (1991)<br>College of Fellows, American Institute of Certified Planners<br>(2002) |
| Benjamin A. Kudo<br>Professor of Law: | William S. Richardson School of Law<br>University of Hawaii at Manoa |
| Affiliate Faculty: | Dept. of Urban and Regional Planning<br>University of Hawaii |
| Formerly Partner: | In the firm of Ross and Hardies of Chicago, Illinois<br>(1975-1978) (associate 1969-1974) |
| Formerly Adjunct<br>Associate Professor: | University of Hawaii at Manoa, School of<br>Law, Spring 1977<br><br>University of Illinois at Chicago Circle College of Urban<br>Sciences (Summer, 1976 - Fall, 1977)<br><br>University of Wisconsin/Milwaukee School of Architecture<br>and Urban Planning (Fall, 1975 - Spring, 1978) |

LISTED IN:

Who's Who In the World
Who's Who In America
Who's Who/American Law

SPECIAL AWARDS:

College of Fellows, American Institute of Certified Planners (2002)
Life Member of the College, Clare Hall, Cambridge University (1999)
Visiting Fellow, Clare Hall, Cambridge University, Winter-Spring 1999
Benjamin A. Kudo Chair in Land Use Law, 1994 -
Distinguished Leadership Award, American Planning Association/Hawaii Chapter 1993
Best Appellate Brief of 1992, submitted by Chief Justice/Hawaii Supreme Court
        to National Competition
"Member of the Year," Lambda Alpha International (Land Econ. Honorary)
        1991 (Aloha Chapter), 1993 (National)
Best Professor, Law School, 1989-1990, 1990-1991
Chancellor's Merit Award for Excellence, 1982 (Teaching, Research and Public Service)

MEMBER OF:

American Bar Association, Sections Real Property, State and Local Government; Legal
        Education (Chairman, Section of Urban, State & Local Government Law, 1989-1990)
American Institute of Certified Planners (College of Fellows, 2002)
American Law Institute (consultative group, 3rd Restatement, Property, "Servitudes" and
        "Cotenancy")
American Planning Association
Hawaii State Bar Association, Chair, 1997 and Board Member, 1991-, Real Property and
        Financial Services Section)
Hawaii Institute for Continuing Legal Education (Board Member, 1996-1999)
Historic Hawaii Foundation
International Bar Association (Member of Council, Asia Pacific Forum, 1993-1996, chair,
        Academics Forum, 1994-1998)
Lambda Alpha International (Vice president/Asia Pacific Region, 2000 -  ;
        President, Aloha Chapter, 1989-1991, International Member of the Year, 1994)
National Trust for Historic Preservation
Board and Executive Committee/PATH (affordable housing corporation)
Royal Oak Foundation
Sierra Club
Social Science Association/Honolulu (President 1993 - 2003)
Advisory Committee, State Functional Plan for Conservation Lands

<u>ADMITTED TO PRACTICE</u>:

Hawaii
Illinois
U.S. Supreme Court
U.S. District Court, Illinois

<u>LAW SCHOOL SERVICE</u>:

Chairman, Faculty Personnel Committee, 1999-2000
Chairman, Certificates Committee, 1997-1998
Co-Chair and Member of Four Dean Search Committees
Chairman, Admissions Committee, 1995-96
Chairman, Appointments (Hiring) Committee, 1985-86
Chairman, Library Committee, 1987-88, 1984-85, 1982-83, and 1980-81
Chairman, Curriculum Committee, 1981-82
Chairman, Academic Standards Committee, 1996-1997
Faculty Advisor, Law Review, 1978-81 and 1982-85

<u>UNIVERSITY SERVICE</u>:

School of Business, Dean Search Committee (1998-1999)
School of Hawaiian, Asian and Pacific Studies Dean Search (1988)
Chair, Bookstore Committee (1988)
Tenure, Promotion Review Committees, 1986, 1988, 1998, 2004 (Convenor)
Law School Dean Search, 1983 and 1995
Manoa Forum I & II (1994 -)

<u>BOOKS</u>:

(w/Curtin & Tappendorf) <u>Bargaining for Development:  A Handbook on Development
    Agreements, Annexation Agreements, Land Development Conditions, Vested
    Rights and the Provision of Public Facilities</u>, Env. Law Institute, 2003

(w/Kotaka) (Ed.) <u>Taking Land: Compulsory Purchase and Town Planning Law in the Asia
    Pacific</u>, Honolulu: U.H. Press, 2002.

Callies, (J. Yu, transl.) <u>Land Use and Development Regulations in the United States</u>,
    Shanghai: _____ ) 2000.

Hylton, Callies, Mandelker & Franzese, <u>Property, Law and the Public Interest</u>,
    Lexis Law Publishing (1998); 2d Ed. 2003).

Callies (ed.), <u>Takings:  Regulatory Takings and Land Development Conditions After Lucas
    and Dolan</u>, ABA Press, 1996.

Callies (M. Hotta, transl.), <u>Land Use and Development Regulation in the United States</u>
(Kyoto:  1994).

Callies (ed.), <u>After Lucas:  Land Use Regulation and the Taking of Property Without
Compensation</u>, ABA Press, 1993.

Callies, <u>Preserving Paradise:  Why Regulation Won't Work</u>, (U.H. Press, 1994).

Callies, Freilich and Roberts, <u>Cases and Materials on Land Use</u>.  West Publishing Co., 1986,
Supplement 1988, 1991; 2d Ed., 1994; 3rd Ed., 1999; 4th Ed., 2004.

Callies, <u>Regulating Paradise:  Land Use Controls in Hawaii</u>, University of Hawaii Press,  1984.

Bosselman, Callies and Banta, <u>The Taking Issue</u>.  A Study of the Constitutional Limits of
Governmental Authority to Regulate the Use of Privately-Owned Land Without Paying
Compensation to the Owners, prepared for the Council on Environmental Quality, July,
1973.

Bosselman and Callies, <u>The Quiet Revolution in Land Use Control</u> - prepared for the Council
on Environmental Quality, December, 1971.

<u>ARTICLES</u>:

(w/Franzese & Guth) <u>Gated Communities: Covenants and Concerns</u>, 35 <u>Urban Lawyer</u> 177
(2003).

(w/Chipchase) Moratoria and Musings On Regulatory Takings: <u>Tahoe-Sierra Preservation
Council v. TRPA</u>, 25 U.H. L. Rev. ___ (2003).

"The Quiet Revolution and Takings Law," ___ Pace Env. L. Rev. ___ (2003).

"An Introduction to the Law of Takings," 24 U.H. L. Rev. 1 (2002).

(w/Breemer) "Selected Legal and Policy Trends in Takings Law:  Background Principles;
Custom, and Public Trust Exceptions and the Misuse of Investment-Backed
Expectations," 36 Valparaiso L. Rev.339 (2002).

(w/Tarlock) "Annual Survey of Land Use and Environmental Law Articles," ___ Plan. & Zon.
Law Report ___ (2002).

"Fred Bosselman and the Taking Issue," 17 FSU L. Rev.3 (2002).

"Historic Preservation Law in the United States," 32 ELR 10348 (2002).

(w/Chipchase) "<u>Palazzolo</u> and Takings," 33 Urban Lawyer 907 (2002).

(w/Kotaka) "Taking Land: Compulsory Purchase and Regulation of Land in Asia Pacific
Countries," 26 International Legal Practitioner 80 (2002).

(w/Kotaka) "Taking Property in the Asia Pacific," 9 Asia-Pacific L. Rev.103 (2002).

"A Survey of Historic Preservation Law in the United States," 52 Meijo L. Rev. 81 (2002).

"Palazzolo and Background Principles," ___ Land Use Law and Zoning Digest ___ (2001).

(w/Kotaka & H. Guth) "Taking Land: Compulsory Purchase and Town Planning Law in the Asia Pacific, 31 E.L.R. 11184 (October 2001).

(w/Tappendorf) "Unconstitutional Conditions and the Development Agreement Solution," 51 Case Western Reserve L. Rev. 663 (2001).

(w/Breemer) "The Right to Exclude Others From Private Property: A Fundamental Constitutional Right," 3 Wash. U.J. Law & Pol. 39 (2000).

"Custom and Public Trust: Background Principles of State Property Law," 30 ELR 1003 (2000).

"Chassagnou and Others v. France," 1 Bus. Law International (No. 2) 109 (2000).

"Regulatory Takings & the Supreme Court," 28 Stetson L.Rev. 523 (1999).

"Access to Academics: Making Academics Work For You," International Business Lawyer, Sept. - Oct. 1998.

"Land Development Conditions and the Development Agreement Solution," __ Land Use Law and Zoning Digest __ (Nov. 1997).

"Introduction to Government Taking and Compensation in the United States," 46 Meijo L. Rev. 2 (1996).

(With Michael Dowling) "Land Tenure Alienation and Foreign Investment in the Pacific," 4 Asia Pacific L. Rev. 47 (1995).

"Beyond Nollan: The Constitutionality of Land Development Conditions After Dolan" 4 Land Use and Environment Forum 79 (Spring 1995).

"The Quiet Revolution Revisited: A Quarter Century of Progress" 26 The Urban Lawyer 197 (1994).

