# EXHIBIT 6

LEONARD M. KACHER, PCAM, CMCA, B
3652 HILO PLACE, HONOLULU, HAWAII 96816
BUSINESS PHONE 848-2376    HOME PHONE 734-6823    EMAIL: RMC@PIXI.COM

April 6, 2005

Chad P. Love, Esq.
Love & Narikiyo, LLLC
1164 Bishop Street, Suite 1105
Honolulu, HI 96813

Re:  Western Sunview Properties, LLC v. Irwin Federman, et al.;
     Civ.No. CV03-00463 DAE/LEK

Dear Mr. Love:

I have reviewed the report of Ms Wendelin L. Campbell dated March 22, 2005. My following comments should be considered for inclusion as a rebuttal report:

1. Ms Campbell states in her report "I do not believe that Federmans made a conscious misrepresentation of the sales price on the Conveyance Tax Certificate." However, it is quite evident that the Federmans had signed the Addendum 1 to the Sales Contract (dated December 27, 1998) in which the developer required the buyer's confidentiality concerning the landscaping credit.

2. Ms Campbell also fails to note in her report that the Federmans signed the Conveyance Tax Certificate misrepresenting the sales price immediately below their declaration that it was true, correct and complete and subject to the penalties prescribed for making a false declaration.

   Contrary to Ms Campbell's report, the Federmans were well aware of the actual purchase price as indicated in their handwritten letter to Ms Jane Grisham of the Real Property Department, Director of Finance, in which they wrote, "The listing price was $3,000,000, which we negotiated down to $2,550,000. The discount is reflected on the statement as a 'Landscaping Credit' of $450,000. <u>This credit is only an accounting artifice to enable Mauna Kea Realty to maintain the recorded sales price at the amount originally listed.</u>" (emphasis added)

3. For these reasons as well as those enumerated in my February 22, 2005 report, I remain convinced that the Developer, the licensed sales representatives, and the Federmans jointly participated in a planned misrepresentation to officially record fraudulent selling prices with the sole purpose of deceiving future buyers.

Sincerely,

Leonard M. Kacher
PCAM, CMCA, B