# EXHIBIT 11

# STELLMACHER & SADOYAMA, LTD.

Real Estate Appraisers, Arbitrators and Counselors / Feasibility and Market Analysts

1042 Fort Street Mall / Suite 300 / Honolulu, Hawaii 96813 / Phone (808) 545-2622 / Fax 545-3743

April 21, 2005

Chad P. Love, Esquire
Love & Narikiyo, LLC
1164 Bishop Street, Suite 1105
Honolulu, Hawaii 96813

Re:    **Western Sunview Properties, LLC vs. Irwin Federman, etal. Civil No.
         CV03-00463 DAE/LEK**

Dear Mr. Love:

At your request we have read and considered the appraisal prepared by Jan Medusky of
Medusky & Co., Inc. The report was dated March 8, 2005 with an effective valuation date of
January 12, 2000, which was the closing date for the subject purchase. It is our opinion that
the selection of the closing date as the effective date is improper because closing dates follow
the contract date and can often be extended periods of time. It is our opinion that the contract
date would be the relevant date in this case, because that is the date the parties agreed upon
the price.

The Medusky appraisal properly treated the "landscape credit" as a deduction from the
recorded sale price for each comparable affected. However, Medusky fails to comment on
the fact that the practice of recording artificially high prices is misleading to the public who
trust this information to be accurate. This practice inflates the perception if truth to the
public. It impacts the subject development directly and impacts other market segments
indirectly. If there is fraud in the reporting of real estate prices to a government agency this
will have a negative impact on many aspects of the market. It will negatively impact the
actions of buyers and sellers as well as mortgage lenders and appraisers.

In our discussions with real estate agents active in the West Hawaii market we have learned
that there have been no sales of "high end" residential oceanfront properties that have been
sold after completion of construction. Several agents felt that the market for properties like
the subject is likely to be weak. This is because wealthy persons desiring a custom home
would rather build their own "dream" house rather than purchasing someone else's dream.
While there have been no sales to directly demonstrate this condition it is our opinion that
Western Sunview Properties may not be able to recover their costs by selling the property
upon completion.

2278 Letter B

Chad P. Love, Esquire
April 21, 2005
Page 2

It is noted that the two land transactions with the sale prices of $2,750,000 had discounts of $212,000 and $250,000. In our report we reversed the discounts when applied to the two transactions. However, since these sales were equally weighted in our analysis the value conclusion in our appraisal would remain the same.

If additional information is required please let us know.

Sincerely,

**STELLMACHER & SADOYAMA, LTD.**

Richard A. Stellmacher, MAI, CRE
President

2278 Letter B