376983.1

WATANABE ING & KOMEIJI LLP
A Limited Liability Partnership

J. DOUGLAS ING            # 1538-0
BRIAN A. KANG             # 6495-0
EMI L. M. KAIMULOA        # 7794-0
LISA S. HIRAHARA          # 8150-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaiʻi  96813
Telephone No.  (808) 544-8300
Facsimile No.   (808) 544-8399
E-mail:  lhirahara@wik.com

Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>           Plaintiffs,<br><br>       vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS | CIVIL NO. CV03-00463 JMS (LEK)<br><br>MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.'S DISCLOSURE OF EXPERT WITNESSES; EXHIBITS A-D; CERTIFICATE OF SERVICE<br><br><br>**Trial Date:  December 5, 2006** |

| | |
|---|---|
| 1-100; DOE CORPORATIONS 1-100, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| _____ | ) |

## MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.'S DISCLOSURE OF EXPERT WITNESSES

COME NOW Defendants MAUNA KEA PROPERTIES, INC. ("MKP") and MAUNA KEA DEVELOPMENT CORP. ("MKDC") (collectively, "Mauna Kea"), by and through their attorneys, WATANABE ING & KOMEIJI LLP, and hereby submit this statement in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Court's Order of July 6, 2006.

Mauna Kea may call the following expert witnesses at trial:

| | |
|---|---|
| Jan R. Medusky, MAI, CRE<br>Medusky & Co., Inc.<br>800 Bethel St., Ste. 404<br>Honolulu, HI  96813 | Jan Medusky is the President of Medusky & Co., Inc. and a certified general appraisal.  He may be called to testify as to liability and/or damages. His report, dated March 8, 2005, is attached hereto as Exhibit A. |

/

/

/

| | |
|---|---|
| Byron S. Gangnes, Ph.D.<br>Economic Consulting<br>700 Richards Street, #2310<br>Honolulu, HI 96813 | Byron Gangnes is an Associate Professor at the University of Hawaii at Manoa, Department of Economics. He may be called to testify as to liability and/or damages. His report, dated March 23, 2005, is attached hereto as Exhibit B. |
| Wendelin Campbell<br>P.O. Box 459<br>Kamuela, HI 96743 | Ms. Campbell is an attorney and a licensed real estate broker. She was the principal broker of Hualalai Resort. She may be called to testify as to liability and/or damages. Her report, dated March 22, 2005, is attached hereto as Exhibit C. Her report, dated March 24, 2005, is attached hereto as Exhibit D. |

Mauna Kea reserves the right to call all expert witnesses named by any other party herein and the right to name expert rebuttal witnesses as necessary. Mauna Kea further reserves the right to name additional expert witnesses as necessary and submit additional, supplemented, and/or amended expert reports as it may deem necessary.

/

/

/

Dated: Honolulu, Hawaiʻi, August 25, 2006.

      /s/ Lisa S. Hirahara
J. DOUGLAS ING
BRIAN A. KANG
EMI L. M. KAIMULOA
LISA S. HIRAHARA
Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100,<br><br>　　　　　Defendants. | CIVIL NO. CV03-00463 DAE (LEK)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing document was duly served upon the following attorneys to their last known addresses:

/

/

TERRANCE MATTHEW REVERE, ESQ.   (ELECTRONICALLY)
JACQUELINE E. THURSTON, ESQ.
Motooka Yamamoto & Revere LLLC
1000 Bishop Street, Suite 801
Honolulu, Hawaiʻi 96813

SAMUEL R. MILLER (*pro hac vice*)        (ELECTRONICALLY)
DENELLE M. DIXON-THAYER (*pro hac vice*)
Folger Levin & Kahn LLP
275 Battery Street, 23rd Floor
San Francisco, CA  94111

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, and JULIA HANDS


SIDNEY K. AYABE, ESQ.                    (ELECTRONICALLY)
RONALD SHIGEKANE, ESQ.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawaiʻi 96813

Attorneys for Defendants
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

Dated: Honolulu, Hawaiʻi, August 25, 2006.

                                              /s/ Lisa S. Hirahara
                                      J. DOUGLAS ING
                                      BRIAN A. KANG
                                      EMI L. M. KAIMULOA
                                      LISA S. HIRAHARA
                                      Attorneys for Defendants
                                      MAUNA KEA PROPERTIES, INC. and
                                      MAUNA KEA DEVELOPMENT CORP.