# EXHIBIT

# A

COMPLETE SUMMARY APPRAISAL REPORT

REGARDING

RESIDENTIAL LOT 5
THE BLUFFS AT MAUNA KEA
SOUTH KOHALA, ISLAND OF HAWAII, HAWAII
TAX MAP KEY 6-2-14-5, THIRD DIVISION

PREPARED FOR

DOUGLAS ING, ESQ.

MARCH 2005
(EFFECTIVE JANUARY 2000)

MAR 23 2005

# Medusky&Co., Inc.
### R E A L   E S T A T E   C O N S U L T A N T S

Jan R. Medusky, MAI, CRE

QUEEN'S COURT, SUITE 404 • 800 BETHEL STREET
HONOLULU, HAWAII 96813
PHONE (808) 531-2765 • FAX (808) 599-3736
EMAIL - medusky@meduskyandco.com

March 8, 2005

Douglas Ing, Esq.
Watanabe Ing Kawashima & Komeiji LLP
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Dear Mr. Ing:

Subject:    Complete Summary Appraisal Report Regarding Residential Lot 5, The Bluffs
At Mauna Kea, South Kohala, Island of Hawaii, Hawaii, TMK 6-2-14-5, Third
Division

In response to your request, we have prepared this Complete Summary Appraisal Report regarding the above referenced property.

Western Sunview Properties, LLC owns the fee simple interest in a residential lot located at The Bluffs at Mauna Kea, South Kohala, Island of Hawaii, Hawaii. The property is identified by Hawaii State Tax Maps as TMK 6-2-14-5, Third Division and contains 38,262 square feet currently under development with a residence. The owner acquired the vacant land in January 2000. Subsequently, litigation has evolved regarding the purchase. You represent the seller, Mauna Kea Development Corp., regarding the pending litigation. In this regard, you have retained Medusky & Co., Inc. to complete appraisal services.

## ASSIGNMENT

Our assignment has been to prepare a Complete Summary Appraisal Report estimating, retrospectively, Market Value of the unencumbered fee simple interest in the subject property. The function of the appraisal is to provide factual real property information and real estate market data, in addition to providing an estimate of market value upon which decisions regarding litigation involving the property may be based. Intended users of this report are the client and others involved in the litigation process. The effective date of value for this report is January 12, 2000, the date of the conveyance document when the current owners acquired the property.

This report is subject to the Limiting Conditions and Assumptions contained in Exhibit 1 in the Addenda of this report. The reader's attention is particularly directed to the Special Limiting Condition and Assumption regarding Summary Appraisal Report.

Douglas Ing, Esq.
March 8, 2005
Page 2

## DEFINITION OF MARKET VALUE[1]

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated;

- Both parties are well informed or well advised, and acting in what they consider their best interests;

- A reasonable time is allowed for exposure in the open market;

- Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

- The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

## HAWAII STATE ECONOMIC BACKGROUND DATA

Hawaii's economy is supported primarily by tourism, federal government spending and agriculture, in that order.

Tourism provides the greatest opportunity for growth. After decline in the tourist industry in the mid and late 1990s, tourism showed signs of improvement in 2000/early 2001 prior to the terrorist attacks in September 2001 in New York and Washington D.C. Subsequently, tourism declined, but has rebounded from initial setbacks associated with the terrorist attacks. The mainland U.S. tourism market has rebounded significantly while the Japanese/Asian market is just beginning to recover fully.

Hawaii's economy in 2003 and 2004 showed improvement with job growth and significant activity in the construction industry. Continued improvement in 2005 is reflected by high hotel occupancy rates, low unemployment and a very strong real estate market with increasing prices and many commercial, industrial and residential projects under construction.

## COUNTY OF HAWAII ECONOMY

The Island of Hawaii (Hawaii County) economy, which is heavily dependent on tourism, led the recent economic rebound in the State along with Maui and Kauai. Hotel occupancy rates, average room rates, employment and other economic indicators have been relatively strong.

Hawaii County is segregated, geographically and economically, into the East and West sides.

---

[1] The Dictionary of Real Estate Appraisal, Fourth Ed. (Chicago, Illinois: Appraisal Institute, 2002).



**MAP LOCATING SUBJECT PROPERTY**



## MAP LOCATING SUBJECT PROPERTY

Douglas Ing, Esq.
March 8, 2005
Page 3

The West side is dominated by tourism and includes Kailua-Kona Town and several quality resorts. Real estate activity, including construction and sales, has been strong. Prices have increased in recent years, driven by sales to affluent non-residents in the resorts and the local population elsewhere.

Hilo is the focus of commercial activity for the East side of the island which is heavily dependant on agriculture and less so on tourism. Sugar cane production was phased out years ago. The dominant crop is floral products. Other agricultural crops include nursery products, bananas, macadamia nuts, coffee, tropical fruits, forestry, dairy products and cattle. The real estate market on the East side of the island has also demonstrated increased sales volume and appreciating prices.

In summary, the Hawaii County economy is showing strength with continued improvement anticipated in 2005. As of January 2000, the effective appraisal date, the economy was in transition from a declining trend and stabilization, poised for future strong growth.

## HAWAII REAL ESTATE MARKET

The State of Hawaii real estate market was in a general decline in the early 1990s through the late 1990s. Different sectors of the market hit bottom in the late 1990s/early 2000± time frame. Virtually all market sectors have demonstrated significant price appreciation and sales volume since.

The market for residential estate properties at resorts on the west coast of the Island of Hawaii followed the general trend of other resorts throughout the State. Prices began to stabilize in the late 1990s with significant appreciation and sales activity since. Appreciation was particularly strong in early 2000. Such appreciation is demonstrated by initial developer sales of oceanfront lots at The Bluffs in the 1999 time frame in the $2.8± to $3.0 million range relative to subsequent sale/offers in the $4.5 to $6.5 million range in early 2000.

## ENVIRONS

The subject property is located at Mauna Kea Resort on the northwest coast of the island in the South Kohala District.

Agricultural lands, Kawaihae Harbor and the small town of Hawi are to the north. Waimea and the Hamakua District are to the east. Other destination resorts, Kailua Town and the North Kona District are to the south. The Pacific Ocean is to the west.

Primary access to the vicinity is via Queen Kaahumanu Highway, part of the island belt roadway system. Kawaihae Road intersects with Queen Kaahumanu Highway 2.5 miles north of the subject and is the major cross island roadway.

