# EXHIBIT

# B

**Byron S. Gangnes, Ph.D.**
Economic Consulting
700 Richards Street #2310
Honolulu, HI  96813-4621

Telephone:  808-383-6671
Hawai`i Tax ID:  W01196232-01

March 23, 2005

J. Douglas Ing, Attorney at Law
Watanabe Ing Kawashima & Komeiji
999 Bishop Street, 23rd Floor
Honolulu, Hawai`i  96813

Re: Report for Western Sunview v. Federman

Dear Mr. Ing:

At your request, I have reviewed documents relevant to the dispute between Western Sunview Properties et al. and Irwin Federman et al., and I have conducted independent research on the state of the Hawai`i economy and the Big Island real estate market during the relevant time period.  The following is my report. My opinions are subject to change should additional information become available.

## Case Background

In September 1999, Guy and Julia Hands entered into an agreement to buy Lot 5, a large undeveloped oceanfront parcel at the *Bluffs at Mauna Kea* (hereafter the *Bluffs*).  The *Bluffs* is a high-end residential community of 10 ocean view and 12 oceanfront lots on the Kohala Coast of the island of Hawai`i (the Big Island), between the Mauna Kea Beach Hotel and the Hapuna Beach Prince Hotel.  The Hands' contract was subsequently transferred to Western Sunview Properties LLC (hereafter Western Sunview), of which they are co-managers.  Western Sunview purchased Lot 5 in a transaction that closed January 24, 2000.  Plaintiffs Western Sunview, Guy Hands and Julia Hands have sued in U.S. District Court alleging in part that defendants falsely reported the sales price of the Federman Lot 6 at the *Bluffs* by not including a credit given for landscaping. Landscaping credits were given early on to stimulate sales in a then-weak market. By the time of the Western Sunview purchase of Lot 5, the market had become extremely competitive so that credits were no longer necessary to stimulate sales.

## My Qualifications

I have been on the faculty of the University of Hawai`i at Mānoa since 1990, and I am currently Associate Professor and Chairman of the Graduate Field of Study in Economics at UH—Mānoa.  I am also Hawai`i Group Director for the University of Hawai`i

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 2

Economic Research Organization (UHERO). I have conduct extensive academic research on the Hawai`i economy, including economic forecasting and analysis for the state and the four counties. Together with colleagues at UHERO, I have prepared annual forecast reports for the County of Hawai`i economy, which evaluate current economic conditions both at the aggregate level and within individual sectors, and project activity over a 20-year horizon. I have testified on current conditions and outlook for the U.S., Japanese and Hawai`i economies for a number of union interest arbitrations. (See my vita attached as Appendix B)

## Summary of My Conclusions

1. The higher net price paid by Western Sunview for Lot 5, compared with earlier purchasers, is consistent with the tightening of the market for high-end real estate on the Big Island in general and the *Bluffs* in particular that occurred during the late 1990s.

2. There was an immediate and substantial rise in the value of Lot 5 and other high-end properties on the Big Island in the period subsequent to its purchase by Western Sunview.

## Basis for My Conclusions

1. The higher net price paid by Western Sunview for Lot 5, compared with earlier purchasers, is consistent with the tightening of the market for high-end real estate on the Big Island in general and the *Bluffs* in particular that occurred during the late 1990s.

   A. National economic and demographic conditions, as well as changes in tax laws, contributed to a growing demand for second-family homes during the late 1990s.

      (1) The U.S. economy expanded strongly beginning in the mid-1990s.

         After a period of moderate growth following the 1991 recession, the U.S. economy accelerated mid-decade. Real Gross Domestic Product (GDP), the broadest measure of economic activity, expanded at an average 4.2% rate during the 1996-1999 period, the best performance in a decade. (See Figure 1). Job growth in the 2.5% range and low inflation drove significant gains in income and purchasing power.

      (2) Huge gains in asset values associated with technology stock price appreciation created a large number of new multi-millionaires.

         Buoyant optimism about prospects for the technology sector led to soaring stock prices and immense wealth creation nationally. The price index of the technology-intensive NASDAQ over-the-counter stock market surged ahead

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 3

more than 400% between 1995 and the market peak in early 2000. (See Figure 2.) It rose nearly 60% between January 1999 and January 2000.

While prices eventually fell sharply beginning in 2001, the extent of wealth creation during the late 1990s was phenomenal, creating a vast number of new multi-millionaires in high tech industries; *Business Week* reported that in 1997 one Silicon Valley company went public every day and 64 new millionaires were created every 24 hours ("Silicon Valley: Special Report," Business Week, Aug. 25, 1997). This created a large new class of consumers having the wherewithal to acquire high-end second homes.

(3) The aging of the Baby Boom cohort and tax law changes have also increased the demand for second-family homes.

The leading edge of the large post-war "Baby Boom" age cohort will turn 60 next year. Now approaching retirement age, this group has displayed an increasing interest in acquiring second homes that may become eventual retirement homes. Low interest rates also supported home affordability. As a result, the market for second-family homes has boomed in recent years. As illustrated in Figure 3, there were more than 300,000 second-family homes sold each year beginning in 1993, and the median price of these homes rose more than 63% between 1989 and 2001. Markets in coastal areas have been particularly popular.

The Taxpayer Relief Act of 1997 also stimulated second-home purchases, by permitting married taxpayers who file jointly to keep, tax free, up to $500,000 in profits on the sale of their principal residence provided they've lived there two of the prior five years. The same benefits are attached to your second home, provided you live two of the five years and sell only one home during any two-year period.

B. General economic conditions in Hawai`i and the Big Island supported a tightening of the real estate market.

(1) Hawai`i's long period of economic stagnation had begun to ease by 1997. Overall visitor arrivals moved into positive territory in 1994, led by strong Japanese tourism. By 1998, the U.S. market had begun to come back strongly. While the Japanese economy turned down following the Asian Financial Crisis in 1997, and Japanese travel to the Big Island suffered, mainland tourism supported a recovery in the tourism industry in the County. As shown in Figure 4, Big Island hotels saw a steady improvement in both occupancy rates and average daily room rates in the second half of the 1990s.

