FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Tel. No.: (415) 986-2800
Fax No.: (415) 986-2827
Email address:  ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email address:  Terry@myrhawaii.com

Attorneys for Plaintiffs WESTERN SUNVIEW
PROPERTIES LLC, GUY HANDS, and JULIA
HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES LLC; GUY HANDS; AND JULIA HANDS,<br><br>            Plaintiffs,<br><br>     v.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; | Civil No. 03-00463 JMS LEK<br><br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br><br>*(caption continued)* |

| |
|---|
| THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; AND DOE CORPORATIONS 1-100, <br><br>            Defendants. |

## PLAINTIFFS' NOTICE OF ERRATA

PLEASE TAKE NOTICE that Plaintiffs' Opposition to The Bluffs at Mauna Kea Community Association's Motion for Summary Judgment, filed on January 5, 2006 (the "Opposition"), states at page 30 that "[a]fter this Court ruled on the motion for reconsideration, the Federmans planted numerous additional clusters of palm trees in the special setback area."  This sentence should state that "[a]fter the initial briefing on the previous summary judgment motions, the Federmans planted numerous additional clusters of palm trees in the special setback area that this Court did not address in ruling on Plaintiffs' Motion for Reconsideration."  The Opposition also states on page 26 that "[m]any of these trees were planted _after_ this Court considered the previous motions for summary judgment and Plaintiffs' Motion for Reconsideration."  This sentence should state that "[m]any of these trees were submitted _after_ the initial briefing on the previous summary judgment motions."  Attached hereto as Exhibit 1 are corrected versions

1

of pages 26 and 30 of Plaintiffs' Opposition.

DATED:   August __, 2006

                                         /s/
                           DENELLE DIXON-THAYER
                           TERRANCE M. REVERE

                           Attorneys for Plaintiffs
                           WESTERN SUNVIEW PROPERTIES LLC,
                           GUY HANDS, and JULIA HANDS

42046\3001\510201.1