IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; DOE CORPORATIONS 1-100,<br><br>    Defendants. | CIVIL NO. CV03-00463 JMS (LEK)<br><br>DECLARATION OF BRIAN A. KANG |

## DECLARATION OF BRIAN A. KANG

I, BRIAN A. KANG, hereby declare as follows:

1. I am an attorney licensed to practice law before all of the state and federal courts in the State of Hawai'i and am one of the attorneys for MAUNA KEA PROPERTIES, INC. and MAUNA KEA DEVELOPMENT CORP. (collectively, "Mauna Kea") in the above-entitled action.

2. I make this declaration based upon personal knowledge, and based upon my review of the files and pleadings in this matter.

3. This declaration is made in lieu of an affidavit pursuant to LR 7.6.

4. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Notice of Motion; Motion for Leave of Court to take Additional Depositions and Memorandum in Support of Motion, dated October 13, 2004.

5. Attached hereto as Exhibit B is a true and correct copy of the Court's Minutes filed on October 15, 2004.

6. Attached hereto as Exhibit C is a true and correct copy of Stipulation Regarding Additional Depositions and Order filed November 24, 2004.

7. Attached hereto as Exhibit D is a true and correct copy of Plaintiffs' First Request for Production of Documents to Defendants Mauna Kea Development Corp. and Mauna Kea Properties, Inc. and Certificate of Service dated August 2, 2004.

8. Attached hereto as Exhibit E is a true and correct copy of Plaintiffs' Second Request for Production of Documents to Defendants Mauna Kea Development Corp. and Mauna Kea Properties, Inc. and Certificate of Service dated August 19, 2004.

9. Attached hereto as Exhibit F is a true and correct copy of Plaintiffs' Third Request for Production of Documents to Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp., and Second Request for Production of Documents and Other Things to Defendant The Bluffs at Mauna Kea Community Association, and Certificate of Service dated February 11, 2005.

10. Attached hereto as Exhibit G is a true and correct copy of Plaintiffs' Fourth Request for Production of Documents and Other Things to Defendants Mauna Kea Properties, Inc., and Mauna Kea Development Corp. dated December 12, 2005.

11. Attached hereto as Exhibit H is a true and correct copy of excerpts from the Deposition of Jeanne Buboltz taken on January 27, 2005.

12. Attached hereto as Exhibit I is a true and correct copy of excerpts from the Deposition of Kathrin Kohler taken on January 27, 2005.

13. Attached hereto as Exhibit J is a true and correct copy of excerpts from the Deposition of Yoichi Asari taken on February 11, 2005.

14. Attached hereto as Exhibit K is a true and correct copy of excerpts from the Deposition of William Mielcke taken on April 29, 2005.

15. Attached hereto as Exhibit L is a true and correct copy of excerpts from the Deposition of Janet Lum Won taken on December 1, 2005.

16. Attached hereto as Exhibit M is a true and correct copy of a letter from Terrance M. Revere dated September 26, 2005.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: Honolulu, Hawai'i, September 7, 2006.

BRIAN A. KANG