# EXHIBIT

# B

## MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/15/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:    CIVIL NO. 03-00463DAE-LEK

CASE NAME:      Western Sunview Properties, LLC vs. Irwin Federman, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    10/15/2004                   TIME:

---

COURT ACTION: EO: Settlement conference was held on October 14, 2004 with all counsel. No settlement was reached. The settlement conference currently scheduled for November 19, 2004 at 2:00 p.m. before Magistrate Judge Leslie E. Kobayashi is hereby Vacated and the parties are put "on call" for any further settlement conference.

With regard to the parties' discovery issues, the parties are ordered to meet and confer on October 26, 2004 regarding these issues. For any issues that the parties are unable to reach agreement, each party may submit a letter brief (5 pages or less in length) by no later than November 3, 2004, and a reply letter brief (5 pages or less in length) by November 8, 2004.

As to Defendants Mauna Kea Properties and Mauna Kea Development's (collectively "Mauna Kea") motion to continue dates, any party opposing the continuance may file a letter brief (5 pages or less in length) by November 3, 2004, and Mauna Kea may file a reply letter brief (5 pages or less in length) by November 8, 2004.

A Conference regarding the discovery issues and Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp.'s Motion to Continue Dispositive Motion Deadline and Trial Date (currently set for 10:00 October 29, 2004) shall be held at court on November 16, 2004 at 11:00 a.m. Defendant County of Hawaii has permission to appear at this conference by telephone.

IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager

G:\docs\warren\CIVIL NO 03-00463DAE-LEK-(10-15-04).wpd