# EXHIBIT

# C

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 4 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

LOVE & NARIKIYO
A Limited Liability Law Company

CHAD P. LOVE  1617-0
CHUCK T. NARIKIYO  4823-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  love@lava.net

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email address:  terry@myrhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

WESTERN SUNVIEW PROPERTIES,
LLC, et al.,

   Plaintiffs,

  vs.

IRWIN FEDERMAN, et al.,

   Defendants.

CIVIL NO. CV03-00463DAE/LEK
(Other Civil Action, Declaratory
Judgment)

STIPULATION REGARDING
ADDITIONAL DEPOSITIONS AND
ORDER

[Trial Set:  4/19/05]

## STIPULATION REGARDING ADDITIONAL
## DEPOSITIONS

WHEREAS, on October 26, 2004 counsel for the parties met and conferred to discuss discovery and other issues ordered by the Court;

WHEREAS, on October 29, 2004, the parties submitted to the Court a *"Stipulation to Continue Trial and Other Deadlines*;"

IT IS HEREBY STIPULATED, by and between the parties hereto that:

1.    Plaintiffs Western Sunview Properties LLC, Guy Hands and Julia Hands ("Plaintiffs"), jointly, may take a total of thirteen (13) depositions upon oral examination and thirteen (13) depositions upon written questions. The foregoing total includes, and is not in addition to, the number of oral depositions and written depositions taken by Plaintiffs to date.

2.    Defendants Irwin Federman, Concepcion Federman, Mauna Kea Properties, Inc., Mauna Kea Development Corp., The Bluffs at Mauna Kea Community Association, and the County of Hawaii ("Defendants"), jointly, may take a total of thirteen (13) depositions upon oral examination and thirteen (13) depositions upon written questions. The foregoing total includes, and is not in addition to, the number of oral depositions and written depositions taken by Defendants to date. The parties reserve all of their

rights on whether Defendants' deposition(s) of Ronda Kent Esq. on December 4, 2003 and May 21, 2004, shall be considered one or two depositions.

3.     In addition to the foregoing depositions, Plaintiffs and Defendants may take the depositions upon oral examination of all parties' witnesses who have been retained as trial experts.  Said expert depositions shall not be included in or counted in the total number of depositions set forth in paragraphs 1 and 2 above.

4.     Notwithstanding the foregoing, the parties reserve their rights (a) to object to any deposition of any particular individual/company, including but not limited to the further depositions of Mr. & Mrs. Federman and/or Mr. & Mrs. Hands; (b) to object to the location of any deposition or the manner in which that deposition shall be taken; and (c) to file a motion or request for additional depositions.

5.     Plaintiffs shall withdraw their "*Motion for Leave to Take Additional Depositions*" presently set for hearing on November 16, 2004.

6.     Defendant Mauna Kea Development Corp. and Defendant Mauna Kea Properties, Inc. filed a withdrawal of their "*Motion to Continue*

*Dispositive Motion Deadline and Trial Date*" on November 2, 2004, which

motion was set for hearing on November 16, 2004.

DATED:  Honolulu, Hawaii, _____ NOV 1 9 2004 _____.

_____

CHAD P. LOVE
CHUCK T. NARIKIYO
BARBARA J. KIRSCHENBAUM
--and--
TERRANCE M. REVERE
JACQUELINE E. THURSTON
Attorneys for Plaintiffs Western Sunview
Properties, LLC, Guy Hands, and
Julia Hands

_____

ANDREW V. BEAMAN
LEROY E. COLOMBE
IVER N. LARSON
--and--
MARK B. DESMARAIS
Attorneys for Defendants Irwin Federman
and Concepcion S. Federman

_____

J. DOUGLAS ING
BRIAN A. KANG
EMI L.M. KAIMULOA
Attorneys for Defendants
MAUNA KEA PROPERTIES, INC. and
MAUNA KEA DEVELOPMENT CORP.

FOR RONALD N. SHIGEKANE
SIDNEY K. AYABE
Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

JOSEPH K. KAMELAMELA
BOBBY JEAN LEITHEAD-TODD
Deputies Corporation Counsel
Attorneys for Defendant
COUNTY OF HAWAII

APPROVED AND SO ORDERED:

LESLIE E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE

Western Sunview Properties, LLC, et al. vs. Irwin Federman, et al., Civil No.
CV03-00463 DAE/LEK; STIPULATION REGARDING ADDITIONAL
DEPOSITIONS AND ORDER