# EXHIBIT

# D

LOVE & NARIKIYO
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
CHUCK T. NARIKIYO  4823-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address: love@lava.net

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
BRIAN A. BILBERRY  7260-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email address: terry@myrhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al. ) ) ) Plaintiffs, ) ) vs. ) ) IRWIN FEDERMAN, et al., ) ) Defendants. ) _____ ) | CIVIL NO. CV03-00463DAE/LEK (Other Civil Action, Declaratory Judgment) PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS MAUNA KEA DEVELOPMENT CORP. AND MAUNA KEA PROPERTIES, INC.; CERTIFICATE OF SERVICE |

## PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS MAUNA KEA DEVELOPMENT CORP. AND MAUNA KEA PROPERTIES, INC.

PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs request that Defendant MAUNA KEA DEVELOPMENT CORP. ("MKD") and MAUNA KEA PROPERTIES, INC., ("MKP") produce for examination, inspection, and copying all of the documents or items listed below which are in their possession, custody, and control, at the offices of LOVE & NARIKIYO, 1164 Bishop Street, Suite 1105, Honolulu, Hawaii 96813, or some other convenient location mutually agreed upon by the parties within thirty (30) days of receipt of this request.

PLEASE TAKE FURTHER NOTICE that Defendants MKD and MKP are required by Rule 34 to file a written response hereto within thirty (30) days after service of this request.

### A. DEFINITIONS

1.  "You" and "your" means Defendants Mauna Kea Development Corp. and/or Mauna Kea Properties, Inc., its agents, employees, attorneys, and insurance companies, and other persons acting or purporting to act on their behalf.

2.  "Person" means any natural person, corporation, partnership, association or any other entity.

3. As used herein, the term "documents" means and includes any and all:

(a) Tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, video-tape recorded, visually reproduced, stenographically reproduced or reproduced in any other manner;

(b) Originals and all copies of any and all communications;

(c) Writings of any kind or type whatsoever;

(d) Data compilations from which information can be obtained and translated, if necessary, by the respondent through detection devices into reasonably usable form as defined in Rule 34 of the Hawaii Rules of Civil Procedure;

(e) Books, pamphlets and manuals;

(f) Microtape, microfilm, photographs, movies, recordings, tape recordings, and video-tape recordings, stenographically or otherwise reproduced;

(g) Diaries and appointment books;

(h) Cables, wires, memoranda, reports, notes, minutes and interoffice communications;

(i) Letters and correspondence and e-mails;

(j) Drawings, blueprints, sketches and charts;

(k) Patents and patent applications;

(l) Contracts or agreements;

(m) Other legal instruments or official documents;

(n) Deeds, leases, mortgages, assignments or other instruments relating to real property or personal property;

(o) Published material of any kind;

(p) Engineering or scientific notebooks and data;

(q) Financial statements, balance sheets, profit and loss statements, statements of financial condition, income tax returns, worksheets, reports, projections, schedules, ledgers, books, records, and journals;

(r) Vouchers, expense accounts, receipts, invoices, bills, orders, billings, and checks;

(s) Investigation or incident reports;

(t) Files and records;

(u) Proposals, feasibility studies, engineering studies, renderings, plans, as-built drawings, progress schedules, change orders, estimates, and projections;

(v) Notes or summaries of conferences, meetings, discussions, interviews or telephone conversations or messages;

(w) Travel reports and vouchers; and

(x) Drafts or draft copies for any of the above.

## B. INSTRUCTIONS

The following instructions are to be considered applicable to all demands for production of documents and things obtained herein:

1. In producing these documents, you are to furnish documents known or available to you regardless of whether these documents are possessed directly by you or your agents, employees, representatives, investigators, or by your attorneys or their agents, employees, representatives, or investigators.

2. If any of these documents cannot be produced in full, produce them to the extent possible, specifying your reasons for such omission.

3. If any document requested is withheld on the grounds of confidentiality or privilege:

    (a) Identify the document not produced by nature, date, author, address, and general subject matter; and;

    (b) Identify the specific level of confidentiality or privilege claims for that document.

4. Wherever appropriate, the singular form of a word shall also be interpreted as plural and the plural form of a word shall be interpreted as singular.

5. Any responsive document contained in the form of magnetic tape, disk or any other form of computer input, output or stored data may be produced in its present form or in a fully transcribed copy.

## C. DOCUMENTS TO BE PRODUCED

1. Any and all deposition transcripts (including correction sheets and signed court reporter certificates) for any and all employees, officers, and/or directors of MKD or MKP which were taken in *Robertson v. Mauna Kea Properties*, Civil No. 02-00207 HG-LEK (D. Haw.), United States District Court for the District of Hawaii (the "*Robertson* case") and/or *Fogelsong v. Robertson*, Civil No. 01-1-0279, Circuit Court of the Second Circuit, State of Hawaii, (the

"*Fogelsong* case"), including but not limited to William Mielcke, Kathrin Kohler, Thomas C. Stifler, and Yoichi Asari.

