# EXHIBIT

# E

LOVE & NARIKIYO
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
CHUCK T. NARIKIYO  4823-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address: love@lava.net

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
BRIAN A. BILBERRY  7260-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email address: terry@myrhawaii.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN, et al.,<br><br>Defendants. | CIVIL NO. CV03-00463DAE/LEK<br>(Other Civil Action, Declaratory Judgment)<br><br>PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS MAUNA KEA DEVELOPMENT CORP. AND MAUNA KEA PROPERTIES, INC.; CERTIFICATE OF SERVICE |

## PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS MAUNA KEA DEVELOPMENT CORP. AND MAUNA KEA PROPERTIES, INC.

PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs request that Defendant MAUNA KEA DEVELOPMENT CORP. ("MKD") and MAUNA KEA PROPERTIES, INC., ("MKP") produce for examination, inspection, and copying all of the documents or items listed below which are in their possession, custody, and control, at the offices of LOVE & NARIKIYO, 1164 Bishop Street, Suite 1105, Honolulu, Hawaii 96813, or some other convenient location mutually agreed upon by the parties within thirty (30) days of receipt of this request.

PLEASE TAKE FURTHER NOTICE that Defendants MKD and MKP are required by Rule 34 to file a written response hereto within thirty (30) days after service of this request.

### A. DEFINITIONS

1.  "You" and "your" means Defendants Mauna Kea Development Corp. and/or Mauna Kea Properties, Inc., its agents, employees, attorneys, and insurance companies, and other persons acting or purporting to act on their behalf.

2.  "Person" means any natural person, corporation, partnership, association or any other entity.

3. As used herein, the term "documents" means and includes any and all:

(a) Tangible things or items, whether handwritten, typed, printed, tape recorded, electronically recorded, video-tape recorded, visually reproduced, stenographically reproduced or reproduced in any other manner;

(b) Originals and all copies of any and all communications;

(c) Writings of any kind or type whatsoever;

(d) Data compilations from which information can be obtained and translated, if necessary, by the respondent through detection devices into reasonably usable form as defined in Rule 34 of the Hawaii Rules of Civil Procedure;

(e) Books, pamphlets and manuals;

(f) Microtape, microfilm, photographs, movies, recordings, tape recordings, and video-tape recordings, stenographically or otherwise reproduced;

(g) Diaries and appointment books;

(h) Cables, wires, memoranda, reports, notes, minutes and interoffice communications;

(i) Letters and correspondence and e-mails;

(j) Drawings, blueprints, sketches and charts;

(k) Patents and patent applications;

(l) Contracts or agreements;

(m) Other legal instruments or official documents;

(n) Deeds, leases, mortgages, assignments or other instruments relating to real property or personal property;

(o)  Published material of any kind;

(p)  Engineering or scientific notebooks and data;

(q)  Financial statements, balance sheets, profit and loss statements, statements of financial condition, income tax returns, worksheets, reports, projections, schedules, ledgers, books, records, and journals;

(r)  Vouchers, expense accounts, receipts, invoices, bills, orders, billings, and checks;

(s)  Investigation or incident reports;

(t)  Files and records;

(u)  Proposals, feasibility studies, engineering studies, renderings, plans, as-built drawings, progress schedules, change orders, estimates, and projections;

(v)  Notes or summaries of conferences, meetings, discussions, interviews or telephone conversations or messages;

(w)  Travel reports and vouchers; and

(x)  Drafts or draft copies for any of the above.

## B. INSTRUCTIONS

The following instructions are to be considered applicable to all demands for production of documents and things obtained herein:

1. In producing these documents, you are to furnish documents known or available to you regardless of whether these documents are possessed directly by you or your agents, employees, representatives, investigators, or by your attorneys or their agents, employees, representatives, or investigators.

2.  If any of these documents cannot be produced in full, produce them to the extent possible, specifying your reasons for such omission.

