# EXHIBIT

# M

## MOTOOKA YAMAMOTO & REVERE

MILTON M. MOTOOKA
MYLES T. YAMAMOTO
TERRANCE M. REVERE
RANDALL K. SING
BRIAN A. BILBERRY
JACQUELINE E. THURSTON

ATTORNEYS AT LAW
A LIMITED LIABILITY LAW CORPORATION

1000 BISHOP STREET, SUITE 801
HONOLULU, HAWAII 96813

TELEPHONE: (808) 532-7900
FAX: (808) 532-7910
http://www.myrhawaii.com
eMail: terry@myrhawaii.com
Direct Line: (808) 532-7900 ext. 516

September 26, 2005

Brian Kang, Esq.
Watanabe Ing Kawashima & Komeiji
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

VIA Hand Delivery

Ron Shigekane
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street
2500 Pauahi Tower
Honolulu, Hawaii 96813

Andrew Beaman
Chun Kerr Dodd Beaman & Wong
Fort Street Tower, Topa Financial Center
745 Fort Street, 9th Floor
Honolulu, Hawaii 96813

Joseph Kamelamela
Deputy Corporation Counsel
County of Hawaii
Hilo Lagoon Center
101 Aupuni St., Ste. 325
Hilo, Hawaii 96720

Re: Western Sunview Properties, LLC, et al. v. Federmans, et al.;
Civil No. CV03-00463 DAE LEK

Dear Counsel,

In order to prepare for further discovery in the above referenced matter, we are noticing the oral depositions of the following: Wendallyn Campbell, Byron Gangnes, Jan Medusky, David Knox, and Bettina Lum. Please note that we are simply noticing the aforementioned oral depositions only to ensure that we meet the discovery cutoff deadline in this matter, set for October 26, 2005. However, we are willing to work with you on finding acceptable dates and times for the aforementioned oral depositions if the noticed dates do not work.

Please contact my assistant Analyn A. Coloma at 532-7252 by Friday, September 30, 2005 if you need to change the noticed oral deposition dates.

Thank you for your attention to this matter.

Sincerely,

*Terrance M. Revere*

Terrance M. Revere

BLO:aac
allcounsel01-ltr.doc (648-1)
Enclosures
cc: Chad P. Love, Esq.
cc: Dennelle Dixon-Thayer, Esq.