FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Tel. No. (415) 986-2800
Fax No. (415) 986-2827
Email address:  ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email Address:  terry@myrhawaii.com

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC,
GUY HANDS, AND JULIA HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT | Civil No. 03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>(*caption continued*) |

| | |
|---|---|
| MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>        Defendants. | DECLARATION OF DENELLE M. DIXON-THAYER |

### DECLARATION OF DENELLE M. DIXON-THAYER

I, Denelle M. Dixon-Thayer, declare as follows:

1.  I am a partner at Folger Levin & Kahn LLP, counsel for Plaintiffs Western Sunview Properties, LLC, Guy Hands, and Julia Hands in the above-captioned action. I have been admitted *pro hac vice* to appear before this Court in the above-captioned action.

2.  I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

3.  Attached hereto as **Exhibit 13** is a true and correct copy of a letter from Tom Stifler to Terence Yamamoto, dated November 12, 1997, which was produced by the Mauna Kea Defendants in this action on or about March 10, 2006 as document number MKR 05220 to MKR 05221 .

DATED:  September 14, 2006,

                                                          /s/
                                        DENELLE M. DIXON-THAYER

2