# EXHIBIT 13



## MAUNA KEA REALTY
Mauna Kea Properties, Inc., dba Mauna Kea Realty

November 12, 1997

To:   Terence Yamamoto

Fr:   Tom Stifler

Re:   Bluffs, Lot 12
      Jerry Elder, Purchaser

I may not be available tomorrow, and in anticipation of the fact that Mr. Gifford may not purchase the lot I am enclosing materials from Jerry Elder regarding his purchase of Lot 12.

As I told you earlier, Mr. Elder has been most patient with our delays and accordingly would appreciate it if you could put this together as soon as possible.

Mr. Elder's proposal includes his "option" as an addendum to our standard sales contract. He is paying $2,500,000 for the property with $500,000 down and $2,000,000 to be paid when he exercises his option.

The $160,000 per year payments are basically the financing (8% of $2,000,000 balance equals $160,000 per year).

The quarterly payments of $40,000 each and the $500,000 down payment are to absolutely not refundable if the option is not exercised.

Upon exercise of the option, and at closing Mr. Elder will receive a $300,000 credit. For this credit we will need the infamous confidentiality agreement. In addition, Mr. Elder will be entitled to a 3% commission on the sale.

The language in paragraph 5 that Buyer pays the entire purchase price at closing and gets his $500,000 deposit back is so the funds will be able to be directly traced from the 1031 sale to this purchase.

In the next to last paragraph, we will allow his use of a private golf cart from the Bluffs to the Hapuna Golf Clubhouse and the Mauna Kea Golf Clubhouse, subject to reasonable rules and regulations to be promulgated when cart paths are constructed.

MKR 05220

62-100 Kauna'oa Drive • Kamuela, Hawaii 96743 • Telephone (808) 880-3344 • Facsimile (808) 880-3333

MAUNA KEA REALTY        ID:8088805555        NOV 12 '97    11:58 NO.004 P.03
                                                           NOV 12 '97  12:10PM

Finally, as to the last paragraph, I would propose that the contract can be assignable/transferred only to a company or partnership which he/his family is sole owner; or if transferred at a price in excess of the price he paid then any excess money over his purchase price will be shared equally between Mr. Elder and Mauna Kea Development Corporation.

MKR 05221