# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CIVIL NO. 03-00463JMS-LEK

CASE NAME:    Western Sunview Properties, LLC vs. Irwin Federman, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:     09/21/2006                 TIME:

---

COURT ACTION:  EO: Plaintiffs' Motion to Take Additional Depositions set for 9:30 9/25/06 before Magistrate Judge Leslie E. Kobayashi is **Vacated.**

Plaintiffs' Motion to Take Additional Depositions will be considered by Magistrate Judge Leslie E. Kobayashi as a Non-Hearing Motion, Court to issue Order.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager