*CORRESPONDENCE*

RECEIVED
U S. MAGISTRATE

FEB – 1 2005

at _____ o'clock and _____ min. _____
DISTRICT OF HAWAII

# LOVE & NARIKIYO

A LIMITED LIABILITY LAW COMPANY

ATTORNEYS AT LAW

CHAD P. LOVE
CHUCK T. NARIKIYO
BARBARA J. KIRSCHENBAUM

1164 BISHOP STREET, STE. 1105
HONOLULU, HAWAII 96813

TELEPHONE (808) 546-7575
FAX (808) 546-7070

February 1, 2005

Honorable Leslie E. Kobayashi
Magistrate Judge, U.S.D.C.
300 Ala Moana Blvd., Rm. C-353
Honolulu, HI  96813

**VIA HAND DELIVERY**

Re:   **Western Sunview Properties, LLC et al. vs. Irwin Federman, et al.**
      **Civil No. CV03-00463 DAE/LEK**

Dear Judge Kobayashi:

In attempting to respond fully to the Federmans' concerns regarding the production of documents, three errors in Plaintiffs' 139 page revised privilege log (submitted to the Court on December 27, 2004) have come to our attention.  That is, we had erroneously "crossed-off" three pages of documents on page 21 of the revised log; the "crossed-off" meant they were produced.  However, these three pages (bate stamped AW2104 and AW2117-2118) should not have been "crossed-off" because they have not been produced to defendants.  They are attached hereto for your *in camera* review.

As stated in the revised privilege log, **AW2104** contains attorney Ronda Kent's notes of a 02/06/02 telephone conversation with DAK (Dennis Krueger, Esq. another attorney in Ronda Kent's office) and are protected by the work product doctrine and the attorney-client privilege.  Similarly, **AW2117-AW2118** contain attorney Ronda Kent's notes of her 02/14/02 telephone conversations with Dennis Krueger, Esq. and Terry Tusher and are protected by the work product doctrine and the attorney-client privilege.

We apologize for the oversight.  We have produced over **14,000** documents and this can lead to confusion.  If we uncover any other errors we will try to correct them as soon as possible.

Very truly yours,

Chad P. Love

CPL:bjk
judgekobayashi020105.ltr
Enclosures
cc w/o enclosures:  All Honolulu Counsel (via hand delivery);
                    Joseph Kamelamela (via mail only)

TCN TO AK    2/14/02

gates in Gifford were not approved—Terry
Robertson → Lee →
           → approval given by Melke was pulled
case — says c/decide to enforce when b/w
              in past


TCO—Terry Tucker

not for alteration — pull back few feet
d/n know of any approved construction in
              front set back
pool in set back area →
offered 6" approval in special set back area →
Leach to Dennis →
another — approval in special set back area →
encroaching 10' →
came back — couple options — willing to give
              gates if give grass paves
            w/i set back area
conceptually? — yes →
Weyland →
Lee to have to sign us in Gifford
              Hanks, Wayman

Lehman approved
Cohen "
Gifford — not c/n/ someone all of violations
              construction vary significantly from approved

AK 002118

- Good to
Talk to anyone else?   Might touch base ō Dennis
     rea. ō/ talk ō one or all design comm.
          members → certain non sympathetic →
     1 or more of members understand where our
          client is → understand magnitude of sit →
Closed off? — worthwhile one more round of cordial
          give everyone oppor. ō/ find way out
          buffer client & architect from committee →
Time → quick attention →
          to avoid going next step —
          submit thru → DAK → "cushion" → (no David

I Plans → conceptual option A & option B →

AR 002117

TCW DAK  2/6/2

Stringer upset — got the line →
(draw)

Ltr sent  to committee & Stringer

1. sue

2. reduce size of dwelling

3. move house & put pool in sp. setback

His plans — portion of his driveway — same
same & Lance

Jerry →

rec. change decision
Bd. mtg today
(in two weeks →

AW 002104