# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL 03-00463JMS-LEK |
| CASE NAME: | Western Sunview Properties, LLC vs. Irwin Federman, et al., |
| ATTYS FOR PLA: | Terrance Matthew Revere<br>Denelle M. Dixon-Thayer - by phone |
| ATTYS FOR DEFT: | J. Douglas Ing |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 9/25/2006 | TIME: | 11:00 - 11:20 |

COURT ACTION:  Status Conference:

Parties to get together to do a redacted complaint and agree on a mediator or judge who can help with a settlement conference.

Discussion held regarding consent to proceed before a Magistrate Judge.
Court gave parties two weeks to discuss with their clients.

Submitted by:   Dottie Miwa, Courtroom Manager