# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00463JMS-LEK |
| CASE NAME: | Western Sunview Properties, LLC vs. Irwin Federman, et al. |
| ATTYS FOR PLA: | Terrance Matthew Revere |
| ATTYS FOR DEFT: | J. Douglas Ing |
| | Brian A. Kang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 10/23/2006 | TIME: | 9:34-9:47 |

COURT ACTION:  EP: Settlement on the Record held.  Terrance Matthew Revere participated by phone.

**Proceedings (recording) are Ordered SEALED by the Court.**  Copies may not be made without Court permission.

Terms stated.

Further Settlement on the Record set for 1:30 10/30/06, LEK.  Parties to participated by phone.

Submitted by: Warren N. Nakamura, Courtroom Manager