SIDNEY K. AYABE           968-0
RONALD SHIGEKANE     1945-0
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawaii  96813
Telephone: 808-537-6119
Facsimile: 808-526-3491
E-mail: Ronald.Shigekane@hawadvocate.com

Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>            Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>            Defendants. | **CIVIL NO. CV 03-00463 JMS - LEK**<br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S **MOTION FOR FEES AND COSTS**; DECLARATIONS OF RONALD SHIGEKANE AND DENNIS KRUEGER; **EXHIBITS A -F**; CERTIFICATE OF SERVICE<br><br>**Judge:  Hon. J. Michael Seabright**<br><br>Trial Date:  December 5, 2006 |

2004-069/311125

<b>DEFENDANT THE BLUFFS AT MAUNA KEA<br>
<u>COMMUNITY ASSOCIATION'S MOTION FOR FEES AND COSTS</u></b>

**I.   INTRODUCTION AND PROCEDURAL HISTORY**

Plaintiffs Western Sunview Properties, LLC, Guy Hands and Julia Hands initially filed this lawsuit against Irwin Federman and Concepcion Federman in the State of Hawaii, Third Circuit Court. On August 28, 2003, the action was removed to this Court.

On April 24, 2004, Plaintiffs filed a First Amended Complaint against Defendants The Bluffs at Mauna Kea Community Association, (hereinafter "The Bluffs") Mauna Kea Properties, Inc. and Mauna Kea Developments Corp., alleging a number of different causes of action. Against Defendant The Bluffs, Plaintiffs' essential allegation was that it wrongfully approved the Federmans' requests for various improvements in their Special Setback Area, in violation of the Declaration of Protective Covenants, Conditions and Restrictions (hereinafter, "CCRs".)

On June 21, 2006, this Court granted Defendant The Bluffs' motion for summary judgment as to all counts against it, except for a possible claim regarding additional palm trees. The Court ordered the parties to meet and confer on the issue to determine whether supplemental briefing would be necessary – the parties subsequently informed the court that briefing would be necessary.

On August 30, 2006, the Court granted Defendant The Bluffs' motion for summary judgment in its entirety and dismissed all remaining claims against Defendant The Bluffs.

Pursuant to the provisions of the CCRs, Defendant the Bluffs now asks for its fees and costs expended in this litigation.

## II.   ARGUMENT

As noted above, Plaintiffs' lawsuit against The Bluffs was based upon their allegation that The Bluffs violated the CCRs.   Section 12.5 of the CCRs provides, *inter alia*, as follows:

> 12.5   <u>Enforcement and Remedies</u>.  In addition to any other remedies herein provided, each provision to this Declaration with respect to an Owner or the Lot of an Owner shall be enforceable by the Association, by Declarant, or by any Owner by a proceeding for a prohibitive or mandatory injunction or by a suit or action to recover damages.  If any court proceedings are instituted in connection with the right of enforcement and remedies provided in this Declaration, **the prevailing party shall be entitled to recover from the losing party its costs and expenses in connection therewith, including attorneys' fees.**
>
> [Emphasis added]

Since all claims against Defendant The Bluffs have been resolved in its favor, Defendant now asks that it be awarded its costs and expenses incurred in defending against Plaintiffs' claims, including attorneys fees, which consist of the following:

```
$109,527.60   -   Attorneys' Fees (includes taxes of $4,212.60)
    1,476.68   -   In-house costs/expenses
   14,496.57   -   Costs/expenses paid directly by insurer
    6,879.64   -   Costs/expenses paid directly by Defendant The Bluffs
    6,408,82   -   Attorneys' Fees paid directly by Defendant The Bluffs
    3,543.88   -   Fees outstanding, being billed to The Bluffs
$142,332.59       Total
```

This amount is supported by the Declaration of Ronald Shigekane and the attached **Exhibits A - F**.

The total amount of costs and expenses requested by Defendant The Bluffs compares favorably to the amount awarded to Plaintiff in the State Court lawsuit (recognizing, of course, that the latter lawsuit actually proceeded to a jury trial). Plaintiff Western Sunview Properties, LLC prevailed in its State Court lawsuit against Defendant The Bluffs for approving requested improvements by it other neighbors, the Leone-Perkins Family Trust, and was awarded $308,180.00 in attorneys fees ($200/hr. x 1,540.9 hrs.) and $26,062.16 in costs.

### III. CONCLUSION

For the foregoing reasons, Defendant The Bluffs asks that it be awarded the amount of **$142,332.59** for costs and fees reasonably and necessarily expended in defense of this lawsuit.

DATED: Honolulu, Hawaii; _October 24, 2006_.

_____
SIDNEY K. AYABE
RONALD SHIGEKANE
Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>           Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>           Defendants. | **CIVIL NO. CV 03-00463 DAE LEK**<br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

2004-069/311125

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___OCT 2 4 2006___ a true and correct copy of Defendant The Bluffs at Mauna Kea Community Association's Motion for Fees and Costs was duly served upon the following parties listed below, at their last-known addresses, as indicated below:

| | | |
|---|---|---|
| TERRANCE M. REVERE, ESQ.<br>JACQUELINE E. THURSTON, ESQ.<br>1000 Bishop Street, Suite 801<br>Honolulu, Hawaii 96813 | U.S. Mail<br>Hand-Delivery<br>Electronically | [ ]<br>[X]<br>[X] |

And

| | | |
|---|---|---|
| DENELLE M. DIXON-THAYER<br>275 Battery Street, 23rd Floor<br>San Francisco, California 94111 | U.S. Mail<br>Hand-Delivery<br>Electronically | [ ]<br>[ ]<br>[X] |

    Attorneys for Plaintiffs
      WESTERN SUNVIEW PROPERTIES, LLC
      GUY HANDS AND JULIA HANDS

| | | |
|---|---|---|
| J. DOUGLAS ING, ESQ.<br>BRIAN A. KANG, ESQ.<br>First Hawaiian Center, 23rd Floor<br>999 Bishop Street<br>Honolulu, Hawaii 96813 | U.S. Mail<br>Hand-Delivery<br>Electronically | [ ]<br>[ ]<br>[X] |

    Attorneys for Defendants
      MAUNA KEA PROPERTIES, INC. and
      MAUNA KEA DEVELOPMENT CORP.

DATED: Honolulu, Hawaii    OCT 2 4 2006   .

                                      */s/*
                                SIDNEY K. AYABE
                                RONALD SHIGEKANE
                                Attorneys for Defendant
                                THE BLUFFS AT MAUNA KEA
                                COMMUNITY ASSOCIATION