IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br>　　　　　Defendants.<br>_____<br>2004-069/311125 | **CIVIL NO. CV 03-00463 JMS - LEK**<br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>DECLARATION OF RONALD SHIGEKANE<br><br><br><br><br><br><br><br>Trial Date: December 5, 2006 |

DECLARATION OF RONALD SHIGEKANE

1.  I am Ronald Shigekane and I have personal knowledge of the following facts.

2.  I am licensed to practice law in the State of Hawaii and am one of the attorneys representing Defendant The Bluffs at Mauna Kea Community Association ("The Bluffs") in this action and have personal knowledge of the matters stated herein.

3. The Bluffs was sued in two cases, first in this lawsuit (hereinafter the "Federman" lawsuit) and later in a State Court action entitled, <u>Western Sunview Properties, LLC v. Leone-Perkins Family Trust, et al.</u> Third Circuit Court, Civ. No. 04-1-0212, hereinafter, "Leone" lawsuit).  At the request of the insurer for The Bluffs, billings were not separated between the Federman and Leone lawsuit.

4. In pursuit of this present motion, I have attached true and correct copies of the following Exhibits A - E:

**Exhibit A** -  Original invoices sent to The Bluffs' insurer for both cases.

  **With respect to atty fees**, and to the best of my knowledge, I have:

  - redacted time entries attributed to the Leone case
  - circled time entries to be allocated on a 50/50 basis between work done for the Federman and Leone cases

  **With respect to costs**, and to the best of my knowledge, I have:

  - excluded costs which are clearly attributable to the Leone matter,
  - excluded all Westlaw research charges,
  - For the remainder of all costs, the amounts were allocated on a 50/50 basis

**Exhibit B** - shows the result of the above allocation (Exh. A) of **attorneys fees** between the Federman and Leone cases
<u>**Exhibit B Total – $109,527.60**</u>

**Exhibit C** - shows the result of the exclusion (Exh. A) of Leone costs and the allocation of **costs** to the Federman case
<u>**Exhibit C Total – $1,476.68**</u>

**Exhibit D** - Cost/Expense invoices paid directly by the insurer for The Bluffs

    **D 1 - D 8** - Deposition transcripts, 50% allocated
        **Sub-Total - $2,022.71 ($4,045.42 ÷ 2)**

    **D 9 - D 11** - Mediation expenses, 50% allocated
        **Sub-Total - $1,425.56 ($2,851.13 ÷ 2)**

    **D 12 - D 25** - Outside copying, 50% allocated
        **Sub-Total – $2,366.09 ($4,732.18 ÷ 2)**

    **D 26 - D 28** - Expert Fees 100%
        **Sub-Total - $8,555.02**

    **D 29 - D 31** - Deposition transcripts, 100%
        **Sub-Total - $1,276.19**

**Exhibit D Total - $14,496.57**

**Exhibit E** - Costs/Expenses paid directly by The Bluffs:

    **E 1 – E 3** - $6,879.64 – Expert fees for Deposition of Terry Tusher
        $6,408.82 - Legal Fees for Dennis Krueger, Esq. (See Declaration of Dennis Krueger and **Exh. F1 – F7**)

**Exhibit E and F Total - $13,288.46**

5. Sidney Ayabe, Esq. has been practicing law in the State of Hawaii since 1970, and I have practiced law in the State of Hawaii since 1977. The hourly rates we have charged The Bluffs' insurer for our legal services in this case were as follows:

    Sidney Ayabe - $175.00

    Ronald Shigekane - $150.00

The foregoing rates are substantially below those found reasonable in the Court's Order Awarding Attorneys' Fees and Costs filed June 24, 2005 in

connection with a discovery dispute between Plaintiff Western Sunview Properties, LLC and Defendant Irwin Federman (attorneys fees ranging from $150/hr. for Joshua A. Wisch, Esq. [admitted to the bar in 2002] to $250/hr. for Andrew V. Beaman, Esq. [admitted to the bar in 1981]).

The total amount paid is as follows:

```
$109,527.60   -   Attorneys Fees (Exhs. A and B)
   1,476.68   -   Costs/ Expenses (in house/paid by law firm) (Exhs A,C)
  14,496.57   -   Costs/ Expenses (paid directly by insurer) (Exh. D)
  13,288.46   -   Costs/Expenses (paid directly by The Bluffs) (Exh. E)
$ 138,788.71
```

6. The foregoing fees and expenses were reasonably and necessarily incurred in representing Defendant The Bluffs.

7. In addition to the above, Defendant requests **3,543.88**, the amount of late fees it is being billed by its former consultant, Terry Tusher, for time attributed to the deposition which was taken by plaintiff in February, 2004. See, Exh. E-4.

8. The total amount being requested is:

```
$138,788.71  Fees/expenses paid
   3,543.88  Fees outstanding, being billed to The Bluffs
$142,332.59  Total
```

I, Ronald Shigekane, do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, October 24, 2006.

_____
Ronald Shigekane