IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>　　　　　Defendants. | CIVIL NO. CV 03-00463 JMS LEK<br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>DECLARATION OF DENNIS KRUEGER<br><br><br><br><br><br><br><br>Trial Date: April 19, 2005 |

2004-069/31529

## DECLARATION OF DENNIS KRUEGER

1. I am Dennis Krueger and I have personal knowledge of the following facts.

2. I am licensed to practice law in the State of Hawaii and have served as legal counsel for the Design Committee of The Bluffs at Mauna Kea Community Association (hereinafter, "The Bluffs") since 2001.

3. I have practiced law in the State of Hawaii for more than 17 years; previously, I practiced law in California for 11 years.

4. My current rate for providing legal services to The Bluffs is $225/hr.; prior to October, 2006, I charged The Bluffs $200/hr.

5. I have been asked to identify the time and fees I have billed to The Bluffs which are attributable to this lawsuit.

6. Exhibit F1 –F7 show the fees I have billed to The Bluffs for work that I have performed which is attributed to its involvement in this case, from June, 2005 to the present. Where the time entries on the original invoices reflected work performed for both this case and the companion State Circuit Court case, <u>Western Sunview Properties, LLC v. Leone-Perkins Family Trust, et al.</u> (Civ. No. 04-1-212, Third Circuit Court), I allocated the time equally between both cases and Exh. F1 – F7 shows the result of the allocations.

7. The total, allocated amount to this case, as shown in Exhibit F1-F7 is:

   30.20 hours at $200/hr. + 4% GET = $6,291.63
     .50 hours at $225/hr. + 4% GET =    117.19
                                            **$6,408.82**

8. The foregoing amount was reasonably and necessarily incurred as a result of The Bluffs' involvement in this case, which amount has been paid directly by The Bluffs.

I, Dennis Krueger, do declare under penalty of law that the foregoing is true and correct.

Dated: Kailua-Kona, Hawaii, October 23, 2006

*[signature]*
Dennis Krueger