# EXHIBIT B

2004069 Federman (Federal Court) case Fee

\

| 01/22/04 | SKA | Bluffs at Maunaloa: Telephone call with T. Revere regarding deposition Tusher. | 175.00 | 0.50 | 87.50 |
|---|---|---|---|---|---|
| 01/22/04 | SKA | Telephone call with T. Tusher (3x) regarding deposition prep. | 175.00 | 0.60 | 105.00 |
| 02/04/04 | SKA | Telephone call with I. Revere regarding deposition of Tusher & background of dispute. | 175.00 | 0.30 | 52.50 |
| 02/16/04 | SKA | Telephone call with T. Tusher regarding dates for deposition & conference to prepare for deposition. | 175.00 | 0.20 | 35.00 |
| 02/18/04 | SKA | Telephone call with Tusher regarding deposition prep. | 175.00 | 0.40 | 70.00 |
| 02/18/04 | SKA | Conference with A. Beaman regarding background on lawsuit. | 175.00 | 1.40 | 245.00 |
| 02/19/04 | SKA | Conference with Tusher to prepare for deposition. | 175.00 | 2.00 | 350.00 |
| 02/22/04 | SKA | Review documents from Tusher (plans, correspondence & pleadings) | 175.00 | 2.30 | 402.50 |
| 02/23/04 | SKA | Telephone call with A. Beamon 2x regarding deposition of J. Reid. | 175.00 | 0.70 | 122.50 |
| 02/23/04 | SKA | Telephone call with J. Reid regarding presence of attorney at deposition. | 175.00 | 0.40 | 70.00 |
| 02/23/04 | SKA | Telephone call with Revere 3x regarding deposition of Tusher & Reid; indeminification of Tusher. | 175.00 | 0.80 | 140.00 |
| 02/23/04 | SKA | Review document from Tusher. | 175.00 | 2.10 | 367.50 |
| 02/23/04 | SKA | Telephone call with Krueger 2x regarding J. Reid will attend deposition without an attorney. | 175.00 | 0.60 | 105.00 |
| 02/24/04 | SKA | Conference with T. Tusher regarding deposition, prepare & indeminfication by association. | 175.00 | 0.50 | 87.50 |
| 02/24/04 | SKA | Attend deposition of T. Tusher. | 175.00 | 4.80 | 840.00 |
| 02/24/04 | SKA | Conference with T. Tusher regarding deposition testimony. | 175.00 | 0.40 | 70.00 |
| 03/01/04 | SKA | Telephone call with A. Beaman regarding design review committee meeting to address issue regarding Federman home. | 175.00 | 0.50 | 87.50 |
| 03/01/04 | SKA | Telephone call with D. Krueger regarding upcoming meeting to discuss Federmans' design & landscape. | 175.00 | 0.40 | 70.00 |
| 03/15/04 | SKA | Telephone call with Krueger regarding design review committee meeting & review of prior decisions. | 175.00 | 0.30 | 52.50 |

EXHIBIT B     001

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/15/04 | SKA | Telephone call with Love & Revere regarding decisions by design review committee. | 175.00 | 0.50 | 87.50 |
| 03/19/04 | SKA | Telephone call with Krueger re response to Federman's request. | 175.00 | 0.30 | 52.50 |
| 04/01/04 | SKA | Telephone call with D. Krueger regarding design committee meeting & possible resetting of earliar decision. | 175.00 | 0.40 | 70.00 |
| 04/05/04 | SKA | Review A. Beamon's letter to Design. | 175.00 | 0.10 | 17.50 |
| 04/05/04 | SKA | Review committee meeting & agenda, to 4/6/04. | 175.00 | 0.10 | 17.50 |
| 04/05/04 | SKA | Telephone call with A. Beamon regarding agenda for 4/6/04 meeting. | 175.00 | 0.40 | 70.00 |
| 04/27/04 | SKA | Voicemail from B. Kirschenbaum regarding court granting motion to add association as a party. | 175.00 | 0.10 | 17.50 |
| 04/30/04 | RMS | Attend status/mediation conference | 150.00 | 2.80 | 420.00 |
| 05/13/04 | RMS | Draft ltr Groundwater re: status | 150.00 | 0.20 | 30.00 |
| 05/13/04 | RMS | Rev/analysis Complaint | 150.00 | 0.90 | 135.00 |
| 05/15/04 | RMS | Draft e-mail atty Krueger re: request liaison for Assn. | 150.00 | 0.10 | 15.00 |
| 05/15/04 | RMS | Draft answer to complaint | 150.00 | 1.40 | 210.00 |
| 05/15/04 | RMS | TC atty Beaman re: status of case | 150.00 | 0.30 | 45.00 |
| 05/17/04 | RMS | Draft ltr atty Love re: request copies of docs and status | 150.00 | 0.20 | 30.00 |
| 05/18/04 | RMS | TC Dillon (x2) re: liaison for Association | 150.00 | 0.30 | 45.00 |
| 05/19/04 | RMS | Draft ltr Dillon re: liaison and Tusher depo bill | 150.00 | 0.10 | 15.00 |
| 05/21/04 | RMS | Draft ltr Beaman re:  request copies of pleadings and disc. | 150.00 | 0.10 | 15.00 |
| 05/21/04 | RMS | Attend depo atty Kent | 150.00 | 5.30 | 795.00 |
| 05/23/04 | RMS | Analysis depo transcript Tusher, architect consultant to Design Review Committee | 150.00 | 2.60 | 390.00 |
| 05/24/04 | RMS | Rev Defendant mtn opposing continuance of deadlines | 150.00 | 0.20 | 30.00 |
| 05/24/04 | RMS | TC atty Beaman re: mtg for background | 150.00 | 0.10 | 15.00 |
| 05/24/04 | RMS | Rev atty Love's ltr re: alleged trespass by Dave Ayer | 150.00 | 0.10 | 15.00 |

| 05/24/04 | RMS | Analyze Covenants, Conditions and Restrictions | 150.00 | 1.80 | 270.00 |
|---|---|---|---|---|---|
| 05/25/04 | RMS | TC Dillon re: trespass | 150.00 | 0.10 | 15.00 |
| 05/25/04 | RMS | Mtg with atty Beaman and Colome re: factual background and proposed defense alliance | 150.00 | 2.40 | 360.00 |
| 05/25/04 | RMS | TC Ayer re: alleged trespass | 150.00 | 0.20 | 30.00 |
| 05/25/04 | RMS | TC atty Love re: alleged trespass and Defendant's Motion for Summary Judgment | 150.00 | 0.30 | 45.00 |
| 05/25/04 | RMS | Review and analyze defendant's motion for summary judgment | 150.00 | 1.90 | 285.00 |
| 05/26/04 | RMS | Draft prelim eval rpt and depo summary of Tusher to Groundwater | 150.00 | 1.80 | 270.00 |
| 05/26/04 | RMS | Rev/analysis pldgs file Vol 1 and 2 | 150.00 | 2.10 | 315.00 |
| 05/27/04 | RMS | Mtg with attys Love and Kirshenbaum re: plaintiff's claims against parties. | 150.00 | 1.00 | 150.00 |
| 05/27/04 | RMS | Rev/analysis pleadings file Vol 3 | 150.00 | 1.10 | 165.00 |
| 05/28/04 | RMS | Rev/analyis Pleadings Vols. 4-7 | 150.00 | 3.80 | 570.00 |
| 05/31/04 | RMS | Analysis discovery materials from pldgs files 1 - 7 | 150.00 | 3.70 | 555.00 |
| 06/01/04 | RMS | Review Plaintiff's reply memorandum regarding continuance. | 150.00 | 0.60 | 90.00 |
| 06/01/04 | RMS | Telephone call with attorney Love 2x regarding deposition of Ayer/Stringer. | 150.00 | 0.30 | 45.00 |
| 06/01/04 | RMS | Telephone call with Ayer regarding deposition. | 150.00 | 0.20 | 30.00 |
| 06/01/04 | RMS | Telephone call with attorney Desmarais regarding deposition. | 150.00 | 0.20 | 30.00 |
| 06/01/04 | RMS | Review and analyze pleadings volume 8. | 150.00 | 1.80 | 270.00 |
| 06/04/04 | RMS | Telephone call with attorney Love regarding deposition of Gunderson. | 150.00 | 0.20 | 30.00 |
| 06/04/04 | RMS | Draft letter to attorney Love regarding deposition of Gunderson. | 150.00 | 0.20 | 30.00 |
| 06/06/04 | RMS | Review and analyze pleadings volume 9. | 150.00 | 2.20 | 330.00 |
| 06/07/04 | RMS | Telephone call with attorney Desmarian regarding design committe meeting. | 150.00 | 0.20 | 30.00 |
| 06/07/04 | RMS | Telephone call with May at Stringer regarding design committe meeting. | 150.00 | 0.20 | 30.00 |

