# EXHIBIT C

# (PAGES 001 – 027)

2004069 Bluffs ( Western)
Total cost:

|  | Amount |
|---|---|
| Copying | 1,476.68 |
| Outside Printing | 2,110.89 |
| Fax | 62.75 |
| Long Distance | 72.42 |
| Delivery | 65.80 |
| Postage | 42.04 |
| Travel | 937.64 |
| Subpoena and Witness Fees | 26.00 |
| Deposition transcripts | 1,368.91 |
| Expert | 187.50 |
| Witness | 33.86 |
| **Total** | **$6,384.49** |



EXHIBIT C    001

Detail

| Date | Description | Amount |
|---|---|---|
| 02/19/04 | Copies - 28 Pg(s) | 2.10 |
| 02/23/04 | Copies - 4 Pg(s) | 0.30 |
| 02/25/04 | Copies - 6 Pg(s) | 0.45 |
| 05/17/04 | Copies - 5 Pg(s) | 0.38 |
| 05/20/04 | Copies - 3 Pg(s) | 0.23 |
| 05/21/04 | Copies - 2 Pg(s) | 0.15 |
| 05/25/04 | Copies - 2 Pg(s) | 0.15 |
| 05/26/04 | Copies - 30 Pg(s) | 2.25 |
| 05/26/04 | Copies - 4 Pg(s) | 0.30 |
| 05/26/04 | Copies - 4 Pg(s) | 0.30 |
| 05/28/04 | Copies - 7 Pg(s) | 0.53 |
| 05/31/04 | Copies - 33 Pg(s) | 2.48 |
| 05/31/04 | Copies - 14 Pg(s) | 1.05 |
| 05/31/04 | Copies - 45 Pg(s) | 3.38 |
| 06/01/04 | Copies - 1 Pg(s) | 0.08 |
| 06/02/04 | Copies - 2 Pg(s) | 0.15 |
| 06/02/04 | Copies - 3 Pg(s) | 0.23 |
| 06/06/04 | Copies - 11 Pg(s) | 0.83 |
| 06/06/04 | Copies - 99 Pg(s) | 7.43 |
| 06/07/04 | Copies - 3 Pg(s) | 0.23 |
| 06/09/04 | Copies - 1 Pg(s) | 0.08 |

| Date | Description | Amount |
|---|---|---|
| 06/10/04 | Copies - 6 Pg(s) | 0.45 |
| 06/10/04 | Copies - 2 Pg(s) | 0.15 |
| 06/10/04 | Copies - 2 Pg(s) | 0.15 |
| 06/14/04 | Copies - 2 Pg(s) | 0.15 |
| 06/18/04 | Copies - 7 Pg(s) | 0.53 |
| 06/21/04 | Copies - 3 Pg(s) | 0.23 |
| 06/21/04 | Copies - 8 Pg(s) | 0.60 |
| 06/22/04 | Copies - 2 Pg(s) | 0.15 |
| 06/22/04 | Copies - 1 Pg(s) | 0.08 |
| 06/22/04 | Copies - 6 Pg(s) | 0.45 |
| 06/23/04 | Copies - 61 Pg(s) | 4.58 |
| 06/25/04 | Copies - 54 Pg(s) | 4.05 |
| 06/25/04 | Copies - 18 Pg(s) | 1.35 |
| 06/30/04 | Copies - 3 Pg(s) | 0.23 |
| 07/01/04 | Copies - 1 Pg(s) | 0.08 |
| 07/02/04 | Copies - 1 Pg(s) | 0.08 |
| 07/02/04 | Copies - 1 Pg(s) | 0.08 |
| 07/02/04 | Copies - 56 Pg(s) | 4.20 |
| 07/02/04 | Copies - 11 Pg(s) | 0.83 |
| 07/04/04 | Copies - 33 Pg(s) | 2.48 |
| 07/04/04 | Copies - 6 Pg(s) | 0.45 |
| 07/04/04 | Copies - 30 Pg(s) | 2.25 |

003

| Date | Description | Amount |
|---|---|---|
| 07/04/04 | Copies - 49 Pg(s) | 3.68 |
| 07/05/04 | Copies - 12 Pg(s) | 0.90 |
| 07/05/04 | Copies - 42 Pg(s) | 3.15 |
| 07/05/04 | Copies - 6 Pg(s) | 0.45 |
| 07/05/04 | Copies - 21 Pg(s) | 1.58 |
| 07/05/04 | Copies - 19 Pg(s) | 1.43 |
| 07/06/04 | Copies - 1 Pg(s) | 0.08 |
| 07/06/04 | Copies - 10 Pg(s) | 0.75 |
| 07/08/04 | Copies - 3 Pg(s) | 0.23 |
| 07/08/04 | Copies - 127 Pg(s) | 9.53 |
| 07/12/04 | Copies - 7 Pg(s) | 0.53 |
| 07/12/04 | Copies - 4 Pg(s) | 0.30 |
| 07/13/04 | Copies - 12 Pg(s) | 0.90 |
| 07/14/04 | Copies - 1 Pg(s) | 0.08 |
| 07/14/04 | Copies - 2 Pg(s) | 0.15 |
| 07/19/04 | Copies - 4 Pg(s) | 0.30 |
| 07/22/04 | Copies - 2 Pg(s) | 0.15 |
| 07/23/04 | Copies - 84 Pg(s) | 6.30 |
| 07/24/04 | Copies - 4 Pg(s) | 0.30 |
| 07/26/04 | Copies - 4 Pg(s) | 0.30 |
| 07/28/04 | Copies - 3 Pg(s) | 0.23 |
| 07/29/04 | Copies - 3 Pg(s) | 0.23 |

