# EXHIBIT C

# (PAGES 028 – 055)

| 12/21/05 | Copies - 5 Pg(s) | 0.38 |
| 12/21/05 | Copies - 9 Pg(s) | 0.68 |
| 12/27/05 | Copies - 2 Pg(s) | 0.15 |
| 12/27/05 | Copies - 13 Pg(s) | 0.98 |
| 12/28/05 | Copies - 4 Pg(s) | 0.30 |
| 12/28/05 | Copies - 13 Pg(s) | 0.98 |
| 12/29/05 | Copies - 6 Pg(s) | 0.45 |
| 12/29/05 | Copies - 1 Pg(s) | 0.08 |
| 12/29/05 | Copies - 22 Pg(s) | 1.65 |
| 12/29/05 | Copies - 4 Pg(s) | 0.30 |
| 12/29/05 | Copies - 23 Pg(s) | 1.73 |
| 12/29/05 | Copies - 48 Pg(s) | 3.60 |
| 12/30/05 | Copies - 2 Pg(s) | 0.15 |
| 01/02/06 | Copies - 1 Pg(s) | 0.08 |
| 01/02/06 | Copies - 1 Pg(s) | 0.08 |
| 01/02/06 | Copies - 1 Pg(s) | 0.08 |
| 01/02/06 | Copies - 72 Pg(s) | 5.40 |
| 01/02/06 | Copies - 16 Pg(s) | 1.20 |
| 01/03/06 | Copies - 8 Pg(s) | 0.60 |
| 01/03/06 | Copies - 170 Pg(s) Clients depo transcripts | 12.75 |
| 01/03/06 | Copies - 2 Pg(s) | 0.15 |
| 01/04/06 | Copies - 1 Pg(s) | 0.08 |

| | | |
|---|---|---|
| 01/04/06 | Copies - 1 Pg(s) | 0.08 |
| 01/04/06 | Copies - 30 Pg(s) | 2.25 |
| 01/05/06 | Copies - 17 Pg(s) | 1.28 |
| 01/05/06 | Copies - 1 Pg(s) | 0.08 |
| 01/05/06 | Copies - 5 Pg(s) | 0.38 |
| 01/06/06 | Copies - 1 Pg(s) | 0.08 |
| 01/06/06 | Copies - 76 Pg(s) | 5.70 |
| 01/07/06 | Copies - 7 Pg(s) | 0.53 |
| 01/09/06 | Copies - 270 Pg(s) Trial documents | 20.25 |
| 01/09/06 | Copies - 154 Pg(s) Trial documents | 11.55 |
| 01/09/06 | Copies - 7 Pg(s) | 0.53 |
| 01/09/06 | Copies - 2 Pg(s) | 0.15 |
| 01/09/06 | Copies - 3 Pg(s) | 0.23 |
| 01/09/06 | Copies - 4 Pg(s) | 0.30 |
| 01/09/06 | Copies - 3 Pg(s) | 0.23 |
| 01/09/06 | Copies - 3 Pg(s) | 0.23 |
| 01/09/06 | Copies - 28 Pg(s) | 2.10 |
| 01/09/06 | Copies - 10 Pg(s) | 0.75 |
| 01/10/06 | Copies - 31 Pg(s) | 2.33 |
| 01/10/06 | Copies - 70 Pg(s) | 5.25 |
| 01/10/06 | Copies - 1 Pg(s) | 0.08 |
| 01/10/06 | Copies - 7 Pg(s) | 0.53 |

| Date | Description | Amount |
|---|---|---|
| 01/10/06 | Copies - 3 Pg(s) | 0.23 |
| 01/10/06 | Copies - 207 Pg(s)  Memos in opp to plaintiff's MIL | 15.53 |
| 01/10/06 | Copies - 1 Pg(s) | 0.08 |
| 01/10/06 | Copies - 2 Pg(s) | 0.15 |
| 01/10/06 | Copies - 8 Pg(s) | 0.60 |
| 01/10/06 | Copies - 1 Pg(s) | 0.08 |
| 01/10/06 | Copies - 2 Pg(s) | 0.15 |
| 01/10/06 | Copies - 12 Pg(s) | 0.90 |
| 01/10/06 | Copies - 17 Pg(s) | 1.28 |
| 01/10/06 | Copies - 14 Pg(s) | 1.05 |
| 01/11/06 | Copies - 19 Pg(s) | 1.43 |
| 01/11/06 | Copies - 1 Pg(s) | 0.08 |
| 01/11/06 | Copies - 1 Pg(s) | 0.08 |
| 01/11/06 | Copies - 2 Pg(s) | 0.15 |
| 01/11/06 | Copies - 37 Pg(s) | 2.78 |
| 01/12/06 | Copies - 125 Pg(s) Admissions and response to 3rd Req for PODs | 9.38 |
| 01/12/06 | Copies - 2 Pg(s) | 0.15 |
| 01/12/06 | Copies - 7 Pg(s) | 0.53 |
| 01/12/06 | Copies - 1 Pg(s) | 0.08 |
| 01/14/06 | Copies - 250 Pg(s) Trial prep, deposition transcript and trial exhibits | 18.75 |
| 01/14/06 | Copies - 114 Pg(s) Continued Trial prep, deposition transcript and trial exhibits | 8.55 |
| 01/14/06 | Copies - 7 Pg(s) | 0.53 |

| | | |
|---|---|---:|
| 01/14/06 | Copies - 6 Pg(s) | 0.45 |
| 01/15/06 | Copies - 38 Pg(s) | 2.85 |
| 01/15/06 | Copies - 12 Pg(s) | 0.90 |
| 01/16/06 | Copies - 4 Pg(s) | 0.30 |
| 01/16/06 | Copies - 6 Pg(s) | 0.45 |
| 01/17/06 | Copies - 8 Pg(s) | 0.60 |
| 01/17/06 | Copies - 3 Pg(s) | 0.23 |
| 01/17/06 | Copies - 41 Pg(s) | 3.08 |
| 01/18/06 | Copies - 76 Pg(s) | 5.70 |
| 01/18/06 | Copies - 3 Pg(s) | 0.23 |
| 01/18/06 | Copies - 9 Pg(s) | 0.68 |
| 01/19/06 | Copies - 15 Pg(s) | 1.13 |
| 01/19/06 | Copies - 2 Pg(s) | 0.15 |
| 01/19/06 | Copies - 9 Pg(s) | 0.68 |
| 01/19/06 | Copies - 2 Pg(s) | 0.15 |
| 01/19/06 | Copies - 1 Pg(s) | 0.08 |
| 01/19/06 | Copies - 1 Pg(s) | 0.08 |
| 01/19/06 | Copies - 39 Pg(s) | 2.93 |
| 01/20/06 | Copies - 20 Pg(s) | 1.50 |
| 01/20/06 | Copies - 19 Pg(s) | 1.43 |
| 01/20/06 | Copies - 16 Pg(s) | 1.20 |
| 01/21/06 | Copies - 159 Pg(s) Exhibits for trial/cross-exam | 11.93 |

| | | |
|---|---|---|
| 01/23/06 | Copies - 2 Pg(s) | 0.15 |
| 01/23/06 | Copies - 119 Pg(s)  Our final pretrial statement | 8.93 |
| 01/23/06 | Copies - 6 Pg(s) | 0.45 |
| 01/23/06 | Copies - 3 Pg(s) | 0.23 |
| 01/23/06 | Copies - 80 Pg(s) | 6.00 |
| 01/23/06 | Copies - 16 Pg(s) | 1.20 |
| 01/24/06 | Copies - 36 Pg(s) | 2.70 |
| 01/24/06 | Copies - 1 Pg(s) | 0.08 |
| 01/25/06 | Copies - 12 Pg(s) | 0.90 |
| 01/25/06 | Copies - 28 Pg(s) | 2.10 |
| 01/25/06 | Copies - 2 Pg(s) | 0.15 |
| 01/26/06 | Copies - 11 Pg(s) | 0.83 |
| 01/26/06 | Copies - 12 Pg(s) | 0.90 |
| 01/26/06 | Copies - 26 Pg(s) | 1.95 |
| 01/26/06 | Copies - 63 Pg(s) | 4.73 |
| 01/26/06 | Copies - 57 Pg(s) | 4.28 |
| 01/26/06 | Copies - 3 Pg(s) | 0.23 |
| 01/26/06 | Copies - 8 Pg(s) | 0.60 |
| 01/26/06 | Copies - 3 Pg(s) | 0.23 |
| 01/26/06 | Copies - 4 Pg(s) | 0.30 |
| 01/26/06 | Copies - 1 Pg(s) | 0.08 |
| 01/26/06 | Copies - 6 Pg(s) | 0.45 |

