# EXHIBIT D

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone (808) 524-2090

12/5/2005

BILLED
TO:    RONALD SHIGEKANE, ESQ.
AYABE CHONG NISHIMOTO SIA & NAKAMURA
1001 BISHOP STREET
2500 PAUAHI TOWER
HONOLULU, HI 96813-0000

INVOICE NO: 58615

RE: WESTERN SUNVIEW PROPERTIES
VS FEDERMAN
CIVIL NO. CV-3-00463 JMS/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF DEBORAH AU TAKEN ON 11/16/05 IN KAILUA-KONA HI | |
| COPY | 382.85 |

81ST2 185EH 1CT1 81RX

DEBORAH NG

| | |
|---|---|
| Tax | 15.95 |
| TOTAL DUE | $398.80 |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

## THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED
TO:    RONALD SHIGEKANE, ESQ.
AYABE CHONG NISHIMOTO SIA & NAKAMURA
1001 BISHOP STREET
2500 PAUAHI TOWER
HONOLULU, HI 96813-0000

398·80
288·64
511·98
599·21
582·03
862·?9
415·00
39·20
325·00
23·58

INVOICE DATE: 12/5/2005
INVOICE NO: 58615
TOTAL DUE: $398.80
DATE TAKEN: 11/16/05
RE: CIVIL NO. CV-3-00463 JMS/LEK
WITNESS(ES): DEBORAH AU

110

4,045·42   — pg 1-8

4,045·42
2·
2,022·71

81ST2 185EH 1CT1 81RX
DEBORAH NG

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

EXHIBIT D

001

# CARNAZZO COURT REPORTING COMPANY, LTD.

## 888 MILILANI STREET, SUITE 705
## HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

AYABE, CHONG, NISHIMOTO, SIA &
RONALD M. SHIGEKANE, ESQ.
1001 BISHOP STREET
2500 PAUAHI TOWER
HONOLULU, HI, 96813

| | |
|---|---|
| DATE: | 11/01/2005 |
| INVOICE: | 622539 |
| CLIENT ID: | 1373 |
| REPORTER ID: | CASSIE UYEKUBO |

CIVIL NO. CV03-00463 DAE
WESTERN SUNVIEW PROPERTIES v FEDERMAN

**PRODUCTION OF DOCUMENTS BY DAVID CALLIES taken on 10/27/2005**

| | |
|---|---|
| One Copy | $277.10 |
| TAX | $11.54 |
| TOTAL | $288.64 |

We now accept VISA and MASTERCARD
PLEASE RETURN ONE COPY FOR PROPER CREDIT.
THANK YOU
Federal Tax ID: 99-0145704

002

# CARNAZZO COURT REPORTING COMPANY, LTD.
## 888 MILILANI STREET, SUITE 705
## HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

### INVOICE

CHONG, NISHIMOTO, SIA &
■■■LD M. SHIGEKANE, ESQ.
■■■ ■■■OP STREET
■■■ ■■■UAIII TOWER
■■■LU, HI, 96813

| | |
|---|---|
| DATE: | 11/02/2005 |
| INVOICE: | 622548 |
| CLIENT ID: | 1373 |
| REPORTER ID: | CASSIE UYEKUBO |

■■■ ■■■. CV03-00463 DAE
■■■■■N SUNVIEW PROPERTIES v FEDERMAN

■■■■■UCTION OF DOCUMENTS BY JAMES REINHARDT, AIA taken on 10/31/2005

| | |
|---|---|
| One Copy | $491.50 |
| TAX | $20.48 |
| TOTAL | $511.98 |

We now accept VISA and MASTERCARD
PLEASE RETURN ONE COPY FOR PROPER CREDIT.
THANK YOU
Federal Tax ID: 99-0145704

**003**

# RALPH ROSENBERG

## Court Reporters, Inc.

### A Referral Service

Fed. I.D. #99-0193243

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

5/12/2005

BILLED
TO:

GARY MIYAMOTO, ESQ.
AYABE CHONG NISHIMOTO SIA & NAKAMURA
1001 BISHOP STREET
2500 PAUAHI TOWER
HONOLULU, HI 96813-0000

INVOICE NO: 53733

RE: WESTERN SUNVIEW PROPERTIES
FEDERMAN
CIVIL NO. CV03-00463 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| THE DEPOSITION OF WILLIAM MIELCKE TAKEN ON 04/29/05 IN HONOLULU HI | | |
| COPY | | 575.25 |
| 185ST2 95EH 1CT1 | Tax | 23.96 |
| KANOE COCKETT | TOTAL DUE | $599.21 |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

## THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED
TO:

GARY MIYAMOTO, ESQ.
AYABE CHONG NISHIMOTO SIA & NAKAMURA
1001 BISHOP STREET
2500 PAUAHI TOWER
HONOLULU, HI 96813-0000

INVOICE DATE: 5/12/2005
INVOICE NO:     53733
TOTAL DUE:      $599.21
DATE TAKEN:    04/29/05
RE:                    CIVIL NO. CV03-00463 DAE LEK
WITNESS(ES):   WILLIAM MIELCKE

185ST2 95EH 1CT1
KANOE COCKETT

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

**004**

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

BILLED
TO:

12/8/2004

RONALD SHIGEKANE, ESQ.
AYABE CHONG NISHIMOTO SIA & NAKAMURA
1001 BISHOP STREET
2500 PAUAHI TOWER
HONOLULU, HI 96813-0000

INVOICE NO: 50464

RE: WESTERN SUNVIEW PROPERTIES
VS FEDERMAN
CIVIL NO. CV03-00463 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF DODIE MACARTHUR TAKEN ON 11/22/2004 IN KONA HI | |
| COPY | 558.75 |
| 159ST2 46EH 1CT1 159RX | |
| DEBORAH NG    Tax | 23.28 |
| **TOTAL DUE** | **$582.03** |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

## THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:

RONALD SHIGEKANE, ESQ.
AYABE CHONG NISHIMOTO SIA & NAKAMURA
1001 BISHOP STREET
2500 PAUAHI TOWER
HONOLULU, HI 96813-0000

INVOICE DATE: 12/8/2004
INVOICE NO:      50464
TOTAL DUE:       $582.03
DATE TAKEN:      11/22/2004
RE:                      CIVIL NO. CV03-00463 DAE/LEK
WITNESS(ES):    DODIE MACARTHUR

159ST2 46EH 1CT1 159RX
DEBORAH NG              RALPH ROSENBERG COURT REPORTERS, INC.
                                    1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

**005**

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

8/4/2004

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

BILLED TO: RONALD SHIGEKANE, ESQ.
AYABE CHONG NISHIMOTO SIA & NAKAMURA
1001 BISHOP STREET
2500 PAUAHI TOWER
HONOLULU, HI  96813-0000

INVOICE NO: 47584

RE: WESTERN SUNVIEW PROPERTIES
FEDERMAN
CIVIL NO. CV03-00463 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| THE DEPOSITION OF DAVID STRINGER TAKEN ON 08/03/04 IN HONOLULU HI | | |
| | COPY | 827.70 |
| 283ST2 86EH 2.6CC 1CT1 CHARI POSSELL | Tax | 34.48 |
| | TOTAL DUE | $862.18 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED
TO:    RONALD SHIGEKANE, ESQ.
AYABE CHONG NISHIMOTO SIA & NAKAMURA
1001 BISHOP STREET
2500 PAUAHI TOWER
HONOLULU, HI  96813-0000

*Bluffs 2004-069*

INVOICE DATE: 8/4/2004
INVOICE NO:    47584
TOTAL DUE:     $862.18
DATE TAKEN:    08/03/04
RE:            CIVIL NO. CV03-00463 DAE LEK
WITNESS(ES):   DAVID STRINGER

283ST2 86EH 2.6CC 1CT1
CHARI POSSELL        RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

**006**



# Pacific Reporting Services Unlimited

# Invoice

733 Bishop Street
Suite 1470, Makai Tower
Honolulu, Hawaii 96813
Phone #   808-524-7778
Fax #      808-524-0196
Federal Tax ID # 20-1583944

| Date | Invoice # |
|------|-----------|
| 12/23/2005 | 1993 |

Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street
Pauahi Tower, Suite 2500
Honolulu, Hawaii 96813

| Attorney | RONALD SHIGEKANE, ESQ. |
|----------|------------------------|

| Reporter |
|----------|
| William T. Barton |

| P.O. No. |
|----------|
| |

| Description | Amount |
|-------------|--------|
| Civil No. 04-1-0212; Western Sunview Properties vs. Leone-Perkins Family Trust | |
| | |
| Deposition of Dennis Krueger taken on 12/14/05 | |
| 1 copy of transcript | |
| Exhibits | 415.00 |
| | 39.20 |
| Oral Deposition of Wendelin L. Campbell taken on 12/07/05 | 0.00 |
| 1 copy of transcript | 0.00 |
| Exhibits | 277.50 |
| ASCII/Condensed Transcript - Complimentary | 47.60 |
| Subtotal | |
| Hawaii General Excise Tax | 779.30 |
| | 32.47 |

