# EXHIBIT E



Tusher
Architectural
Group

March 5, 2004

Architecture ▶ ▶ Master Planning ▶ ▶ Strategic Analysis

Sidney Ayabe
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street, Suite 2500
Honolulu, Hawai`i          96813

Invoice:      02.Hands/Federman.04

The Bluffs at Mauna Kea – Hands/Federman Litigation
February 1-29 , 2004

For Deposition Services including meetings and conversations
with attorneys and The Bluffs relating to litigation and depositions

| | | | |
|---|---|---|---|
| Terry Tusher | 25 hours @ $175.00/hour | | $ 4,375.00 |
| Litigation Markup | | | $ 2,187.50 |
| Secretary | 1 hour @ $42.00/hour | | $     42.00 |
| | | | $ 6,604.50 |
| Tax @ 4.166% | | | $   275.14 |
| **Current Amount Due** | | | **$6,879.64** |

copies: Randy Stingel, Dennis Krueger ✓

*Invoices are due upon receipt.*
*Interest will be charged at the rate of 1.5% compounded monthly on all amounts over 30 days.*
*Payments will be credited first to interest and balance will be credited to principal.*

EXHIBIT E    001

P. O. Box 120 ▶ Honolulu, Hawai`i  96810 ▶ phone (808) 949-4969 ▶ fax (808) 949-4160

RECEIVED OCT 0 2 2006



# MEMO

Tusher
Architectural
Group

Architecture ▶ Masterplanning ▶ Strategic Analysis

To:        Sidney Ayabe
           Ayabe Chong Nishimoto Sia & Nakamura

From:      Terry Tusher

Date:      September 27, 2006

Project:   The Bluffs at Mauna Kea
           Hands/Federman Litigation

Subject:   Outstanding Invoices

Copies:    Dennis Krueger
           Bob Acree
           Jerry Elder

---

Sid

Several years ago I was authorized to participate in one of the first depositions on the Hands/Federman Litigation. I know the litigation grew and morphed over the years and was ultimately finalized earlier this year. While I know everyone has moved on, unfortunately there remains an outstanding invoice for part of the services I provided back in 2004. I would very much like to get this matter finalized.

The basic services for this assignment were completed in February 2004 under the terms of a Letter of Agreement dated February 1, 2004. Although these services were invoiced in March, 2004, payment was not made until March 2006 and then for only part of the outstanding balance. The payment was credited as outlined in the Agreement and left an outstanding principal balance of $3,193.13. Since then no additional payments have been made.

Accompanying this memo, I have included a current invoice indicating a current balance of $3,543.88. I would appreciate receiving notification from you or The Bluffs as to when I can expect settlement of this outstanding balance. If there is a question about the amount, please contact me so we can resolve any issues.

Aloha,

Terry

---

P. O. Box 180 ▶ Honolulu, Hawaii 96810 ▶ phone (808) 596-8001 ▶ f (808) 596-8005 ▶ tushertarchitectural@...



Tusher
Architectural
Group

March 15, 2006

Architecture ▶ Masterplanning ▶ Strategic Analysis

Date Rec'd: _____
Property : _____
Due Date: _____
Acct. Desc: _____
G/L Acct. No: _____
Amount: _____
Approval: _____

Sidney Ayabe
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street, Suite 2500
Honolulu, Hawai`i          96813

Invoice:      17.Hands/Federman.06

The Bluffs at Mauna Kea – Hands/Federman Litigation
For Professional Services including meetings and conversations with attorneys
and The Bluffs relating to litigation and depositions
February 1-29, 2004

**Amount Past Due**

16.Hands/Federman.06, February 15, 2006          $ 9,923.91

Interest @ 1.5% February                              $    148.86

Payment March 7, 2006
    Credited per Authorization Agreement          ($6,879.64)

**Outstanding Principal Amount Due**                 $ 3,193.13

copies: Jane Mireles, Dennis Krueger, Bob Acre, Jerry Elder

Invoices are due upon receipt.
Interest will be charged at the rate of 1.5% compounded monthly on all amounts over 30 days.
Payments will be credited first to interest and balance will be credited to principal.

P.O. Box 190 ▶ Honolulu, Hawai`i  96810 ▶ phone (808) 596-9991 ▶ fax (808) 596-9895 ▶ tusher@tusher.com

**003**



Tusher
Architectural
Group

Architecture ▸ Masterplanning ▸ Strategic Analysis

September 15, 2006

Sidney Ayabe
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street, Suite 2500
Honolulu, Hawai`i          96813

Invoice:        20.Hands/Federman.06

The Bluffs at Mauna Kea – Hands/Federman Litigation
For Professional Services Including meetings and conversations with attorneys
and The Bluffs relating to litigation and depositions
March 1- 31, 2004

| Amount Past Due | Principal | Interest | Balance |
|---|---|---|---|
| 19.Hands/Federman.06, April 15, 2006 | $ 3,193.13 | $96.52 | $3,289.65 |
| Interest @ 1.5% May | $ 3,193.13 | $49.34 | $ 3,338.99 |
| Interest @ 1.5% June | $ 3,193.13 | $50.08 | $ 3,389.07 |
| Interest @ 1.5% July | $ 3,193.13 | $50.84 | $ 3,439.91 |
| Interest @ 1.5% August | $ 3,193.13 | $51.60 | $ 3,491.51 |
| Interest @ 1.5% September | $ 3,193.13 | $52.37 | $ 3,543.88 |
| **Outstanding Amount Due** | **$ 3,543.88** | | |

copies: Jane Mireles, Dennis Krueger, Bob Acre, Jerry Elder

*Invoices are due upon receipt.*
*Interest will be charged at the rate of 1.5% compounded monthly on all amounts over 30 days.*
*Payments will be credited first to interest and balance will be credited to principal.*

20.06a

P.O. Box 12C ▸ Honolulu, Hawai`i  96810 ▸ voice (808) 526 2001 ▸ fax (808) 526 9805 ▸ tusher@tusherarchitectural.net