# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/25/06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00463JMS-LEk |
| CASE NAME: | Western Sunview Properties, LLLC, et al. Vs. Irwin Federman, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 10/25/06 | TIME: | |

COURT ACTION:  EO:  Defendant the Bluffs at Mauna Kea Community Association's Motion for Fees and Costs filed on **10/24/06** will be considered by Magistrate Judge Leslie E. Kobayashi as a Non Hearing Motion.

Pursuant to LR 54.3 Defendant the Bluffs at Mauna Kea Community Association's Statement of Consultation is due on **11/7/06**.

Pursuant to LR 54.3 and FRCvP Rule 6(e): Memorandum in Opposition is due **11/21/06**.

Reply Memorandum is due **12/5/06.**

Defendant the Bluffs at Mauna Kea Community Association's Motion for Fees and Costs will be taken under advisement by Magistrate Judge Leslie E. Kobayashi thereafter.

**Settlement Conference Re: Attorneys' Fees and Costs set for 11/21/06 at 9:30 a.m. before Magistrate Judge Leslie E. Kobayashi.**

cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager