# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00463JMS-LEK |
| CASE NAME: | Western Sunview Properties, LLC vs. Irwin Federman, et al. |
| ATTYS FOR PLA: | Terrance Matthew Revere |
| ATTYS FOR DEFT: | J. Douglas Ing |
| | Brian A. Kang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 10/30/2006 | TIME: | 1:41-1:49 |

COURT ACTION:  EP: Further Settlement on the Record held. Terrance Matthew Revere, J. Douglas Ing and Brian A. Kang ALL participated by phone.

Court Orders the proceeding **SEALED**.  Copies **may not** be made without permission of the Court.

Terms stated.

Motion for Good Faith Settlement to be filed.

Jury Selection/Trial set for 9:00  12/5/06 before Judge J. Michael Seabright is **Vacated.**

Submitted by: Warren N. Nakamura, Courtroom Manager