SIDNEY K. AYABE            968-0
RONALD SHIGEKANE      1945-0
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawaii 96813
Telephone: 808-537-6119
Facsimile: 808-526-3491
E-mail: Ronald.Shigekane@hawadvocate.com

Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>Defendants. | **CIVIL NO. CV 03-00463 JMS-LEK**<br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S **STATEMENT OF CONSULTATION** RE: MOTION FOR FEES AND COSTS (filed 10/24/06); CERTIFICATE OF SERVICE<br><br>**Judge: Hon. J. Michael Seabright**<br><br>Trial Date: December 5, 2006 |

2004-069/311125

## DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S STATEMENT OF CONSULTATION RE: MOTION FOR FEES AND COSTS

Defendants The Bluffs at Mauna Kea Community Association, (hereinafter "The Bluffs") hereby submits its Statement of Consultation in compliance with L.R. 54.3.

After consultation between counsel for Plaintiffs and Defendant, the parties are unable to reach an agreement with regard to the pending motion for attorneys fees and costs.

### Date of Consultation

The consultation was conducted via telephone conference on October 31, 2006.

### Participating Attorneys

Ronald Shigekane, Esq. on behalf of Defendant The Bluffs and Terrence Revere, Esq. on behalf of Plaintiffs.

### Specific Results Achieved

Counsel for plaintiffs stated that plaintiffs object to the granting of any attorneys' fees on the basis of Hawaii Revised Statutes 421J, which governs Non-Profit Community Associations.

In addition to the foregoing blanket objection, counsel for plaintiffs specifically objected to the requested fees charged by Dennis Krueger, Esq. on several grounds.

Counsel for plaintiffs also noted that certain costs, such as travel costs were not recoverable by Defendant.

In light of the blanket objection to the request for attorneys' fees, no further discussion regarding specific items were discussed.  We expect, however, to engage in further discussions before the settlement conference scheduled for November 21, 2006 at 9:30 a.m.

DATED:  Honolulu, Hawaii; November 7, 2006

_____
SIDNEY K. AYABE
RONALD SHIGEKANE
Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION