IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>              Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>              Defendants. | **CIVIL NO. CV 03-00463 JMS-LEK**<br><br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

2004-069/311125

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _November 7, 2006_ a true and correct copy of Defendant The Bluffs at Mauna Kea Community Association's Motion for Fees and Costs was duly served upon the following parties listed below, at their last-known addresses, as indicated below:

| | | |
|---|---|---|
| TERRANCE M. REVERE, ESQ. | U.S. Mail | [X] |
| JACQUELINE E. THURSTON, ESQ. | Hand-Delivery | [ ] |
| 1000 Bishop Street, Suite 801 | Electronically | [X] |
| Honolulu, Hawaii 96813 | | |

And

| | | |
|---|---|---|
| DENELLE M. DIXON-THAYER | U.S. Mail | [ ] |
| 275 Battery Street, 23rd Floor | Hand-Delivery | [ ] |
| San Francisco, California 94111 | Electronically | [X] |

    Attorneys for Plaintiffs
      WESTERN SUNVIEW PROPERTIES, LLC
      GUY HANDS AND JULIA HANDS

| | | |
|---|---|---|
| J. DOUGLAS ING, ESQ. | U.S. Mail | [ ] |
| BRIAN A. KANG, ESQ. | Hand-Delivery | [ ] |
| First Hawaiian Center, 23rd Floor | Electronically | [X] |
| 999 Bishop Street | | |
| Honolulu, Hawaii 96813 | | |

    Attorneys for Defendants
    MAUNA KEA PROPERTIES, INC. and
    MAUNA KEA DEVELOPMENT CORP.

    DATED: Honolulu, Hawaii _November 7, 2006_.

_____
SIDNEY K. AYABE
RONALD SHIGEKANE
Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION