FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
DENELLE M. DIXON-THAYER (*pro hac vice*)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel. No.: (415) 986-2800
Fax No.: (415) 986-2827
Email address: ddixon-thayer@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email: terry@myrhawaii.com

Attorneys for Plaintiffs WESTERN SUNVIEW
PROPERTIES LLC, GUY HANDS, and JULIA
HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES LLC; GUY HANDS; AND JULIA HANDS,<br><br>    Plaintiffs,<br><br>    v.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; | Civil No. 03-00463 JMS LEK<br><br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>*(caption continued)* |

| | |
|---|---|
| THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; AND DOE CORPORATIONS 1-100, Defendants. | **DECLARATION OF TERRANCE M. REVERE** |

### DECLARATION OF TERRANCE M. REVERE

I, Terrance M. Revere, declare as follows:

1.  I am an attorney licensed to practice law in the State of Hawaii and the Federal District Court for the District of Hawaii. I represent Plaintiffs Western Sunview Properties, LLC, Guy Hands, and Julia Hands, in the above-captioned action.

2.  I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

3.  Attached hereto as **Exhibit 1** is a true and accurate copy of letter, which is dated June 20, 2003, and which I sent to Andrew Beaman with a copy to Dennis Krueger.

4.      Attached hereto as **Exhibit 2** is a true and accurate copy of a letter, which is dated June 24, 2003, and which I sent to Keith Hunter with copies to Dennis Krueger and Andrew Beaman.

5.      Attached hereto as **Exhibit 3** is a true and accurate copy of an letter, which is dated July 2, 2002, and which is from David Stringer to Andrew V. Beaman and me.

6.      Attached hereto as **Exhibit 4** is a true and accurate copy of excerpts from the transcript of the deposition of Dennis Krueger, taken on December 14, 2005.

7.      Attached hereto as **Exhibit 5** is a true and accurate copy of a letter, which is dated March 17, 2004, and which is from Dennis A. Krueger to me with copies to Sidney A. Ayabe, Michael W. Gibson, Rhonda A. Kent, and Mr. Krueger's client.

I, TERRANCE M. REVERE, declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, November 21, 2006

_____
TERRANCE M. REVERE

42046\3001\522523.1