# EXHIBIT 1

Case 1:03-cv-00463-JMS   Document 681-3   Filed 11/21/2006   Page 1 of 3

# MOTOOKA YAMAMOTO & REVERE

MILTON M. MOTOOKA
MYLES T. YAMAMOTO
TERRANCE M. REVERE
RANDALL K. SING
BRIAN A. BILBERRY
JACQUELINE E. THURSTON

ATTORNEYS AT LAW
A LIMITED LIABILITY LAW CORPORATION

1000 BISHOP STREET, SUITE 801
HONOLULU, HAWAII 96813

TELEPHONE  (808) 532-7900
FAX:  (808) 532-7910
http://www.myrhawaii.com
eMail: terry@myrhawaii.com
Direct Line: (808) 532-7900 ext. 516

June 20, 2003

VIA FACSIMILE: 536-5869

Andrew Beaman, Esq.
Fort Street Tower
745 Fort Street, 9th Floor
Honolulu, Hawaii 96813-3815

Re:   The Bluffs at Mauna Kea, Lot 6

Dear Mr. Beaman:

As you know, we now represent Western Sunview.

I am in receipt of your letter dated June 16, 2003 to Mr. Kreuger.

Your letter was silent on Western's request for documents. This is to request that you please provide the documents requested by Ms. Kent several weeks ago by Monday, June 23, 2003. If we do not receive the documents we will assume that your clients are going to continue to hide their plans (literally and figuratively), despite their earlier representations of wanting to resolve this dispute cooperatively.

Given the contrast in both tone and content of your letter and the earlier representations by your clients, as well as your advice to cut off communications by the design professionals, it does not appear that your clients have any interest whatsoever in resolving this matter cooperatively. Nevertheless, this is to formally request that we mediate the dispute regarding the offensive and illegal objects that have been placed on Lot 6 pursuant to Hawaii Revised Statutes Chapter 421-J(13). This request for mediation is also being made upon the Association via copy of this letter to Mr. Kreuger. (I ask that Mr. Kreuger please pass it on to the Board for its immediate consideration.)

1

Andrew Beaman, Esq.
June 20, 2003
Page 2

I assume that you will inform your clients of the benefits of mediation and the consequences of refusing to mediate in good faith. I suggest that we retain Mr. Keith Hunter, Judge Mossman or Judge McConnell. If you find these choices to be unacceptable please submit your proposed suggestions by Monday, June 23, 2003.

Thank you for your attention to this matter.

Sincerely,

*Terrance M. Revere*

Terrance M. Revere

TMR:rc
Beaman01.doc
cc: Dennis Kreuger, Esq. (Via Fax: 808-329-7706)