**EXHIBIT 3**



DAVID
STRINGER

LLC AIA
tel. (808)531-5962 · fax. (808)526 1857 · email. dsarch@att.net

July 2, 2002

Andrew V. Beaman, Esq.
Chun, Kerr, Dodd, Beaman & Wong
745 Fort Street, 9th Floor
Honolulu, Hawaii 96813-3815

Terrence M. Revere
Love Yamamoto & Motooka
1000 Bishop Street, Ste. 801
Honolulu, Hawaii 96813

Re:     The Bluffs at Mauna Kea
        Federman-Western Sunview Mediation

Dear Messrs. Beaman and Revere:

We thank you for the invitation to participate in the up-coming mediation between the Federmans and Western Sunview Properties. However, the Board for the Bluffs believes that having their design consultants present at the mediation may lead the parties to believe that opinions expressed by the consultants will be approved by the Design Review Committee. No such commitment can be made. Therefore, the Board believes that it is best to have the individual property owners attempt a resolution of the issues themselves and to make any resolution contingent upon the approval of the Design Review Committee.

The Design Review Committee wishes to remind both parties of the landscape requirements that prohibit the planting of canopy trees within the Special Setback. However, if both parties agree on a solution that is at variance with the Design Guidelines, a variance request may be submitted to the Design Committee for review along with necessary drawings and justification for the variance.

On behalf of The Bluffs Homeowners Association, please thank the owners for their efforts in attempting to resolve their differences without resorting to litigation. Should you have any questions or concerns, please feel free to contact me at anytime.

Sincerely,

David Stringer Architects, AIA, LLC.

David Stringer