# EXHIBIT 5

# Ashford & Wriston

A LIMITED LIABILITY LAW PARTNERSHIP LLP

**DENNIS A. KRUEGER**
Tel: (808) 329-7706
Fax: (808) 329-7528
dkrueger@awlaw.com

March 17, 2004

<u>*VIA FACSIMILE AND U.S. FIRST CLASS MAIL*</u>

Terrance M. Revere, ESQ.
MOTOOKA YAMAMOTO & REVERE
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Facsimile: (808) 532-7910

  Re: *Western Sunview Properties, LLC v. Federmans;*
     Civil No.: CV03-00463 DAE LEK

Dear Mr. Revere:

  Thank you for your letter of March 16, 2004. As you are aware, I have a conflict of interest in this matter, due to our firm's representation of your client, Western Sunview Properties, LLC, as well as The Bluffs at Mauna Kea, and have been asked by your client to refrain from representing The Bluffs in any matter affecting Western Sunview Properties, LLC.

  In reply to your letter, I would recommend that you communicate with Mr. Ayabe, or other counsel selected by The Bluffs at Mauna Kea to represent them in this matter.

        Very truly yours,

        ASHFORD & WRISTON
        A Limited Liability Law Partnership LLP

        DENNIS A. KRUEGER

cc: Sidney K. Ayabe, Esq.
   Michael W. Gibson, Esq.
   Ronda K. Kent, Esq.
   Client

HONOLULU OFFICE
Mailing Address
Post Office Box 131
Honolulu, HI 96810

Street Address
Alii Place, Suite 1400
1099 Alakea Street
Honolulu, HI 96813

Tel: (808) 539-0400
Fax: (808) 533-4945
Email: atty@awlaw.com
www.ashfordwriston.com

KAILUA KONA OFFICE
Kuakini Tower, Suite 208
75-5722 Kuakini Hwy.
Kailua-Kona, HI 96740

Tel: (808) 329-7706
Fax: (808) 329-7528
Email: kona@awlaw.com
www.ashfordwriston.com