IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br>　　　　Defendants. | **CIVIL NO. CV 03-00463 DAE LEK**<br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>DECLARATION OF RONALD SHIGEKANE<br><br><br><br><br><br><br>Trial Date: December 5, 2006 |

2004-069/318268

DECLARATION OF RONALD SHIGEKANE

1. I am Ronald Shigekane and I have personal knowledge of the following facts.

2. I am licensed to practice law in the State of Hawaii and am one of the attorneys representing Defendant The Bluffs at Mauna Kea Community Association ("The Bluffs") in this action and have personal knowledge of the matters stated herein.

3.   Exhibit A is a true and correct copy of a letter from Mr. Terrence Revere to Mr. Sidney Ayabe dated January 23, 2004.

4.   Exhibit B is a true and correct copy of Defendant Association's previously submitted, Exh. F, in which only mediation-related expenses are identified (circled) and are being requested.

I, Ronald Shigekane, do declare under penalty of law that the foregoing is true and correct.

Dated: Honolulu, Hawaii, _____NOV 2 8 2006_____

_____
Ronald Shigekane