IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>        Plaintiffs,<br><br>  vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100, JANE DOES 1-100, DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>        Defendants. | Case No. CV03-00463 DAE/LEK<br><br>DECLARATION OF ANDREW V. BEAMAN |

<u>DECLARATION OF ANDREW V. BEAMAN</u>

    1.   I am Andrew V. Beaman and I have personal knowledge of the following facts.

    2.   I am licensed to practice law in the State of Hawaii and I am one of the attorneys who represented Defendants Irwin and Concepcion S. Federman in this lawsuit.

    3.   Before this lawsuit was filed against the Federmans, we agreed to have the matter mediated on July 28, 2003. Both Irwin and Concepcion Federman traveled to Honolulu and attended the mediation session in person.

    4.   Before the mediation, Mr. Revere and I had agreed that the parties would make efforts to settle the matter by modifying the landscaping plans, so we agreed that landscape

architects would attend the mediation. I wanted to be sure the principals would attend in person because the attorneys could not reasonably be expected to make personal and aesthetic judgments about landscaping, so I sought assurances from Mr. Revere that his principals would be there. By letter dated June 24, 2003, Mr. Revere represented to me that Western Sunview Properties would have "at least one representative attending the mediation in person with full settlement authority."

     5.   The Federmans and I were very disappointed when we learned, during the mediation on July 28, 2003, that neither Mr. or Mrs. Hands actually were present and that the "authorized representative" who did attend was attorney Ronda Kent. Even if Mr. and Mrs. Hands were available by telephone, they would have had no way of reviewing the landscaping sketches that were prepared by the landscape architects during the mediation, and the mediation occurred late at night U.K. time. In the end, the mediation was a waste of time due to the failure of Mr. and Mrs. Hands to attend.

     I, Andrew V. Beaman, do declare under penalty of law that the foregoing is true and correct.

     Dated: Honolulu, Hawaii, November 28, 2006.

_____
ANDREW V. BEAMAN