# EXHIBIT "B"

### *Jewell & Krueger, a Limited Liability Law Company*
75-5722 Kuakini Highway, Suite 208, Kailua-Kona, Hawaii 96740
Ph:(808) 326-7654          Fax:(808) 326-1407

BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION, THE                    October 20, 2006
c/o AUGUSTINE REALTY
P. O. BOX 2020
KAILUA-KONA, HAWAII
96745

|              |              | File #:  | 04-1081 |
|--------------|--------------|----------|---------|
| **Attention:** |              | Inv #:   | Settle  |

RE:  DESIGN REVIEW COMMITTEE-GENERAL ADMINISTRATION
<u>Fees pertaining to Federman Litigation</u>

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-29-05 | Review email and attachments from Ron Shigekane in regard to the Federman's Certification letter. | 0.20 | 40.00 | DAK |
| Jul-06-05 | Telephone call with Ron Shigekane regarding mediation in the Federman matter, a possible summary judgment in the Leone matter and the draft architect's certification letter in the Federman matter. | 0.20 | 40.00 | DAK |
| Jul-07-05 | Review email from David Ayer regarding draft certification letter from Federman. | 0.20 | 40.00 | DAK |
|  | Telephone call with Ron Shigekane regarding David Ayer's reply to his request on the draft certification letter for Federman, along with a discussion of the payment of Terry Tusher's fees for his deposition testimony in February of 2004. | 0.30 | 60.00 | DAK |
| Jul-12-05 | Telephone call with Ron Shigekane regarding his question about the landscaping approval for Federman. | 0.20 | 40.00 | DAK |
| Aug-01-05 | Review Ron Shigekane's letter to opposing counsel regarding settlement in the Federman and Leone matters. | 0.10 | 20.00 | DAK |
| Aug-08-05 | Telephone call with Ron Shigekane regarding | 0.20 | 40.00 | DAK |

**EXHIBIT B**     001

Invoice #:    Settle           Page   2                                October 20, 2006

|  |  |  |  |  |
|---|---|---:|---:|---|
|  | the outcome of the Board's meeting with regard to the Federman settlement conference. |  |  |  |
|  | Telephone call with Jane Mireles regarding notification of the Board on the Federman settlement issues for tomorrow and asking them to comment on Shigekane's request. | 0.20 | 40.00 | DAK |
|  | Review Ron Shigekane's reply to opposing counsel's settlement offer in the Federman litigation. | 0.20 | 40.00 | DAK |
| Aug-11-05 | Review Shigekane's 8-10-05 Letter to Groundwater on the outcome of the settlement conference with Judge Nakamura. | 0.20 | 40.00 | DAK |
|  | Review Shigekane's 8-11-05 Confidential Mediation Statement to Judge Lynch. | 0.20 | 40.00 | DAK |
|  | Telephone call with Ron Shigekane regarding having a representative available for the mediation with Judge Lynch on 8-22 and 8-23. | 0.30 | 60.00 | DAK |
|  | Review Ron Shigekane's email to the Board regarding the Board's participation in the Western Sunview Mediation. | 0.20 | 40.00 | DAK |
|  | Telephone call with Ron Shigekane regarding my participation in the mediation on Aug. 22-23. | 0.20 | 40.00 | DAK |
| Aug-12-05 | Review email from Jerry Elder to Ron Shigekane and Ron's reply regarding the Federman and Leone cases and responses to settlement proposals by Plaintiff. | 0.20 | 40.00 | DAK |
|  | Review Ron Shigekane's email to the Board regarding my participation in the upcoming mediation in Federman, and replies from Mike Hartley and Bob Gunderson. | 0.20 | 40.00 | DAK |
| Aug-15-05 | Email to the Board regarding attendance at the mediation on Aug. 22-23, and Federman's reply. | 0.30 | 60.00 | DAK |
| Aug-18-05 | Email to the Board regarding my participation in the Federman mediation on August 22-23. | 0.20 | 40.00 | DAK |
| Aug-19-05 | Telephone call with Andy Beaman to discuss the Federman mediation. | 0.30 | 60.00 | DAK |

