# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/01/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00463JMS-LEK |
| CASE NAME: | Western Sunview Properties, LLC vs. Irwin Federman, et al. |
| ATTYS FOR PLA: | Terrance Matthew Revere |
| ATTYS FOR DEFT: | Ronald M. Shigekane |
| | Stanley M. Chow (Counsel for Insurance Carrier) |
| | Lissa H. Andrews (Counsel in State action) |
| | Trevor A. Brown (Coverage Counsel for Association) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 12/01/2006 | TIME: | 10:30-1:20 |

COURT ACTION:  EP: Settlement Conference Re: Attorneys' Fees and Costs in Federal Action and Global Settlement Conference Re: State Action (Civil No. 04-1-0212) Third Circuit Court, State of Hawaii held.

Submitted by: Warren N. Nakamura, Courtroom Manager