# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 237757 |
| Trans | 143335 |

Received From:   MOTOOKA YAMAMOTO
Case Number:
Reference Number:   CV 03-00463JM

|  |  |
|---|---:|
| Check | 455.00 |
| Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---:|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |

|  |  |
|---|---:|
| Total | 455.00 |
| Tend | 455.00 |
| Due | 0.00 |

12/15/2006 11:08:55 AM    Deputy Clerk:  lg/DT