# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/12/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 06-00641ACK-KSC |
| CASE NAME: | St. Paul Fire & Marine Insurance Company vs. The Bluffs at Mauna Kea Community Association |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 01/12/2007 | TIME: | |

COURT ACTION:  EO: The above entitled action is hereby re-assigned to **Magistrate Judge Leslie E. Kobayashi.**  Please reflect the case number as **CIVIL NO. 06-00641ACK-LEK** on **ALL** further pleadings.

Rule 16 Scheduling Conference currently set for 2/26/2007 at 09:00 AM before Magistrate Judge Kevin S.C. Chang will be held before Magistrate Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager