# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/12/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 03-00463JMS-LEK

CASE NAME:       Western Sunview Properties, LLC. Vs. Irwin Federman, et al.

ATTYS FOR PLA:   Terrance Matthew Revere
                 Denelle Dixon-Thayer

ATTYS FOR DEFT:  Brian Kang
                 Ronald M. Shigekane
                 Stanley M. Chow
                 Lissa H. Andrews
                 Trevor A. Brown
                 Monique Fuentes

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 01/12/2007 | TIME: | 9:05-9:10; 9:10-10:10 |

COURT ACTION:  EP: Status Conference Re: Notice of Appeal filed on 12/15/06 held. Terrance Revere, Denelle Dixon-Thayer, Brian Kang and Moniques Fuentes participated by phone.

Settlement Re: Mauna Kea Properties.  Motion for Good Faith Settlement to be filed.  Ex Parte Motion to Shorten Time for consideration of Motion for Good Faith Settlement to be submitted.

Further Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager