FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 26 2007

at __1__ o'clock and _35_ min _P_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

(Amended) Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-15012          U.S. District Court Case No. CV-03-00463-JMS

Short Case Title Western Sunview v. Federman

Date Notice of Appeal Filed by Clerk of District Court  December 29, 2006

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
| August 23, 2004 | Steve Platt | Pre-Trial Proceedings |
| January 24, 2006 | Sharon Ross | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter  I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered  January 16, 2007     Estimated date for completion of transcript _____

Print Name of Attorney  Denelle M. Dixon-Thayer     Phone Number  415-986-2800

Signature of Attorney  Denelle M. Dixon Thayer / EML

Address  Folger Levin & Kahn LLP, 275 Battery St., 23rd Fl., San Francisco, CA  94111

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____     Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                              BY: _____
(U.S. District Court Clerk)    (date)         DEPUTY CLERK

# FOLGER LEVIN & KAHN LLP

ATTORNEYS AT LAW

Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone 415.986.2800
Facsimile 415.986.2827

Los Angeles Office:
1900 Avenue of the Stars, 28th Floor
Los Angeles, California 90067
Telephone 310.556.3700
Facsimile 310.556.3770

www.flk.com

**RECEIVED**
CLERK, U.S. DISTRICT COURT

JAN 2 6 2007

DISTRICT OF HAWAII

January 25, 2007

**BY FEDERAL EXPRESS**

Clerk of Court
United States District Court for the District of Hawaii
300 Ala Moana Boulevard, Room C338
Honolulu, HI 96850

      Re:    *Western Sunview Properties, LLC et al. v. Federman et al.*
             (Case No. CV-03-00463 JMS LEK)

Dear Sir or Madam:

      Enclosed please find an Amended Transcript Designation and Ordering Form (the "Amended Form"). We are filing the Amended Form at the request of Sharon Ross, the Court Reporter for various hearings in the above-referenced matter. Ms. Ross has informed my colleague, Eric Lode, that a hearing for which we requested a transcript was held on January 24, 2006, rather than on January 25, 2006 as stated in the Transcript Designation and Ordering Form that we filed on January 16, 2007 (the "Previously-Filed Form"). As such, we are amending the form to reflect the correct date of the hearing. There are no other substantive differences between the Amended Form and the Previously-Filed Form.

      Please do not hesitate to contact me if you have any questions. Thank you for your attention to this matter.

                              Very truly yours,

                              *Denelle M. Dixon-Thayer / EML*

                              Denelle M. Dixon-Thayer

Enclosure

cc:    Sharon Ross
       Steve Platt
       Ronald Shigekane, Esq.

42046\3001\531291.1