IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 2 6 2007
at 12 o'clock and 45 min P M
SUE BEITIA, CLERK

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; ET AL.,<br><br>Defendants. | Civil No. CV03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

I, John Nikolatos, state:

My business address is Embarcadero Center West, 275 Battery Street, 23rd Floor, San Francisco, California 94111. I am over the age of eighteen years and not a party to this action. On January 25, 2007, I served the document described as:

**AMENDED TRANSCRIPT DESIGNATION AND ORDERING FORM**

in the above-entitled action on the following:

Ronald Shigekane, Esq.                                  BY FEDERAL EXPRESS
Ayabe Chong Nishimoto Sia & Nakamura
1001 Bishop Street
2500 Pauahi Tower
Honolulu, Hawaii 96813
Attorneys for Defendant
THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION

Sharon Ross  BY FIRST CLASS MAIL
P.O. Box 894434
Mililani, Hawaii 96789

Steve Platt  BY FEDERAL EXPRESS
300 Ala Moana Blvd., Suite C-287
Honolulu, Hawaii 96813

DATED: San Francisco, CA, January 25, 2007.

_____
John Nikolatos

42046\3001\531549.1