ORIGINAL

CHAR, HAMILTON, CAMPBELL & YOSHIDA
A Law Corporation

STANLEY M. CHOW
737 Bishop Street, Suite 2100
Pacific Guardian Center
Honolulu, Hawaii 96813
Telephone: 808-524-3800
Facsimile: 808-523-1714
E-mail: schow@chctlaw.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB - 6 2007

at 9 o'clock and 30 min. A M
SUE BEITIA, CLERK

*Attorney for Plaintiff*
*St. Paul Fire & Marine Insurance Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

LODGED

FEB 1 2007
3:30 pm
U.S. DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION, a Hawaii Nonprofit Corporation,<br><br>Defendant. | Civil No. CV 06-00641 ACK LEK<br><br>PLAINTIFF ST. PAUL FIRE & MARINE INSURANCE COMPANY'S EX PARTE MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT AND FOR RULE 16 SCHEDULING CONFERENCE; DECLARATION OF STANLEY M. CHOW; ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME TO SERVE COMPLAINT AND FOR RULE 16 SCHEDULING CONFERENCE |

PLAINTIFF ST. PAUL FIRE & MARINE INSURANCE COMPANY'S
EX PARTE MOTION FOR EXTENSION OF TIME TO SERVE
COMPLAINT AND FOR RULE 16 SCHEDULING CONFERENCE

COMES NOW Plaintiff ST. PAUL FIRE & MARINE INSURANCE COMPANY (hereinafter "ST. PAUL"), by and through its attorneys, CHAR HAMILTON CAMPBELL & YOSHIDA, and hereby moves, ex parte, this Honorable Court for an Order extending the time to serve the Complaint for 60 days, to and including May 30, 2007, and to extend the time for the scheduling of the Rule 16 Scheduling/Status Conference to a date and time no earlier than 30 days after an answer, or other responsive pleadings, to the Complaint has been filed by Defendant, above-named.

This Motion is made pursuant to Rules 4, 7, and 16 of the Federal Rules of Civil Procedure, and Local Rules 6.2 and 7.2 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based upon the Declaration of Stanley M. Chow, and the records and pleadings on file with the Court herein.

Dated: Honolulu, Hawai`i, February \_\_1\_\_, 2007.

_____
STANLEY M. CHOW
*Attorney for Plaintiff*
*St. Paul Fire & Marine Insurance Company*

2