IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION, a Hawaii Nonprofit Corporation,<br><br>Defendant. | Civil No. CV 06-00641 ACK LEK<br><br>DECLARATION OF STANLEY M. CHOW |

## DECLARATION OF STANLEY M. CHOW

I, STANLEY M. CHOW, hereby declare pursuant to Local Rule 7.6 of the Local Rules of Practice for the United States District Court for the District of Hawaii, as follows:

1. Your Declarant is an attorney with the law firm of CHAR HAMILTON CAMPBELL & YOSHIDA, and is one of the attorneys for Plaintiff ST. PAUL FIRE & MARINE INSURANCE COMPANY ("ST. PAUL"), and has personal knowledge of the following facts and is competent to testify as follows:

2. The deadline to serve the Complaint filed herein is currently March 30, 2007.

3. The attorneys for ST. PAUL and Defendant the Bluffs at Mauna Kea Community Association ("Bluffs Association"), have been discussing potential settlement of the above-entitled matter along with the related matters involving litigation against the Bluffs Association in State and Federal Courts.

4. To facilitate settlement efforts, your Declarant and Trevor Brown, Esq. ("Mr. Brown"), attorney for the Bluffs Association, have agreed to extend the time to serve the Complaint for 60 days, to and including May 30, 2007, and to the scheduling of a Rule 16 Scheduling/Status Conference to a date and time no earlier than 30 days after an answer, or other responsive pleadings, to the Complaint is filed on behalf of the Bluffs Association.

5. Based upon the above, it is respectfully requested that the instant Motion be granted, and time for ST. PAUL to serve the Complaint herein be extended to and including May 30, 2007, and that a Rule 16 Scheduling/Status Conference be set no earlier than 30 days after an answer, or other responsive pleadings, to the Complaint is filed on behalf of the Bluffs Association.

I, STANLEY M. CHOW, do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:  Dated:  Honolulu, Hawai`i, February \_\_\_1\_\_\_, 2007.

_____
STANLEY M. CHOW