IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION, a Hawaii Nonprofit Corporation,<br><br>Defendant. | Civil No. CV 06-00641 ACK LEK<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME TO SERVE COMPLAINT AND FOR RULE 16 SCHEDULING CONFERENCE |

ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME TO SERVE COMPLAINT AND FOR RULE 16 SCHEDULING CONFERENCE

Plaintiff ST. PAUL FIRE & MARINE INSURANCE COMPANY having moved for an Order extending the time to serve the Complaint filed herein and extend the time to set the Rule 16 Scheduling/Status Conference, and the Court having considered the Plaintiff's Ex Parte Motion to Extend Time to Serve Complaint and Rule 16 Scheduling Conference, the Declaration of Stanley M. Chow, and the records and pleadings on file herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion to Extend Time to Serve Complaint and for Rule 16 Scheduling Conference is GRANTED.

IT IS FURTHER ORDERED that: 1) Plaintiff, above-named, may have up to and including May 30, 2007, to serve the Complaint filed herein, and 2) the Rule 16 Scheduling/Status Conference shall be scheduled ~~no earlier than 30 days~~ 7/30/07 at 9:00 am after an answer, or other responsive pleadings, to the Complaint is filed on behalf of Defendant The Bluffs at Mauna Kea Community Association.

DATED: Honolulu, Hawaii, FEB 06 2007.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Civil No. CV 06-00641 ACK LEK; ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota Corporation vs. THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION, a Hawaii Nonprofit Corporation; ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME TO SERVE COMPLAINT AND FOR RULE 16 SCHEDULING CONFERENCE