# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/5/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 03-00463JMS-LEK

CASE NAME:       Western Sunview Properties, LLC vs. Irwin Federman, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     3/5/2007                     TIME:

COURT ACTION:  EO: Various Settlements on the Record have been held in the above entitled action.

Magistrate Judge Leslie E. Kobayashi hereby recommends to Judge J. Michael Seabright that an Order for Dismissal With Prejudice be entered **immediately.**

Submitted by: Warren N. Nakamura, Courtroom Manager