UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 28 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES LLC; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>IRWIN FEDERMAN,<br><br>　　　　Defendant,<br><br>　and<br><br>JOHN DOES 1-100; et al.,<br><br>　　　　Defendants - Appellees. | No. 07-15012<br><br>D.C. No. CV-03-00463-JMS<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 02 2007
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Appellants' motion for voluntary dismissal of this appeal is granted.

Appellants may file a new notice of appeal after final judgment. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

The certified copy of this order sent to the district court shall constitute the mandate.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 28 2007
by _____
Deputy Clerk

For the Court

/s/ Dan Torres
Dan Torres
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A