FOLGER LEVIN & KAHN LLP

SAMUEL R. MILLER (*pro hac vice*)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Tel. No.: (415) 986-2800
Fax No.: (415) 986-2827
Email address:  smiller@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE  5857-0
JACQUELINE E. THURSTON  7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email address:  terry@myrhawaii.com

Attorneys for Plaintiffs WESTERN SUNVIEW
PROPERTIES, LLC, GUY HANDS, and JULIA
HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>                    Plaintiffs,<br><br>           v.<br><br>IRWIN FEDERMAN;<br>CONCEPCION S. FEDERMAN;<br><br>*(caption continued)* | Civil No. 03-00463 JMS LEK<br><br>(Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>**PLAINTIFFS' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT REGARDING DEFENDANTS MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.;** |

| | |
|---|---|
| | **MEMORANDUM IN SUPPORT OF MOTION; ATTORNEY CERTIFICATION; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE** |
| THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; AND DOE CORPORATIONS 1-100, Defendants. | Hon. Leslie E. Kobayashi |

## PLAINTIFFS' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT REGARDING DEFENDANTS MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.

Plaintiffs Western Sunview Properties, LLC; Guy Hands; and Julia Hands (collectively, "Plaintiffs"), by and through their attorneys, Motooka, Yamamoto & Revere and Folger Levin & Kahn, hereby move this Court to issue an Order finding that the terms of the proposed settlement between Plaintiffs and Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp. (collectively, the "Mauna Kea Defendants") as set forth in the Settlement Agreement entered into

between the parties as of March 8, 2007,[1] is in good faith within the meaning of Hawaii Revised Statutes § 663-15.5.

This motion is brought pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Hawaii Revised Statutes § 663-15.5, and is based on the attached Memorandum and the attached Declaration of Counsel and the entire record and files herein.

Plaintiffs respectfully submit that the Settlement Agreement between Plaintiffs and the Mauna Kea Defendants was reached in good faith based upon the totality of circumstances, including the following factors: (1) the liability of the Mauna Kea Defendants was disputed, (2) the matter was heavily litigated amongst the settling parties, and (3) the negotiated settlement was the result of arms-length negotiations which involved the efforts of the parties and mediators.

---

[1] The principal terms of the Settlement Agreement were stated on the record on October 30, 2006. The proceedings were sealed by the Court. *See* Minute Order, dated October 30, 2006.

DATED:   March 9, 2007

                                            /s/
                                  TERRANCE M. REVERE

                                  Attorneys for Plaintiffs
                                  WESTERN SUNVIEW PROPERTIES, LLC;
                                  GUY HANDS; and JULIA HANDS