# ATTORNEY CERTIFICATION

I have reviewed Plaintiffs' Motion for Determination of Good Faith Settlement Regarding Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp. (the "Motion"). I hereby certify that each factual assertion made in the Motion has support in the record.

DATED: Honolulu, Hawaii, March 9, 2007.

                                                    /s/
                                     TERRANCE M. REVERE

                                     Attorneys for Plaintiffs
                                     WESTERN SUNVIEW PROPERTIES, LLC;
                                     GUY HANDS; and JULIA HANDS