IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC; GUY HANDS; AND JULIA HANDS,<br><br>     Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN ET AL.,<br><br>     Defendants. | Civil No. CV03-00463 JMS LEK (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action)<br><br>**DECLARATION OF COUNSEL** |

## DECLARATION OF COUNSEL

The undersigned hereby declares that:

1. I am an attorney licensed to practice law before the United States District Court for the District of Hawaii and am one of the attorneys for Plaintiffs Western Sunview Properties, LLC; Guy Hands; and Julia Hands (collectively, "Plaintiffs") in the above captioned matter.

2. I have personal knowledge of the matters set forth herein, am competent to testify thereto, and make this Declaration in Support of this Motion for Determination of Good Faith Settlement Regarding Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp. (collectively, the "Mauna Kea Defendants").

3. The liability of the Mauna Kea Defendants to Plaintiffs was in dispute and heavily litigated.

4. Pursuant to extensive arms-length negotiations between the parties and before Mediator Keith Hunter and the Honorable Eugene Lynch (Ret.), and in compromise of disputed claims to avoid further expense and protracted litigation, Plaintiffs and the Mauna Kea Defendants have reached an agreement to resolve their dispute.

5. The principal terms of the Settlement Agreement between Plaintiffs and the Mauna Kea Defendants, which include a confidentiality provision, were stated on the record on October 30, 2006. The October 30, 2006 proceedings were sealed by the Court.

6. Plaintiffs and the Mauna Kea Defendants seek a ruling pursuant to Hawaii Revised Statutes § 663-15.5 that the settlement and Settlement Agreement between Plaintiffs and the Mauna Kea Defendants was made in good faith.

7. As good cause exists for granting the Motion, Plaintiffs respectfully request that this Court find and order that the Settlement Agreement by and between Plaintiffs and the Mauna Kea Defendants is in good faith.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATED: Honolulu, Hawaii, March 9, 2007.

                                              /s/
                                  TERRANCE M. REVERE