# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/15/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00463JMS-LEK |
| CASE NAME: | Western Sunview Properties, LLC vs. Mauna Kea Properties, Inc., et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 03/15/2007 | TIME: | |

COURT ACTION:  EO:    On March 9, 2007, Plaintiffs Western Sunview Properties, LLC, Guy Hands, and Julia Hands (collectively "Plaintiffs") filed their Motion for Determination of Good Faith Settlement Regarding Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp. ("Motion").  Based on this Court's participation in the settlement discussions between the parties, this Court is familiar with the terms of the settlement.  No objection to the Motion has been filed.  The Court finds this matter suitable for disposition without a hearing pursuant to Local Rule 7.2(d) and Haw. Rev. Stat. § 663-15.5(b).  The Motion is hereby GRANTED, and Plaintiffs are to prepare the order by no later than **Monday, March 19, 2007** for the Court's review and signature.

        IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager