IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, ET AL.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>IRWIN FEDERMAN, ET AL.,<br><br>          Defendants.<br>_____ | )   CIVIL NO. 03-00463 JMS-LEK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFFS' MOTION FOR DETERMINATION
OF GOOD FAITH SETTLEMENT REGARDING DEFENDANTS
<u>MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.</u>**

Plaintiffs Western Sunview Properties, LLC; Guy Hands; and Julia Hands (collectively, "Plaintiffs") filed their Motion for Determination of Good Faith Settlement Regarding Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp. (the "Motion") on March 9, 2007. Pursuant to the Court's Order of March 7, 2007, any opposition to the Motion was to be filed by March 14, 2007. Defendants Irwin Federman, Concepion S. Federman, The Bluffs at Mauna Kea Community Association, and the County of Hawaii were given due notice of the Motion and the opportunity to oppose it. No opposition to the Motion was filed.

Based on the Court's participation in settlement discussions between the parties, the Court is familiar with the terms of the settlement. The Court finds this matter suitable for disposition without a hearing pursuant to Local Rule 7.2(d) and

Haw. Rev. Stat. § 663-15.5(b).

After full consideration of the Motion and supporting papers and the authorities submitted by counsel, and based upon the Court's familiarity with the terms of the settlement, it is hereby ordered that:

1. The Motion is GRANTED.

2. The settlement between Plaintiffs and Defendants Mauna Kea Properties, Inc. and Mauna Kea Development Corp. is in good faith within the meaning of Haw. Rev. Stat. § 663-15.5, and entry of this Order affects the rights of joint tortfeasors and/or co-obligors as set forth therein.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAI`I, March 19, 2007.



　　　/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

**WESTERN SUNVIEW PROPERTIES, LLC, ET AL. V. IRWIN FEDERMAN, ET AL., CIVIL NO. 03-00463 JMS-LEK; ORDER GRANTING PLAINTIFFS' MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT REGARDING DEFENDANTS MAUNA KEA PROPERTIES, INC. AND MAUNA KEA DEVELOPMENT CORP.**