IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, | ) ) ) | CIVIL NO.  03-00463 JMS-LEK |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| IRWIN FEDERMAN, ET AL., | ) ) | |
| Defendants. | ) ) | |

**ORDER OF DISMISSAL**

    The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

    GOOD CAUSE APPEARING FOR DISMISSAL,

    IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding within sixty days of this Order, upon good cause shown, if the settlement conditions have not been satisfied.

    IT IS SO ORDERED.

    DATED at Honolulu, Hawaii, March 20, 2007.



_/s/ J. Michael Seabright_
J. Michael Seabright
United States District Judge