**ORIGINAL**

AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC<br><br>    Plaintiff(s),<br><br>V.<br><br>IRWIN FEDERMAN, ET AL.,<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 03-00463 JMS LEK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 21, 2007<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered pursuant to the, "ORDER OF DISMISSAL", by the Honorable J. Michael Seabright, U.S. District Judge, and filed on, March 21, 2007.

cc: all counsel of record

_____        _____
March 21, 2007                          SUE BEITIA
Date                                             Clerk

                                                _____
                                                (By) Deputy Clerk