FOLGER LEVIN & KAHN LLP

ROGER B. MEAD
ERIC M. LODE
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Tel. No.: (415) 986-2800
Fax No.: (415) 986-2827
Email address: elode@flk.com

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE    5857-0
KAPONO F. H. KIAKONA  7691-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813
Tel. No. (808) 532-7900
Fax No. (808) 532-7910
Email: terry@myrhawaii.com

Attorneys for Plaintiffs WESTERN SUNVIEW
PROPERTIES LLC, GUY HANDS, and JULIA
HANDS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 16 2007

at 3 o'clock and 05 min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES LLC; GUY HANDS; AND JULIA HANDS, <br><br> Plaintiffs, <br><br> v. <br><br> IRWIN FEDERMAN; | Civil No. 03-00463 JMS LEK <br><br> (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action) <br><br> NOTICE OF APPEAL <br><br> *(caption continued)* |

| |
|---|
| CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; AND DOE CORPORATIONS 1-100, <br><br>　　　　Defendants. |

## NOTICE OF APPEAL

Notice is hereby given that Western Sunview Properties, LLC; Guy Hands; and Julia Hands, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from:

(1) That portion of the June 21, 2006 Order that granted summary judgment in favor of Defendant The Bluffs at Mauna Kea Community Association;

(2) That portion of the August 30, 2006 Order that granted summary judgment in favor of Defendant The Bluffs at Mauna Kea Community Association;

(3) That portion of the March 20, 2007 Order of Dismissal that dismissed Plaintiffs' claims against Defendant The Bluffs at Mauna Kea Community Association; and

(4) That portion of the March 21, 2007 Judgment that entered judgment in

favor of Defendant The Bluffs at Mauna Kea Community Association and against Plaintiffs.

DATED: April 16, 2007

_____
TERRANCE M. REVERE
KAPONO F. H. KIAKONA

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC;
GUY HANDS; and JULIA HANDS

42046\3001\542488.1