AO85

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239139 |
|---------|--------|
| Trans | 145154 |

Received From:     **MOTOOKA YAMAMOTO**

Case Number:

Reference Number:   **CV 03-463JMS**

| | | |
|---|---|---|
| Check | | 455.00 |
| Total | | 455.00 |

| Description | Fund | Qty | Amount |
|-------------|------|-----|--------|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |

| | | |
|---|---|---|
| **Total** | | **455.00** |
| Tend | | 455.00 |
| Due | | 0.00 |

04/16/2007 03:05:23 PM       Deputy Clerk:  et/AC