# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Western Sunview Properties LLC, et al., vs. Irwin Federman, et al.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** _____

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 03-00463JMS-LEK

II **DATE NOTICE OF APPEAL FILED:** April 16, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 04/16/07    **AMOUNT:** $455.00

**NOT PAID YET:**         **BILLED:**

**U.S. GOVERNMENT APPEAL:**   **FEE WAIVED:**

WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

IF YES, SHOW DATE:     & ATTACH COPY OF ORDER/CJA

WAS F.P. STATUS REVOKED:   DATE:

WAS F.P. STATUS LIMITED IN SOME FASHION?

IF YES, EXPLAIN:

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 1, 2007

To All Counsel of Record as Appellees:

    IN RE:    Western Sunview Properties LLC, et al., vs. Irwin Federman, et al.,

    Civil No. 03-00463JMS-LEK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on April 16, 2007 .

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,

SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    Western Sunview Properties LLC, et al., (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS