IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __07-15800__  U.S. District Court Case No. __CV-03-00463-JMS/LEK__

Short Case Title __Western Sunview v. Federman__

Date Notice of Appeal Filed by Clerk of District Court __May 1, 2007__

**FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII** MAY 15 2007 SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire at 3 o'clock and ___ min ___ M |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| August 23, 2004 | Steve Platt | Pre-Trial Proceedings |
| January 24, 2006 | Sharon Ross | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __January 26, 2007__  Estimated date for completion of transcript _____

Print Name of Attorney __Terrance M. Revere__  Phone Number __808-532-7900__

Signature of Attorney __[signature]__

Address __Mootoka Yamamoto & Revere, 1000 Bishop St., Suite 801, Honolulu, HI 96813__

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter) _____ have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                                BY: _____
(U.S. District Court Clerk)   (date)        DEPUTY CLERK