IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC., et al., | ) ) ) | CV 03-00463 JMS LEK |
| Plaintiffs, | ) ) ) | ORDER ADOPTING IN PART AND MODIFYING IN PART THE REPORT OF SPECIAL MASTER |
| vs. | ) ) | |
| IRWIN FEDERMAN, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING IN PART AND MODIFYING IN PART THE REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all

parties on July 5, 2007 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to

Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report

of Special Master is adopted as the opinion and order of this court as to all of the

Special Report other than the last sentence of the conclusion.  If the Association

\\\

\\\

elects to re-file its motion, it must do so before August 17, 2007, and it must

comply with all local rules, including but not limited to Local Rule 54.3.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, August 3, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Western Sunview Properties vs. Federman, et al.*, Civ. No. 03-463 JMS/LEK, Order Adopting in
Part and Modifying in Part the Report of Special Master

2