AYABE, CHONG, NISHIMOTO,
    SIA & NAKAMURA
A Limited Liability Law Partnership

SIDNEY K. AYABE          968-0
RONALD SHIGEKANE      1945-0
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawaii  96813
Telephone: 808-537-6119
Facsimile: 808-526-3491
E-mail: Ronald.Shigekane@hawadvocate.com

Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS, | ) ) ) **CIVIL NO. CV 03-00463 JMS-LEK** |
| Plaintiffs, | ) (Contract, Injunction; Other Non-Vehicle Tort; Declaratory Judgment, Other Civil Action) |
| vs. | ) ) |
| IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100, | ) STIPULATION TO EXTEND TIME ) FOR FILING DEFENDANT THE ) BLUFFS AT MAUNA KEA ) COMMUNITY ASSOCIATION'S ) MOTION FOR FEES AND COSTS ) ) ) ) ) **Judge:  Hon. J. Michael Seabright** |
| Defendants. | ) ) Trial Date:  December 5, 2006 |
| _____ | ) |

2004-069/338296

STIPULATION TO EXTEND TIME FOR FILING
DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY
<u>ASSOCIATION'S MOTION FOR FEES AND COSTS</u>

Defendant THE BLUFFS AT MAUNA KEA COMMUNITY

ASSOCIATION, (hereinafter "The Association"), and Plaintiffs WESTERN

SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS by and

through their respective undersigned attorneys, hereby stipulate that Defendant The

Association shall have until October 31, 2007 to file its Motion for Fees and Costs.

By Report of Special Master on Defendant The Bluffs at Mauna Kea

Community Association's Motion for Fees and Costs filed July 5, 2007, it was

recommended that The Association's Motion for Fees and Costs (filed October 24,

2006) be granted in part (as to its entitlement) and denied in part (as to the

amount).   The Special Master further recommended that district court instruct The

Association to refile its Motion, if it elects to do so, by July 20, 2007.

On August 3, 2007, this Court filed its Order Adopting in Part and

Modifying in Part the Report of Special Master, in which it allowed Defendant The

Association until August 17, 2007 in which to refile its Motion, to be submitted in

full compliance with all local rules, including but not limited to Local Rule 54.3, if

it elects to do so.

The parties are in the process of finalizing settlement documents for this

lawsuit and anticipate filing a petition for approval of good faith settlement in the

1

near future.   In order to preserve The Association's rights and at the same time in furtherance of judicial economy, the parties ask that this court approve this Stipulation to Extend Time.

         /s/ Ronald Shigekane_____
         RONALD SHIGEKANE
         Attorney for Defendant
         THE BLUFFS AT MAUNA KEA
         COMMUNITY ASSOCIATION

         /s/ Terrance M. Revere_____
         TERRANCE M. REVERE
         Attorney for Plaintiffs
         WESTERN SUNVIEW
         PROPERTIES, LLC.; GUY HANDS;
         AND JULIA HANDS

APPROVED AND SO ORDERED.

Dated:   Honolulu, Hawaii, August 9, 2007.



         /s/ J. Michael Seabright_____
         J. Michael Seabright
         United States District Judge

STIPULATION TO EXTEND TIME FOR FILING DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S MOTION FOR FEES AND COSTS