FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ 07-15800 _____ U.S. District Court Case No. _____ CV-03-00463-JMS/LEK

Short Case Title _Western Sunview v. Federman_

Date Notice of Appeal Filed by Clerk of District Court _____ May 1, 2007

**FILED IN THE**
~~UNITED STATES DISTRICT COURT~~
DISTRICT OF HAWAII

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|

MAY 15 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Voir Dire

Opening Statements

Settlement Instructions

Closing Arguments

Jury Instructions

✓ August 23, 2004     Steve Platt     Pre-Trial Proceedings

✓ January 24, 2006     Sharon Ross     Other (please specify)

(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _January 26, 2007_    Estimated date for completion of transcript _____

Print Name of Attorney _Terrance M. Revere_    Phone Number _808-532-7900_

Signature of Attorney _____

Address _Mootoka Yamamoto & Revere, 1000 Bishop St., Suite 801, Honolulu, HI 96813_

**SECTION B** - To be completed by court reporter

I, _Sharon Ross_ _____ have received this designation.
    **(signature of court reporter)**
(✓) Arrangements for payment were made on _____ _n/c for original on file_
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

**FILED IN THE**
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

_____ Approximate Number of Pages in Transcript--Due Date _____

AUG 14 2007

at _1_ o'clock and _05_ min _P_ M
SUE BEITIA, CLERK

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _1-31-06_ Court Reporter's Signature _Sharon Ross_

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____ _8/14/07_    BY: _____
(U.S. District Court Clerk)    (date)        DEPUTY CLERK

Ce: Counsel