IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Amended

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 07-15012       U.S. District Court Case No. CV-03-00463-JMS

Short Case Title Western Sunview v. Federman

Date Notice of Appeal Filed by Clerk of District Court _____ December 29, 2006

**SECTION A -** To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| August 23, 2004 | Steve Platt | Pre-Trial Proceedings |
| January 24, 2006 | Sharon Ross | Other (please specify) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB - 2 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

(additional page for designations if necessary)

( )    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X)    As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )    As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter  I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered January 16, 2007 ___ Estimated date for completion of transcript _____

Print Name of Attorney Denelle M. Dixon-Thayer ___ Phone Number 415-986-2800

Signature of Attorney Denelle M. Dixon Thayer / EML

Address Folger Levin & Kahn LLP, 275 Battery St., 23rd Fl., San Francisco, CA  94111

**SECTION B -** To be completed by court reporter

I, _Sharon Ross_ _____ have received this designation.
          (signature of court reporter)
(X) Arrangements for payment were made on _1/17/07_
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_100_ Approximate Number of Pages in Transcript--Due Date 2/17/07

**SECTION C -** To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 1/31/06 Court Reporter's Signature Sharon Ross

**SECTION D -** To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                8/14/07                        BY: _Katie M. Shimun_
(U.S. District Court Clerk)          (date)                              DEPUTY CLERK

cc: Counsel