**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 16 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES LLC; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> IRWIN FEDERMAN; et al., <br><br> Defendants, <br><br> and <br><br> THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION, <br><br> Defendant - Appellee. | No. 07-15800 <br><br> D.C. No. CV-03-00463-JMS/LEK <br> District of Hawaii, <br> Honolulu <br><br> ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 21 2007

at 1 o'clock and 50 min. P M
SUE BEITIA, CLERK

Pursuant to the stipulation of the parties, this appeal is dismissed without prejudice to its reinstatement in the event that either the United States District Court for the District of Hawaii or the Circuit Court for the Third Circuit, State of Hawaii, denies the parties' joint motion to approve the parties' settlement and find that the settlement was made in good faith within the meaning of Hawaii Revised Statutes ("HRS") § 663-15.5.

Appellants must file a motion to reinstate the appeal with this court within 28 days of the denial by either the Federal District Court or the Hawaii Circuit

Court of the parties' joint motion to approve their settlement. The parties further, stipulate, pursuant to which this court hereby orders, that any opposition by Appellee to such motion to reinstate this appeal shall be limited to an opposition based on untimeliness.

In the absence of Appellants filing a timely motion for reinstatement, the parties shall bear their own attorneys' fees and costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 16 2007

by
Deputy Clerk

2

INTERNAL USE ONLY: Proceedings include all events.
07-15800 Western Sunview, et al v. The Bluffs at Mauna, et al

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES LLC<br>    Plaintiff - Appellant | Roger B Mead, Esq<br>FAX          415<br>415/986-2800<br>23rd Floor<br>[COR LD NTC ret]<br>Eric M. Lode, Esq.<br>FAX 415/986-2827<br>415/986-2800<br>23rd Floor<br>[COR LD ret]<br>FOLGER LEVIN & KAHN, LLP<br>Embarcadero Center West<br>275 Battery St.<br>San Francisco, CA 94111<br><br>Terrance M. Revere<br>FAX 808/532-7910<br>808/532-7900<br>Suite 801<br>[COR LD ret]<br>Kapono F.H. Kiakona, Esq.<br>FAX 808/532-7910<br>808/532-7900<br>Suite 801<br>[COR LD NTC ret]<br>MOTOOKA YAMAMOTO & REVERE<br>1000 Bishop St.<br>Honolulu, HI 96813 |
| GUY HANDS<br>    Plaintiff - Appellant | Roger B Mead, Esq<br>(See above)<br>[COR LD NTC ret]<br>Eric M. Lode, Esq.<br>(See above)<br>[COR LD ret]<br><br>Terrance M. Revere<br>(See above)<br>[COR LD ret]<br>Kapono F.H. Kiakona, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JULIA HANDS<br>    Plaintiff - Appellant | Roger B Mead, Esq<br>(See above)<br>[COR LD NTC ret]<br>Eric M. Lode, Esq.<br>(See above)<br>[COR LD ret]<br><br>Terrance M. Revere<br>(See above)<br>[COR LD ret]<br>Kapono F.H. Kiakona, Esq. |