AYABE CHONG NISHIMOTO SIA &
NAKAMURA

RONALD M. SHIGEKANE    1945-0
Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone: (808) 537-6119
Facsimile: (808)  526-3491

Attorney for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, GUY HANDS and JULIA HANDS<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; et al.,<br><br>Defendants. | CV-03-00463-JMS/LEK<br><br>**DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S PETITION FOR DETERMINATION OF A GOOD FAITH SETTLEMENT OF PLAINTIFF'S CLAIMS AGAINST THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; DECLARATION OF RONALD M. SHIGEKANE; EXHIBIT "A;" and CERTIFICATE OF SERVICE** |

**DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY
ASSOCIATION'S PETITION FOR DETERMINATION OF A
GOOD FAITH SETTLEMENT OF PLAINTIFF'S CLAIMS AGAINST
THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION**

Defendant The Bluffs at Mauna Kea Community Association (hereinafter the "Association"), by and through its attorneys, Ayabe Chong Nishimoto Sia & Nakamura, and pursuant to Hawaii Revised Statutes Section 663, as amended, respectfully petition this Court to issue an Order finding the proposed settlement between the above-named Petitioner and WESTERN SUNVIEW PROPERTIES, LLC ("WSP"), and GUY HANDS and JULIA HANDS (collectively, the "WSP Plaintiffs"), is in good faith pursuant to Hawaii Revised Statute Section 663, as amended.

I.   PROCEDURAL BACKGROUND

On April 19, 2007, the parties participated in mediation with JAMS' mediator, Judge Eugene L. Lynch (Ret.) in San Francisco, California. On July 18, 2007, the Moving Parties entered into a Settlement and Release Agreement (hereinafter the "Agreement"). The mediation was an attempt to resolve the instant matter in addition to a related action pending in the Third Circuit Court of the State of Hawaii, Western Sunview Properties, LLC v. Leone-Perkins Family Trust, et al., Civil No. 04-1-0212, Third Circuit Court, State of Hawaii (the "State Action"), and the resolution of another action pending in the U.S. District Court for the District of Hawaii, St. Paul Fire & Marine Insurance

Company v. The Bluffs at Mauna Kea Community Association, et al., Civil No. 06-641 (2006) (the "Coverage Action"). The mediation involved the parties in the instant matter and the Associations' insurance carrier, St. Paul Fire & Marine Insurance Company ("St. Paul").

On July 13, 2007, the WSP Plaintiffs and the Association entered into a Settlement and Release Agreement (hereinafter the "Agreement") privately resolving the disputes between them. See Exhibit "A." The Agreement resolves the instant matter and the two related actions pending before Hawaii courts.

II.   BASIS OF SETTLEMENT, TERMS, AND AMOUNT

The Association and the WSP Plaintiffs have agreed to resolve all of their claims against one another in exchange for the following settlement terms,

(1)   The Association agrees to pay $1,300,000.00 to WSP;

(2)   WSP, the Hands and the Association agree that they shall make no claim in any legal or administrative action that the improvements (including construction of pools and landscaping in the condition that they exist on either property as of the date of this Agreement) constructed on Lots 4 and 6 do not conform to any laws, codes, ordinances and regulations, or to the recorded Declaration of Protective Covenants, Conditions and Restrictions for The Bluffs at Mauna Kea (the "Declaration") and the unrecorded Design and

3

Construction Requirements for Homes promulgated thereunder, and that they shall take no legal or administrative action seeking to change, modify, remove, alter, or reconstruct any such improvements;

(3) The Association also agrees to waive any claim for attorneys' fees and costs as the prevailing party in the Association's Motion for Summary Judgment in the instant matter;

(4) The Association agrees that it will not assess its members for any portion of $1,300,000.00 paid in settlement pursuant to the Agreement, or for any attorneys' fees and costs incurred in connection with the instant matter and the State Action;

(5) The Association agrees that it will hold an association members meeting to vote on a series of resolutions drafted by WSP regarding the association matters; and

(6) The Association, WSP and the Hands shall use their commercially reasonable best efforts to cause any judgments entered in the instant matter or the State Action to be vacated, and the claims asserted therein to be dismissed with prejudice.

The Agreement will resolve all remaining claims against all remaining parties in the instant matter.

III. <u>GOOD FAITH SETTLEMENT</u>

As set forth in the Agreement and the attached Declaration of Ronald M. Shigekane, the Association and the WSP Plaintiffs are entering a "good faith settlement" pursuant to Hawaii Revised Statutes ("HRS") Chapter 663, as amended. The parties respectfully request that the court approve the settlement and confirm that the settlement was made in good faith pursuant to HRS Chapter 663, as amended.

DATED: Honolulu, Hawaii, September 4, 2007.

/s/ Ronald M. Shigekane
RONALD M. SHIGEKANE

Attorney for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION