AYABE CHONG NISHIMOTO SIA &
NAKAMURA

RONALD M. SHIGEKANE     1945-0
Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone: (808) 537-6119
Facsimile: (808)  526-3491

Attorney for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, GUY HANDS and JULIA HANDS<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMN; et al.,<br><br>Defendants. | ) CV-03-00463-JMS/LEK<br>)<br>)<br>) **DECLARATION OF RONALD M.**<br>) **SHIGEKANE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF RONALD M. SHIGEKANE

I, RONALD M. SHIGEKANE, do declare under penalty of law that the foregoing is true and correct:

1. I am an attorney licensed to practice law in the State of Hawaii and an attorney with the law firm of Ayabe Chong Nishimoto Sia & Nakamura.

2. I am one of the attorneys of record for Defendant The Bluffs at Mauna Kea Community Association (hereinafter, the "Association") in the above-entitled action.

3. I have personal knowledge of the matters set forth herein and am competent to testify thereto in a Court of law.

3. A true and correct copy of the proposed Settlement and Release Agreement ("Agreement") that the Association has entered into with Western Sunview Properties, LLC ("WSP"), and GUY HANDS and JULIA HANDS (collectively, the "WSP Plaintiffs"), is attached hereto as Exhibit "A."

4. The Association and the WSP Plaintiffs have agreed to resolve all of their claims against one another in exchange for the following settlement terms,

   a) The Association agrees to pay $1,300,000.00 to WSP;

   b) WSP, the Hands and the Association agree that they shall make no claim in any legal or administrative action that the improvements (including construction of pools and landscaping in the condition that they exist on either property as of the date of this Agreement) constructed on Lots 4 and 6 do not conform

to any laws, codes, ordinances and regulations, or to the recorded Declaration of Protective Covenants, Conditions and Restrictions for The Bluffs at Mauna Kea (the "Declaration") and the unrecorded Design and Construction Requirements for Homes promulgated thereunder, and that they shall take no legal or administrative action seeking to change, modify, remove, alter, or reconstruct any such improvements;

c) The Association also agrees to waive any claim for attorneys' fees and costs as the prevailing party in the Association's Motion for Summary Judgment in the instant matter;

d) The Association agrees that it will not assess its members for any portion of $1,300,000.00 paid in settlement pursuant to the Agreement, or for any attorneys' fees and costs incurred to date in connection with the instant matter and the State Action;

e) The Association agrees that it will hold a meeting of the Board of Directors to vote on a series of resolutions drafted by WSP regarding the governance of the Board of Directors; and

f) The Association, WSP and the Hands shall use their commercially reasonable best efforts to cause any judgments

entered in the instant matter or the State Action to be vacated, and the claims asserted therein to be dismissed with prejudice.

5. The Agreement will resolve all remaining claims against all remaining parties in the instant matter.

6. The settling parties request a finding by this Court that Plaintiffs and Petitioner have entered a "good faith settlement" pursuant to Hawaii Revised Statutes Section 663, as amended.

This Declaration is made in lieu of an affidavit pursuant to Rule 7(g) of the Rules of the Circuit Courts of the State of Hawaii.

DATED: Honolulu, Hawaii, September 4, 2007.

/s/ Ronald M. Shigekane
RONALD M. SHIGEKANE