AYABE CHONG NISHIMOTO SIA &
NAKAMURA

RONALD M. SHIGEKANE    1945-0
Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, Hawaii 96813
Telephone: (808) 537-6119
Facsimile: (808) 526-3491

Attorney for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

TERRANCE M. REVERE    5857-0
KAPONO P.H. KIAKONA   7691-0
Cades Schutte Building
1000 Bishop Street, Ste. 801
Honolulu, Hawaii 96813
Telephone: (808) 532-7900
Facsimile: (808) 532-7910

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC., GUY HANDS
and JULIA HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, GUY HANDS and JULIA HANDS<br><br>Plaintiffs,<br><br>vs. | ) CV-03-00463-JMS/LEK<br>)<br>)<br>) **DEFENDANT THE BLUFFS AT**<br>) **MAUNA KEA COMMUNITY**<br>) **ASSOCIATION AND PLAINTIFF**<br>) **WESTERN SUNVIEW**<br>) **PROPERTIES, LLC'S JOINT**<br>) **MOTION TO VACATE THE** |

| | |
|---|---|
| IRWIN FEDERMAN; et al.,<br><br>　　　　　Defendants. | ) ORDER GRANTING DEFENDANT<br>) THE BLUFFS AT MAUNA KEA<br>) COMMUNITY ASSOCIATION'S<br>) MOTION FOR SUMMARY<br>　JUDGMENT FILED ON JUNE 21,<br>　2006; MEMORANDUM IS<br>　SUPPORT OF MOTION;<br>　DECLARATION OF RONALD M.<br>　SHIGEKANE; CERTIFICATE OF<br>　SERVICE |

## DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION AND PLAINTIFF WESTERN SUNVIEW PROPERTIES, LLC'S JOINT MOTION TO VACATE THE ORDER GRANTING DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT FILED ON JUNE 21, 2006

Defendant THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION (the "Association"), by and through its attorneys, Ayabe Chong Nishimoto Sia & Nakamura, and Plaintiffs WESTERN SUNVIEW PROPERTIES, LLC ("WSP"), GUY and JULIA HANDS (the "Hands") (hereinafter collectively referred to as "WSP Plaintiffs") by and through their attorneys, Mootoka Yamamoto & Revere, A Limited Liability Law Corporation, hereby submits their Joint Motion to Vacate the Order Granting Defendant the Bluffs at Mauna Kea Community Association's Motion for Summary Judgment Filed on June 21, 2006 (the "Order").

This Motion is brought pursuant to Rules 7 and 60(b) of the Federal Rules of Civil Procedure and the Settlement and Release Agreement entered into by the Association and WSP Plaintiffs, and is based upon the memorandum, the record and files herein, and such further evidence and argument as may be presented to the Court at the hearing on the matter.

DATED: Honolulu, Hawaii, September 4, 2007..

/s/ Ronald M. Shigekane
RONALD M. SHIGEKANE

Attorney for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

/s/Terrance M. Revere
TERRANCE M. REVERE
KAPONO P.H. KIAKONO

Attorneys for Plaintiff
WESTERN SUNVIEW PROPERTIES, LLC