AYABE CHONG NISHIMOTO SIA & NAKAMURA

RONALD M. SHIGEKANE    1945-0
Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, Hawaii 96813
Telephone: (808) 537-6119
Facsimile: (808) 526-3491

Attorney for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, GUY HANDS and JULIA HANDS<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; et al.,<br><br>Defendants. | CV-03-00463-JMS/LEK<br><br>**DECLARATION OF RONALD M. SHIGEKANE** |

**DECLARATION OF RONALD M. SHIGEKANE**

I, RONALD M. SHIGEKANE make this declaration as follows:

1. I am an attorney licensed to practice law in all courts in the State of Hawaii and I make this declaration based on my personal knowledge.

2. On April 19, 2007, the Association and Plaintiff Western Sunview Properties, LLC (hereinafter, collectively the "Moving Parties") participated in mediation with JAMS' mediator, Judge Eugene L. Lynch (Ret.) in San Francisco, California.

3. On July 18, 2007, the Moving Parties entered into a Settlement and Release Agreement (hereinafter the "Agreement"). The Agreement resolves the instant appeal in addition to a related action pending in the Third Circuit Court of the State of Hawaii, <u>Western Sunview Properties, LLC v. Leone-Perkins Family Trust, et al.</u>, Civil No. 04-1-0212, Third Circuit Court, State of Hawaii (the "State Action"), and as part of the resolution of another action pending in the U.S. District Court for the District of Hawaii, <u>St. Paul Fire & Marine Insurance Company v. The Bluffs at Mauna Kea Community Association, et al.</u>, Civil No. 06-641 (2006) (the "Coverage Action").

4. Attached hereto as Exhibit "A" is a true and correct copy of the Agreement.

5. The Agreement provides for the parties to bring several motions before the Circuit Court for its approval, including a motion to vacate the Order Granting Defendant the Bluffs at Mauna Kea Community Association's Motion for Summary Judgment entered on June 21, 2006.

6. The Agreement resolves all of the issues raised in the instant lawsuit between the remaining parties, without requiring the expenditure of scarce judicial

2

resources during a lengthy appellate process and removes any possibility of a potential retrial before this Court. In addition, the Agreement also is instrumental in resolving two other disputes pending in Hawaii courts, thereby saving the Moving Parties from needlessly expending their resources in litigating three different lawsuits.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, September 4, 2007.

/s/ Ronald M. Shigekane
RONALD M. SHIGEKANE