AYABE, CHONG, NISHIMOTO,
   SIA & NAKAMURA
A Limited Liability Law Partnership

SIDNEY K. AYABE      968-0
RONALD SHIGEKANE   1945-0
1001 Bishop Street, Pauahi Tower 2500
Honolulu, Hawaii 96813
Telephone: 808-537-6119
Facsimile: 808-526-3491
E-mail: Ronald.Shigekane@hawadvocate.com

Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>              Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>              Defendants. | **CIVIL NO. CV 03-00463 JMS-LEK**<br><br>DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S **EX-PARTE MOTION TO SHORTEN TIME FOR HEARING** ON DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S **PETITION FOR DETERMINATION OF A GOOD FAITH SETTLEMENT** OF PLAINTIFF'S CLAIMS AGAINST THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION **AND** DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION AND PLAINTIFF WESTERN SUNVIEW<br><br>[CAPTION CONTINUES] |

)  PROPERTIES LLC'S **JOINT**
)  **MOTION TO VACATE THE**
)  **ORDER GRANTING**
)  **DEFENDANT THE BLUFFS AT**
)  **MAUNA KEA COMMUNITY**
)  **ASSOCIATION'S MOTION FOR**
)  **SUMMARY JUDGMENT FILED**
)  **JUNE 21, 2006**; ORDER
)  GRANTING DEFENDANT THE
)  BLUFFS AT MAUNA KEA
)  COMMUNITY ASSOCIATION'S
)  EX-PARTE MOTION TO
)  SHORTEN TIME FOR HEARING
)  ON DEFENDANT THE BLUFFS
)  AT MAUNA KEA COMMUNITY
)  ASSOCIATION'S PETITION FOR
)  DETERMINATION OF A GOOD
)  FAITH SETTLEMENT OF
)  PLAINTIFF'S CLAIMS AGAINST
)  THE BLUFFS AT MAUNA KEA
)  COMMUNITY ASSOCIATION
)  AND DEFENDANT THE BLUFFS
)  AT MAUNA KEA COMMUNITY
)  ASSOCIATION AND PLAINTIFF
)  WESTERN SUNVIEW
)  PROPERTIES LLC'S JOINT
)  MOTION TO VACATE THE
)  ORDER GRANTING
)  DEFENDANT THE BLUFFS AT
)  MAUNA KEA COMMUNITY
)  ASSOCIATION'S MOTION FOR
)  SUMMARY JUDGMENT FILED
)  JUNE 21, 2006; DECLARATION
)  OF RONALD SHIGEKANE;
)  EXHIBIT "A"; CERTIFICATE OF
)  SERVICE
)
)  **Judge:** Hon. J. Michael Seabright
)  Trial Date:  December 5, 2006

2004-069/342119

DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S **EX-PARTE MOTION TO SHORTEN TIME FOR HEARING** ON DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S PETITION FOR DETERMINATION OF A GOOD FAITH SETTLEMENT OF PLAINTIFF'S CLAIMS AGAINST THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION AND PLAINTIFF WESTERN SUNVIEW PROPERTIES LLC'S JOINT MOTION TO VACATE THE ORDER GRANTING DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT FILED JUNE 21, 2006

Defendant The Bluffs at Mauna Kea Community Association, by and through its attorneys Ayabe, Chong, Nishimoto, Sia and Nakamura, hereby moves this Honorable Court <u>ex parte</u> for an order shortening time for hearing on its Petition for Determination of Good Faith Settlement of Plaintiff's Claims Against the Bluffs at Mauna Kea Community Association and Defendant the Bluffs at Mauna Kea Community Association and Plaintiff Western Sunview Properties, LLC's Joint Motion to Vacate the Order Granting Defendant the Bluffs at Mauna Kea Community Association's Motion for Summary Judgment filed June 21, 2006.

This Motion is made pursuant to Rules 6 and 7 of the Federal Rules of Civil Procedure and is based upon the attached declaration, exhibit and files herein.

DATED: Honolulu, Hawaii; September 4, 2005.

/s/Ronald Shigekane
SIDNEY K. AYABE
RONALD SHIGEKANE
Attorneys for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION