IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>Defendants. | ) **CIVIL NO. CV 03-00463 JMS-**<br>) **LEK**<br>)<br>) DECLARATION OF RONALD<br>) SHIGEKANE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2004-069/342119

## DECLARATION OF RONALD SHIGEKANE

I, Ronald Shigekane, upon declaration and oath, state:

1.     I am an attorney licensed to practice law in the State of Hawaii.

2.     I am one of the attorneys for Defendant The Bluffs at Mauna Kea Community Association in the above-entitled action.

3.     Plaintiff Western Sunview Properties, LLC. filed a similar lawsuit against its other neighbors and the Association in the Circuit Court for the Third

Circuit of the State of Hawaii, entitled Western Sunview Properties, LLC. vs.

Leone-Perkins Family Trust, et al. Civil No. 04-1-0212, in which Plaintiff obtained

a judgment against the Association on July 14, 2006. The judgment was

subsequently appealed to the Intermediate Court of Appeals by the Association.

4.     On June 21, 2006, this Court entered its Order Granting Defendant

The Bluffs at Mauna Kea Community Association's Motion for Summary

Judgment.

5.     Plaintiffs thereafter filed a timely appeal to the Ninth Circuit Court of

Appeals. While the Appeal was pending, the Association and Plaintiff participated

in a mediation with JAMs' mediator, Judge Eugene L. Lynch (Ret.) in San

Francisco, California.

6.     As the result of the mediation, on July 13, 2007 the Association and

Western Sunview Properties settled their claims. The settlement among the

Association and Western Sunview Properties (hereinafter, the "Agreement") is

attached hereto as Exhibit "A". According to the terms of the Agreement, the

Association and Western Sunview Properties agreed to use their best efforts to

vacate and obtain an order or decree from this Court approving this settlement and

finding that this settlement was made in good faith as contemplated in H.R.S.

§663-15.5.

7.     In the State Court action, the parties obtained the Intermediate Court

of Appeals' approval to remand the case to the Circuit Court for the purpose of

2

effectuating the terms of settlement agreement.  A hearing on the Petition for Determination of a Good Faith Settlement and a Joint Motion to Vacate the Final Judgment entered on July 14, 2006 was scheduled before the Circuit Court on August 31, 2007.

8.      On August 16, 2007, pursuant to the stipulation of the parties, Plaintiff's appeal in this case was dismissed without prejudice to its reinstatement in the event that either this Court or the Circuit Court for the Third Circuit, State of Hawaii denied the parties' joint motion to approve the parties' settlement in accordance with H.R.S. §663-15.5.

9.      The parties are eager to settle as expeditiously as possible with a good faith settlement.

10.      I have communicated with Western Sunview Properties' counsel who has related the following: (1) Western Sunview Properties agrees to the Ex Parte Motion to Shorten Time for Hearing on Defendant The Bluffs at Mauna Kea Community Association's Petition for Determination of Good Faith Settlement of Plaintiff's Claims Against the Bluffs at Mauna Kea Community Association and Defendant the Bluffs at Mauna Kea Community Association and Plaintiff Western Sunview Properties LLC's Joint Motion to Vacate the Order Granting Defendant the Bluffs at Mauna Kea Community Association's Motion for Summary Judgment Filed June 21, 2006 and (2) Western Sunview Properties will not be filing an opposition to these motions so the parties are comfortable with these

3

motions being decided without a hearing or via an expedited hearing if the Court so prefers.

DATED: Honolulu, Hawaii, September 4, 2005.


/s/Ronald Shigekane
RONALD SHIGEKANE