IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>        Plaintiffs,<br><br>    vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>        Defendants. | ) **CIVIL NO. CV 03-00463 JMS-**<br>) **LEK**<br>)<br>) ORDER GRANTING<br>) DEFENDANT THE BLUFFS AT<br>) MAUNA KEA COMMUNITY<br>) ASSOCIATION'S EX-PARTE<br>) MOTION TO SHORTEN TIME<br>) FOR HEARING ON DEFENDANT<br>) THE BLUFFS AT MAUNA KEA<br>) COMMUNITY ASSOCIATION'S<br>) PETITION FOR<br>) DETERMINATION OF A GOOD<br>) FAITH SETTLEMENT OF<br>) PLAINTIFF'S CLAIMS AGAINST<br>) THE BLUFFS AT MAUNA KEA<br>) COMMUNITY ASSOCIATION<br>) AND DEFENDANT THE BLUFFS<br>) AT MAUNA KEA COMMUNITY<br>) ASSOCIATION AND PLAINTIFF<br>) WESTERN SUNVIEW<br>) PROPERTIES LLC'S JOINT<br>) MOTION TO VACATE THE<br>) ORDER GRANTING<br>) DEFENDANT THE BLUFFS AT<br>) MAUNA KEA COMMUNITY<br>) ASSOCIATION'S MOTION FOR<br>) SUMMARY JUDGMENT FILED<br>) JUNE 21, 2006<br>) |

2004-069/342119

ORDER GRANTING DEFENDANT THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION'S EX-PARTE MOTION TO SHORTEN TIME
FOR HEARING ON DEFENDANT THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION'S PETITION FOR DETERMINATION OF A
GOOD FAITH SETTLEMENT OF PLAINTIFF'S CLAIMS AGAINST THE
BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION AND
DEFENDANT THE BLUFFS AT MAUNA KEA COMMUNITY
ASSOCIATION AND PLAINTIFF WESTERN SUNVIEW PROPERTIES LLC'S
JOINT MOTION TO VACATE THE ORDER GRANTING DEFENDANT THE
BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION'S MOTION FOR
SUMMARY JUDGMENT FILED JUNE 21, 2006

This Court reviewed Defendant the Bluffs at Mauna Kea Community Association's Ex Parte Motion to Shorten Time for Hearing on Defendant the Bluffs at Mauna Kea Community Association's Petition for Determination of a Good Faith Settlement of Plaintiff's Claims Against the Bluffs at Mauna Kea Community Association and Defendant the Bluffs at Mauna Kea Community Association and Plaintiff Western Sunview Properties LLC's Joint Motion to Vacate the Order Granting Defendant the Bluffs at Mauna Kea Community Association's Motion for Summary Judgment Filed June 21, 2006;

IT IS HEREBY ORDERED that said Ex Parte Motion is granted and that Defendant the Bluffs at Mauna Kea Community Association's Petition for Determination of a Good Faith Settlement of Plaintiff's Claims Against the Bluffs at Mauna Kea Community Association and Defendant the Bluffs at Mauan Kea Community Association and Plaintiff Western Sunview Properties LLC's Motion to Vacate the Order Granting Defendant the Bluffs at Mauna Kea Community

Association's Motion for Summary Judgment Filed June 21, 2006 be heard before the Honorable _____, Judge of the above-entitled Court, in his courtroom on _____, 2007, at _____ \_\_\_. m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii _____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

Western Sunview Properties, LLC, et al. vs. Irwin Federman, et al.
Civil No. CV 03-00463 JMS- LEK
Defendant The Bluffs at Mauna Kea Community Association's Ex-Parte Motion to Shorten Time For Hearing on Defendant The Bluffs at Mauna Kea Community Association's Petition for Determination of a Good Faith Settlement of Plaintiff's Claims Against the Bluffs at Mauna Kea Community Association and Defendant The Bluffs at Mauna Kea Community Association and Plaintiff Western Sunview Properties LLC's Joint Motion to Vacate the Order Granting Defendant the Bluffs at Mauna Kea Community Association's Motion for Summary Judgment Filed June 21, 2006