IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; AND JULIA HANDS,<br><br>                Plaintiffs,<br><br>     vs.<br><br>IRWIN FEDERMAN; CONCEPCION S. FEDERMAN; THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION; MAUNA KEA PROPERTIES, INC.; MAUNA KEA DEVELOPMENT CORP.; COUNTY OF HAWAII; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100 AND DOE CORPORATIONS 1-100,<br><br>                Defendants. | **CIVIL NO. CV 03-00463 DAE LEK**<br><br>CERTIFICATE OF SERVICE |

2004-069/342119

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2007 a true and correct copy of Defendant The Bluffs at Mauna Kea Community Association's Ex-Parte Motion to Shorten Time for Hearing was duly served upon the following parties listed below, at their last-known addresses, as indicated below:

| | | |
|---|---|---|
| TERRANCE M. REVERE, ESQ.<br>KAPONO P.H. KIAKONA, ESQ.<br>1000 Bishop Street, Suite 801<br>Honolulu, Hawaii 96813 | U.S. Mail<br>Hand-Delivery<br>Electronically | [ ]<br>[ ]<br>[X] |

And

| | | |
|---|---|---|
| DENELLE M. DIXON-THAYER, ESQ.<br>ERIC LODE, ESQ.<br>275 Battery Street, 23rd Floor<br>San Francisco, California 94111 | U.S. Mail<br>Hand-Delivery<br>Electronically | [ ]<br>[ ]<br>[X] |

    Attorneys for Plaintiffs
      WESTERN SUNVIEW PROPERTIES, LLC
      GUY HANDS AND JULIA HANDS

| | | |
|---|---|---|
| J. DOUGLAS ING, ESQ.<br>BRIAN A. KANG, ESQ.<br>First Hawaiian Center, 23rd Floor<br>999 Bishop Street<br>Honolulu, Hawaii 96813 | U.S. Mail<br>Hand-Delivery<br>Electronically | [ ]<br>[ ]<br>[X] |

    Attorneys for Defendants
      MAUNA KEA PROPERTIES, INC. and
      MAUNA KEA DEVELOPMENT CORP.

    DATED: Honolulu, Hawaii September 4, 2007.

        /s/Ronald Shigekane
        SIDNEY K. AYABE
        RONALD SHIGEKANE
        Attorneys for Defendant
        THE BLUFFS AT MAUNA KEA
        COMMUNITY ASSOCIATION