# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00463JMS-LEK |
| CASE NAME: | Western Sunview Properties, LLC, et al. Vs. Irwin Federman, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 09/18/2007 | TIME: | |

COURT ACTION: EO:  On September 4, 2007, Defendant the Bluffs at Mauna Kea Community Association ("the Association") filed its Ex Parte Motion to Shorten Time for Hearing on Defendant the Bluffs at Mauna Kea Community Association's Petition for Determination of a Good Faith Settlement of Plaintiff's Claims Against the Bluffs at Mauna Kea Community Association and Defendant the Bluffs at Mauna Kea Community Association and Plaintiff Western Sunview Properties LLC's Joint Motion to Vacate the Order Granting Defendant the Bluffs at Mauna Kea Community Association's Motion for Summary Judgment Filed June 21, 2006 ("Motion to Shorten Time").  The Association also filed its Petition for Determination of a Good Faith Settlement of Plaintiff's Claims Against the Bluffs at Mauna Kea Community Association ("Petition") on September 4, 2007.  In the Petition, the Association seeks a determination pursuant to Hawai`i Revised Statutes Chapter 663 that their settlement was made in good faith.

> The Association is required to give notice of a hearing on the Petition to all other known joint tortfeasors or co-obligors, who may file objections within twenty-five days.  See Haw. Rev. Stat. § 663-15.5(b).  The Court may shorten the required notice period if the moving party establishes good cause.  See id.  This Court finds that the Motion to Shorten Time does not establish good cause.  In addition, the district judge has already denied the motion to vacate the order granting summary judgment.  The Motion to Shorten Time is therefore DENIED.

> IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager