# MINUTES

CASE NUMBER:     CIVIL NO. 03-00463JMS-LEK

CASE NAME:       Western Sunview Properties, LLC vs. Irwin Federman, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:     10/12/2007                 TIME:

COURT ACTION:  EO: Defendant The Bluffs at Mauna Kea Community Association's Petition for Determination of a Good Faith Settlement of Plaintiff's Claims Against the Bluffs at Mauna Kea Community Association set for 10/19/2007 at 11:00 AM before Magistrate Judge Leslie E. Kobayashi is **Vacated and terminated.**

There was no opposition filed.  Defendant to prepare Findings and Recommendation that the Petition be Granted.

Submitted by: Warren N. Nakamura, Courtroom Manager