IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC, ET AL., | ) ) ) | Civ. No. 03-00463 JMS LEK |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| IRWIN FEDERMAN, ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 16, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 31, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge