AYABE, CHONG, NISHIMOTO, SIA &
NAKAMURA
RONALD SHIGEKANE          1945-0
Pauahi Tower
1001 Bishop Street, Suite 2500
Honolulu, Hawaii  96813
Telephone: 808-537-6119
Facsimile: 808-526-3491

Attorney for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

MOTOOKA YAMAMOTO & REVERE
A limited liability Corporation
TERRANCE M. REVERE       5857-0
KAPONO F.H. KIAKONA      7691-0
Cades Schutte Building
1000 Bishop Street, Ste. 801
Honolulu, Hawaii 96813
Telephone: (808) 532-7900
Facsimile: (808) 532-7910

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES, LLC., GUY HANDS
And JULIA HANDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WESTERN SUNVIEW PROPERTIES, LLC.; GUY HANDS; and JULIA HANDS, <br><br> Plaintiffs, <br><br> vs. <br><br> IRWIN FEDERMAN; et al., <br><br> Defendants. <br> _____ | **CV 03-00463 JMS/LEK** <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF FIRST AMENDED COMPLAINT FILED APRIL 27, 2004 |

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
OF FIRST AMENDED COMPLAINT FILED APRIL 27, 2004

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, that the First Amended Complaint filed by Plaintiffs WESTERN SUNVIEW PROPERTIES, LLC, GUY HANDS and JULIA HANDS be and is hereby dismissed with prejudice as to Defendant THE BLUFFS AT MAUNA KEA COMMUNITY ASSOCIATION. There are no pending motions for summary judgment; no further hearings have been scheduled in this matter; there are no remaining parties and/or issues.

DATED: Honolulu, Hawaii, November 1, 2007      .

/S/ RONALD M. SHIGEKANE
RONALD M. SHIGEKANE

Attorney for Defendant
THE BLUFFS AT MAUNA KEA
COMMUNITY ASSOCIATION

/s/ Terrance M. Revere
TERRANCE M. REVERE
KAPONO F.H. KIAKONO

Attorneys for Plaintiffs
WESTERN SUNVIEW PROPERTIES,
LLC., GUY HANDS and JULIA HANDS

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, November 2, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

---

Western Sunview Properties, LLC v. Irwin Federman; et al., United States District Court for the District of Hawaii; Civil No. CV 03-00463-JMS/LEK; STIPULATION FOR DISMISSAL WITH PREJUDICE OF FIRST AMENDED COMPLAINT FILED APRIL 27, 2004