"Lucas v. South Carolina Coastal Council: Taking Property By Regulation in the United States" 43 Meijo Univ. L. J. 338 (1993).

"Impact Fees and Exactions in the United States," 11 Nihon University Comp. Law 79 (1994).

"Land Tenure and Foreign Investment in Emerging Pacific Island States," Asia Pacific Newsletter of the International Bar Association, Fall, 1993.

"Indemnisation des Servitudes," #57 Études Foncières 38 (Dec. 1992).

"The Lum Court, Land Use and the Environment," 14 U. Haw. L. Review 119 (1992).

Callies, "Takings After Lucas" _ Land Use Law and Zoning Digest _ (1992).

Callies, "Regulatory Takings in the U.S. After Lucas" _____ (1992).

"The Use of Consent Decrees to Resolve Complex Land Use and Environmental Litigation,"
    21 Stetson Law Review 871 (1992).

"Ballot Box Zoning: Initiative, Referendum and the Law," 3 J. Urban and Contemp. Law 53
    (1991) (with Neuffer and Caliboso).

"Paying for Growth and Planning Gain: An Anglo-American Comparison of Development
    Conditions, Impact Fees and Development Agreements," 23 The Urban Lawyer 221
    (1991) (with Grant).

Callies, "Impact Fees, Exactions and Paying for Growth in Hawaii," 11 U. Haw. L. Rev. 295
    (1989).

Callies, "First Church on Remand: Keystone Revisited," 41 Land Use Law and Zoning   Digest
    #8 at p. 5 (Aug. 1989).

Callies, "A Report From Hawaii," 48 Urban Land #7 pp. 32-33 (July 1989).

Callies, "Planning, Regulatory and Environmental Controls Applicable to Harbor
    Developments and Associated Urban Renewal and Tourist Projects in the U.S.," 21 The
    Urban Lawyer 351 (1989).

Callies, "Property Rights: Are There Any Left?" 20 The Urban Lawyer 597 (1989).

Callies, "Regulatory Takings," Judges Magazine (spring 1988).

Callies, "Takings Clause: Take Three," Supreme Court Report, ABA Journal,
    November 1987, at 48 et seq.

Callies, "The Keystone Case: The Taking Issue Revisited," 39 L.U. Law & Zoning Digest _
    (August, 1987).

Callies & Aurbach, "Breaking Up Land Oligopolies in the United States," 11 Habitat Int'l
    Journal 57 (1987).

Callies, "The 'Full Bore' Application of Hamilton Bank," 38 Land Use Law & Zoning
    Digest 4 (September 1986).

Callies, "Development Agreements and Planning Gain," 17 The Urban Lawyer 599 (Fall,
    1985).

Callies, "The Taking Issue Revisited: A Critique of Hamilton Bank," 37 Land Use Law and
    Zoning Digest _ (October, 1985).

6

Callies, "Regulating Paradise:  Is Land Use A Right or A Privilege," 7 U. Haw. Law Rev. 13 (1985).

Callies, "A Requiem for Public Purpose," 36 Land Use Law and Zoning Digest 16 (July,  1984).

Callies, "Requiring Low-Income Housing:  Is Inclusionary Zoning Legal?" Hawaii Architect, July 1983.

Callies, "Public Purpose and Eminent Domain," (Comment on Midkiff v. Tom) 35 Land Use Law and Zoning Digest 12 (May, 1983).

Callies and Tamashiro, "Enterprise Zones," 15 Urb. Lawyer 231 (1983).

Callies, "Nukolii and Vested Rights," 35 Land Use Law and Zoning Digest 11 (Feb., 1983).

Callies, "Land Use Controls:  A Random Survey for 1981-1982," 14 Urb. Lawyer 781     (1982).

Callies, "Plans as Laws in Honolulu," 35 Land Use Law and Zoning Digest 4 (Feb., 1982).

Callies, "Land Use Controls:  An Eclectic Summary for 1980-1981," 13 Urban Lawyer 723 (1981).

Callies, "Public Participation in the United States," 52 Town Planning Review (England) 286 (1981).

Callies, "Historic Preservation in Hawaii," 7 Historic Hawaii News 4 (Jan., 1981).

Callies, "U.S. v. Kaiser-Aetna:  Navigable Fish Ponds As Private Property," 22 Zoning Digest 6 (August, 1980).

Callies, "Land Use Control in An Island State," 2 Third World Planning Review [England] 187 (1980).

Callies, "Land Use:  Herein of Vested Rights, Plans and the Relationship of Planning and Controls," 2 Haw. L. Rev. 167   (1980).

Callies, "The Quiet Revolution Revisited," 46 Journal of the American Planning Association (April, 1980).

Callies, "Land Use and Critical Areas:  Preservation and Development Compromise in England and Australia," 5 Col. J. Env. Law 265 (1979).

Callies, "Value Capture Techniques:  The State of the Art," 2 Transit Law Review 24     (1979).

Callies, "Planning and Minority Exclusion:  The View From Our Highest Court," Hawaii Architect, August, 1979.

Callies, "A Hypothetical Case:  Value Capture/Joint Development Techniques To Reduce the Public Costs of Public Improvements," 16 Urban Law Annual 155 (1979).

Callies, "Government as Developer and Owner: Construction of New Urban Communities and the Conservation of Resources in the Coastal Zone," 2 Journal of Urban Law & Policy 307 (1978).

Callies, "Grand Central Station Landmark Preservation Law," Hawaii Architect (October 1978) pp. 11 et seq.

Callies, "Lessons From the Camargue," ULI Environmental Comment, July, 1978, pp. 4-8.

Callies & Weaver, "The Arlington Heights Case: A Reprise," Real Estate Issues, Vol. 3, No. 1 (Summer, 1978).

Callies & Weaver, "The Arlington Heights Case: The Exclusion of Exclusionary Zoning Challenges," Real Estate Issues, Vol. 2, No. 1 (Summer, 1977).

Callies & Siemon, "The Value Capture Hypothesis: A Second Analysis," Transportation Law Journal (January, 1977).

Callies, Sharpe & Williams, "Rapid Transit and the Creation of Value: The Role of Value Capture," Planning (ASPO) (1977).

Callies, Duerksen, "Value Recapture as a Source of Funds to Finance Public Projects," Urban Law Annual, Vol. 8:73, pp. 73-95 (1974).

Callies, "Land Use: The Taking Issue," for real estate today (November/December, 1974).

Callies, Duerksen, "Value Recapture: A Rose by Another Name," ASPO Land Use Law & Zoning Digest, Vol. 26, No. 4 (1974).

Callies, "The Quiet Revolution: A New Concept of Land Use Control," for real estate today (October, 1973).

Callies, "The Comprehensive Plan as a Statutory Instrument for Regulating the Use and Development of Land," 2 The Institute  Report #13 (October, 1972) (Illinois Institute for Continuing Legal Education).

Garner & Callies, "Land Use Controls in England and the United States: A Comparison," Anglo-American Law Journal, Vol. 1, No. 2 (Spring, 1972).

Callies & Quay, "Zoning for Gravel Pits: Simultaneous Rehabilitation According to Plan," ASPO Land Use Controls Quarterly, Vol. 4, No. 1 (Winter, 1970).

Callies, "Positive Planning in England: A Survey," ASPO Land Use Controls Quarterly, Vol. 4, No. 2 (Spring, 1970).

Callies, Commonwealth of Puerto Rico v. Rosso: Land Banking and Expanded Concept of Public Use, Michigan Journal of Law Reform, Vol. 2, No. 1 (December, 1968).

CONTRIBUTOR TO:

_____ (Eds.), Security of Society & the System, Univ. Reserach Center, Nihon Univ., 2003, 4-162, "Protection of the Environment Through Agreements."

Korngold & Morriss (Eds.), Property Stories, Foundation Press, 2004, "Village of Euclid v. Amblen Realty Co.".

Roberts (Ed.), Taking Sides on Taking Issues: The Impact of Tahoe-Sierra, ABA Press, 2003, "The Tahoe-Sierra Dissent."

Oxford Companion to American Law, Oxford Univ. Press, 2003, "Zoning."

Roberts (Ed.), Taking Sides in Takings Law, ABA Press, 2002, (W. Breemer) "Background Principles: Custom, Public Trust, and Legislation as Lucas Exceptions."

Salkin (Ed.), "Trends in Land Use Law From A to Z, ABA Press, 2001 (w/Tappendorf), "Development Agreements," Ch. 13.

Cullingworth, British Planning Policy: 50 Years of Urban & Regional Change (Athlone: Cambridge, 1999), "An American Perspective on U.K. Planning."

Pable and McClendon, Revolutionary Ideas in Planning Law (APA, 1998), "Development Agreements/Annexation Agreements" and "Land Development Conditions."

Bruce (Ed.), A Land Use Anthology (Anderson, 1998), "The Quiet Revolution Revisited."

"Zoning and the Japanese City" in Karan and Stapleton (eds.), The Japanese City, Univ. of Kentucky Press, 1998.

Kotaka (ed.), Songai Baishou no Riron to Jissai (The Theory and Practice of Compensatory Damage) (1998), Ch. 3, "Compulsory Takings and the Federal Relocation Assistance and Real Property Acquisition Policies Act."