The west coast of Hawaii Island in the general vicinity of the subject property involves wide open agricultural/conservation lands (much of which includes lava land) with pockets of urban development oriented toward the tourist/resort economic base for the area.

Kailua-Kona Town (35± miles south of subject) is the primary urban center in the area. It is a popular destination for tourists visiting the island. It includes Kailua Bay and a small harbor facility. Keahole Airport is located nearby.



# MAP LOCATING SUBJECT PROPERTY



MAP LOCATING SUBJECT PROPERTY





Douglas Ing, Esq.
March 8, 2005
Page 4

Waimea Town, 13 miles driving distance east of the subject, is another small urban area that developed as a result of agricultural/ranch activities in the area. Parker Ranch owns much of the agricultural/grazing land in the area with headquarters at Waimea. The town includes a small commercial core surrounded by residential development.

West Hawaii's Kohala Coast and vicinity are famous for master-planned resort developments including Waikoloa, Mauna Lani, Hualalai, Kukio and Mauna Kea.

Development at Mauna Kea Resort began in the 1960s by Laurance Rockefeller. Over the years, resort development has extended from the oceanfront to mauka of the highway. The resort features two hotels, Mauna Kea Beach Hotel (310 rooms) and Hapuna Beach Hotel (351 rooms). There are two quality golf courses. There are two bays with sandy beaches, Kaunaoa Bay and Hapuna Bay. Older single family residential developments makai of the highway include Fairways North, Fairways South, High Bluffs and The Bluffs (subject location). Kaunaoa, consisting of 28 estate parcels and 20 duplex units, is now under development on land near The Bluffs. The project is substantially sold out, but not yet completed. There are a variety of existing and planned residential projects mauka of the highway.

In summary, the subject property is located in an oceanfront residential subdivision at the established Mauna Kea Resort in West Hawaii.

## PROPERTY DATA

Property Identification – The subject property is identified by Hawaii State Tax Maps as TMK 6-2-14-5, Third Division containing 38,262 square feet (see Tax Map on a following page). The street address of the property is 62-3682 Kewai Street. A Legal Description is included in Exhibit 2 in the Addenda of this report.

Property History – Prior to January 2000, Mauna Kea Development Corp. owned the fee simple interest in the subject property.

By deed recorded January 24, 2000 (dated January 12, 2000), Western Sunview Properties, LLC purchased the property for $3,250,000.

We understand that on January 27, 2000, an offer to purchase the property was submitted at a price of $4,500,000. The owner indicated that they were not interested in selling the property at that time.

In February 2000, the owner indicated that they would sell the property for $7,000,000.

On March 19, 2000, an offer to purchase the property was submitted at a price of $6,500,000. Reportedly, the offer was verbally agreed to. However, the transaction did not close.

On April 10, 2000, an offer to purchase the property for $6,250,000 was made but, apparently, not accepted.

Currently, Western Sunview Properties, LLC owns the fee simple interest in the property.

Land Use Ordinances – The State of Hawaii has classified the property for Urban use (see State Land Use Map on a following page).

SUBJECT PROPERTY DATA
TMK 6-2-14-05 (Third Division)
The Bluffs at Mauna Kea, Hawaii, Hawaii

Tax Map Parcel:            6-2-14-05 (Third Division)

Gross Land Area:             38,262 sq. ft.  ( 0.878 acre )

Location:                   62-3682 Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, Kawaiahae, Waimea, South Kohala, Island of Hawaii, Hawaii

Improvements:              Vacant

Fee Simple Property Owner:   Western Sunview Properties, LLC

Ordinances Affecting Land Use and Development:

State Land Use:                 Urban

County General Plan:            Medium Density

County Zoning:                  RM-1.5, Multiple-Family Residential District

Federal Flood Insurance Rate Map (FIRM)
Panel No. 155166 0139 C, dated 09/16/88:    Zone X (unshaded):  Areas determined to be outside 500-year flood plain.

Special Management Area (SMA):    Located in Special Management Area.

Census Tract:                    217.01

Real Property Tax Assessed Values and Estimated Taxes

| Year | Assessed Values @ 100% | | | | Tax Rate/$1,000 | | Approximate R.P. Taxes |
| | Land | | Building | Total | Land | Bldg. | |
| | $ | $/sq. ft. | | | | | |
|------|----------|---------|----|------------|--------|-------|----------|
| 2002 | $2,487,000 | $65.00 | $0 | $2,487,000 | $9.85 | $9.85 | $24,497 |
| 2001 | $2,487,000 | $65.00 | $0 | $2,487,000 | $10.00 | $8.50 | $24,870 |
| 2000 | $2,487,000 | $65.00 | $0 | $2,487,000 | $10.00 | $8.50 | $24,870 |
| 1999 | $2,487,000 | $65.00 | $0 | $2,487,000 | $10.00 | $8.50 | $24,870 |
| 1998 | $1,913,100 | $50.00 | $0 | $1,913,100 | $10.00 | $8.50 | $19,131 |



**TAX MAP LOCATING SUBJECT PROPERTY**

STATE LAND USE MAP LOCATING SUBJECT PROPERTY



**GENERAL PLAN MAP LOCATING SUBJECT PROPERTY**

Douglas Ing, Esq.
March 8, 2005
Page 5

The County General Plan designation is Medium Density (see General Plan Map on a following page).

County Zoning is RM-1.5, Multiple-Family Residential District.

The property is located in Flood Zone X (unshaded), indicating areas determined to be outside the 500-year flood plain.

The property is located in the Special Management Area (SMA). Properties within the SMA are subject to an additional level of approval for development purposes that is handled by the County.

Assessed Values/Real Property Taxes are summarized on the Subject Property Data table on a previous page. The 2000 land assessed value was $2,487,000. Year 2000 real property taxes were $24,870.

Utilities – The property is served by water, power, telephone and sewer lines.

Reservations/Restrictions affecting the property are included in the Legal Description. There are a variety of items including a reservation in favor of the State of Hawaii of all mineral and metallic mines, Declaration of Protective Covenants, etc.


## PROPERTY DESCRIPTION

The subject property contains 38,262 square feet in a near quadrangular shaped site.

Kewai Street is to the east. In front of the subject, this is a two-lane paved roadway without curbs, gutters or sidewalks. Power/telephone lines are underground.

House lots are to the south and north.