(2) The construction sector, which had shed 12,000 jobs with the bursting of the Japanese bubble in 1990, had bottomed out by 1997. Although substantial

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 4

growth in jobs and income did not occur until 2000, this removed an important negative drag on the state economy.

(3) The overall strengthening of the Hawai`i economy was evidenced by renewed growth in income and jobs. Real (inflation-adjusted) personal income, which had been flat or falling since 1993, exceeded 2% in 1997 and approached 3% in 1998. Job growth for the state as a whole began a bit later, in 1999-2000. (See Figure 5.) Inflation, which had exceeded the national average in the first half of the 1990s, decelerated steadily and fell below the national average in 1995. This helped to buoy purchasing power in the local economy.

(4) The Big Island economy began to show healthy growth earlier than the state as a whole. Better than 2% job growth was seen in 1996 and 1997, and real income growth picked up at the same time. (See Figure 6). Recovery of the construction industry also began earlier on the Big Island, which saw a 15% increase in the number of construction jobs in 1999, and 26% in 2000. (See Figure 7.) The related Finance, Insurance and Real Estate sector also boomed, with income in the sector growing 29% in 1999.

C.  The return of tourists to Hawai`i, asset appreciation, and the desire for second homes created a strong upturn in mainland U.S. demand for high-end homes on the Big Island.

(1) The Big Island has seen strong demand for second homes across the mid-to-high-end price range, much of it coming from West Coast buyers, who bought about 30% of properties sold on the Big Island in the 12 months ending August 1999. (Corrie M. Anders, "'Young and loaded' buyers snap up homes on Big Isle's Kohala Coast," Honolulu Star Bulletin, October 2, 1999.) At Hualālai, a realtor estimates that 60% of residents are from California. (Rob Kay, "The aloha option: Island life lures more Californians—many of them from the Bay Area," SFGate.com, November 7, 2004.)

The demand for Big Island second homes extends beyond the high-end market. In last few years, Kaunakakai and Captain Cook on the Big Island were cited as among the top thirty destinations for second homes according to NeighborhoodScout.com.

(2) In the late 1990s, the market for high-end homes on the Big Island was heavily driven by demand from multimillionaires who benefited from the tech sector stock appreciation of that period.

Among purchasers of lots at the *Bluffs* were C.N. Reddy (Alliance Semiconductor Exec. VP), John Gifford (Maxim Integrated Products CEO), Irwin Federman (U.S. Venture Partners General Partner), Norman Fogelsong (Institutional Venture Partners Managing Director and General Partner),

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 5

Sanford Robertson (formerly Founder and Chairman of Robertson, Stephenson & Company, now Partner with Francisco Partners), Doug Leone (Sequoia Capital Partner), and John Hoffee (Professional Hospital Supply Founder). Reportedly, Paul Allen and Charles Schwab have also purchased real estate on the Island.

The relative affordability of high-end oceanfront lots appears to have been an important factor driving demand, as is the increasing ease of working long distance with the growth of the internet and the fantastic views. For people of moderate income, the state's relatively low property taxes and the exclusion of pension income from state income taxation are also attractive.

D. There was a marked tightening of the market for resort residential real estate on the Big Island in 1999-2000, including the market for high-end properties.

(1) The overall resort residential real estate market, which had been on an upward trend for several years, saw a sharp increase in volume of sales in 1999-2000. As shown in Figure 8, the number of transactions rose from 236 in 1998 to 303 in 1999 and 371 in 2000, an increase of 57%. Prices also moved higher, rising nearly 10% in 2000.

(2) The market for vacant high-end lots saw a larger increase in activity, although price movements occurred later. For lot sales over $1 million, there were 38 closings in 1999, compared with 13 in 1998. There were 58 closings in 2000. Prices per square foot were lower in 1998 and 1999, but they moved up nearly 11% in 2000 (Figure 9).

(3) At *49 Black Sand Beach*, a comparable development near the *Bluffs*, the largest number of closings occurred in 1999 and 2000, and the average price per square foot rose about 5% in 2000.

E. Inventory of lots at the *Bluffs* had all but disappeared by the fall of 1999. Together with the above factors driving strong demand, this began to drive up prices paid for *Bluffs* lots.

(1) Sales of six of the 11 oceanfront lots at the *Bluffs* closed during the 18 months prior to closing of the Western Sunview purchase of Lot 5. (See Table 1.) When Guy and Julia Hands entered into the purchase agreement for Lot 5, they were buying the last oceanfront lot in the development. By the end of the first quarter of 2000 sales of <u>all</u> lots at the *Bluffs* (Oceanfront and Ocean view) had closed.

(2) While there is little apparent upward trend in prices for oceanfront lots prior to 2000 (Figure 10), there is a strong upward trend in the prices of ocean view lots at the *Bluffs* during 1999 (Figure 11). Prices rose 6% in the third quarter

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 6

of 1999, 33% in the fourth quarter, and 21% when the last five lots were sold in 2000:Q1, for a cumulative 71% price increase between early 1999 and the time that the Western Sunview purchase of Lot 5 closed. The final three ocean view lots sold for an average price only 23% less than that paid by Western Sunview for the oceanfront Lot 5.

2. There was an immediate and substantial rise in the value of Lot 5 and other high-end properties on the Big Island in the period subsequent to its purchase by Western Sunview.

   A. Prices of real estate on the Big Island rose strongly in the two years following the Western Sunview purchase of Lot 5 and have continued to rise since then.