  2. Any and all Answers to Interrogatories submitted by MKD or MKP in the *Robertson* case or the *Fogelsong* case.

  3. Any and all sales contracts, addendum to sales contracts, agreements relating to confidentiality, and conveyance tax certificates for each and every sale of lots at The Bluffs at Mauna Kea ("The Bluffs") from the first sale of any lot in the subdivision to present. This request includes but is not limited to the sales contracts, addendum to sales contracts, agreements relating to confidentiality, and conveyance tax certificates for or relating to:

  (a) John W. Hoffee II Trust (TMK: 3-6-2-14-1 and TMK: 3-6-2-14-2);

  (b) Marks Living Trust (TMK: 3-6-2-14-3);

  (c) Robert V. (Jr.) and Anne D. Gunderson (TMK: 3-6-2-14-4 and TMK: 3-6-2-14-8);

  (d) Chitranjan N. and Elsa H. Reddy (Trust) (TMK: 3-6-2-14-7);

  (e) Jerry L. Elder (Trust) (TMK: 3-6-2-14-9);

  (r) Gregg L. and Cynthia K. Engles (TMK: 3-6-2-14-10);

  (g) Sanford R. and Jeanne Robertson (TMK: 3-6-2-14-11);

  (h) SSI Properties, Inc. (TMK: 3-6-2-14-12);

  (i) Bakewell Assets, Ltd., BVI (TMK: 3-6-2-14-13);

(j) John A. and Adrienne W. Reid (TMK: 3-6-2-14-14);

(k) Arthur and Melissa H. Sullivan (TMK: 3-6-2-14-15);

(l) Christopher H. and Aniko Marie Somogyi (TMK: 3-6-2-14-16);

(m) Robert B. Acree (TMK: 3-6-2-14-17);

(n) Saul Gamoran, Keith Grinstein, and Nick Hanauer (TMK: 3-6-2-14-18 and TMK: 3-6-2-14-19); and

(o) Michael J. Hartley Revocable Trust and Sandra Tatsue Hartley Revocable Trust (TMK: 3-6-2-14-20).

4. Any and all Conveyance Tax Certificates for each and every sale of lots at The Bluffs including but not limited to that certificate for Lot 6 (sale to Mr. and Mrs. Irwin Federman).

5. Any and all internal records of MKD or MKP (including but not limited to records, letters, meeting minutes, e mails, notes, diaries, or communications of any kind or type) which relate in any way to any landscape credit or grading credit at The Bluffs for any lot or in general.

6. Any and all files, contracts, correspondence, letters, diaries, tapes, photos, e mails, memos, documents or any other graphic materials of any kind relating in any way to the negotiations for and sale of Lot No. 6 at The Bluffs. This request includes but is not limited to: (1) any materials sent by Kathrin Kohler

to Mr. and/or Mrs. Federman; (2) all documents, notes, materials provided or required by escrow; (3) tax certificates of conveyance for the transaction; and (4) correspondence, notes, or e mails sent by Mr. or Mrs. Federman to MKD or MKP (or any of its employees, officers, directors, staff or agents) relating in any way to the purchase of Lot No. 6 at The Bluffs.

7. Any and all State of Hawaii income tax returns filed for MKD and MKP from 1999 to present.

8. Any and all Federal income tax returns filed for MKD and MKP from 1999 to present.

9. Any and all State of Hawaii gross excise tax returns filed for MKD and MKP for the years 1999 to present.

10. Any and all profit and loss statements for MKD and MKP for each and every month and year from January 1999 to present.

11. Any and all balance sheets for MKD and MKP from 1999 to present.

DATED: Honolulu, Hawaii, _____.

CHAD P. LOVE
CHUCK T. NARIKIYO
BARBARA J. KIRSCHENBAUM
--and--
TERRANCE M. REVERE
BRIAN A. BILBERRY
JACQUELINE E. THURSTON
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al., | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV03-00463DAE/LEK (Other Civil Action, Declaratory Judgment) CERTIFICATE OF SERVICE |
| Plaintiffs, | | |
| vs. | | |
| IRWIN FEDERMAN, et al., | | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following persons via hand delivery at the addresses indicated on __AUG 0 2 2004__ :

      ANDREW V. BEAMAN, ESQ.
      LEROY E. COLOMBE, ESQ.
      745 Fort St., 9th Flr.
      Honolulu, HI 96813
          and
      MARK B. DESMARAIS, ESQ.
      1099 Alakea St., Ste. 1800
      Honolulu, HI 96813
      (Attorneys for Defendants Irwin Federman
        and Concepcion S. Federman)

      J. DOUGLAS ING, ESQ.
      BRIAN A. KANG, ESQ.
      EMI L.M. KAIMULOA, ESQ.
      999 Bishop St., 23rd Flr.
      Honolulu, HI 96813
      (Attorneys for Defendants Mauna Kea
        Properties, Inc. and Mauna Kea Development Corp.)

SIDNEY K. AYABE, ESQ.
RONALD SHIGEKANE, ESQ.
2500 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
(Attorneys for Defendant The Bluffs at Mauna
 Kea Community Association)

The undersigned hereby further certifies that a copy of the foregoing was served upon the following person via the United States Postal Service, postage prepaid, at the address indicated on ___AUG 0 2 2004___:

JOSEPH K. KAMELAMELA, ESQ.
BOBBY JEAN LEITHEAD-TODD, ESQ.
Deputy Corporation Counsel
County of Hawaii
101 Aupuni St., Ste. 325
Hilo, HI 96720
(Attorneys for County of Hawaii)

DATED: Honolulu, Hawaii, ___AUG 0 2 2004___.

_____
CHAD P. LOVE
CHUCK T. NARIKIYO
BARBARA J. KIRSCHENBAUM
          and
TERRANCE M. REVERE
BRIAN A. BILBERRY
JACQUELINE E. THURSTON
Attorneys for Plaintiffs