3.  If any document requested is withheld on the grounds of confidentiality or privilege:

    (a) Identify the document not produced by nature, date, author, address, and general subject matter; and;

    (b) Identify the specific level of confidentiality or privilege claims for that document.

4.  Wherever appropriate, the singular form of a word shall also be interpreted as plural and the plural form of a word shall be interpreted as singular.

5.  Any responsive document contained in the form of magnetic tape, disk or any other form of computer input, output or stored data may be produced in its present form or in a fully transcribed copy.

## C. DOCUMENTS TO BE PRODUCED

1.  Any and all advertising, promotional, or marketing material for the sale of property, lots, or homesites at The Bluffs at Mauna Kea, including but not limited to any list prices, public sales materials, marketing material, newspaper ads, magazines, website, pamphlets, price lists, brochures, and/or multimedia presentations.

2. Any and all sales manuals, training materials, memoranda, and other correspondence and files relating to the sales and marketing of property, lots, or homesites at The Bluffs at Mauna Kea.

3. Any and all files, correspondence, and/or other documents relating to all offers, counteroffers, negotiations, and sales of Lot 5 at The Bluffs at Mauna Kea, including but not limited to all files, correspondence, and other documents relating to the "competing offer for Lot 5" referenced in paragraph 15 of the Declaration of Kathrin Kohler, dated August 12, 2004, which was attached to "Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp.'s Separate Concise Statement in Opposition to Plaintiffs' Counter Motion for Summary Judgment filed August 5, 2004". Paragraph 15 states:

> *15. There was a competing offer for Lot 5 around the same time that Plaintiffs were looking to purchase Lot 5. After the sale of Lot 5 to Plaintiffs, the other purchaser who had submitted an offer for Lot 5, expressed regret at not initially offering full asking price.*

DATED: Honolulu, Hawaii, _Aug 19, 2004_.

_____
CHAD P. LOVE
CHUCK T. NARIKIYO
BARBARA J. KIRSCHENBAUM
--and--
TERRANCE M. REVERE
BRIAN A. BILBERRY
JACQUELINE E. THURSTON
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV03-00463DAE/LEK (Other Civil Action, Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |
| Plaintiffs, | | |
| vs. | | |
| IRWIN FEDERMAN, et al., | | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following persons via the United States Postal Service, postage prepaid, at the addresses indicated on ___AUG 1 9 2004___:

        ANDREW V. BEAMAN, ESQ.
        LEROY E. COLOMBE, ESQ.
        IVER N. LARSON, ESQ.
        745 Fort St., 9th Flr.
        Honolulu, HI 96813
            and
        MARK B. DESMARAIS, ESQ.
        1099 Alakea St., Ste. 1800
        Honolulu, HI 96813
        (Attorneys for Defendants Irwin Federman
           and Concepcion S. Federman)

J. DOUGLAS ING, ESQ.
BRIAN A. KANG, ESQ.
EMI L.M. KAIMULOA, ESQ.
999 Bishop St., 23rd Flr.
Honolulu, HI 96813
(Attorneys for Defendants Mauna Kea
  Properties, Inc. and Mauna Kea Development Corp.)

SIDNEY K. AYABE, ESQ.
RONALD SHIGEKANE, ESQ.
2500 Pauahi Tower
1001 Bishop Street
Honolulu, HI 96813
(Attorneys for Defendant The Bluffs at Mauna
  Kea Community Association)

JOSEPH K. KAMELAMELA, ESQ.
BOBBY JEAN LEITHEAD-TODD, ESQ.
Deputy Corporation Counsel
County of Hawaii
101 Aupuni St., Ste. 325
Hilo, HI 96720
(Attorneys for County of Hawaii)

DATED: Honolulu, Hawaii, AUG 1 9 2004 _____.

_____
CHAD P. LOVE
CHUCK T. NARIKIYO
BARBARA J. KIRSCHENBAUM
  and
TERRANCE M. REVERE
BRIAN A. BILBERRY
JACQUELINE E. THURSTON
Attorneys for Plaintiffs