| Date | Init. | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/09/04 | RMS | Attend status conference. | 150.00 | 1.30 | 195.00 |
| 06/09/04 | RMS | Telephone call with Desmarias regarding meeting of committee. | 150.00 | 0.20 | 30.00 |
| 06/09/04 | RMS | Review/analyze pleadings volume 10. | 150.00 | 2.10 | 315.00 |
| 06/10/04 | RMS | Telephone call with Beaman regarding request for documents. | 150.00 | 0.30 | 45.00 |
| 06/10/04 | RMS | Analyze defendants motion summary judgment & Plaintiff motion regarding claim. | 150.00 | 2.10 | 315.00 |
| 06/10/04 | RMS | Letter to Groundwater regarding status. | 150.00 | 0.20 | 30.00 |
| 06/21/04 | SKA | Telephone call with A. Beamon regarding pleadings filed by Lowe's office & declaration from D. Krueger. | 175.00 | 0.50 | 87.50 |
| 06/22/04 | RMS | Rev/analysis plaintiffs' memo in opp to MSJ | 150.00 | 2.90 | 435.00 |
| 06/22/04 | SKA | Conference call with Design Committee members (Federmans present on conference call for a short period). | 175.00 | 2.00 | 350.00 |
| 06/22/04 | SKA | Telephone call with D. Krueger 2x regarding design committee meeting & A. Beamons for a declaration. | 175.00 | 0.70 | 122.50 |
| 06/22/04 | SKA | Telephone call with A. Beamon 2xs regarding landscaping proposal & opposition memorandum. | 175.00 | 0.60 | 105.00 |
| 06/23/04 | RMS | Rev/analysis plaintiffs' memo in opp to MSJ and Dismissal | 150.00 | 3.80 | 570.00 |
| 06/23/04 | RMS | TC atty Krueguer re: need for declaration re: authority to notify Federmans of approval by committee | 150.00 | 0.40 | 60.00 |
| 06/24/04 | RMS | TC atty Krueger re: further discussion re: facts and possible declaration in support of MSJ | 150.00 | 0.30 | 45.00 |
| 06/24/04 | RMS | Analysis of exhs re: plaintiffs' memo in opp to MSJ and memo in opp to MSJ and Dismissal | 150.00 | 3.10 | 465.00 |
| 06/24/04 | RMS | TC atty Beaman re: MSJ and potential declarations form assoc and agents in support of MSJ | 150.00 | 0.40 | 60.00 |
| 06/24/04 | RMS | Draft Statement of Position re: Federmans' MSJ | 150.00 | 0.80 | 120.00 |
| 06/25/04 | RMS | TC atty Krueger re: Jan 29, 2003 mtg and minutes | 150.00 | 0.40 | 60.00 |
| 06/25/04 | RMS | Analysis defendant Federmans' Reply memo in support of MSJ | 150.00 | 1.20 | 180.00 |
| 06/28/04 | RMS | TC atty Kirshenbaum re: Bluff's position re: MSJ and further disc | 150.00 | 0.30 | 45.00 |
| 06/28/04 | RMS | Select critical docs for use with depo prep of client reps. | 150.00 | 1.30 | 195.00 |
| 06/29/04 | RMS | Rev. plaintiff's mtn to compel disc. | 150.00 | 0.80 | 120.00 |

004

| Date | Atty | Description | Rate | Hours | Amount |
|------|------|-------------|------|-------|--------|
| 06/30/04 | RMS | Rev/analysis Design Committee minutes | 150.00 | 2.30 | 345.00 |
| 06/30/04 | RMS | Attend/observe hrg on plaintiff mtn to amend response to admission | 150.00 | 0.80 | 120.00 |
| 07/03/04 | RMS | Rev/analysis pleadings vol. 11 | 150.00 | 1.70 | 255.00 |
| 07/03/04 | RMS | Rev/analysis pleadings vol. 12 | 150.00 | 2.40 | 360.00 |
| 07/03/04 | RMS | Rev/analysis pleadings vol. 13 | 150.00 | 1.10 | 165.00 |
| 07/03/04 | RMS | Rev/analysis pleadings vol. 14 | 150.00 | 1.20 | 180.00 |
| 07/04/04 | RMS | Select docs and prepare chron re: design committee and significant actions | 150.00 | 4.70 | 705.00 |
| 07/05/04 | RMS | Analysis arguments and exhibits in MSJ and MSJ/Mtn to dismiss | 150.00 | 5.20 | 780.00 |
| 07/06/04 | RMS | Attend Motion for Sum Judgment | 150.00 | 1.10 | 165.00 |
| 07/06/04 | RMS | Analyze rules and regs applicable to Bluffs development | 150.00 | 2.60 | 390.00 |
| 07/07/04 | RMS | Rev/analysis expert report atty Callies | 150.00 | 0.90 | 135.00 |
| 07/07/04 | RMS | Draft notes re: issues/evidence for Assoc. | 150.00 | 2.70 | 405.00 |
| 07/08/04 | RMS | Attend mtg with counsel re discovery plan | 150.00 | 1.30 | 195.00 |
| 07/08/04 | RMS | Rev. proposed affidavit for committee consultant Stringer | 150.00 | 0.70 | 105.00 |
| 07/08/04 | RMS | Draft ltr Stringer re: proposed affidavit | 150.00 | 0.20 | 30.00 |
| 07/08/04 | RMS | Prep for mtg with counsel re: discovery plan | 150.00 | 1.60 | 240.00 |
| 07/09/04 | RMS | Rev/analysis plaintiff's mtn compel disc responses | 150.00 | 0.20 | 30.00 |
| 07/09/04 | RMS | Rev. def. reply memo re: mtn to compel | 150.00 | 0.20 | 30.00 |
| 07/09/04 | RMS | Rev. def Mauna Kea opposition memo | 150.00 | 0.10 | 15.00 |
| 07/09/04 | RMS | Attend hrg on mtn | 150.00 | 1.10 | 165.00 |
| 07/09/04 | RMS | Rev/analysis proposed joint defense agreement | 150.00 | 0.40 | 60.00 |
| 07/12/04 | RMS | Prep for mtg with committee consultants Stringer and Ayer | 150.00 | 1.30 | 195.00 |