| Date | Description | Amount |
|---|---|---|
| 07/29/04 | Copies - 4 Pg(s) | 0.30 |
| 07/29/04 | Copies - 50 Pg(s) | 3.75 |
| 07/30/04 | Copies - 6 Pg(s) | 0.45 |
| 07/30/04 | Copies - 12 Pg(s) | 0.90 |
| 07/30/04 | Copies - 162 Pg(s)  Copies of initial disclosure | 12.15 |
| 07/31/04 | Copies - 3 Pg(s) | 0.23 |
| 07/31/04 | Copies - 2 Pg(s) | 0.15 |
| 08/01/04 | Copies - 1 Pg(s) | 0.08 |
| 08/01/04 | Copies - 1 Pg(s) | 0.08 |
| 08/02/04 | Copies - 30 Pg(s) | 2.25 |
| 08/02/04 | Copies - 2 Pg(s) | 0.15 |
| 08/03/04 | Copies - 9 Pg(s) | 0.68 |
| 08/03/04 | Copies - 2 Pg(s) | 0.15 |
| 08/03/04 | Copies - 4 Pg(s) | 0.30 |
| 08/03/04 | Copies - 4 Pg(s) | 0.30 |
| 08/03/04 | Copies - 7 Pg(s) | 0.53 |
| 08/04/04 | Copies - 81 Pg(s) | 6.08 |
| 08/04/04 | Copies - 1 Pg(s) | 0.08 |
| 08/05/04 | Copies - 4 Pg(s) | 0.30 |
| 08/05/04 | Copies - 3 Pg(s) | 0.23 |
| 08/05/04 | Copies - 2 Pg(s) | 0.15 |
| 08/05/04 | Copies - 3 Pg(s) | 0.23 |

| Date | Description | Amount |
|---|---|---|
| 08/05/04 | Copies - 397 Pg(s) Copies of statement of facts and memo in opp | 29.78 |
| 08/06/04 | Copies - 2 Pg(s) | 0.15 |
| 08/06/04 | Copies - 6 Pg(s) | 0.45 |
| 08/09/04 | Copies - 87 Pg(s) | 6.53 |
| 08/09/04 | Copies - 5 Pg(s) | 0.38 |
| 08/09/04 | Copies - 12 Pg(s) | 0.90 |
| 08/10/04 | Copies - 17 Pg(s) | 1.28 |
| 08/10/04 | Copies - 2 Pg(s) | 0.15 |
| 08/10/04 | Copies - 1 Pg(s) | 0.08 |
| 08/10/04 | Copies - 2 Pg(s) | 0.15 |
| 08/10/04 | Copies - 8 Pg(s) | 0.60 |
| 08/10/04 | Copies - 2 Pg(s) | 0.15 |
| 08/11/04 | Copies - 19 Pg(s) | 1.43 |
| 08/11/04 | Copies - 495 Pg(s) Copies of memo in opp and concise statement of facts | 37.13 |
| 08/12/04 | Copies - 260 Pg(s)  Copies to answer to 1st amended complaint | 19.50 |
| 08/12/04 | Copies - 47 Pg(s) | 3.53 |
| 08/13/04 | Copies - 8 Pg(s) | 0.60 |
| 08/13/04 | Copies - 8 Pg(s) | 0.60 |
| 08/13/04 | Copies - 8 Pg(s) | 0.60 |
| 08/14/04 | Copies - 6 Pg(s) | 0.45 |
| 08/14/04 | Copies - 11 Pg(s) | 0.83 |
| 08/14/04 | Copies - 7 Pg(s) | 0.53 |

006

| Date | Description | Amount |
|---|---|---|
| 08/14/04 | Copies - 18 Pg(s) | 1.35 |
| 08/14/04 | Copies - 9 Pg(s) | 0.68 |
| 08/17/04 | Copies - 4 Pg(s) | 0.30 |
| 08/19/04 | Copies - 6 Pg(s) | 0.45 |
| 08/19/04 | Copies - 9 Pg(s) | 0.68 |
| 08/23/04 | Copies - 106 Pg(s)  Copies of documents from Stringer | 7.95 |
| 08/27/04 | Copies - 1 Pg(s) | 0.08 |
| 08/30/04 | Copies - 54 Pg(s) | 4.05 |
| 08/30/04 | Copies - 9 Pg(s) | 0.68 |
| 08/30/04 | Copies - 28 Pg(s) | 2.10 |
| 09/01/04 | Copies - 1 Pg(s) | 0.08 |
| 09/02/04 | Copies - 3 Pg(s) | 0.23 |
| 09/10/04 | Copies - 22 Pg(s) | 1.65 |
| 09/17/04 | Copies - 51 Pg(s) | 3.83 |
| 09/17/04 | Copies - 209 Pg(s) Copies of an order for clients and documents to Stingel | 15.68 |
| 09/20/04 | Copies - 216 Pg(s) Continued Copies of an order for clients and documents to Stingel | 16.20 |
| 09/20/04 | Copies - 3 Pg(s) | 0.23 |
| 09/20/04 | Copies - 3 Pg(s) | 0.23 |
| 09/20/04 | Copies - 12 Pg(s) | 0.90 |
| 09/20/04 | Copies - 1 Pg(s) | 0.08 |
| 09/28/04 | Copies - 1 Pg(s) | 0.08 |
| 09/30/04 | Copies - 3 Pg(s) | 0.23 |