| 01/27/06 | Copies - 96 Pg(s) | 7.20 |
| 01/27/06 | Copies - 88 Pg(s) | 6.60 |
| 01/27/06 | Copies - 40 Pg(s) | 3.00 |
| 01/27/06 | Copies - 3 Pg(s) | 0.23 |
| 01/27/06 | Copies - 6 Pg(s) | 0.45 |
| 01/27/06 | Copies - 1 Pg(s) | 0.08 |
| 01/27/06 | Copies - 7 Pg(s) | 0.53 |
| 01/27/06 | Copies - 6 Pg(s) | 0.45 |
| 01/27/06 | Copies - 2 Pg(s) | 0.15 |
| 01/28/06 | Copies - 76 Pg(s) | 5.70 |
| 01/28/06 | Copies - 35 Pg(s) | 2.63 |
| 01/28/06 | Copies - 24 Pg(s) | 1.80 |
| 01/28/06 | Copies - 19 Pg(s) | 1.43 |
| 01/28/06 | Copies - 55 Pg(s) | 4.13 |
| 01/28/06 | Copies - 6 Pg(s) | 0.45 |
| 01/28/06 | Copies - 3 Pg(s) | 0.23 |
| 01/30/06 | Copies - 2 Pg(s) | 0.15 |
| 01/30/06 | Copies - 1 Pg(s) | 0.08 |
| 01/30/06 | Copies - 3 Pg(s) | 0.23 |
| 01/30/06 | Copies - 4 Pg(s) | 0.30 |
| 01/30/06 | Copies - 2 Pg(s) | 0.15 |
| 01/30/06 | Copies - 4 Pg(s) | 0.30 |

| | | |
|---|---|---|
| 01/31/06 | Copies - 43 Pg(s) | 3.23 |
| 01/31/06 | Copies - 3 Pg(s) | 0.23 |
| 01/31/06 | Copies - 1 Pg(s) | 0.08 |
| 01/31/06 | Copies - 3 Pg(s) | 0.23 |
| 02/01/06 | Copies - 1 Pg(s) | 0.08 |
| 02/03/06 | Copies - 2 Pg(s) | 0.15 |
| 02/03/06 | Copies - 3 Pg(s) | 0.23 |
| 02/03/06 | Copies - 2 Pg(s) | 0.15 |
| 02/04/06 | Copies - 41 Pg(s) | 3.08 |
| 02/06/06 | Copies - 26 Pg(s) | 1.95 |
| 02/06/06 | Copies - 3 Pg(s) | 0.23 |
| 02/06/06 | Copies - 2 Pg(s) | 0.15 |
| 02/07/06 | Copies - 25 Pg(s) | 1.88 |
| 02/07/06 | Copies - 18 Pg(s) | 1.35 |
| 02/07/06 | Copies - 17 Pg(s) | 1.28 |
| 02/07/06 | Copies - 2 Pg(s) | 0.15 |
| 02/07/06 | Copies - 1 Pg(s) | 0.08 |
| 02/07/06 | Copies - 2 Pg(s) | 0.15 |
| 02/08/06 | Copies - 3 Pg(s) | 0.23 |
| 02/08/06 | Copies - 1 Pg(s) | 0.08 |
| 02/10/06 | Copies - 5 Pg(s) | 0.38 |
| 02/10/06 | Copies - 6 Pg(s) | 0.45 |

| | | |
|---|---|---|
| 02/12/06 | Copies - 1 Pg(s) | 0.08 |
| 02/13/06 | Copies - 5 Pg(s) | 0.38 |
| 02/13/06 | Copies - 13 Pg(s) | 0.98 |
| 02/13/06 | Copies - 48 Pg(s) | 3.60 |
| 02/14/06 | Copies - 21 Pg(s) | 1.58 |
| 02/14/06 | Copies - 2 Pg(s) | 0.15 |
| 02/14/06 | Copies - 3 Pg(s) | 0.23 |
| 02/16/06 | Copies - 1 Pg(s) | 0.08 |
| 02/17/06 | Copies - 9 Pg(s) | 0.68 |
| 02/21/06 | Copies - 2 Pg(s) | 0.15 |
| 02/21/06 | Copies - 3 Pg(s) | 0.23 |
| 02/22/06 | Copies - 8 Pg(s) | 0.60 |
| 02/23/06 | Copies - 1 Pg(s) | 0.08 |
| 02/23/06 | Copies - 6 Pg(s) | 0.45 |
| 02/23/06 | Copies - 3 Pg(s) | 0.23 |
| 02/27/06 | Copies - 1 Pg(s) | 0.08 |
| 02/28/06 | Copies - 12 Pg(s) | 0.90 |
| 02/28/06 | Copies - 18 Pg(s) | 1.35 |
| 02/28/06 | Copies - 45 Pg(s) | 3.38 |
| 02/28/06 | Copies - 1 Pg(s) | 0.08 |
| 02/28/06 | Copies - 5 Pg(s) | 0.38 |
| 02/28/06 | Copies - 2 Pg(s) | 0.15 |

| Date | Description | Amount |
|---|---|---|
| 02/28/06 | Copies - 1 Pg(s) | 0.08 |
| 02/28/06 | Copies - 91 Pg(s) | 6.83 |
| 03/01/06 | Copies - 1 Pg(s) | 0.08 |
| 03/01/06 | Copies - 3 Pg(s) | 0.23 |
| 03/01/06 | Copies - 1 Pg(s) | 0.08 |
| 03/06/06 | Copies - 4 Pg(s) | 0.30 |
| 03/06/06 | Copies - 1 Pg(s) | 0.08 |
| 03/07/06 | Copies - 36 Pg(s) | 2.70 |
| 03/07/06 | Copies - 2 Pg(s) | 0.15 |
| 03/07/06 | Copies - 9 Pg(s) | 0.68 |
| 03/07/06 | Copies - 1 Pg(s) | 0.08 |
| 03/07/06 | Copies - 3 Pg(s) | 0.23 |
| 03/08/06 | Copies - 3 Pg(s) | 0.23 |
| 03/09/06 | Copies - 2 Pg(s) | 0.15 |
| 03/09/06 | Copies - 1 Pg(s) | 0.08 |
| 03/09/06 | Copies - 1 Pg(s) | 0.08 |
| 03/09/06 | Copies - 1 Pg(s) | 0.08 |
| 03/13/06 | Copies - 1 Pg(s) | 0.08 |
| 03/16/06 | Copies - 12 Pg(s) | 0.90 |
| 03/17/06 | Copies - 2 Pg(s) | 0.15 |
| 03/26/06 | Copies - 3 Pg(s) | 0.23 |
| 03/27/06 | Copies - 1 Pg(s) | 0.08 |

| 03/29/06 | Copies - 24 Pg(s) | 1.80 |
| 03/30/06 | Copies - 66 Pg(s) | 4.95 |
| 03/30/06 | Copies - 1 Pg(s) | 0.08 |
| 03/31/06 | Copies - 6 Pg(s) | 0.45 |
| 03/31/06 | Copies - 2 Pg(s) | 0.15 |
| 03/31/06 | Copies - 2 Pg(s) | 0.15 |
| 04/11/06 | Copies - 53 Pg(s) | 3.98 |
| 04/14/06 | Copies - 27 Pg(s) | 2.03 |
| 04/21/06 | Copies - 119 Pg(s) Reply to plaintiff's supp brief | 8.93 |
| 04/28/06 | Copies - 6 Pg(s) | 0.45 |
| 05/01/06 | Copies - 1379Pg(s) Memo in Opposition | 103.43 |
| 05/11/06 | Copies - 102 Pg(s) | 7.65 |
| 05/17/06 | Copies - 31 Pg(s) | 2.33 |
| 06/19/06 | Copies - 3 Pg(s) | 0.23 |
| 07/25/06 | Copies - 352 Pg(s) exhibits to the docs  to motion to strike plaintiff supp brief and response | 26.40 |
| 07/26/06 | Copies - 673 Pg(s) Motion to strike plaintiff's supp brief an response to plaintiffs' supp brief | 50.48 |
| | **Total Copying** | **1,476.68** |