½

| PAYMENT DUE UPON RECEIPT | Total | $811.77 |
|--------------------------|-------|---------|

007



# Pacific Reporting Services Unlimited

**733 Bishop Street**
**Suite 1470, Makai Tower**
**Honolulu, Hawaii 96813**
Phone #   808-524-7778
Fax #      808-524-0196
Federal Tax ID # 20-1583944

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/5/2006 | 2030 |

Bluffs (Western)
7004.069

Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street
Pauahi Tower, Suite 2500
Honolulu, Hawaii 96813

| Attorney | RONALD SHIGEKANE, ESQ. |
|----------|------------------------|

| Reporter |
|----------|
| Sharon Souza |

| P.O. No. |
|----------|
|  |

| Description | Amount |
|-------------|--------|
| Civil No. 04-1-0212; Western Sunview vs. Leone-Perkins Family Trust, et al. | |
| | |
| Deposition of David Ayer taken on 12/13/05 | |
| Copy | |
| Exhibits | 325.00 |
| ASCII/Condensed Transcript - Complimentary | 23.38 |
| Subtotal | |
| Hawaii General Excise Tax | 348.38 |
| | 14.51 |

½

| PAYMENT DUE UPON RECEIPT | **Total** | **$362.89** |
|--------------------------|-----------|-------------|

008



## STATEMENT OF ACCOUNT

<u>Statement Date</u>
10/03/2005

TO:   Ronald Shigekane Esq.
      Ayabe Chong Nishimoto Sia & Nakamura
      Pauahi Tower, Suite 2500
      1001 Bishop St.
      Honolulu, HI 96813-3420

REFERENCE #:        1100044962   DMS
BILLING CONTACT:    Glenn Mason 949-224-4654
FEDERAL TAX ID:     68-0542699

RE:  **Western Sunview Properties, et al. vs. Irwin Federman, et al.**
REPRESENTING:   **The Bluffs at Mauna Kea Community Assoc**          PANELIST(S):   **Hon. Eugene Lynch (Ret.)**
HEARING TYPE:   **Mediation**

REP# 8

| Date | Description | Charges | Credits | Balance |
|------|-------------|---------|---------|---------|
| 07/21/2005 | INVOICE # 0001025257-100 | 2,100.00 | | 2,100.00 |
| 08/31/2005 | INVOICE # 0001045397-100 | 683.42 | | 2,783.42 |

Outstanding Balance: $   2,783.42



pgs 9-11

---

YOUR ACCOUNT BALANCE IS DUE UPON RECEIPT
Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850

009

Page 1 of 1



WATANABE
ING
KAWASHIMA
&
KOMEIJI
LLP

September 6, 2005

Sender's E-mail Address:
douging@wik.com

Terrence M. Revere, Esq.
Motooka Yamamoto & Revere
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813

√ Ronald Shigekane, Esq.
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawaii 96813

Andrew W. Beaman, Esq.
Chun Kerr Dodd Beaman & Wong
Topa Financial Center, Fort Street Tower
745 Fort Street, Suite 900
Honolulu, Hawaii 96813

Joseph K. Kamelamela, Esq.
Corporation Counsel, County of Hawai'i
Hilo Lagoon Centre
101 Aupuni Street, Suite 325
Hilo, Hawaiii 96720

Re:  <u>Western Sunview Properties Mediation at the Hapuna Beach Prince Hotel</u>

Dear Gentlemen:

   The court ordered mediation took place on August 22 and 23 at the Hapuna Beach Prince Hotel.  Three conference rooms were requested at the hotel and were provided on both days for the mediation.  The cost for the rooms totaled $677.09.

   Consistent with the request for the rooms and my letter indicating that these charges would be a part of the mediation costs, we are requesting that the parties reimburse my law firm for the cost of these rooms.  At the time of Judge Lynch's departure, he refused to pay these costs and the bill was sent to our offices.  Consistent with the court's order regarding the mediation expenses, we have divided the bill as follows:

| | |
|---|---|
| Western Sunview Properties | $270.84 |
| Federmans | $135.42 |
| Mauna Kea Properties | $135.42 |

First Hawaiian Center, 999 Bishop Street, 23rd Floor, Honolulu, Hawaii 96813  Phone: 808-544-8300  Fax: 808-544-8399
*A Limited Liability Law Partnership*

010

Terrance M. Revere, Esq.
Ronald Shigekane, Esq.
Andrew W. Beaman, Esq.
Joseph K. Kamelamela, Esq.
September 6, 2005
Page 2

| | |
|---|---|
| Association | $ 67.71 |
| County of Hawaii | $ 67.70 |
| Total: | $677.09 |

Please make a check out in the amount shown above to my law firm.  Thank you for your anticipated cooperation.