380

002

| Invoice #: | Settle | Page 3 | | | October 20, 2006 |
|---|---|---|---|---|---|
| Aug-22-05 | Attend Federman mediation at Hapuna Beach Prince Hotel. | | 9.00 | 1,800.00 | DAK |
| Aug-25-05 | Review letter from Ron Shigekane regarding the outcome of the Federman mediation. | | 0.20 | 40.00 | DAK |
| | Review comments from Gunderson and Hartley on the Federman mediation and forward to Ron Shigekane. | | 0.20 | 40.00 | DAK |
| | Review email from Shigekane on the Gunderson and Hartley comments on the Federman mediation. | | 0.20 | 40.00 | DAK |
| Aug-26-05 | Review/reply to email from Ron Shigekane on payment of Terry Tusher's bill. | | 0.20 | 40.00 | DAK |
| | Review Sandy Robertson's comments on the Hands' litigation. | | 0.20 | 40.00 | DAK |
| Aug-29-05 | Telephone call with Ron Shigekane regarding the outcome of the pro hac vice motion on Federman and getting a board member to testify in any trial. | | 0.30 | 60.00 | DAK |
| Sep-02-05 | Review email and attachment from Ron Shigekane regarding the Board's depositions in the Federman case. | | 0.20 | 40.00 | DAK |
| | Email to Board regarding a meeting with Ron Shigekane to discuss the requested depositions. | | 0.20 | 40.00 | DAK |
| Sep-07-05 | Telephone call with Jane Mireles regarding setting a board meeting to discuss Ron Shigekane's email on the Board depositions. | | 0.20 | 40.00 | DAK |
| | Email to Board, Jane and Ron Shigekane regarding a special meeting to discuss Ron's concerns regarding the Board's depositions. | | 0.20 | 40.00 | DAK |
| | Review/reply to email from Doug Leone in regard to the depositions of Board members in the Western Sunview litigation. | | 0.20 | 40.00 | DAK |
| Sep-08-05 | Review email from Mike Hartley and respond to the Board regarding the number of additional Board members needed for a quorum on the issue of the Board's depositions by Western Sunview. | | 0.30 | 60.00 | DAK |

1,920

003

| Invoice #: | Settle | Page 4 | | October 20, 2006 | |
|---|---|---|---|---|---|
| | | Review email from Ron Shigekane regarding Western Sunview's most recent call to expedite the setting of the depositions of Board members. | 0.20 | 40.00 | DAK |
| Sep-12-05 | | Telephone call with Ron Shigekane regarding contacting each one of the board members individually regarding his deposition. | 0.20 | 40.00 | DAK |
| Oct-05-05 | | Review document production request from Ron Shigekane in the Leone and Federman actions. | 0.10 | 20.00 | DAK |
| | | Telephone call with Ron Shigekane regarding the document production request in Leone and Federman cases. | 0.20 | 40.00 | DAK |
| | | Review generally the documents that have been requested by Western Sunview in the Leone and Federman cases. | 0.20 | 40.00 | DAK |
| | | Email to Jane Mireles and David Ayer regarding the documents requested by Western Sunview in the Leone and Federman cases. | 0.20 | 40.00 | DAK |
| | | Review Ron Shigekane's email on the production of document request by Western Sunview. | 0.10 | 20.00 | DAK |
| Oct-12-05 | | Telephone call with Ron Shigekane regarding the Association's production of documents on Federman and Leone. | 0.10 | 20.00 | DAK |
| Oct-14-05 | | Review Ron Shigekane's email regarding depositions of Board members in the Federman and Leone litigation, and Board members' replies. | 0.20 | 40.00 | DAK |
| Oct-19-05 | | Telephone call with Ron Shigekane regarding the documents to be produced in the Federman and Leone cases. | 0.10 | 20.00 | DAK |
| Oct-24-05 | | Telephone call with Ron Shigekane regarding the redaction of certain information in the documents we are producing in the Federman and Leone cases. | 0.10 | 20.00 | DAK |
| | | Commence review of documents being produced in the Federman and Leone litigation. | 1.50 | 300.00 | DAK |
| Nov-04-05 | | Review Western Sunview files in regard to | 0.30 | 60.00 | DAK |