Rohan, The Law of Zoning: Ch. 9, "Development Agreements," Ch. 9A, "Dedications, Exactions and Other Land Development Conditions"; Ch. 10, "Vested Rights" (all 1997).

"The Quiet Revolution Revisited: A Quarter Century of Progress," in Modernizing State Planning Strategy, 1996: Am. Plan. Assoc., Chicago.

"Land Use Planning and Control in Japan" in Edgington, Masser & Shapira (eds.), Planning for Cities and Regions in Japan, Liverpool: Liverpool University Press (1995).

"The Use of Consent Decrees in Settling Land Use and Environmental Disputes," reprinted in Young (ed.), 1993 Zoning and Planning Law Handbook, New York: Clark Boardman Callaghan (1993).

"Land Use Planning In the 50th State," in Buchsbaum & Smith, State & Regional Comprehensive Planning, Chicago: ABA Press (1993).

Roth (ed.), Price of Paradise (1992): Ch. 28, "Ballot Box Zoning" and Ch. 26, "Development Fees."

Smith & Pratt (eds.), Politics and Public Planning In Hawaii (1992), Ch. 8, "Dealing with Scarcity: Land Use and Planning."

1992 Land and Environmental Law Handbook, Ch. 16, Ballot Box Zoning: Initiative, Referendum and the Law.

Callies, The Use of Consent Decrees to Resolve Environmental and Town Planning Disputes, in Thomas (ed.) Environmental Liability (IBA, 1991).

Callies, "Property Rights: Are There Any Left?" in Hill (ed.), Regulatory Taking: The Limits of Land Use Control (ABA, 1990) and Vol. 21, Land Use and Environment Law Review (August, 1990).

Callies, "How Development Agreements Work in Hawaii," Ch. 6, Porter and Marsh (eds.), Development Agreements (ULI, 1989).

Callies, "The Influence of the Constitution on Property Rights," Ch. 10 in ALI/ABA's bicentennial book The Blessings of Liberty (1988).

Callies, "Land Use Planning & Priorities in Hawaii," Ch. at 163 in Conservation Biology In Hawaii (1988).

Sands & Libonati, Local Government Law (4 vol.), Ch. 16, "Land Use Regulations" (1986); Ch. 9, "Home Rule" (1987).

Land and Environment Law Review, 1986 ("Regulating Paradise: Is Land Use A Right or A Privilege?").

Proceedings of the 15th Annual Institute on Zoning, Planning and Eminent Domain, "Public Purpose and Eminent Domain: HHA v. Midkiff and Oakland Raiders v. Oakland" (Southwestern Legal Foundation, 1985) (hardcover).

Proceedings of the 14th Annual Institute on Zoning, Planning and Eminent Domain, "Enterprise Zones" (Southwestern Legal Foundation, 1984) (hardcover).

Countryman (ed.), Guiding Land Use Decisions, Ch. 9, "The Legal Basis for More Effective Resource Protection and Management," The Johns Hopkins Press (1982).

ULI, The Management & Control of Growth Vol. V (1980).

New Urban Rail Systems, a collection of essays published by the U.S. House of Representatives Subcommittee on the City, December, 1979.

New Urban Rail Transit Report of the U.S. House of Representatives Subcommittee on the City, Dec. 1979: "Value Capture In Metropolis."

Land In America, "The Quiet Revolution in Land Use Controls," Chapter 4 ( 1979).

ULI, The Management & Control of Growth, The Urban Land Institute, "The Quiet Revolution in Land Use Control," "The  Taking Issue:  A Study of the Constitutional Limits," Vol. I, Ch. 4 (1975), and Vol. V, Ch. 33 "The Supreme Court Is Wrong About Zoning By Popular Vote," (1980).

Babcock & Callies, "Ecology and Housing:  Virtues in Conflict," (published in Modernizing Urban Land Policy (ed. Marion Clawson) for Resources for the Future by Johns Hopkins Press,  1973).

Council of State Government, State Land Use Controls Report (1973).

The Use of Land:  A Citizen's Policy Guide to Urban Growth, Laurence Rockefeller Task Force on Urban Growth, Citizen's  Committee on Environmental Quality (1973, Thomas Y. Crowell  Co., New York).

Operation BREAKTHROUGH, Department of Housing and Urban Development, Washington, D.C. - "Exclusionary Zoning:  A Prognosis and Some Prescriptions."

Report of the National Commission on Urban Problems (Douglas Commission) - "Alternatives to Urban Sprawl:  Legal Guidelines  for Governmental Action."


**BOOK REVIEWS:**

Karsten, Between Law and Custom (2003).

(With Hazel Beh), Thomas, Rosamund (Ed.), "Teaching Ethics:  Vol. I, Gov't Ethics, _ Internat. Bus. Lawyer (1999) and 3 Business Law International __ (2001).

Harr, Suburbs Under Siege, _ Town Planning Review (1997).

Beatley, Ethical Land Use:  Principles of Policy and Planning _ Land Use Policy _ (September 1995).

Barnett and Therivel, Environmental Policy and Impact Assessment In Japan __, Town Planning Review (U.K.) (1993).

Wakeford, American Development Control and Delafons, Impact Fees and Exactions, __ JPEL (U.K.) (1992).

Wakeford, American Development Control:  Parallels and Paradoxes from an English Perspective," 23 The Urban Lawyer 291 (1991).

Blaesser and Weinstein, Land Use and the Constitution, 22 The Urban Lawyer 527 (Summer 1990).

Costonis, Icons and Aliens and Murtagh, Keeping Time, 22 The Urban Lawyer 341 (Spring 1990).

Alterman, Evaluating Linkage and Beyond, __ Town Planning Review __ (1989).

Dawson, Land Use Planning and the Law, in Planning Magazine (Oct. 1984).

de Neufville, The Land Use Policy Debate In the United States for 54 Town Planning Review 249 (1983).

Coughlin & Keene, The Protection of Farmland, for 53 Town Planning Review 489 (1982).

Liroff & Davis, Protecting Open Space, Planning Magazine (April 1982).

Gresser, Fujikura and Morishima, Environmental Law in Japan, 47 Journal of the American Planning Association 365 (July, 1981) 3 U/H L. Rev. 165, 1981, and Town Planning Review __, 1983.

Hagman, Public Planning and Control of Urban and Land Development (2nd ed.), Planning Magazine (May, 1981, at pp. 29-30) and U/H L. Rev. (in draft), 1981.

Bosselman, In the Wake of the Tourist, in Hawaii Architect, April __, 1979.

Creighton, Lands of Hawaii, Planning, The APA Magazine, Mar., 1979.

Mandelker & Netsch, State & Local Government In a Federal System, Planning, The ASPO Magazine (June 1978).

Harwood, Cases & Materials on English Land Law (for Law Books in Review (1977)).

No Land Is An Island: Individual Rights and Government Control of Land Use, AIP Journal, July, 1977.

Hagman, Public Planning and Control of Urban and Land Development, April/May, Planning, The ASPO Magazine (1974) and 70 Michigan Journal of Law Reform 3 (Spring, 1974).

Mandelker, Housing Subsidies in the U.S., and Clawson & Hall, Planning and Urban Growth, both in Planning, The ASPO Magazine (Dec. 1973).

Yannacone, Environmental Rights & Remedies (for Law Books In Review (1973)).

## REPORTS:

Callies, Neuffer and Caliboso, Ballot Box Zoning: Initiative and Referendum In Hawaii, Land Use Research Foundation, December 1989.

Callies and Johnson, Legal, Business and Economic Aspects of Cobalt-Rich Manganese Crust Mining and Processing In Republic of the Marshall Islands, U.H. Sea Grant (May, 1989).

Callies, Development Agreements For Hawaii: A Handbook (in draft, Nov. 1986).

Callies and Johnson, Land, Planning and Environmental Laws Applicable to the Siting of Manganese Nodule Processing Plants in Australia, Fiji, Canada, Philippines, Ecuador and Colombia, U.H. Sea Grant/U.S. NOAA (1985).

Callies, Ocean Thermal Energy Conversion: Onshore Impacts, Their Mitigation and Regulation. Parsons Hawaii (1982).

Co-principal investigator (with Robert J. Harmon & Associates, Rice Center, and Kell, Alterman & Runstein), Transit Corridor Development Corporation Feasibility Study (Portland, Oregon), 1980.

Co-principal investigator with Carl P. Sharpe, Stuart Dixon and Robert J. Harmon, of Joint Development Report, published in September, 1979, by the Urban Mass Transit Administration, U.S. Department of Transportation.

Co-author with Susan G. Lichtenfeld of Constitutional Amendments for Financing Public Improvement, prepared for the City and County of Honolulu Dept. of Transportation Services (July, 1978).

Co-author with Susan G. Lichtenfeld, Robert J. Harmon, Stuart Dixon & Robert Eury of Preliminary Value Capture Analysis For Proposed Fixed Guideway Rapid Transit System, prepared for the City and County of Honolulu Dept. of Transportation Services February, 1978).

Co-principal investigator with Carl P. Sharpe of Joint Development and Value Capture Applications, published in 1976 by the U.S. Department of Transportation.