A strip of vacant land is located between the subject and the rocky oceanfront to the west. The land is identified on the Tax Map as Archeological Site & Buffer Easement "4."

Topography is fairly level to gently sloping in a makai (westerly) direction.

The property has good ocean views.

At the date of inspection by the appraisers in October 2004, the property was under construction with a residence. As of the effective value date of this appraisal, the property was vacant.


## RIGHTS APPRAISED

The Rights Appraised involve the unencumbered fee simple interest in the land.


## HIGHEST AND BEST USE

Highest and best use is the reasonably probable and legal use of vacant land or improved property, which is physically possible, appropriately supported, financially feasible, and that results in the highest value.



**TAX MAP LOCATING SUBJECT PROPERTY**

SUBJECT PROPERTY
The Bluffs at Mauna Kea
Mauna Kea, Island of Hawaii, Hawaii



**PHOTO NO. 1:** Northwesterly view across Kewai Street.  Note the quality residence under construction.



**PHOTO NO. 2:** Southerly view along Kewai Street.  The Subject Property is to the right.  Note the vacant land to the left.

SUBJECT PROPERTY
The Bluffs at Mauna Kea
Mauna Kea, Island of Hawaii, Hawaii



PHOTO NO. 3: Southerly view along the makai boundary of the Subject Property. The Subject Property is to the left. Note the land to the right which involves the archaeological site and buffer easement.



PHOTO NO. 4: Westerly view from the Subject Property.

Douglas Ing, Esq.
March 8, 2005
Page 6

The four criteria the highest and best use must meet are legal permissibility, physical possibility, financial feasibility, and maximum profitability.

<u>Legally Permissible</u> – Legally permissible uses for land are typically set forth by the zoning code. Residential zoning of the subject property allows residential use.

<u>Physically Possible</u> – The physical characteristics of the land are well suited for residential use.

<u>Financially Feasible</u> – In order to be financially feasible, a use must provide a positive return to the land. Residential use is financially feasible as demonstrated by such use in the neighborhood.

<u>Maximally Productive</u> – Of the financially feasible uses, the use that produces the highest return to the land is concluded to be the highest and best use. Residential estate use is concluded to represent the highest and best of the subject property, as vacant.


## APPRAISAL METHODOLOGY/SCOPE OF WORK

The Direct Market Comparison Approach was employed.

<u>Scope of Work</u> included the following:

- Researched and analyzed economic/demographic factors affecting the subject property.

- Researched subject property data including assessments, zoning, etc.

- Inspected the subject property.

- Researched, analyzed, inspected and verified transactions with recorded documents and market participants involving fee simple lots having characteristics similar to the subject.

- Completed Direct Market Comparison Analyses as described herein.

- Prepared this Complete Summary Appraisal Report.


## MARKET DATA

Employing the Direct Market Comparison Approach, we researched and analyzed transactions involving land having characteristics similar to the subject. Geographically, our research focused on The Bluffs subdivision. Timewise, our research focused on January 1999 through March 2000.

A table summarizing the most pertinent transactions disclosed by our research is included on a following page. Details to each transaction are included in Exhibit 3 in the Addenda of this report. The transactions are briefly described as follows.

<u>Transaction No. 1</u> involves 33,903 square feet six lots north of the subject that sold in February 2000 for $5,000,000.

LAND TRANSACTIONS
The Bluffs at Mauna Kea
Mauna Kea Resort, Hawaii, Hawaii

| Trans. No. | Location (Tax Map Key) | Land Area | | Zoning | Transaction | | Indicated Consideration | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | sq. ft. | acres | | Type | Date | $ | $/sf | |
| 1 | Kewai Street (6-2-14-10) | 33,903 | 0.778 | RM-1.5 | Deed | 02/00 | $5,000,000 | $147.48 | Previously sold in August 1998 for indicated consideration of $3,250,000 ($96/sf) less landscape/grading credit of $500,000 for a net price of $2,750,000 ($81/sf). |
| 2 | Kewai Street (6-2-14-05) | 38,262 | 0.878 | RM-1.5 | Deed | 01/00 | $3,250,000 | $84.94 | Subject property. Abuts Archeological Site and Buffer Easement. Contract indicates purchase price of $3,250,000. An offer to purchase the property was submitted on 1/27/00 for $4.5 million ($118/sf). Another offer at $6.5 million ($170/sf), dated 3/19/00, was reportedly verbally agreed to but did not close. Another offer dated April 10, 2000 for $6,250,000 was made and apparently not accepted. |
| 3 | Kewai Street (6-2-14-07) | 48,521 | 1.114 | RM-1.5 | Deed | 10/99 | $2,750,000 | $56.68 | Buyer received landscaping/grading credit of $212,500 for a net price of $2,537,500 ($52/sf). |
| 4 | Kewai Street (6-2-14-08) | 48,940 | 1.124 | RM-1.5 | Deed | 10/99 | $2,750,000 | $56.19 | Buyer received landscaping/grading credit of $250,000 for a net price of $2,500,000 ($51/sf). |
| 5 | Kewai Street (6-2-14-11) | 36,087 | 0.828 | RM-1.5 | Deed | 03/99 | $3,500,000 | $96.99 | Buyer received landscaping/grading credit of $500,000 for a net price of $3,000,000 ($83/sf). |
| 6 | Kewai Street (6-2-14-06) | 48,020 | 1.102 | RM-1.5 | Deed | 01/99 | $3,000,000 | $62.47 | Buyer received landscaping/grading credit of $450,000 for a net price of $2,550,000 ($53/sf). |

Douglas Ing, Esq.
March 8, 2005
Page 7

Transaction No. 2 involves the January 2000 sale of the subject property for $3,250,000.

Transaction No. 3 involves 48,521 square feet two lots north of the subject that sold in October 1999 for $2,750,000.

Transaction No. 4 involves 48,940 square feet three lots north of the subject that sold in October 1999 for $2,750,000.

Transaction No. 5 involves 36,087 square feet seven lots north of the subject that sold in March 1999 for $3,500,000.

Transaction No. 6 involves 48,020 square feet that abuts the subject to the north that sold in January 1999 for $3,000,000.

## DIRECT MARKET COMPARISON ANALYSIS

Direct Market Comparison Analysis is summarized on the table on a following page. Before adjustment, the six transactions reflect a range of price from $2,750,000 to $5,000,000. Adjustments made are discussed as follows.

Property Rights Conveyed – The subject and all comparables involve fee simple ownership and no adjustments were made.