      (1) Prices in the overall resort residential market on the Big Island have continued to rise since 2000. As shown in Figure 8, the average price of such homes rose by 10% in 2000, 53% in 2001 and another 3% in 2002, to reach an average price of $1.6 million.

      (2) For Big Island vacant lots over $1 million (Figure 9), prices rose 11% between 1999 and 2000, and surged ahead 97% in 2001!

   B. Resales and reported offers on Lot 5 confirm that prices of lots in the *Bluffs* experienced sharp increases during 2000-2002.

      (1) Both of the two oceanfront properties at the *Bluffs* that have resold fetched prices well above the price paid by Western Sunview. (See Figure 10.) Lot 10, which closed one month after the Western Sunview purchase of Lot 5, went for $5,000,000, or $147 per square foot. Lot 4 was resold for $5,400,000 in a transaction that closed a year later, for a per-square-foot price of $222. In comparison, the Western Sunview purchase price for Lot 5 was $85 per square foot.

      (2) Western Sunview also received several offers well in excess of the price they had paid for Lot 5. In January 2000, the month that the Lot 5 sale closed, they received an offer of $4,500,000 (Leone), and they received another offer of $6,500,000 from the same party in March. Neither offer was accepted. The plaintiffs later received at least one additional offer of $6.25 million (Mohr) in April. In July of 2000, Western Sunview placed the lot on the market for $7,000,000. It is evident that there was a substantial increase in the value of Lot 5 immediately following its purchase by Western Sunview.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 7

## Summary

Western Sunview purchased Lot 5 at the *Bluffs* during a period when a convergence of factors was propelling Big Island real estate prices higher. A strong U.S. economy and improving economic conditions in Hawai'i were providing the economic basis for the overall housing market. The aging of the Baby Boom generation, low interest rates and favorable tax laws were creating increased demand for second homes. At the high end of the market, asset appreciation centered in the technology sector fueled strong demand. There is clear evidence in real estate data that this led to a tightening of the Big Island real estate market near the end of the last decade. In this context, the higher net price paid by Western Sunview for Lot 5, compared with earlier purchasers, was the result of market forces as work at the time.

Subsequent to Western Sunview's purchase of Lot 5, there was a rapid rise in the value of high-end properties on the Big Island and at the *Bluffs* in particular. Western Sunview received offers in the $4.5-6.5 million range within months of their purchase. Within a one-year period, other *Bluffs* lots were resold at prices that were 54% and 66% higher than the price paid by Western Sunview, 73% and 160% higher on a per-square-foot basis.

Sincerely,

Byron S. Gangnes, Ph.D.

Attachments:  figures and table, list of documents reviewed, curriculum vitae

Compensation to be paid:  $300 per hour.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 8

Figure 1.  U.S. Real GDP and the Unemployment Rate



Figure 2.  NASDAQ Price Movements



Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 9

Figure 3. National Second Home Market.



Figure 4. Big Island Hotel Occupancy Rate and Average Room Price



Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 10

Figure 5.  Real Income and Job Growth, State of Hawai`i (Growth Rates)



Figure 6.  Real Income and Job Growth, Hawai`i County (Growth Rates)



Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 11

Figure 7.  Construction Activity, Hawai`i County (Growth Rates)



Figure 8. Big Island Resort Residential Market



Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 12

Figure 9. Market for Big Island Vacant Lots, Closing Prices Above $1 Million



Figure 10. Quarterly Average Net Sales Prices for Lots at the *Bluffs*, Oceanfront



Note: Prices for Lots 3 and 4, which closed in 1998:Q2, include model homes.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 13

Figure 11. Quarterly Average Net Sales Prices for Lots at the *Bluffs*, Ocean View