005

| 07/12/04 | RMS | Mtg with Stringer and Ayer re: accuracy of proposed declaration and discussion of committee process | 150.00 | 2.10 | 315.00 |
|---|---|---|---|---|---|
| 07/13/04 | RMS | Rev/analysis plaintiff's MSJ re: variance | 150.00 | 1.70 | 255.00 |
| 07/16/04 | RMS | TC Stringer/atty Beaman re: affidavit of Stringer | 150.00 | 0.10 | 15.00 |
| 07/16/04 | RMS | R/S re authority to grant variances | 150.00 | 2.10 | 315.00 |
| 07/16/04 | RMS | Rev. order of ct re: MSJ | 150.00 | 0.20 | 30.00 |
| 07/16/04 | RMS | Draft status ltr Groundwater | 150.00 | 0.80 | 120.00 |
| 07/16/04 | RMS | Rev/analysis Plaintiff Concise Statement of Facts for variance MSJ | 150.00 | 1.60 | 240.00 |
| 07/19/04 | RMS | TC atty Beaman re: consultant Stringer's affidavit | 150.00 | 0.30 | 45.00 |
| 07/19/04 | RMS | Analysis Plaintiff arguments and Exhs in MSJ (variance) | 150.00 | 3.30 | 495.00 |
| 07/20/04 | RMS | Rev/analysis defendant Federman Mtn for Summary Judgment | 150.00 | 1.60 | 240.00 |
| 07/20/04 | RMS | R/S re: covenants and restrictions | 150.00 | 1.90 | 285.00 |
| 07/24/04 | RMS | Rev plaintiff Req for Admissions | 150.00 | 0.20 | 30.00 |
| 07/24/04 | RMS | Draft resp to req for admissions | 150.00 | 0.10 | 15.00 |
| 07/24/04 | RMS | Rev plaintiff objections to Orders re: remand | 150.00 | 1.40 | 210.00 |
| 07/27/04 | RMS | TC Stringer re: representation and depo | 150.00 | 0.25 | 37.50 |
| 07/27/04 | RMS | TC Beaman re: Stringer depo | 150.00 | 0.10 | 15.00 |
| 07/28/04 | RMS | TC atty Beaman re: committee authority | 150.00 | 0.10 | 15.00 |
| 07/28/04 | RMS | Analysis plaintiff MSJ to organize materials for opposition | 150.00 | 3.60 | 540.00 |
| 07/29/04 | RMS | Rev/analysis plaintiff MSJ re: spoiliation | 150.00 | 0.90 | 135.00 |
| 07/29/04 | RMS | Draft initial disclosure statement | 150.00 | 1.80 | 270.00 |
| 07/30/04 | RMS | TC Hiraoka-Tomita re: missing minutes | 150.00 | 0.40 | 60.00 |
| 07/30/04 | RMS | R/S re: conflict of interest | 150.00 | 2.30 | 345.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/30/04 | RMS | R/S re: variances | 150.00 | 1.40 | 210.00 |
| 07/30/04 | RMS | TC Groundwater re: status | 150.00 | 0.10 | 15.00 |
| 07/31/04 | RMS | Draft memo opp msj re: inapplicability of spoliation principle | 150.00 | 1.90 | 285.00 |
| 07/31/04 | RMS | Draft e-mail request Gunderson re: facts regarding relationship with Federman | 150.00 | 0.40 | 60.00 |
| 07/31/04 | RMS | Draft proposed declaration for Hiraoka-Tomita re: missing minutes | 150.00 | 0.80 | 120.00 |
| 07/31/04 | RMS | R/S re: spoliation | 150.00 | 2.60 | 390.00 |
| 07/31/04 | RMS | Draft memo in opp msj, standard of review | 150.00 | 1.60 | 240.00 |
| 07/31/04 | RMS | Draft memo opp msj, missing minutes | 150.00 | 2.80 | 420.00 |
| 08/01/04 | RMS | Rev/resp e-mail Gunderson re: declaration addressing conflict | 150.00 | 0.40 | 60.00 |
| 08/01/04 | RMS | Analysis exhs for use in memo in opposition to MSJ-spoliation | 150.00 | 2.90 | 435.00 |
| 08/01/04 | RMS | Draft declaration for Gunderson re: conflict | 150.00 | 0.70 | 105.00 |
| 08/01/04 | RMS | Draft declaration for Krueger re: letters of approval from committee | 150.00 | 0.90 | 135.00 |
| 08/02/04 | RMS | Telephone call with Krueger re: declaration approval letters | 150.00 | 0.20 | 30.00 |
| 08/02/04 | RMS | Draft corrections to Krueger and Hiraoka declaration | 150.00 | 0.40 | 60.00 |
| 08/02/04 | RMS | Analysis exhibits and docs in prep for mtg with Stringer to prepare for depo | 150.00 | 2.60 | 390.00 |
| 08/03/04 | RMS | Draft ltr Krueger re: declaration | 150.00 | 0.20 | 30.00 |
| 08/03/04 | RMS | Mtg with Stringer in prep for depo | 150.00 | 0.25 | 37.50 |
| 08/03/04 | RMS | Attend depo Stringer | 150.00 | 4.20 | 630.00 |
| 08/04/04 | RMS | TC Krueger re: committee voting and minutes | 150.00 | 0.30 | 45.00 |
| 08/04/04 | RMS | Revise Krueger declaration re: approval and letters | 150.00 | 0.40 | 60.00 |
| 08/04/04 | RMS | TC Hiraoka re: missing minutes and declaration for use in MSJ - spoliation | 150.00 | 0.20 | 30.00 |
| 08/04/04 | RMS | Revise declaration Hiraoka | 150.00 | 0.10 | 15.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/04/04 | RMS | TC atty Beaman re: continuance of settlement conf. and coordinate memos in opp to MSJ | 150.00 | 0.30 | 45.00 |
| 08/04/04 | RMS | Supplement and revise memo in opp MSJ-spoliation | 150.00 | 3.40 | 510.00 |
| 08/05/04 | RMS | Draft Separate and Concise Statement of Facts for memo in opp to MSJ-Spoliation | 150.00 | 3.10 | 465.00 |
| 08/05/04 | RMS | Rev. prior exhibits in Motion for Summary Judgment for use in Opp memo MSJ-Spoliation | 150.00 | 2.10 | 315.00 |
| 08/06/04 | RMS | Rev/analysis plaintiff memo/counter-MSJ | 150.00 | 2.20 | 330.00 |
| 08/06/04 | RMS | Mtg with attys Beaman, Colombe, Kang re: strategy in replying to plaintiff counter-MSJ | 150.00 | 0.90 | 135.00 |
| 08/07/04 | RMS | Analysis Bylaws and Incorp docs of Assoc. | 150.00 | 0.80 | 120.00 |
| 08/07/04 | RMS | Analysis arguments and exhibits submitted by plaintiffs re: counter MSJ | 150.00 | 5.40 | 810.00 |
| 08/09/04 | RMS | Research regarding conflict of interest argument raised by plaintiff | 150.00 | 1.70 | 255.00 |
| 08/09/04 | RMS | Analysis of cases re: conflict of interest to formulate argument for MSJ opposition | 150.00 | 3.90 | 585.00 |
| 08/09/04 | RMS | Draft arguments re: conflict of interest in opposition to Plaintiffs/ Motion for Summary Judgment | 150.00 | 3.60 | 540.00 |
| 08/10/04 | RMS | Telephone call to attorney Beaman regarding Design Committee minutes and plaintiffs' subpoena of consultant Stringer documents | 150.00 | 0.15 | 22.50 |
| 08/10/04 | RMS | Telephone call to architect Ayer regarding plaintiffs' subpoena of documents from Stringer and direction to withhold. | 150.00 | 0.05 | 7.50 |
| 08/10/04 | RMS | Telephone call and e-mail to atty Love regarding our objections to allow Stringer to produce documents pursuant to subpoena | 150.00 | 0.05 | 7.50 |
| 08/10/04 | RMS | Telephone call with agent Augustine of management company regarding scheduling of board meeting | 150.00 | 0.10 | 15.00 |
| 08/10/04 | RMS | Draft arguments regarding varane and approvals of Committee in opposition to counter motion for summary judgment | 150.00 | 4.70 | 705.00 |
| 08/10/04 | RMS | Analysis plaintiffs concise statement of facts and draft response | 150.00 | 4.10 | 615.00 |
| 08/11/04 | RMS | Supplement Separate and concise statement of facts for opposition memorandum | 150.00 | 1.80 | 270.00 |
| 08/11/04 | RMS | Supplement and revise memorandum in opposition to plaintiffs' counter motion for summary judgment | 150.00 | 3.40 | 510.00 |
| 08/12/04 | RMS | Review and analyze plaintiff's reply memo regarding motion for summary judgment on missing minutes | 150.00 | 0.90 | 135.00 |
| 08/12/04 | RMS | Review defendant Federman's reply memo to plaintiffs' counter motion for summary judgment | 150.00 | 0.70 | 105.00 |

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/13/04 | RMS | Telephone call Federman's attorney Beaman regarding proposed meet and confer with with plaintiff's counsel on Leone discovery | 150.00 | 0.30 | 45.00 |
| 08/13/04 | RMS | Review and analysis of consultant Stringer architects records subpoenaed by plaintiff | 150.00 | 1.60 | 240.00 |
| 08/13/04 | RMS | Draft privilege log for consultant Stringer records | 150.00 | 1.05 | 157.50 |
| 08/14/04 | RMS | Review additional documents of consultant Stringer to designated privileged documents | 150.00 | 0.55 | 82.50 |
| 08/14/04 | RMS | Supplement privilege log for consultant Stringer documents | 150.00 | 0.90 | 135.00 |
| 08/14/04 | RMS | Draft letter to plaintiff attorneys regarding objection to subpoena and documents available for inspection | 150.00 | 0.15 | 22.50 |
| 08/16/04 | RMS | Telephone conference with property manager Augustine regarding request to participate in board meeting. | 150.00 | 0.10 | 15.00 |
| 08/16/04 | RMS | Draft e-mail to board members regarding purpose of request to participate in board meeting. | 150.00 | 0.40 | 60.00 |
| 08/23/04 | RMS | Review and analyze memos by parties for motion and cross motions for summary judgment re: missing minutes and validity of variances in preparation for oral argument | 150.00 | 2.20 | 330.00 |
| 08/23/04 | RMS | Attend hearing on Motions for summary judgment | 150.00 | 2.90 | 435.00 |
| 08/24/04 | RMS | Telephone conference with attorney Colombe (defendant Federman) re: agreement for joint defense | 150.00 | 0.20 | 30.00 |
| 08/25/04 | RMS | Review and analysis of Board meeting minutes, 2001 to 2004 | 150.00 | 0.80 | 120.00 |
| 08/28/04 | RMS | Review pleadings, motions and notes to prepare comprehensive report to adjuster/client | 150.00 | 1.10 | 165.00 |
| 08/28/04 | RMS | Draft report and evaluation of claims and facts | 150.00 | 1.60 | 240.00 |
| 08/29/04 | RMS | Supplement report and evaluation to adjuster Groundwater. | 150.00 | 1.15 | 172.50 |
| 08/30/04 | RMS | Review and analyze subpoenaed records from Stringer Architects. | 150.00 | 1.65 | 247.50 |
| 09/01/04 | RMS | Telephone Defendant attorney Colombe regarding Design Committee new rules | 150.00 | 0.10 | 15.00 |
| 09/01/04 | RMS | Telephone association attorney Krueger regarding new rules for design committee and proposed recommendations for Board at meeting on Sept. 3 | 150.00 | 0.10 | 15.00 |
| 09/02/04 | RMS | Review and analysis court's decision on plaintiff's motion for summary judgment on missing minutes | 150.00 | 0.40 | 60.00 |
| 09/02/04 | RMS | Prepare for meeting with Board regarding proposed recommendations to eliminate litigation issues. | 150.00 | 0.65 | 97.50 |
| 09/03/04 | RMS | Participate in telephone conference with Board in executive session to make recommendations to eliminate litigation issues | 150.00 | 0.45 | 67.50 |