| | | |
|---|---|---:|
| 10/01/04 | Copies - 3 Pg(s) | 0.23 |
| 10/04/04 | Copies - 47 Pg(s) | 3.53 |
| 10/04/04 | Copies - 1 Pg(s) | 0.08 |
| 10/07/04 | Copies - 3 Pg(s) | 0.23 |
| 10/19/04 | Copies - 1 Pg(s) | 0.08 |
| 10/21/04 | Copies - 4 Pg(s) | 0.30 |
| 10/22/04 | Copies - 2 Pg(s) | 0.15 |
| 10/28/04 | Copies - 13 Pg(s) | 0.98 |
| 11/02/04 | Copies - 4 Pg(s) | 0.30 |
| 11/02/04 | Copies - 2 Pg(s) | 0.15 |
| 11/02/04 | Copies - 8 Pg(s) | 0.60 |
| 11/02/04 | Copies - 123 Pg(s) | 9.23 |
| 11/03/04 | Copies - 44 Pg(s) | 3.30 |
| 11/05/04 | Copies - 3 Pg(s) | 0.23 |
| 11/05/04 | Copies - 1 Pg(s) | 0.08 |
| 11/08/04 | Copies - 45 Pg(s) | 3.38 |
| 11/15/04 | Copies - 6 Pg(s) | 0.45 |
| 11/15/04 | Copies - 3 Pg(s) | 0.23 |
| 11/19/04 | Copies - 1 Pg(s) | 0.08 |
| 11/22/04 | Copies - 1 Pg(s) | 0.08 |
| 11/24/04 | Copies - 2 Pg(s) | 0.15 |
| 11/24/04 | Copies - 6 Pg(s) | 0.45 |

| | | |
|---|---|---|
| 11/30/04 | Copies - 3 Pg(s) | 0.23 |
| 12/01/04 | Copies - 1 Pg(s) | 0.08 |
| 12/01/04 | Copies - 2 Pg(s) | 0.15 |
| 12/02/04 | Copies - 6 Pg(s) | 0.45 |
| 12/03/04 | Copies - 3 Pg(s) | 0.23 |
| 12/10/04 | Copies - 4 Pg(s) | 0.30 |
| 12/10/04 | Copies - 6 Pg(s) | 0.45 |
| 12/13/04 | Copies - 3 Pg(s) | 0.23 |
| 12/13/04 | Copies - 18 Pg(s) | 1.35 |
| 12/13/04 | Copies - 44 Pg(s) | 3.30 |
| 12/14/04 | Copies - 97 Pg(s) | 7.28 |
| 12/16/04 | Copies - 4 Pg(s) | 0.30 |
| 12/17/04 | Copies - 4 Pg(s) | 0.30 |
| 12/17/04 | Copies - 1 Pg(s) | 0.08 |
| 01/03/05 | Copies - 3 Pg(s) | 0.23 |
| 01/05/05 | Copies - 13 Pg(s) | 0.98 |
| 01/06/05 | Copies - 7 Pg(s) | 0.53 |
| 01/06/05 | Copies - 3 Pg(s) | 0.23 |
| 01/06/05 | Copies - 6 Pg(s) | 0.45 |
| 01/07/05 | Copies - 27 Pg(s) | 2.03 |
| 01/11/05 | Copies - 5 Pg(s) | 0.38 |
| 01/12/05 | Copies - 6 Pg(s) | 0.45 |

| Date | Description | Amount |
|---|---|---|
| 01/20/05 | Copies - 1 Pg(s) | 0.08 |
| 01/20/05 | Copies - 12 Pg(s) | 0.90 |
| 01/21/05 | Copies - 6 Pg(s) | 0.45 |
| 01/26/05 | Copies - 2 Pg(s) | 0.15 |
| 02/15/05 | Copies - 3 Pg(s) | 0.23 |
| 02/16/05 | Copies - 1 Pg(s) | 0.08 |
| 02/17/05 | Copies - 191 Pg(s) | 14.33 |
| 02/22/05 | Copies - 18 Pg(s) | 1.35 |
| 02/22/05 | Copies - 17 Pg(s) | 1.28 |
| 02/22/05 | Copies - 4 Pg(s) | 0.30 |
| 02/23/05 | Copies - 5 Pg(s) | 0.38 |
| 02/23/05 | Copies - 3 Pg(s) | 0.23 |
| 02/24/05 | Copies - 1 Pg(s) | 0.08 |
| 02/24/05 | Copies - 2 Pg(s) | 0.15 |
| 02/24/05 | Copies - 206 Pg(s) Copies of documents from Design Committee | 15.45 |
| 02/25/05 | Copies - 5 Pg(s) | 0.38 |
| 02/25/05 | Copies - 2 Pg(s) | 0.15 |
| 02/25/05 | Copies - 6 Pg(s) | 0.45 |
| 02/26/05 | Copies - 104 Pg(s) | 7.80 |
| 03/13/05 | Copies - 7 Pg(s) | 0.53 |
| 03/14/05 | Copies - 8 Pg(s) | 0.60 |
| 03/15/05 | Copies - 87 Pg(s) | 6.53 |

| | | |
|---|---|---|
| 03/16/05 | Copies - 20 Pg(s) | 1.50 |
| 03/16/05 | Copies - 221 Pg(s) | 16.58 |
| 03/16/05 | Copies - 10 Pg(s) | 0.75 |
| 03/18/05 | Copies - 2 Pg(s) | 0.15 |
| 03/18/05 | Copies - 2 Pg(s) | 0.15 |
| 03/22/05 | Copies - 4 Pg(s) | 0.30 |
| 03/22/05 | Copies - 1 Pg(s) | 0.08 |
| 03/22/05 | Copies - 5 Pg(s) | 0.38 |
| 03/23/05 | Copies - 223 Pg(s) Copies of Concise statement of facts and MSJ | 16.73 |
| 03/23/05 | Copies - 60 Pg(s) | 4.50 |
| 03/23/05 | Copies - 80 Pg(s) | 6.00 |
| 03/23/05 | Copies - 18 Pg(s) | 1.35 |
| 03/23/05 | Copies - 28 Pg(s) | 2.10 |
| 03/24/05 | Copies - 50 Pg(s) | 3.75 |
| 03/24/05 | Copies - 10 Pg(s) | 0.75 |
| 03/24/05 | Copies - 2 Pg(s) | 0.15 |
| 03/28/05 | Copies - 123 Pg(s) Copies of disclosure of expert witnesses | 9.23 |
| 03/28/05 | Copies - 12 Pg(s) | 0.90 |
| 03/29/05 | Copies - 3 Pg(s) | 0.23 |
| 03/29/05 | Copies - 3 Pg(s) | 0.23 |
| 03/29/05 | Copies - 6 Pg(s) | 0.45 |
| 03/29/05 | Copies - 226 Pg(s) Copies of reports by different architects that was sent to adjuster and the client | 16.95 |