| 02/23/04 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A135852; Outside printing/809 B&W Copying, 1 Color copying and 7 B&W oversize copying | 70.21 |
| 06/21/04 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # M333894; Outside printing/3,864 File copies; 5 oversize copies 11X17; 2 oversize 30X42 and 1 oversize copy 15X24 | 224.69 |
| 06/30/04 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A137027; Outside printing/2,548 B&W Copying; 4 color copying | 245.48 |
| 08/19/04 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # M334356; Outside printing/834 File Copies-Depos, 1 Color copy | 62.18 |

| Date | Description | Amount |
|---|---|---|
| 09/30/04 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A137949; Outside printing/1,838 B&W Copying, 17 Color Copying and 3 Color copying 11X17 | 184.19 |
| 01/24/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A139425; Outside printing/450 B&W Copying, 90 B&W Copying; 30 Color Copying, 12 Color Copying | 49.69 |
| 01/24/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A139439; Outside printing/6 Color Copying; 93 B&W File Copying | 7.29 |
| 03/29/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A140267; Outside printing/1,892 File Copying, 32 Color Copying 4 Color Copying | 186.38 |
| 03/30/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A140453; Outside printing/490 B&W Copying | 30.63 |
| 03/30/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A140404; Outside printing/1,107 B&W Copying and 9 Color Copying | 51.28 |
| 03/30/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # Q570636; Outside printing/687 File Copies | 35.78 |
| 09/16/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # Q574376; Outside printing/819 File Copies | 34.13 |
| 09/27/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # Q574485; Outside printing/8 Color copies | 3.96 |
| 10/14/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # Q574717; Outside printing/512 Copies | 21.34 |
| 10/20/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143198; Outside printing/2,214 B&W Copying | 138.38 |
| 10/20/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143204; Outside printing/35 Color Copying | 17.32 |
| 10/28/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143360; Outside printing/131 B&W Copying | 10.92 |
| 11/09/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143363; Outside printing/6 Color Copying | 8.91 |
| 11/09/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143288; Outside printing/5 Color Copying | 4.95 |
| 11/10/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143455; Outside printing/122 File Copies, 29 Color copying and 1 color copying | 26.60 |
| 11/10/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143456; Outside printing/224 File Copies, & B&W Copying and 1 Color copying | 24.30 |
| 11/10/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143420; Outside printing/9 Color Copying | 4.46 |
| 11/10/05 | Vendor AUGUSTINE REALTY; Invoice # 1; Outside printing/Copy of file re: Sanford Robertson 10/12/05 | 30.75 |
| 11/23/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143457; Outside printing/515 File copies | 37.55 |
| 11/30/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143575; Outside printing/446 B&W Copying, 14 B&W Copying and 2 Color Copying | 36.79 |
| 12/16/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143932; Outside printing/15 Color Copying | 7.42 |

| | | |
|---|---|---|
| 12/16/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143899; Outside printing/4 B&W oversize 30X42 adn 2 B&W Oversize 11X7 | 10.49 |
| 12/29/05 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A143965; Outside printing/185 B&W Copying | 11.56 |
| 01/31/06 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A144103; Outside printing/133 B&W Copies | 6.93 |
| 01/31/06 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A144271; Outside printing/6 Deposition Copying, 40 Color Copying | 20.17 |
| 03/09/06 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A144785; Outside printing/108 B&W Copying | 6.75 |
| 04/28/06 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A145503; Outside printing/818 B&W Copying | 42.61 |
| 07/21/06 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A146592; Outside printing/4 36X48 Color Oversize , 4 color copying | 216.46 |
| 07/27/06 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A146670; Outside printing/8 Color Copying ; 8 Color Copying 11X17 | 12.09 |
| 07/27/06 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A146655; Outside printing/8 Color Copying | 11.88 |
| 07/27/06 | Vendor PROFESSIONAL IMAGE, INC.; Invoice # A146658; Outside printing/1 (36X48) Color oversize; 4 (36X48) Color oversize; 4 Color Copying | 216.46 |
| | **Total Outside Printing** | **2,110.89** |

| | | |
|---|---|---|
| 05/25/04 | Fax 2 Pg(s) to 18083267150 @ 50 cents per Pg. | 0.50 |
| 06/01/04 | Fax 1 Pg(s) to 5467070 @ 50 cents per Pg. | 0.25 |
| 06/04/04 | Fax 1 Pg(s) to 5467070 @ 50 cents per Pg. | 0.25 |
| 07/08/04 | Fax 7 Pg(s) to 5261857 @ 50 cents per Pg. | 1.75 |
| 07/22/04 | Fax 3 Pg(s) to 13123816246 @ 50 cents per Pg. | 0.75 |
| 07/23/04 | Fax 9 Pg(s) to 5327910 @ 50 cents per Pg. | 2.25 |
| 07/23/04 | Fax 9 Pg(s) to 5365869 @ 50 cents per Pg. | 2.25 |
| 07/23/04 | Fax 9 Pg(s) to 5467070 @ 50 cents per Pg. | 2.25 |
| 07/29/04 | Fax 2 Pg(s) to 13123816246 @ 50 cents per Pg. | 0.50 |
| 08/03/04 | Fax 10 Pg(s) to 18083297528 @ 50 cents per Pg. | 2.50 |

| | | |
|---|---|---|
| 08/04/04 | Fax 4 Pg(s) to 18083297528 @ 50 cents per Pg. | 1.00 |
| 08/05/04 | Fax 3 Pg(s) to 5467070 @ 50 cents per Pg. | 0.75 |
| 08/05/04 | Fax 3 Pg(s) to 5475880 @ 50 cents per Pg. | 0.75 |
| 08/05/04 | Fax 3 Pg(s) to 5448399 @ 50 cents per Pg. | 0.75 |
| 08/05/04 | Fax 3 Pg(s) to 5327910 @ 50 cents per Pg. | 0.75 |
| 08/05/04 | Fax 3 Pg(s) to 5365869 @ 50 cents per Pg. | 0.75 |
| 02/23/05 | Fax 2 Pg(s) to 5365869 @ 50 cents per Pg. | 0.50 |
| 02/25/05 | Fax 1 Pg(s) to 5467070 @ 50 cents per Pg. | 0.25 |
| 03/24/05 | Fax 2 Pg(s) to 5467070 @ 50 cents per Pg. | 0.50 |
| 03/24/05 | Fax 2 Pg(s) to 7925809 @ 50 cents per Pg. | 0.50 |
| 03/24/05 | Fax 2 Pg(s) to 5448399 @ 50 cents per Pg. | 0.50 |
| 03/24/05 | Fax 2 Pg(s) to 5327910 @ 50 cents per Pg. | 0.50 |
| 03/24/05 | Fax 2 Pg(s) to 5365869 @ 50 cents per Pg. | 0.50 |
| 03/24/05 | Fax 2 Pg(s) to 18089618622 @ 50 cents per Pg. | 0.50 |
| 07/15/05 | Fax 1 Pg(s) to 1(808)961-7416 @ 50 cents per Pg. | 0.25 |
| 07/28/05 | Fax 2 Pg(s) to 1(808)546-7070 @ 50 cents per Pg. | 0.50 |
| 07/28/05 | Fax 2 Pg(s) to 1(808)532-7910 @ 50 cents per Pg. | 0.50 |
| 08/01/05 | Fax 10 Pg(s) to 1(312)381-6222 @ 50 cents per Pg. | 2.50 |
| 08/01/05 | Fax 10 Pg(s) to 1(808)326-7150 @ 50 cents per Pg. | 2.50 |
| 08/01/05 | Fax 21 Pg(s) to 1(808)326-7150 @ 50 cents per Pg. | 5.25 |
| 08/01/05 | Fax 11 Pg(s) to 1(808)326-7150 @ 50 cents per Pg. | 2.75 |
| 08/08/05 | Fax 1 Pg(s) to 1(808)546-7070 @ 50 cents per Pg. | 0.25 |