Very truly yours,

WATANABE ING KAWASHIMA & KOMEIJI LLP

By
    J. DOUGLAS ING

JDI:dk

Enclosure

362880.1

**011**



**PROFESSIONAL IMAGE**

## INVOICE

125 Merchant St.
Honolulu, Hawaii 96813
Tel: 524-8585 • Fax: 532-7878
Fed. ID 99-0184341

No. M- 33378

Date    5/26/04

Customer P.O. No.

**SOLD TO**

Ayabe, Chong, Nishimoto, Sia & Nakamura
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii  96813-3429
Ronald Shigekane
537-6119

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2,341 | File Copies-11" Some stapled docs Slipsheets -Box#1 | 374.56 |
| 1 | Color Copies-11" Box#1,   , 15 originals, copied on 1 side | 14.25 |
| 1 | Color Copies-11x17 (Box#1),   , 2 originals, copied on 1 side | 5.00 |
| 1 | B&W Copies-11x17 (Box#1),   , 2 originals, copied on 1 side | 5.00 |
| 1 | Slip sheet 11",   , 298 originals, copied on 1 side | 29.80 |
| 1,964 | File Copies-Box#2 Some staple docs. | 314.24 |
| 1 | 11" Slip sheets Yellow (Box#2),   , 251 originals, copied on 1 side | 25.10 |
| 1 | Color Copies-11" (Box#2),   , 54 originals, copied on 1 side | 51.30 |
| 1 | Color Copies-11x17 (Box#2),   , 4 originals, copied on 1 side | 10.00 |

219-Orgs Provided By Chun Kerr/

Ref:WSP V. Federman  Pleading Files 1-14

863·80 -
619·40 -
241·73 -
413·16 +
114·84 +
314·87 +
350·51 -
233·54 -
158·59 -
227·22 -
349·41 -
340·53 -
118·56 -
395·42 -

914

4,732·18 ·   → pgs 12-25

4,732·18 ·
2· , Inc.
2,366·00 ·

| SUBTOTAL | 829.25 |
|---|---|
| TAX | 34.55 |
| SHIPPING | |
| TOTAL | 863.80 |

per month will apply on past due amounts.

is your only invoice: No other copies will be sent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Remittance Advice**
**Please return with your payment.**

Invoice No:  M-33378/

Amount Due: 863 80

Ayabe Chong
Nishimoto

Honolulu, Hawaii 96813

**012**

# PROFESSIONAL IMAGE



## INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A-  **137550**

Date

Customer P.O. No.

**SOLD TO**

Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street
Pauahi Tower 2500
Honolulu Hawaii  96813

Ron Shigekane

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 396 | File Copies | 55.44 |
| 20 | Color Copying, 8.5 x 11  , copied on 1 side | 25.00 |
| 25 | Oversize   14x22 | 67.25 |
| 1 | Oversize   17x22 | 3.25 |
| 36 | Oversize   30x40 | 376.20 |
| 1 | Oversize   30x42 | 10.95 |
| 479 | Docutag numbering | 47.90 |
| | Re:  2004-069 Bluffs | |

| 8-1115 dm/rp *Originals were supplied by David Stringer's Office. | | |
|---|---|---|
| | SUBTOTAL | 585.99 |
| | TAX | 24.41 |
| | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | TOTAL | 610.40 |

**This is your only invoice: No other copies will be sent.**

AYABE, CHONG

**Remittance Advice**
**Please return with your payment.**

Invoice No: A- 137550

Amount Due: $610.40

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

**013**



**PROFESSIONAL IMAGE**

## INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. **A-**    **142807**

Date    **9/14/05**

Customer P.O. No.

SOLD TO

Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Mandie

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 490 | File Copies | 78.40 |
| 18 | File Copies  11x17 | 7.20 |
| 16 | Color Copying, 8.5 x 11  , copied on 1 side | 15.20 |
| 2 | Color Copying   , 30 x 42  , copied on 1 side | 131.26 |

Re:  2004-069  Bluffs (Western)

9-1136
rp/oc

| | |
|---|---|
| SUBTOTAL | 232.06 |
| TAX | 9.67 |
| SHIPPING | |
| TOTAL | 241.73 |

A finance charge of 1 1/2% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

AYABE, CHONG

**Remittance Advice**
**Please return with your payment.**

Invoice No: **A- 142807**

Amount Due: **$ 241.73**

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

014



**PROFESSIONAL IMAGE**

# INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A-  **142842**

Date  **9/19/05**

Customer P.O. No.