004

Invoice #:     Settle           Page   5                              October 20, 2006

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | documents that Shigekane wants produced in the Federman and Leone cases. | | | |
| | Telephone call with Ron Shigekane regarding additional documents for production to Western Sunview, questions regarding meeting minutes and issues relating to trial and depositions. | 0.20 | 40.00 | DAK |
| Nov-21-05 | Telephone call with Ron Shigekane regarding my deposition in the Leone and Federman matters. | 0.20 | 40.00 | DAK |
| | Second telephone call with Ron Shigekane regarding the date and time for my depo. | 0.10 | 20.00 | DAK |
| Nov-28-05 | Review email from Terry Revere to Ron Shigekane in regard to my deposition in the Federman and Leone cases. | 0.10 | 20.00 | DAK |
| | Telephone call with Ron Shigekane regarding Revere's allegations that there may be a conflict of interest issue with my testifying against Western Sunview. | 0.20 | 40.00 | DAK |
| | Review additional documents in the Bluffs' files dealing with the wavier of a conflict by Western Sunview. | 0.30 | 60.00 | DAK |
| Nov-30-05 | Telephone call with Ron Shigekane regarding issues affecting my deposition. | 0.20 | 40.00 | DAK |
| Dec-01-05 | Review email from Shigekane to the Board regarding the waiver of the attorney-client privilege in order for me to testify in the Federman and Leone cases. | 0.10 | 20.00 | DAK |
| | Telephone call with Sheriff Akana regarding his subpoena for Jewell & Krueger and for me to testify at a deposition. | 0.10 | 20.00 | DAK |
| | Review Ron's responsive email to Revere regarding my deposition. | 0.10 | 20.00 | DAK |
| | Review Western Sunview file and conflict waiver in regard to Revere's statement that they had a different interpretation of the waiver than the Bluffs. | 0.20 | 40.00 | DAK |
| | Telephone call with Ron Shigekane in regard to the waiver issue. | 0.20 | 40.00 | DAK |

180

005

Invoice #:     Settle               Page   6                              October 20, 2006

| | | | | |
|---|---|---|---|---|
| | Telephone call with Wayne Nasser at Ashford & Wriston in regard to the waiver of conflict of interest for Ashford & Wriston. | 0.10 | 20.00 | DAK |
| Dec-06-05 | Review/reply to email from Jerry Elder regarding landscape approvals and monitoring tree height limitations; email to the Board regarding waiver of the attorney client privilege in the Federman and Leone cases. | 0.10 | 20.00 | DAK |
| | Telephone call with Ron Shigekane in regard to the status of waivers of attorney client privilege from the Board and turning over documents to Western Sunview. | 0.20 | 40.00 | DAK |
| Dec-07-05 | Review/reply to various emails regarding the waiver of the attorney/client privilege in the Leone and Federman cases and issues affecting unapproved landscaping. | 0.20 | 40.00 | DAK |
| Dec-08-05 | Review email from Ron Shigekane regarding the upcoming depositions. | 0.10 | 20.00 | DAK |
| Dec-09-05 | Telephone call with Ron Shigekane regarding the nature of my deposition. | 0.20 | (40.00) | DAK |
| Dec-13-05 | Review reported decision in the Federman case dealing with the motion for summary judgment by Federman and the Association; review other cases dealing with variances granted by associations re: preparation for my deposition in Federman and Leone litigation. | 1.40 | (280.00) | DAK |
| | Telephone call with Ron Shigekane regarding my deposition. | 0.10 | (20.00) | DAK |
| | Office Conference with Ron Shigekane to prepare for my deposition. | 1.50 | (300.00) | DAK |
| Dec-15-05 | Appear for my deposition in the Federman and Leone matters. | 2.80 | (560.00) | DAK |
| Dec-18-05 | Review/reply to Ron's email regarding Judge Nakamura's suggestion that the Association consider further mediation with DPR. | 0.20 | (40.00) | DAK |

*1,240* [handwritten]