Co-principal investigator with Stephen N. Montgomery of "A Value Capture Policy," prepared by the Rice University Center for Community Design & Research for the Department of Transportation and published in November, 1974, by the Center and the U.S. Department of Transportation in four volumes.

Co-author with Fred P. Bosselman and Duane A. Feurer of "EPA Authority Affecting Land Use," prepared for Office of Planning and Evaluation of the U.S. Environmental Protection Agency, March 12, 1974.


## OTHER PROJECTS:

Team Member, Comparative Compulsory Purchase/Planning Law In Asia-Pacific Project, Hanshin Expressway Compensation Center, Osaka, Japan, 1994-2000.

Advisor/State Convention Center Authority, 1991-1995, and Office of State Planning, 1990-1994.

Legal Advisor, Commonwealth of the Northern Marianas Islands, Zoning Code Project, 1992-1993.

Special Counsel, City and County of Honolulu, on Land Use Matters (1983-87).

Invited "mission" to Beijing and Shanghai, on land use and the environment, summer, 1982.

Peer Review Nominating Board, Land Use & Environmental/Law Review (1981-__).

Co-columnist, "On Planning," a monthly feature of the edit. section, Sunday Honolulu
     Advertiser-Star Bulletin (1981-1987).

Reporter, Land Use and Zoning Digest (1979 - __).

Taught real and personal property to the High Court of American Samoa in Pago Pago,
     May, 1979.

Counselor to the Conservation Foundation (International Comparative Land Use Law Project)
     (1974-1976).

Consultant to Lake County (Illinois) Regional Planning Commission during drafting of
     Planned Unit Development and Erosion Control Ordinances (1972).

Special Assistant State's Attorney, Zoning Matters, McHenry County, Illinois (1969-1970).


## SPEECHES AND PAPERS:

| | |
|---|---|
| "The Evils of Ballot Box Planning" | APA Legisl. Policy Conference, Tallahassee, Feb. 19, 2004. |
| "Land Development Conditions and Development Agreements" | Hawaii State Bar Ass'n. Land Use Conference, (Co-Chair), January 16, 2004, Honolulu, Hawaii. |
| "Land Use Impacts of the U.S. Endangered Species Act" | Federalist Society, Atlanta, January 3, 2004. |
| "Land Development Conditions" | Annual Crawford Lecture, Albany Law School, NY, October 22, 2003. |
| "Buckeye, Ballot Box Zoning and the Demise of Due Process" | Joint Program, Sections on State and Local Government, and Real Property and Probate Law, ABA Annual Meeting, San Francisco, Aug. 8, 2003. |
| "Development Agreements" | APA Annual Meeting, Denver, CO, April 2, 2003. |
| "Public Use In Eminent Domain" | APA Annual Meeting, Denver, CO, April 1, 2003. |
| "Perils of Water Use Governing Land Use Planning" | Wet Growth Conference, Chapman Law School, Chapman Law School, Orange, CA, Feb. 7, 2003. |

"Ramapo in Perspective"                     Pace Law School Program on <u>Golden v. Ramapo</u>,
                                            White Plains, NY, Nov. 8, 2002.

"Blackstonian Custom and
Sustainable Resource Development"           Workshop on the Role of Customary Law in
                                            Sustainable Development, Tromso, Norway, Oct. 1,
                                            2002.

"Musings on <u>Tahoe-Sierra</u>            ALI-ABA Inverse Condemnation Program,
<u>Preservation Council v. TRPA</u>         Chicago, IL, Sept. 27, 2002.

"Expropriation and Public Purpose           Canadian Bar Association, Vancouver, B.C.,
In the United States"                       Canada, May 27, 2002

"The Quiet Revolution Revisited"            Pace Univ. Env. Law Symposium,
                                            Hudson Valley, NY, April 19, 2002

"Financial Strategies for Urban             Am. Plan. Assoc. Annual Conference,
Redevelopment"                              Chicago, April 14, 2002

"Development Agreements"                     Rocky Mountain Land Use Institute, Denver,
                                            March 8, 2002

"<u>Palazzolo</u> and Background           Rocky Mountain Land Use Institute, Denver,
Principles of A State's Law                  March 8, 2002
of Property"

"A Survey of Takings Law"                    Moderator, <u>Palazzolo</u> Symposium, Honolulu,
                                            February 8, 2002

Land Use Seminar Co-Chair                    Wm. S. Richardson School of Law and HSBA
                                            Section on Real Property and Financial Services,
                                            January 17-18, 2002, Honolulu

"<u>Palazzolo</u> and <u>SWANC</u>"        HSBA Annual Real Property Litigation Update,
                                            October ___, 2001, Honolulu

"Development Agreements"                     Nihon University, October 31, 2001, Tokyo

"Taking After <u>Palazzolo</u>             ABA Annual Meeting, Chicago, IL, August 5, 2001

"Trends and Developments                     ALI-ABA Eminent Domain/Takings Conference,
in Taking Law"                               Seattle, WA, May 4, 2001

"Takings Law for Planners"                   Rocky Mountain Land Use Institute,
                                            Denver, CO, April 20, 2001

"Custom & The Right to Exclude"              Vanderbilt Dean's Lunch, Nashville, TN,
                                            February 20, 2001

| | |
|---|---|
| "Development Agreements" | APA Annual Meeting, New York City, April 18, 2000 |
| "Road Exactions After Dolan" | APA Annual Meeting, New York City, April 17, 2000 |
| "Covenants and Servitudes" (Introduction) | HSBA Seminar, Honolulu, March 24, 2000 |
| "Del Monte Dunes and Takings" | Rocky Mountain Land Use Institute, Denver, March 10, 2000 |
| "Town Planning Law in England" | Rocky Mountain Land Use Institute, Denver, March 10, 2000 |
| "Takings and Development Conditions" | Aoyama University Law Dept., Tokyo, December 12, 1999 |
| "Background Principles Exceptions to Lucas Per Se Rule:  Custom and Public Trust" | ALI/ABA Inverse Condemnations Conference, Boston, Oct. 1-2, 1999 |
| "Del Monte Dunes v. Monterey," takings, damages and background principles | ABA Annual Meeting, Atlanta, August 7, 1999 |
| "Land Development Conditions and U.S. Town Planning | City of Cambridge Planning Dept. (England), June 24, 1999 |
| "Land Development Conditions in the United States" | Property Group, Linklaters & Paines, London, May 20, 1999 |
| "Land Development Conditions" | Forum on Transp. Policy and Retail Development, Cambridge International Land Institute, Fitzwilliam College, Cambridge University, May 11, 1999 |
| "Land Development Conditions and Development Agreements" | Dept. of Law, Aberdeen University (Scotland), May 6, 1999 |
| "Blackstonian Custom". | Seminar on Customary Law & Sustainability, Rockefeller Conf. Center, Villa Serbelloni, Bellagio, Italy, Jan. 27-Feb. 2, 1999 |
| "Use of Technology in Legal Education" | Chair of Academics Forum Program, Int'l Bar Ass'n, 1998 Conference, Sept. 17, 1998, Vancouver |

"Compulsory Purchase/Federal
Relocation Act"

Symposium/Ministry of Construction and Hanshin
Expressway Compensation Center, Tokyo, June 5 &
Osaka, June 8, 1998

"Custom and Public Trust:
Background Principles of State
Property Law?"

ALI/ABA Course of Study/Inverse Condemnation
and Related Gov't Liability, San Francisco,
May 1, 1998

"Development Agreements"

Am. Plan. Assoc. Annual Conference, Boston,
April 11, 1998

"Land Development Conditions"

Bettman Symposium, Am. Plan. Assoc. Annual
Conference, Boston, April 8, 1998

"Conditioning The Built Environment"

Kudo Chair Symposium, Honolulu, March 18, 1998

"Land Use in Hawaii - an Overview"

HICLE Land Use Conference, (Chair),
Nov. 18, 1997, Honolulu

"Making Academics Work
for You"

Chair and Presenter, International Bar
Association, Delhi, Nov. 6, 1997

"State and Local Planning Control
in the United States"

International Bar Association, Delhi,
Nov. 4, 1997

"Nuts and Bolts of Land
Development Conditions"

ABA Annual Meeting, Section/Local Government
Law Program, San Francisco, August 3, 1997

"PASH and Hawaii Rights"

Kamehameha School, April 29, 1997

"Zoning Forum"

Annual Meeting, American Planning Association,
San Diego, CA, April 9, 1997

"Whose Land Are You
Planning For?  PASH

APA Monthly Luncheon Meeting, Honolulu,
Feb. 25, 1997

"Administrative Aspects of
Land Use Regulation"

Bureau of Legislative Affairs, Peoples'
Republic of China Legal Eduction Program,
Honolulu, Dec. 10, 1996

"Legal Education in U.S."