Conditions of Sale – Transaction Nos. 3 through 6 involved special conditions whereby the buyers were given a landscape credit against the sales price ranging from $212,500 to $500,000. Deductions equal to the amount of the credit were made.

Time – Adjustments for time were made taking into consideration changes in market conditions from the transaction date to the effective appraisal date. The transactions are dated in the January 1999 through February 2000 time frame during an active market with appreciating prices. Such rapid appreciation is demonstrated by original developer sales at The Bluffs from January 1999 to January 2000 in the range of $2,750,000 to $3,500,000 (before landscape credit) to the February 2000 sale of Comparable No. 1 (most recent comparable) at $5,000,000. Comparable No. 1 had previously sold in august 1998 for $3,250,000 (before landscape credit of $500,000). Other evidence of the rapidly appreciating market involves three offers for the subject property in the range of $4.5 to $6.5 million in the January and April 2000 time frame. Time adjustments were made employing a compounded annual appreciation rate of +50 percent per year. Time adjustments range from -3 percent for Transaction No. 1 which occurred after the effective appraisal date to +47 percent for Transaction No. 6 which occurred in January 1999.

Physical Characteristics – Adjustments for physical characteristics were made taking into consideration the relative view planes, proximity to shoreline trail and other site characteristics and range from -10 to +20 percent.

Size – No additional adjustments for size are necessary as size was considered in the adjustment for physical characteristics.

Indicated Value – Weighted average analysis was completed. Greatest weight was placed on Transaction No. 1 which occurred approximately one month after the effective appraisal date and Transaction No. 2,

LAND VALUE ANALYSIS [1]
TMK 6-2-14-05 (Third Division)
Mauna Kea Resort, Hawaii, Hawaii

| DESCRIPTION | Subject | Trans No 1 | | Trans No 2 | | Trans No 3 |
|---|---|---|---|---|---|---|
| **PROPERTY DATA** | | | | | | |
| Tax Map Key | 6-2-14-05 | 6-2-14-10 | | 6-2-14-05 | | 6-2-14-07 |
| Location | Kewai Street, The Bluffs at Mauna Kea | Kewai Street, The Bluffs at Mauna Kea | | Kewai Street, The Bluffs at Mauna Kea | | Kewai Street, The Bluffs at Mauna Kea |
| Transaction Date | - | 02/17/00 | | 01/12/00 | | 10/05/99 |
| Transaction Type | - | Deed | | Deed | | Deed |
| Zoning | RM-1.5 | RM-1.5 | | RM-1.5 | | RM-1.5 |
| Land Area (acs) | 0.878 | 0.778 | | 0.878 | | 1.114 |
| Land Area (sf) | 38,262 | 33,903 | | 38,262 | | 48,521 |
| **TRANSACTION ANALYSIS** | | | | | | |
| Transaction Price/Indicated Land Value | | $5,000,000 | | $3,250,000 | | $2,750,000 |
| Price per Sq. Ft. of Land Area | | $147.48 | | $84.94 | | $56.68 |
| **ADJUSTMENT FOR PROPERTY RIGHTS CONVEYED** | | | | | | |
| Property Rights Adjustment | | x | 1.00 | x | 1.00 | x | 1.00 |
| Adjusted Price | | $5,000,000 | | $3,250,000 | | $2,750,000 |
| **ADJUSTMENT FOR CONDITIONS OF SALE** | | | | | | |
| Conditions of Sale Adjustment | | $0 | | $0 | | ($212,500) |
| Adjusted Price | | $5,000,000 | | $3,250,000 | | $2,537,500 |
| **ADJUSTMENT FOR TIME** | | | | | | |
| Time Adjustment | | x | 0.97 | x | 1.00 | x | 1.13 |
| Adjusted Price | | $4,850,000 | | $3,250,000 | | $2,867,375 |
| **OTHER ADJUSTMENTS** | | | | | | |
| Physical Characterisitics | | 0% | | 0% | | |
| Net Adjustments | | $0 | 0% | $0 | 0% | $573,475 |
| Subtotal | | $4,850,000 | | $3,250,000 | | $3,440,850 |
| Size Adjustment | | x | 1.00 | x | 1.00 | x | 1.00 |
| Adjusted Price | | $4,850,000 | | $3,250,000 | | $3,440,850 |
| **INDICATED SUBJECT VALUE** | | $4,850,000 | | $3,250,000 | | $3,440,850 |
| **WEIGHTED AVERAGE** | Weighting Factor: | x | 0.20 | x | 0.20 | x | 0.15 |
| | | $970,000 | | $650,000 | | $516,128 |
| | Weighted Average: | $3,830,130 | | | | |
| | Say, | $3,800,000 | or | $99.32 | per sq. ft. | |
| **UNWEIGHTED SUMMARY** | | | | | | |

| | | Total | | |
|---|---|---|---|---|
| Range: | $3,250,000 | to | $4,850,000 | |
| Median: | | $3,610,425 | | |
| Average: | | $3,805,700 | | |

[1] The effective date of this analysis is:    01/12/00

| | Trans No 4 | | Trans No 5 | | Trans No 6 |
|---|---|---|---|---|---|
| | 6-2-14-08 | | 6-2-14-11 | | 6-2-14-06 |
| | Kewai Street, The | | Kewai Street, The | | Kewai Street, The |
| | Bluffs at Mauna Kea | | Bluffs at Mauna Kea | | Bluffs at Mauna Kea |
| | 10/02/99 | | 03/15/99 | | 01/27/99 |
| | Deed | | Deed | | Deed |
| | RM-1.5 | | RM-1.5 | | RM-1.5 |
| | 1.124 | | 0.828 | | 1.102 |
| | 48,940 | | 36,087 | | 48,020 |
| | $2,750,000 | | $3,500,000 | | $3,000,000 |
| | $56.19 | | $96.99 | | $62.47 |
| x | 1.00 | x | 1.00 | x | 1.00 |
| | $2,750,000 | | $3,500,000 | | $3,000,000 |
| | ($250,000) | | ($500,000) | | ($450,000) |
| | $2,500,000 | | $3,000,000 | | $2,550,000 |
| x | 1.13 | x | 1.40 | x | 1.47 |
| | $2,825,000 | | $4,200,000 | | $3,748,500 |

| 20% | | 20% | | -10% | | 10% | |
|---|---|---|---|---|---|---|---|
| 20% | $565,000 | 20% | ($420,000) | -10% | $374,850 | 10% | |
| | $3,390,000 | | $3,780,000 | | $4,123,350 | | |
| x | 1.00 | x | 1.00 | x | 1.00 | | |
| | $3,390,000 | | $3,780,000 | | $4,123,350 | | |
| | $3,390,000 | | $3,780,000 | | $4,123,350 | | |
| x | 0.15 | x | 0.15 | x | 0.15 | | |
| | $508,500 | | $567,000 | | $618,503 | | |

Douglas Ing, Esq.
March 8, 2005
Page 8

the sale of the subject property.  Less weight was placed on Transaction Nos. 3 through 6 as they involve older transactions.  Weighted average analysis indicates a market value of $3,800,000.