Gangnes, Page 14

Table 1. The Bluffs at Mauna Kea Lot Sale and Resale Prices

| Lot | Type | Cx Date | Cx Qtr | Close Date | Close Qtr | Price | Credit | Net Price | Sq Feet | Price/sq ft | Net Pr/sq ft |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | Oceanfront | 10/30/1997 | 1997:Q4 | 12/9/1997 | 1997:Q4 | $2,500,000 | $500,000 | $2,000,000 | 43,949 | $57 | $46 |
| 1 | Oceanfront | 7/15/1997 | 1997:Q3 | 12/30/1997 | 1997:Q4 | $2,877,420 | $623,441 | $2,253,979 | 48,978 | $59 | $46 |
| 2 | Oceanfront | 7/15/1997 | 1997:Q3 | 12/30/1997 | 1997:Q4 | $3,122,580 | $676,559 | $2,446,021 | 53,151 | $59 | $46 |
| 4 | Oceanfront | 3/8/1998 | 1998:Q1 | 5/19/1998 | 1998:Q2 | $3,000,000 | $0 | $3,000,000 | 24,319 | $123 | $123 |
| 3 | Oceanfront | 11/21/1997 | 1997:Q4 | 6/24/1998 | 1998:Q2 | $3,250,000 | $0 | $3,250,000 | 29,646 | $110 | $110 |
| 10 | Oceanfront | 5/8/1998 | 1998:Q2 | 8/20/1998 | 1998:Q3 | $3,250,000 | $500,000 | $2,750,000 | 33,903 | $96 | $81 |
| 9 | Oceanfront | 8/10/1998 | 1998:Q3 | 10/30/1998 | 1998:Q4 | $3,000,000 | $381,000 | $2,619,000 | 40,560 | $74 | $65 |
| 6 | Oceanfront | 12/28/1998 | 1998:Q4 | 2/1/1999 | 1999:Q1 | $3,000,000 | $450,000 | $2,550,000 | 48,020 | $62 | $53 |
| 11 | Oceanfront | 2/1/1999 | 1999:Q1 | 3/18/1999 | 1999:Q1 | $3,500,000 | $500,000 | $3,000,000 | 36,087 | $97 | $83 |
| 7 | Oceanfront | 8/18/1999 | 1999:Q3 | 10/14/1999 | 1999:Q4 | $2,750,000 | $212,500 | $2,537,500 | 48,521 | $57 | $52 |
| 8 | Oceanfront | 7/20/1999 | 1999:Q3 | 10/29/1999 | 1999:Q4 | $2,750,000 | $250,000 | $2,500,000 | 48,940 | $56 | $51 |
| 5 | Oceanfront | 9/20/1999 | 1999:Q3 | 1/24/2000 | 2000:Q1 | $3,250,000 | $0 | $3,250,000 | 38,262 | $85 | $85 |
| 13 | Ocean View | 5/5/1998 | 1998:Q2 | 6/5/1998 | 1998:Q2 | $2,000,000 | $200,000 | $1,800,000 | 55,342 | $36 | $33 |
| 14 | Ocean View | 2/9/1999 | 1999:Q1 | 5/20/1999 | 1999:Q2 | $1,750,000 | $250,000 | $1,500,000 | 36,501 | $48 | $41 |
| 22 | Ocean View | 5/14/1999 | 1999:Q2 | 6/15/1999 | 1999:Q2 | $1,250,000 | $200,000 | $1,050,000 | 45,796 | $27 | $23 |
| 21 | Ocean View | 8/3/1999 | 1999:Q3 | 9/10/1999 | 1999:Q3 | $1,600,000 | $150,000 | $1,350,000 | 39,863 | $38 | $34 |
| 16 | Ocean View | 11/3/1999 | 1999:Q4 | 11/26/1999 | 1999:Q4 | $2,000,000 | $200,000 | $1,800,000 | 41,547 | $48 | $43 |
| 20 | Ocean View | 12/22/1999 | 1999:Q4 | 1/14/2000 | 2000:Q1 | $1,750,000 | $0 | $1,750,000 | 37,277 | $47 | $47 |
| 15 | Ocean View | 12/23/1999 | 1999:Q4 | 1/31/2000 | 2000:Q1 | $1,650,000 | $0 | $1,650,000 | 37,780 | $44 | $44 |
| 18 | Ocean View | 12/30/1999 | 1999:Q4 | 2/18/2000 | 2000:Q1 | $2,500,000 | $0 | $2,500,000 | 36,676 | $68 | $68 |
| 19 | Ocean View | 12/30/1999 | 1999:Q4 | 2/18/2000 | 2000:Q1 | $2,750,000 | $0 | $2,750,000 | 33,795 | $81 | $81 |
| 17 | Ocean View | 12/28/1999 | 1999:Q4 | 3/15/2000 | 2000:Q1 | $2,250,000 | $0 | $2,250,000 | 36,270 | $62 | $62 |
| 10 | Oceanfront Resale | | | 2/24/2000 | 2000:Q1 | $5,000,000 | $0 | $5,000,000 | 33,903 | $147 | $147 |
| 13 | Ocean View Resale | | | 3/2/2000 | 2000:Q1 | $3,000,000 | $0 | $3,000,000 | 55,342 | $54 | $54 |
| 21 | Ocean View Resale | | | 9/15/2000 | 2000:Q3 | $2,500,000 | $0 | $2,500,000 | 39,863 | $63 | $63 |
| 18 | Ocean View Resale | | | 7/6/2001 | 2001:Q3 | $2,758,337 | $0 | $2,758,337 | 36,676 | $75 | $75 |
| 19 | Ocean View Resale | | | 7/6/2001 | 2001:Q3 | $2,541,663 | $0 | $2,541,663 | 33,795 | $75 | $75 |
| 16 | Ocean View Resale | | | 10/2/2001 | 2001:Q4 | $2,050,000 | $0 | $2,050,000 | 41,547 | $49 | $49 |
| 4 | Oceanfront Resale | | | 2/8/2002 | 2002:Q1 | $5,400,000 | $0 | $5,400,000 | 24,319 | $222 | $222 |
| 22 | Ocean View Resale | | | 9/25/2002 | 2002:Q3 | $1,600,000 | $0 | $1,600,000 | 45,796 | $35 | $35 |

Notes: Sales prices for Lots 3 and 4 include model homes.    For the Lot 1&2 sale and the Lot 18&19 resale, I have allocated price across lots based on square footage.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Report, March 23, 2005, Page 15

## Appendix A. Documents Reviewed

I have reviewed the following documents while composing this report.

The *Bluffs at Mauna Kea* sales with addenda contracts for Lots 1-12 (initial sales).

Information on the offers of $4.5 and $6.5 million for Lot 5 from Doug Leone.

Information on the offers of $6.25 million for Lot 5 from Lawrence Mohr.

Information on the Fogelsong/Engle purchase of Lot 10 at the *Bluffs*.

Deposition testimony of Dodie MacArthur, taken on November 22, 2004, without exhibits.

Depositions of Guy Hands taken on November 22, 2004 and February 5, 2005.

Deposition of Julia Hands taken on February 4, 2005.

Pleadings that have been filed in the case:

- First Amended Complaint

- Mauna Kea's Answer to the First Amended Complaint

- The Federmans' Motion for Summary Judgment

- Plaintiffs' Memorandum in Opposition to the Federmans' Motion for Summary Judgment and Counter Motion for Summary Judgment

- Mauna Kea's Memorandum in Opposition to the Plaintiffs' Counter Motion for Summary Judgment

- The Federmans' Reply Memorandum.

Plaintiffs' expert witness reports:

- Jim Reinhart, c/o Architectural Diagnostics, Ltd. (dated June 14, 2004)

- David Callies, Esq. (dated June 2, 2004)

- Kenneth Chong, c/o Pacific Realty Consultants (dated February 22, 2005)

- Richard Stellmacher, Stellmacher & Sadoyama (dated February 14, 2005)

- Leonard M. Kacher, Hilo (dated February 22, 2005).