009

| | | | | | |
|---|---|---|---|---|---|
| 09/07/04 | RMS | Telephone conference with association attorney Krueger regarding meeting minutes of January, 2003 | 150.00 | 0.20 | 30.00 |
| 09/13/04 | RMS | Review plaintiffs' motion for partial summary judgment re: invalid voting | 150.00 | 1.40 | 210.00 |
| 09/17/04 | RMS | Meeting with defendant Federman attorneys Beaman and Colombe regarding impact of court's ruling and litigation plan | 150.00 | 1.20 | 180.00 |
| 09/17/04 | RMS | Review and analysis of Court's ruling on Motions for summary judgment | 150.00 | 1.10 | 165.00 |
| 09/17/04 | RMS | Telephone conference with attorney Krueger regarding Court's ruling on motions for summary judgment | 150.00 | 0.20 | 30.00 |
| 09/18/04 | RMS | Analysis Court's ruling to formulate report to adjuster Groundwater | 150.00 | 0.80 | 120.00 |
| 09/18/04 | RMS | Draft report to adjuster Groundwater regarding court's ruling and impact | 150.00 | 1.60 | 240.00 |
| 09/18/04 | RMS | Select pleading materials to send to board representative Stingel for board members' information and review | 150.00 | 0.80 | 120.00 |
| 09/18/04 | RMS | Draft letter to board representative Stingel regarding pleadings for board members. | 150.00 | 0.20 | 30.00 |
| 09/30/04 | RMS | Review and analysis plaintiff's motion for reconsideration of motion for summary judgment | 150.00 | 0.80 | 120.00 |
| 10/04/04 | RMS | Prepare for meeting with Board | 150.00 | 0.40 | 60.00 |
| 10/04/04 | RMS | Review and analysis of plaintiff's motion for clarification on court's order re motion for summary judgment | 150.00 | 0.30 | 45.00 |
| 10/05/04 | RMS | Participate in telephone conference meeting with the Board on impact of judge's ruling | 150.00 | 0.70 | 105.00 |
| 10/07/04 | RMS | TC atty Beaman regarding revision of Committtee mtg and minutes | 150.00 | 0.30 | 45.00 |
| 10/07/04 | RMS | TC Tomita re: Committee minutes and proposed revisions | 150.00 | 0.20 | 30.00 |
| 10/07/04 | RMS | Draft proposed Declaration for Gunderson and e-mail | 150.00 | 0.40 | 60.00 |
| 10/07/04 | RMS | Rev. minutes of Board mtg for Oct 5 | 150.00 | 0.20 | 30.00 |
| 10/12/04 | RMS | Rev. plaintiff memo in opposition to defendant Federman's mtn for final order | 150.00 | 0.50 | 75.00 |
| 10/12/04 | RMS | Rev. defendant Mauna Kea motion to continue trial | 150.00 | 0.30 | 45.00 |
| 10/12/04 | RMS | Review correspondence atty Kang re: depos and discovery by Mauna Kea | 150.00 | 0.10 | 15.00 |
| 10/13/04 | RMS | Rev/analysis plaintiff's mtn for additional depositions | 150.00 | 1.10 | 165.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/13/04 | RMS | Review/analysis defendant Federman memo in opposition to plaintiff's motion for clarification | 150.00 | 0.80 | 120.00 |
| 10/14/04 | RMS | Attend settlement conference | 150.00 | 2.30 | 345.00 |
| 10/14/04 | RMS | Review and respond e-mail association management company re: motion for summary judgment by Association | 150.00 | 0.10 | 15.00 |
| 10/15/04 | RMS | Rev. defendant Federman Reply memo re: mtn for Final judgment on order granting summary judgment | 150.00 | 0.40 | 60.00 |
| 10/26/04 | RMS | Prepare for meet-and-confer conference with all counsel | 150.00 | 0.40 | 60.00 |
| 10/26/04 | RMS | Attend meet-and-confer conference | 150.00 | 1.70 | 255.00 |
| 10/31/04 | RMS | Review defendant Federman memorandum in opposition to plaintiff's motion for partial summary judgment | 150.00 | 0.80 | 120.00 |
| 11/02/04 | RMS | Telephone call to Stringer and Associates regarding production of association meeting minutes | 150.00 | 0.10 | 15.00 |
| 11/02/04 | RMS | Telephone call with plaintiffs attorney Love regarding production of association meeting minutes | 150.00 | 0.10 | 15.00 |
| 11/16/04 | GSM | Travel to Court to attend status conference with Magistrate Kobayashi | 150.00 | 0.40 | 60.00 |
| 11/16/04 | GSM | Attend status conference with Magistrate Kobayashi | 150.00 | 0.30 | 45.00 |
| 11/16/04 | GSM | Travel from Court following status conference with Magistrate Kobayashi | 150.00 | 0.40 | 60.00 |
| 11/17/04 | RMS | Analysis deposition transcript of plaintiff's sales representative D. Au | 150.00 | 0.90 | 135.00 |
| 11/17/04 | RMS | Analysis deposition transcript of board member J. Reid. | 150.00 | 0.85 | 127.50 |
| 11/22/04 | RMS | Travel to Kona for deposition of plaintiff's sales agent's Broker McArthur. | 150.00 | 1.15 | 172.50 |
| 11/22/04 | RMS | Attend deposition of McArthur, Broker | 150.00 | 2.60 | 390.00 |
| 11/22/04 | RMS | Return travel to Honolulu | 150.00 | 1.05 | 157.50 |
| 11/24/04 | RMS | Review e-mails (x5) between plaintiff and defense counsel re: discovery issues | 150.00 | 0.30 | 45.00 |
| 11/24/04 | RMS | Analysis amended complaint and filings to formulate argument for motion for summary judgment for Association | 150.00 | 0.80 | 120.00 |
| 11/30/04 | RMS | Attend meet-and-confer conference with all counsel re: discovery issues and potential arbitration | 150.00 | 1.10 | 165.00 |
| 12/09/04 | RMS | Review Federal Court's ruling on discovery motion | 150.00 | 0.30 | 45.00 |

011

| | | | | | |
|---|---|---|---|---|---|
| 12/09/04 | RMS | Review plaintiff's motion for reconsideration (2nd) | 150.00 | 0.50 | 75.00 |
| 12/10/04 | RMS | Telephone conference with adjuster Groundwater regarding status of case | 150.00 | 0.20 | 30.00 |
| 12/10/04 | RMS | Draft information sheet for Augustine Realty regarding nature and status of the lawsuits. | 150.00 | 0.25 | 37.50 |
| 12/10/04 | RMS | Draft status report and recommendations. | 150.00 | 1.05 | 157.50 |
| 12/22/04 | RMS | Review plaintiff's motion for reconsideration of discovery order. | 150.00 | 0.30 | 45.00 |
| 12/28/04 | RMS | Rev. plaintiff's letter to judge and prod of documents | 150.00 | 0.50 | 75.00 |
| 12/28/04 | RMS | Rev. defendant's memo in opposition to plaintiff's motion for reconsideration/clarification of discovery order | 150.00 | 0.30 | 45.00 |
| 01/03/05 | RMS | TC atty Beaman re: depos of plaintiffs in Hawaii and estimated time needed | 150.00 | 0.10 | 15.00 |
| 01/04/05 | RMS | TC atty Love re: depo of plaintiff Hands and estimate of time needed | 150.00 | 0.05 | 7.50 |
| 01/05/05 | RMS | Draft e-mail to committee members re: responses to atty Love and request consideration of Federman palm trees. | 150.00 | 0.50 | 75.00 |
| 01/05/05 | RMS | Review Defendant mtn to compel inspection of property and mtn to compel prod of docs | 150.00 | 0.40 | 60.00 |
| 01/11/05 | RMS | Rev letter briefs of plaintiff, def. Mauna Kea and def. Federman re: depo plaintiffs | 150.00 | 0.80 | 120.00 |
| 01/18/05 | RMS | Review plaintiff's request for production of documents | 150.00 | 0.20 | 30.00 |
| 01/18/05 | RMS | Draft request for documents to committee members | 150.00 | 0.80 | 120.00 |
| 01/18/05 | GSM | Attend status conference with Magistrate Kobayashi | 150.00 | 0.70 | 105.00 |
| 01/21/05 | RMS | Review attorney Love's correspondence to Judge re: form of order on motion to compel and further arguments | 150.00 | 0.30 | 45.00 |
| 01/26/05 | RMS | Telephone discussion with attorney Beaman regarding deposition of plaintiffs | 150.00 | 0.10 | 15.00 |
| 01/26/05 | RMS | Telephone discussion with attorney Kirshenbaum regarding plaintiff's request for alternative dates for depositions | 150.00 | 0.10 | 15.00 |
| 01/26/05 | RMS | Review/analysis G. Hands deposition in prep for further deposition | 150.00 | 1.45 | 217.50 |
| 02/02/05 | RMS | Complete review/analysis of G. Hands first depo | 150.00 | 0.35 | 52.50 |
| 02/02/05 | RMS | Review/anaylsis J. Hands first depo | 150.00 | 1.40 | 210.00 |

012

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/03/05 | RMS | Prep for depo J and G Hands | 150.00 | 0.60 | 90.00 |
| 02/04/05 | RMS | Attend depo J. Hands | 150.00 | 4.25 | 637.50 |
| 02/05/05 | RMS | Attend depo G. Hands | 150.00 | 4.40 | 660.00 |
| 02/10/05 | RMS | Attend depo Asari | 150.00 | 0.60 | 90.00 |
| 02/14/05 | RMS | TC atty Kirshenbaum re: discovery request | 150.00 | 0.10 | 15.00 |
| 02/14/05 | RMS | Draft status letter Groundwater | 150.00 | 0.25 | 37.50 |
| 02/17/05 | RMS | TC Groundwater re: settlement | 150.00 | 0.10 | 15.00 |
| 02/23/05 | RMS | Rev. plaintiff settlement demand and transmit to Groundwater | 150.00 | 0.05 | 7.50 |
| 02/23/05 | RMS | Review discovery materials to date to plan Motion for Summary Judgment | 150.00 | 1.15 | 172.50 |
| 02/24/05 | RMS | Attend status conference with Magistrate for Federman case | 150.00 | 1.00 | 150.00 |
| 02/24/05 | RMS | Rev/analysis Court's order denying Reconsideration | 150.00 | 0.80 | 120.00 |
| 02/24/05 | RMS | TC Groundwater re: status | 150.00 | 0.10 | 15.00 |
| 02/24/05 | RMS | TC Krueger re: Tusher bill and agreement of Assoc. | 150.00 | 0.10 | 15.00 |
| 02/24/05 | RMS | Rev. Tusher depo transcript to determine whether helpful for Assoc. | 150.00 | 0.40 | 60.00 |
| 02/24/05 | RMS | TC Tusher re: payment of Bill | 150.00 | 0.20 | 30.00 |
| 02/25/05 | RMS | Telephone call to expert D. Knox for potential retention | 150.00 | 0.10 | 15.00 |
| 02/25/05 | RMS | Rev. depo transcript of G and J Hands for use in Motion for Summary Judgment | 150.00 | 0.70 | 105.00 |
| 03/09/05 | RMS | TC atty Krueger re: present status of board and request for meeting minutes | 150.00 | 0.10 | 15.00 |
| 03/15/05 | RMS | Continue review and selection of docs for expert | 150.00 | 0.90 | 135.00 |
| 03/16/05 | RMS | Prepare folder of critical docs for mtg with expert | 150.00 | 0.80 | 120.00 |
| 03/16/05 | RMS | Analysis of plaintiff expert reports to identify specific opinions needed to be addressed by expert Knox | 150.00 | 1.05 | 157.50 |
| 03/16/05 | RMS | Mtg with expert Knox to discuss scope of retention | 150.00 | 0.70 | 105.00 |