| Date | Description | Amount |
|---|---|---|
| 03/29/05 | Copies - 20 Pg(s) | 1.50 |
| 03/29/05 | Copies - 14 Pg(s) | 1.05 |
| 03/30/05 | Copies - 9 Pg(s) | 0.68 |
| 03/30/05 | Copies - 2 Pg(s) | 0.15 |
| 03/31/05 | Copies - 3 Pg(s) | 0.23 |
| 04/06/05 | Copies - 2 Pg(s) | 0.15 |
| 04/12/05 | Copies - 36 Pg(s) | 2.70 |
| 04/15/05 | Copies - 8 Pg(s) | 0.60 |
| 04/29/05 | Copies - 43 Pg(s) | 3.23 |
| 05/02/05 | Copies - 1 Pg(s) | 0.08 |
| 05/04/05 | Copies - 21 Pg(s) | 1.58 |
| 05/06/05 | Copies - 339 Pg(s) Copies of supplemental concise statement of facts and reply memo | 25.43 |
| 05/06/05 | Copies - 1 Pg(s) | 0.08 |
| 05/11/05 | Copies - 6 Pg(s) | 0.45 |
| 05/11/05 | Copies - 8 Pg(s) | 0.60 |
| 05/12/05 | Copies - 1 Pg(s) | 0.08 |
| 05/12/05 | Copies - 4 Pg(s) | 0.30 |
| 05/12/05 | Copies - 1 Pg(s) | 0.08 |
| 05/13/05 | Copies - 34 Pg(s) | 2.55 |
| 05/13/05 | Copies - 4 Pg(s) | 0.30 |
| 05/16/05 | Copies - 2 Pg(s) | 0.15 |
| 05/16/05 | Copies - 19 Pg(s) | 1.43 |

| Date | Description | Amount |
|---|---|---|
| 05/16/05 | Copies - 26 Pg(s) | 1.95 |
| 05/16/05 | Copies - 10 Pg(s) | 0.75 |
| 05/16/05 | Copies - 6 Pg(s) | 0.45 |
| 05/18/05 | Copies - 4 Pg(s) | 0.30 |
| 05/20/05 | Copies - 3 Pg(s) | 0.23 |
| 05/20/05 | Copies - 4 Pg(s) | 0.30 |
| 05/20/05 | Copies - 3 Pg(s) | 0.23 |
| 05/26/05 | Copies - 1 Pg(s) | 0.08 |
| 06/06/05 | Copies - 15 Pg(s) | 1.13 |
| 06/30/05 | Copies - 3 Pg(s) | 0.23 |
| 07/01/05 | Copies - 1 Pg(s) | 0.08 |
| 07/06/05 | Copies - 2 Pg(s) | 0.15 |
| 07/07/05 | Copies - 3 Pg(s) | 0.23 |
| 07/08/05 | Copies - 4 Pg(s) | 0.30 |
| 07/08/05 | Copies - 4 Pg(s) | 0.30 |
| 07/14/05 | Copies - 26 Pg(s) | 1.95 |
| 07/14/05 | Copies - 3 Pg(s) | 0.23 |
| 07/14/05 | Copies - 80 Pg(s) | 6.00 |
| 07/14/05 | Copies - 1 Pg(s) | 0.08 |
| 07/14/05 | Copies - 13 Pg(s) | 0.98 |
| 07/14/05 | Copies - 13 Pg(s) | 0.98 |
| 07/19/05 | Copies - 4 Pg(s) | 0.30 |

| | | |
|---|---|---|
| 07/19/05 | Copies - 6 Pg(s) | 0.45 |
| 07/22/05 | Copies - 17 Pg(s) | 1.28 |
| 07/22/05 | Copies - 5 Pg(s) | 0.38 |
| 07/27/05 | Copies - 128 Pg(s) copies of documents | 9.60 |
| 08/01/05 | Copies - 48 Pg(s) | 3.60 |
| 08/04/05 | Copies - 2 Pg(s) | 0.15 |
| 08/09/05 | Copies - 34 Pg(s) | 2.55 |
| 08/09/05 | Copies - 48 Pg(s) | 3.60 |
| 08/09/05 | Copies - 12 Pg(s) | 0.90 |
| 08/09/05 | Copies - 3 Pg(s) | 0.23 |
| 08/09/05 | Copies - 1 Pg(s) | 0.08 |
| 08/09/05 | Copies - 5 Pg(s) | 0.38 |
| 08/11/05 | Copies - 29 Pg(s) | 2.18 |
| 08/11/05 | Copies - 3 Pg(s) | 0.23 |
| 08/11/05 | Copies - 7 Pg(s) | 0.53 |
| 08/12/05 | Copies - 8 Pg(s) | 0.60 |
| 08/15/05 | Copies - 28 Pg(s) | 2.10 |
| 08/15/05 | Copies - 3 Pg(s) | 0.23 |
| 08/15/05 | Copies - 7 Pg(s) | 0.53 |
| 08/16/05 | Copies - 3 Pg(s) | 0.23 |
| 08/17/05 | Copies - 3 Pg(s) | 0.23 |
| 08/18/05 | Copies - 6 Pg(s) | 0.45 |