| Date | Description | Amount |
|---|---|---|
| 08/11/05 | Fax 2 Pg(s) to 1(312)381-6222 @ 50 cents per Pg. | 0.50 |
| 08/26/05 | Fax 1 Pg(s) to 1(808)546-7070 @ 50 cents per Pg. | 0.25 |
| 08/26/05 | Fax 1 Pg(s) to 1(808)532-7910 @ 50 cents per Pg. | 0.25 |
| 08/31/05 | Fax 1 Pg(s) to 1(808)546-7070 @ 50 cents per Pg. | 0.25 |
| 08/31/05 | Fax 1 Pg(s) to 1(808)532-7910 @ 50 cents per Pg. | 0.25 |
| 09/02/05 | Fax 1 Pg(s) to 1(808)532-7910 @ 50 cents per Pg. | 0.25 |
| 09/12/05 | Fax 2 Pg(s) to 1(808)546-7070 @ 50 cents per Pg. | 0.50 |
| 09/12/05 | Fax 2 Pg(s) to 1(808)532-7910 @ 50 cents per Pg. | 0.50 |
| 09/15/05 | Fax 1 Pg(s) to 1(808)532-7910 @ 50 cents per Pg. | 0.25 |
| 09/22/05 | Fax 1 Pg(s) to 1(808)532-7910 @ 50 cents per Pg. | 0.25 |
| 10/05/05 | Fax 6 Pg(s) to 1(808)326-1407 @ 50 cents per Pg. | 1.50 |
| 10/07/05 | Fax 1 Pg(s) to 1(808)532-7910 @ 50 cents per Pg. | 0.25 |
| 10/19/05 | Fax 3 Pg(s) to 1(808)326-7150 @ 50 cents per Pg. | 0.75 |
| 11/01/05 | Fax 10 Pg(s) to 1(808)532-7910 @ 50 cents per Pg. | 2.50 |
| 11/02/05 | Fax 4 Pg(s) to 1(808)326-7150 @ 50 cents per Pg. | 1.00 |
| 12/15/05 | Fax 1 Pg(s) to 1(808)537-1377 @ 50 cents per Pg. | 0.25 |
| 12/27/05 | Fax 4 Pg(s) to 1(808)537-1377 @ 50 cents per Pg. | 1.00 |
| 01/10/06 | Fax 1 Pg(s) to 1(808)961-7416 @ 50 cents per Pg. | 0.25 |
| 01/10/06 | Fax 59 Pg(s) to 1(808)961-7416 @ 50 cents per Pg. | 14.75 |
| 01/25/06 | Fax 2 Pg(s) to 1(808)961-7416 @ 50 cents per Pg. | 0.50 |
| 01/31/06 | Fax 1 Pg(s) to 1(808)326-7150 @ 50 cents per Pg. | 0.25 |
| 03/17/06 | Fax 1 Pg(s) to 1(808)532-7910 @ 50 cents per Pg. | 0.25 |

**Total  Facsimile**                                                                              **62.75**

| | | |
|---|---|---|
| 02/23/04 | Long Distance Phone Charges to (908) 598-0235  08:48:00 AM | 0.35 |
| 03/15/04 | Long Distance Phone Charges to (808) 329-7706  03:42:00 PM | 0.14 |
| 03/19/04 | Long Distance Phone Charges to (808) 329-7706  04:06:00 PM | 0.88 |
| 04/01/04 | Long Distance Phone Charges to (808) 329-7706  02:59:00 PM | 0.25 |
| 05/06/04 | Long Distance Phone Charges to (808) 329-7706  09:19:00 AM | 1.26 |
| 05/17/04 | Long Distance Phone Charges to (808) 326-7170  03:38:00 PM | 0.07 |
| 05/25/04 | Long Distance Phone Charges to (808) 326-7170  08:31:00 AM | 0.14 |
| 05/25/04 | Long Distance Phone Charges to (808) 326-7170  02:13:00 PM | 0.07 |
| 05/28/04 | Long Distance Phone Charges to (206) 674-5206  01:52:00 PM | 0.11 |
| 05/28/04 | Long Distance Phone Charges to (808) 326-7170  02:20:00 PM | 0.25 |
| 06/09/04 | Long Distance Phone Charges to (808) 326-7170  11:26:00 AM | 0.21 |
| 06/10/04 | Long Distance Phone Charges to (808) 329-7706  09:02:00 AM | 0.18 |
| 06/18/04 | Long Distance Phone Charges to (808) 961-8251  09:12:00 AM | 0.04 |
| 06/22/04 | Long Distance Phone Charges to (808) 329-7706  10:57:00 AM | 0.53 |
| 06/22/04 | Long Distance Phone Charges to (808) 329-7706  01:32:00 PM | 0.32 |
| 06/22/04 | Long Distance Phone Charges to (808) 329-7706  04:18:00 PM | 0.04 |
| 06/23/04 | Long Distance Phone Charges to (808) 329-7706  03:41:00 PM | 1.16 |
| 06/23/04 | Long Distance Phone Charges to (808) 329-7528  10:34:00 AM | 0.07 |
| 06/23/04 | Long Distance Phone Charges to (808) 329-7706  10:35:00 AM | 0.04 |
| 06/23/04 | Long Distance Phone Charges to (808) 329-7706 11:23:00 AM | 0.04 |

| | | | |
|---|---|---|---|
| 06/24/04 | Long Distance Phone Charges to (808) 329-7706 | 09:32:00 AM | 0.84 |
| 06/24/04 | Long Distance Phone Charges to (808) 329-7706 | 04:35:00 PM | 0.07 |
| 06/25/04 | Long Distance Phone Charges to (808) 329-7706 | 04:31:00 PM | 0.56 |
| 07/23/04 | Long Distance Phone Charges to (312) 381-2926 | 09:03:00 AM | 0.46 |
| 07/23/04 | Long Distance Phone Charges to (808) 329-7706 | 10:26:00 AM | 0.74 |
| 07/28/04 | Long Distance Phone Charges to (808) 329-7706 | 10:07:00 AM | 0.63 |
| 07/30/04 | Long Distance Phone Charges to (312) 381-2926 | 11:13:00 AM | 0.25 |
| 07/30/04 | Long Distance Phone Charges to (808) 329-7706 | 11:49:00 AM | 0.07 |
| 08/02/04 | Long Distance Phone Charges to (808) 329-7706 | 08:26:00 AM | 0.04 |
| 08/02/04 | Long Distance Phone Charges to (808) 329-7706 | 10:28:00 AM | 0.46 |
| 08/03/04 | Long Distance Phone Charges to (808) 329-7706 | 02:23:00 PM | 0.28 |
| 08/03/04 | Long Distance Phone Charges to (808) 329-7706 | 12:27:00 PM | 0.04 |
| 08/04/04 | Long Distance Phone Charges to (808) 329-7706 | 02:02:00 PM | 0.81 |
| 08/05/04 | Long Distance Phone Charges to (808) 329-7706 | 09:13:00 AM | 0.07 |
| 08/05/04 | Long Distance Phone Charges to (808) 329-7706 | 02:59:00 PM | 0.11 |
| 08/09/04 | Long Distance Phone Charges to (808) 329-7706 | 04:23:00 PM | 0.35 |
| 08/10/04 | Long Distance Phone Charges to (808) 880-3490 | 02:29:00 PM | 0.11 |
| 08/10/04 | Long Distance Phone Charges to (808) 880-3490 | 02:43:00 PM | 0.04 |
| 08/10/04 | Long Distance Phone Charges to (808) 326-7170 | 10:11:00 AM | 0.07 |
| 08/16/04 | Long Distance Phone Charges to (808) 326-7170 | 02:49:00 PM | 0.07 |
| 08/18/04 | Long Distance Phone Charges to (808) 326-7170 | 10:24:00 AM | 0.07 |
| 08/27/04 | Long Distance Phone Charges to (312) 381-2926 | 11:00:00 AM | 0.07 |