**SOLD TO**

Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Mandie

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 622 | B&W Copying, mixed sizes, remove and replace staples, engineer fold 11x17, White 8.5x11, copied on 2 sides | 199.04 |
| 28 | Color Copying,  White 8.5x11, copied on 1 side | 26.60 |
| 2 | Oversize 30x42 color on dbl wght paper | 171.00 |

RE: Bluffs (Western) 2004-069

| 9-1171 kp. | | SUBTOTAL | 396.64 |
|---|---|---|---|
| | | TAX | 16.52 |
| | | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | | **TOTAL** | 413.16 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

AYABE, CHONG

Invoice No: A-142842

Amount Due: 413.16

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

**015**



**PROFESSIONAL IMAGE**

# INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. **A-**            **143281**

Date            **10/21/05**

Customer P.O. No.

SOLD TO

Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Mandie

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 95 | Color Copying,    , copied on 1 side | 90.25 |
| 10 | Color Copying 11x17,   , copied on 1 side | 20.00 |
|  | REF: Bluffs (Western) 2004-069 | |

10-1282 OC

| | |
|---|---|
| SUBTOTAL | 110.25 |
| TAX | 4.59 |
| SHIPPING | |
| TOTAL | 114.84 |

A finance charge of 1 1/2% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

*Ayabe Chong N.*

Invoice No: A- 143281

Amount Due:
$ 114 ⁸⁴

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

**016**

**PROFESSIONAL IMAGE**



## INVOICE
1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A-   **143271**

Date   **10/21/05**

Customer P.O. No.

**SOLD TO**
Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Mandie Tolentino

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 322 | B&W Copying - 161 originals - 2 sets,  , copied on 1 side | 25.76 |
| 2 | B/W Oversize - 11"x17" (folded) - 1 original - 2 sets | 0.90 |
| 30 | Color Copying - 15 originals - 2 sets,  , copied on 1 side | 28.50 |
| 12 | Color Copying - 11"x17" - 6 originals - 2 sets,  , copied on 1 side | 22.80 |
| 644 | B&W Copying - 161 originals - 4 sets,  , copied on 1 side | 51.52 |
| 4 | B/W Oversize - 11"x17" (folded) - 1 original - 4 sets | 1.80 |
| 100 | Color Copying - 25 originals - 4 sets,  , copied on 1 side | 95.00 |
| 40 | Color Copying - 11"x17" - 10 originals - 4 sets,  , copied on 1 side | 76.00 |

REF: Bluffs (Western) 2004-069

10-1271
dm

| | |
|---|---|
| **SUBTOTAL** | 302.28 |
| **TAX** | 12.59 |
| **SHIPPING** | |
| A finance charge of 1 1/2% per month will apply on past due amounts. **TOTAL** | 314.87 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

A.C.N.S.N.

Invoice No: A- 143271

Amount Due: 314.87

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

**017**

**PROFESSIONAL IMAGE**



# INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **143261**

Date **10/20/05**

Customer P.O. No.

SOLD TO

Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Mandie

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1,320 | File Copies, lots fo 11x17 some legal. | 184.80 |
| 3 | B&W Copying 11x14,    , copied on 1 side | 1.35 |
| 96 | Color Copying, 8.5x11,    , copied on 1 side | 91.20 |
| 18 | Color Copying, 11x17,    , copied on 1 side | 44.10 |
| 33 | Misc, engineer folding by hand | 14.85 |
| | REF: Bluffs (Western) 2004-069 | |

10-1261 OC

| | |
|---|---|
| SUBTOTAL | 336.30 |
| TAX | 14.01 |
| SHIPPING | |
| TOTAL | 350.31 |

A finance charge of 1 1/2% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice
Please return with your payment.**

Ayabe

Invoice No: A- 143261

Amount Due:  $ 350.31

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

018



**PROFESSIONAL IMAGE**

# INVOICE
1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **143264**

SOLD TO

Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Mandie

Date **10/20/05**

Customer P.O. No.