006

Invoice #:    Settle                    Page   7                           October 20, 2006

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-27-05 | Review Ron's email to Groundwater regarding the Plaintiff's request for arbitration and/or mediation in the Federman and Leone cases and the Court's communication in that regard. | 0.10 | (20.00) | DAK |
| Jan-06-06 | Telephone call with Ron Shigekane to discuss my continued deposition and my participation in any trial. | 0.20 | (40.00) | DAK |
| Jan-20-06 | Telephone call with Ron Shigekane regarding the outcome of the hearing before the discovery master and the date for testimony at trial. | 0.10 | 20.00 | DAK |
| Jan-22-06 | Telephone call with Ron Shigekane regarding the offer to settle made by Western Sunview and how to communicate the offer to the Board. | 0.10 | 20.00 | DAK |
|  |  | 28.60 | $5,720.00 |  |
|  | Plus 4.166% General Excise Tax |  | 238.30 |  |

**Total Fee & Disbursements for all charges on this matter**        $5,958.30

TAX ID Number    20-1708196

*[handwritten:]*
60.00
1240.-
180.-
1920.-
380.-
————
3780

```
Oct 20/2006                    Jewell & Krueger, a Limited Liability Law Company
                                              Client Fees Listing
                                                   ALL DATES
Date       Fee / Time                        Working Lawyer              Hours      Amount
     Entry# Explanation

1065    BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION, THE
 06-1051      FEDERMAN LITIGATION  Western Sunview, et al.
Feb  1/2006 Lawyer:      0.10 Hrs X 200.00     DAK - Dennis A. Kru        0.10       20.00
     27235 Telephone call with Ron Shigekane regarding
           the Board's reply to the settlement offer of
           Western Sunview.
Feb  1/2006 Lawyer:      0.20 Hrs X 200.00     DAK - Dennis A. Kru        0.20       40.00
     27237 Email to the Board with Ron's comments to
           Jerry Elder's questions regarding the
           settlement offer from Western Sunview.
Feb  1/2006 Lawyer:      0.20 Hrs X 200.00     DAK - Dennis A. Kru        0.20       40.00
     27238 Review and forward email from Ron's
           assistant containing a portion of the
           Federman settlement document relating to
           landscaping.
Feb  3/2006 Lawyer:      0.10 Hrs X 200.00     DAK - Dennis A. Kru        0.10       20.00
     27245 Review settlement proposal from Ron
           Shigekane on the Leone-Federman cases and
           contact Ron's assistant regarding the
           proposed settlement.
Mar  6/2006 Lawyer:      0.20 Hrs X 200.00     DAK - Dennis A. Kru        0.20       40.00
     27915 Review Shigekane letter to Groundwater
           regarding the upcoming Federman trial in
           Federal Court, along with the attachment
           (demand letter) from Revere.
Sep  7/2006 Lawyer:      0.20 Hrs X 200.00     DAK - Dennis A. Kru        0.20       40.00
     36700 Telephone call with Ron Shigekane regarding
           the Court's ruling in the Federman case.
Sep  7/2006 Lawyer:      0.30 Hrs X 200.00     DAK - Dennis A. Kru        0.30       60.00
     36701 Email to the Board regarding the decision in
           the Western Sunview-Federman litigation.
Sep  7/2006 Lawyer:      0.30 Hrs X 200.00     DAK - Dennis A. Kru        0.30       60.00
     36706 Review/reply to Doug Leone's email regarding
           the decision in the Federman case.
Oct 17/2006 Lawyer:      0.30 Hrs X 225.00     DAK - Dennis A. Kru        0.30       67.50
     36657 Review time entries for claims of attorney's
           fees and costs requested by Ron Shigekane.
Oct 19/2006 Lawyer:      0.20 Hrs X 225.00     DAK - Dennis A. Kru        0.20       45.00
     36754 Telephone call with Ron Shigekane regarding
           my preparation of fees and costs for him to
           submit.
                                                                         _____    _____
                                                                          2.10    $432.50
        4.166% General Excise Tax                                                   18.02
                                                                                  _____
                                                                                  $450.52
```

008