Ministry of Justice, Peoples' Republic of China,
Legal Education Program, Honolulu, Nov. 19, 1996

"Public-Private Partnership"

Seventh Pacific Islands Area Seminar, Honolulu,
Oct. 29, 1996

"What Law Schools Teach"

Panel Chair, Academics' Forum, Biennial Int'l Bar
Assoc. Conference, Berlin, Oct. 24, 1996

17

| | |
|---|---|
| "Property Rights Since _Penn Central_" | ALI-ABA Advanced Course on Inverse Condemnation, Oct. 18, 1996, Washington, D.C. |
| "Selected Issues in Eminent Domain" | Hanshin Expressway Compensation Center, Osaka, April 18, 1996 |
| "Land Use & the Environment in the U.S." | Third International Land Policy Forum, Japanese National Land Agency, Tokyo, April 17, 1996 |
| "_PASH_ and its Implications for Property Law" | Condemnation Attorneys' Group, Maui, March 1, 1996 |
| "Development Agreements" | ABA Midyear Meeting, Baltimore, MD, February 2, 1996 |
| "_PASH_ and Takings" | HSBA Annual Meeting, Honolulu, Dec. 8, 1995 |
| "Preservation of Open Space" | Nihon University, Tokyo, December 6, 1995 |
| "Impact Fees and Land Development Changes" | Kosrae Foreign Investment Training Program, Honolulu, November 12, 1995 |
| "Implications of _PASH_" | Land Use Research Foundation, Honolulu, October 30, 1995 |
| "Teaching Ethics" | Program co-chair, biennial meeting of the Section on Business Law, the International Bar Assoc., September 21, 1995, Paris, France |
| "History of Taking: From _Pennsylvania Coal_ to Present" | _Private Property and Government Takings Conference_ (co-chair), September 7-8, 1995, Honolulu, Hawaii |
| "Takings and Open Space Preservation: | HCPO Conference, Kauai, August 31, 1995 |
| "Regulatory Takings After _Lucas_ and _Dolan_ | Hawaii Chapter/American Planning Association, August 23, 1995, Honolulu, Hawaii |
| "Regulatory Takings" "Land Use and the First Amendment" "Exactions and Conditions on Land Development" | ALI/ABA Annual Land Use Conference, August 16-18, 1995, San Francisco, CA |
| "Legal Underpinnings of "Land Use Tools" | "Land Use Tools" Conference, Tokai University, Honolulu, Hawaii, June 5, 1995 |

"Urban Land Use Control and
Regulation in Japan"

Japanese City Conference, United Kingdom,
Lexington, Kentucky, April 14, 1995

"Regulatory Takings"

McCorriston, Miller, April 6, 1995, Honolulu

"The Planning of Takings"

Land Use CLE Program, Washington University,
March 9, 1995, Seattle, Washington

"After Dolan: Exactions and
Conditions on Land Development"

Leeward Plan. Council, Kona, Hawaii,
January 27, 1995

"Introduction to Regulatory Takings
and Eminent Domain Under the
State Constitution: Different
Standards, Property Principles
and the Public Trust Doctrine"

Symposium on Native Hawaiian Rights, Eminent
Domain and Regulatory Takings, Honolulu,
January 13, 1995

"Impact Fees, Development
Agreements and Mello-Roos:
Alternative Funding Methods
for Public Facilities"

Honolulu City Council Conference on
Managing Honolulu's Debt, Honolulu,
Hawaii, December 19, 1994

"The Current Law on Takings"

Hawaii State Association of Counties (HSAC)
Midyear Conference, Makena, Maui,
December 8, 1994

"Statewide Land Development
Control in the United States"

City University of Hong Kong, International
Conference on Land Use Planning, Hong Kong,
December 3, 1994

"Principles of American
Property Law"

Seminar on Principles of American and Chinese
Law, Honolulu, Hawaii, November 28, 1994.

"Takings and Conditions on
Land Development"

Hawaii Business Roundtable Special Meeting/Land
Use Reform, November 22, 1994

"Constitutionality of Land
Development Conditions After
Dolan"

HICLE Real Property Litigation Update Program,
November 4, 1994, Honolulu

"Native Land Rights and
Security of Tenure for
Foreign Investors"

Biennial Congress of the International
Bar Association, October 10, 1994,
Melbourne, Australia

"Approaches to Natural
Resource Management"

Annual Conference, Hawaii Congress of Resource
Planning Officials, Honolulu, September 29,
1994

19

| | |
|---|---|
| "Land Use Law Update" | Downtown Improvement Association, Honolulu, Hawaii, September 29, 1994 |
| "Takings Revisited: What the Courts Have Done With Lucas and Development Conditions After Dolan" | Annual Meeting of the American Bar Association, New Orleans, LA, August 8, 1994 |
| "The Quiet Revolution Revisited" | Land Use X - Albuquerque, New Mexico, June 2, 1994 |
| "The Future of Property Rights in Hawaii" | Small Business, Hawaii Land Rights Symposium, Honolulu, May 12, 1994 |
| "The Quiet Revolution Revisited" | Midyear Meeting Symposium on Land Use, ABA Section on Urban, State and Local Government Law, Kansas City, MO, February 5, 1994 |
| "Takings After Lucas" | Haw. State Bar Assoc. Land Use Program, Dec. 3, 1993, Honolulu |
| "After Lucas" | Lambda Alpha International, Hawaii Chapter, Dec. 2, 1993, Honolulu |
| "Researching A Law Course: The Teachers' Dilemma" | International Bar Assoc. Section on Business Law Biennial Conference, New Orleans, October 13, 1993 |
| "Takings and Lucas: Implications for Hawaii" | APA/Hawaii Chapter, September 22, 1993, Honolulu |
| "After Lucas" | Comparative Takings Law Seminar, Osaka, July 30, 1993 |
| "Development Agreements in Hawaii" | Maui County Council, July 1993. |
| "Regulatory Takings After Lucas" | Ritsumeikan University, Kyoto, and Meijo University, Nagoya, July 1993 |
| "Native Hawaiian property Rights After Pele Defense Fund" | University of Hawaii Forum, July 6, 1993 |
| "Development Agreements" | Am. Plan. Assoc. Ann. Meeting Program, May 3, 1993, Chicago |
| "Lucas in Context" | Prentice-Hall/ABA CLE Conferences, (co-chair) NYC, April 27, Orlando, May 6, 1993 |

20

"Impact Fees in Hawaii"                     Panel sponsored by Land Use Research
                                            Foundation, January 21, 1993, Honolulu

"Lucas Aftermath"                           UCLA Conference, Los Angeles (panel chair),
                                            12/2/92

"The Hawaii Land Use System"                Western Pacific Chapter, Am. Assoc. of Librarians,
                                            Honolulu, 10/24/92

"Lucas and Pele"                            Real Property Annual Litigation Update,
                                            HSBA/HICLE, 10/16/92

"University/City Cooperation                Kyoto (Ritsumeikan Univ.) University City
and Infrastructure"                         Conference, September 10-11, 1992

"Regulatory Takings and                     CZM Regional Conference, Honolulu,
Coastal Zone Management"                     September ___, 1992

"Has the Supreme Court                      Presidential Showcase Program, ABA Annual
Rewritten the Constitution?"                Meeting, San Francisco, August 10, 1992

"Private LUC in U.S."                       Japan Real Estate Assoc., Tokyo, May 20, 1992

"Development Agreements"                     Nihon University, Tokyo, May 21, 1992

"Impact Fees and Exactions"                 Nihon Univ., Tokyo, May 22, 1992

"Consent Decrees and Land Use"              Hiroshima Univ., Hiroshima, May 26, 1992

"Historic Preservation in the U.S."         Ritsumeikan Univ., Kyoto, June 1, 1992

"University As Infrastructure"              Fukuoka City, Japan, June 5, 1992

"Land Use Regulation in U.S."               Doshisha Univ., Kyoto, June 18, 1992

"Regulatory Takings After Lucas"            Ann. Meeting, Am. Plan. Assoc., Washington,
                                            D.C., May 12, 1992

"Land Use and Development/USA"              Tokyo, Japan, November 3, 1991

New Developments In Hawaii                   Biennial International Bar Association Meeting,
and California                               Committee on the Environment, Hong Kong,
                                             October 2, 1991

"Funding Infrastructure"                     Pacific Regional EPA Conference, June 13, 1991,
                                             Honolulu, Hawaii

"University as Infrastructure"               Ritsumeikan University, Kyoto, Japan, May 20,
                                             1991

21

| | |
|---|---|
| "Impact Fees" | Hawaii Institute/CLE, April 26, 1991, Honolulu, Hawaii |
| "Ballot Box Zoning" | Annual Meeting/American Planning Association, New Orleans, March 26, 1991 |
| "Development Agreements" | ULI/ABA Conference on Development Agreements, Los Angeles, CA, February 21, 1991 |
| "Ballot Box Zoning" | Annual California Land Use Conference, Los Angeles, CA, January 25, 1991 |
| "Development Exactions and Impact Fees to Pay for Public Facilities" | Palau Foreign Investment and Tourism Conference, Koror, Palau, January 10, 1991 |
| "Land Ownership and Property Rights: The Balance Between Local Ownership & Foreign Investor Security" | Palau Foreign Investment and Tourism Conference, January 10, 1991 |
| "Impact Fees and Exactions" | Hawaii Economics Association Conference, Prince Hotel, Honolulu, November 28, 1990 |
| "Ballot Box Zoning" | Annual Meeting/ABA, Chicago, IL, August 1990 |
| "Eastlake, Due Process and Ballot Box Zoning" | Annual Meeting/ABA, Chicago, IL, August 199. |
| Use of Consent Decrees to Settle Land Use and Environmental Disputes | International Bar Association Residential Environmental Seminar, Montreux, Switzerland, June 1990 |
| "Impact Fees" | Workshop on Exactions and Impact Fees, Institute/Advanced Legal Studies, London, England, April 1990 |
| "Development Agreements" | APA National Conference, Denver, Colorado, April 1990 |
| "Ballot Box Zoning" | APA National Conference, Denver, Colorado, April 1990 |
| "Development Agreements" | ULI/ABA Workshop, Tampa, Florida, March, 1990 |
| "Ballot Box Zoning In Hawaii" | ULI District Council, Honolulu, 11/30/89 |