## MARKET VALUE CONCLUSION

**Based upon the research and analyses completed, subject to the Limiting Conditions and Assumptions stated in this report, we estimate, retrospectively, that the Market Value of the fee simple interest in the subject property, as described herein, as of January 12, 2000, was:**

**THREE MILLION EIGHT HUNDRED THOUSAND DOLLARS**
**($3,800,000)**

Exposure/Marketing Times – As of January 12, 2000, there was very strong demand for quality oceanfront estate lots at Mauna Kea Resort and at other resorts in the vicinity, indicating the property would not have likely required an extended exposure time to conclude a sale at a price approximating the market value estimated herein.  We estimate the exposure time at 3± months.  The projected marketing time is also estimated at 3± months.


## CERTIFICATION

I certify that, to the best of my knowledge and belief:

- the statements of fact contained in this report are true and correct.
- the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- my engagement in this assignment was not contingent upon developing or reporting predetermined results.
- my compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- the undersigned has made a personal inspection of the property that is the subject of this report.
- my analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.
- the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
- as of the date of this report, Jan R. Medusky, MAI has completed the requirements of the continuing education program of the Appraisal Institute.

Douglas Ing, Esq.
March 8, 2005
Page 9

-       Edward W. Becker, Appraiser, provided significant professional assistance to the undersigned in
        completing this report.

        We appreciate the opportunity of completing this assignment for you.

                                Sincerely,

                                MEDUSKY & CO., INC.

                                Jan R. Medusky, MAI, CRE
                                President

                                Hawaii State Certified General Appraiser
                                CGA-17
                                Certificate Expires 12/31/05

A D D E N D A

## LIMITING CONDITIONS AND ASSUMPTIONS

The conduct of any study is necessarily guided by, and its results influenced by, the terms of the assignment and the assumptions forming the basis of the study. The following conditions and assumptions, together with other assumptions embodied in the study, constitute the framework of our analysis and conclusions.

## STANDARD LIMITING CONDITIONS AND ASSUMPTIONS

1. The conclusions and opinions are based upon the purchasing power of the dollar and economic conditions as of the effective appraisal date. This study expresses the opinion of the appraiser as of March 8, 2005 with an effective date of January 12, 2000 and in no way was contingent upon the reporting of specified conclusions.

2. It is assumed that the subject property is free and clear of any and all encumbrances, except for those noted herein; no responsibility is assumed for matters of a legal nature; nor is the report to be construed as rendering any opinion of title, which is assumed to be good and salable.

3. Soil Conditions and Land Areas - A soils report was not furnished to the appraisers. We assume soil conditions to be satisfactory for existing and potential development of the subject and assume no responsibility in this respect. Land areas are based on information provided by Tax Office records and other sources and are assumed to be correct.

4. Relied Upon Information- Information provided by informed local sources, such as governmental agencies, financial institutions, Realtors, buyers, sellers, property owners and others, was weighed in the light in which it was supplied and checked by secondary means when appropriate. It is believed that the information obtained from these and other sources is true and correct.

5. Maps - Any maps or plans reproduced and included in this report are intended only for the purpose of showing spatial relationships. They are not necessarily measured surveys or measured maps and we are not responsible for cartographic or surveying errors.

6. Possession of this report, or a copy thereof, does not carry with it the right of publication, and the report may not be used by any person or organization except the client without the previous written consent of the appraisers and then only in its entirety.

7. The report does not imply the right of court testimony on the part of the appraisers, without additional arrangements.

8. Disclosure of the contents of this study is governed by the By-Laws and Regulations of the Appraisal Institute. Neither all nor any part of the contents of this study (especially any conclusions as to value, the identity of the appraisers or the firm with which they are connected, or any reference to the Appraisal Institute or to the MAI designation) shall be disseminated to the public through advertising media, public relations media, news media, sales media or any other public means of communication, without the prior consent and approval of the appraisers.

EXHIBIT 1 (Page 2)

9.    <u>Disclosure to Institute</u> - The contents of this report are subject to the review, upon request of the Appraisal Institute, by duly constituted committees of the Institute or individual members thereof when such committees or members are acting within the scope of their authority under the By-Laws and Regulations of the Institute.  This requirement was adopted by the Institute to facilitate the Institute's efforts to maintain the high standards of professional practice and ethical conduct that have been the hallmark of the Institute since its creation.

10.   <u>Toxic Wastes and Hazardous Materials</u> - The existence of toxic wastes and/or other hazardous materials, which may or may not be present on the property, was not observed by the appraisers.  The appraisers have no knowledge of the existence of such materials on or in the property.  The appraisers, however, are not qualified to detect such substances.  The presence of substances such as toxic wastes, asbestos, urea-formaldehyde foam insulation, or other potentially hazardous materials may affect the value of the property.  The value estimate is predicated on the assumption that there is no such material on or in the property that would cause a loss in value. No responsibility is assumed for any such conditions, or for any expertise or engineering knowledge required to discover them.  The client is urged to retain an expert in this field, if desired.  The value conclusion shown in this report assumes that there are no toxic wastes and/or hazardous materials affecting the subject property.

## SPECIAL LIMITING CONDITION AND ASSUMPTION

11.   <u>Summary Appraisal Report</u> - This is a Summary Appraisal Report that summarizes our research, analyses and conclusions regarding the subject property.  Further details are retained in the appraisers' files and are available for review upon request.

LEGAL DESCRIPTION OF SUBJECT PROPERTY
Taken from Deed Dated January 12, 2000

EXHIBIT A

All of that certain parcel of land situate at
Ouli, Waimea, South Kohala, Island, County and State of
Hawaii, described as follows:

Lot No. 5, consisting of approximately 38,262
square feet, more or less of "The Bluffs at Mauna Kea"
subdivision, as shown on File Plan 2196, filed in the Bureau
of Conveyances of the State of Hawaii.