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Preliminary Report, March 22, 2005, Page 16

## APPENDIX B.  Byron Gangnes CurriculumVitae

Department of Economics
University of Hawaii at Manoa
2424 Maile Way, Room 542
Honolulu, Hawaii  96822

(808) 956-7285  work
(808) 956-4347  fax
gangnes@hawaii.edu
www2.hawaii.edu/~gangnes

## PERSONAL

Born: October 1, 1960, Bremerton, Washington.
Married to Hilary Benson Gangnes, 1982.
Children:  Madeline (1986), Susannah (1988)
Citizenship:  USA

## FIELDS

International Economics, Macroeconomics, Applied Econometrics

## EDUCATION

University of Pennsylvania, Philadelphia, Pennsylvania
Ph.D. in Economics, May 1990
Fellowship:  University Fellow, 1984-85, Spring 1986
Fields of Concentration:  International Economics, Macroeconomics
Dissertation:  *U.S.-Japan Interdependence in a Detailed Econometric
Model of Trade and Industry*
University of Puget Sound, Tacoma, Washington
B.A. Summa Cum Laude, Economics, May 1982

## PROFESSIONAL EXPERIENCE

Present Positions

Associate Professor, University of Hawaii at Manoa, July 1995 to present.  Member of the
Graduate Faculty, October 1992 to present.

Graduate Chair, Department of Economics, University of Hawaii at Manoa, August 2004 to
present.

Hawaii Group Director, University of Hawaii Economic Research Organization, 2001 to
present.

Associate Faculty member, University of Hawaii Public Policy Center, 2004 to present.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Preliminary Report, March 22, 2005, Page 17

Past Positions

Visiting Associate Professor, Singapore Management University, Spring 2004.

Visiting Scholar, University of Toronto Institute for Policy Analysis, Project LINK Research Center, Fall 1997.

Assistant Professor, University of Hawaii at Manoa, August 1990 to June 1995.

Independent Researcher, Social Science Research Institute, University of Hawaii at Manoa, 1992-93.

Research Fellow, Project LINK, University of Pennsylvania, 1989-90.

Research Fellow, Economic Research Unit, University of Pennsylvania, project to construct a disaggregated linked econometric model of the U.S.-Japan economy, funded by the National Institute for Research Advancement, Japan, 1986-87, 1988-89.

Lecturer, Introductory Macroeconomics, University of Pennsylvania, 1987-88.

Teaching Assistant, Graduate Macroeconomics, University of Pennsylvania, Fall 1985.

Research Associate, Office for Institutional Research, University of Puget Sound, 1982-84.

Professional Activities and Affiliations

Affiliated researcher, United Nations Project LINK.

Served as rapporteur for a United Nations Expert Group meeting on the Asian Crisis, New York, March 1998.

American Economic Association
Western Economic Association
Hawaii Economic Association
Economists Allied for Arms Reduction (ECAAR), charter member Hawaii Chapter

Editorial Board, *Economic Modelling*

Have reviewed educational book manuscripts for HarperCollins, Addison-Wesley, and Dryden publishers.

Have reviewed academic manuscripts for Johns Hopkins University Press and the *ASEAN Economic Bulletin*.

## HONORS AND AWARDS

Phi Kappa Phi academic honorary, elected 1982.

Alumni member, Phi Beta Kappa, University of Puget Sound, elected 2001.

College of Social Sciences Excellence in Teaching Award, 1999-2000.

Nominated for Board of Regents Excellence in Teaching Award, 1999.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Preliminary Report, March 22, 2005, Page 18

## TEACHING ACTIVITIES

Courses Taught

>International Monetary Economics (*writing intensive*)
International Monetary Economics (Graduate field course)
International Economics (one-semester overview)
Economic Forecasting
Principles of Macroeconomics
Manoa Connections Learning Community (Principles of Macroeconomics)
Honors Principles of Macroeconomics
Intermediate Macroeconomics
Macroeconomics and Policy Analysis (Masters core)
Open Economy Macroeconomics Learning Community
Money and Banking
Other teaching interests include International Trade, Applied Econometrics, and Finance.

Dissertation and Thesis Supervision

>Cai, Junning, "Three Essays on Consumption Wealth Effects," August 2004.

>Jang, Hong-Bum, "The Economics of Real Exchange Rates in Developing Countries Under Financial Repression." August 1995.

>Jin, Zhong-xia, "China's Real Exchange Rate Management During the Transition Period." December 1996.

>Liu, Tzu-Nien, "Trade Adjustment and Exchange Rates in Developing Economies: the Case of Taiwan." May 1996.

>Oh, Hwa-Seok, "Identifying the Role of Macroeconomic Fundamentals in the Asian Currency Crisis in 1997: An Application of the Currency Crisis Model to Thailand, Indonesia, the Philippines, and Korea Experiences." May 2000.

>Parsons, Craig, "Market-Share Voluntary Import Expansion (VIE) And Import Promotion With An Application To Japan," December 2000.

>Tobita, Naomi, "On the Effects of Capital Market Deregulation in Japan: Spillovers in a Mildly Segmented Market," May 2003.

>Served as a member of twenty-one other dissertation committees.

>Chaired six MA Individual Projects.

Invited Lectures and Significant Media Appearances

>Joint Briefing of the State of Hawaii Ways and Means and Finance Committees on Hawaii economic conditions and prospects, January 10, 2005.

>"Deflation," panel discussion at the Hawaii Economic Association luncheon, June 18, 2003.

>"Outlook for the Hawaii Economy," HECO Energy EXPO, Honolulu, October 2002.

>*UH Today*, KKEA Radio, August 15, 2002.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Preliminary Report, March 22, 2005, Page 19

"Hawai'i Outlook: Fallout from Sept. 11 and Recovery Prospects," presentation to bond rating agencies, Honolulu, January 23, 2002.  Also outlook presentation to rating agencies for University of Hawaii Health and Wellness bond issue, May 14, 2002.