013

| | | | | | |
|---|---|---|---|---|---|
| 03/20/05 | RMS | Draft preliminary points of argument for MSJ | 150.00 | 3.80 | 570.00 |
| 03/20/05 | RMS | Rev/analysis depo transcripts of Tusher and Stringer to determine need for reference in MSJ | 150.00 | 2.40 | 360.00 |
| 03/21/05 | RMS | Attend status/settlement conference | 150.00 | 1.80 | 270.00 |
| 03/21/05 | RMS | Select exhibits for MSJ | 150.00 | 3.30 | 495.00 |
| 03/22/05 | RMS | Prepare Concise statement of facts for MSJ | 150.00 | 4.30 | 645.00 |
| 03/22/05 | RMS | Draft arguments re: mtn for summary judgement | 150.00 | 3.80 | 570.00 |
| 03/22/05 | RMS | Draft objection to subpoena for Gunderson firm | 150.00 | 0.30 | 45.00 |
| 03/23/05 | RMS | R/S re: law of the case - applicability of principle | 150.00 | 2.40 | 360.00 |
| 03/23/05 | RMS | Supplement MSJ and Concise statement | 150.00 | 3.60 | 540.00 |
| 03/23/05 | RMS | Review expert Knox report | 150.00 | 0.50 | 75.00 |
| 03/23/05 | RMS | Draft letter to all counsel re: Knox report | 150.00 | 0.10 | 15.00 |
| 03/26/05 | RMS | Draft Disclosure of expert witnesses | 150.00 | 0.20 | 30.00 |
| 03/28/05 | RMS | Review/analysis expert reports to determine whether deposition necessary and to draft status letter | 150.00 | 2.40 | 360.00 |
| 03/28/05 | RMS | Draft status letter/litigation plan to Groundwater | 150.00 | 1.90 | 285.00 |
| 04/06/05 | RMS | Review e-mail Neihan re: subpoena to Gunderson's firm | 150.00 | 0.10 | 15.00 |
| 04/06/05 | RMS | TC Neihan and respond via e-mail re subpoena objections | 150.00 | 0.40 | 60.00 |
| 04/12/05 | RMS | TC atty Kirshenbaum re: discovery requests | 150.00 | 0.20 | 30.00 |
| 04/12/05 | RMS | Rev insurance docs to provide to plaintiffs | 150.00 | 0.50 | 75.00 |
| 04/12/05 | RMS | Draft letter to atty Love re: production of insurance docs | 150.00 | 0.10 | 15.00 |
| 04/12/05 | RMS | Rev. Federman MSJ | 150.00 | 0.80 | 120.00 |
| 04/29/05 | GSM | Attend deposition of William Mielcke | 150.00 | 3.10 | 465.00 |
| 05/02/05 | RMS | Review and analysis Plaintiff's memo in Opp to MSJ and supporting exhibits | 150.00 | 2.90 | 435.00 |

014

| 05/03/05 | RMS | R/S Plaintiffs' supporting citations in Opposition Memo | 150.00 | 2.30 | 345.00 |
|---|---|---|---|---|---|
| 05/04/05 | RMS | Draft arguments for Reply Memorandum, MSJ | 150.00 | 5.20 | 780.00 |
| 05/05/05 | RMS | Complete Reply Memorandum, MSJ | 150.00 | 3.80 | 570.00 |
| 05/06/05 | RMS | Draft Concise Statement of Facts, Declaration and supplement Reply memo, MSJ | 150.00 | 3.40 | 510.00 |
| 05/07/05 | RMS | Review/analysis plaintiffs' motion for summary judgment and exhibits | 150.00 | 2.20 | 330.00 |
| 05/09/05 | RMS | Attend depo atty Kent | 150.00 | 1.00 | 150.00 |
| 05/10/05 | RMS | Review and analysis plaintiffs' and defendants' motions for summary judgment | 150.00 | 3.70 | 555.00 |
| 05/10/05 | RMS | Draft status letter to Groundwater | 150.00 | 0.40 | 60.00 |
| 05/17/05 | RMS | Analysis Motions and Memos in prep for argument on Motion for Summary Judgment | 150.00 | 1.70 | 255.00 |
| 05/18/05 | RMS | Prepare arguments for MSJ | 150.00 | 2.40 | 360.00 |
| 05/18/05 | RMS | Attend hearing on motions for summary judgment | 150.00 | 2.00 | 300.00 |
| 05/18/05 | RMS | Draft report to Groundwater re: judge's rulings. | 150.00 | 0.80 | 120.00 |
| 05/26/05 | RMS | TC Groundwater re: status of mediation and plan | 150.00 | 0.10 | 15.00 |
| 05/26/05 | RMS | TC atty Beaman re: Architect cert. of completion | 150.00 | 0.20 | 30.00 |
| 06/13/05 | RMS | Review and respond to e-mails from co-defendants' counsel re: mediation | 150.00 | 0.15 | 22.50 |
| 06/25/05 | RMS | Rev. defendant Federmans' proposed mediation brief | 150.00 | 0.30 | 45.00 |
| 06/25/05 | RMS | Respond to atty Beaman proposed mediation statement | 150.00 | 0.10 | 15.00 |
| 06/27/05 | RMS | Review final draft of mediation statement of position | 150.00 | 0.20 | 30.00 |
| 07/06/05 | RMS | TC atty Krueger re: status of claims | 150.00 | 0.10 | 15.00 |
| 07/06/05 | RMS | Draft ltr Krueger re: payment of Tusher bill | 150.00 | 0.15 | 22.50 |
| 07/07/05 | RMS | TC Krueger re: status of Federman improvements | 150.00 | 0.20 | 30.00 |
| 07/08/05 | RMS | TC atty Kirshenbaum re: status of case | 150.00 | 0.15 | 22.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/14/05 | RMS | TC Groundwater re status | 150.00 | 0.05 | 7.50 |
| 07/15/05 | RMS | Attend status conf | 150.00 | 1.20 | 180.00 |
| 07/19/05 | RMS | Draft ltr Bluffs auditor re: status of case | 150.00 | 0.35 | 52.50 |
| 07/22/05 | RMS | Rev facsimile re: mediator requirements | 150.00 | 0.10 | 15.00 |
| 07/22/05 | RMS | Draft ltr Groundwater re: mediation | 150.00 | 0.05 | 7.50 |
| 07/27/05 | RMS | Draft status report Leone and Federman cases | 150.00 | 0.60 | 90.00 |
| 07/28/05 | RMS | TC Groundwater re: status and settlement plan | 150.00 | 0.10 | 15.00 |
| 07/28/05 | RMS | Draft ltr attys Love and Revere re: settlement proposals | 150.00 | 0.20 | 30.00 |
| 08/01/05 | RMS | Rev/analysis plaintiff's settlement offer | 150.00 | 0.15 | 22.50 |
| 08/01/05 | RMS | Draft letter Groundwater re: settlement offer | 150.00 | 0.05 | 7.50 |
| 08/02/05 | RMS | TC Groundwater re: settlement | 150.00 | 0.05 | 7.50 |
| 08/03/05 | RMS | TC atty Krueger re: status and plan | 150.00 | 0.10 | 15.00 |
| 08/03/05 | RMS | Draft letter to Design Committee members re: proposed settlement | 150.00 | 0.40 | 60.00 |
| 08/06/05 | RMS | R/S re: standard of review for court re: association covenants and restrictions | 150.00 | 1.35 | 202.50 |
| 08/08/05 | RMS | TC atty Krueger re: committee responses to settlement position | 150.00 | 0.10 | 15.00 |
| 08/08/05 | RMS | Draft response to settlement demand - both cases | 150.00 | 0.15 | 22.50 |
| 08/10/05 | RMS | Draft mediation statement - Federman | 150.00 | 1.20 | 180.00 |
| 08/10/05 | RMS | Draft report Groundwater on Status | 150.00 | 0.50 | 75.00 |
| 08/11/05 | RMS | TC atty Krueger (x2) re:  Board's position on settlement | 150.00 | 0.10 | 15.00 |
| 08/11/05 | RMS | Draft e-mail to board members soliciting position on settlement | 150.00 | 0.20 | 30.00 |
| 08/11/05 | RMS | Analysis plaintiff's documents re: purchase and correspondence | 150.00 | 1.35 | 202.50 |
| 08/12/05 | RMS | Analysis plaintiff's expert reports to determine whether opposing experts should be retained | 150.00 | 1.55 | 232.50 |