| Date | Description | Amount |
|------|-------------|--------|
| 08/18/05 | Copies - 2 Pg(s) | 0.15 |
| 08/18/05 | Copies - 7 Pg(s) | 0.53 |
| 08/18/05 | Copies - 3 Pg(s) | 0.23 |
| 08/18/05 | Copies - 1 Pg(s) | 0.08 |
| 08/18/05 | Copies - 2 Pg(s) | 0.15 |
| 08/18/05 | Copies - 172 Pg(s)- Expert reports | 12.90 |
| 08/24/05 | Copies - 12 Pg(s) | 0.90 |
| 08/25/05 | Copies - 2 Pg(s) | 0.15 |
| 08/25/05 | Copies - 2 Pg(s) | 0.15 |
| 08/25/05 | Copies - 3 Pg(s) | 0.23 |
| 08/27/05 | Copies - 2 Pg(s) | 0.15 |
| 08/29/05 | Copies - 1 Pg(s) | 0.08 |
| 08/29/05 | Copies - 8 Pg(s) | 0.60 |
| 08/30/05 | Copies - 1 Pg(s) | 0.08 |
| 08/30/05 | Copies - 1 Pg(s) | 0.08 |
| 08/31/05 | Copies - 2 Pg(s) | 0.15 |
| 09/05/05 | Copies - 36 Pg(s) | 2.70 |
| 09/06/05 | Copies - 8 Pg(s) | 0.60 |
| 09/06/05 | Copies - 4 Pg(s) | 0.30 |
| 09/07/05 | Copies - 11 Pg(s) | 0.83 |
| 09/07/05 | Copies - 81 Pg(s) | 6.08 |
| 09/08/05 | Copies - 1 Pg(s) | 0.08 |

015

| | | |
|---|---|---|
| 09/08/05 | Copies - 2 Pg(s) | 0.15 |
| 09/08/05 | Copies - 9 Pg(s) | 0.68 |
| 09/08/05 | Copies - 2 Pg(s) | 0.15 |
| 09/08/05 | Copies - 2 Pg(s) | 0.15 |
| 09/12/05 | Copies - 2 Pg(s) | 0.15 |
| 09/14/05 | Copies - 13 Pg(s) | 0.98 |
| 09/14/05 | Copies - 8 Pg(s) | 0.60 |
| 09/16/05 | Copies - 3 Pg(s) | 0.23 |
| 09/16/05 | Copies - 3 Pg(s) | 0.23 |
| 09/16/05 | Copies - 2 Pg(s) | 0.15 |
| 09/19/05 | Copies - 3 Pg(s) | 0.23 |
| 09/19/05 | Copies - 2 Pg(s) | 0.15 |
| 09/20/05 | Copies - 1 Pg(s) | 0.08 |
| 09/20/05 | Copies - 9 Pg(s) | 0.68 |
| 09/21/05 | Copies - 12 Pg(s) | 0.90 |
| 09/21/05 | Copies - 23 Pg(s) | 1.73 |
| 09/22/05 | Copies - 1 Pg(s) | 0.08 |
| 09/23/05 | Copies - 3 Pg(s) | 0.23 |
| 09/23/05 | Copies - 30 Pg(s) | 2.25 |
| 09/23/05 | Copies - 33 Pg(s) | 2.48 |
| 09/26/05 | Copies - 1 Pg(s) | 0.08 |
| 09/26/05 | Copies - 3 Pg(s) | 0.23 |

| Date | Description | Amount |
|------|-------------|--------|
| 09/27/05 | Copies - 6 Pg(s) | 0.45 |
| 09/27/05 | Copies - 2 Pg(s) | 0.15 |
| 09/27/05 | Copies - 4 Pg(s) | 0.30 |
| 09/27/05 | Copies - 2 Pg(s) | 0.15 |
| 09/27/05 | Copies - 4 Pg(s) | 0.30 |
| 09/27/05 | Copies - 2 Pg(s) | 0.15 |
| 09/29/05 | Copies - 9 Pg(s) | 0.68 |
| 09/29/05 | Copies - 1 Pg(s) | 0.08 |
| 10/05/05 | Copies - 10 Pg(s) | 0.75 |
| 10/05/05 | Copies - 2 Pg(s) | 0.15 |
| 10/05/05 | Copies - 3 Pg(s) | 0.23 |
| 10/05/05 | Copies - 68 Pg(s) | 5.10 |
| 10/05/05 | Copies - 67 Pg(s) | 5.03 |
| 10/06/05 | Copies - 4 Pg(s) | 0.30 |
| 10/06/05 | Copies - 6 Pg(s) | 0.45 |
| 10/06/05 | Copies - 6 Pg(s) | 0.45 |
| 10/06/05 | Copies - 3 Pg(s) | 0.23 |
| 10/06/05 | Copies - 2 Pg(s) | 0.15 |
| 10/07/05 | Copies - 4 Pg(s) | 0.30 |
| 10/07/05 | Copies - 3 Pg(s) | 0.23 |
| 10/11/05 | Copies - 15 Pg(s) | 1.13 |
| 10/11/05 | Copies - 18 Pg(s) | 1.35 |