| | | | |
|---|---|---|---|
| 09/03/04 | Long Distance Phone Charges to (808) 329-7706 | 03:28:00 PM | 0.25 |
| 09/17/04 | Long Distance Phone Charges to (808) 329-7706 | 11:02:00 AM | 0.25 |
| 10/05/04 | Long Distance Phone Charges to (808) 329-7706 | 08:52:00 AM | 0.11 |
| 10/08/04 | Long Distance Phone Charges to (808) 961-7464 | 09:53:00 AM | 0.04 |
| 10/08/04 | Long Distance Phone Charges to (808) 961-7464 | 10:03:00 AM | 0.04 |
| 10/19/04 | Long Distance Phone Charges to (808) 880-3491 | 03:23:00 PM | 0.14 |
| 11/24/04 | Long Distance Phone Charges to (808) 329-7706 | 10:58:00 AM | 0.04 |
| 11/24/04 | Long Distance Phone Charges to (808) 326-7654 | 11:00:00 AM | 0.07 |
| 11/30/04 | Long Distance Phone Charges to (808) 326-7654 | 10:41:00 AM | 0.35 |
| 12/01/04 | Long Distance Phone Charges to (808) 961-7464 | 02:10:00 PM | 0.07 |
| 12/10/04 | Long Distance Phone Charges to (312) 381-2926 | 09:40:00 AM | 0.46 |
| 12/10/04 | Long Distance Phone Charges to (808) 326-7654 | 09:50:00 AM | 0.18 |
| 12/13/04 | Long Distance Phone Charges to (808) 326-7654 | 03:46:00 PM | 0.07 |
| 12/13/04 | Long Distance Phone Charges to (808) 326-7654 | 03:47:00 PM | 0.07 |
| 01/21/05 | Long Distance Phone Charges to (808) 326-7654 | 01:09:00 PM | 0.07 |
| 01/21/05 | Long Distance Phone Charges to (808) 326-7654 | 05:35:00 PM | 1.16 |
| 01/28/05 | Long Distance Phone Charges to (808) 326-7654 | 01:27:00 PM | 0.07 |
| 02/15/05 | Long Distance Phone Charges to (808) 326-7654 | 03:19:00 PM | 1.23 |
| 02/17/05 | Long Distance Phone Charges to (312) 381-2926 | 09:41:00 AM | 0.07 |
| 02/22/05 | Long Distance Phone Charges to (808) 326-7654 | 10:10:00 AM | 0.28 |
| 02/24/05 | Long Distance Phone Charges to (312) 381-2926 | 11:25:00 AM | 0.39 |
| 02/24/05 | Long Distance Phone Charges to (808) 326-7654 | 02:22:00 PM | 0.07 |

044

| 03/09/05 | Long Distance Phone Charges to (808) 326-7654 03:12:00 PM | 0.56 |
| 03/14/05 | Long Distance Phone Charges to (650) 463-5308 10:06:00 AM | 0.07 |
| 03/18/05 | Long Distance Phone Charges to (650) 463-5308 11:27:00 AM | 0.07 |
| 03/22/05 | Long Distance Phone Charges to (650) 463-5308 09:08:00 AM | 0.07 |
| 03/22/05 | Long Distance Phone Charges to (650) 463-5308 12:59:00 PM | 0.07 |
| 04/06/05 | Long Distance Phone Charges to (650) 463-5440 02:39:00 PM | 0.35 |
| 05/26/05 | Long Distance Phone Charges to (312) 381-2926 09:44:00 AM | 0.74 |
| 07/06/05 | Long Distance Phone Charges to 1(808)326-7654 02:36pm | 0.07 |
| 07/07/05 | Long Distance Phone Charges to 1(808)326-7654 10:06am | 0.32 |
| 07/07/05 | Long Distance Phone Charges to 1(808)961-7464 02:45pm | 0.04 |
| 07/08/05 | Long Distance Phone Charges to 1(808)961-7464 08:42am | 0.04 |
| 07/08/05 | Long Distance Phone Charges to 1(808)961-7464 09:24am | 0.28 |
| 07/08/05 | Long Distance Phone Charges to 1(808)322-5910 09:44am | 0.04 |
| 07/12/05 | Long Distance Phone Charges to 1(808)326-7654 09:45am | 0.91 |
| 07/12/05 | Long Distance Phone Charges to 1(312)381-2926 09:47am | 0.04 |
| 07/15/05 | Long Distance Phone Charges to 1(312)381-2926 11:14am | 0.07 |
| 07/20/05 | Long Distance Phone Charges to 1(808)961-7464 09:10am | 0.18 |
| 07/21/05 | Long Distance Phone Charges to 1(312)381-2926 09:04am | 0.07 |
| 07/22/05 | Long Distance Phone Charges to 1(808)326-7654 10:36am | 0.39 |
| 07/28/05 | Long Distance Phone Charges to 1(312)381-2926 10:03am | 0.53 |
| 08/02/05 | Long Distance Phone Charges to 1(312)381-2926 09:56am | 0.32 |
| 08/02/05 | Long Distance Phone Charges to 1(808)326-7654 09:59am | 0.04 |

045

| | | |
|---|---|---|
| 08/03/05 | Long Distance Phone Charges to 1(808)326-7654 08:51am | 0.04 |
| 08/03/05 | Long Distance Phone Charges to 1(808)326-7654 10:02am | 0.60 |
| 08/03/05 | Long Distance Phone Charges to 1(808)961-7464 02:48pm | 0.07 |
| 08/08/05 | Long Distance Phone Charges to 1(808)326-7654 09:09am | 0.07 |
| 08/10/05 | Long Distance Phone Charges to 1(312)381-2926 09:57am | 0.04 |
| 08/11/05 | Long Distance Phone Charges to 1(808)326-7654 09:08am | 0.07 |
| 08/11/05 | Long Distance Phone Charges to 1(808)326-7654 09:38am | 0.04 |
| 08/11/05 | Long Distance Phone Charges to 1(808)326-7654 02:18pm | 0.04 |
| 08/12/05 | Long Distance Phone Charges to 1(808)326-7654 03:20pm | 0.07 |
| 08/15/05 | Long Distance Phone Charges to 1(808)961-8251 09:57am | 0.53 |
| 08/18/05 | Long Distance Phone Charges to 1(312)381-2926 10:37am | 0.35 |
| 08/18/05 | Long Distance Phone Charges to 1(808)961-7464 12:57pm | 0.18 |
| 08/23/05 | Long Distance Phone Charges to 1(312)381-2926 08:28pm | 0.07 |
| 08/29/05 | Long Distance Phone Charges to 1(415)485-5610 10:29am | 0.10 |
| 08/29/05 | Long Distance Phone Charges to 1(808)961-8251 03:58pm | 0.10 |
| 08/29/05 | Long Distance Phone Charges to 1(808)326-7654 04:00pm | 0.05 |
| 08/29/05 | Long Distance Phone Charges to 1(808)326-7654 04:27pm | 0.10 |
| 09/07/05 | Long Distance Phone Charges to 1(808)326-7654 04:12pm | 0.70 |
| 09/09/05 | Long Distance Phone Charges to 1(404)659-6600 10:41am | 0.40 |
| 09/09/05 | Long Distance Phone Charges to 1(808)326-7654 02:41pm | 0.10 |
| 09/22/05 | Long Distance Phone Charges to 1(404)659-6600 08:53am | 0.10 |
| 09/22/05 | Long Distance Phone Charges to 1(312)381-2926 09:40am | 1.20 |