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 880 | File Copies, lots fo 11x17 some legal. | 123.20 |
| 2 | B&W Copying 11x14,   , copied on 1 side | 0.90 |
| 64 | Color Copying, 8.5x11,   , copied on 1 side | 60.80 |
| 12 | Color Copying, 11x17,   , copied on 1 side | 29.40 |
| 22 | Misc, engineer folding by hand | 9.90 |

REF: Bluffs (Western) 2004-069

10-1261 OC

| | |
|---|---|
| SUBTOTAL | 224.20 |
| TAX | 9.34 |
| SHIPPING | |
| TOTAL | 233.54 |

A finance charge of 1 1/2% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

*Ayabe Chong*

Invoice No: A- 143264

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

Amount Due:

$ 233.54

**019**



**PROFESSIONAL IMAGE**

# INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. **A-**            **143220**

Date            **10/18/05**

Customer P.O. No.

SOLD TO
Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Mandie

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 485 | B&W Copying, mixed sizes, remove and replace staples, engineer fold 11x17, White 8.5x11, copied on 1 side | 77.60 |
| 29 | Color Copying,  White 8.5x11, copied on 1 side | 27.55 |
| 9 | Color Copying, 11 x 17 White 28#, copied on 1 side | 17.10 |
| 1 | 11" x 22' Oversize Color Scan and print | 30.00 |

RE: Bluffs (Western) 2004-069

10-1230
RF

| | |
|---|---|
| SUBTOTAL | 152.25 |
| TAX | 6.34 |
| SHIPPING | |
| TOTAL | 158.59 |

A finance charge of 1 1/2% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice
Please return with your payment.**

Ayabe, Chong

Invoice No: A- 143220

Amount Due: 158.59

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

020



**PROFESSIONAL IMAGE**

## INVOICE
1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **143343**

Date **10/27/05**

Customer P.O. No.

SOLD TO

Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Mandie

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 543 | File Copies | 97.74 |
| 31 | File Copies  11x17  folded/inserted | 12.40 |
| 13 | Color Copying, 8.5 x 11  , copied on 1 side | 12.35 |
| 4 | Oversize  24x36 | 30.00 |
| 6 | Oversize  30x42 | 65.64 |

Re:  2004-069  Bluffs (Western)

| 10-1297 rp | | |
|---|---|---|
| | SUBTOTAL | 218.13 |
| | TAX | 9.09 |
| | SHIPPING | |
| A finance charge of 1 1/2% per month will apply on past due amounts. | TOTAL | 227.22 |

**This is your only invoice: No other copies will be sent.**

AYABE, CHONG

**Remittance Advice
Please return with your payment.**

Invoice No: A- 143343

Amount Due: $227.22

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

**021**

# PROFESSIONAL IMAGE

## INVOICE

1100 Alak...
Honolulu, H...
Tel: 532-6565 •
Fed. ID 99...

No. A- **143378**

**RECEIVED OCT 3 1 2005** 11:39 am

Date **10/31/05**

Customer P.O. No.

**SOLD TO**
Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Mandie

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 912 | B&W Copying (114 originals x 8 sets), 8.5 x 11 White 20#, copied on 1 side | 109.44 |
| 1,280 | 2 Hole Drilling on Top | 12.80 |
| 200 | Color Copying (25 originals x 8 sets), 8.5 x 11 White 28#, copied on 1 side | |
| 8 | Color Copying, 11 x 17 White 28#, copied on 1 side | 190.00 |
| 160 | Blank Slip Sheets, 8.5 x 11 Goldenrod 20# | 15.20 |
| | | 8.00 |

ref: Bluffs (Western) 2004-069

10-1332
mm

| | |
|---|---|
| SUBTOTAL | 335.44 |
| TAX | 13.97 |
| SHIPPING | |
| TOTAL | 349.41 |

A finance charge of 1 1/2% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**

Ayabe Chong

Invoice No: A- 143378

Amount Due: $ 349.41

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

**022**



**PROFESSIONAL IMAGE**

## INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **143773**

Date **12/1/05**

Customer P.O. No.

SOLD TO

Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Mandie Tolentino

Terms: Net ten days from invoice date.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 920 | B&W Copying - 460 originals - 2 sets,    , copied on 1 side | 128.80 |
| 26 | Color Copying - 13 originals - 2 sets,    , copied on 1 side | 24.70 |
| 62 | B/W Oversize - 11"x17" (folded) - 31 originals - 2 sets | 27.90 |
| 8 | B/W Oversize - 24"x36" - 4 originals - 2 sets | 45.60 |
| 12 | B/W Oversize - 30"x42" - 6 originals - 2 sets | 99.72 |

REF: Bluffs (Western) 2004-069

12-1005
dm

| | |
|---|---|
| SUBTOTAL | 326.72 |
| TAX | 13.61 |
| SHIPPING | |
| TOTAL | 340.33 |

A finance charge of 1 1/2% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice
Please return with your payment.**

ACNSN

Invoice No: A- 143773

Amount Due: 340.33

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

**023**



**PROFESSIONAL IMAGE**

## INVOICE
1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **14381**

SOLD TO

Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Mandie

Date **12/5/05**

Customer P.O. No.