22

| | |
|---|---|
| "Ballot Box Zoning In Hawaii" | Kona-Kohala Chamber of Commerce, Kona, 11/29/89 |
| "Ballot Box Zoning In Hawaii" | Building Industry Association Annual Meeting, Honolulu, 11/14/89 |
| "Impact Fees and Development Agreements Under Florida's Growth Management Act" | FAU Institute of Government, Orlando, Florida, 9/11-12/89 |
| "Balance of Urban Power in Hawaii" | American Bar Association Annual Meeting, 8/4/89, Honolulu, Hawaii |
| "Growth Management In Hawaii" | American Bar Association Annual Meeting, Honolulu, 8/2/89 |
| "Development Agreements" | FAU/FIU Joint Center, Ft. Lauderdale, Florida, 5/3/89 |
| "Development Agreements" | American Planning Association, Atlanta, GA, 5/1/89 |
| "Impact Fees: An Overview" | Workshop on Impact Fees, Saipan, Commonwealth of the Northern Marianas, 1/9-10/89 |
| "Historic Preservation" | Plenary Session, Annual Meeting of the National Trust for Historic Preservation, 10/21-22/88, Cincinnati, Ohio |
| "Environmental, Town Planning and Regulatory Controls with Respect to Harbor Developments and Associated Urban Renewal and Tourist Projects" | International Bar Association Seminar on Development Planning and Environmental Management, 10/13-18/88, Auckland, New Zealand |
| "Comparative Land Use Law" | 1988 Annual Meeting of the American Bar Assn./Urban, State and Local Government Law Section in Toronto, Canada, 8/4-8/88 |
| "Avoiding Regulatory Takings" | Alfred Bettman Symposium, Annual Meeting of the American Planning Assoc., May 1, 1988, San Antonio, Texas |
| "Recent Supreme Court Cases & Their Impact on Municipal Liability" | "Takings, Section 1983 and Land Use Disputes," ABA-Prentice Hall Conference, Los Angeles, CA, Feb. 26, 1988 |
| "The Takings Trilogy" | Panel Discussion, Am. Assoc./Law Schools Ann. Meeting, Jan. 9, 1988, Miami Beach, FL |

| | |
|---|---|
| "The Takings Trilogy" | National Association of Realtors Annual Convention, Honolulu, Hawaii, Nov. 13, 1987 |
| "The Takings Trilogy" | Haw. Congr./Plan. Officials Ann. Meeting, Kona, Hawaii, Nov. 1987 |
| "Wipeouts/Mitigation and The Taking-Compensation Issue" | Fifth Donald Hagman Commemorative Program, UCLA, Oct. 29, 1987 |
| "The Effect of the Constitution on Property Rights" | Constitutional Scholar Keynote Address, ALI/ABA Annual Land Use Conference, Reno, Nevada, August 20, 1987 |
| "Property Rights - Are There Any Left?" | American Bar Association Annual Meeting Program on Property and Land Use Keynote Address, San Francisco, CA, August 9, 1987 |
| "Impact Fees" | Hawaii State Assoc. of Counties' Annual Meeting, Lihue, Kauai, June 18, 1987 |
| "Development Agreements" | ULI Development Regulation Council, ULI Annual Meeting, Honolulu, HI, May 20, 1987 |
| "Subdivision Redesign: Implementation Issues" | Conference on Subdivision Redesign and Ownership Pooling, Honolulu, Hawaii, May 19, 1987 |
| "Development Agreements" | ULI Policy Forum, Los Angeles, March 19, 1987 |
| "Impact Fees and Development Agreements" | AICP "Land Use Law for Lawyers and Planners," March 12, 1987, Honolulu |
| "Impact Fees and Development Agreements" | Southwest Land Use Institute, Albuquerque, New Mexico, March 5, 1987 |
| "Development Agreements" (Panel) | Honolulu City Council Conference on Land Use Planning, Honolulu, Hawaii, Nov. 14, 1986 |
| "Land Use Planning In Hawaii" | National Judges' Association Educational Conference, Kona, Hawaii, Oct. 22, 1986 |
| "Statutory Development Agreements" | Annual Meeting, National Institute of Municipal Law Officers, San Diego, CA, Oct. 6, 1986 |
| "Agricultural Land Preservation vs. Affordable Housing" | Hawaii Economic Association, The Plaza Club, Honolulu, Sept. 30, 1987 |

24

"Land & Housing in Hawaii"

Church-University Dialogue, University of Hawaii/Manoa, Sept. 17, 1986

"Transportation and Land Use Planning"

Chair of Honolulu City Council Conference, June 14, 1986, Honolulu

"Land Privileges"

American Society of Landscape Architects, Honolulu, Hawaii, May 14, 1986

"Land Use Law and Its Relation to Environmental Concerns"

Environmental Law Workshop, Honolulu, Hawaii, May 13, 1986

"Legal and Business Issues/ Manganese Nodule Plant Siting"

Second Pacific Conference on Marine Technology, Honolulu, Hawaii, March 25, 1986

"Development Agreements"

Land Use Research Foundation, Honolulu, Hawaii, March 24, 1986

"Development Agreements"

Oahu Development Conference, February 26, 1986, Honolulu, Hawaii

"Agricultural Land Preservation and Housing"

Conference on Hawaii's Agricultural Future: LESA, Honolulu, Hawaii, February 14, 1986

"Land Use in Hawaii"

St. Lawrence University Visiting Class, Honolulu, January 3, 1986

"Subdivision Development and Land Regulation"

Hawaii State Bar Association, Real Property Section, Honolulu, Hawaii, November 1985

"Enterprise Zones Policy"

Panel Presentation, HUD Conference on Urban Revitalization, Honolulu, August 30, 1985

"Postive Planning Law in the United States"

Annual Meeting, American Bar Association, Plenary Session on Land Use, Dorchester Hotel, London, July 16, 1985

"Enterprise Zones Policy"

Paper Delivered to a Departmental Seminar, Dept. of Civic Design, Liverpool University, England, May 14, 1985

"U.S. Transportation Policy"

Paper Delivered to a Seminar at the Town Planning Dept., UWIST, Wales, May 9, 1985

"Enterprise Zones Policy"

Paper Delivered to a Public Seminar at the Town Planning Dept., UWIST, Wales, May 3, 1985

"Environmental Impacts of Industrial Siting"

International Bar Assoc. Conference, Stratford-Upon-Avon, England, April 14, 1985

"Ecological and Land Use Regulation of Resort Areas"

ALI/ABA Course of Study, "Vacation Real Estate and Time Sharing," Hawaiian Regent Hotel, March 8, 1985

"Regulating Paradise: Land Use Controls in Hawaii"

DPED Monthly Meeting, State Capitol Auditorium, Dec. 19, 1984

"A Survey of Land Use Controls in Hawaii"

Development Assoc. of Hawaii, Dec. 3, 1984, Honolulu International Country Club

"Legal/Social Aspects of the Land Reform Act"

Forum on Land Reform Act, Nov. 29, 1984, U/Hawaii, Hemenway Hall

"Regulating Paradise"

Institute of Real Estate Management, Nov. 28, 1984, Yacht Harbor Restaurant, Honolulu

"Regulating Paradise: Land Use Controls In Hawaii"

Luncheon Address on "The Next Economy - Its Impact on Land Use in Hawaii," Ala Moana Hotel, Honolulu, Nov. 20, 1984

"HHA v. Midkiff and Its Implications"

NAR Ann. Convention:  REALTORS State- Munic. Legisl. Subcommittee, Hilton Hawaiian Village, Honolulu,Nov. 8, 1984

"Comparative Pacific Basin Land Laws Affecting Mineral Processing"

Eighteenth Annual Conference on the Law of the Sea, "The Developing Order of the Oceans," Law of the Sea Institute, San Francisco, CA, Sept. 25, 1984

"A Requiem for Public Purpose: Hawaii Housing Authority v. Midkiff"

15th Annual Institute on Planning, Zoning and Eminent Domain, Southwest Legal Foundation, Dallas, Texas, Sept. 21, 1984

"Demise of Public Purpose: A Debate"

ABA Section on Urban, State & Local Gov't Law "Showcase" Program, ABA Annual Meeting, Chicago, Illinois, August 4, 1984

"HHA v. Midkiff:  The Case"

Hawaii Real Estate Comm'n Seminar, July 31, 1984, Honolulu

"Practical Implications of Midkiff"

Channel 13 T.V. Interview, Joe Rose Show, June 1984

"Midkiff v. Tom:  The Legal Issues"