TOGETHER with the right in the nature of a
perpetual non-exclusive easement with others thereunto
entitled for roadway, utility and other reasonably related
purposes over, under, through and across the "Entry Road",
as more particularly described in, and to be used in
accordance with that certain Grant of Easement dated October
15, 1993, by and between South Kohala Resort Corp., a Hawaii
corporation, as the "Grantor", and Mauna Kea Development
Corp., a Hawaii corporation, as the "Grantee", recorded in
said Bureau of Conveyances as Document No. 94-032235;
provided, however, that said easement shall be automatically
cancelled and terminated with respect to any portion of said
Entry Road, upon the recordation of a dedication deed
covering such portion of said Entry Road in favor of the
County of Hawaii, the State of Hawaii, or any other
appropriate governmental entity.

TOGETHER ALSO with all rights and privileges
conferred upon owners of lots within The Bluffs at Mauna Kea
subdivision by that certain Declaration of Protective
Covenants, Conditions and Restrictions for The Bluffs at
Mauna Kea dated February 19, 1997, recorded in said Bureau
of Conveyances as Document No. 97-034153, as the same has
been or may hereafter be amended or supplemented from time
to time.

TOGETHER ALSO with all rights and privileges
conferred upon owners of lots within Hapuna Resort by that
certain Declaration of Protective Covenants, Conditions and
Restrictions for Hapuna Resort dated October 15, 1993,
recorded in said Bureau of Conveyances as Document No.
94-032238, as the same has been or may hereafter be amended
or supplemented from time to time, including the appurtenant
right and non-exclusive easement of access and enjoyment in
and to any common areas described therein, including a
perpetual non-exclusive easement and access rights under the
Kawaihae-Puako Road (also known as the Queen Kaahumanu
Highway) and over and across "Easement C", together with

Exhibit "A"
Page 1 of 4

limited access rights over and across Boundaries "J" and "K", all as more particularly described in and in accordance with the provisions of that certain Grant of Easement (Underpass Easement) dated October 22, 1993, made by said South Kohala Resort Corp. in favor of the Hapuna Community Association, a Hawaii non-profit corporation, for the benefit and use of its members, recorded in said Bureau of Conveyances as Document No. 94-032237.

EXCEPTING AND RESERVING, HOWEVER, UNTO Grantor, its successors and assigns, as owner/developer of the "Other Resort Properties" described in said Declaration of Protective Covenants, Conditions and Restrictions for The Bluffs at Mauna Kea recorded as Document No. 97-034153, perpetual non-exclusive easements for access and drainage purposes over and across the granted premises, in accordance with the terms and conditions set forth in said Declaration, including the right to use the Drainage Facilities described therein, said rights to be held together with and appurtenant to said "Other Resort Properties", forever.

EXCEPTING AND RESERVING ALSO HOWEVER, UNTO Grantor, its successors and assigns, as owner/developer of said "Other Resort Properties", the right to designate easements for utility purposes (including drainage, drainlines, flowage, waterlines, electrical, and sanitary sewers), and other reasonably related purposes over, under and across the granted premises, and the right to grant easements for such purposes, together with rights of reasonable access thereto, to the State of Hawaii, County of Hawaii, any public or private utility company or other appropriate governmental or private entity, so long as such easements do not materially interfere with the Grantees' use of the granted premises.

Being a portion of the land conveyed to Mauna Kea Development Corp., a Hawaii corporation, by Warranty Deed dated September 17, 1990, but effective September 30, 1990, recorded in said Bureau of Conveyances as Document No. 90-143585.

SUBJECT, HOWEVER, TO THE FOLLOWING:

1.   Reservation in favor of the State of Hawaii of all mineral and metallic mines.

2.   Terms and provisions, including the failure to comply with any covenants, conditions and reservations contained in Land Patent Grant No. 12,546, including but not limited to matters relating to water reservation.

Exhibit "A"
Page 2 of 4

3.   Covenants, conditions, and restrictions set forth in Declaration of Protective Covenants, Conditions and Restrictions for The Bluffs at Mauna Kea dated February 19, 1997, recorded in said Bureau of Conveyances as Document No. 97-034153, as amended by instrument dated December 23, 1997, recorded as Document No. 97-182826, as the same has been or may hereafter be further amended and supplemented.

4.   Covenants, conditions, and restrictions set forth in the Declaration of Protective covenants, Conditions and Restrictions for Hapuna Resort dated October 15, 1993, recorded in said Bureau of Conveyances as Document No. 94-032238, as amended by instrument dated February 19, 1997, recorded as Document No. 97-034152, as the same has been or may hereafter be further amended and supplemented.

5.   Terms, covenants and conditions set forth in that certain Grant of Easement dated October 15, 1993, made by and between South Kohala Resort Corp. and Mauna Kea Development Corp., recorded in said Bureau of Conveyances as Document No. 94-032235.

6.   Terms, covenants and conditions set forth in that certain Grant of Easement (Underpass Easement) dated October 22, 1993, made by and between South Kohala Resort Corp. and the Hapuna Community Association, a Hawaii non-profit corporation, recorded in said Bureau of Conveyances as Document No. 94-032237.

7.   Terms, covenants and conditions set forth in that certain Grant of Easement dated June 28, 1996, made by and between Mauna Kea Development Corp., as "Grantor" and Hawaii Electric Light Company, Inc. and GTE Hawaiian Telephone Company Incorporated, as "Grantees", recorded in said Bureau of Conveyances as Document No. 96-110800.

8.   Existing Easement "28" (10 feet wide, area 27,489 square feet) for sanitary sewer purpose as shown on survey map prepared by Robert W. Cunningham, Registered Professional Land Surveyor, with Belt Collins Hawaii, dated March 11, 1996.

9.   Terms, covenants and conditions set forth in that certain Grant of Easement (Sewer) dated December 18, 1996, made by and between Mauna Kea Development Corp., as "Grantor", and South Kohala Wastewater Corp., as "Grantee", recorded in said Bureau of Conveyances as Document No. 96-179333, granting certain easement rights, including easement over Easement 28.