"The Impact of September 11 on the Hawaii Economy," keynote luncheon speech to the Hawaii Hotel Association general membership meeting, Lanai, November 16, 2001; FOX2 *Morning News*, September 17, 2001; KGMB-9 *Island Focus*, September 29, 2001; KGU radio *Voice of Labor*, October 16, 2001; Hawaii Economic Association panel on "Forecasting After 9-11," November 2, 2001.

"Outlook for the Asia-Pacific economy," panel presentation, Hawaii Society of Certified Public Accountants, August 22, 2001.

"Asia Crisis: Repercussions and Prospects," panel presentation in "Risks and Opportunities: What You should Know about Volatility and the Economy," Hawaii Economic Association annual conference, Honolulu, May 4, 2001.

"The Hawaii Economy," *Island Insights*, KGMB, Honolulu, February 21, 2001.

"The WTO and the Globalization Debate," Saint Francis School Eighth Grade classes, May 2000.

"The Asian Miracle and the Asian Crisis," Culture, Commerce and Development in Southeast Asia course, University of Hawaii at Manoa, February 26, 2002 and February 1, 2000.

"The Asian Financial Crisis: Sustainable Recovery," panel presentation to the 9th New Generations Seminar, East-West Center, Honolulu, Hawai'i, September 9, 1999.

"Turmoil & Change: Asian Economic Crisis Update," panel presentation to Region XII NAFSA: Association of International Educators Conference, Honolulu, Hawai'i November 11, 1998.

"The Asian Crisis: Implications for the U.S. and Hawai'i," U.S. Rep. Neil Abercrombie Forum on the Hawai'i Economy, East-West Center, Honolulu, July 1, 1998; also address to Chinese Ministry of Finance delegation, School of Hawaiian, Asian and Pacific Studies, University of Hawai'i at Mānoa, May 26, 1998.

"The Changing Asian Economic Landscape," Consortium for Teaching Asia and the Pacific in the Schools Leadership Team Workshop, East-West Center, Honolulu, April 25, 1998.

"Japanese Investment in the U.S.," Department of Economics and Economics Club, May 1992.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Preliminary Report, March 22, 2005, Page 20

## RESEARCH ACTIVITIES

Interests

Macroeconomic aspects of trade, U.S.-Asian economic relations, international pricing behavior.

Books and Research Monographs

*Japan's New Economy: Continuity and Change in the 21st Century* (with Magnus Blomström and Sumner La Croix), edited volume, Oxford University Press, 2001.

*Economic Activity, Trade and Industry in the U.S.-Japan-World Economy: A Macro Model Study of Economic Interactions* (with F. Gerard Adams and Shuntaro Shishido), Praeger Publishers, 1993.

*Structure of Trade and Industry in the U.S.-Japan Economy: Phase II. Integration with Project LINK and Simulation Applications* (with F. Gerard Adams and Shuntaro Shishido), NIRA Research Output, Vol. 3, No. 1, National Institute for Research Advancement, Japan, 1990. Also published in Japanese (NIRA No. 890038).

Articles in Refereed Journals

Why Is China So Competitive? (with F. Gerard Adams and Yochanan Shachmurove), *The World Economy*, forthcoming 2005.

Japan's Persistent Trade Surplus: Policies for Adjustment (with F. Gerard Adams), *Japan and the World Economy*, Vol. 8, 1996, pp. 309-333.

Intervention Analysis with Cointegrated Time Series: The Case of the Hawaii Hotel Room Tax (with Carl Bonham), *Applied Economics*, Vol. 28, No. 10, October 1996.

Macro and Industry Implications of Voluntary Export Restraints on U.S.-Japan Trade (with F. Gerard Adams and Shuntaro Shishido), *The World Economy*, Vol. 17, No. 5, September 1994.

The Impact of Japanese Auto VRAs on the U.S. and Japanese Economies (with F. Gerard Adams and Gene Huang), *Journal of Policy Modeling*, Vol. 16, No. 2, 1994.

Macroeconomic and Industry Level Implications of Alternative Macro, Trade, and Industry Policies (with F. Gerard Adams and Shuntaro Shishido), *Journal of Applied Input-Output Analysis*, Vol. 1, No. 2, 1993.

Impact of Japanese Investment in U.S. Automobile Production (with F. Gerard Adams and Gene Huang), *Journal of Policy Modeling*, Vol. 13, No. 4, 1991.

Expert Group Report

*The Asian Crisis: Toward Recovery and Reform*, Report on a United Nations Expert Group Meeting, Department of Economic and Social Affairs, New York, May 1998.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Preliminary Report, March 22, 2005, Page 21

## Articles in Edited Volumes

Will Japan's Current Account Turn to Deficit? (with F. Gerard Adams), in Blomström, Magnus, Byron Gangnes and Sumner La Croix, eds., *Japan's New Economy: Continuity and Change in the 21st Century*, Oxford University Press, 2001.

The Tradition of Change in Japan (with Magnus Blomström and Sumner La Croix), in Blomström, Magnus, Byron Gangnes and Sumner La Croix, eds., *Japan's New Economy: Continuity and Change in the 21st Century*, Oxford University Press, 2001.

Pricing to Market: Exploring New Export Price Equations for the LINK Model (with Peter Pauly and Hung-Yi Li), in B.G. Hickman and L.R. Klein, eds., *LINK Proceedings 1991, 1992*, Studies in Applied International Economics—Vol. 1, World Scientific, 1998.

Why East Asian Economies Have Been Successful: Some Lessons for Other Developing Countries (with Seiji Naya), in H. Handoussa, ed., *Economic Transition in the Middle East: Global Challenges and Adjustment Strategies*, The American University in Cairo Press, 1997.

Quantitative U.S.-Japan Trade Policies: Voluntary Export Restraints and Import Promotion (with F. Gerard Adams and Shuntaro Shishido), Project LINK conference volume, forthcoming.