016

| Date | Init | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/12/05 | RMS | Respond to Board's questions re: liability of members | 150.00 | 0.95 | 142.50 |
| 08/15/05 | RMS | Further R/S re: standard of review for courts on bad actions | 150.00 | 0.65 | 97.50 |
| 08/17/05 | RMS | TC atty Beaman re: status of Federman negotiations with plaintiffs | 150.00 | 0.30 | 45.00 |
| 08/18/05 | RMS | Federman TC Groundwater re: prep for mediation | 150.00 | 0.05 | 7.50 |
| 08/18/05 | RMS | Select materials for use at mediation session | 150.00 | 1.55 | 232.50 |
| 08/22/05 | RMS | Travel to Kona for mediation | 150.00 | 1.10 | 165.00 |
| 08/22/05 | RMS | Attend mediation session | 150.00 | 3.35 | 502.50 |
| 08/22/05 | RMS | Return travel to Honolulu | 150.00 | 1.50 | 225.00 |
| 08/23/05 | RMS | Travel to Kona for mediation | 150.00 | 1.35 | 202.50 |
| 08/23/05 | RMS | Attend mediation session, site visit | 150.00 | 3.55 | 532.50 |
| 08/23/05 | RMS | Return travel to Honolulu | 150.00 | 1.30 | 195.00 |
| 08/24/05 | RMS | TC Groundwater re: results of mediation | 150.00 | 0.15 | 22.50 |
| 08/24/05 | RMS | Draft report re: mediation results | 150.00 | 0.70 | 105.00 |
| 09/02/05 | RMS | Review/inspect documents produced by plaintiff | 150.00 | 0.70 | 105.00 |
| 09/02/05 | RMS | Rev ltr Revere re: depo expert and board members | 150.00 | 0.05 | 7.50 |
| 09/02/05 | RMS | Draft ltr Revere re: depos | 150.00 | 0.05 | 7.50 |
| 09/02/05 | RMS | Draft e-mail Krueger re: depos of board members | 150.00 | 0.05 | 7.50 |
| 09/07/05 | RMS | Rev e-mails atty Krueger re: mtg with board members to discuss depositions | 150.00 | 0.20 | 30.00 |
| 09/12/05 | RMS | TC atty Krueger re: member depos | 150.00 | 0.10 | 15.00 |
| 09/21/05 | RMS | Analysis records of expert Stellmacher | 150.00 | 1.85 | 277.50 |
| 09/22/05 | RMS | TC Groundwater re: status | 150.00 | 0.15 | 22.50 |
| 09/22/05 | RMS | Leone - review ltrs atty Revere re: discovery docs | 150.00 | 0.20 | 30.00 |

017

| Date | | Description | | | |
|---|---|---|---|---|---|
| 09/23/05 | RMS | Analysis recent Hawaii Appellate case re: Community Assn and enforcement of CCRs | 150.00 | 0.60 | 90.00 |
| 09/26/05 | RMS | Review documents produced by plaintiffs | 150.00 | 1.35 | 202.50 |
| 09/27/05 | RMS | Review plaintiff's reminder re: request for discovery | 150.00 | 0.10 | 15.00 |
| 09/27/05 | RMS | Review plaintiff's discovery requests and responses of other parties. (Federman) | 150.00 | 2.40 | 360.00 |
| 10/03/05 | RMS | Review and Analyze plaintiff prod of docs. | 150.00 | 1.45 | 217.50 |
| 10/05/05 | RMS | TC Krueger re: plaintiff's request for POD | 150.00 | 0.10 | 15.00 |
| 10/06/05 | RMS | Analyze plaintiff's additional POD re: e-mails | 150.00 | 2.85 | 427.50 |
| 10/07/05 | RMS | R/S re: use of market value in expert testimony | 150.00 | 0.30 | 45.00 |
| 10/07/05 | RMS | TC atty Kand to coordinate discovery | 150.00 | 0.05 | 7.50 |
| 10/07/05 | RMS | TC Assoc. rep Mireles re: complying with plaintiff's POD. | 150.00 | 0.20 | 30.00 |
| 10/07/05 | RMS | Continue review/analysis of Plaintiff's recent POD | 150.00 | 1.85 | 277.50 |
| 10/08/05 | RMS | R/S market vaule to determine whether motion to strike plaintiff expert appropriate. | 150.00 | 1.05 | 157.50 |
| 10/10/05 | RMS | Digest depo of Guy Hands 11/29/03 for trial | 150.00 | 1.60 | 240.00 |
| 10/11/05 | RMS | Prepare for mtg and depo prep of D. Ayer | 150.00 | 1.20 | 180.00 |
| 10/12/05 | RMS | TC atty Krueger re: discovery of docs | 150.00 | 0.10 | 15.00 |
| 10/12/05 | RMS | TC Mireles re: obtain Augustine Realty records for discovery | 150.00 | 0.15 | 22.50 |
| 10/12/05 | RMS | Draft discovery response Federman 1st and 2nd POD | 150.00 | 1.90 | 285.00 |
| 10/13/05 | RMS | TC atty Love re: depos of board members | 150.00 | 0.05 | 7.50 |
| 10/13/05 | RMS | Draft e-mail request to board members re: depos | 150.00 | 0.30 | 45.00 |
| 10/14/05 | RMS | Mtg with D. Ayer in prep for depo and to obtain further docs. | 150.00 | 1.30 | 195.00 |
| 10/14/05 | RMS | Draft response to committee members' e-mail re: depos | 150.00 | 0.25 | 37.50 |
| 10/14/05 | RMS | Rev plaintiff notice of depos | 150.00 | 0.10 | 15.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/15/05 | RMS | Digest depo Reid in prep for committee member depos and argument for protective order | 150.00 | 1.35 | 202.50 |
| 10/15/05 | RMS | Analyze Hands depo 11/29/03 and draft cross-exam questions re: Western Sunview status | 150.00 | 1.75 | 262.50 |
| 10/17/05 | RMS | TC atty Kang re: discovery schedule for Federman case | 150.00 | 0.20 | 30.00 |
| 10/17/05 | RMS | Review Stringer files to select documents for POD to plaintiff. | 150.00 | 3.75 | 562.50 |
| 10/18/05 | RMS | Analyze and index docs selected for POD from Stringer files | 150.00 | 4.20 | 630.00 |
| 10/19/05 | RMS | Attend status conf. for Federman case | 150.00 | 0.80 | 120.00 |
| 10/19/05 | RMS | Continue analysis of selected POD docs from Stringer files to prepare chron | 150.00 | 3.35 | 502.50 |
| 10/19/05 | RMS | E-mails Gunderson and Leone re: need for depos and agreement | 150.00 | 0.20 | 30.00 |
| 10/20/05 | RMS | TC atty Ing and Revere re: coordinate discovery schedule for Federman and Leone cases | 150.00 | 0.40 | 60.00 |
| 10/20/05 | RMS | Select docs for depos of Gunderson and Leone | 150.00 | 0.65 | 97.50 |
| 10/21/05 | RMS | Prepare chrono with cross ref to docs and exhibits | 150.00 | 2.95 | 442.50 |
| 10/21/05 | RMS | Prepare for conference call with discovery master re: depos of board members. | 150.00 | 0.40 | 60.00 |
| 10/21/05 | RMS | Attend conference call with discovery master re: precluding further depositions of committee members. | 150.00 | 0.20 | 30.00 |
| 10/21/05 | RMS | Draft proposed order and letter to atty Revere re limitation on depos of committee members. | 150.00 | 0.30 | 45.00 |
| 10/21/05 | RMS | Draft e-mail to committee members re: discovery order and plan. | 150.00 | 0.20 | 30.00 |
| 10/21/05 | RMS | TC atty Krueger re: scope of discovery request | 150.00 | 0.05 | 7.50 |
| 10/22/05 | RMS | E-mail atty Revere re: additonal docs and disc sched. | 150.00 | 0.10 | 15.00 |
| 10/22/05 | RMS | E-mail Gunderson/ Leone re: depo prep | 150.00 | 0.10 | 15.00 |
| 10/22/05 | RMS | Analysis docs from Plaintiff to prepare Gunderson/Leone | 150.00 | 1.85 | 277.50 |
| 10/23/05 | RMS | Further selection of docs for Gunderson depo prep | 150.00 | 2.40 | 360.00 |
| 10/24/05 | RMS | Analyze association documents kept by Augustine Realty and Stringer Architects to provide to expert Knox and for Gunderson depo prep | 150.00 | 3.25 | 487.50 |
| 10/24/05 | RMS | TC atty Krueger re: documents to be produced | 150.00 | 0.10 | 15.00 |