| | | |
|---|---|---|
| 10/11/05 | Copies - 92 Pg(s) | 6.90 |
| 10/11/05 | Copies - 61 Pg(s) | 4.58 |
| 10/11/05 | Copies - 18 Pg(s) | 1.35 |
| 10/11/05 | Copies - 16 Pg(s) | 1.20 |
| 10/11/05 | Copies - 31 Pg(s) | 2.33 |
| 10/11/05 | Copies - 3 Pg(s) | 0.23 |
| 10/11/05 | Copies - 24 Pg(s) | 1.80 |
| 10/11/05 | Copies - 6 Pg(s) | 0.45 |
| 10/11/05 | Copies - 6 Pg(s) | 0.45 |
| 10/11/05 | Copies - 1 Pg(s) | 0.08 |
| 10/12/05 | Copies - 28 Pg(s) | 2.10 |
| 10/12/05 | Copies - 1 Pg(s) | 0.08 |
| 10/12/05 | Copies - 3 Pg(s) | 0.23 |
| 10/12/05 | Copies - 3 Pg(s) | 0.23 |
| 10/12/05 | Copies - 6 Pg(s) | 0.45 |
| 10/12/05 | Copies - 112 Pg(s) Docuemnts for experts review | 8.40 |
| 10/13/05 | Copies - 3 Pg(s) | 0.23 |
| 10/13/05 | Copies - 1 Pg(s) | 0.08 |
| 10/13/05 | Copies - 2 Pg(s) | 0.15 |
| 10/13/05 | Copies - 2 Pg(s) | 0.15 |
| 10/13/05 | Copies - 1 Pg(s) | 0.08 |
| 10/13/05 | Copies - 3 Pg(s) | 0.23 |

| Date | Description | Amount |
|---|---|---|
| 10/13/05 | Copies - 100 Pg(s) Response to PO, 1st request, 2nd request and Leone 1st req. | 7.50 |
| 10/14/05 | Copies - 21 Pg(s) | 1.58 |
| 10/15/05 | Copies - 12 Pg(s) | 0.90 |
| 10/15/05 | Copies - 7 Pg(s) | 0.53 |
| 10/15/05 | Copies - 1 Pg(s) | 0.08 |
| 10/17/05 | Copies - 21 Pg(s) | 1.58 |
| 10/17/05 | Copies - 12 Pg(s) | 0.90 |
| 10/17/05 | Copies - 4 Pg(s) | 0.30 |
| 10/17/05 | Copies - 6 Pg(s) | 0.45 |
| 10/17/05 | Copies - 1 Pg(s) | 0.08 |
| 10/18/05 | Copies - 15 Pg(s) | 1.13 |
| 10/18/05 | Copies - 4 Pg(s) | 0.30 |
| 10/18/05 | Copies - 1 Pg(s) | 0.08 |
| 10/18/05 | Copies - 1 Pg(s) | 0.08 |
| 10/18/05 | Copies - 6 Pg(s) | 0.45 |
| 10/19/05 | Copies - 12 Pg(s) | 0.90 |
| 10/19/05 | Copies - 5 Pg(s) | 0.38 |
| 10/19/05 | Copies - 1 Pg(s) | 0.08 |
| 10/19/05 | Copies - 1 Pg(s) | 0.08 |
| 10/20/05 | Copies - 1 Pg(s) | 0.08 |
| 10/20/05 | Copies - 2 Pg(s) | 0.15 |
| 10/20/05 | Copies - 47 Pg(s) | 3.53 |

| | | |
|---|---|---|
| 10/20/05 | Copies - 4 Pg(s) | 0.30 |
| 10/21/05 | Copies - 8 Pg(s) | 0.60 |
| 10/21/05 | Copies - 3 Pg(s) | 0.23 |
| 10/21/05 | Copies - 8 Pg(s) | 0.60 |
| 10/21/05 | Copies - 4 Pg(s) | 0.30 |
| 10/21/05 | Copies - 1 Pg(s) | 0.08 |
| 10/21/05 | Copies - 9 Pg(s) | 0.68 |
| 10/23/05 | Copies - 371 Pg(s) Documents re Leone requests for approval of improvements/variance for expert and witness preparation | 27.83 |
| 10/23/05 | Copies - 50 Pg(s) | 3.75 |
| 10/23/05 | Copies - 25 Pg(s) | 1.88 |
| 10/23/05 | Copies - 4 Pg(s) | 0.30 |
| 10/23/05 | Copies - 1 Pg(s) | 0.08 |
| 10/24/05 | Copies - 6 Pg(s) | 0.45 |
| 10/24/05 | Copies - 14 Pg(s) | 1.05 |
| 10/24/05 | Copies - 21 Pg(s) | 1.58 |
| 10/24/05 | Copies - 4 Pg(s) | 0.30 |
| 10/24/05 | Copies - 23 Pg(s) | 1.73 |
| 10/24/05 | Copies - 1 Pg(s) | 0.08 |
| 10/24/05 | Copies - 40 Pg(s) | 3.00 |
| 10/24/05 | Copies - 47 Pg(s) | 3.53 |
| 10/24/05 | Copies - 10 Pg(s) | 0.75 |
| 10/24/05 | Copies - 5 Pg(s) | 0.38 |