| 10/05/05 | Long Distance Phone Charges to 1(808)326-7654 02:33pm | 0.10 |
| 10/06/05 | Long Distance Phone Charges to 1(808)326-7170 10:22am | 0.05 |
| 10/11/05 | Long Distance Phone Charges to 1(808)896-1661 09:43am | 0.05 |
| 10/11/05 | Long Distance Phone Charges to 1(406)257-5937 09:45am | 0.05 |
| 10/11/05 | Long Distance Phone Charges to 1(406)257-5937 01:41pm | 0.75 |
| 10/12/05 | Long Distance Phone Charges to 1(808)326-7654 09:37am | 0.75 |
| 10/12/05 | Long Distance Phone Charges to 1(808)326-7170 09:39am | 0.10 |
| 10/12/05 | Long Distance Phone Charges to 1(808)326-1101 10:51am | 0.30 |
| 10/12/05 | Long Distance Phone Charges to 1(406)257-5937 01:01pm | 0.05 |
| 10/19/05 | Long Distance Phone Charges to 1(650)854-9080 01:22pm | 0.05 |
| 10/19/05 | Long Distance Phone Charges to 1(808)326-7654 01:25pm | 0.15 |
| 10/19/05 | Long Distance Phone Charges to 1(808)326-7170 01:36pm | 0.10 |
| 10/20/05 | Long Distance Phone Charges to 1(808)244-6531 10:00am | 0.20 |
| 10/20/05 | Long Distance Phone Charges to 1(808)326-7654 04:04pm | 0.15 |
| 10/20/05 | Long Distance Phone Charges to 1(808)244-6531 07:33pm | 0.05 |
| 10/21/05 | Long Distance Phone Charges to 1(808)244-6531 10:00am | 0.70 |
| 10/24/05 | Long Distance Phone Charges to 1(312)381-2926 10:17am | 0.30 |
| 10/24/05 | Long Distance Phone Charges to 1(808)327-0035 01:48pm | 1.00 |
| 10/25/05 | Long Distance Phone Charges to 1(808)326-7654 09:51am | 0.05 |
| 10/28/05 | Long Distance Phone Charges to 1(808)329-5243 03:24pm | 0.05 |
| 10/31/05 | Long Distance Phone Charges to 1(808)880-1500 09:46am | 3.95 |
| 11/01/05 | Long Distance Phone Charges to 1(650)854-3927 08:34am | 1.80 |

| | | |
|---|---|---|
| 11/02/05 | Long Distance Phone Charges to 1(808)326-7170 02:37pm | 0.25 |
| 11/02/05 | Long Distance Phone Charges to 1(808)326-7170 02:58pm | 0.15 |
| 11/04/05 | Long Distance Phone Charges to 1(808)326-7654 09:42am | 0.05 |
| 11/04/05 | Long Distance Phone Charges to 1(808)326-7654 02:45pm | 0.10 |
| 11/07/05 | Long Distance Phone Charges to 1(808)326-7654 03:48pm | 0.10 |
| 11/07/05 | Long Distance Phone Charges to 1(808)326-7654 04:55pm | 0.55 |
| 11/07/05 | Long Distance Phone Charges to 1(808)326-7654 05:44pm | 0.20 |
| 11/11/05 | Long Distance Phone Charges to 1(406)249-9445 08:24am | 0.05 |
| 11/11/05 | Long Distance Phone Charges to 1(406)249-9445 09:52am | 0.05 |
| 11/11/05 | Long Distance Phone Charges to 1(406)249-9445 01:02pm | 0.15 |
| 11/11/05 | Long Distance Phone Charges to 1(406)249-9445 01:25pm | 0.10 |
| 11/17/05 | Long Distance Phone Charges to 1(510)887-6889 02:27pm | 0.05 |
| 11/18/05 | Long Distance Phone Charges to 1(406)328-4773 08:59am | 0.10 |
| 11/18/05 | Long Distance Phone Charges to 1(406)321-2743 09:54am | 0.05 |
| 11/18/05 | Long Distance Phone Charges to 1(406)321-2743 03:00pm | 0.05 |
| 11/21/05 | Long Distance Phone Charges to 1(808)326-7654 03:30pm | 1.00 |
| 11/21/05 | Long Distance Phone Charges to 1(808)326-7654 04:08pm | 0.15 |
| 11/22/05 | Long Distance Phone Charges to 1(808)961-7464 08:26am | 0.05 |
| 11/22/05 | Long Distance Phone Charges to 1(808)961-7464 11:02am | 0.05 |
| 11/30/05 | Long Distance Phone Charges to 1(808)326-7654 04:02pm | 0.10 |
| 12/01/05 | Long Distance Phone Charges to 1(808)326-7654 04:10pm | 0.60 |
| 12/06/05 | Long Distance Phone Charges to 1(406)257-5937 09:57am | 0.10 |

| | | |
|---|---|---|
| 12/06/05 | Long Distance Phone Charges to 1(808)326-7654 05:17pm | 0.55 |
| 12/06/05 | Long Distance Phone Charges to 1(406)257-5937 09:52am | 2.60 |
| 12/07/05 | Long Distance Phone Charges to 1(808)326-7654 02:44pm | 0.10 |
| 12/09/05 | Long Distance Phone Charges to 1(808)326-7654 09:32am | 0.70 |
| 12/13/05 | Long Distance Phone Charges to 1(312)381-2926 08:36am | 0.60 |
| 12/13/05 | Long Distance Phone Charges to 1(808)987-8694 01:45pm | 0.20 |
| 12/19/05 | Long Distance Phone Charges to 1(312)381-2926 08:59am | 0.60 |
| 12/19/05 | Long Distance Phone Charges to 1(808)326-7654 02:35pm | 1.55 |
| 12/20/05 | Long Distance Phone Charges to 1(808)326-7170 10:11am | 0.10 |
| 01/04/06 | Long Distance Phone Charges to 1(808)961-7464 04:13pm | 0.20 |
| 01/04/06 | Long Distance Phone Charges to 1(808)961-7464 02:16pm | 0.05 |
| 01/04/06 | Long Distance Phone Charges to 1(808)961-7464 04:04pm | 0.30 |
| 01/05/06 | Long Distance Phone Charges to 1(808)938-5740 10:56am | 0.05 |
| 01/05/06 | Long Distance Phone Charges to 1(312)381-2926 01:39pm | 0.05 |
| 01/06/06 | Long Distance Phone Charges to 1(312)381-2926 09:26am | 0.05 |
| 01/06/06 | Long Distance Phone Charges to 1(808)326-7654 09:28am | 0.10 |
| 01/06/06 | Long Distance Phone Charges to 1(808)326-7654 01:49pm | 0.10 |
| 01/06/06 | Long Distance Phone Charges to 1(808)961-7464 05:00pm | 0.60 |
| 01/09/06 | Long Distance Phone Charges to 1(808)938-5740 04:03pm | 0.05 |
| 01/09/06 | Long Distance Phone Charges to 1(808)961-7400 09:39am | 0.05 |
| 01/09/06 | Long Distance Phone Charges to 1(808)961-7464 10:53am | 0.05 |
| 01/10/06 | Long Distance Phone Charges to 1(808)961-7464 03:09pm | 0.55 |

| | | |
|---|---|---|
| 01/11/06 | Long Distance Phone Charges to 1(808)345-0011 08:24am | 0.15 |
| 01/12/06 | Long Distance Phone Charges to 1(808)961-7464 10:37am | 0.05 |
| 01/12/06 | Long Distance Phone Charges to 1(808)326-7654 04:17pm | 0.50 |
| 01/12/06 | Long Distance Phone Charges to 1(808)345-0011 04:24pm | 0.15 |
| 01/13/06 | Long Distance Phone Charges to 1(312)381-2926 11:12am | 1.80 |
| 01/13/06 | Long Distance Phone Charges to 1(808)326-7170 01:42pm | 0.10 |
| 01/13/06 | Long Distance Phone Charges to 1(808)326-7170 04:31pm | 0.30 |
| 01/17/06 | Long Distance Phone Charges to 1(808)961-7464 01:39pm | 0.15 |
| 01/17/06 | Long Distance Phone Charges to 1(808)961-7464 03:02pm | 0.05 |
| 01/17/06 | Long Distance Phone Charges to 1(808)326-7654 04:58pm | 0.35 |
| 01/20/06 | Long Distance Phone Charges to 1(808)326-7654 10:39am | 0.10 |
| 01/20/06 | Long Distance Phone Charges to 1(808)326-7654 03:00pm | 0.10 |
| 01/23/06 | Long Distance Phone Charges to 1(808)961-7464 12:56pm | 0.10 |
| 01/24/06 | Long Distance Phone Charges to 1(808)326-7654 02:54pm | 0.10 |
| 01/24/06 | Long Distance Phone Charges to 1(808)961-7464 05:18pm | 0.60 |
| 01/24/06 | Long Distance Phone Charges to 1(808)326-7654 07:15pm | 4.45 |
| 01/25/06 | Long Distance Phone Charges to 1(312)381-2926 09:03am | 0.45 |
| 01/25/06 | Long Distance Phone Charges to 1(808)326-7654 11:01am | 0.10 |
| 01/26/06 | Long Distance Phone Charges to 1(808)969-3333 10:59am | 0.10 |
| 01/26/06 | Long Distance Phone Charges to 1(808)326-7170 10:59am | 0.10 |
| 01/27/06 | Long Distance Phone Charges to 1(708)308-2893 07:17am | 0.75 |
| 01/27/06 | Long Distance Phone Charges to 1(708)308-2893 12:44pm | 0.65 |