Terms: Net ten days from invoice date.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 813 | File Copies | 113.82 |
| | Re:  2004-069 Bluffs (Western) | |
| 12-1050 rp | | |

| | |
|---|---|
| SUBTOTAL | 113.82 |
| TAX | 4.74 |
| SHIPPING | |
| TOTAL | 118.56 |

A finance charge of 1 1/2% per month will apply on past due amounts.

This is your only invoice: No other copies will be sent.

AYABE CHONG

**Remittance Advice**
Please return with your payment.

Invoice No: A- 14381

Amount Due: $ 118.56

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

**024**

# PROFESSIONAL IMAGE



## INVOICE

1100 Alakea Street
Honolulu, Hawaii 96813
Tel: 532-6565 • Fax: 536-4824
Fed. ID 99-0184341

No. A- **14366**

Date **11/22/05**

Customer P.O. No.

**SOLD TO**

Ayabe, Chong, Nishimoto, Sia & Nakamura
1001 Bishop Street  Suite 2500
Pauahi Tower
Honolulu Hawaii  96813

Mandie

Terms: Net ten days from invoice date.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1,568 | File Copies, with collating | 250.88 |
| 1,568 | drilling per sheet | 15.68 |
| 119 | Color Copying,    , copied on 1 side | 113.05 |
| | REF: Bluffs (Western) 2004-069 | |

11-1245 OC

| | |
|---|---|
| SUBTOTAL | 379.61 |
| TAX | 15.81 |
| SHIPPING | |
| TOTAL | 395.42 |

A finance charge of 1 1/2% per month will apply on past due amounts.

This is your only invoice: No other copies will be sent.

Remittance Advice
Please return with your payment.

Invoice No: **A-**

Professional Image, Inc.
Accounting Dept.
1100 Alakea Street
Honolulu, Hawaii 96813

Amount Due:



APR 0 7 2005

**STATEMENT**

**01 April 2005**

**AYABE CHONG NISHIMOTO SIA & NAKAMURA**
**2500 Pauahi Tower**
**1001 Bishop Street**
**Honolulu, Hawaii 96813**
**Attention: Mr Ronald Shigekane**

**Project: BLUFFS at MAUNA KEA**
**KHA Project 0528**

At this time the following amount is due on the above named project:

Consulting Services from 01 March through 31 March 2005 as itemized on accompanying detail analysis.

**PRINCIPAL I:** KNODA

| | | | |
|---|---|---|---|
| 0.5 | Hours | : Code 209 - 10 / Consulting - Office Conference | $ 7,600.00 |
| 29.6 | Hours | : Code 209 - 12 / Consulting - Research / Report | |
| 0.3 | Hours | : Code 209 - 16 / Consulting - Correspondence / Fax / Email | |

**REIMBURSABLE EXPENSES**

Copying / Printing                                                    392.76

                                              $      392.76

                        **SUBTOTAL**
                        **PLI**               $   7,992.76
                        **TAX**                    219.80
                                                   342.46

                        **DUE THIS STATEMENT**     $   8,555.02   — pg 262

                                                   100 %

This statement issued 04/06/05.
Payment is due and payable ten days from receipt.
Amounts unpaid thirty days from issue date are subject to interest from that date at the rate of One Percent (1%) per month.
KNOX HOVERSLAND ARCHITECTS LTD, Federal Identification Number 99-0276352



4/6/05 at 15:31:49.70

### KNOX HOVERSLAND ARCHITECTS LTD
Time Ticket Register
For the Period From Mar 1, 2005 to Mar 31, 2005

Filter Criteria includes: 1) Ticket Numbers from  to ; 2) Job IDs from 0528 to 0528; 3) Item IDs from  to ; 4) Billable Tickets only. Report order is by Ticket Date.

| | Item ID | Unit | | Ticket Description for Invoicing |
|---|---|---|---|---|
| 3/16/05 | 209-11 | | KNODA | [non-bill]; telcon with R Shigekane re request for services |
| 3/16/05 | 209-12 | 2.30 | KNODA | document review and evaluation |
| 3/18/05 | 209-12 | 2.60 | KNODA | document review and evaluation |
| 3/19/05 | 209-12 | 7.00 | KNODA | document review and evaluation |
| 3/21/05 | 209-12 | 2.50 | KNODA | document review and evaluation |
| 3/22/05 | 209-12 | 9.00 | KNODA | prepare written evaluation report |
| 3/23/05 | 209-12 | 6.20 | KNODA | prepare written evaluation report |
| 3/23/05 | 209-16 | 0.30 | KNODA | publish written report to pdf and email to R Shigekane |