Panel, Richardson School of Law, April 3, 1984, Honolulu

| | |
|---|---|
| "Land Banking: Legal Issues" | Hawaii Chapter, APA, March 1, 1984, AMFAC Bldg., Honolulu |
| "Nukolii: What Went Wrong?" | Hawaii Public Television "Dialogue" Show, January 20, 1984, Honolulu |
| "Enterprise Zones" | 14th Annual Institute on Zoning, Planning and Eminent Domain, Dallas, Texas, November 16, 1983 |
| "Institutional Framework for Cultural Heritage Preservation" | Cultural Heritage Preservation Seminar, Honolulu, Ala Moana Hotel, September 16, 1983 |
| "Constitutional Issues in Preservation" and "Enterprise Zones" | Workshop Papers at "Reusing Old Buildings" (ABA/CF/NT) Conference, San Francisco, CA, June 28-29, 1983 |
| "Cultural Preservation and Constitutional Problems" | Conference on Native Hawaiian Rts., Kamehameha Schools, Honolulu, May 28, 1983 |
| "National Land Use Trends" | Keynote Speech, Washington State Bar Assoc. Annual Land Use and Envir. Law Conf., Lake Chelan, Wash., May 13, 1983 |
| "The Taking Issue Today" | California Judicial Conference on Land Use, Rancho Bernardo, California, April 17, 1983 |
| "Vested Rights" and "Development Agreements In England" | U/Calif. Extension Programs in Land Use, Los Angeles (April 7) and San Francisco (April 8) 1983 |
| "The Taking/Compensation Issue" | "Whither Land Use in Calif.?" Donald G. Hagman Memorial Conference, UCLA Faculty Club, March 4, 1983 |
| "Development of Land in Hawaii: Right or Privilege" | Board of Directors, Oahu Development Conference, Castle & Cooke Board Room, March 2, 1983 |
| "Nukolii and Vested Rights in Hawaii" | Hawaii Society, Am. Institute of Architects, Yacht Club, February 17, 1983 |
| "The Place of the Law School In Hawaii" | Social Science Association, Pacific Club, February 7, 1983 |
| "Eminent Domain and the Taking Issue after Loretto v. Teleprompter" | Am. Assoc. of Law Schools Annual Conference, Local Gov't. Section, Cincinnati, Ohio, January 7, 1983 |

"Nukolii & Vested Rights:          APA - Land Use Research Foundation Panel,
A National Perspective"            December 9, 1982

"State Land Use Law:               1982 Annual Meeting of the American Society of
Legal Aspects"                     Landscape Architects, Hilton Hawaiian Village,
                                   Nov. 23, 1982

"Land Use and Local Government     Hawaii Judiciary Conference, Hilton Hawaiian
Law:  Recent Trends"               Village, Nov. 19, 1982

"Walking The Line:  The Taking     Paper presented at CF/ABA/APA/National Trust
Issue and Historic Preservation"   Historic Preservation Conference, September 23,
                                   1982, Baltimore, Maryland

"Enterprise Zones:  U.S. Experience"   Paper presented at International Seminar, Planning
                                   for Enterprise, Swansea, Wales, Sept. 18, 1982

National Land Use Trends           Hawaii Government Attorneys Conference,
                                   Kaanapali, Maui, August 19, 1982

"The Taking/Compensation           Program Chairman, ABA Convention,
Issue:  a Debate"                  San Francisco, Calif., August 10, 1982

"Land Use Impacts of               Paper presented at Environmental Law Seminars
Environmental Law"                 for government officials in Beijing and Shanghai,
                                   June 1982

"Enterprise Zones"                 Hawaii Chapter/Am. Plan. Assoc., Honolulu,
                                   May 1982

"Of Economic Development And       Paper prepared for The Lincoln Institute of Land
The Lifting of Land Use Controls"  Policy, London Roundtable, May 1982

"Enterprise Zones:  The            Paper presented at the American Planning
British Experience"                Association, Annual Conference, Fairmont Hotel,
                                   May 12, 1982, Dallas, Texas

"Enterprise Zones"                 Paper, and Chairman, ABA Enterprise Zone
                                   Conference, May 4, 1982, Washington, D.C.

"Administering The Use of          Panelist, Am. Soc. of Public Administrators Nat'l.
Land in Hawaii"                    Conf., Honolulu, March 24, 1982

IPA Development Sequencing         Chairman of wrap-up session, Hilo, Hawaii,
Conference                         March 25, 1982

28

"Historic Preservation in Honolulu

Coordinator, Conference sponsored by
The National Trust and the City Council,
January 22, 1982

"404 Permits and The Taking Issue"

Army Corps of Engineers, Pacific Division,
Fort Shafter, December 3, 1981

"The Quiet Revolution in
the West" and "The Taking
Issue in the West"

Conference on Land Use and Environmental
Control Law In the Western Half of the Nation's
Land, Oakland, California, November 11-13, 1981

"Enterprise Zones".

Planning & Zoning Committee, City and County of
Honolulu, Honolulu Hale, November 9, 1981

"Property and the Law"

Social Science Association, Waialae Country Club,
Honolulu, November 2, 1981

"Land Use Controls: New Directions"

Moderator, Land Use Planning and Zoning Panel,
ABA Annual Meeting, New Orleans, August 11,
1981

"Future Development and
Its Challenges"

Anniversary Banquet, Kalihi-Palama Community
Council, Kamehameha Schools, Honolulu,
May 15, 1981

"Must You Pay to Protect?"

Annual Meeting, Historic Hawaii Foundation,
Honolulu, Hawaii, May 14, 1981

"Public Control of Land
Development: An Update"

Oakland and Anaheim, California, February 5-6,
1981

"Conformance: What Is It"
[State Plans/Local Plans]

Legislative Foresight Workshop, Lihue, Kauai,
January 8, 1981

"Land Use Law: Current
Developments"

Hawaii Judicial Training Seminar, Honolulu,
Hawaii, November 20, 1980

"Planning and Growth
Management in Hawaii"

Hawaii Committee for the Humanities Annual
Conference, State Capitol, Honolulu, Nov. 8, 1980

"Planning and Land Use
Control: New Developments"

ABA Annual Convention, Section on Local
Government Law, Honolulu, August 4, 1980

"Tourism Impacts on Special
Plans"

Travel Industry Executive Development Institute,
University of Hawaii, May 29, 1980

"Positive Land Use Guidance"

Housing for the 80's, Pacific Beach Hotel,
Honolulu, April 24, 1980

| | |
|---|---|
| "Growth Policy for Hawaii" | League of Women Voters, Pagoda Hotel, Honolulu, April 22, 1980 |
| "Land Use Controls in the U.S." | Special presentation to visiting delegation of Australian Planners, Honolulu Municipal Building, March 20, 1980 |
| "When Plans as Laws Conflict: An Overview" | Hawaii Institute for Continuing Legal Education, Ala Moana Americana, Honolulu, February 29, 1980 |
| "Land Use: Vested Rights and Public Purpose in Hawaii" | California Eminent Domain Lawyers, Kona Village, Hawaii, January 9, 1980 |
| "Plan Implementation: What the Courts Require" | 1979 Hawaii Conference of Planning Officials Conference, Ala Moana Americana Hotel, October 24, 1979 |
| "Transferable Development Rights" | Panel Moderator, Neighborhood Commission Workshop, Honolulu Hale, October 22, 1979, Honolulu |
| "Financing Transportation Systems: Experience from Other Jurisdictions" | Panel Chairman, Oahu Metropolitan Planning Organization Conference, September 13, 1979, Honolulu |
| "Vested Rights/Development Rights" | Chairman, Honolulu City Council Advisory Committee on Planning & Growth Management. Conference, June 25, 1979, Honolulu |
| "Can the Law Save the Hawaiian Landscape?" | Panelist, American Association of Landscape Architects Conference on Hawaiian Landscape, June 14, 1979, Pagoda Hotel, Honolulu |
| "The Quiet Revolution Revisited" | Paper presented at Bettman Symposium, American Planning Association Annual Conference, March 7, 1979, Miami Beach |
| Critical Areas and Development in the Coastal Zone: 7 Countries | Lecture (with slides) presentation at Pacific Urban presentation at Pacific Urban Studies Program, University of Hawaii, January 31, 1979 |
| "New Directions in L.U.C." | Land Use Conference (Keynote Address), South Bend, Indiana, June 16, 1978 |
| "The Taking Issue" | "Built Environment - Conservation Regulation & Taxation," Symposium, Loyola Law School, Los Angeles, California, April 8, 1978 |

"Value Capture and Joint
Development - Fad or Future"

Transportation Research Board, Conference on
Transportation and Land Development, Chicago,
Illinois, November 11, 1977

"State Land Use Policy and
208 Planning: The Power
and the Promise"

Illinois Environmental Council, Starved Rock
State Park, November 6, 1977

"Value Capture Policy"

American Public Transit Association, Annual
Conference, Atlanta, Georgia, October 11, 1977

"Value Capture and the Effects of
Transit on Land Use"

Committee on Urban Design Education Program,
Honolulu, Hawaii, September 23, 1977

"Zoning and Property Rights:
The Limits to Regulation"

City Forum, University of Wisconsin-Milwaukee,
Milwaukee, Wisconsin, June 15, 1977

"The Permit Explosion"

CILO, Pagoda Restaurant, Honolulu, Hawaii,
March 15, 1977

"Land Use Controls"

Planning Institute, University of Hawaii,
March 10-11, 1977

"The Taking Issue: When Does
Preservation Require Planning?"