Exhibit "A"
Page 3 of 4

10.  Designation of Easement "5" (area 2,026 square feet) for Archeological Site and Buffer Purposes as shown on File Plan No. 2196, and rights and obligations with respect thereto, as described in Archeological Preservation Plan dated September 1996, prepared by Paul H. Rosendahl, Ph.D., Inc.

11.  Terms, covenants, conditions, and provisions set forth in the Limited Warranty Deed to which this Exhibit A is attached.

<u>LAND TRANSACTIONS</u>

<u>Transaction No. 1</u>
Property Data:
    Location:               Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, South Kohala, Island of Hawaii, Hawaii
    Tax Map Key:        6-2-14-10 (Third Division)
    Land Area:          33,903 sq. ft.  (0.778 acre)
    Improvements:      Vacant at time of transaction

    County Zoning:     RM-1.5, Multiple-Family Residential District

Transaction Data:
    Transaction Type:    Warranty Deed
    Effective Date:      February 17, 2000
    Recorded:          Document No. 2000-024502
    Grantor:            Gregg L. Engles and Cynthia K. Engles
    Grantee:            Norman A. Fogelsong and Jill M. Fogelsong, Trustees

    Consideration:       $5,000,000 (cash to seller)

    Indicated Unit Rate:    $147.48 per square foot
                    (   $5,000,000  ÷   33,903 sq. ft.)

Comments:
    Details of this transaction were verified with Kathrin Kohler, an agent knowledgable of the transaction. According to Ms. Kohler, this was an arm's length transaction involving cash to the seller.  The sale contracted on January 22, 2000.

    The land is fairly level, at grade of Kewai Street.  There a very good ocean views.  There is a 207 sq. ft. pedestrian access easement along the southerly boundary of the property.  The property to the south is encumbered by a burial site and buffer easement.

    The property previously sold in February 1998.  According to conveyance tax records, indicated consideration was $3,250,000 ($96/sq. ft.). The sales contract indicates the price was $3,250,000 less a landscape/grading credit of $500,000 for a net price of $2,750,000 ($81/sq. ft.).

<u>Transaction No. 2</u>
Property Data:
    Location:                Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, South Kohala, Island of Hawaii, Hawaii

    Tax Map Key:          6-2-14-05 (Third Division)
    Land Area:            38,262 sq. ft.  (0.878 acre)
    Improvements:      Vacant at time of transaction

    County Zoning:      RM-1.5, Multiple-Family Residential District


Transaction Data:
    Transaction Type:     Limited Warranty Deed
    Effective Date:       January 12, 2000
    Recorded:           Document No. 2000-009911
    Grantor:            Mauna Kea Development Corp.
    Grantee:           Western Sunview Properties LLC

    Consideration:      $3,250,000 (cash to seller)

    Indicated Unit Rate:     $84.94 per square foot
                   (   $3,250,000  ÷    38,262 sq. ft.)


Comments:
    Details of this transaction were verified with Kathrin Kohler, an agent knowledgable of the transaction. According to Ms. Kohler, this was an arm's length transaction involving cash to the seller.  The sale contracted on September 20, 1999.

    The property was offered for sale at $3,250,000.  This offer price was higher than those for adjacent properties as the developer believed the lot had greater privacy due its distance from the nature trail (pedestrian easement) that borders the makai boundary of the subdivision and the elevation of the property .

    The land is fairly level, at grade of Kewai Street.  There a very good ocean views.  There is a sewer easement that runs along the westerly boundary of the property.  There is an archeological site and buffer easement that encumber the westerly portion of the property and the land to the west of the property.

    The Deed recorded on January 24, 2000.  On January 27, 2000 an offer to purchase the property was submitted at a price of $4,500,000 ($118/sq. ft.).  The owner indicated that they were not interested in selling the property at that time.  In February 2004, the owner indicated that they would part with the property for $7 million ($183/sq. ft.) which would allow them to find a replacement property.

    On March 19, 2000, an offer to purchase the property was submitted at a price of $6,500,000 ($170/sq. ft.).  The offer was reportedly verbally agreed to. However, the transaction did not close.

    On April 10, 2000, an offer to purchase the property was submitted at a price of $6,250,000 ($163/sq. ft.). Apparently, the offer was not accepted.

Transaction No. 3

**Property Data:**

| | |
|---|---|
| Location: | Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, South Kohala, Island of Hawaii, Hawaii |
| Tax Map Key: | 6-2-14-07 (Third Division) |
| Land Area: | 48,521 sq. ft. (1.114 acre) |
| Improvements: | Vacant at time of transaction |
| County Zoning: | RM-1.5, Multiple-Family Residential District |

**Transaction Data:**

| | |
|---|---|
| Transaction Type: | Limited Warranty Deed |
| Effective Date: | October 5, 1999 |
| Recorded: | Document No. 99-164567 |
| Grantor: | Mauna Kea Development Corp. |
| Grantee: | Chitranjan N. Reddy and Elsa Reddy |
| Consideration: | $2,750,000 |
| Landscape/Grading Credit: | $212,500 |
| Net Transaction Price: | $2,537,500 (cash to seller) |
| Indicated Unit Rate: | $52.30 per square foot |
| | ( $2,537,500 ÷ 48,521 sq. ft.) |

**Comments:**

Details of this transaction were verified with Kathrin Kohler, an agent knowledgable of the transaction. According to Ms. Kohler, this was an arm's length transaction involving cash to the seller. The sale contracted on August 18, 1999.

The land is fairly level, at grade of Kewai Street. There a very good ocean views. There is a sewer easement that runs along the northerly boundary and through the westerly portion of the property.

According to conveyance tax records, the transaction price was $2,750,000 ($57/sq. ft.). The sales contract indicates the price was $2,750,000 less a landscape/grading credit of $212,500 for a net price of $2,537,500 ($52/sf).

<u>Transaction No. 4</u>

Property Data:

| | |
|---|---|
| Location: | Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, South Kohala, Island of Hawaii, Hawaii |
| Tax Map Key: | 6-2-14-08 (Third Division) |
| Land Area: | 48,940 sq. ft. (1.124 acre) |
| Improvements: | Vacant at time of transaction |
| County Zoning: | RM-1.5, Multiple-Family Residential District |

Transaction Data:

| | |
|---|---|
| Transaction Type: | Limited Warranty Deed |
| Effective Date: | October 2, 1999 |
| Recorded: | Document No. 99-174087 |
| Grantor: | Mauna Kea Development Corp. |
| Grantee: | Robert V. Gunderson, Jr. and Anne D. Gunderson |
| Consideration: | $2,750,000 |
| Landscape Credit: | $250,000 |
| Net Transaction Price: | $2,500,000 (cash to seller) |
| Indicated Unit Rate: | $51.08 per square foot |
| | ( $2,500,000 ÷ 48,940 sq. ft.) |

Comments:

Details of this transaction were verified with Kathrin Kohler, an agent knowledgable of the transaction. According to Ms. Kohler, this was an arm's length transaction involving cash to the seller. The sale contracted on July 21, 1999.