Modeling Japanese Import Promotion Policies, in S. Ichimura and F.G. Adams, eds., *The East Asian Development Pattern: Forecasts to the Year 2010*, Report on the 6th ICSEAD International Model Comparison Workshop, International Centre for the Study of East Asian Development (ICSEAD), Kitakyushu, Japan, 1996.

Can ASEAN Countries Survive a Hostile Trade Environment? Evidence from Linked Econometric Models, in F.G. Adams and R.F. Wescott, eds., *Exports, Foreign Investment, and Growth in East and Southeast Asia*, International Centre for the Study of East Asian Development (ICSEAD), Kitakyushu, Japan, 1992.

## Working Papers

Fragmentation and East Asia's Information Technology Trade (with Ari Van Assche and Carl Bonham), University of Hawaii Working Paper No. 04-09, October 2004, under submission.

Modular Production Networks in Electronics: the Nexus between Management and Economics Research (with Ari Van Assche), Singapore Management University Working Paper No. 21-2004, September 2004.

Have U.S.-Japan Trade Agreements Made a Difference? (with Craig Parsons), Singapore Management University Working Paper No. 08-2004, March 2004.

Modeling Japanese Imports: Do Prices Matter? under revision, March 2004.

Using Structural Break Tests to Evaluate Policy Change: The Impact of U.S.-Japan Trade Agreements (with Craig Parsons), University of Hawaii Working Paper 02-17, June 2002.

Japanese Import Promotion Policies (with Craig Parsons), September 1997.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Preliminary Report, March 22, 2005, Page 22

Exchange Rates and The Evolution of Trade (with F. Gerard Adams), paper prepared for the Project LINK meeting, Lausanne, Switzerland, September 1996.

Disaggregated Modeling of the U.S.-Japan-World Economy (with F. Gerard Adams and Shuntaro Shishido), paper prepared for the Project LINK meeting, Lausanne, Switzerland, September 1996.

Industry Structure and Exchange Rate Pass-Through, University of Hawaii Working Paper No. 93-11, June 1993.

Tariff Reductions in a U.S.-Japan Free Trade Area: Evidence from a Large-scale Linked Econometric Model, University of Pennsylvania, mimeo, August 1989.

Other Publications

Comments on Rana, P., "Monetary and Financial Cooperation in Asia," and Ogawa, E. and K. Kawasaki, "Toward an Asian Currency Union," in Y.H. Kim and C.J. Lee, eds., *Strengthening Economic Cooperation in Northeast Asia.* Korean Institute for Economic Policy, 2004.

Comment on Bhattasali, D. And M. Kawai, "Implications of China's WTO Accession to the World Trade Organization," presented at EWC conference, Sept. 17, 2001

Comment on "New Challenges for the World Trading System," by Jeffrey Schott, *Globalization and Regionalization: Implications for the Asian NIEs*, Conference Proceedings, East-West Center, Honolulu, August 1994.

Global Outlook: Economic Projections by the University of Hawaii Economic Research Organization, *Hawaii Business*, semi-annually, February 2000 to present.

Global Outlook, University of Hawaii Economic Research Organization Online (www2.hawaii.edu/~uhero), 1998 to present.

Outlook for the Hawaii Economy, University of Hawaii Economic Research Organization Online (with Carl Bonham) (www2.hawaii.edu/~uhero), 1994 to present.

Japanese Economic Conditions Briefing, University of Hawaii Economic Research Organization Online (with Ari van Assche) (www2.hawaii.edu/~uhero), 2001 to present.

A Higher Excise Tax Could Help Hawaii's Economy (with Jim Mak, Carl Bonham and Sumner La Croix), *The Honolulu Advertiser*, February 8, 1998.

Income Tax Cuts: Sweet Idea, But No Sure Cure (with Sumner La Croix, Carl Bonham, Jim Mak and Louis Rose), *The Honolulu Advertiser*, February 1, 1998.

Research In Progress

Modular Production Networks in Information Technology Industries.

Information Technology Trade in the Asia-Pacific Region.

Relative Prices and Japanese Trade: Evidence from Disaggregated Data.

Industry Structure and Exchange Rate Pass-Through in Multi-country Models.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Preliminary Report, March 22, 2005, Page 23

Modeling the Tourism Sector of an Open Economy: An Application to Hawaii (with Carl Bonham and Ting Zhou).

## Presentations And Participation In Professional Meetings

Information Technology Trade and Asia-Pacific Interdependence, International Conference on the New Development in the Asia Pacific Region: Economic Analysis using Micro-Data, Yokohama National University, February 15-16, 2003.   Also UH-Economics, Fall 2003, and Singapore Management University, SESS, April 2004.

Japan's New Economy, organized session at the Western Economic Association International Conference, San Francisco, (with Sumner La Croix).  Presented "A Structural Approach to Evaluating Japan's Import Promotion Policies," (with Craig Parsons) July 5, 2001.

Project LINK Spring and Fall Meetings, New York and other venues, 1989 to present.

Japan's Economy in the 21st Century: The Response to Crisis, Stockholm School of Economics, Stockholm, June 1998 and University of Hawaii at Manoa, January 1999.

"Outlook for the Hawaii Economy," Hawaii Economic Association Annual Economic Conferences, Honolulu, 1994 to 1999, 2003.

The East Asian Development Pattern: Forecasts to the Year 2010, 6th ICSEAD International Model Comparison Workshop, Kitakyushu, Japan, July 1995.

Globalization and Regionalization: Implications for the Asian NIEs, East-West Center, Honolulu, August 1994 (discussant).

Western Economic Association Annual Meetings, Vancouver, BC, June 1994.

University of Hawaii Department of Economics Seminar, several occasions.

Foreign Investment, and Growth in East and Southeast Asia, International Centre for the Study of East Asian Development (ICSEAD), Kitakyushu, Japan, August 1992.