019

| 10/24/05 | RMS | TC Groundwater re: status | 150.00 | 0.10 | 15.00 |
| 10/24/05 | RMS | Mtg with Ayer re: additional documents kept by Stringer Architects | 150.00 | 0.50 | 75.00 |
| 10/25/05 | RMS | Select and organize docs for depo prep of Gunderson; draft letter transmittal to Gunderson | 150.00 | 2.40 | 360.00 |
| 10/26/05 | RMS | Prepare for depo expert Stellmacher | 150.00 | 3.10 | 465.00 |
| 10/26/05 | RMS | Attend/take depo Stellmacher | 150.00 | 3.60 | 540.00 |
| 10/26/05 | RMS | Draft ltr Groundwater re: status | 150.00 | 0.40 | 60.00 |
| 10/26/05 | RMS | Prep for depo expert Callies | 150.00 | 1.20 | 180.00 |
| 10/27/05 | RMS | Further depo prep for expert Callies | 150.00 | 1.10 | 165.00 |
| 10/27/05 | RMS | Take depo expert Callies | 150.00 | 1.40 | 210.00 |
| 10/27/05 | RMS | Analyze docs from atty Krueger for POD | 150.00 | 1.05 | 157.50 |
| 10/27/05 | RMS | Select exhibits for Motion for Summary Judgment | 150.00 | 2.00 | 300.00 |
| 10/28/05 | RMS | Analysis caselaw re: burden of proof, enforcement of CCR, servitudes | 150.00 | 1.80 | 270.00 |
| 10/28/05 | RMS | Draft MSJ and Concise Statement of Facts (supplement and update prior motion) | 150.00 | 5.70 | 855.00 |
| 10/29/05 | RMS | Supplement MSJ and CSOF  - Federman | 150.00 | 3.20 | 480.00 |
| 10/29/05 | RMS | Analyze selected documents and make notes for discussion with Gunderson in preparation for deposition. | 150.00 | 0.90 | 135.00 |
| 10/30/05 | RMS | Prepare for discussion with Gunderson in prep for deposition | 150.00 | 0.55 | 82.50 |
| 10/30/05 | RMS | Analysis expert Reinhardt rept re: Federman in prep for depo Reinhardt. | 150.00 | 4.20 | 630.00 |
| 10/31/05 | RMS | Further prep questions for expert Reinhardt depo | 150.00 | 1.90 | 285.00 |
| 10/31/05 | RMS | Take depo expert Reinhardt | 150.00 | 3.10 | 465.00 |
| 10/31/05 | RMS | Rev/analysis docs from atty Krueger file for prod to plaintiff. | 150.00 | 0.55 | 82.50 |
| 10/31/05 | RMS | Further prep for discussion with Gunderson | 150.00 | 0.30 | 45.00 |
| 10/31/05 | RMS | TC Gunderson re: preparation for deposition | 150.00 | 0.90 | 135.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|------|----------|-------------|------|-------|--------|
| 11/01/05 | RMS | Prep for discussion with Leone | 150.00 | 0.40 | 60.00 |
| 11/01/05 | RMS | TC Leone re: deposition preparation | 150.00 | 0.40 | 60.00 |
| 11/01/05 | RMS | Mtg with Ayer re: declaration for MSJ | 150.00 | 1.00 | 150.00 |
| 11/01/05 | RMS | Draft Declaration for Ayer in support of MSJ | 150.00 | 0.40 | 60.00 |
| 11/01/05 | RMS | Supplement MSJ Federman | 150.00 | 1.50 | 225.00 |
| 11/01/05 | RMS | Analysis records from atty Krueger for production of docs. | 150.00 | 1.55 | 232.50 |
| 11/02/05 | RMS | Complete review of atty Krueger docs for production of docs. | 150.00 | 0.70 | 105.00 |
| 11/03/05 | RMS | Attend expert Medusky deposition | 150.00 | 1.70 | 255.00 |
| 11/03/05 | RMS | Analysis docs and draft 2nd supplemental response to prod of docs. | 150.00 | 1.55 | 232.50 |
| 11/04/05 | RMS | TC atty Krueger re: additional materials for production | 150.00 | 0.15 | 22.50 |
| 11/04/05 | RMS | Draft privilege log for discovery | 150.00 | 1.30 | 195.00 |
| 11/04/05 | RMS | Draft 2nd supplemental respnse to POD | 150.00 | 1.50 | 225.00 |
| 11/04/05 | RMS | Rev/analysis of plaintiffs' prior subpoena/motions/memos re: Federman lawsuit in prep for depos Leone and Gunderson | 150.00 | 1.85 | 277.50 |
| 11/05/05 | RMS | Review and analysis docs subpoenaed by plaintiff from Stringer Architects prior to lawsuit filed against Assoc. | 150.00 | 1.45 | 217.50 |
| 11/06/05 | RMS | Further comprehensive review of docs from Augusting Realty, atty Krueger and Stringer Architects to ensure witnesses Gunderson and Leone are prepared for depo | 150.00 | 2.25 | 337.50 |
| 11/07/05 | RMS | Rev. Plaintiff's request for admissions to anticipate issues for depos of Leone and Gunderson | 150.00 | 0.50 | 75.00 |
| 11/08/05 | RMS | Travel to San Francisco for depos Gunderson/Leone | 150.00 | 3.75 | 562.50 |
| 11/08/05 | RMS | TC Leone re: depo prep | 150.00 | 0.10 | 15.00 |
| 11/09/05 | RMS | Attend depo Gunderson | 150.00 | 2.60 | 390.00 |
| 11/09/05 | RMS | Mtg with Leone in prep for depo | 150.00 | 0.10 | 15.00 |
| 11/09/05 | RMS | Attend depo Leone | 150.00 | 1.25 | 187.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 11/09/05 | RMS | Mtg. with Gunderson re: depo prep | 150.00 | 0.20 | 30.00 |
| 11/10/05 | RMS | Return travel to Honolulu | 150.00 | 3.75 | 562.50 |
| 11/11/05 | RMS | Digest depo G. Hands 2/5/05 | 150.00 | 1.60 | 240.00 |
| 11/12/05 | RMS | Analyze expert Kacher's report and prepare questions for depositions | 150.00 | 3.70 | 555.00 |
| 11/14/05 | RMS | Prepare questions for Deborah Au deposition | 150.00 | 1.55 | 232.50 |
| 11/15/05 | RMS | Draft 3rd Supplemental POD Leone and Federman | 150.00 | 0.25 | 37.50 |
| 11/16/05 | RMS | Travel to Kona for Au depo | 150.00 | 1.25 | 187.50 |
| 11/16/05 | RMS | Attend Depo Au | 150.00 | 1.40 | 210.00 |
| 11/16/05 | RMS | Travel to Honolulu from Au depo | 150.00 | 1.40 | 210.00 |
| 11/16/05 | RMS | Prepare additional questions for expert Kacher depo | 150.00 | 0.40 | 60.00 |
| 11/17/05 | RMS | Attend depo expert Kacher | 150.00 | 2.85 | 427.50 |
| 11/17/05 | RMS | Review plaintiff motion to file appeal of protective order Leone | 150.00 | 0.30 | 45.00 |
| 11/22/05 | RMS | Analyze File # 1 of Federman file to produce to plaintiff | 150.00 | 2.40 | 360.00 |
| 11/23/05 | RMS | Review/analysis plaintiff's motion to file appeal of protective order | 150.00 | 0.25 | 37.50 |
| 11/23/05 | RMS | Review and analyze prior filings and discovery documents to formulate arguments for opposition memorandum. | 150.00 | 1.55 | 232.50 |
| 11/23/05 | RMS | Begin draft of memo in opposition to Plaintiff's request to appeal protective order. | 150.00 | 0.75 | 112.50 |
| 11/25/05 | RMS | Draft memorandum in opposition to Plaintiffs motion to appeal protective order | 150.00 | 2.40 | 360.00 |
| 11/28/05 | RMS | Analysis Stringer folders 2 and 3 on Federman lot for production of documents to plaintiff | 150.00 | 4.30 | 645.00 |
| 11/28/05 | RMS | Draft preliminary responses to Req. for Admissions | 150.00 | 2.60 | 390.00 |
| 11/28/05 | RMS | TC atty Krueger re: privileged communications in file - prod of docs. | 150.00 | 0.15 | 22.50 |
| 11/30/05 | RMS | Rev plaintiff's notices of depos, motion for commisions | 150.00 | 0.15 | 22.50 |
| 11/30/05 | RMS | Draft notes for discussion atty Krueger re: deposition and testimony | 150.00 | 0.55 | 82.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 11/30/05 | RMS | Research re: advice of counsel defense and extent of waiver of atty client privilege | 150.00 | 0.75 | 112.50 |
| 11/30/05 | RMS | TC atty Krueger re: deposition and trial testimony, atty client privilege | 150.00 | 0.15 | 22.50 |
| 12/01/05 | RMS | TC atty Krueger re: waiver of atty client privilege (both) | 150.00 | 0.15 | 22.50 |
| 12/01/05 | RMS | Respond atty Revere e-mail re: discovery (both) | 150.00 | 0.10 | 15.00 |
| 12/01/05 | RMS | Rev/analyis Western Sunview file from Stringer's records (both) | 150.00 | 1.35 | 202.50 |
| 12/03/05 | RMS | Rev/analysis Kreueger records in Federman file and Leone file | 150.00 | 1.70 | 255.00 |
| 12/06/05 | RMS | Analysis Federman and Leone related docs from atty Krueger files to identify privileged communications | 150.00 | 1.80 | 270.00 |
| 12/06/05 | RMS | Draft privilege Log Federman | 150.00 | 2.20 | 330.00 |
| 12/06/05 | RMS | Draft resp 4th supplemental resp. to First POD Federman | 150.00 | 2.10 | 315.00 |
| 12/17/05 | RMS | Analysis and Digest  2/4/05 depo Julia Hands | 150.00 | 1.30 | 195.00 |
| 12/18/05 | RMS | Draft order denying Plaintiff motion to appeal | 150.00 | 0.05 | 7.50 |
| 12/19/05 | RMS | Digest depo of J. Hands 12/2/03 | 150.00 | 1.70 | 255.00 |
| 12/22/05 | RMS | Review and analysis plaintiff's argument and request for hrg discovery master re: depo committee member/atty Krueger | 150.00 | 0.35 | 52.50 |
| 12/24/05 | RMS | Draft response to plaintiff request for hearing with discovery master | 150.00 | 1.55 | 232.50 |
| 12/26/05 | RMS | Digest depo of expert Callies | 150.00 | 1.60 | 240.00 |
| 01/02/06 | RMS | Review atty Krueger depo to determine whether necessary to supplement letter brief to discovery master | 150.00 | 1.10 | 165.00 |
| 01/06/06 | RMS | Review plaintiff memo in opp MSJ (Federman) | 150.00 | 1.10 | 165.00 |
| 01/09/06 | RMS | Review and analyze plaintiff memo in opp to MSJ - Federman | 150.00 | 2.70 | 405.00 |
| 01/10/06 | RMS | Analysis plaintiffs memo in opp to MSJ - Federman | 150.00 | 3.20 | 480.00 |
| 01/11/06 | RMS | Draft Reply Memo in support of MSJ - Federman | 150.00 | 8.70 | 1,305.00 |
| 01/12/06 | RMS | TC Krueger re: desig nated rep for assoc. at trial | 150.00 | 0.20 | 30.00 |
| 01/13/06 | RMS | Take depo of Loriann Gordon | 150.00 | 0.50 | 75.00 |