| | | |
|---|---|---|
| 10/24/05 | Copies - 4 Pg(s) | 0.30 |
| 10/24/05 | Copies - 22 Pg(s) | 1.65 |
| 10/24/05 | Copies - 50 Pg(s) | 3.75 |
| 10/24/05 | Copies - 1 Pg(s) | 0.08 |
| 10/24/05 | Copies - 10 Pg(s) | 0.75 |
| 10/24/05 | Copies - 1 Pg(s) | 0.08 |
| 10/25/05 | Copies - 1 Pg(s) | 0.08 |
| 10/25/05 | Copies - 21 Pg(s) | 1.58 |
| 10/25/05 | Copies - 52 Pg(s) | 3.90 |
| 10/25/05 | Copies - 63 Pg(s) | 4.73 |
| 10/25/05 | Copies - 56 Pg(s) | 4.20 |
| 10/25/05 | Copies - 2 Pg(s) | 0.15 |
| 10/25/05 | Copies - 136 Pg(s) Documents for witnesses Leone and Gunderson in preparation for deposition | 10.20 |
| 10/25/05 | Copies - 17 Pg(s) | 1.28 |
| 10/25/05 | Copies - 2 Pg(s) | 0.15 |
| 10/25/05 | Copies - 8 Pg(s) | 0.60 |
| 10/25/05 | Copies - 8 Pg(s) | 0.60 |
| 10/26/05 | Copies - 5 Pg(s) | 0.38 |
| 10/26/05 | Copies - 1 Pg(s) | 0.08 |
| 10/26/05 | Copies - 6 Pg(s) | 0.45 |
| 10/26/05 | Copies - 11 Pg(s) | 0.83 |
| 10/26/05 | Copies - 6 Pg(s) | 0.45 |

| Date | Description | Amount |
|---|---|---|
| 10/26/05 | Copies - 1 Pg(s) | 0.08 |
| 10/26/05 | Copies - 2 Pg(s) | 0.15 |
| 10/26/05 | Copies - 3 Pg(s) | 0.23 |
| 10/27/05 | Copies - 57 Pg(s) | 4.28 |
| 10/27/05 | Copies - 3 Pg(s) | 0.23 |
| 10/27/05 | Copies - 1 Pg(s) | 0.08 |
| 10/27/05 | Copies - 12 Pg(s) | 0.90 |
| 10/27/05 | Copies - 66 Pg(s) | 4.95 |
| 10/27/05 | Copies - 2 Pg(s) | 0.15 |
| 10/27/05 | Copies - 2 Pg(s) | 0.15 |
| 10/27/05 | Copies - 12 Pg(s) | 0.90 |
| 10/27/05 | Copies - 2 Pg(s) | 0.15 |
| 10/27/05 | Copies - 3 Pg(s) | 0.23 |
| 10/28/05 | Copies - 9 Pg(s) | 0.68 |
| 10/28/05 | Copies - 3 Pg(s) | 0.23 |
| 10/28/05 | Copies - 3 Pg(s) | 0.23 |
| 10/28/05 | Copies - 108 Pg(s) Additional documents for expert review | 8.10 |
| 10/29/05 | Copies - 4 Pg(s) | 0.30 |
| 10/29/05 | Copies - 20 Pg(s) | 1.50 |
| 10/31/05 | Copies - 16 Pg(s) | 1.20 |
| 11/01/05 | Copies - 2 Pg(s) | 0.15 |
| 11/01/05 | Copies - 12 Pg(s) | 0.90 |

| | | |
|---|---|---:|
| 11/01/05 | Copies - 310 Pg(s)  Concise statement of facts | 23.25 |
| 11/01/05 | Copies - 9 Pg(s) | 0.68 |
| 11/01/05 | Copies - 1 Pg(s) | 0.08 |
| 11/01/05 | Copies - 9 Pg(s) | 0.68 |
| 11/01/05 | Copies - 21 Pg(s) | 1.58 |
| 11/01/05 | Copies - 10 Pg(s) | 0.75 |
| 11/01/05 | Copies - 2 Pg(s) | 0.15 |
| 11/01/05 | Copies - 4 Pg(s) | 0.30 |
| 11/02/05 | Copies - 26 Pg(s) | 1.95 |
| 11/02/05 | Copies - 17 Pg(s) | 1.28 |
| 11/02/05 | Copies - 2 Pg(s) | 0.15 |
| 11/02/05 | Copies - 2 Pg(s) | 0.15 |
| 11/02/05 | Copies - 7 Pg(s) | 0.53 |
| 11/03/05 | Copies - 87 Pg(s) | 6.53 |
| 11/03/05 | Copies - 29 Pg(s) | 2.18 |
| 11/03/05 | Copies - 17 Pg(s) | 1.28 |
| 11/04/05 | Copies - 7 Pg(s) | 0.53 |
| 11/04/05 | Copies - 9 Pg(s) | 0.68 |
| 11/04/05 | Copies - 52 Pg(s) | 3.90 |
| 11/05/05 | Copies - 54 Pg(s) | 4.05 |
| 11/05/05 | Copies - 1 Pg(s) | 0.08 |
| 11/05/05 | Copies - 7 Pg(s) | 0.53 |

| Date | Description | Amount |
|---|---|---|
| 11/05/05 | Copies - 14 Pg(s) | 1.05 |
| 11/07/05 | Copies - 2 Pg(s) | 0.15 |
| 11/07/05 | Copies - 14 Pg(s) | 1.05 |
| 11/07/05 | Copies - 50 Pg(s) | 3.75 |
| 11/08/05 | Copies - 11 Pg(s) | 0.83 |
| 11/10/05 | Copies - 6 Pg(s) | 0.45 |
| 11/10/05 | Copies - 6 Pg(s) | 0.45 |
| 11/10/05 | Copies - 21 Pg(s) | 1.58 |
| 11/14/05 | Copies - 201 Pg(s) Doug Leone and Robert Gunderson's depositions | 15.08 |
| 11/14/05 | Copies - 4 Pg(s) | 0.30 |
| 11/14/05 | Copies - 1 Pg(s) | 0.08 |
| 11/15/05 | Copies - 1 Pg(s) | 0.08 |
| 11/15/05 | Copies - 7 Pg(s) | 0.53 |
| 11/15/05 | Copies - 2 Pg(s) | 0.15 |
| 11/15/05 | Copies - 16 Pg(s) | 1.20 |
| 11/15/05 | Copies - 20 Pg(s) | 1.50 |
| 11/15/05 | Copies - 1 Pg(s) | 0.08 |
| 11/15/05 | Copies - 5 Pg(s) | 0.38 |
| 11/16/05 | Copies - 1 Pg(s) | 0.08 |
| 11/16/05 | Copies - 1 Pg(s) | 0.08 |
| 11/16/05 | Copies - 1 Pg(s) | 0.08 |
| 11/16/05 | Copies - 79 Pg(s) | 5.93 |