| | | |
|---|---|---|
| 01/27/06 | Long Distance Phone Charges to 1(808)326-7170 03:18pm | 0.40 |
| 01/30/06 | Long Distance Phone Charges to 1(808)966-5483 01:13pm | 0.20 |
| 01/30/06 | Long Distance Phone Charges to 1(808)329-2555 01:19pm | 0.30 |
| 01/30/06 | Long Distance Phone Charges to 1(808)966-5483 01:21pm | 0.05 |
| 01/31/06 | Long Distance Phone Charges to 1(808)329-2555 08:17am | 0.05 |
| 01/31/06 | Long Distance Phone Charges to 1(808)326-7654 08:35am | 0.15 |
| 01/31/06 | Long Distance Phone Charges to 1(808)969-9507 09:10am | 0.10 |
| 01/31/06 | Long Distance Phone Charges to 1(808)326-7654 09:23am | 0.05 |
| 01/31/06 | Long Distance Phone Charges to 1(808)326-7654 09:27am | 0.20 |
| 02/01/06 | Long Distance Phone Charges to 1(808)326-7654 09:38am | 0.10 |
| 02/01/06 | Long Distance Phone Charges to 1(808)969-3333 02:46pm | 0.10 |
| 02/01/06 | Long Distance Phone Charges to 1(808)969-3333 03:41pm | 0.10 |
| 02/03/06 | Long Distance Phone Charges to 1(312)381-2926 06:54am | 0.95 |
| 02/03/06 | Long Distance Phone Charges to 1(808)326-7170 04:36pm | 0.10 |
| 02/04/06 | Long Distance Phone Charges to 1(858)459-5959 12:49pm | 0.90 |
| 02/06/06 | Long Distance Phone Charges to 1(808)961-2697 01:34pm | 0.05 |
| 02/06/06 | Long Distance Phone Charges to 1(808)961-6651 01:42pm | 0.05 |
| 02/06/06 | Long Distance Phone Charges to 1(808)961-2697 01:53pm | 0.05 |
| 02/08/06 | Long Distance Phone Charges to 1(312)381-2926 08:33am | 0.05 |
| 02/10/06 | Long Distance Phone Charges to 1(808)969-3333 08:40am | 0.30 |
| 02/14/06 | Long Distance Phone Charges to 1(312)381-2926 07:20am | 0.80 |
| 02/15/06 | Long Distance Phone Charges to 1(808)326-7654 02:46pm | 0.10 |

| | | |
|---|---|---:|
| 02/16/06 | Long Distance Phone Charges to 1(808)326-7654 09:14am | 0.80 |
| 02/27/06 | Long Distance Phone Charges to 1(808)961-7563 08:43am | 0.05 |
| 02/27/06 | Long Distance Phone Charges to 1(808)961-7440 08:45am | 0.10 |
| 02/27/06 | Long Distance Phone Charges to 1(808)326-7170 10:26am | 0.25 |
| 02/28/06 | Long Distance Phone Charges to 1(808)961-7464 01:26pm | 0.05 |
| 02/28/06 | Long Distance Phone Charges to 1(808)961-7563 01:47pm | 0.05 |
| 02/28/06 | Long Distance Phone Charges to 1(808)961-7563 01:48pm | 0.05 |
| 02/28/06 | Long Distance Phone Charges to 1(808)961-7440 01:50pm | 0.05 |
| 02/28/06 | Long Distance Phone Charges to 1(808)961-7440 02:30pm | 0.05 |
| 03/03/06 | Long Distance Phone Charges to 1(808)961-7442 11:28am | 0.05 |
| 03/03/06 | Long Distance Phone Charges to 1(808)961-7446 11:31am | 0.10 |
| 03/06/06 | Long Distance Phone Charges to 1(808)961-7442 08:11am | 0.05 |
| 03/06/06 | Long Distance Phone Charges to 1(808)961-7446 02:14pm | 0.05 |
| 03/14/06 | Long Distance Phone Charges to 1(949)622-2716 01:52pm | 0.05 |
| 07/05/06 | Long Distance Phone Charges to 1(312)381-2926 09:46am | 0.05 |
| 07/13/06 | Long Distance Phone Charges to 1(312)381-2926 09:50am | 0.50 |
| 07/25/06 | Long Distance Phone Charges to 1(312)381-2926 08:39am | 0.55 |
| 07/26/06 | Long Distance Phone Charges to 1(808)326-7654 04:49pm | 1.35 |
| | **Total Long Distance** | **72.42** |

| | | |
|---|---|---:|
| 07/13/04 | Vendor DHL  EXPRESS, INC.; Invoice # 7856362614; Delivery services/messengers/Sent to Ashford & Wriston Attn: Dennis Krueger at Kuakini Tower 75-5722 Kuakini  Hwy. Kailua-Kona HI on 6/21/04 re: Sent documents from Plaintiff | 7.84 |
| 07/13/04 | Vendor DHL  EXPRESS, INC.; Invoice # 7856362625; Delivery services/messengers/Sent to Ashford & Wriston Attn: Dennis Krueger at Kuakini Tower 75-5722 Kuakini  Hwy. Kailua-Kona HI on 6/21/04 re: Sent documents from Plaintiff | 8.14 |

052

| | | |
|---|---|---|
| 10/25/05 | Vendor NKH CORPORATION; Invoice # 5100723; Delivery services/messengers/Delivered to Uson Ewart at 3765 Anuhea St. Kaimiuki, Hawaii on 10/12/05 re: Delivered documents | 5.96 |
| 10/27/05 | Vendor FEDERAL EXPRESS CORPORATION; Invoice # 845760891546; Delivery services/messengers/Sent from Katherine Augustine at Augustine Realty 75-240 Nani Kailua Dr. Kailua Kona, HI to Atty Ronald Shigekane on 10/14/05 re: Documents sent from client for POD response | 6.05 |
| 11/30/05 | Vendor FEDERAL EXPRESS CORPORATION; Invoice # 841374923648; Delivery services/messengers/Sent to Robert Gunderson at 243 Polhemus Ave. Atherton CA on 10/26/05 re: Documents sent to expert for review | 20.35 |
| 11/30/05 | Vendor FEDERAL EXPRESS CORPORATION; Invoice # 841374923660; Delivery services/messengers/Sent to Douglas Leone at 3000 Sand Hill Rd.. Menlo Park CA on 10/26/05 re: Documents sent to expert for review | 17.47 |
| | **Total Delivery** | **65.80** |

| | | |
|---|---|---|
| 07/30/04 | Postage | 0.37 |
| 07/30/04 | Postage | 3.18 |
| 01/26/05 | Postage-Sent exhibits to plaintiff's request for reconsideration of the construction approvals. | 13.48 |
| 01/04/06 | Postage- Sent Clients' depo transcripts for their review | 3.85 |
| 01/11/06 | Postage re: memos in Opp to MIL for filing | 8.40 |
| 01/18/06 | Postage-File marked copies sent to counsel of all trial docs. | 4.01 |
| 01/25/06 | Postage Trial documents to court and plaintiff's Atty | 4.13 |
| 05/10/06 | Postage- Sent out Reply memo | 3.58 |
| 05/23/06 | Postage | 0.87 |
| 07/11/06 | Postage | 0.20 |
| | **Total postage** | **42.04** |

| | | |
|---|---|---|
| 11/29/04 | Vendor ALOHA AIRLINES; Invoice # 20040691122; Out-of-town travel/Additional airfare charge re change in fligh for Atty Ronald Shigekane trip on 11/22/04 from Island of Oahu to Island of Big Island (Kona) re: Attend deposition | 7.50 |
| 11/29/04 | Vendor AMPCO; Invoice # 20040691122; Out-of-town travel/Parking at Honolulu International Airport for Atty Ronald Shigekane trip on 11/22/04 from Island of Oahu to Island of Big Island (Kona) re: Attend deposition | 5.00 |