4/6/05 at 15:32:24.03

### KNOX HOVERSLAND ARCHITECTS LTD
Expense Ticket Register
For the Period From Mar 1, 2005 to Mar 31, 2005
Filter Criteria includes: 1) Job IDs from 0528 to 0528; 2) Billable Tickets only. Report order is by Ticket Date.

| | Item Description | Ticket Description for Invoicing | Billing Amount |
|---|---|---|---|
| 3/30/05 | Copying/Printing | document imaging; Replixa #0000-484 | 392.76 |

028

# RALPH ROSENBERG

## Court Reporters, Inc.

### A Referral Service

Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

5/24/2004

BILLED TO:   RONALD SHIGEKANE, ESQ.
AYABE CHONG NISHIMOTO SIA & NAKAMURA
1001 BISHOP STREET
2500 PAUAHI TOWER
HONOLULU, HI 96813-0000

INVOICE NO:   46041

RE:   WESTERN SUNVIEW PROPERTIES
FEDERMAN
CIVIL NO. CV03-00463 DAE LEK

### *A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF RONDA KENT, ESQ. (VOLUME 2) TAKEN ON 05/21/04 IN HONOLULU HI | |
| COPY | 611.00 |

210ST2 52EH 1CT1
MYRLA SEGAWA

| | |
|---|---|
| Tax | 25.45 |
| TOTAL DUE | $636.45 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED TO:
RONALD SHIGEKANE, ESQ.
AYABE CHONG NISHIMOTO SIA & NAKAMURA
1001 BISHOP STREET
2500 PAUAHI TOWER
HONOLULU, HI 96813-0000

000

0·00G+

INVOICE DATE:   5/24/2004
INVOICE NO:      46041
TOTAL DUE:       $636.45
DATE TAKEN:     05/21/04
RE:                    CIVIL NO. CV03-00463 DAE LEK
WITNESS(ES):    RONDA KENT, ESQ. (VOLUME 2)

636·45 =
639·74 =
1·276·19+   — pg 29-3

002

210ST2 52EH 1CT1
MYRLA SEGAWA

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, Hi 96813

029

# CARNAZZO COURT REPORTING COMPANY, LTD.
## 888 MILILANI STREET, SUITE 705
## HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

AYABE, CHONG, NISHIMOTO, SIA &
RONALD SHIGEKANE, ESQ.
1001 BISHOP STREET
2500 PAUAHI TOWER
HONOLULU, HI, 96813

DATE:           12/07/2005
INVOICE:        622779
CLIENT ID:      1373
REPORTER ID:    CYNTHIA GARDUQUE

CIVIL NO. CV03-00463 DAE
WESTERN SUNVIEW PROPERTIES v FEDERMAN

Deposition of LEONARD KACHER taken on 11/17/2005

One Copy     $614.16
TAX          $25.58
TOTAL        $639.74

We now accept VISA and MASTERCARD
PLEASE RETURN ONE COPY FOR PROPER CREDIT.
THANK YOU
Federal Tax ID: 99-0145704

030

# ORAL AUDIT BILLING SHEET

**Date Taken:** 11/17/2005

**Deponent:** LEONARD KACHER

**INVOICE NUMBER** 622779

RONALD SHIGEKANE, ESQ.     Ayabe, Chong, Nishimoto, Sia & Nakamura     1373

12/07/2005

CIVIL NO. CV03-00463 DAE (LEK)

**Deponent: LEONARD KACHER**

ORAL

| | | | | | |
|---|---|---|---|---|---|
| One Copy (Oral) | 159 | $3.64 | $578.76 | $24.11 | HI_GE_FULL |
| Condensed Transcript (Oral) | 1 | $15.00 | $15.00 | $0.62 | HI_GE_FULL |
| Exhibit Tabs (Oral) | 14 | $0.25 | $3.50 | $0.15 | HI_GE_FULL |
| Exhibit Pages (Oral) | 36 | $0.40 | $14.40 | $0.60 | HI_GE_FULL |
| Tecvar Folders (Oral) | 1 | $2.50 | $2.50 | $0.10 | HI_GE_FULL |
| *Subtotal:* | | | $614.16 | $25.58 | $639.74 |

**TOTAL:**     $614.16     $25.58     $639.74

031