Michigan Chapter of the Soil Conservation
Society, Lansing, Michigan, November 12, 1976

"New Ideas and Approaches"

Zoning, Planning and Land Use Controls Seminar,
The Art Institute of Chicago, Chicago, Illinois,
October 29, 1976

"Federal Programs and Their
Impact on Land Use Controls"

William Rainey Harper College Palatine, Illinois,
October 7, 1976

"The Referendum Process:
Its Use in Attempts to
Limit Growth"

National Association of Home Builders, 4th
Annual Legal Conference on Land Use and
Growth, National Housing Center, Washington,
D.C., June 3-4, 1976

"The New Mood of the Courts:
Judicial Responses to
Innovative Land Use Controls"

Environmental Planning Conference, Lexington,
Kentucky, May 13-14, 1976

"Recent Developments in
the Taking Issue"
(Keynote Address)

4th Annual Michigan Land Use Policy Conference
on Protection of Essential Lands, Michigan State
University, East Lansing, Michigan, April 7-8, 1976

| | |
|---|---|
| "Texas, The Last Frontier" (Keynote Address) | Lyndon B. Johnson School of Public Affairs, University of Texas, A State Land Use Policy for Texas: Mandate or Option? Austin, Texas, January 26, 1976 |
| "Value Capture Policy: Its Potentials and Achievability" | Transportation Research Board, 55th Annual Meeting, Washington, D.C., January 20, 1976 |
| "The Taking Issue" | Environmental Law Symposium, Dutchess County Bar Association and Cary Arboretum, Millbrook, New York, October 18, 1975 |
| "Land Use Management as a Tool for Reduced Transportation Investment" | Highway Users Federation for Safety and Mobility, Transporation Research Boards, 8th Summer Meeting, Ann Arbor, Michigan, August 4-8, 1975 |
| "Land Use Controls" | Chicago Bar Association, Conference in Environmental Land Seminar, Chicago, Illinois, March 19, 1975 |
| "Land Use and Environmental Regulation" | University of Southern California, Environmental Management Seminar, Los Angeles, California, March 10-11, 1975 |
| "New Developments in Land Use Controls" | Sierra Club, Arlington Heights, Illinois, February 17, 1975 |
| "Eminent Domain and the Taking Issue" | University of Wisconsin, School of Architecture and Urban Planning, Urban Land Policies and Programs, Milwaukee, Wisconsin, February 10, 1975 |
| "The Taking Issue" | Tennessee Land Use Symposium, Henry Horton State Park, Chapel Hills, Tennessee, February 5-6, 1975 |
| "Legal Mechanisms for the Control of Regional Development: Selected Examples" | American Society of Planning Officials, Conference on Long Term Maintenance of Clean Air Standards, Chicago, Illinois, February 3, 1975 |
| "Environmental Land and Land Use Planning and Controls" | ALI-ABA Course of Study on Land Planning and Regulation of Development, Washington, D.C., January 18, 1975 |
| "Land Use and the Environment" | Society of American Military Engineers, Chicago, Illinois, January 9, 1975 |

"Land Use Planning Act"

Illinois Development Council, Nordic Hills, Itasca, Illinois, October 8, 1974

"Land Use Planning and Control -
An Idea Whose Time Has Come"

Air, Water and Land Use Planning and Regulation Symposium, Gonzaga University, School of Law, Spokane, Washington, August 15-16, 1974

"The Lawyer and the Environment:
Protagonists or Partners in the Practice
of Law"

American Bar Association, 97th Annual Meeting, Young Lawyers Section, Honolulu, Hawaii, August 15, 1974

"Legal Issues in Land Policy"

North Carolina Land Policy Council Seminar, Raleigh, North Carolina, July 29, 1974

"Land Use Controls - A
National Perspective"

Fourth Annual Conference on the Adirondack Park, Saranac Lake, New York, June 14-15, 1974

"The Planning of Land Use
for Orderly Growth"

Wisconsin Center for Continuing Legal Education, Madison, Wisconsin, May 16-17, 1974

"Emerging Issues in Zoning
and Land Use"

Illinois Institute for Continuing Legal Education, Champaign and Springfield, Illinois, April 11, 1974

"The Taking Issue"

Natural Areas Coalition, Scenic River Forum, Chicago Academy of Sciences, Chicago, Illinois, March 6, 1974

"The Quiet Revolution"

Winnetka Congregational Church, Land Use Seminar, Winnetka, Illinois, March 3, 1974

"The Taking Issue"

State Bar of Texas, Land Use Seminar, Austin, Texas, March 1, 1974

"The Taking Issue"

Urban Research Corporation, Managed Growth Conference, New York, New York, February 19, 1974

"Legal Processes Toward
Structuring Land Use
Ordinances for Control
and Managed Growth"

Wisconsin Center for Continuing Legal Education, Madison, Wisconsin, February 16-17, 1974

"The Taking Issue"

National Association of Attorneys, General Conference, Denver, Colorado, February 14, 1974

"The Taking Issue"

The Research Group, Gainsville, Florida, January 31, 1974

"The Taking Issue"                          National Association of Home Builders, Houston,
                                            Texas, January 22, 1974

"The Taking Issue - Limitations             Chicago Bar Association Land Property Seminar,
Limitations on Land Use Controls            Chicago, Illinois, January 16, 1974

"Legal Aspects of Erosion                   Northeast Illinois Natural Resource Service
Control Ordinances"                         Center, Land Use Seminar, Lisle, Illinois,
                                            December 10, 1973

"The Quiet Revolution in                    National League of Cities Conference of Mayors,
Land Use Controls"                          San Juan, Puerto Rico, December 3, 1973

"Land Use Planning/Part II"                 Federal Publications, Inc., Course on Business and
                                            the Environment, San Francisco, California,
                                            November 8, 1973

"English Planning Controls:                 American Institute of Planners Conference,
Effect of Development"                      "Planning and the New Feudalism," Atlanta,
                                            Georgia, October 21-25, 1973

"Land Use Policy Planning                   New Mexico State University State-Wide Land
and Procedures:  The Quiet                  Use Symposium, Albuquerque, New Mexico,
Revolution in Land Use Controls"            October 17, 1973

"Techniques of Managed Growth"              Urban Research Corporation, National Conference
                                            on Managed Growth, Chicago, Illinois,
                                            September 17, 1973

"Zoning and Land Use"                       Western Conference of Railway Attorneys,
                                            Chicago, Illinois, September 11, 1973

"Land Use Planning and Control"             Northwestern University, Medill School of
                                            Journalism, Council of State Governments,
                                            Evanston, Illinois, August 7, 1973

"Land Use Control:  An Option               Council on Population and Environment, Chicago,
for Shaping the City's Growth"              Illinois, April 5, 1973

"The Quiet Revolution in Land               Dayton-Hudson Properties Key Management
Use Controls - What It Means                Meeting, Minneapolis, Minnesota, February 13,
to Business Community"                       1973

"New Initiatives on the                     Environmental Leaders' Forum on Land Use
National Scene"                             Policies, Ithaca, New York, February 9, 1973

"New Initiatives on the National            Iowa State University, Faculty Symposium on
Scene:  The Quiet Revolution in             Land Use Planning and Control, Ames, Iowa, Land
Use Controls"                               January 11, 1973

"The Environment and the Law"            Antioch High School, Law Day, Antioch, Illinois,
                                         November, 1972

"The Quiet Revolution in               League of Women Voters of Illinois, Field
Land Use Controls"                     Museum, Chicago, Illinois, November 14, 1972

"Land Use: New Institutes at           Federal Publications, Inc. Businessmen's Seminar,
the State and Federal Levels"          Walt Disney World, Orlando, Florida,
                                       October 18, 1972

"Pre-Annexation Agreements             Will-Grundy County Council of Municipalities,
and Compulsory Dedication              Romeoville, Illinois, May 18, 1972
of School and Park Sites"

"Land Use in the United States"        Sierra Club Regional Officers Meeting, Morton
                                       Arboretum, Lisle, Illinois, April 15, 1972

"The Nature of Zoning and Land         Illinois Planning and Conservation League
Use - The Local Tradition Wanes"       Conference on Land Use: Implication of Zoning,
                                       Northwestern University, Chicago, Illinois,
                                       March 25, 1972

                                       The Second Ecumenical Institute on Church
                                       Resources and Housing, Wheaton, Illinois,
                                       April 14, 1972

"The Contradiction Between             American Institute of Planners, San Francisco,
Ecology and Civil Rights:              California, October 23-28, 1971
Environment and Housing"

"Planned Unit Developments"            Illinois Institute for Continuing Legal Education,
                                       Peoria, Illinois, October 9, 1971

"Exclusionary Zoning in                Ecumenical Institute on Church Property and
the Suburbs"                           Housing, Wheaton, Illinois, March 25, 1971

"Exclusionary Zoning"                  National Association of Homebuilders, Memphis,
                                       Tennessee, February 15, 1971

"Law and the Environment"              Illinois Soils Scientists Annual Meeting,
                                       January 21-22, 1970

35