The land is fairly level, at grade of Kewai Street. There a very good ocean views.

According to conveyance tax records, the transaction price was $2,750,000 ($56/sq. ft.). The sales contract indicates the price was $2,750,000 less a landscape/grading credit of $250,000 for a net price of $2,500,000 ($51/sf).

<u>Transaction No. 5</u>
Property Data:
    Location:                Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, South Kohala, Island of Hawaii, Hawaii
    Tax Map Key:          6-2-14-11 (Third Division)
    Land Area:             36,087 sq. ft.  (0.828 acre)
    Improvements:        Vacant at time of transaction

    County Zoning:        RM-1.5, Multiple-Family Residential District


Transaction Data:
    Transaction Type:     Limited Warranty Deed
    Effective Date:        March 15, 1999
    Recorded:             Document No. 99-040987
    Grantor:               Mauna Kea Development Corp.
    Grantee:               Sanford R. Robertson & Jeanne Robertson

    Consideration:        $3,500,000
    Landscape Credit:     <u>$500,000</u>
    Net Transaction Price:  $3,000,000 (cash to seller)

    Indicated Unit Rate:     $83.13 per square foot
                 (     $3,000,000 ÷   36,087 sq. ft.)


Comments:
    Details of this transaction were verified with Kathrin Kohler, an agent knowledgable of the transaction. According to Ms. Kohler, this was an arm's length transaction involving cash to the seller.  The sale contracted on February 1, 1999.

    The land is fairly level, at grade of Kewai Street.  There a very good ocean views.  There is a drainage easement that runs along the northerly boundary of the property.

    According to conveyance tax records, the transaction price was $3,500,000 ($97/sq. ft.). According to the sales contract, the price was $3,000,000.  We understand that the price difference involved a $500,000 credit to the buyer for landscaping.

    According to conveyance tax records, the transaction price was $3,500,000 ($97/sq. ft.).  The sales contract indicates the price was $3,500,000 less a landscape/grading credit of $500,000 for a net price of $3,000,000 ($83/sf).

Transaction No. 6

Property Data:

| | |
|---|---|
| Location: | Kewai Street, The Bluffs at Mauna Kea, Mauna Kea Resort, South Kohala, Island of Hawaii, Hawaii |
| Tax Map Key: | 6-2-14-06 (Third Division) |
| Land Area: | 48,020 sq. ft. (1.102 acre) |
| Improvements: | Vacant at time of transaction |
| County Zoning: | RM-1.5, Multiple-Family Residential District |

Transaction Data:

| | |
|---|---|
| Transaction Type: | Limited Warranty Deed |
| Effective Date: | January 27, 1999 |
| Recorded: | Document No. 99-015113 |
| Grantor: | Mauna Kea Development Corp. |
| Grantee: | Irwin Federman and Concepcion S. Federman |
| Transaction Price: | $3,000,000 |
| Landscape Credit: | $450,000 |
| Net Transaction Price: | $2,550,000 (cash to seller) |
| Indicated Unit Rate: | $53.10 per square foot |
| | ( $2,550,000 ÷ 48,020 sq. ft.) |

Comments:

Details of this transaction were verified with Kathrin Kohler, an agent knowledgable of the transaction. According to Ms. Kohler, this was an arm's length transaction involving cash to the seller. The sale contracted on December 28, 1998.

The land is fairly level, at grade of Kewai Street. There a very good ocean views.

According to conveyance tax records, the price was $3,000,000 ($62/sq. ft.). According to the sales contract, the price was $2,550,000. We understand that the price difference involved a $450,000 credit to the buyer for landscaping.

According to conveyance tax records, the transaction price was $3,000,000 ($62/sq. ft.). The sales contract indicates the price was $3,000,000 less a landscape/grading credit of $450,000 for a net price of $2,550,000 ($53/sf).

QUALIFICATIONS OF JAN R. MEDUSKY, MAI, CRE

President, Medusky & Co., Inc., Real Estate Consultants
Queen's Court, Suite 404, 800 Bethel Street, Honolulu, Hawaii

President (1990-1994), Cowell & Co., Inc.

Licensed Real Estate Broker, State of Hawaii
(License No. RB-16915)

Member, Appraisal Institute (MAI), Hawaii Chapter
(Certificate No. 7313)

Past President, American Institute of Real Estate Appraisers
Honolulu Chapter No. 15

Member, The Counselors of Real Estate (CRE)
(Certificate No. 2560)

Past Chapter Chair, The Counselors of Real Estate Hawaii Chapter

Hawaii State Certified General Appraiser (CGA-17)

## EDUCATION

Culver Military Academy, Culver, Indiana. Graduated with honors, 1964-1968.

Bachelor of Science Degree, U.S. Military Academy, West Point, New York, 1968-1972.

University of Hawaii, Graduate courses in Business and Economics, 1975-1976.

Master of Business Administration Degree, Chaminade University of Honolulu, 1980.

## SPECIAL COURSES

Graduate Real Estate Institute, Courses I and II, Honolulu, 1979.

Stapleton School of Real Estate, Sales Licensing Course, Honolulu, 1979.

Credit for various American Institute of Real Estate Appraisal Courses.

Instructor for various seminars/classes regarding real estate valuation.

## MILITARY

Captain, U.S. Army, 1972-1978. Held various positions including Commander, Air Defense Artillery Battery and Special Staff Officer, 25th Infantry Division General Staff, Schofield Barracks, Hawaii.

## EXPERIENCE

Engaged in real estate consultation and valuation throughout the Pacific Basin since 1979. Geographical areas covered include the four counties of the State of Hawaii, the Territory of Guam, the Federated States of Micronesia, Republic of the Marshall Islands, Republic of Palau, Saipan, American Samoa and selected locations on the West Cost of the United States Mainland.

Specializes in valuation for litigation purposes, tax appeals, leased fee conversions, arbitrations and rent renegotiations.