Western Economic Association International Annual Conference, San Francisco, California, July 1992.

The New Development Economics in Global Context, The American University in Cairo, Egypt, May 1992.

## Grant Research

Singapore Management University Wharton-SMU Research Center: "Modular Production Networks in IT: The Nexus Between Management and Economics Research," Spring 2004; research assistance.

Globalization Research Network: "A Globalization Data Portal," 2001-2002; multi-institution seed money project to develop proposal for comprehensive globalization data resource.  IMLS proposal pending.

New Economy Research Grant, University of Hawaii: "Modeling Information Technology: US-Asian Linkages," 2001-2002; seed money.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Preliminary Report, March 22, 2005, Page 24

Stockholm School of Economics, Sweden, 1997-99 (with Sumner La Croix and Magnus Blomström): "Japan's Economy in the Twenty-First Century: The Response to Crisis," workshop, conference and book project.

Ministry of International Trade and Industry (MITI), Japan, 1994-96 (with F.G. Adams and S. Shishido): Development of an industrially-linked macroeconometric model of the U.S.-Japan-world economy; simulation analysis of current trade and macro policy issues.

Social Science Research Institute, University of Hawaii at Manoa, 1992-93 (with Carl Bonham): Econometric study of the effects of hotel room taxes on industry revenues. 1/4-time research appointment.

National Institute for Research Advancement (NIRA), Japan, 1992-93 (with F.G. Adams and S. Shishido): Simulation studies of proposed Clinton policies and measures to reduce trade imbalances.

United Nations Project LINK, 1992-. (with Peter Pauly and Hung-Yi Li): Analysis of trade price linkages in the world economy.

Institute for Economic Development and Policy, East-West Center, 1991: Japanese direct investment in the U.S.

Academic Consulting and Contract Research

Kauai County, 2002-2004 (with Carl Bonham): Kauai Databook and Forecast Reports.

State of Hawaii Department of Business, Economic Development and Tourism, 2001 (with Carl Bonham): "The Effect on Hawaii's Economy of the September 11 Terror Attacks."

University of Hawaii at Manoa, College of Social Sciences, 2000-02 (with Carl Bonham): "UHERO Quarterly Outlook Service," seed money grant to develop subscription data and forecast service.

Hawaiian Electric Company, 1999-2004 (with Carl Bonham, University of Hawaii Economic Research Organization): Long term economic forecasts for the State of Hawaii and the four counties.

State of Hawaii Department of Business, Economic Development and Tourism, 1998-99 (with Carl Bonham): Construct an empirical tourism model for Hawaii.

State of Hawaii Department of Business, Economic Development and Tourism, 1995 (with Carl Bonham): Evaluation of Hawaii Projection and Simulation Model.

## SERVICE ACTIVITIES

Department and University Service

Department of Economics Personnel Committee, Chair 2001-2002; elected 1998-2003; 1995-1997; appointed 1993-1994.

Undergraduate Studies Chair, Department of Economics, University of Hawaii at Manoa, 1995-97, 1998-2001.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Preliminary Report, March 22, 2005, Page 25

Department of Economics Seminar Committee Chair, 1991-1994, member 1994-95.

Other Department Committees: Undergraduate Committee (1991-92, 1994-95); Graduate Policy Committee (1992-1993, 2001-present); Computer Committee, (1992-2001, 2003-present; Chair, 2001-2003); Hiring Committee (1991-1993); Newsletter editor, 2001-present; Chair ad hoc committee on status of qualifying exams (1995-1996), retreat committee, Spring 1993.

Manoa Ad Hoc Committee on Collaborative Learning Communities for the First Year program, 2003 to present.

University Program Review Committee for the School of Travel Industry Management, 2001-2002.

University Assessment Fund Screening Committee, 2002-2003.

University Grant to Develop Assessment Program for Undergraduate Economics, 2001-2002. Panelist for University Assessment Workshop, UH Manoa, December 2002. Wrote "Assessing the Economics Major" for the 2003 WASC Special visit report.

Teacher Education Committee for Social Studies, College of Education, 1999 to present.

Committee on Teaching Innovation, College of Social Sciences, 2000-2001.

Colleges of Arts and Sciences Educational Partnerships Committee, 1999-2001.

Arts and Sciences Senate Executive Committee, 1999-2000.

College of Social Sciences Committee on the Social Science Core, 1995.

Honors Focus Group on Research, September 2004.

Community Activities

Noelani Elementary School Parent Teacher Association Executive Board; Member 1993-99; President, 1995-96.

American Youth Soccer Organization Coach, 1993-96, 1998.

Set design, "Blithe Spirit," Saint Francis School, April 2002.

Catechist, Youth confirmation class, Star of the Sea Catholic Church, 2003-present.

## ECONOMIC CONSULTING EXPERIENCE

Testimony on Hawaii Economic conditions and prospects for union interest arbitrations:

Hawaii Government Employees Association Units 2, 3, 4, 6, 8, and 13, Honolulu, February 2000
Hawaii Fire Fighters Association, Honolulu, March 2000
United Public Workers, Honolulu, October 2000
Hawaii Fire Fighters Association, December 2002
Hawaii Government Employees Association Unit 9 (Nurses), Honolulu, January 2003.

Western Sunview Properties, LLC et al. v. Irwin Federman et al.
Gangnes Preliminary Report, March 22, 2005, Page 26

Hawaii Fire Fighters Association, Maui, February 2005
Hawaii Government Employees Association Units 2, 3, 4, 6, 8, and 13, Honolulu, February 2005
Hawaii Government Employees Association Unit 9 (Nurses), Honolulu, February 2005.


Legal Consulting:

Del Monte, Inc. v. Maui Pineapple Company, Ltd., Anti-trust, 2003.  Research; case settled
before trial.


March 2005