023

| 01/23/06 | RMS | Review all motions for summary judgment, including defendant Mauna Kea - Federman | 150.00 | 2.20 | 330.00 |
| 01/24/06 | RMS | Prepare for argument on hearing for MSJ | 150.00 | 4.10 | 615.00 |
| 01/24/06 | RMS | Attend hrg on MSJ | 150.00 | 2.70 | 405.00 |
| 01/24/06 | RMS | TC mediator Hunter re: settlement | 150.00 | 0.10 | 15.00 |
| 01/24/06 | RMS | Draft ltr Groundwater re: status | 150.00 | 0.55 | 82.50 |
| 01/27/06 | RMS | Attend mediation | 150.00 | 1.80 | 270.00 |
| 02/01/06 | JLK | Analyze file regarding agreement between Western and Federman. | 150.00 | 0.20 | 30.00 |
| 02/01/06 | JLK | Analyze agreement for terms regarding landscaping sent to Krueger (via email) the agreement's conditions pertaining to landscaping. | 150.00 | 0.20 | 30.00 |
| 02/01/06 | JLK | Analyze and evaluation Plaintiff's opposition to Defendant Mauna Kea's Motion for Summary Judgment. | 150.00 | 0.30 | 45.00 |
| 02/03/06 | RMS | Draft e-mail to Committee re: proposed settlement terms | 150.00 | 0.40 | 60.00 |
| 02/04/06 | RMS | Prep for mtg with Committee re: settlement proposal | 150.00 | 0.35 | 52.50 |
| 02/04/06 | RMS | Attend teleconference with Committee re: proposed settlement | 150.00 | 0.30 | 45.00 |
| 02/04/06 | RMS | Draft e-mail to Committee re: confirmation of Committee's position re: settlement proposals | 150.00 | 0.10 | 15.00 |
| 02/16/06 | RMS | TC atty Kondo re: coordinate defense in Federman case | 150.00 | 0.20 | 30.00 |
| 03/06/06 | RMS | Review Plaintiff settlement offer and draft e-mail to Groundwater | 150.00 | 0.15 | 22.50 |
| 03/07/06 | RMS | TC atty Beaman re: impact of plaintiff's motion on settlement with Leone/Federman | 150.00 | 0.10 | 15.00 |
| 03/17/06 | RMS | Draft ltr atty Revere re: status of Federal court supplemental briefs | 150.00 | 0.40 | 60.00 |
| 04/04/06 | RMS | Review ltr Atty Revere to Judge Kobayashi re: settlement conf in Federman | 150.00 | 0.10 | 15.00 |
| 04/04/06 | RMS | Draft ltr Judge Kobayashi re: settlement conference | 150.00 | 0.10 | 15.00 |
| 04/05/06 | RMS | Draft report on status of cases to Groundwater | 150.00 | 0.55 | 82.50 |
| 04/07/06 | RMS | Analysis Plaintiffs supplement memo re: msj Federman | 150.00 | 2.30 | 345.00 |
| 04/10/06 | RMS | Attend settlement conference - Federman | 150.00 | 1.60 | 240.00 |

024

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/11/06 | RMS | Review records of trial and prior memos in search of inconsistencies in plaintiff's arguments re: supplement MSJ Federman | 150.00 | 2.40 | 360.00 |
| 04/14/06 | RMS | Further analysis of plaintiff's submittal for inconsistencies in arguments - Federman | 150.00 | 2.10 | 315.00 |
| 04/14/06 | RMS | Research judicial estoppel | 150.00 | 2.80 | 420.00 |
| 04/14/06 | RMS | Analysis factual statements in supplemental submittal to determine whether to challenge | 150.00 | 1.90 | 285.00 |
| 04/15/06 | RMS | Draft reply memo to plaintiffs; supplemental memo MSJ - Federman | 150.00 | 5.10 | 765.00 |
| 04/19/06 | RMS | Supplement memo in reply to plaintiff supplement MSJ - Federman | 150.00 | 3.30 | 495.00 |
| 04/21/06 | RMS | Supplement reply memo MSJ - Federman | 150.00 | 1.20 | 180.00 |
| 04/24/06 | RMS | Review plaintiff's motion and exhibits to plan method of presenting objections | 150.00 | 2.70 | 405.00 |
| 06/21/06 | RMS | Review/analysis Court's ruling on MSJ (Federman) | 150.00 | 0.50 | 75.00 |
| 06/23/06 | RMS | TC atty Beaman re: impact of Federman settlement on court's ruling | 150.00 | 0.30 | 45.00 |
| 06/26/06 | RMS | Mtg with atty Reverepursuant to court order re: additional trees on Federman property | 150.00 | 0.40 | 60.00 |
| 06/28/06 | RMS | Review plans and testimony of Stringer re: approval of Federman landscape plans | 150.00 | 2.90 | 435.00 |
| 07/01/06 | RMS | Rev/Analysis documents produced by parties re: Federman landscape approvals in prep for arguments/issues | 150.00 | 3.10 | 465.00 |
| 07/03/06 | RMS | Draft status report and recomendations Groundwater | 150.00 | 0.55 | 82.50 |
| 07/05/06 | RMS | TC Groundwater re: status | 150.00 | 0.10 | 15.00 |
| 07/05/06 | RMS | Review CCRs and Rules to prep arguments for supplemental motion | 150.00 | 1.70 | 255.00 |
| 07/06/06 | RMS | Attend status conference | 150.00 | 1.00 | 150.00 |
| 07/10/06 | RMS | TC atty Beaman re: request for documents | 150.00 | 0.20 | 30.00 |
| 07/11/06 | RMS | Review pleadings re: motion for clarification/recon in prep for arguments in supplemental mtn Federman landscape | 150.00 | 2.20 | 330.00 |
| 07/11/06 | RMS | Draft ltr Revere re: settlement | 150.00 | 0.25 | 37.50 |
| 07/11/06 | RMS | Resp to Monique inquiry re: status | 150.00 | 0.10 | 15.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/13/06 | RMS | TC Revere re: settlement | 150.00 | 0.15 | 22.50 |
| 07/13/06 | RMS | TC Groundwater re: settlement | 150.00 | 0.10 | 15.00 |
| 07/13/06 | RMS | Draft correspondence to Groundwater re: settlement status | 150.00 | 0.10 | 15.00 |
| 07/18/06 | RMS | Rev Plaintiffs' Suppl. Brief re: landscaping | 150.00 | 1.60 | 240.00 |
| 07/19/06 | RMS | Analysis prior plaintiffs' pleadings relative to current allegations | 150.00 | 3.70 | 555.00 |
| 07/19/06 | RMS | Draft outline for Responsive arguments | 150.00 | 3.90 | 585.00 |
| 07/20/06 | RMS | TC Ayer re: current status of Federman complaints and availability for declaration | 150.00 | 0.20 | 30.00 |
| 07/20/06 | RMS | Analysis/cross-check plaintiff's factual assertions with cited references | 150.00 | 3.70 | 555.00 |
| 07/20/06 | RMS | Analysis pleadings of parties MSJ and orders to establish history and chronology | 150.00 | 5.40 | 810.00 |
| 07/20/06 | RMS | TC atty Beaman re: current status of Federman landscaping | 150.00 | 0.20 | 30.00 |
| 07/21/06 | RMS | Continue cross-check factual assertions, includ review of depos Stringer, Ayer, Gunderson, and rev. docs produced re: plaintiffs' notice of Federman landscape plans | 150.00 | 8.60 | 1,290.00 |
| 07/22/06 | RMS | Select exhibits for Responsive brief and draft arguments | 150.00 | 8.70 | 1,305.00 |
| 07/23/06 | RMS | Continue draft Responsive brief | 150.00 | 3.10 | 465.00 |
| 07/23/06 | RMS | Draft Motion to Strike plaintiffs' supplemental brief | 150.00 | 3.40 | 510.00 |
| 07/23/06 | RMS | Draft Ayer declaration | 150.00 | 0.60 | 90.00 |
| 07/24/06 | RMS | Supplement Responsive Brief with additional exhibits | 150.00 | 2.40 | 360.00 |
| 07/25/06 | RMS | Mtg with Ayer re: declaration | 150.00 | 0.60 | 90.00 |
| 07/25/06 | RMS | TC atty Revere re: settlement position | 150.00 | 0.10 | 15.00 |
| 07/25/06 | RMS | TC Groundwater re: settlement position | 150.00 | 0.20 | 30.00 |
| 07/25/06 | RMS | Continue draft of Motion to Strike | 150.00 | 7.20 | 1,080.00 |
| 07/26/06 | RMS | Supplement/finalize Responsive Brief | 150.00 | 2.20 | 330.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/26/06 | RMS | Supplement/finalize Motion to Strike | 150.00 | 3.10 | 465.00 |
| 07/26/06 | RMS | File e-docs with Fed. Court | 150.00 | 0.80 | 120.00 |
| 07/27/06 | RMS | Review Federman Motion to Enforce Settlement | 150.00 | 1.10 | 165.00 |
| 07/28/06 | RMS | Analysis documents submitted by Beaman in Motion to Strike and formulate arguments for additional submittal in Motion to Strike | 150.00 | 1.70 | 255.00 |
| 07/28/06 | RMS | Draft addtitional argument - Supplement to Motion to Strike and Declaration | 150.00 | 3.70 | 555.00 |
| 07/31/06 | RMS | Add arguments to supplement to mtn to strike | 150.00 | 2.80 | 420.00 |
| | | | | 697.95 | 105,315.00 |
| | | General Excise Tax | | | 4,212.60 |
| | | Total Fee | | | 109,527.60 |

027