| Date | Description | Amount |
|---|---|---|
| 11/17/05 | Copies - 15 Pg(s) | 1.13 |
| 11/18/05 | Copies - 42 Pg(s) | 3.15 |
| 11/18/05 | Copies - 30 Pg(s) | 2.25 |
| 11/18/05 | Copies - 21 Pg(s) | 1.58 |
| 11/18/05 | Copies - 17 Pg(s) | 1.28 |
| 11/18/05 | Copies - 2 Pg(s) | 0.15 |
| 11/18/05 | Copies - 12 Pg(s) | 0.90 |
| 11/22/05 | Copies - 1 Pg(s) | 0.08 |
| 11/22/05 | Copies - 268 Pg(s) Motion for summary judgment | 20.10 |
| 11/22/05 | Copies - 232 Pg(s) Motion summary judgment | 17.40 |
| 11/22/05 | Copies - 2 Pg(s) | 0.15 |
| 11/23/05 | Copies - 6 Pg(s) | 0.45 |
| 11/23/05 | Copies - 2 Pg(s) | 0.15 |
| 11/23/05 | Copies - 9 Pg(s) | 0.68 |
| 11/23/05 | Copies - 2 Pg(s) | 0.15 |
| 11/23/05 | Copies - 2 Pg(s) | 0.15 |
| 11/23/05 | Copies - 9 Pg(s) | 0.68 |
| 11/23/05 | Copies - 5 Pg(s) | 0.38 |
| 11/25/05 | Copies - 3 Pg(s) | 0.23 |
| 11/25/05 | Copies - 1 Pg(s) | 0.08 |
| 11/25/05 | Copies - 4 Pg(s) | 0.30 |
| 11/25/05 | Copies - 3 Pg(s) | 0.23 |

| | | |
|---|---|---:|
| 11/25/05 | Copies - 1 Pg(s) | 0.08 |
| 11/27/05 | Copies - 7 Pg(s) | 0.53 |
| 11/28/05 | Copies - 13 Pg(s) | 0.98 |
| 11/28/05 | Copies - 189 Pg(s)   Memo in Oppo | 14.18 |
| 11/28/05 | Copies - 1 Pg(s) | 0.08 |
| 11/28/05 | Copies - 3 Pg(s) | 0.23 |
| 11/29/05 | Copies - 16 Pg(s) | 1.20 |
| 11/30/05 | Copies - 1 Pg(s) | 0.08 |
| 11/30/05 | Copies - 1 Pg(s) | 0.08 |
| 11/30/05 | Copies - 2 Pg(s) | 0.15 |
| 12/01/05 | Copies - 6 Pg(s) | 0.45 |
| 12/01/05 | Copies - 4 Pg(s) | 0.30 |
| 12/01/05 | Copies - 2 Pg(s) | 0.15 |
| 12/02/05 | Copies - 120 Pg(s) Response to RAI, POD & Admissions | 9.00 |
| 12/02/05 | Copies - 2 Pg(s) | 0.15 |
| 12/03/05 | Copies - 6 Pg(s) | 0.45 |
| 12/05/05 | Copies - 3 Pg(s) | 0.23 |
| 12/05/05 | Copies - 9 Pg(s) | 0.68 |
| 12/05/05 | Copies - 31 Pg(s) | 2.33 |
| 12/06/05 | Copies - 6 Pg(s) | 0.45 |
| 12/06/05 | Copies - 5 Pg(s) | 0.38 |
| 12/07/05 | Copies - 20 Pg(s) | 1.50 |

| | | |
|---|---|---|
| 12/07/05 | Copies - 31 Pg(s) | 2.33 |
| 12/08/05 | Copies - 97 Pg(s) | 7.28 |
| 12/08/05 | Copies - 15 Pg(s) | 1.13 |
| 12/08/05 | Copies - 3 Pg(s) | 0.23 |
| 12/09/05 | Copies - 31 Pg(s) | 2.33 |
| 12/09/05 | Copies - 1 Pg(s) | 0.08 |
| 12/09/05 | Copies - 2 Pg(s) | 0.15 |
| 12/12/05 | Copies - 84 Pg(s) | 6.30 |
| 12/12/05 | Copies - 3 Pg(s) | 0.23 |
| 12/12/05 | Copies - 1 Pg(s) | 0.08 |
| 12/13/05 | Copies - 2 Pg(s) | 0.15 |
| 12/14/05 | Copies - 3 Pg(s) | 0.23 |
| 12/15/05 | Copies - 1 Pg(s) | 0.08 |
| 12/15/05 | Copies - 10 Pg(s) | 0.75 |
| 12/16/05 | Copies - 1 Pg(s) | 0.08 |
| 12/16/05 | Copies - 3 Pg(s) | 0.23 |
| 12/16/05 | Copies - 3 Pg(s) | 0.23 |
| 12/16/05 | Copies - 3 Pg(s) | 0.23 |
| 12/18/05 | Copies - 4 Pg(s) | 0.30 |
| 12/19/05 | Copies - 3 Pg(s) | 0.23 |
| 12/20/05 | Copies - 11 Pg(s) | 0.83 |
| 12/21/05 | Copies - 15 Pg(s) | 1.13 |