053

| Date | Description | Amount |
|---|---|---|
| 11/30/04 | Vendor AVIS RENT A CAR SYSTEM, INC.; Invoice # U305231706; Out-of-town travel/Car rental for Atty Ronald Shigekane trip on 11/22/04 from Island of Oahu to Island of Big Island (Kona) re: Attend depo in Kona | 22.36 |
| 11/30/04 | Vendor CENTRAL PACIFIC TRAVEL SERVICE, LTD; Invoice # 15737; Out-of-town travel/Airfare roundtrip ticket for Atty Ronald Shigekane trip on 11/22/04 from Island of Oahu to Island of Big Island (Hilo) re: attend depo | 97.70 |
| 08/24/05 | Vendor CENTRAL PACIFIC TRAVEL SERVICE, LTD; Invoice # 17550; Out-of-town travel/Airfare roundtrip ticket for Atty Ronald Shigekane trip on 8/22/05 from Island of Oahu to Island of Big Island (Kona) re: Attend Mediation | 142.27 |
| 08/24/05 | Vendor CENTRAL PACIFIC TRAVEL SERVICE, LTD; Invoice # 17549; Out-of-town travel/Airfare roundtrip ticket for Atty Ronald Shigekane trip on 8/23/05 from Island of Oahu to Island of Big Island (Kona) re: Attend Mediation | 85.56 |
| 08/24/05 | Vendor AMPCO; Invoice # 20040690822; Out-of-town travel/Parking at Honolulu International Airport for Atty Ronald Shigekane trip on 8/22/05 from Island of Oahu to Island of Big Island (Kona) re: Attend Mediation | 5.00 |
| 08/24/05 | Vendor AMPCO; Invoice # 20040690823; Out-of-town travel/Parking at Honolulu International Airport Airfare roundtrip ticket for Atty Ronald Shigekane trip on 8/23/05 from Island of Oahu to Island of Big Island (Kona) re: Attend Mediation | 5.00 |
| 08/26/05 | Vendor AVIS RENT A CAR SYSTEM, INC.; Invoice # U448442864; Out-of-town travel/Car rental for Atty Ronald Shigekane trip on 8/23/05 from Island of Oahu to Island of Big Island (Kona) re: Attend mediation | 27.61 |
| 09/27/05 | Vendor AVIS RENT A CAR SYSTEM, INC.; Invoice # U448441696; Out-of-town travel/Car rental for Atty Ronald Shigekane trip on 8/22/05 from Island of Oahu to Island of Big Island (Kona) re: Attend Mediation | 26.23 |
| 11/18/05 | Vendor CENTRAL PACIFIC TRAVEL SERVICE, LTD; Invoice # 19227; Out-of-town travel/Airfare roundtrip ticket for Atty Ronald Shigekane trip on 11/7/05 from Honolulu HI to San Francisco CA re: Attend depositions | 225.56 |
| 11/18/05 | Vendor GALLERIA PARK HOTEL; Invoice # 20040691107; Out-of-town travel/Hotel stay for Atty Ronald Shigekane trip on 11/7/05- 11/10/05 from Honolulu HI to San Francisco CA re: Attend depositions | 123.38 |
| 11/18/05 | Vendor RONALD M. SHIGEKANE; Invoice # 20040691107; Out-of-town travel/Additional airfare charge for ticket change for Atty Ronald Shigekane trip on 11/7/05- 11/10/05 from Honolulu HI to San Francisco CA re: Attend depositions | 22.00 |
| 11/28/05 | Vendor AVIS RENT A CAR SYSTEM, INC.; Invoice # U643068882; Out-of-town travel/Car rental for Atty Ronald Shigekane trip on 11/16/05 from Island of Oahu to Island of Big Island (Kona) re: Attend depo of Au | 22.74 |
| 11/30/05 | Vendor CENTRAL PACIFIC TRAVEL SERVICE, LTD; Invoice # 19311; Out-of-town travel/Airfare roundtrip ticket for Atty Ronald Shigekane trip on 11/16/05 from Island of Oahu to Island of Big Island (Kona) re: Attend deposition | 95.49 |
| 11/30/05 | Vendor AMPCO; Invoice # 20040691116; Out-of-town travel/Parking at Honolulu International Airport for Atty Ronald Shigekane trip on 11/16/05 from Island of Oahu to Island of Big Island (Kona) re: Attend deposition | 4.50 |
| 12/13/05 | Vendor STANDARD PARKING; Invoice # ParkVal1213; Out-of-town travel/Parking on 12/13/05 for Dennis Krueger re: Attend Depo Prep | 7.28 |
| 12/14/05 | Vendor STANDARD PARKING; Invoice # ParkValid121405; Out-of-town travel/Parking for Dennis Kruger on 12/14/05 re: Attend deposition | 12.48 |
| | **Total Out of Town Travel** | **937.64** |

054

| | | |
|---|---|---:|
| 10/19/05 | Vendor SANDRA K.S. WHANG; Invoice # AYA050022; Subpoena fees/Served on Richard Stellmacher and Stellmacher & Sadoyama, Ltd | 20.00 |
| | **Total Subpoena Fees** | **20.00** |
| | | |
| 09/12/05 | Vendor STELLMACHER & SADOYAMA ; Invoice # 2004069A; Witness fees/Mileage fee | 3.00 |
| 09/12/05 | Vendor RICHARD STELLMACHER; Invoice # 2004069B; Witness fees/Mileage fee | 3.00 |
| | **Total Witness Fee** | **6.00** |
| | | |
| 05/28/04 | Vendor PACIFIC REPORTING SERVICE UNLIMITED, INC.; Invoice # 7111; Deposition transcripts/Oral deposition of Terry Tusher taken on 2/24/04 | 200.21 |
| 03/14/05 | Vendor PACIFIC REPORTING SERVICE UNLIMITED; Invoice # 538; Deposition transcripts/Oral deposition of Yoichi Asari taken 2/11/05 | 179.85 |
| 05/23/05 | Vendor RALPH ROSENBERG COURT REPORTERS, INC.; Invoice # 53916; Deposition transcripts/Deposition of Ronda Kent (Vol III) taken on 5/9/05 in Honolulu HI | 102.48 |
| 09/29/05 | Vendor DONNA N. BABA & ASSOCIATES/ INTERNAL REVENUE SERVICE; Invoice # 49800; Deposition transcripts/Deposition taken upon written interrogatories Jonathan Cloutier taken 9/16/05 records produced by Stellmacher & Sadoyama re: The Bluffs at Mauna Kea | 529.67 |
| 10/18/05 | Vendor DIANE M. BAKER; Invoice # 00078; Deposition transcripts/Oral deposition taken on 9/21/05 of Richard Stellmacher, Mai, Cre. | 181.07 |
| 11/23/05 | Vendor PACIFIC REPORTING SERVICE UNLIMITED; Invoice # 1833; Deposition transcripts/Oral deposition of Byron Gangnes taken 10/24/05 | 175.65 |
| | **Total Deposition Transcripts** | **1,368.91** |
| | | |
| 03/31/06 | Vendor WATANABE ING AND KOMEIJI LLP; Invoice # 2004069Depo; Experts/Our portion of David Callies deposition as expert witness 10/2005 | 187.50 |
| | **Total Expert Witness Fees** | **187.50** |
| | | |
| 09/27/05 | Vendor WATANABE, ING, KAWASHIMA & KOMEIJI LLP; Invoice # 2004069Fee; Arbitrators/mediators/Association Portion of fee for Mediation held on 8/22/05 and 8/23/05 | 33.86 |
| | **Total Arbitrators/Mediators** | **33.86** |